MICHELLE R. BERNARD (SBN: 144582)
mbernard@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone:   (619) 230-6700
Facsimile:    (619) 696-7124

Attorneys for Defendant
FARMERS DIRECT PROPERTY
AND CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL,<br><br>             Plaintiff,<br><br>     v.<br><br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50,<br><br>             Defendants. | CASE NO. _____<br><br>Los Angeles County Superior Court Case No. 25VECV04713<br><br>**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL [F.R.E. 201(b)]**<br><br>Complaint Filed: August 21, 2025 |

In conjunction with Defendant Farmers Direct Property and Casualty Insurance Company's ("Farmers Direct") Notice of Removal filed concurrently herewith, Farmers Direct respectfully requests the Court to take judicial notice of certain facts and documents relevant to the out-of-state domicile and principal place of business of Farmers Direct pursuant to Federal Rule of Evidence 201(b) and the Court's inherent authority to take judicial notice:

1.     Request No. 1: Public records of the State of Rhode Island – Department of State – Business Services Division confirming that Metropolitan Direct Property and Casualty Insurance Company changed its name to "Farmers Direct Property and Casualty Insurance Company" effective April 8, 2021. A true

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

and correct copy of the Articles of Amendment for Farmers Direct on file with the State of Rhode Island – Department of State – Business Services Division is attached hereto as Exhibit 1.

2.   Request No. 2:  Public records on file with the State of Rhode Island – Department of State – Business Services Division and accessible through its official website link (Licensed and Approved Insurance Companies | Dept. of Business Regulation - https://dbr.ri.gov/insurance/insurance-companies/licensed-and-approved-insurance-companies) which has a "search" field that then links to the National Association of Insurance Commissioners website (Company Lookup Summary - ttps://sbs.naic.org/solar-external-lookup/lookup/company/summary/24172889?jurisdiction=RI) which identifies the state of domicile and principal place of business for Farmers Direct as Rhode Island.  A true and correct copy of the Company Lookup Summary for Farmers Direct which was downloaded by counsel for Farmers Direct from the above-referenced website link is attached hereto as Exhibit 2.

Dated:  November 14, 2025

GORDON REES SCULLY MANSUKHANI, LLP

By:*/s/ Michelle R. Bernard*
Michelle R. Bernard
Attorneys for Defendant
FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

- 2 -
REQUEST FOR JUDICIAL NOTICE ISO DEFENDANT'S NOTICE OF REMOVAL
CASE NO. _____