# EXHIBIT 1

RI SOS  Filing Number: 202196082280     Date: 4/29/2021 1:11:00 PM

DocuSign Envelope ID: 6D7B8A84-9CBB-4B71-8B6E-9AD187FA599F

April 27, 2021

 State of Rhode Island
**Department of State - Business Services Division**

RECEIVED
R.I. DEPT. OF STATE
BUS SVCS DIV   ST:.. iP

2021 APR 29 P I: 11 ·

## Articles of Amendment
DOMESTIC Business Corporation

→ Filing Fee: $50.00 ($210 for an increase in authorized shares)

Pursuant to the provisions of RIGL 7-1.2-905, the undersigned corporation adopts the following Articles of Amendment to its Articles of Incorporation:

| 1. Entity ID Number: 000071475 | 2. The name of the corporation is: Metropolitan Direct Property and Casualty Insurance Company |
|---|---|

3. The shareholders of the corporation (or, where no shares have been issued by the board of directors of the corporation) in the manner prescribed by RIGL 7-1.2 ~~April 8, 2021~~ adopted the following amendment(s) to the Articles of Incorporation on:

4. If the entity's name is changing, state the new name     Farmers Direct Property and Casualty Insurance Company

Check the box to indicate no change ☐

5. If the total authorized shares are changing complete the following section:  *List ALL authorized shares as of this amendment.*

| Total Authorized Shares (Number of Shares) | Class of Stock | Par Value Per Share |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Check the box to indicate no change ☑

6. If the period of its duration is changing complete the following section. **CHECK ONE BOX ONLY**

☐ Perpetual (on-going)

☐ Date certain for dissolution _____

Check the box to indicate no change ☑

7. If the entity's purpose is changing complete the following section:  *The new purpose should include ALL activity to be transacted in the State of Rhode Island.*

Check the box to indicate an attachment ☐                Check the box to indicate no change ☑

**MAIL TO:**
Division of Business Services
148 W. River Street, Providence, Rhode Island 02904-2615
**Phone:** (401) 222-3040
**Website:** www.sos.ri.gov

**FILED**STAMP

APR 29 2021

BY Cu 1/5CX6

DocuSign Envelope ID. 6D7B8A84-9CBB-4B71-8B6C-9AD187FA599F

8. If adding or amending additional provisions, complete the following section:

Check the box to indicate an attachment ☐                    Check the box to indicate no change ☑

9. As required by RIGL 7-1.2-105. the entity has paid all fees and taxes.

10. Date when these Articles of Amendment will be effective:  **CHECK ONE BOX ONLY**

☑ Date received (Upon filing)

☐ Later effective date (Date must be no more than 90 days from the date of filing) _____

*Under penalty of perjury, I declare and affirm that I have examined these Articles of Amendment, including any accompanying attachments, and that all statements contained herein are true and correct.*

| Type or Print Name of Authorized Officer of the Corporation | Date |
|---|---|
| J. Nicole Pryor, Secretary | April 8, 2021 |

Signature of Authorized Officer of the Corporation

DocuSigned by:

*Jennifer Nicole Pryor*

RI SOS   Filing Number: 202196082280     Date: 4/29/2021 1:11:00 PM



State of Rhode Island
**Department of State | Office of the Secretary of State**
**Nellie M. Gorbea,** *Secretary of State*

I, NELLIE M. GORBEA, Secretary of State of the State of Rhode Island,

hereby certify that this document, duly executed in accordance with the provisions

of Title 7 of the General Laws of Rhode Island, as amended, has been filed in this

office on this day:

April 29, 2021 01:11 PM

Nellie M. Gorbea
*Secretary of State*



# EXHIBIT 2

## Demographics

**Company Name:** Farmers Direct Property and Casualty Insurance Company    **SBS Company Number:** 24172889

**NAIC CoCode:** 25321    **Short Name:**    **Domicile Type:** Domestic

**State of Domicile:** Rhode Island    **Country of Domicile:** United States    **NAIC Group Number:** 69 - FARMERS INS GRP

**Organization Type:** Stock    **Date of Incorporation:** 05/24/1949    **Merger Flag:** No

## DBA Name

No results found.

## Address

| Business Address | Mailing Address | Statutory Home Office Address | Main Administrative Office Address |
|---|---|---|---|
| 700 Quaker Lane | 700 Quaker Lane | 700 Quaker Lane | 700 Quaker Lane |
| Warwick, RI 02886 | Warwick, RI 02886 | Warwick, RI 02886 | Warwick, RI 02886 |
| United States | United States | United States | United States |

## Phone, Email, Website

**Phone**

| Type | Number |
|---|---|
| Business Primary Phone | (401) 827-2400 |

**Email**

| Type | E-mail |
|---|---|
| Business Email | usw.tax.admin@farmersinsurance.com |

**Website**

| Type | Website |
|---|---|
| Business URL | www.metlife.com |

## Company Type

**Company Type:** Property and Casualty

**Status:** Active    **Status Reason:**    **Status Date:** 04/05/2021

**Effective Date:** 04/01/2025    **SBS Legacy Number:** 1000194    **Expiration Date:** 03/31/2026

**Issue Date:** 10/24/1962    **Approval Date:** 10/24/1962    **File Date:** 10/24/1962

**Articles of Incorporation Received:** No    **Article No:**    **COA Number:**

**Business Activities of Members:**

## Appointments

Show 10 entries    Showing **1** to **10** of **202** entries     Filter

| Licensee Name | License Number | NPN | License Type | Line of Authority | Appointment Date | Effective Date | Expiration Date |
|---|---|---|---|---|---|---|---|
| REGINALD RICE | 2336943 | 2173708 | Insurance Producer | | 01/03/2025 | 01/03/2025 | 01/31/2026 |
| DANIEL WOOD | 2280981 | 17224953 | Insurance Producer | | 01/03/2025 | 01/03/2025 | 01/31/2026 |
| KAREN BLAKE | 3002187502 | 20484188 | Insurance Producer | | 01/03/2025 | 01/03/2025 | 01/31/2026 |
| LARIKA BALDWIN | 3000617770 | 19227210 | Insurance Producer | | 01/03/2025 | 01/03/2025 | 01/31/2026 |
| AMY CRAWLEY | 3002447114 | 17272390 | Insurance Producer | | 01/03/2025 | 01/03/2025 | 01/31/2026 |

© 2025 National Association of Insurance Commissioners. All rights reserved.

| Licensee Name | License Number | NPN | License Type | Line of Authority | Appointment Date | Effective Date | Expiration Date |
|---|---|---|---|---|---|---|---|
| TAYLOR BOWN | 2331944 | 17915398 | Insurance Producer | | 01/03/2025 | 01/03/2025 | 01/31/2026 |
| RENEE LOISELLE | 1072137 | 4074001 | Insurance Producer | | 01/03/2025 | 01/03/2025 | 01/31/2026 |
| CARLA DOAN | 2103705 | 16185667 | Insurance Producer | | 01/03/2025 | 01/03/2025 | 01/31/2026 |
| KEMORA BARNES | 3002299428 | 20555376 | Insurance Producer | | 01/03/2025 | 01/03/2025 | 01/31/2026 |

| First | Previous | 1 | 2 | 3 | Next | Last |
|---|---|---|---|---|---|---|

## Line Of Business

Show 10 entries

Showing **1** to **10** of **20** entries

Filter

| Line of Business | Citation Type | Effective Date |
|---|---|---|
| Fire | P and C | 10/24/1962 |
| Earthquake | P and C | 10/24/1962 |
| Accident and Health (Property) | P and C | 10/24/1962 |
| Workers Compensation | P and C | 10/24/1962 |
| Other Liability | P and C | 10/24/1962 |
| Other Private Passenger Auto Liability | P and C | 10/24/1962 |
| Other Commercial Auto Liability | P and C | 10/24/1962 |
| Private Passenger Auto Physical Damage | P and C | 10/24/1962 |
| Commercial Auto Physical Damage | P and C | 10/24/1962 |
| Allied Lines | P and C | 10/24/1962 |

| First | Previous | 1 | 2 | Next | Last |
|---|---|---|---|---|---|

## Contact

| Contact Type | Preferred Name | Name | E-mail | Phone | Address |
|---|---|---|---|---|---|
| Service of Process Contact | | Corporation Service Company | | **Toll Free Phone:** (888) 690-2882 | Other 222 Jefferson Blvd., Suite 200 Warwick, RI United States County 02888 |

## Branch Offices

## Company Merger

© 2025 National Association of Insurance Commissioners. All rights reserved.

No results found.

## Name Change History

| Previous Name | New Name | Effective Date |
|---|---|---|
| | Metropolitan Direct Property and Casualty Insurance Company | |
| Metropolitan Direct Property and Casualty Insurance Company | Farmers Direct Property and Casualty Insurance Company | 04/08/2021 |

© 2025 National Association of Insurance Commissioners. All rights reserved.