*Luna D'Sol*
*2275 E Belding Dr*
*Palm Springs CA 92262*
*213-925-4069*
*jravada@icloud.com*
*Plaintiff, Self-Represented*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUNA D'SOL | ) Case No.: 2:25-cv-10938-BFM |
| Plaintiff, | ) |
| | ) |
| | ) **SUPPLEMENTAL DECLARATION OF LUNA D'SOL** |
| vs. | ) |
| FARMERS DIRECT PROPERTY AND CASUALTYINSURANCE COMPANY, and DOES 1–50 | ) REGARDING TIMELY EDSS SUBMISSION OF MOTION TO REMAND |
| Defendant. | ) |

I, Luna D'Sol, declare:

1. On November 18, 2025, I submitted my Motion to Remand, Memorandum of Points and Authorities, Declaration, Exhibits, Proposed Order, and Proof of Service to the Court using the Electronic Document Submission System ("EDSS").

The Court confirmed receipt and assigned Tracking Number **EDS-251118-002-7190**.

A copy of the Court's confirmation email is attached hereto.

2. The EDSS notice states that the submission date "will be considered the filing date" once the documents are processed and uploaded to the CM/ECF docket.

- 1 -

3.  I recently obtained CM/ECF filing access as a pro se litigant and am re-submitting the same Motion to Remand documents directly through CM/ECF to ensure prompt docketing and service on all parties.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: DECEMBER 5TH, 2025

Palm Springs, California

s/ Luna D'Sol

**Luna D'Sol**

Plaintiff, Pro Se

213-925-4069

jravada@icloud.com

– 2 –