MICHELLE R. BERNARD (SBN: 144582)
mbernard@grsm.com
KELLY FITZGERALD CANBY (SBN: 185227)
kcanby@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone:   (619) 230-6700
Facsimile:   (619) 696-7124

Attorneys for Defendant
FARMERS DIRECT PROPERTY AND
CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-10938-SVW-ASx<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S THIRD CAUSE OF ACTION FOR ALLEGED VIOLATIONS OF INSURANCE CODE SECTION 790.03(h)**<br><br>Judge:   Hon. Stephen V. Wilson<br><br>Date:  January 26, 2026<br><br>Time:  1:30 p.m.<br><br>Courtroom:  10A<br><br>Filed Concurrently With:<br>Memorandum Of Points And Authorities; Declaration Of Kelly Fitzgerald Canby; and [Proposed] Order<br><br>Complaint Filed:  August 21, 2025 |

DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFF'S
THIRD CAUSE OF ACTION FROM THE FIRST AMENDED COMPLAINT
CASE NO. 2:25-CV-10938-SVW-ASX

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 26, 2026, at 1:30 p.m., or as soon thereafter as this matter may be heard, in Courtroom 10A of the above-entitled court, located at 350 W. First Street, 10th Floor, Los Angeles, California 90012, Defendant Farmers Direct Property and Casualty Insurance Company ("Defendant" or "Farmers Direct"), will and hereby does move this Court for an order dismissing with prejudice Plaintiff Luna D'Sol's ("D'Sol" or "Plaintiff") Third Cause of Action for alleged violations of Insurance Code Section 790.03(h) asserted against Defendant in the First Amended Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that Plaintiff fails to state a claim for which relief may be granted.

Specifically, Plaintiff lacks standing to assert the Third Cause of Action against Defendant as there is no private right of action under the Unfair Insurance Practices Act ("UIPA") (i.e., Insurance Code Section 790.03 et seq.), nor under the UIPA regulations (i.e., California Code of Regulations, Title 10, Section 2695.1 et seq.). *See Moradi-Shalal v. Fireman's Fund Ins. Co.,* 46 Cal.3d 287, 304 (1988); *Zhang v. Superior Court,* 57 Cal.4th 364, 384 (2014) ("When the Legislature enacted the UIPA, it contemplated only administrative enforcement by the Insurance Commissioner . . . Private UIPA actions are absolutely barred"); *Vulk v. State Farm Gen. Ins. Co.,* 69 Cal.App.5th 243, 261-262 (2021). Accordingly, the defects in Plaintiff's Third Cause of Action cannot be cured by further amendment and the claim should be dismissed with prejudice and without leave to amend.

Pursuant to Local Rule 7-3 and as explained further in the Declaration of Kelly Fitzgerald Canby filed and served concurrently herewith, Farmers Direct has made a good faith effort to meet and confer with Plaintiff prior to filing this Motion to Dismiss but Plaintiff declined to engage in substantive discussions regarding the relief sought in this Motion pending the outcome of Plaintiff's Motion to Remand

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFF'S THIRD CAUSE OF ACTION FROM THE FIRST AMENDED COMPLAINT
CASE NO. 2:25-CV-10938-SVW-ASX

scheduled for hearing on January 26, 2026. *See* Declaration of Kelly Fitzgerald Canby, ¶¶ 2-7, **Exhibits A-B**.

This motion is based upon this Notice of Motion, the concurrently filed Memorandum of Points and Authorities, and the Declaration of Kelly Fitzgerald Canby, Esq. and exhibits thereto, as well as the pleadings, papers, and records on file in this action, and such further oral and/or documentary evidence to which this Court may properly take judicial notice and/or which may be raised prior to or at the hearing on this motion.

Dated:  December 12, 2025          GORDON REES SCULLY MANSUKHANI, LLP

By _____
Michelle R. Bernard
Kelly Fitzgerald Canby
Attorneys for Defendant
FARMERS DIRECT PROPERTY AND
CASUALTY INSURANCE COMPANY

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

- 3 -
DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFFF'S
THIRD CAUSE OF ACTION FROM THE FIRST AMENDED COMPLAINT
CASE NO. 2:25-CV-10938-SVW-ASX