MICHELLE R. BERNARD (SBN: 144582)
mbernard@grsm.com
KELLY FITZGERALD CANBY (SBN: 185227)
kcanby@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone:   (619) 230-6700
Facsimile:   (619) 696-7124

Attorneys for Defendant
FARMERS DIRECT PROPERTY AND
CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL,<br><br>            Plaintiff,<br><br>       v.<br><br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br><br>            Defendants. | Case No. 2:25-cv-10938-SVW-ASx<br><br>**DECLARATION OF KELLY FITZGERALD CANBY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE THIRD CAUSE OF ACTION ALLEGED IN PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Judge:   Hon. Stephen V. Wilson<br><br>Date:  January 26, 2026<br><br>Time:  1:30 p.m.<br><br>Courtroom:  10A<br><br>Filed Concurrently With:<br>Notice Of Motion And Motion To Dismiss; Memorandum Of Points And Authorities; and [Proposed] Order<br><br>Complaint Filed:  August 21, 2025 |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

- 1 -

DECLARATION OF KELLY FITZGERALD CANBY IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS THE THIRD CAUSE OF ACTION
Case No. 2:25-cv-10938-SVW-ASx

**Gordon Rees Scully Mansukhani, LLP**
**101 W. Broadway, Suite 2000**
**San Diego, CA 92101**

# DECLARATION OF KELLY FITZGERALD CANBY

I, KELLY FITZGERALD CANBY, declare as follows:

1. I am an attorney at law licensed to practice before all courts of the State of California as well as the United States District Court for the Central District of California. I am a partner in the law firm of Gordon Rees Scully Mansukhani, LLP, attorneys for the Defendant Farmers Direct Property and Casualty Insurance Company ("Defendant" or "Farmers Direct"). This declaration is being submitted in support of Defendant's Motion to Dismiss the Third Cause of Action alleged in the First Amended Complaint filed by Plaintiff Luna D'Sol ("Plaintiff" or "D'Sol"). I have personal knowledge of the matters contained in this declaration and if called to testify to them could and would do so competently.

2. Specifically, Plaintiff's First Amended Complaint includes a Third Cause of Action for alleged violations of Insurance Code Section 790.03(h) against Defendant. As California cases have repeatedly held that there is no private right of action available under California law for alleged violations of this statute which is part of the Unfair Insurance Practices Act ("UIPA"), I sought to meet and confer with Plaintiff pursuant to Local Rule 7-3 to see if Plaintiff was potentially willing to voluntarily dismiss this defective claim.

3. On December 2, 2025, I sent an email to Plaintiff and shared Defendant's intention to file a Motion to Dismiss the Third Cause of Action per Federal Rule of Civil Procedure 12(b)(6) for failing to state a claim upon which any relief could be granted. I further explained that as a matter of settled California law, private litigants do not have standing to enforce the statutory and regulatory provisions of the UIPA, as only the Insurance Commissioner may do so. My email also included discussion and citation of several key supporting case authorities, including *See Moradi-Shalal v. Fireman's Fund Ins. Co.,* 46 Cal.3d 287, 304 (1988)

- 2 -
DECLARATION OF KELLY FITZGERALD CANBY IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS THE THIRD CAUSE OF ACTION
Case No. 2:25-cv-10938-SVW-ASx

and *Zhang v. Superior Court,* 57 Cal.4th 364, 384 (2014), among others. I further requested to set up a time to speak with the Plaintiff directly to further discuss the Defendant's position and anticipated Motion to Dismiss. A true and correct copy of my email to Luna D'Sol dated December 2, 2025 is attached hereto as **Exhibit A**.

4.    As I had not received any response to my email from the Plaintiff, I emailed Plaintiff again on the morning of December 4, 2025 to try to set up a time to speak with her regarding the Third Cause of Action and to see if Plaintiff was potentially willing to voluntarily agree to dismiss that defective claim. A true and correct copy of my email to Luna D'Sol dated December 4, 2025 is attached hereto and included within **Exhibit A**.

5.    Plaintiff finally responded to my emails on the afternoon of Friday, December 5, 2025 and referenced her Motion to Remand that was apparently filed earlier that day and stated that it was noticed to be heard on January 20, 2026 at 10:00 a.m. in the above-entitled court. Specifically, Plaintiff stated, "I prefer to wait until the jurisdictional issue is resolved before participating in any additional meet-and-confer discussions regarding Rule 12 or any substantive claims." A true and correct copy of Plaintiff's email to me dated December 5, 2025 is attached hereto as **Exhibit B**.

6.    Pursuant to the prior agreement of the parties and the Stipulation filed on November 21, 2025 (ECF Doc. 11) per Local Rule 8-3, Defendant's deadline to respond to the First Amended Complaint is December 12, 2025.

7.    Farmers Direct has made a good faith effort to attempt to meet and confer with Plaintiff about the defects in the Third Cause of Action prior to filing this Motion to Dismiss, but Plaintiff is unwilling to discuss these issues with defense counsel now that her Motion to Remand has been filed. Given the approaching deadline for Farmers Direct to respond to Plaintiff's First Amended Compliant, the

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

- 3 -

**DECLARATION OF KELLY FITZGERALD CANBY IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS THE THIRD CAUSE OF ACTION**
**Case No. 2:25-cv-10938-SVW-ASx**

clear defects in the Third Cause of Action and Plaintiff's unwillingness to engage substantive meet and confer discussions at this time with defense counsel, Farmers Direct has filed this Motion to Dismiss Plaintiff's Third Cause of Action to preserve the company's rights on this issue pending the outcome of Plaintiff's Motion to Remand now scheduled for hearing on January 26, 2026 at 1:30 p.m. (*See* ECF Doc. 16).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 12th day of December 2025 at Carlsbad, California.

_____
Kelly Fitzgerald Canby

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

1246966/60989023v.1

- 4 -
**DECLARATION OF KELLY FITZGERALD CANBY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE THIRD CAUSE OF ACTION**
**Case No. 2:25-cv-10938-SVW-ASx**