UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL,<br><br>Plaintiff,<br><br>vs.<br><br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-10938-SVW-ASx<br><br>~~**[PROPOSED]**~~ **ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME AND GRANTING MOTION TO CONTINUE DATES OF (1) INITIAL STATUS CONFERENCE; AND (2) HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Stephen V. Wilson<br>Date: March 23, 2026<br>Time: 1:30 p.m.<br>Courtroom: 10A<br><br>Filed Concurrently With: Defendant's *Ex Parte* Application For Order Shortening Time and Motion To Continue Dates of (1) Initial Status Conference; and (2) Hearing On Plaintiff's Motion For leave To File Second Amended Complaint; Declaration of Michelle R. Bernard<br><br>Complaint Filed: August 21, 2025 |

**ORDER**

On March 9, 2026, Defendant Farmers Direct Property and Casualty Insurance Company's ("Defendant" or "Farmers Direct") filed an Ex Parte Application requesting that this Court issue an order shortening time for hearing on Farmers Direct's Motion To Continue dates of: (1) the Initial Case Management Conference (scheduled for March 23, 2026 at 1:30 p.m.); and (2) the hearing on Plaintiff Luna D'Sol's ("Plaintiff") second Motion For Leave To File Second Amended Complaint [ECF Doc. 40] ("Second Motion For Leave") (also scheduled for March 23, 2026 at 1:30 p.m.) ("Motion To Continue").

The Ex Parte Application and Motion To Continue are based on the unavailability of Farmers Direct's lead trial counsel Michelle R. Bernard on March 23, 2026 due to overseas travel plans on March 19-30, 2026 and Farmers Direct requests that both March 23, 2026 dates be continued to April 6, 2026 at 1:30 p.m. (or as soon thereafter as may be convenient for the Court).

The Court, having considered Defendant's Ex Parte Application and any response or opposition thereto, and finding good cause therefor, **HEREBY GRANTS THE EX PARTE APPLICATION** and issues this order shortening time for notice of hearing on the Motion To Continue, which will also be decided now per the same time periods applicable to the Ex Parte Application and per this Order as set forth below. *[or alternatively, via an expedited briefing schedule this week as follows*:______________________________________________________]

______________________________________________________]

The Court, having considered Defendant's Motion To Continue and any response or opposition thereto, and finding good cause therefor, **HEREBY GRANTS THE MOTION TO CONTINUE** and accordingly issues orders as follows:

1. The Initial Status Conference is continued to **April 6, 2026, at 1:30 p.m.,** in Courtroom 10A of the above-entitled court, located at 350 W. First Street, 10th Floor, Los Angeles, California 90012.
2. Plaintiff's Second Motion For Leave is continued to **April 6, 2026 at 1:30 p.m.,** in Courtroom 10A of the above-entitled court, located at 350 W. First Street, 10th Floor, Los Angeles, California 90012.

**IT IS SO ORDERED.**

Dated: March 10, 2026

Hon. Stephen V. Wilson
UNITED STATES DISTRICT JUDGE