Exhibit E — Canby March 5 email

From: **Kelly Canby** kcanby@grsm.com
Subject: RE: Luna D'Sol v. Farmers Direct (Case No. 2:25-cv-10938-SVW-AS) - Proposal Re Scheduling Conflict?
Date: March 5, 2026 at 16:10
To: Luna D'Sol jravada@icloud.com
Cc: Michelle Bernard mbernard@grsm.com, Kiry Yeoun kyeoun@grsm.com



Hello Ms. D'Sol:

Please note that regarding your prior email inquiries related to Farmers Direct's Amended Answer and Initial Disclosures, we anticipate providing responses to you by early next week.  This email seeks to address and hopefully resolve a scheduling conflict in light of the Court's minute order continuing the Initial Status Conference to March 23, 2026 in connection with the hearing on your Second Motion for Leave to File a Second Amended Complaint ("Motion") [ECF Doc. 40].

As you may recall, Judge Wilson's prior Order Setting Initial Status Conference ("Order") [ECF Doc. 17] requires lead trial counsel to appear and participate the Initial Status Conference.  Specifically, the Order states that the "attorneys attending this conference MUST be those who are in charge of the conduct at trial."  *See* Order, p. 1.  "Attendance is mandatory."  *Id.*  Michelle R. Bernard is lead trial counsel for Farmers Direct in this case.  She was available to attend the Initial Status Conference on the initially scheduled date of January 26, 2026, and she was also available to attend on the first two continued dates later set by the Court (i.e., February 9, 2026 [ECF Doc. 29] and March 2, 2026 [ECF Doc. 36]).

However, Michelle R. Bernard will be out of the country on March 19-30, 2026 on a pre-paid trip to visit her daughter overseas so she is not available to attend or participate in the Initial Status Conference as required by the Order now that the Court has again continued that date to March 23, 2026 [ECF Doc. 42].  Accordingly, we propose that the parties stipulate to a brief continuance of the March 23, 2026 Initial Status Conference to Monday, April 6, 2026 at 1:30 p.m. or a mutually agreeable date thereafter in April subject to the Court's calendar/availability.

To further the efficient handling of this case, we also propose that the parties stipulate to a continuance of the hearing date on your Motion to the same date as the Initial Status Conference date (*i.e.* proposed new date of April 6, 2026 or a mutually agreeable date thereafter in April subject to the Court's calendar/availability).

Our office is happy to prepare the stipulation and supporting documents as necessary per the Local Rules and Judge Wilson's Chamber Rules to request this brief continuance given Ms. Bernard's unavailability.  Please let us know by close of business tomorrow (March 6, 2026) if you are amenable to this proposal and if so, we will forward you drafts of these documents for your review, approval and execution and will also handle the filing as well.

Thank you in advance for your professional courtesy in addressing this scheduling conflict.

Kelly Canby

**KELLY F. CANBY**
Partner



**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 760.444.5923
**E:** kcanby@grsm.com  l  grsm.com
101 W. Broadway, Suite 2000, San Diego, CA 92101
vCard

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
www.grsm.com