**Luna D'Sol**
Plaintiff, In Pro Per
Email Address: jravada@icloud.com
2275 E Belding Dr
Palm Springs CA 92262
Telephone: 213-925-4069

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUNA D'SOL** <br><br>             Plaintiff, <br><br>     vs. <br> FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive, <br>            Defendant(s). | Case No: *2:25-cv-10938-SVW-ASx* <br><br> **PLAINTIFF'S APPLICATION FOR LEAVE TO APPEAR REMOTELY AT APRIL 13, 2026 MOTION HEARING** <br><br> Judge: Hon. Stephen V. Wilson <br><br> Magistrate: Hon. Alka Sagar <br><br> Hearing: April 13, 2026 at 1:30 p.m., <br><br> Courtroom 10A |

Plaintiff Luna D'Sol, proceeding in pro per, respectfully requests leave to appear by telephone or video conference at the April 13, 2026 hearing on Plaintiff's Motion to Compel Production of Documents and Supplemental Disclosures.

**Basis for Request.** Plaintiff resides in Palm Springs, California, approximately 120 miles from the courthouse. Plaintiff is a pro se litigant who has sustained documented financial harm as a direct result of the claims conduct at issue in this litigation — the same conduct that necessitated the filing of the Motion to Compel. The cost and burden of traveling to Los Angeles for a motion hearing imposes a significant hardship on a self-represented plaintiff in Plaintiff's circumstances. Remote appearance via

- 1 -

telephone or video conference will allow Plaintiff to present her motion fully and fairly without that hardship.

**No Prejudice to Defendant.** Defendant is represented by counsel at Gordon Rees Scully Mansukhani, LLP in San Diego. Defendant's counsel has appeared remotely in prior proceedings in this case. Granting Plaintiff's request for remote appearance will not prejudice Defendant or impair the Court's ability to conduct the hearing efficiently.

**Technology.** Plaintiff is prepared to appear via the Court's designated video conferencing platform, Zoom, or by telephone, at the Court's preference. Plaintiff will ensure reliable audio and video connectivity and will comply with all Court requirements for remote appearances, including being available at the designated time and remaining on the line for the duration of the hearing.

**Prior Remote Appearance Request.** Plaintiff previously filed a Petition to Appear Remotely at the March 23, 2026 hearing [ECF Doc. 47], which was denied as moot when that hearing was continued to April 6, 2026 [ECF Doc. 53]. The present application is a fresh request directed to the April 13, 2026 Motion to Compel hearing and is not affected by that prior ruling.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant leave to appear remotely at the April 13, 2026 hearing.

Respectfully submitted,

Dated: March 16, 2026

/s/ **Luna D'Sol**

**Luna D'Sol**

*Plaintiff in Pro Per*

2275 E. Belding Dr., Palm Springs, CA 92262

Tel: (213) 925-4069 | jravada@icloud.com

- 2 -

PLAINTIFF'S APPLICATION FOR LEAVE TO APPEAR REMOTELY AT APRIL 13, 2026 MOTION HEARING