**Luna D'Sol**
Plaintiff, In Pro Per
Email Address: jravada@icloud.com
2275 E Belding Dr
Palm Springs CA 92262
Telephone: 213-925-4069

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

**LUNA D'SOL**

Plaintiff,

vs.

FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,

Defendant(s).

Case No: *2:25-cv-10938-SVW-ASx*

**NOTICE OF AMENDED MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND SUPPLEMENTAL DISCLOSURES, AND REQUEST FOR REASONABLE COSTS PURSUANT TO FRCP 37(a)**

Magistrate: Hon. Alka Sagar

Hearing: None Set

**TO DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY AND ITS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Luna D'Sol hereby moves before Magistrate Judge Hon. Alka Sagar, pursuant to Federal Rule of Civil Procedure 37(a), for an order compelling Defendant Farmers Direct Property and Casualty Insurance Company to produce documents and provide supplemental disclosures.

Specifically, Plaintiff seeks an order requiring Defendant to: (1) produce the Service Agreement between Farmers Direct Property and Casualty Insurance Company and Farmers Insurance Exchange, referenced in paragraph 6(b) of Defendant's Amended Answer [ECF Doc. 43], which Defendant has admitted exists and relied upon as a defense but has failed to produce; (2) identify for each witness listed

in Defendant's Initial Disclosures whether that witness is an employee of Farmers Direct or Farmers Insurance Exchange; and (3) provide a complete supplemental disclosure pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iv) addressing all insurance and indemnification agreements that may be liable to satisfy a judgment in this action.

This Motion is made following five separate written communications to Defendant's counsel between February 27 and March 5, 2026, including a written commitment by Defendant's counsel on March 5, 2026 to provide responses by early the following week — a commitment that was not honored. The meet and confer requirements of Local Rule 37-1 have been satisfied.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Luna D'Sol and Exhibits A through E attached thereto, the [Proposed] Order submitted herewith, all pleadings and papers on file in this action, and such further argument and evidence as may be presented at or before the hearing.

Plaintiff intends to seek leave to appear remotely at the hearing on this Motion pursuant to the Court's applicable procedures for telephonic or video appearances.

Respectfully submitted,

Dated: March 16, 2026

**/s/ Luna D'Sol**

**Luna D'Sol**

*Plaintiff in Pro Per*

2275 E. Belding Dr., Palm Springs, CA 92262

Tel: (213) 925-4069 | jravada@icloud.com

NOTICE OF AMENDED MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND SUPPLEMENTAL DISCLOSURES, AND REQUEST FOR REASONABLE COSTS PURSUANT TO FRCP 37(a)