**Luna D'Sol**
Plaintiff, In Pro Per
Email Address: jravada@icloud.com
2275 E Belding Dr
Palm Springs CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LUNA D'SOL**

Plaintiff,

vs.

FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,

Defendant(s).

Case No: *2:25-cv-10938-SVW-ASx*

**NOTICE OF MOTION AND RENEWED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Judge: Hon. Stephen V. Wilson
**Date: August 10, 2026**
**Time: 1:30 p.m.** Courtroom: 10A
Trial Date: October 13, 2026; 9:00 a.m.
FSC: October 5, 2026; 3:00 p.m

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 10, 2026, at 1:30 pm, or as soon thereafter as the matter may be heard in Department 10A of the above-entitled Court, Plaintiff Luna D'Sol will, and hereby does, move for an order granting leave to file the proposed Second Amended Complaint attached to the motion as Exhibit A.

Plaintiff seeks leave to amend the operative complaint to clarify and supplement the allegations concerning:

1. The respective identities, contractual obligations, and claim-handling conduct of Farmers Insurance Exchange and Farmers Direct Property and Casualty Insurance Company;
2. The Assumption Certificate under which Farmers Insurance Exchange assumed liabilities and obligations arising under the subject Policy;

3. Defendants' representations concerning which Farmers entity issued the Policy and which entity was the proper defendant;
4. Farmers Insurance Exchange's administration, adjustment, investigation, denial, reopening, and payment of Plaintiff's insurance claim;
5. Additional facts supporting Plaintiff's causes of action for breach of contract, breach of the implied covenant of good faith and fair dealing, fraud, intentional infliction of emotional distress, negligence, and discrimination under the Unruh Civil Rights Act;
6. Defendants' intentional discriminatory treatment of Plaintiff in connection with the provision of insurance and claim-adjustment services; and
7. The damages and relief arising from Defendants' alleged conduct.

The requested amendment is necessary to conform the pleadings to the evidence, clarify the respective conduct and alleged liability of each Defendant, and permit resolution of the action on its merits. The proposed amendment does not arise from an unrelated transaction or occurrence and will not unfairly prejudice Defendants because the claims continue to arise from the same insurance Policy, the same burglary loss, the same claim, and the same course of claim handling already at issue.

This Motion is made pursuant to Code of Civil Procedure sections 473(a)(1) and 576 and California Rules of Court, rule 3.1324, on the grounds that leave to amend should be liberally granted in the interests of justice and that the proposed amendments are necessary and proper.

The Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Luna D'Sol, the proposed Second Amended Complaint, the comparison identifying the proposed additions and deletions, all pleadings and records on file in this action, and any further evidence or argument the Court may properly consider.

Dated: July 16, 2026

Respectfully submitted,

/s/ Luna D'Sol
LUNA D'SOL
Plaintiff, In Pro Per