MICHELLE R. BERNARD (SBN: 144582)
mbernard@grsm.com
KELLY FITZGERALD CANBY (SBN: 185227)
kcanby@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone:   (619) 230-6700
Facsimile:   (619) 696-7124

Attorneys for Defendant
FARMERS DIRECT PROPERTY AND
CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-10938-SVW-ASx<br><br>**DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S OBJECTION TO PLAINTIFF'S DEFECTIVE NOTICE OF MOTION**<br><br>Judge:   Hon. Stephen V. Wilson<br><br>Date:   August 10, 2026<br>Time:   1:30 p.m.<br>Courtroom:  10A<br><br>Trial Date: October 13, 2026; 9:00 a.m.<br>FSC:   October 5, 2026; 3:00 p.m.<br><br>Complaint Filed:  August 21, 2025 |

**TO PLAINTIFF AND THE COURT PLEASE TAKE NOTICE THAT:**
Defendant Farmers Direct Property and Casualty Insurance Company ("Defendant" or "Farmers Direct") hereby objects to Plaintiff Luna D'Sol's (formerly known as Farmers Direct's named insured Julio Ravada) ("Plaintiff" or "D'Sol") defective and improper "NOTICE OF MOTION AND RENEWED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT" [ECF Doc. 96] and all related

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

- 1 -

documents filed in support thereof on or about July 17, 2026 [ ECF Docs. 96-1, 96-2, 96-3, 96-4, 96-5, 96-6, 96-7, 96-8, 96-9] (collectively "Third Motion For Leave") which Plaintiff noticed for hearing on August 10, 2026 at 1:30 PM in Department 10A of the above-entitled Court.  On July 17, 2025, Plaintiff filed another Motion for Leave to File a Second Amended Complaint [ECF Doc. 96] which is the THIRD TIME that Plaintiff has filed a Motion For Leave to File a Second Amended Complaint in this case. However, Plaintiff listed the hearing date as August 10, 2026 as which **is insufficient notice per Local Rule 6-1 requires such a motion to be filed and served at least 28 days before the hearing**.

Plaintiff withdrew both prior Motions for Leave to File a Second Amended Complaint after Farmers Direct had already filed its Oppositions thereto.  When Plaintiff filed her Notice of Withdrawal of the Second Motion For Leave [ECF Doc. 72] and a later filed a "corrected" Notice of Withdrawal of the Second Motion for Leave asking that motion to instead be withdrawn "without prejudice." [ECF Doc. 73].  The Court then issued an Order and Scheduling Notice on April 28, 2026 [ECF Doc. 76] (specifically citing Plaintiff's initial "Notice of Withdrawal" only [ECF Doc. 72]) and without mention of her later sought "without prejudice" version [ECF Doc. 73] which is presumably not part of the order whereby the Plaintiff's Second Motion For Leave [ECF Doc. 40] is "WITHDRAWN AND VACATED. SO ORDERED" and set a status conference for May 11, 2026.  [ECF Doc. 76].

Dated:  July 24, 2026          GORDON REES SCULLY MANSUKHANI, LLP


                               By: */s/ Michelle R. Bernard*
                               Michelle R. Bernard
                               Kelly Fitzgerald Canby
                               Attorneys for Defendant
                               FARMERS DIRECT PROPERTY AND
                               CASUALTY INSURANCE COMPANY

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101