**Luna D'Sol**
Plaintiff, In Pro Per
Email Address: jravada@icloud.com
2275 E Belding Dr
Palm Springs CA 92262
Telephone: 213-925-4069

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUNA D'SOL**<br><br>                              Plaintiff,<br><br>                   vs.<br><br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br><br>                              Defendant(s). | Case No: *2:25-cv-10938-SVW-ASx*<br><br>**NOTICE OF DEFECTIVE FILING AND VIOLATION OF FRCP 11(a)**<br><br>Honorable: Stephen V. Wilson |

**NOTICE IS HEREBY GIVEN** that Plaintiff alerts the Court to a severe, facially evident signature defect in the recent documents submitted by opposing counsel. This administrative fabrication underscores a pattern of deceptive practices and non-compliance.

On 7/24/26, opposing counsel **Ms. Michelle R Bernard, of Gordon Rees Scully Mansukhani** submitted two separate filings: ECF Doc 101 and ECF Doc 102

Ms. Michelle R. Bernard, once again, has falsely represented her conduct under the submission of another person's name. This time, Ms. Bernard filed both documents under Ms. Kelly Canby.

This fabrication of an attorney's signature is a bad faith manipulation of the electronic filing system designed to circumvent accountability. It constitutes a material misrepresentation to this Court. Because these papers bear an unauthorized, manufactured signature, they are legally deficient, structurally defective, and entirely void of validity under FRCP 11(a).

Accordingly, Plaintiff requests that the Court exercise its authority to strike these non-compliant papers or order counsel to show cause for this bad faith submission.

Dated: July 24, 2026                                              Luna D'Sol
                                                                Luna D'Sol, In Pro Per

- 1 -

NOTICE OF DEFECTIVE FILING AND
VIOLATION OF FRCP 11(a)