**Luna D'Sol**
Plaintiff, In Pro Per
Email Address: jravada@icloud.com
2275 E Belding Dr
Palm Springs CA 92262
Telephone: 213-925-4069

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUNA D'SOL** <br><br> Plaintiff, <br><br> vs. <br><br> FARMERS INSURANCE EXCHANGE; FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 2-50, inclusive, <br><br> Defendant(s). | Case No: *2:25-cv-10938-SVW-ASx* <br><br> **DECLARATION OF LUNA D'SOL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION** <br><br> Hon. Judge Stephen V. Wilson <br><br> Date: July 31st, 2026 <br> Courtroom 10A <br> Trial Date: October 13, 2026; 9:00 a.m. <br> FSC: October 5, 2026; 3:00 p.m. <br> Complaint Filed: August 21, 2025 <br><br> Concurrently Filed with: PLAINTIFF' EX PARTE APPLICATION, MEMORANDUM. **PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EVIDENCE AND ARGUMENT MISCHARACTERIZING THE ROLE, RELEVANCE, AND LIABILITY OF FARMERS INSURANCE EXCHANGE AND ITS EMPLOYEES. PROPOSED ORDER** |

- 1 -

DECLARATION OF LUNA D'SOL IN SUPPORT OF PLAINTIFF'S EMERGENCY EX PARTE APPLICATION FOR A STAY OF DISCOVERY, OR IN THE ALTERNATIVE, A PROTECTIVE ORDER

**DECLARATION OF LUNA D'SOL**

I, Luna D'Sol, declare as follows:

1.      I am the plaintiff in this action, appearing in pro per. I have personal knowledge of the facts set forth below and, if called as a witness, could and would competently testify thereto.

2.      Trial in this action is set for October 13, 2026, at 9:00 a.m., with a Pretrial Conference on October 5, 2026, at 3:00 p.m. [ECF Doc. 86.]

3.      On June 18, 2026, I filed a Motion for Reconsideration of this Court's June 8, 2026 Order, pursuant to Local Rule 7-18(c). [ECF Docs. 87, 87-1.]. Defendant opposed [ECF Doc. 91], and I replied [ECF Doc. 93]. The Court subsequently vacated the scheduled hearing and took the Motion under submission. As of the date of this Declaration, the Court has not yet issued a ruling on the Motion.

4.      On or about July 29-30, 2026, I received, by email, communication from Farmers Direct counsel asserting that I had been noticed separately for a deposition, which I disputed the service to Counsel. A true and correct copy of the email I sent to Counsel is attached hereto as **Exhibit 1** and incorporated herein by reference.

5.      Farmers Direct counsel has continued to demand I show at her office the next day despite knowing I am out of town visiting my grandmother.

7.      On July 31st, 2026, I emailed and left a voicemail to Farmers Direct counsel to request a meet and confer about this ex parte application. She returned my called later and said that he does not have authority to agree with my ex parte. A true and correct copy of the email I sent memorializing our conversation is attached hereto as **Exhibit 2** and incorporated herein by reference.

8.      I am further informed and believe that Defendant has caused a deposition subpoena to be served on my contractor.

9.      I do not seek to avoid my deposition or to prevent Defendant from taking reasonable discovery. I seek only that discovery await resolution of my pending Motion for Reconsideration. I will be prejudiced because my complaint (Luna D'Sol v. Farmers Insurance Exchange, Farmers Direct Property and Casualty Insurance Company; and Does 2 through 50 all inclusive. See Direct's Counsel Bernard admitted that her client replaced a DOE defendant - ECF Doc. 11) contains actions that were directly caused by Farmers Insurance Exchange's employees and Farmers Direct has already established that it will not consider those

DECLARATION OF LUNA D'SOL IN SUPPORT  OF PLAINTIFF'S EMERGENCY EX PARTE APPLICATION FOR A STAY OF DISCOVERY,  OR IN THE ALTERNATIVE, A PROTECTIVE  ORDER

violations because it claims that "Farmers Insurance Exchange is not part of this action and is not part of the contract." However, Farmers Insurance Exchange is part of the Policy contract, Farmers Insurance has been part of this case even after the First Amended Complaint was filed as illustrated by the 2 fillings that Defendants filed using my name without my authorization causing Fraud in the state court and in this court. (ECF Docs. 88-1; 88-2, ¶¶ 1-66, Exhibits 1-30)

10.    I did not create the circumstances requiring this Application. Rather, Defendant created the present emergency by simultaneously maintaining that Farmers Insurance Exchange is not a proper party to this action, limiting its responsibility for the conduct of Exchange employees, and nevertheless insisting that discovery proceed before the Court resolves those threshold issues. Defendant also noticed Plaintiff's deposition on short notice and declined Plaintiff's request to postpone it pending the Court's ruling, thereby necessitating this Application.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 31st 2026, at Palm Springs California

/s/ Luna D'Sol

Luna D'Sol, Plaintiff in Pro Per

- 3 -

DECLARATION OF LUNA D'SOL IN SUPPORT  OF PLAINTIFF'S EMERGENCY EX PARTE APPLICATION FOR A STAY OF DISCOVERY,  OR IN THE ALTERNATIVE, A PROTECTIVE  ORDER

# EXHIBIT 1



**From:** **Luna D'Sol** jravada@icloud.com
**Subject:** Re: Meet and Confer Ex Parte
**Date:** July 31, 2026 at 12:55
**To:** Kelly Canby  kcanby@grsm.com
**Cc:** Michelle Bernard  mbernard@grsm.com

Dear Ms. Canby,

This email memorializes our telephone conversation today.

During the call, you advised that Defendant does not agree with the grounds asserted in Plaintiff's forthcoming Ex Parte Application. You also requested that Plaintiff provide you her availability and Plaintiff communicated that she should be able to but would rather hear from the Ex Parte application response.

Regards,

Luna D'Sol
Plaintiff, In Pro Per

> On Jul 31, 2026, at 10:32, Luna D'Sol <jravada@icloud.com> wrote:
>
> Counsel,
>
> I left you a voicemail earlier today regarding a proposed ex parte application that I intend to file.
>
> This email is to memorialize my meet-and-confer effort.
>
> The relief I intend to seek is a continuance of the current trial date, the Final Pretrial Conference, and related discovery deadlines until the Court has ruled on Plaintiff's pending Motion for Reconsideration. In my view, proceeding with discovery and trial preparation before that motion is resolved risks unnecessary expense, duplication of effort, and potential prejudice if the Court's ruling materially affects the parties, claims, or scope of the litigation.
>
> Thank you.
>
> ## Luna D'Sol
>
>   (213) 925-4069
> jravada@icloud.com
>
> This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

## Luna D'Sol

  (213) 925-4069
jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

# EXHIBIT 2

**From:** **Luna D'Sol** jravada@icloud.com
**Subject:** Re: Confirmation of 7/31 Deposition (and Request to Exchange Initial Disclosure Documents on 7/29)? / FW: Case No. 2:25-cv-109838-SVW-ASx - LUNA D'SOL v. FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY
**Date:** July 29, 2026 at 21:04
**To:** Kelly Canby kcanby@grsm.com
**Cc:** Michelle Bernard mbernard@grsm.com, Kiry Yeoun kyeoun@grsm.com, Joni Etue jetue@grsm.com

Counsel,

No, I have not been served a deposition, I don't have any records of such documents being served to me. I am unable to confirm those 3 days because of a dental procedure which will impair my speech and I don't have a way to get to Los Angeles. Last, my understanding is that the judge is reviewing the continuance of discovery which is why I a under the impression your company and I have not started anything

> On Jul 29, 2026, at 20:19, Kelly Canby <kcanby@grsm.com> wrote:
>
> Good Evening Ms. D'Sol -
>
> If you are out of town and not available to appear in Los Angeles at your deposition on Friday, we can reset your deposition for another day next week at GRSM's Office in Los Angeles.  I'm available on **Tuesday 8/4, Wednesday 8/5 or Friday 8/7. Please let me know which of these dates you prefer?**
>
> Additionally, we still need copies of your Initial Disclosure documents.  We previously agreed that the parties would exchange copies of the documents identified in their Initial Disclosures and Farmers Direct thereafter had its voluminous Claim file prepared for production and has been ready to exchange these Initial Disclosure documents for months.  Please note that sanctions under Rule 37 are "self-executing" and "automatic" and evidence "exclusion is an appropriate remedy for failing to fulfill the required disclosure requirements of Rule 26(a)."  *See Yeti by Molly, Ltd. v. Deckers Outdoor Corp.*, 259 F.3d 1101, 1106-1107 (9th Cir. 2001), citing Fed. R. Civ. Proc. 37 Advisory Committee Note (1993).  Per my prior email below, I hoped that we would be exchanging those documents today.  We need copies of your Initial Disclosure documents at least a few days prior to your deposition.  **Please let me know if you can be ready to exchange Initial Disclosure documents by this Friday 7/31 (and if not when)?**
>
> Please note that your Deposition Notice was properly served by email to your email address:  jravada@icloud.com.
>
> As you have previously acknowledged, you consented to electronic service via email in this Federal Court case last November as result of your prior Application for Permission for Electronic Filing [ECF Doc. 10], the Court's Order thereon [ECF Doc. 12] and your subsequent registration and use of the ECF System.  See attached.  "I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail."  [ECF Doc. 10].  "**By registering to e-file you have agreed to receive electronic service of documents by e-mail**."  *See* www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers (emphasis added).   When a "pro se party is granted court permission to register as an ECF user; such registration constitutes consent to receive electronic service."  Rutter Group Practice Guide--Federal Civil Procedure Before Trial (Calif. and 9th Cir. Edition), Section 12:84.12, citing U.S.D.C. C.D. Cal. Local Rules 5-3.2.1, 5-3.2.2; *see also generally* Fed. R. Civ. Proc. 5(b)(2)(E).  As you know, both parties have exclusively used electronic service in this case ever since.

Additionally, as result of the Court's Civil Trial Order and applicable Local Rules, **the Parties are required to complete an ADR Proceeding by Friday, August 21, 2026.**  We are checking on the availability of some potential mediators during August and should hopefully have more information next week, but please let me know if you have any ADR Preferences and/or other suggestions on this topic?

Kelly Canby

---

**KELLY F. CANBY**
Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 760.444.5923
**E:** kcanby@grsm.com  I  grsm.com
101 W. Broadway, Suite 2000, San Diego, CA 92101
vCard

---

**From:** Luna D'Sol <jravada@icloud.com>
**Sent:** Wednesday, July 29, 2026 3:49 PM
**To:** Kelly Canby <kcanby@grsm.com>
**Cc:** Michelle Bernard <mbernard@grsm.com>; Kiry Yeoun <kyeoun@grsm.com>; Joni Etue <jetue@grsm.com>
**Subject:** Re: Confirmation of 7/31 Deposition (and Request to Exchange Initial Disclosure Documents on 7/29)? / FW: Case No. 2:25-cv-109838-SVW-ASx - LUNA D'SOL v. FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY

Hi Ms Canby

I did not know you were back in town yet.

I am sorry I didn't respond earlier but I am out of town visiting my 95 year old grandma. I will be back home on August 17th 2026. I don't recall seeing any requests that you are referring to, as I mentioned, I was in the hospital.  Did you serve it via mail ?

Luna

Sent from my iPhone

> On Jul 27, 2026, at 6:10 PM, Kelly Canby <kcanby@grsm.com> wrote:
>
> Good Evening Ms. D'Sol –
>
> This email is to confirm your deposition for Friday 7/31 at 9:00 a.m. at our office in Los Angeles per the attached Notice of Deposition. Can you please confirm your intention to appear?

Additionally, my prior request to exchange Initial Disclosure documents is long overdue, can you have your documents ready for exchange by Wednesday 7/29?

Kelly Canby

---

**KELLY F. CANBY**
Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 760.444.5923
**E:** kcanby@grsm.com  |  grsm.com
101 W. Broadway, Suite 2000, San Diego, CA 92101
vCard

---

**From:** Kiry Yeoun <kyeoun@grsm.com>
**Sent:** Friday, July 17, 2026 9:27 AM
**To:** Luna D'Sol <jravada@icloud.com>
**Cc:** Kelly Canby <kcanby@grsm.com>; Michelle Bernard <mbernard@grsm.com>
**Subject:** Case No. 2:25-cv-109838-SVW-ASx - LUNA D'SOL v. FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY

Dear Counsel,

Please find attached the electronic service copy of the document:

**DEFENDANT FARMERS DIRECT PROPERY AND CASUALTY INSURANCE COMPANY'S NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF LUNA D'SOL**

Best,
**KIRY YEOUN**
**LEGAL SECRETARY**



**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 840.256.8605
**E:** kyeoun@grsm.com  |  grsm.com

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
www.grsm.com

<2026-07-16 D'SOL DEF NOTICE OF DEPOSITION TO PLAINTIFF.pdf>

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
www.grsm.com

<2025-11-18 D'SOL - DOC 10 PLTF APPLICATION FOR PERMISSION FOR ELECTRONIC FILING(109158610.1).pdf><2025-11-25 - ECF DOC 12 - ORDER GRANTING PLTF D'SOL PERMISSION FOR ELECTRONIC FILING(157662458.1).pdf><2026-07-16 D'SOL DEF NOTICE OF DEPOSITION TO PLAINTIFF.pdf>

## Luna D'Sol

 (213) 925-4069

jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.