Luna D'Sol

Plaintiff, In Pro Per

Email Address: jravada@icloud.com

2275 E Belding Dr

Palm Springs CA 92262

Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUNA D'SOL<br><br>                                   Plaintiff,<br><br>          vs.<br><br><br>FARMERS INSURANCE EXCHANGE;<br>FARMERS DIRECT PROPERTY AND<br>CASUALTY INSURANCE<br>COMPANY, and DOES 2-50, inclusive,<br><br>                            Defendant(s). | Case No:  2:25-cv-10938-SVW-ASx<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF AND EVIDENCE IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS [ECF NO. 88]**<br><br>*[Proposed Order lodged concurrently herewith]*<br><br>Judge:     Hon. Stephen V. Wilson<br><br>Date:    TBD<br>Time:     TBD<br>Courtroom:  10A<br><br>Trial Date: October 13, 2026; 9:00 a.m.<br>FSC:      October 5, 2026; 3:00 p.m.<br>Complaint Filed: August 21, 2025<br>Concurrent filed with: Declaration of Luna D'Sol,. |

- 1 -

**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF AND EVIDENCE IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS [ECF NO. 88]**

TO THE COURT, DEFENDANTS FARMERS INSURANCE EXCHANGE,  FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Luna D'Sol respectfully moves the Court for leave to file the accompanying Supplemental Brief and Supplemental Evidence in support of Plaintiff's Motion for Sanctions (ECF No. 88). Plaintiff respectfully requests that the Court determine this Motion on the papers, or set the matter for hearing if the Court concludes that a hearing is necessary.

This Motion is made following the parties' meet-and-confer correspondence, including Plaintiff's written correspondence to defense counsel dated August 4, 2026, and is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the concurrently filed Declaration of Luna D'Sol and exhibits thereto, the complete files and records in this action, and such further matters as may be presented at or before the hearing on this Motion.

Respectfully submitted,

Dated: August 4, 2026

/s/ Luna D'Sol

Luna D'Sol

Plaintiff, In Pro Per