**Luna D'Sol**
Plaintiff, In Pro Per
Email Address: jravada@icloud.com
2275 E Belding Dr
Palm Springs CA 92262
Telephone: 213-925-4069

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUNA D'SOL**<br><br>                                   Plaintiff,<br><br>             vs.<br><br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br>                                   Defendant(s). | Case No: *2:25-cv-10938-SVW-ASx*<br><br>**DECLARATION OF LUNA D'SOL IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF AND SUPPLEMENTAL EVIDENCE IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS [ECF NO. 88]** |

I, Luna D'Sol, declare:

1.      I am the Plaintiff in this action and appear in propria persona. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would competently testify to them.

2.      I submit this declaration in support of Plaintiff's Motion for Leave to File a Supplemental Brief and Supplemental Evidence in Support of Plaintiff's Motion for Sanctions (ECF No. 88). This declaration authenticates the supplemental exhibits accompanying that motion and describes the manner in which I received, preserved, and reviewed those electronic records.

3.      On August 3, 2026, I received an email from Kelly Canby, counsel for Defendant, at my iCloud email address, **jravada@icloud.com**. The email bore the subject line: **"Deposition Subpoena to**

- 1 -

**PMK Progressive Home Remodeling (Served 7/20/26) / Luna D'Sol v. Farmers Direct Property and Casualty Company (U.S.D.C. C.D. Cal. Case No. 2:25-cv-10938-SVW-ASx).**

4.      Attached hereto as **Exhibit 1** is a true and correct copy of the email described in paragraph 2 as it appeared in my Apple Mail application which is incorporated herein by reference.

5.      The email identified Kelly Canby as the sender and displayed the email address **kcanby@grsm.com** in the "From" field. Before receiving this email, I had previously communicated with Ms. Canby through that same email address concerning this action.

6.      The contents of the email related to Defendant's subpoena directed to Progressive Home Remodeling and addressed matters concerning discovery in this action.

7.      Based upon my personal receipt of the email, the sender information displayed in Apple Mail, my prior communications with Ms. Canby using the same email address, the contents of the email, and the corresponding information contained in the raw message source, I recognize Exhibit 1 as a true and correct copy of an email sent to me by Kelly Canby in her capacity as counsel for Defendant.

8.      Using the Apple Mail application on my Apple Mac computer, I viewed the original message source for the email by selecting **View → Message → Raw Source**.

9.      Attached hereto as **Exhibit 2** is a true and correct copy of the raw message source displayed by Apple Mail for the email described above in ¶8 which is incorporated herein by reference.

10.      I also preserved the email in its native **.eml** format. I have retained that native file and can produce it if directed by the Court. Page No. 11

11.      The raw message source identifies **kcanby@grsm.com** as the envelope sender and return-path address and reflects that the email passed SPF, DKIM, and DMARC authentication for the **grsm.com** domain.

12.      The email included a PDF attachment, which I extracted directly from the email I received and I attach here its true and correct copy of the PDF attachment extracted from the email described in paragraph 2 and incorporated herein by reference as **Exhibit 3.**

13.      The attached PDF concerns Defendant's subpoena directed to Progressive Home Remodeling in this action.

- 2 -

DECLARATION OF LUNA D'SOL IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF AND SUPPLEMENTAL EVIDENCE IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS [ECF NO. 88]

**14.** Based upon the manner in which the PDF was transmitted to me, its contents, the surrounding correspondence, Defendant's subsequent reliance upon the document during this litigation, and my personal participation in those events, I recognize Exhibit 3 as the PDF transmitted to me by Defendant's counsel.

**15.** I opened the PDF using Adobe Acrobat Studio on my Apple Mac computer.

**16.** The version of Adobe Acrobat I used was **Adobe Acrobat Studio, Continuous Release, Version 2026.001.21691**.

**17.** Attached hereto as **Exhibit 4** is a true and correct screenshot showing the version of Adobe Acrobat installed on the computer I used.

**18.** Using Adobe Acrobat, I viewed the document information and metadata associated with the PDF. I did not modify the PDF before viewing that information.

**19.** As reflected on **page 11 of Exhibit 2**, the raw message source identifies the attached PDF by the filename **"DEPOSITION SUBPOENA AND RFP TO PMK of PROGRESSIVE HOME REMODELING INC. (PERSONALLY SERVED 7.20.2026).pdf."** The raw message source further displays attachment metadata for that PDF, including a **creation-date** of **Mon, 03 Aug 2026 23:29:38 GMT** and a **modification-date** of **Mon, 03 Aug 2026 23:58:01 GMT**, as reflected in the electronic record I received

**20.** From the time I received the email through the present, I have maintained the email, the native .eml file, the attached PDF, and the associated electronic records without altering their contents. The exhibits attached to this declaration are true and correct copies of those records.

**21.** My testimony is limited to the electronic records I personally received, the steps I took to preserve those records, the software I used to view them, and the information displayed by Apple Mail and Adobe Acrobat. I do not offer expert testimony concerning the technical operation of electronic mail systems or PDF metadata.

**22.** On August 4, 2026, I sent Ms. Canby a written meet-and-confer communication stating that I had not received Defendant's deposition notice until July 28, 2026, although the notice itself was dated July 16, 2026. I requested that Defendant withdraw the notice and confer regarding a mutually

DECLARATION OF LUNA D'SOL IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF AND SUPPLEMENTAL EVIDENCE IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS [ECF NO. 88]

agreeable deposition date Attached hereto as **Exhibit 5** is a true and correct copy of the correspondence described herein.

23.    At the time I sent that correspondence, my statements were based upon the email I had received, the associated raw message source, the attached PDF, and the electronic information displayed by those records.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 6TH, 2026, at Palm Springs, California.

/s/ Luna D'Sol

Luna D'Sol
Plaintiff, In Pro Per

- 4 -

DECLARATION OF LUNA D'SOL IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF
AND SUPPLEMENTAL EVIDENCE IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS [ECF NO. 88]