# EXHIBIT 1

**From:** **Kelly Canby** kcanby@grsm.com
**Subject:** Response and Request for Further Local Rule 37-1 Conference? / RE: URGENT OBJECTION: Defective Deposition Notice – Case No. 2:25-cv-109838-SVW-ASx
**Date:** August 4, 2026 at 17:05
**To:** Luna D'Sol jravada@icloud.com, Michelle Bernard mbernard@grsm.com

KC

Hello Ms. D'Sol –

Please see attached draft Informal Discovery Conference Form used by Magistrate Sagar and **let me know if you can be available tomorrow 8/5** to discuss the attached form and to continue our Local Rule 37-1 Conference from last week regarding pending discovery issues? I'm available most of the day (except 10-noon).

See also further discussion and instructions found on the Magistrate's website: Honorable Alka Sagar I Central District of California I United States District Court. The Magistrate is a better forum to hear and address any potential discovery disputes among the parties (rather than via ex parte application to the Court). For the purpose of meet and conferring in good faith but still allowing for compliance with existing deadlines, on behalf of Farmers Direct I propose the following:

1. **Plaintiff's Deposition:** Your deposition was properly noticed and served on July 17, 2026 (and I signed the Notice of Deposition the day prior on July 16, 2026) and your deposition noticed for July 31, 2026 at GRSM's Office in Los Angeles. Although we dispute your contention that you had inadequate notice as an accommodation to you given your claimed inability to appear on July 31, 2026 we did not proceed on that date and have repeatedly asked you to provide ANY DATE WITHIN THE DISCOVERY CUTOFF when you could be available (including during our phone call on July 31) but you refused to provide any dates. **By the close of business tomorrow please provide us with ONE DATE NEXT WEEK when you can appear for deposition at our office in Los Angeles for deposition** (and I will do my best to rearrange my schedule to accommodate yours). Farmers Direct reserves all rights to seek any and all available sanctions for your refusal to appear for deposition on July 31, 2026.

2. **Contractor Depositions:** If you are in touch with your contractor from Progressive Home Remodeling Inc. and/or Michael Reyes from King Power Electrical (and as a potential alternative to an in person deposition at GRSM's Office in Los Angeles on 8/4/26 as currently noticed), Farmers Direct is willing to conduct those depositions remotely on any mutually convenient date on or prior to 8/14/26 – please just let me know if you and/or your contractors are amenable and provide a few potentially available dates and time for the remote deposition? Alternatively, we have re-noticed those depositions to proceed on August 14, 2026 at our office in Los Angeles.

3. **Exchange of Initial Disclosure Documents:** We should work cooperatively in discovery and promptly schedule a date for the parties to make the previously agreed exchange of copies of their Initial Disclosure documents. Please confirm that you will be ready to exchange documents by the end of the week 8/7?

4. **Written Discovery Responses:** On July 2, 2026, Defendant propounded written discovery (RFPs, Rogs, RFAs) to Plaintiff which were electronically served via email and TitanFile sharelink email to your email address: jravada@icloud.com on July 2, 2026 (i.e., the same email address which is used and registered as part of the terms and conditions applicable to your participation in the CM/ECF System for this case). Electronic service is valid and proper given your decision to participate in the electronic filing system for this case and pursuant to your proposal thereafter that the parties should use electronic service for efficiency. *See* Plaintiff's Application [ECF Doc. 10] and Court's Order Thereon [ECF Doc. 12]. Plaintiff's verified written discovery responses were due on 8/3/26 and all objections are now waived, please confirm that you will provide verified written responses without objection by the end of the week?

5. Expert Discovery: Farmers Direct timely served its Expert Witness Disclosures and expert reports on July 15, 2026. You failed to timely disclosure or designate any experts and have now waived your right to do so as part of your affirmative case.

Please let me know if there is a good time to reach you tomorrow to further discuss the issues above and/or to hopefully complete and thereafter submit the attached form to Magistrate Sagar.

Kelly Canby

---

**KELLY F. CANBY**
Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 760.444.5923
**E:** kcanby@grsm.com | grsm.com
101 W. Broadway, Suite 2000, San Diego, CA 92101
vCard

---

**From:** Luna D'Sol <jravada@icloud.com>
**Sent:** Tuesday, August 4, 2026 2:29 PM
**To:** Kelly Canby <kcanby@grsm.com>; Michelle Bernard <mbernard@grsm.com>
**Subject:** URGENT OBJECTION: Defective Deposition Notice – Case No. 2:25-cv-109838-SVW-ASx

Dear Ms. Canby,

I am writing to formally object to the Notice of Deposition unilaterally scheduled by your office for Friday, July 31, 2026.

Your document is back-dated to July 16, 2026 on its face. However, the internet service provider transport logs and file metadata prove that your office did not transmit this email to my inbox until Tuesday, July 28, 2026.

this email to my inbox until Tuesday, July 28, 2026.

Providing less than three full business days' notice for a deposition violates the "reasonable notice" mandate of Federal Rule of Civil Procedure 30(b)(1). Furthermore, demanding document production by Wednesday, July 29th—giving me only a single business day to comply—is heavily oppressive and non-compliant with federal discovery timelines.

Please confirm by 5:00 PM today, August 4, 2026, that you will withdraw this defective notice and meet and confer regarding a mutually agreeable date. If you fail to do so, I will bring this electronic server footprint directly to the attention of Judge Wilson.

**Luna D'Sol**

(213) 925-4069

jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
www.grsm.com

**fa91ff37-b23f-4aa4-ac81-189d772d11e5.pdf**
974 KB