EXHIBIT 2

```
Return-path: <kcanby@grsm.com>
Original-recipient: rfc822;jravada@icloud.com
Received: from p00-icloudmta-smtpin-us-central-1n-10-percent-4 by p44-mailgateway-smtp-68f6d68576-vfs86
(mailgateway 2628B80)
    with SMTP id 018aa78a-1680-4e74-8073-c12bc7adc49a
    for <jravada@icloud.com>; Mon, 3 Aug 2026 23:58:15 GMT
X-Apple-MoveToFolder: INBOX
X-Apple-Action: MOVE_TO_FOLDER/INBOX
X-Apple-UUID: 018aa78a-1680-4e74-8073-c12bc7adc49a
Received: from BYAPR05CU005.outbound.protection.outlook.com (mail-
westusazon11020127.outbound.protection.outlook.com [52.101.85.127])
    by p00-icloudmta-smtpin-us-central-1n-10-percent-4 (Postfix) with ESMTPS id 6C97EC00124
    for <jravada@icloud.com>; Mon, 03 Aug 2026 23:58:07 +0000 (UTC)
X-ICL-RepId: 019fca10-3378-7ff8-86a6-f85ab81da478
X-ICL-Info:
GAtbRVYDBVFFSlVHSgMFUFUKE0oWX1gHVQoPB0UFBExESVdZQAUYU0dORhIcDV0BFBcEDjhXRBEYVwUYFRBQBkgeFAQVHlUNGFkUFEVa
RAMDGAIWOFlVDhoMAlkbX1tCHRwKGEVybyMlK1ZCO2UGUkBXCQIMUlkXGx1IBwpfQgcWDQ8YFh5ZFwEVCRgTHlUNGFkWAwoNWwMcFUsA
HUNCFwYYHBgWAQdSR0lXRU8eWRcBGwkCFlQYEgcWEhIbRF8NG1cJAgxcWQ0eVwUYFRBSBkgeFAQVHlUNGFkLHhwNCi4jSTYlSgB7IEJP
UUBAdHBRTUwkNUlxAVRDSl4xS3IFVjRLIkJKcHo0RSk0RUh9dFVDTlFZFlFbEgcdVEdWQEQNEVcJAgxcWQ0eVwUYFQ4=
X-ICL-Score: 2.33303302332
Authentication-Results: bimi.icloud.com; bimi=none
X-ARC-Info: policy=pass; arc=pass; id=mx.microsoft.com 1; r1=1; r2=1
Authentication-Results: arc.icloud.com; arc=pass
Authentication-Results: dmarc.icloud.com; dmarc=pass header.from=grsm.com
X-DMARC-Policy: v=DMARC1; p=reject; fo=1; rua=mailto:dmarc_rua@emaildefense.proofpoint.com;
ruf=mailto:dmarc_ruf@emaildefense.proofpoint.com
X-DMARC-Info: pass=pass; dmarc-policy=reject; s=r1; d=r1; pdomain=grsm.com
Authentication-Results: dkim-verifier.icloud.com; dkim=pass header.d=grsm.com header.i=@grsm.com
header.b=Wcmi1hMJ
Received-SPF: pass (spf.icloud.com: domain of kcanby@grsm.com designates 52.101.85.127 as permitted
sender) receiver=spf.icloud.com; client-ip=52.101.85.127;
helo=BYAPR05CU005.outbound.protection.outlook.com; envelope-from=kcanby@grsm.com
Authentication-Results: spf.icloud.com; spf=pass (spf.icloud.com: domain of kcanby@grsm.com designates
52.101.85.127 as permitted sender) smtp.mailfrom=kcanby@grsm.com
ARC-Seal: i=1; a=rsa-sha256; s=arcselector10001; d=microsoft.com; cv=none;
 b=Hr9ny+e5HuZtoN3o6Pg12llXKMoKiRTHlr99Yu+QAPfDBb5aHTdTPKSwKRefuZU1nagQe4p98WhCUkS7Zxd/
EGY1v9o97q9mx7zG4emfDpMNZfOjzKHvdx3MhZFXc0brevVHKouZitEZL2BA0zXSDt4ZukpqLxKguaw3BFZM8n2XYvoPor03iCGNHaNN
Uv4eAV4SqboZvb9bu0upEXEwmBXhWpZLnwGsagO8lA+J1uImKz0nU40jH72ojLuJQ1/
XzYBod52649uahOOtca7s6wGSXNUmkeWD5AkBubNVR55hwTPSGHNezwz6jIiFUzuB8zMs3ykaDeA5p7hhLLkjwg==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
 s=arcselector10001;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-AntiSpam-MessageData-
ChunkCount:X-MS-Exchange-AntiSpam-MessageData-0:X-MS-Exchange-AntiSpam-MessageData-1;
 bh=uMdIK7iMgMcvDify646Gw5YhHea76+x/ZDl/GCA9a8Y=;

b=w17ceHp7QE9zBhrX7b73PComk29372Vg26HYnMvXMajP1T3aYCijnkPyimZK4Z3+RMHm9PSxfksX8olq8WzuPNeNaNuODrlqzsD8Pj
u0E10JjtA7v4vztjrkp+0fc5aGBdgxx1D2BLGV4OxE9KiW4v1FJKFTrFOk6ioRpVwxxdDyrNh2/Oo50gyGYUrx/
fouZ5ejs9KAmG7daSkfoMxJ0jli8qzuC9dMMj5m9b+VtJ3VBrg0gvcNjy8ATyHTRNjyWw48nnTuhlkiphVUACDRnCnGIHrxDVsDEfkeu
GfWSyOIeYCf6tRGrZROPIJ6RuH5MMcj/eDTQnK5vOogpGGnTA==
ARC-Authentication-Results: i=1; mx.microsoft.com 1; spf=pass
 smtp.mailfrom=grsm.com; dmarc=pass action=none header.from=grsm.com;
 dkim=pass header.d=grsm.com; arc=none
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=grsm.com; s=selector1;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
 bh=uMdIK7iMgMcvDify646Gw5YhHea76+x/ZDl/GCA9a8Y=;
 b=Wcmi1hMJ2E1Lv6yXQd14Lq+eifgkxKV5RtZy0Oc+nQJIwo8uZyZlEE4pMobKtQ3QEzdBJldP4ZtftXbguf5rdtkfFdOC/
jPTWc9wsasMosDly6x6OhHNLceWtnoYFjE+LgjsunS4NkmscKA2BYwO3Y7VSdgUDX8OoHHQDZ0fe6A=
Received: from LV0PR20MB7677.namprd20.prod.outlook.com (2603:10b6:408:324::11)
 by PH7PR20MB4568.namprd20.prod.outlook.com (2603:10b6:510:1e3::16) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.21.270.17; Mon, 3 Aug
 2026 23:58:01 +0000
Received: from LV0PR20MB7677.namprd20.prod.outlook.com
 ([fe80::152a:1fba:7deb:81cb]) by LV0PR20MB7677.namprd20.prod.outlook.com
 ([fe80::152a:1fba:7deb:81cb%5]) with mapi id 15.21.0270.016; Mon, 3 Aug 2026
 23:58:01 +0000
From: Kelly Canby <kcanby@grsm.com>
To: "info@progressivehomeremodeling.com" <info@progressivehomeremodeling.com>,
    "admin@progressivehomeremodeling.com" <admin@progressivehomeremodeling.com>
CC: Kiry Yeoun <kyeoun@grsm.com>, =?Windows-1252?Q?Luna_D=92Sol?=
    <jravada@icloud.com>, Michelle Bernard <mbernard@grsm.com>
Subject:
 =?Windows-1252?Q?Rescheduling_of_8/4/26_Deposition_(Alternative_Dates_Nex?=
 =?Windows-1252?Q?t_Week)=3F_/RE:_Deposition_Subpoena_to_PMK_Progressive_H?=
```

=?Windows-1252?Q?ome_Remodeling_(Served_7/20/26)_/_Luna_D=92Sol_v._Farmer?=
=?Windows-1252?Q?s_Direct_Property_and_Casualty_Company_(U.S.D.C._C.D._Ca?=
=?Windows-1252?Q?l._Case_No._2:25-cv-10938-SVW-ASx)?=
Thread-Topic:
=?Windows-1252?Q?Rescheduling_of_8/4/26_Deposition_(Alternative_Dates_Nex?=
=?Windows-1252?Q?t_Week)=3F_/RE:_Deposition_Subpoena_to_PMK_Progressive_H?=
=?Windows-1252?Q?ome_Remodeling_(Served_7/20/26)_/_Luna_D=92Sol_v._Farmer?=
=?Windows-1252?Q?s_Direct_Property_and_Casualty_Company_(U.S.D.C._C.D._Ca?=
=?Windows-1252?Q?l._Case_No._2:25-cv-10938-SVW-ASx)?=
Thread-Index: Ad0gfIpAOeZepzwGTpWbnh5FtzyFagDJ18rw
Date: Mon, 3 Aug 2026 23:58:01 +0000
Message-ID:
<LV0PR20MB76778DF385BB1A76638F3B34A2D52@LV0PR20MB7677.namprd20.prod.outlook.com>
References:
<DS2PR20MB7657561B63344033B39EB1FBA2C82@DS2PR20MB7657.namprd20.prod.outlook.com>
In-Reply-To:
<DS2PR20MB7657561B63344033B39EB1FBA2C82@DS2PR20MB7657.namprd20.prod.outlook.com>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
x-wsguid: GRSM-e69611f8126e4d87b146d58ed5e40ac5
imanage.sendandfile.filinglocations: legal!14034528
imanage.sendandfile.filinglocations.firmid: GRSM
imanage-send-identifier: c8c0efc2-a2ee-489a-8020-f2ccd9d4dc49
x-ms-publictraffictype: Email
x-ms-traffictypediagnostic: LV0PR20MB7677:EE_|PH7PR20MB4568:EE_
x-ms-office365-filtering-correlation-id: 2842aab8-66d1-4171-394e-08def1bb0d14
x-ms-exchange-senderadcheck: 1
x-ms-exchange-antispam-relay: 0
x-microsoft-antispam:
BCL:0;ARA:13230040|6049299003|69100299015|3109299003|23010399003|366016|7049299003|376014|19092799006|
1800799024|8096899003|10067099003|11063799006|56012099006|4013099003|4053099003|22082099003|18002099003|
13003099007|38070700021|19620145002;
x-microsoft-antispam-message-info:
Nr6YTLk60y5A3jUChGGZP1TGsvIBUUGsycklgvegfbner8Vy6g4vUK+slK0TQFIW7rRg/
VMf7yYX34iypaWRjDYpn8JVIXF9On4RoQiuW6iy8jspyRIdJ4uVSUduz5F3M6u7my0iHe9Q/mll3exAWFuCrvEZcbMTC/
v72CuzKRJ3GkGtVxq0Mclc/
bHBG3wfbWFDt5oFYIOyfKQrEY2X4LzrtIC4PL48rBC7LVPq+eCo4h9h9H0aH0UibeyKiA2mYSIV5zvL+z8GWCW0h2ABUufK9aqFy4fr4
KgQvqhaMZmFicskb4HA9vcfJvtRfvywHVkMTmnMjDpTBFvXCtcoGF1IJfGf49r4JZqdzgqYxMOwoSGAVGL+uYvxyMcIV5l8vb06dcjQD
nVTWqQkdxeOkB/wGJUs+5S0Mq/
oafMBD9kB3DfM1Z8tpLeLff7ZIh3+oAity7KTIH3I5KOdQVGVEgQOZR1dRTmldVKNgur9wUAYJPStqmV5C00AjMi9xM+On+8gzZ2NstQ
qJI5matlBVxnyNNcwGF1N5Zj3txfYNraC5HIh2yzyrOVdd6xHEXAwuhTb9X5Cckisk5P/jSGo4Q7PMfnpt4gJyi6bsqWWq/
4TbTwzafNHNk1Oy8CQD+UP747dmfR+ALGbrvV6BFEQdA==
x-forefront-antispam-report:

CIP:255.255.255.255;CTRY:;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:LV0PR20MB7677.namprd20.prod.outlook.com;
PTR:;CAT:NONE;SFS:(13230040)(6049299003)(69100299015)(3109299003)(23010399003)(366016)(7049299003)
(376014)(19092799006)(1800799024)(8096899003)(10067099003)(11063799006)(56012099006)(4013099003)
(4053099003)(22082099003)(18002099003)(13003099007)(38070700021)(19620145002);DIR:OUT;SFP:1102;
x-ms-exchange-antispam-messagedata-chunkcount: 1
x-ms-exchange-antispam-messagedata-0:
=?Windows-1252?Q?FBuIh8RlfwCdNaXhnXOoMd4hoh9uPbCoUXZQzktiTuS+NNYp7bVvh6/5?=
=?Windows-1252?Q?+NG52uW0z8KY3BW2ognD2MGX//0WEJKpRZveNPZrjzmN5iJt6oTyRqIk?=
=?Windows-1252?Q?c0qpEyQqRxg72K4Sb1kGjlQoTh7MU7jEJ12VNZBkhOhtKESOKhTrXvX0?=
=?Windows-1252?Q?k9F2Kb5W2bIYKekZ9gz1oL60b/jeIFEM8CwnJLks/evFtEKIvdUXqWUc?=
=?Windows-1252?Q?kEgEPYbix+hXCPY5TQWlaWiW5HnHOFvy2f4AnsnlOwwsLhRJXeObYDtk?=
=?Windows-1252?Q?I5+cvvXcVO/j64aZRBz1I+MZYmtTjg3mUuvUBsflwCmb6n7Zo9YBRw9i?=
=?Windows-1252?Q?kElgOEePDVwcVSFBeDf9K3t6bxA7cMKwpmD0YdV734mLUE2HYS+fICGP?=
=?Windows-1252?Q?EKWrocNUKxmvbsC5Nd/D58n/21gfzrP2JELKtA8IjYcxCOCerTZQ++DG?=
=?Windows-1252?Q?r0S2DYsp5jHpdgT6BldWTOVoUtncFrdDdNaUf3o30eXhEAN/5zRJHXaW?=
=?Windows-1252?Q?EzYTn4RReoSDcNy9aCDsJSQlHOHRrCwJBNmOubsn0eOwqM86eso9L1t6?=
=?Windows-1252?Q?OrFA6W++qbj0oMMRUSxnaXJlqcRVfENbMyeComvGEc5dRD+xgNUu6EZO?=
=?Windows-1252?Q?/1OQ1qJxdEdv7RPKusO9/Ct8Pai5KiyTp+gj19lPA/98rHDMWC57Q1vu?=
=?Windows-1252?Q?49qSTIE8bMNXlV5TasHceqcBgnSvELWMQTz4BIYpQy2EbaOlL9bocFu9?=
=?Windows-1252?Q?lUw8C25U7kV3klZa0q5JlIwzP0vSpAHkg/XfarekWYtLlrC2WwSlCOVc?=
=?Windows-1252?Q?PmYQ3NM70riIm792Al9N/yvKn/a9juxN9S1aHoWB1LFMBRoaKQgXQR8a?=
=?Windows-1252?Q?+RMYmUPTwmyU+7MrQCQmTWA129LP48DcjmblVPTS9Yvm8igJ6KSxgBWu?=
=?Windows-1252?Q?aw02IX3DZbk/jDZij1cLEtrVE1SGuYuUrDcQdfMPdWp3MUFF4ROSaJId?=
=?Windows-1252?Q?yOAGUZ7cbcPfxEn5WRDY5rC142zpsLSTHH3Q+pizkTGQ4A1RYfktNjwt?=
=?Windows-1252?Q?Qj00aYE8YitHdE+TMcjTzS9kPZzKY80QmMVmMEoCfrtQ2ANML2H5nrdZ?=
=?Windows-1252?Q?LLRXquWW1eB6IZCkVP28iNnOtndGBzljwfpegAy4etfnj1g3XCUfDksk?=
=?Windows-1252?Q?oDQK0SwYgG5vZrFxfsZiiHUkjNi/0l9K9URQSUapSkU82UDFS43RZG+/?=
=?Windows-1252?Q?6vbS69ZWprhqUKC+CkrNL0pORde0OSu5hR6+8m/JXA+Ewq4lmBMJJgYX?=

=?Windows-1252?Q?pKGWIyp2rfqTM5AkEpngNafq25eb4/cOkrWIgU0DB+eUWseC7d/URNxR?=
=?Windows-1252?Q?sgp1R/fgBzNUN2yqqWB0A6GG1KZSCWp3s3W8lFqaydh4XHltxwcdbzFs?=
=?Windows-1252?Q?zLf+QnyYR0nzmbWz2LYJVPYD0hbK8oObwBqhMq2k94DZF4G+jQChcJXv?=
=?Windows-1252?Q?U4Its/w28Nic/OSQKfLXmKCTy2kXcwBuDXMMCxBXCFUFhX6K4RFEhmBS?=
=?Windows-1252?Q?BJVG02TI5k4lfCl4eD5B32X6G0KthLiUbvH6wtUvZ8B8femCJuS1lKYW?=
=?Windows-1252?Q?jPRkoJdlOUpUJNRMphtamidGGtgAJ+8OlJm4ty7crWD/lynENMAN7r6A?=
=?Windows-1252?Q?MfbOzx9axOz2Z3oMRqn09fsOrnGosrIr0F9m+RDGxvQgD9wWMGBWx6Qh?=
=?Windows-1252?Q?v9sNvbYaA5TU/flks15Era5Cd5U5nQZnl3nexkYbxhyYQsyUY3D23eF1?=
=?Windows-1252?Q?jJZt6wUQbCG5ZGWYu8tbK92EQa9ek4aDGrl6zd8umWaydQ07?=
Content-Type: multipart/mixed;
boundary="_004_LV0PR20MB76778DF385BB1A76638F3B34A2D52LV0PR20MB7677namp_"
MIME-Version: 1.0
X-OriginatorOrg: grsm.com
X-MS-Exchange-CrossTenant-AuthAs: Internal
X-MS-Exchange-CrossTenant-AuthSource: LV0PR20MB7677.namprd20.prod.outlook.com
X-MS-Exchange-CrossTenant-Network-Message-Id: 2842aab8-66d1-4171-394e-08def1bb0d14
X-MS-Exchange-CrossTenant-originalarrivaltime: 03 Aug 2026 23:58:01.3626
(UTC)
X-MS-Exchange-CrossTenant-fromentityheader: Hosted
X-MS-Exchange-CrossTenant-id: e61e94f9-f4be-4fe6-8cbc-7941e815db2e
X-MS-Exchange-CrossTenant-mailboxtype: HOSTED
X-MS-Exchange-CrossTenant-userprincipalname:
mgC555lQcaOXvNUiJWfdPe2rzpyFSLqlwKlzmeykOjAAK+Dvq9M5OS3M76x7VTKu
X-MS-Exchange-Transport-CrossTenantHeadersStamped: PH7PR20MB4568
X-MANTSH: 1TFkXGxoaHxEKWUQXb1lIaF9BXkZJeGYRCllNF25PRkNcT1gRCl9ZFxsdEhEKX00
XZEVETxEKWUkXGnEaEBp3BhsfEnEdHxAadwYYGgYaEQpZXhdsbHkRCkNOF2kSW1NkQRNcfHt6b
n5DSBJZT3tvcB1HZWJpTVBbQkYeEQpYXBcZBBoEHxIFGxoaBB0bBBscGgQTGhAbHhofGhEKXlk
XQlpZAVkRCk1cFxsSHBEKTFoXaGlrTWsRCkxGF29ra2tsTWsRCkNaFx8YBBsaGwQSHwQbGB0RC
kJeFxsRCkReFx4RCkRJFxkRCkJcFxsRCl5OFxsRCkJLF3oaARphf2Vae1gaEQpCSRd6GgEaYX9
lWntYGhEKQkUXZFxbe0NjEmxLfGARCkJOF3oaARphf2Vae1gaEQpCTBdgWGlkGxl8cxxpcxEKQ
mwXbEUeXhxvW39pHFgRCkJAF2NOTk1+bRJCYkMYEQpCWBduZQVSfUBEYxkcAREKTV4XGxEKWlg
XGxEKcGcXb0xEBV8SY2huQFoQGRoRCnBoF21FZEZTbhxCcH9iEBkaEQpwaBdkWH57aR5JUkB5a
xAZGhEKcGgXYWFLaHJMTkheXx4QGRoRCnBoF2Z5UkJ4YFlMREtYEBkaEQpwaBdmY0lDW2N9GGx
acxAfGhEKcGgXaXoYckJ/ZhJYHH8QGRoRCnBoF2VceWJuWElTAWVFEBkaEQpwaBduWkNZfk5iG
GJcZxAeEhEKcH8Xbh1aZR9rWR1OTwUQHB8RCnBfF29MSX54TmtOUE1jEBwfEQpwfRdvTEl+eE5
rTlBNYxAcHxEKcF8XYmJ7QFhkSWkSBXIQHRIRCnB9F21TSF4dXWdZRE1QEBkaEQpwZxdtQ15cW
3lrUxtjQxAZGhEKcH0XYGRBcF8afn0ZbRIQHB8RCnB9F29MSX54TmtOUE1jEBwfEQpwfRdtU0h
eHV1nWURNUBAZGhEKcH8Xa3AYYEVtYB1aXEwQHx4RCnBfF2RrSW5PTWltAWZuEB8eEQpwfRdka
0luT01pbQFmbhAfHhEKcH0Xb0xJfnhOa05QTWMQHB8RCnB9F21TSF4dXWdZRE1QEBkaEQpwfRd
gZEFwXxp+fRltEhAcHxEKcH8Xb0lFSGNjZgESGXMQHRIRCnBfF2FZbk9JWVpkQGQbEB0SEQpwf
RdpE3BkXEd5E0JfehAdEhEKcH0Xb0xJfnhOa05QTWMQHB8RCnB9F21TSF4dXWdZRE1QEBkaEQp
wfRdka0luT01pbQFmbhAfHhEKcGwXek96HW0bGl5kY3sQGRoRCnBMF2R8Rmd+c2Yac25ZEBkaE
QptfhcbEQpYTRdLEQ==
X-Proofpoint-GUID: C8qyNk9vVQPDTib8seQEZ7mOHCgzqhl4
X-Proofpoint-Spam-Details-Enc: AW1haW4tMjYwODAzMDIxMCBTYWx0ZWRfXyoFX0tDQ5Itu
KOqskJRTT3cYZweSLsq0x/PeOaFhd84f8i8gANhIzMJp9xU9Sx+qA48sRT6DNirXkcXn/BaOCd6
EDgSZdjCwC9ppu8Ynieh8QSOFRscqCg4HUmooFjn0Yn2g6DSos0b9ZmFl6JXOTLM0KELO8YuoVS
ucHV68xFlWjj7Jd0MQ263yklpL7myQH2S4bHQjE7xnwNzmWBYJ42nRk12HOzJcGhDHF59KjA8TC
j84TFZ+ALwF0eKQDE0/VgyKa0fMvMuwus4MkGP/we1FP/LCvgGP6VNxj7Jt+eH/faH0cmxqVPU7
vIENoxHLtFBkxWywFuow3LIxMOxTZRRk78Xk/G3PxOw/wku0j7P6Gat5JjuD4J2agvE25qXzVh5
l9kj+KcP7krCm4OLQjCYg9+YqIjii+dMxzlsPYJTMK2FnAnA3XM=
X-Proofpoint-ORIG-GUID: C8qyNk9vVQPDTib8seQEZ7mOHCgzqhl4
X-Authority-Info: v=2.4 cv=Ov5CCi/t c=1 sm=1 tr=0 ts=6a712b11 cx=c_apl:c_pps
a=PGzkYtW+Y2OQBedXY5L5Qw==:117 a=z/mQ4Ysz8XfWz/Q5cLBRGdckG28=:19
a=lCpzRmAYbLLaTzLvsPZ7Mbvzbb8=:19 a=xqWC_Br6kY4A:10 a=Sv0fKeRqtYgA:10
a=OkBJ0657V7UA:10 a=AlOVJ06ZdrkA:10 a=lrKTRPPSAAAA:8 a=hdMd5VmWAAAA:8
a=v3ZZPjhaAAAA:8 a=2cw7IRAqc_eX8BtcpooA:9 a=lqcHg5cX4UMA:10 a=pILNOxqGKmIA:10
a=Zy2nNCk0AAAA:8 a=yMhMjlubAAAA:8 a=SSmOFEACAAAA:8 a=jGzomZBbKn3XhL07ojsA:9
a=I9pOTihjGwlQGhwO:21 a=gKO2Hq4RSVkA:10 a=UiCQ7L4-1S4A:10 a=hTZeC7Yk6K0A:10
a=frz4AuCg-hUA:10 a=_7IfFJ1S_0LdaAHYDC4A:9 a=n3BslyFRqc0A:10
a=rls1ZAiwvL0A:10 a=AIE42tfLKHTmZrBMmLZx:22 a=devyUYbVEBf6SXTdobmD:22
a=HGg0J6Rq888J3JOBnnT2:22
X-JNJ: AAAAAAABc4mONp10OVS8S1e6EaF+Kc+nPk8Uy7OCdlwg2oqzUVDTjyH/jvSQH56xz/
SOFN5sh5r+S5SaTkdpqiCRbQfNpK46EksOrygBxVidN/
y02KSS9fH9mloHgRo8bIR6ldPcH9XGiOc55HggK+62MrjvahFpSarUL6GA2cZ1gOBM+cFKdVQKFXLAjEUeGFS4oPpasQDfLPL/LEff2+
+Zx1v0TMxQoaU5i0DkpzC2VCWuQDcu3iM4Ggisk80I9kKovrPbSMuD1T/oDjgP3sCgpcgkXFjeqQJM28HFKWqpEQ44l1vrJVHiso/
Z7P00x41h8eRUa5hvzEfCzz6G11uCbSqWR4dpTPlmqYdIA4rbZ2uv9XxD7jD0oQ0lFiQGzyZuJlCQNbk8v1pH/
Wf9zpijaHKjrmgne9bSS2twmA/KlsF5cXjUVo67kYGcPv+wjp8c01rURDQuk5NTEuX3kBtucB/
E+jPPEH8E1LFT98Dr9DYFr8BUVtAYgqI5OXPSZLo8Od1kln01OXE4b/
XtIwwFgQocU5hFJxVhobPB5CNX7PACaI96wK5wBhhZPr3nU8qVFgIMipl3QRPCXeXQS8Fg7eIED6zxoirYUn41EwYLh2yFdvQMc60gqG
zBRq49QP6MiiHToO/K+T1sFwfWL3GH5ij9vsq3Eycs/8tEhCuOkhRSGQ22UaC9/z7YnKkXbjX8Y/j4RZy3vJjA0PvqJoCIQhlgPO0dB/
AAeVLdQ2B1y+YbN4Hp8bjfCZERxxbpe+r1gfyBK6QlGwc9JgUJNKDciUUd+CYtIqD5Umsn7Vo41vg2cSLI+0m6m8dDyhvHfTlNIRyeUy
0DXw4Rw1cfJR8W5MXYABl2IrF1Lvl0e19Kze+IllWumivbA/YC0ZqFQd/
u9zJdtZ3YAjKPYbK1sbQPuvX1RW6kMl4THgfPIRvljPAza7g0TGi+TeYPn9mrsSqP4NRh60gsksLgs7aYct2q8jEuKOHjzoFSczz1N7y

8dbjBi+xl70FS3xt2RcpHKXXVRmJ1ye1xsMsAwXEr495S8+UVfF6fdHymVazdicyHP8R9kQrFzZSH/
jECQ8FuzZ1J2h9tZiJaDU2CXGpF/XYD1Ku7vJc1JaU3Wc5SYT6LkMZOe21QbrS2YlKDbrANrw==

--_004_LV0PR20MB76778DF385BB1A76638F3B34A2D52LV0PR20MB7677namp_
Content-Type: multipart/alternative;
    boundary="_000_LV0PR20MB76778DF385BB1A76638F3B34A2D52LV0PR20MB7677namp_"

--_000_LV0PR20MB76778DF385BB1A76638F3B34A2D52LV0PR20MB7677namp_
Content-Type: text/plain; charset="Windows-1252"
Content-Transfer-Encoding: quoted-printable

Mr. Aragon and/or other Officer/Manager of Progressive Home Remodeling Inc.=
:

Following up on the voicemail messages I left earlier today at (323) 423-63=
22 and (323) 218-9118, please note that since after multiple inquiries I ha=
ve still been unable to confirm the availability of the PMK for Progressive=
 Home Remodeling Inc. to appear at the deposition noticed for tomorrow (Aug=
ust 4, 2026 at 10:00 a.m., at 633 West Fifth Street, 52nd Floor in Los Ange=
les per the attached subpoena served on June 20, 2026 at 1:28 p.m.) and giv=
en Plaintiff Luna D=92Sol=92s recent pending ex parte application seeking a=
 protective order, the deposition will be rescheduled on a mutually conveni=
ent date on or before August 14, 2026 and Defendant Farmers Direct Property=
 and Casualty Insurance Company reserves all rights to compel attendance pu=
rsuant to the original notice.

Accordingly, please provide some available dates next week and let me know =
if you would prefer to conduct the deposition remotely (by video conference=
)?  I anticipate the deposition will take approximately 2-3 hours.

Much appreciated,
Kelly Canby

________________________________
Kelly F. Canby
Partner
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM=99
D: 760.444.5923
E: kcanby@grsm.com<mailto:>  |  grsm.com<https://www.grsm.com>
101 W. Broadway, Suite 2000, San Diego, CA 92101
vCard<https://grsm.com/wp-content/themes/gordon_rees/includes/vcard/functio=
ns.php?id=3D11813>

From: Kelly Canby
Sent: Thursday, July 30, 2026 6:58 PM
To: 'info@progressivehomeremodeling.com' <info@progressivehomeremodeling.co=
m>; 'admin@progressivehomeremodeling.com' <admin@progressivehomeremodeling.=
com>
Cc: Kiry Yeoun <kyeoun@grsm.com>; Luna D=92Sol <jravada@icloud.com>; Michel=
le Bernard <mbernard@grsm.com>
Subject: Deposition Subpoena to PMK Progressive Home Remodeling (Served 7/2=
0/26) / Luna D=92Sol v. Farmers Direct Property and Casualty Company (U.S.D=
.C. C.D. Cal. Case No. 2:25-cv-10938-SVW-ASx)

Good Evening =96

This email and attached letter are for David Aragon, Chief Executive Office=
r and/or other Officer or Manager of Progressive Home Remodeling Inc.  I am=
 an attorney with Gordon Rees Scully Mansukani LLP and we represent Defenda=
nt Farmers Direct Property and Casualty Insurance Company  (=93Farmers Dire=
ct=94 or =93Defendant=94) in the above-entitled action involving an insuran=
ce coverage dispute with Plaintiff Luna D=92Sol (formerly known as Julio Ra=
vada). This email and attached letter follows up on several voicemail messa=
ges I have left at (323) 423-6322 and (323) 218-9118 regarding the Depositi=
on Subpoena and Request for Production of Documents that was personally ser=
ved on July 20, 2026 (at approximately 1:28 p.m.) at Progressive Home Remod=
eling Inc.=92s principal address in Hermosa Beach (2447 Pacific Coash Hwy, =
Unit 229) seeking testimony from the PMK for PROGRESSIVE HOME REMODELING IN=
C. at deposition and the production of documents on August 4, 2026.  A cour=
tesy copy of the Deposition Subpoena that was previously served on July 20,=
 2026 is included with the attached letter.

As explained further in the attached letter, we believe that PROGRESSIVE HO=
ME REMODELING INC. has information and/or documents relevant to the above-r=

eferenced case pending in the United States District Court Central District=
 of California.  For example, I understand that PROGRESSIVE HOME REMODELING=
 INC. and/or its Project Manager Emuna Stanely conducted an inspection and/=
or prepared an estimate on or around May 19, 2025 (i.e., for =93Homeowner: =
Julio =91Luna=92=94 regarding the =93Homeowner Address: 2275 E. Belding Dr.=
 Palm Springs CA 92262=94).  The Plaintiff in this action is Luna D=92Sol (=
previously known as Julio Ravada) who is known to reside at this address.  =
The May 19, 2025 Estimate also references Contractor License # 1049763 whic=
h is the license number for Progressive Home Remodeling Inc. and/or its Chi=
ef Executive Officer David Aragon.

The Deposition for the PMK of Progressive Home Remodeling Inc. has been sch=
eduled for August 4, 2026 at 10:00 a.m. at my law firm=92s office in Los An=
geles located at 633 West Fifth St., 52nd Floor, Los Angeles, California 90=
071.  Please contact me to discuss the scheduling of this deposition and if=
 August 4, 2026 is not a convenient day, we can potentially reschedule to a=
nother mutually convenient date and time within the next two weeks (and/or =
potentially conduct the deposition remotely through a zoom video conference=
).

I can be reached at (760) 444-5923 or kcanby@grsm.com<mailto:kcanby@grsm.co=
m>.  I look forward to speaking with you.

Thanks,

Kelly Canby
________________________________
Kelly F. Canby
Partner
[Gordon & Rees, Scully Mansukhani - Your 50 State Partner]<https://www.grsm=
.com/>
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM=99
D: 760.444.5923
E: kcanby@grsm.com<mailto:>  |  grsm.com<https://www.grsm.com>
101 W. Broadway, Suite 2000, San Diego, CA 92101
vCard<https://grsm.com/wp-content/themes/gordon_rees/includes/vcard/functio=
ns.php?id=3D11813>

________________________________

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MA=
Y BE LEGALLY PRIVILEGED and is intended only for the use of the intended re=
cipients identified above. If you are not the intended recipient of this co=
mmunication, you are hereby notified that any unauthorized review, use, dis=
semination, distribution, downloading, or copying of this communication is =
strictly prohibited. If you are not the intended recipient and have receive=
d this communication in error, please immediately notify us by reply email,=
 delete the communication and destroy all copies.

GORDON REES SCULLY MANSUKHANI, LLP
YOUR 50 STATE LAW FIRM=99
www.grsm.com<http://www.grsm.com>

--_000_LV0PR20MB76778DF385BB1A76638F3B34A2D52LV0PR20MB7677namp_
Content-Type: text/html; charset="Windows-1252"
Content-Transfer-Encoding: quoted-printable

<html xmlns:v=3D"urn:schemas-microsoft-com:vml" xmlns:o=3D"urn:schemas-micr=
osoft-com:office:office" xmlns:w=3D"urn:schemas-microsoft-com:office:word" =
xmlns:x=3D"urn:schemas-microsoft-com:office:excel" xmlns:dt=3D"uuid:C2F4101=
0-65B3-11d1-A29F-00AA00C14882" xmlns:m=3D"http://schemas.microsoft.com/offi=
ce/2004/12/omml" xmlns=3D"http://www.w3.org/TR/REC-html40">
<head>
<meta http-equiv=3D"Content-Type" content=3D"text/html; charset=3DWindows-1=
252">

```
<meta name=3D"Generator" content=3D"Microsoft Word 15 (filtered medium)">
<!--[if !mso]><style>v\:* {behavior:url(#default#VML);}
o\:* {behavior:url(#default#VML);}
w\:* {behavior:url(#default#VML);}
.shape {behavior:url(#default#VML);}
</style><![endif]--><style><!--
/* Font Definitions */
@font-face
    {font-family:"Cambria Math";
    panose-1:2 4 5 3 5 4 6 3 2 4;}
@font-face
    {font-family:Calibri;
    panose-1:2 15 5 2 2 2 4 3 2 4;}
@font-face
    {font-family:Aptos;}
@font-face
    {font-family:"Aptos Display";}
/* Style Definitions */
p.MsoNormal, li.MsoNormal, div.MsoNormal
    {margin:0in;
    font-size:12.0pt;
    font-family:"Aptos",sans-serif;
    mso-ligatures:standardcontextual;}
a:link, span.MsoHyperlink
    {mso-style-priority:99;
    color:#467886;
    text-decoration:underline;}
span.EmailStyle20
    {mso-style-type:personal-compose;
    font-family:"Aptos",sans-serif;
    color:windowtext;}
.MsoChpDefault
    {mso-style-type:export-only;
    font-size:10.0pt;
    mso-ligatures:none;}
@page WordSection1
    {size:8.5in 11.0in;
    margin:1.0in 1.0in 1.0in 1.0in;}
div.WordSection1
    {page:WordSection1;}
--></style><!--[if gte mso 9]><xml>
<o:shapedefaults v:ext=3D"edit" spidmax=3D"1026" />
</xml><![endif]--><!--[if gte mso 9]><xml>
<o:shapelayout v:ext=3D"edit">
<o:idmap v:ext=3D"edit" data=3D"1" />
</o:shapelayout></xml><![endif]-->
</head>
<body lang=3D"EN-US" link=3D"#467886" vlink=3D"#96607D" style=3D"word-wrap:=
break-word">
<div class=3D"WordSection1">
<p class=3D"MsoNormal">Mr. Aragon and/or other Officer/Manager of Progressi=
ve Home Remodeling Inc.:
<o:p></o:p></p>
<p class=3D"MsoNormal"><o:p> </o:p></p>
<p class=3D"MsoNormal">Following up on the voicemail messages I left earlie=
r today at
<span style=3D"font-family:&quot;Aptos Display&quot;,sans-serif">(323) 423-=
6322 and (323) 218-9118, p</span>lease note that since after multiple inqui=
ries I have still been unable to confirm the availability of the PMK for Pr=
ogressive Home Remodeling Inc. to appear at
 the deposition noticed for tomorrow (August 4, 2026 at 10:00 a.m., at 633 =
West Fifth Street, 52nd Floor in Los Angeles per the attached subpoena serv=
ed on June 20, 2026 at 1:28 p.m.) and given Plaintiff Luna D=92Sol=92s rece=
nt pending ex parte application seeking
 a protective order, the deposition will be rescheduled on a mutually conve=
nient date on or before August 14, 2026 and Defendant Farmers Direct Proper=
ty and Casualty Insurance Company reserves all rights to compel attendance =
pursuant to the original notice. 
<o:p></o:p></p>
<p class=3D"MsoNormal"><o:p> </o:p></p>
<p class=3D"MsoNormal">Accordingly, please provide some available dates nex=
t week and let me know if you would prefer to conduct the deposition remote=
ly (by video conference)?  I anticipate the deposition will take appro=
ximately 2-3 hours.<o:p></o:p></p>
```

```
<p class=3D"MsoNormal"><o:p> </o:p></p>
<p class=3D"MsoNormal">Much appreciated,<o:p></o:p></p>
<p class=3D"MsoNormal">Kelly Canby<o:p></o:p></p>
<div>
<table class=3D"MsoNormalTable" border=3D"0" cellspacing=3D"0" cellpadding=
=3D"0">
<tbody>
<tr>
<td width=3D"640" style=3D"width:480.0pt;padding:0in 0in 0in 0in">
<div class=3D"MsoNormal"><span style=3D"mso-ligatures:none">
<hr size=3D"2" width=3D"100%" noshade=3D"" style=3D"color:#A0A0A0" align=3D=
"left">
</span></div>
<table class=3D"MsoNormalTable" border=3D"0" cellspacing=3D"0" cellpadding=
=3D"0" width=3D"100%" style=3D"width:100.0%">
<tbody>
<tr>
<td colspan=3D"2" style=3D"padding:0in 0in 6.75pt 0in">
<p class=3D"MsoNormal" style=3D"mso-margin-top-alt:auto;mso-margin-bottom-a=
lt:auto"><b><span style=3D"font-size:11.0pt;font-family:&quot;Calibri&quot;=
,sans-serif;color:#051663;text-transform:uppercase;mso-ligatures:none">Kell=
y F. Canby</span></b><span style=3D"font-size:10.0pt;font-family:&quot;Cali=
bri&quot;,sans-serif;mso-ligatures:none"> 
<br>
Partner <o:p></o:p></span></p>
</td>
</tr>
<tr>
<td width=3D"100%" nowrap=3D"" valign=3D"top" style=3D"width:100.0%;padding=
:0in 0in 0in 0in">
<p class=3D"MsoNormal" style=3D"mso-margin-top-alt:auto;mso-margin-bottom-a=
lt:auto"><b><span style=3D"font-size:10.0pt;font-family:&quot;Calibri&quot;=
,sans-serif;color:#051663;mso-ligatures:none">GORDON REES SCULLY MANSUKHANI
<br>
YOUR 50 STATE LAW FIRM=99 </span></b><span style=3D"font-size:10.0pt;font-f=
amily:&quot;Calibri&quot;,sans-serif;mso-ligatures:none"><br>
<b><span style=3D"color:#051663">D:</span></b> 760.444.5923<br>
<b><span style=3D"color:#051663">E:</span></b> <a href=3D"mailto:"><span st=
yle=3D"color:#337DD4;text-decoration:none">kcanby@grsm.com</span></a> =
 |  <a href=3D"https://www.grsm.com"><span style=3D"color:#3=
37DD4;text-decoration:none">grsm.com</span></a><br>
101 W. Broadway, Suite 2000, San Diego, CA 92101<br>
<a href=3D"https://grsm.com/wp-content/themes/gordon_rees/includes/vcard/fu=
nctions.php?id=3D11813"><span style=3D"color:#337DD4;text-decoration:none">=
vCard</span></a>
</span><span style=3D"font-size:9.5pt;font-family:&quot;Calibri&quot;,sans-=
serif;mso-ligatures:none"><o:p></o:p></span></p>
</td>
<td style=3D"padding:0in 0in 0in 0in"></td>
</tr>
</tbody>
</table>
</td>
</tr>
</tbody>
</table>
</div>
<p class=3D"MsoNormal"><o:p> </o:p></p>
<div>
<div style=3D"border:none;border-top:solid #E1E1E1 1.0pt;padding:3.0pt 0in =
0in 0in">
<p class=3D"MsoNormal"><b><span style=3D"font-size:11.0pt;font-family:&quot=
;Calibri&quot;,sans-serif;mso-ligatures:none">From:</span></b><span style=
=3D"font-size:11.0pt;font-family:&quot;Calibri&quot;,sans-serif;mso-ligatur=
es:none"> Kelly Canby
<br>
<b>Sent:</b> Thursday, July 30, 2026 6:58 PM<br>
<b>To:</b> 'info@progressivehomeremodeling.com' &lt;info@progressivehomerem=
odeling.com&gt;; 'admin@progressivehomeremodeling.com' &lt;admin@progressiv=
ehomeremodeling.com&gt;<br>
<b>Cc:</b> Kiry Yeoun &lt;kyeoun@grsm.com&gt;; Luna D=92Sol &lt;jravada@icl=
oud.com&gt;; Michelle Bernard &lt;mbernard@grsm.com&gt;<br>
<b>Subject:</b> Deposition Subpoena to PMK Progressive Home Remodeling (Ser=
ved 7/20/26) / Luna D=92Sol v. Farmers Direct Property and Casualty Company=
```

```
(U.S.D.C. C.D. Cal. Case No. 2:25-cv-10938-SVW-ASx)<o:p></o:p></span></p>
</div>
</div>
<p class=3D"MsoNormal"><o:p> </o:p></p>
<p class=3D"MsoNormal"><span style=3D"font-family:&quot;Aptos Display&quot;=
,sans-serif">Good Evening =96
<o:p></o:p></span></p>
<p class=3D"MsoNormal"><span style=3D"font-family:&quot;Aptos Display&quot;=
,sans-serif"><o:p> </o:p></span></p>
<p class=3D"MsoNormal"><span style=3D"font-family:&quot;Aptos Display&quot;=
,sans-serif">This email and attached letter are for David Aragon, Chief Exe=
cutive Officer and/or other Officer or Manager of Progressive Home Remodeli=
ng Inc. 
</span><span lang=3D"X-NONE" style=3D"font-family:&quot;Aptos Display&quot;=
,sans-serif">I am an attorney with Gordon Rees Scully Mansukani LLP and we =
represent Defendant Farmers Direct Property and Casualty Insurance Company&=
nbsp; (=93Farmers Direct=94 or =93Defendant=94) in the above-entitled
 action involving an insurance coverage dispute with Plaintiff </span><span=
 style=3D"font-family:&quot;Aptos Display&quot;,sans-serif">Luna D=92Sol (f=
ormerly known as Julio Ravada)</span><span lang=3D"X-NONE" style=3D"font-fa=
mily:&quot;Aptos Display&quot;,sans-serif">. This email and
 attached letter follows up on several voicemail messages I have left at </=
span><span style=3D"font-family:&quot;Aptos Display&quot;,sans-serif">(323)=
 423-6322 and (323) 218-9118
<b><i>regarding the Deposition Subpoena and Request for Production of Docum=
ents that was personally served on July 20, 2026 (at approximately 1:28 p.m=
.) at Progressive Home Remodeling Inc.=92s principal address in Hermosa Bea=
ch (2447 Pacific Coash Hwy, Unit 229)
 seeking testimony from the PMK for PROGRESSIVE HOME REMODELING INC. at dep=
osition and the production of documents on August 4, 2026.
</i></b> </span><span lang=3D"X-NONE" style=3D"font-family:&quot;Aptos=
 Display&quot;,sans-serif">A courtesy copy of the Deposition Subpoena that =
was previously served on July 20, 2026 is included with the attached letter=
. 
<o:p></o:p></span></p>
<p class=3D"MsoNormal"><span style=3D"font-family:&quot;Aptos Display&quot;=
,sans-serif"><o:p> </o:p></span></p>
<p class=3D"MsoNormal"><span lang=3D"X-NONE" style=3D"font-family:&quot;Apt=
os Display&quot;,sans-serif">As explained further in the attached letter, w=
e believe that
</span><span style=3D"font-family:&quot;Aptos Display&quot;,sans-serif">PRO=
GRESSIVE HOME REMODELING</span><span lang=3D"X-NONE" style=3D"font-family:&=
quot;Aptos Display&quot;,sans-serif"> INC. has information and/or documents=
 relevant to the above-referenced case pending in the United
 States District Court Central District of California.  For example, I=
 understand that
</span><span style=3D"font-family:&quot;Aptos Display&quot;,sans-serif">PRO=
GRESSIVE HOME REMODELING INC. and/or its Project Manager Emuna Stanely cond=
ucted an inspection and/or prepared an estimate on or around May 19, 2025 (=
i.e., for =93Homeowner: Julio =91Luna=92=94 regarding
 the =93Homeowner Address: 2275 E. Belding Dr. Palm Springs CA 92262=94). &=
nbsp;The Plaintiff in this action is Luna D=92Sol (previously known as Juli=
o Ravada) who is known to reside at this address.  The May 19, 2025 Es=
timate also references Contractor License # 1049763
 which is the license number for Progressive Home Remodeling Inc. and/or it=
s Chief Executive Officer David Aragon</span><span lang=3D"X-NONE" style=3D=
"font-family:&quot;Aptos Display&quot;,sans-serif">.<o:p></o:p></span></p>
<p class=3D"MsoNormal"><span lang=3D"X-NONE" style=3D"font-family:&quot;Apt=
os Display&quot;,sans-serif"><o:p> </o:p></span></p>
<p class=3D"MsoNormal"><span lang=3D"X-NONE" style=3D"font-family:&quot;Apt=
os Display&quot;,sans-serif">The Deposition for the PMK of Progressive Home=
 Remodeling Inc. has been scheduled for August 4, 2026 at 10:00 a.m. at my =
law firm=92s office in Los Angeles located at
</span><span style=3D"font-family:&quot;Aptos Display&quot;,sans-serif">633=
 West Fifth St., 52<sup>nd</sup> Floor</span><span lang=3D"X-NONE" style=3D=
"font-family:&quot;Aptos Display&quot;,sans-serif">,
</span><span style=3D"font-family:&quot;Aptos Display&quot;,sans-serif">Los=
 Angeles, California 90071. 
<b>Please contact me to discuss the scheduling of this deposition and if Au=
gust 4, 2026 is not a convenient day,</b>
<b>we can potentially reschedule to another mutually convenient date and ti=
me within the next two weeks (and/or potentially conduct the deposition rem=
otely through a zoom video conference</b>). 
</span><span lang=3D"X-NONE" style=3D"font-family:&quot;Aptos Display&quot;=
```

```
,sans-serif"><o:p></o:p></span></p>
<p class=3D"MsoNormal"><span lang=3D"X-NONE" style=3D"font-family:&quot;Apt=
os Display&quot;,sans-serif"><o:p> </o:p></span></p>
<p class=3D"MsoNormal"><span style=3D"font-family:&quot;Aptos Display&quot;=
,sans-serif">I can be reached at (760) 444-5923 or
<a href=3D"mailto:kcanby@grsm.com">kcanby@grsm.com</a>.  I look forwar=
d to speaking with you.<o:p></o:p></span></p>
<p class=3D"MsoNormal"><span lang=3D"X-NONE" style=3D"font-family:&quot;Apt=
os Display&quot;,sans-serif"><o:p> </o:p></span></p>
<p class=3D"MsoNormal"><span lang=3D"X-NONE" style=3D"font-family:&quot;Apt=
os Display&quot;,sans-serif">Thanks,<o:p></o:p></span></p>
<p class=3D"MsoNormal"><span lang=3D"X-NONE" style=3D"font-family:&quot;Apt=
os Display&quot;,sans-serif"><o:p> </o:p></span></p>
<p class=3D"MsoNormal"><span style=3D"font-family:&quot;Aptos Display&quot;=
,sans-serif">Kelly Canby<o:p></o:p></span></p>
<table class=3D"MsoNormalTable" border=3D"0" cellspacing=3D"0" cellpadding=
=3D"0">
<tbody>
<tr>
<td width=3D"640" style=3D"width:480.0pt;padding:0in 0in 0in 0in">
<div class=3D"MsoNormal"><span style=3D"mso-ligatures:none">
<hr size=3D"2" width=3D"100%" noshade=3D"" style=3D"color:#A0A0A0" align=3D=
"left">
</span></div>
<table class=3D"MsoNormalTable" border=3D"0" cellspacing=3D"0" cellpadding=
=3D"0" width=3D"100%" style=3D"width:100.0%">
<tbody>
<tr>
<td colspan=3D"2" style=3D"padding:0in 0in 6.75pt 0in">
<p class=3D"MsoNormal" style=3D"mso-margin-top-alt:auto;mso-margin-bottom-a=
lt:auto"><b><span style=3D"font-size:11.0pt;font-family:&quot;Calibri&quot;=
,sans-serif;color:#051663;text-transform:uppercase;mso-ligatures:none">Kell=
y F. Canby</span></b><span style=3D"font-size:10.0pt;font-family:&quot;Cali=
bri&quot;,sans-serif;mso-ligatures:none"> 
<br>
Partner <o:p></o:p></span></p>
</td>
</tr>
<tr>
<td valign=3D"top" style=3D"padding:0in 0in 0in 0in">
<p class=3D"MsoNormal"><a href=3D"https://www.grsm.com/"><span style=3D"col=
or:#00386B;border:none windowtext 1.0pt;padding:0in;mso-ligatures:none;text=
-decoration:none"><img border=3D"0" width=3D"100" height=3D"100" style=3D"w=
idth:1.0416in;height:1.0416in" id=3D"_x0000_i1027" src=3D"https://vcard.gor=
donrees.com/images/EmailSignatureLogoIcon.jpg" alt=3D"Gordon &amp; Rees, Sc=
ully Mansukhani - Your 50 State Partner"></span></a><span style=3D"mso-liga=
tures:none"><o:p></o:p></span></p>
</td>
<td width=3D"100%" nowrap=3D"" valign=3D"top" style=3D"width:100.0%;padding=
:0in 0in 0in 15.0pt">
<p class=3D"MsoNormal" style=3D"mso-margin-top-alt:auto;mso-margin-bottom-a=
lt:auto"><b><span style=3D"font-size:10.0pt;font-family:&quot;Calibri&quot;=
,sans-serif;color:#051663;mso-ligatures:none">GORDON REES SCULLY MANSUKHANI
<br>
YOUR 50 STATE LAW FIRM=99 </span></b><span style=3D"font-size:10.0pt;font-f=
amily:&quot;Calibri&quot;,sans-serif;mso-ligatures:none"><br>
<b><span style=3D"color:#051663">D:</span></b> 760.444.5923<br>
<b><span style=3D"color:#051663">E:</span></b> <a href=3D"mailto:"><span st=
yle=3D"color:#337DD4;text-decoration:none">kcanby@grsm.com</span></a> =
 |  <a href=3D"https://www.grsm.com"><span style=3D"color:#3=
37DD4;text-decoration:none">grsm.com</span></a><br>
101 W. Broadway, Suite 2000, San Diego, CA 92101<br>
<a href=3D"https://grsm.com/wp-content/themes/gordon_rees/includes/vcard/fu=
nctions.php?id=3D11813"><span style=3D"color:#337DD4;text-decoration:none">=
vCard</span></a>
</span><span style=3D"font-size:9.5pt;font-family:&quot;Calibri&quot;,sans-=
serif;mso-ligatures:none"><o:p></o:p></span></p>
</td>
</tr>
</tbody>
</table>
</td>
</tr>
</tbody>
```

```
</table>
<p class=3D"MsoNormal"><o:p> </o:p></p>
</div>
<style type=3D"text/css">P.ImprintUniqueID {=0A=
    MARGIN: 0cm 0cm 0pt=0A=
}=0A=
LI.ImprintUniqueID {=0A=
    MARGIN: 0cm 0cm 0pt=0A=
}=0A=
DIV.ImprintUniqueID {=0A=
    MARGIN: 0cm 0cm 0pt=0A=
}=0A=
TABLE.ImprintUniqueIDTable {=0A=
    MARGIN: 0cm 0cm 0pt=0A=
}=0A=
DIV.Section1 {=0A=
    page: Section1=0A=
}=0A=
</style>
<p style=3D"MARGIN: 0in 0in 0pt; mso-pagination: none; mso-layout-grid-alig=
n: none">
 </p>
<p style=3D"MARGIN: 0in 0in 0pt; mso-pagination: none; mso-layout-grid-alig=
n: none">
 </p>
<p style=3D"MARGIN: 0in 0in 0pt; mso-pagination: none; mso-layout-grid-alig=
n: none">
</p>
<hr>
<p class=3D"ImprintUniqueID"><br>
 </p>
<p></p>
<p align=3D"center"><font color=3D"#a5a5a5"><font size=3D"1"><font color=3D=
"#a5a5a5"><br>
<font face=3D"Arial">This email communication may contain CONFIDENTIAL INFO=
RMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only</font></f=
ont><font face=3D"Arial"> for the use of the intended recipients identified=
 above. If you are not the intended
 recipient of this communication, you are hereby notified that any unauthor=
ized review, use, dissemination, distribution, downloading, or copying of t=
his communication is strictly prohibited. If you are not the intended recip=
ient and have received this communication
 in error, please immediately notify us by reply email, delete the communic=
ation and destroy all copies.<br>
<br>
<br style=3D"mso-special-character: line-break">
</font></font></font><font size=3D"2" face=3D"Arial"><strong>GORDON RE=
ES SCULLY MANSUKHANI, LLP<br>
</strong></font><font size=3D"2" face=3D"Arial"><strong>YOUR 50 STATE LAW F=
IRM=99<br>
</strong></font><a href=3D"http://www.grsm.com">www.grsm.com</a> <br>
</p>
<p></p>
<p></p>
<p></p>
</body>
</html>

--_000_LV0PR20MB76778DF385BB1A76638F3B34A2D52LV0PR20MB7677namp_--

--_004_LV0PR20MB76778DF385BB1A76638F3B34A2D52LV0PR20MB7677namp_
Content-Type: application/pdf;
    name="DEPOSITION SUBPOENA AND RFP TO PMK of PROGRESSIVE HOME REMODELING INC.
 (PERSONALLY SERVED 7.20.2026).pdf"
Content-Description: DEPOSITION SUBPOENA AND RFP TO PMK of PROGRESSIVE HOME
 REMODELING INC. (PERSONALLY SERVED 7.20.2026).pdf
Content-Disposition: attachment;
    filename="DEPOSITION SUBPOENA AND RFP TO PMK of PROGRESSIVE HOME REMODELING
 INC. (PERSONALLY SERVED 7.20.2026).pdf"; size=112324;
    creation-date="Mon, 03 Aug 2026 23:29:38 GMT";
    modification-date="Mon, 03 Aug 2026 23:58:01 GMT"
Content-Transfer-Encoding: base64
```

JVBERi0xLjUNJabpz8QNCjU5IDAgb2JqDTw8L0xpbmVhcml6ZWQgMS9PIDYyL0ggWyA3NzIgOTkw

XS9MIDExMjMyNC9FIDQ1OTYxL04gMTQvVCAxMTIwMDE+Pg1lbmRvYmoNICAgICAgICAgICAgICAg
ICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAg
ICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgIA0KNzUgMCBvYmoNPDwv
U2l6ZSA4OS9GaWx0ZXIvRmxhdGVEZWNvZGUvVHlwZS9YUmVmL0luZGV4WzU5IDMwXS9XWzEgMiAx
XS9QcmV2IDExMjAwMS9MZW5ndGggMTAzL1Jvb3QgNjAgMCBSL0luZm8gNTggMCBSL0lEWzw3M2Uw
ZjAyM2ZkODI0NGVmYjEwNDY5M2VmNWJlNzY0Nz48OTY4MGMzYTk2N2U2YTA5NzJjYmZjY2NmZTJm
ZjhjYmQ+XT4+c3RyZWFtDQp42hXDqw3CYACF0e/+Dx6lJCxQ2WDrSdAEDYtgOwAG3wFIGhQYhqms
r0f3cpIjdiiOnlBqUD6g+of2W3Q5oWuLbkd0f6DOn1/Uf9CrQu8JMRA4/8uDR0+efeFLX/naC994
OQNfoxEtDQplbmRzdHJlYW0NZW5kb2JqDSAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAg
ICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAg
ICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAg
ICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAg
ICAgICAgICAgICAgICAgICAgICAgICAgICAgICANCjYxIDAgb2JqDTw8L0ZpbHRlci9GbGF0ZURl
Y29kZS9MZW5ndGggMTM4L1AgMC9TIDEzMT4+c3RyZWFtDQp42mNgYGBiYGAIYmBhYGC8xiDAgAAC
QDFWIObYCOGvbRYPZmDgWyK4kucV/xW2JQzMfMsE13A/Eahj2n9FkYFBAaHV9PwUVY0TSGbh0wuU
lmFgTGIE0rxALAxSz8jNwMfA+JuBWceAYYGl2TsRZ+srGy/UMCSL89xwvHdbQmRKaOO+A0CFAJ6B
Ji8NCmVuZHN0cmVhbQ1lbmRvYmoNDQo2MCAwIG9iag08PC9UeXBlL0NhdGFsb2cvUGFnZXMgNTcg
MCBSL1BhZ2VNb2RlL1VzZU5vbmUvTWV0YWRhdGEgMzQgMCBSPj4NZW5kb2JqDTYyIDAgb2JqDTw8
L1R5cGUvUGFnZS9QYXJlbnQgNTcgMCBSL01lZGlhQm94WzAgMCA2MTIgNzkyXS9SZXNvdXJjZXM8
PC9Qcm9jU2V0Wy9QREYvVGV4dC9JbWFnZUNdL0ZvbnQ8PC9GMSA3NiAwIFIvRjIgNzcgMCBSL0Yz
IDc4IDAgUi9GNCA3OSAwIFIvRjUgODAgMCBSL0Y2IDgxIDAgUj4+L1hPYmplY3Q8PC9JbTEgNjQg
MCBSL0ltMiA2NSAwIFIvSW0zIDY2IDAgUj4+Pj4vQ29udGVudHMgNjMgMCBSL0Nyb3BCb3hbMCAw
IDYxMiA3OTJdL1JvdGF0ZSAwPj4NZW5kb2JqDTYzIDAgb2JqDTw8L0xlbmd0aCA4MzA4L0ZpbHRl
ci9GbGF0ZURlY29kZT4+c3RyZWFtDQp42u1dW3ccx3H2M37FvGUnB1hO90zPRcnJObzGjCWRISDr
6Fh5WGAXAG1gB8KFDPLnnaqvqnp6dpfEQJYtOyF8rOXs9L2r6/p17U97ZTdvXNZUzbzOfOXmnc+a
eemz69Xe99l679nR3pNXLmvnRZkdne65rKD/uYxq1VSpm/s2O7rc+8PsaR7m3exNXs6rWZYflPTQ
5ge1fHTzkgq4bh7s3Y+zvJq72bv8gD9WuSvo3Qdqo57Nc+fnngsG+nB5O/PSwpO8pZo+50YLbrud
/Zjnnp6orJ83s8Pc0X/vUOCYCrvZldTscy5MvdD0Zmv5bsFdl1TV+dltftBQodY6PVrlPNYb/p7K
vOeizewUQ76nQTbW44LKoXqYozIXWPBkajzNXlCV2jqOg8HQb3IXpG2ue5vT+tsDj2SNIWfUfkNf
Y9S19Bv7CDbc59Lje57Fh7xGjQPu+AIrpqVkh074IVB//IYb7qXhdf5fR/+x9/Jo7z/3Slo53tyS
9zyUNX+4ed0wSZz+c3wdmFS2X/+05xo/DyFrXDPv6szRKneZK7n0mKZ8sUFUXLGqqGLL9YmsZt/l
R3+UQVGzbQ1KpbdFk4WCR0HrSk2Mm6VlpW7TZqkifTM0+4fZt6+JbqrZUe5nL+lfNW0U7TQTXVyF
n/Z8VdgkurnzPBPq8oE5eFqeNp3CYTIFT6PGBNFonAKtzwNT8HTSNqZwJBv5lOZAhPKSnyrq7MAR
eYymURYVLxjXpWNNG0EtyH8fmEpZlLbgOpcXyVxK+rq2qdQggElT4Xq+HE3lNQ++mx0eEbWDJ3j6
4B1qiLTpzNQ22fG82pK7MzLz3OqkLSpbz6NN5vU8nVdXD/OqaG3LifPa2J833xE3ank2vCNHI8Lq
HHazwC74lkfTbg9ciDulAqpXEXHxhpbSyymzU+Ip13yKeeOpUsUMiRnW+WrUKx0D6qhuHe+q8zgU
k7qlikQ5NS2b66Tb58y8mG8fMPtdo792dk28JzBjZYq8YP6Xyexf5K4SrlSC8zXCNFkQXIPnK4c9
4eL8iskh67mhYFPUpp6ThPHguw26QLNc/JQfPLGzjhbgmuv42fo98d+OSqdk0/GW1oE+iIs0/NDw
vMaL0G3tLhFFXRfzUrf3ax5xGr2h3XqQ5ZlMlr3nXQt
k7qlikQ5NS2b66Tb58y8mG8fMPtdo792dk28JzBjZYq8YP6Xyexf5K4SrlSC8zXCNFkQXIPnK4c9
4eL8iskh67mhYFPUpp6ThPHguw26QLNc/JQfPLGzjhbgmuv42fo98d+OSqdk0/GW1oE+iIs0/NDw
vMaL0G3tLhFFXRfzUrf3ax5xGr2h3XqQ5ZlMlr3nXQt

7JXOpb+W0OnZQsh8bePg3v5HWhEqjyMIGAAWZC3aXsmb7Fki9Xc5+2eySwnU3aG1SB1DPO9KlG3T
7UW7UEX86lbDDFiL++wE5CEb5IGhaG25tb5OTaOD60xKnslH3+OoLInmA0zndohVCAmcx93lvf6I
4687kZ7gSkqEeFxW8nKTcGtz4LpQIvg7nXCbxnxlVwsR85ifDPM+i0e5QawUe/th2DB4CXicZ5lO
TDV0tpK8Lb3S352S9pUw1F6tpvVCGMtC6Oi4FyXp7hbuoBrnY9Pl0CGeo5Mum3KyLHAdLL5k2ucr
mOzMnzxwLB2MBT0VRD89NLPObI/1mRK8iokRqTInXtlBaAZC3Nf9FtpvjXws5t3LwkiQWQmNl75S
Zqetg55g/dbosib++V6MnEwcXIvIExIJwgX5/wvG0czOWaeto0m2voWffx8sExzAsyAgbq9f5B5C
sFcefKdN68m5k1M1nDfMbjni0XJ+z9Y2JpUKWE0ZRNavV+JuHVM2Ga4SQOHDWtnusfSvEDA4udx7
8vrSZS/6lIXXnk0JP92gkpNQa5S8N+Eqa3kJVVm+dAlfI0Z2CqWXWSEOL/hmM1PT9Vok7E3ezYxl
LWWzmAZmK1D1iYkm4XDgBnoCb8RzuZ8JEAuUw1xOwAGCYcCJPQPFKnuJxxFCYXEWJTHKy2bd2hHF
qdzPepH90sFSBnYjqoht3SLub6kSuIlYh1sREOdifctpusbZJSK+krZXYIG6sLwkwlud9aP88yM4
rSovvS4zrxHziT4vRVwcKMm1iuYAE2Ey9aIJ3YLAO+HxEhV2gzyTwUelr7ZzfSojuYdbWl04a3Vi
kJTDehplHK+kugjZxUW0B0uV57WdxGOdy52MRZc+2/a7V0HsgoL596TIOYg2eDZ4QbcmOFRG8Cqb
WnYJYN4iJTZlPbLbKcnVs6/GoXNWbCrqDeJlPi2eKIMrOwVM/AHeUx3Nagfei8wD5srSS42VmLIG
obXBWT9PVbuMyuOCD+yJdCnbFVVfZX+i1gsBPh3HsnkIlevYAPPAPUwZVAXYYEVs1Byu7FO8GGlw
JzwqGcFXG11ypFjgCpNXW3ukWkFjMLV6gModTsS65NBtVQT+IDlIphZCHA+5egWLkHTy/aAbJFYU
mEH2imWmN630VM0U1fn5hB0qhrUSL1/wI/nOxOBguQr4pdr0ctebEa4KpblSpQEFEmGp65TmKbKE
59GigvPOagzB5pKDzf7vNtr8YCz6wTD1lDj2xBD358v8IkHy6S18prv0y89P7fOvfpHVm4gmmN7+
l0a+NPKlkS+N/I0b+TwH/kwjBvNh0A3baw5OYUUjbulXj5b0LiCGxQoOo4cYKTMxqulCgQElOs4r
qG61ugVgBcbo4df0ToKNGsL3HLWFzbIyPHkYFF6zt9QV8BwBYfYHZ11RwO/WuJFdwJqgKJ81rjJN
w9MiXJBqny+gEi+gpUWtX91PGNgCNoA6u5bZkVz5ec9w+TbVltuxrspdtXGdS6BUpyiSNsRklUVr
vzuT8dzJSEaQ+7HF1OASArfgWwGvTgErcDVWLGPHsypFMDedNAq92Dc8qW7+8II37SbN7OtlKl/4
eoetUxWdDaMoRb9vpkR9qRrIeuhoYc6hLZuy8oiU6goJJnvCCjG5teM+HAi/GDcOdBuX4riKzKL9
hdounRHH4ywgsptHbX8lpkVRmB91ZGU1tmds4CHuNwVejfuGCfks0mh+ULNKBo4ANEB3DzVKFjzH
s5Khz+FrUPfifAT34h5oqtQ2+wzmjbf7bZ99RWdy5yuz7fHKd8BMJxVLgE1izc13RE5WtUQ8cXgd
Glyx+MxQyw7cjF/JdYxRn/GtH73VZj9RFxFCosuSbFo22F0x2RVOFbndtoiYOMFInWvQLYsxHSAO
R35NPX4W1BEXmzmOxKHFQcXBowwP6bH6xRSReC3OJ3Gzn/Qwl9XbLuiglhjzMdwX95m6LM5TN7ww
y+zS+Hs7BPzONRK1tDjm6FYXI7qZh/GlObgRpuF/OoRfy9ZF0MQhoAcWR12tNZY5YKgqOMvhArqC
szCGPE4w7cUFYqoWhBkx/BqeXd4g2uAWjGSSNKyZg6ejlEtYGnlbZr8HlEF9p0sLmnZzE/iAbbUq
/dRZ26u3bClbraI+UUFscWRVPQ061Ckw004AOLIcDjfpFZHzzldyjvWVDz55ZWOxapvvQuyN1Kq2
Tfuzo7ijph5/69GOv9s8pzvGGjreo1KcUJf2GEqJ/AdBIW0/Ene+2Ku7rX8bXoDP/cajdCElx/8e
Wh7/W8qMRoi3vLjbjwB/VNJRA1+ktkIPJ9Yr/Zt7ZWVMH2vZYjQw/Js+uA4e4zz0EbgFbSPgGigm
j3+dxDXyEYvBY5JHHay0YA9o/WRzXgYCGeZwmYxH0CzSazv0kizKUM8AIOncLpNhJvXTlpPFGuql
4A++UhSqLOxEdO1i6aCJKloJbwG1uBbe3eOwB9E1LXITWTkd//VXwkqzMdSZ1QyeBGtiZTkVI8D1
MPthND/kiApA090HU0JwEOiHexEO8trFqIOolfqkzvSra4SnDNgoAkSc2kGZ3Qj38UGxphvRpUsB
Md9J2OMG8OOoeauREAGcJm16SKQw09CYAgUEuBrD7h9zFy/LRl31XFhndq+bcZfB/tGR9ogli/T1
1RAdWkqMZ3WltRTnGZsOQ5DWxLCB426xSlGcW1yfMZP9hdwLvsA1gobDvT6CcEVknmVLmYzK/xM0
a1gDVdRWqRUlg7kRvMX+iIYa3Ggm4w6oz7aYfAOzwY3mkvm0BjvUsLyQhVeKONFwud5uBqpm/R5A
hBMDV2i1IOKWF+w+s7CfevHLiPmIiA42IJeZLc0p9kjhPIJ1XgzB6jbiRjQiuQ+wZC/XrS10ePzH
PGgkup2dpLWNPtV+YmyAxKTFbPWzS+Bq7m7SyIJE+hjq4VUyO4nEumbYp6i1ObGaLA1Fst+q312t
gKI8MUwU5qNgFEQhJbDrUIZPR69QrXsZpxRVXeNMD/ltBF6JTyDauK1l0tAorWJJ9nnNJI9A6kWQ
46jG+RX2Kd4sP6hwCCWcjpBybwRv6UOKYZPPU61nk1KZSctd/xJCdYrSpXTqu6hMK1ZgkWIZEEi/
xgnUxV+Ad6n6tyMGWboaOSG6naDeTwUhuZalN9gVhIzXPpqfHzV8tnElR9TOUEK6Ob0rJGIsAGZf
48o3f/AlykmHP8gN2Cpe5hcM47ny8+zUjiwoWGlB8CtyAMGIm+3rBWzXDNCoWf9BeJxG7vQcJlRv
QXucYsipU7kap2v5KncDM1rOs3cAN80VAvGc44KtjeLDHFzhLaDSc92SKmiimIWMJAo8gA4Win3B
idEzKZRzcj4COyyzTWcVA9JrXHDB7RnVSeOqV7tdVXwfJi777Efv69RpVMHctw0t2EEwDXJSMeg8
3U+5GqcSWOGQOucqAN/vYSh1gPWXitnhBbtG8qAoDOpxoH9rw7sBrqSWoTClYGJZLRrBbtR2aSM9
EmMASMQ9YNuUXfaXuPV0dQEO/z4eK4hlmYdu1L8I9HD7zh0nkGGfcCk5ZyYjeXxwzKvSVb2Q3EKC
3iEC4zWgNRUDm9ezjl67a2MQqu9I1L4diM70HLAFxr3VAlbp2GpVTnsnGDbBgGVXcrdPjfye9mUQ
1tsNm8SMOBI/yEOFA+oGZ1cCnh0jhri+lysB3g0QtDuIqmomXoQ/SpcyS9NnFKkbxQOzTpmZ4Fn8
gFwbQfpKgfRVA6RPCGlhGyzSeZF3do9nGRG6WK50lyImrJJxM+3LxQVsWg7MFeSubgvUAgM526YK
KIp3toIQ5TPiE4XJcJntGGSq6tuZaqC94X9kPqyQR36ULUX9uzXQ6HCwWuO5O3A+vqxhmEiGn0cQ
ddnFu7uDCRCxdzU7p1rAtJXT3gIp1idnu7C0YO0mPJNvJspWsjAA6fYq6aQx2f3OFDEs7jIDAtEE
kCK9+lu7CrOlDr83RtKaI6yJmOR+nQAJI4bypzsRAcqR1icytlWqq+ok+tMRam+tqvqtWXFiQSjs
18DSgMlFnaqfb8hx33RyN2pbkCuHcoBf+VJCENOuYnIl0+AtNhM1TGFR46uZuMWktQQgNEX7qRFU
8K6MEkZv6D3hblwD0O0TIQdfyCuvN9+SG1faCgJjZKw09ejClQsYiutoObIOKWC23PV+V6BN5lQU
8fqvpH35OmfG9VKuUvwOX2VvcEnvFe5Y4F6Fx70Kvn1RzuSWeZKpimN4bFE1uCbiBM4/TlhU4ZIY
v3J8VRnJBR7eOpH0XCtmy0L/6QkPwe6d2SXxZjtn2c9oumxwVVAn5flOTzWelGvhPnEBItN5NPXQ
zTeuRJvHt+rq6MTF3bKzXNi4uhEOROfCibqTL+06mKYyLJHGCuX0WhzYMNQ9UiFWuSiYbJP8KRcA
vdURZLmmy+LvXqxgTeqdurtccv8pIz5o53bp7vmFmS6uET0Rd9/+tJnshhdE1qV0Yjts5N/bWBau
w2uZrMtTSPdbyz0EhKgug3gY1snlupHruqr5aHBb7FSEzb/J8sNG97GG9E7saVA4UaHeqNCA/ww1
/rUoivbfqFKa3oUz6KUlymZcAuJlVMIvRyVat9WGPx6XqDe68KPXxB+2GgjjEhKyH7UxnkiHMNm4
RJeW4GtefBlgVKIel9heDI82zMtHB7dDYbYZaMPYoVzI4WLIYMQKuoKxgnX7V8YKfgZf8VjE3d/g
7RRkyPS3jwLaTVyrn4eT+Rl9/fnL35e/L39f/v7K0O4vf38/fwZulLtorkS0pkM8fBI4ji1ExiwW
5U4gylrAepeSOlf9Gfuju8Ia3lkuUx/UauRGile/uAZ7gUYxTg/tl5RgxhtMSgjCdVjLjuMe5QTh
pnQtajL6WkmuPS1uikGk66GRSnH9KPhFA2B6502nrxCPa/PbNzb9Op2+s0vvnYaXSgsWqgviQm50
SlgJ7wVPEyxYZHes1nd2pZhrH+uGafe7XeUw+CW8sFLbZ+STurWr176Qa4PIQKf3u9QnlV3LvXr4
Da4i2KaMsYrhMn5pQ75NI0UantqAD3pBsXlkkgg7s7luWk0exlW6Vz/Ocif3DjHERR4kkKJeZtco
0VomlO2EKgvJYHLNkNTOEqDcw4BMc41wep5aKFBSQXVMaROytHE1BQnHbGgvxZsqaew0Ldu3spsv
kIStpscOGeriAGI7PmsRYRicJHKiA8BoVUUGckg9SVZR3uPF6C3cL/q2Jau43XJD8Vl1AOB4TsFc
PcKn6BKUMAOdx1f4L/MwMI7RbWb1pr1QcFsSaV6dWHgGzj0J7FynWa6vVnJTWcorJd5nTPchOhbZ
GbTp+r6L8cHSUHetHIKY+Pc1jPD1DaKKd8Bqq4v4RJyUadTPq8spZusCR71KPNftbH2/4RHUlS49
jkTqCStr4JC5AF87btvJTK6sJZej4GMVQSzj/AhQuTAcenyfy8XO1mLU9exuJbeqh/hATLFgrnq9
bowp/3SHdR4j0iNYIXGnxtv8YXDKZjfi1R6c/nK3dZSNYvAXA9ii643IwyJejBas49btR3GqdhVg
iAHgsenE3DUxA8fvLGFDzOmuEkIu977iq4fzzLKyy7iPRVre7+uquUKm4Eappb/H2s+zZ5roCXmV

FsIclh/z2Nz9/g7gt2doubf5FW5yAMAX1XiCh+wGa2d373MXoR4S2/KFDL8oDD4ge3aoARNxyneW
jaPBIY6wGaWSM03BsD/+SQY4w7sajGryReACeUSTscupe6qJGEchWuSukA58M635Eu7tpPkOk/NO
ZqJ+7fG9irrEz2NgG0i2TU0dIZC9pKsjydilKcEzxGhby1umA+hE4krINsa76q7eROsHmoX8YgcG
NOVCgAPCIg5oI7FyUYoPi5tqUZhkQ7fpwap/tdTK/1+TG1ceN52UzN3UCw4eCckT6qs1nFPYx8YF
h8hJu+mMVG44JJ28GIFGVMYjl8NJVGGDZExFTpH3yS13uTj1lUGzmPNIdNbPmhqxygLxWeOtleZd
rEaJASqM3o4GK5hTEhRWuKGy+2jwWWuTo8GpUflQbJ2N8m90Nv4vZe6uoJA+kriDAD0SugtCCp0X
6TXKWOkk9VvD8Bkh8027ele24cZpBNPSZUgWtl4JOOZvaaNBZxiZJHua5zD6YHenmaW62QqKlqQl
6fGDXWFI8AQz5jz3dq/gverT7aBe3ekFipHZNgbwXY/u7V3jTFmoPNerc22EAUtc/9aSrqh6NyQe
csjWJGjgbjNXE1BcxzmCW1dou9dI/xpqzo5fp8FlvEcmTqubmLrjNdR2SyxmsAX5AZAdGqgHViFm
knIxH06SNsYAcTHR16XmveR9Xi/HKWhuBbtyLqjPTdDOUnuG/mxQ1do8EMDcqJ3vNCcQz2LZn+DX
1hTorSbV2kCr5aB3mw+Hf1ZugH/huwScXqshpsCttazOiUG01WOhuF7xEqj66tw4LdqAFUztg2WS
TK5hjC8QQGIhKcw7AXM2af6cfr0vfpEhnxDvJy+rwVXXesFTrAq1Ii6GNFeDW0SAqUl+OoOv3WjS
dKVjzR54KkPrFeKkgN9VhCxtoXD0eoRrH2cwi7aYZttJfgqqHYDVYCkGKFuIzyBb9xvelzCIUeM5
gEgtYQ07xcbUCivW1ESGQi9np4qEAsGNEsS1fFCYThNMj5Nz0krCNc2GjwFaJq+I+q+GrUCiIys4
YHMMufvBQOHSYC/X3qJ9qbhMbuI8u1oYVq0yrsTkyXssmPLSUhlaVrQNxJLlMIwAdrV5x7knj9W/
cBrz/LkxhjTObZSQL8WBN8ISwG4as4oiyu6Duv2WyjZ40vCi2rW8VQK9Drb0K8sflXAzAfqFmOBu
BMnckSHKM/a5aB6RHcrH6yaaWau3nGb6y2vxOHbDdY8UEG8LsbQUwZVlwSojdrBNc2ulclrskwqn
i/0iUy86OMc/JZAMfjnPXq3UnT1XcPA7JFid6xl7bq4o/GiUgY3fzhVMLJpniHfdJTG2i2jBCmRo
aMHxD24kYAA2qWxWficUoP7HTBv05e/L3z96Zqu/BDrzl6BqJr59LKTmL8fifD5P1s94+6t0+iu+
jTm//kpv/z67npjx7deFiE1JYDQx4d2UcL4EGPR3VBQM7mPohzOzdKQMMEqaUwtexm8EsMvX1dnU
aOpd31gtvuqc1mNlI2mpbtNWxk9amlv4/p9JsXJFi/S4rLWQolKGLkvbkay53rLmpqWRcHcoK59S
vpTy/wvtKirNDQplbmRzdHJlYW0NZW5kb2JqDTY0IDAgb2JqDTw8L1R5cGUvWE9iamVjdC9TdWJ0
eXBlL0ltYWdlL1dpZHRoIDI5L0hlaWdodCA4NS9CaXRzUGVyQ29tcG9uZW50IDgvQ29sb3JTcGFj
ZS9EZXZpY2VSR0IvRmlsdGVyL0ZsYXRlRGVjb2RlL0xlbmd0aCAxMjM+PnN0cmVhbQ0KeNrt2EEK
gDAMRNHc/9J15VI6SSZQ6v/r8EQstrrWVcWbHbSw8ZEdrLGhNWEWWPEqpz0yWFhY2B+yynCK1Yf7
kx02u/Epk4X9dDup3EWWFRdGiu2sYe+RafoEwqsGFhYWFhYWFvYcdu7HnS5HL5dT+6AgIiKa6wHD
aYqdDQplbmRzdHJlYW0NZW5kb2JqDTY1IDAgb2JqDTw8L1R5cGUvWE9iamVjdC9TdWJ0eXBlL0lt
YWdlL1dpZHRoIDQxOC9IZWlnaHQgMTYzL0JpdHNQZXJDb21wb25lbnQgOC9Db2xvclNwYWNlL0Rl
dmljZVJHQi9GaWx0ZXIvRmxhdGVEZWNvZGUvTGVuZ3RoIDExNDE5Pj5zdHJlYW0NCnja7X33V1TX
+v76YOwIgiJFmkgzIFhARYxGjdjFggKKDRUssSDXEkUTjSKiKOqF2GJLYlcsoCL2q1n3X7liFCsG
8fp9Fs+6e82XMgwzw3DO8D4/zBrxnDNnt2c/797vft8vXwQCgUAgEAgEAoFAIBAIBAKBQCAQCAQC
gUAgEAgEAoFAIBAIBAKBQCAQCAQCgUAgENgJ/vvf/0olCAQC
gUAgEGgcVVVV6ntZWdnQoUM7d+7cq1ev5cuXFxUffjwQapIIBDYASoqKmbPnu3s7Ozg4PB/NejS
pQs+8Zf90lKpH4FAoF9UV1e/f//dHR7IcAdWfn3FrTUbmBzbGwEHeqvQz6prsWAzlqOG0E2uOaK8zMrRV
tm1TA9AavpPfIORAd/7+/lJRAoFAv1iwFXZLOVEt4B2ZB8JZNSh96U0aH7LDQm1M4nMD2PAHNHA+
BuEFRWYKDtKiB+Tz/bA37aQnn5JkqvWLWIlvo5wYmnCD2vPB0+LDaHHbhFkC8Da7vBVzMNa0D9HQp8
tmGqfk4p2Br0hGZtCZSx4X8kzp8xUPC9pA/w8Vn4aB4/zNsDkFuCTxUBTxb8x8m6U+iF/v/5Yd15u
YhJCehAMSM1kPKGNFOuqO3DE6cEF5RPsW4zdAUs+VV+rTWGHp97/ZkvkEcTwHIgaPh7ONXnLACm3ZMNA
JLpu/z8U+AyeRfIPTjkzl8uh6iwvoV8eT+nUyNEOthWZBjAQnufEx+tA3GUItNjDc+3p+MEJAIEOeYA
G8BCuRkQ/cHzH+WDGRxMHNK0uT39gc6jiN7ZPdswCI1EMXqXO2KZJzd4Gy+w4A0V/XI+cTdbBmpa7F
4i7ZuuR1OVyKxe/UtDpBuRSR9NthrRcnGkIvt3JVjNuKOjbk1Z/v4SXrGZWC+IPBJQXYn33rEnMnpnxk
d/ad6h8GixNpP1wuTBGaGX0wvdxF8bSO64vL7E5W/kFHaE6L3Xc6AIP0rufPNWGF31sY01AOy5kkjcqQi
DJ9CBh/q/Dv3aymCA/jRGqWSVFcP+LDT0PfI+jKLw9p3NTjJM9Lg8wrmR3g+oUK3bNC/yPv4S9N4
v9/Ggpc+HVU5LkUAJxiuSnlXnc+gSWRIbiNS+4BR10wW2mIh0E4DiLOUdFaFzy7++e2sZD4Ogba4vXo
YTqNaXVcv6AudH4vU/ceC36kQ46a4JFeEBLQOHaACsB4c4V1C6ADKmdnxQmCfZo80pJB16UMpQdgn
0Ez6ZP4P+ld6eKEfoF99aqU2Rzxtg6wtd6iXh6ndDY/Oh4MCRZ+AIVPhg4XsUyn2m1dgKbTZgwHG1
IkCmZWxvkNIMHVuexQEuOeTpOfKV2NHmAPCUfRhBS3ufX48x3cIC2fdFtdz3VFTk9sD3QPWt2VXuS
5hxNkFNDT1JbdqqLJxlWNdsrZXf0qKDjeKr0XhmzWw19rWmhuyyjaVnvfytiR5cWPuyavMFoxpWbGN
/hzcrjg+7jDXWWNQtxCXCfy/PwKyS2LS3lsVO9bD3ZEJG01Qd1Kq/dXTsIzZsBaNNTlmaJNvwVYcW
3cA7omLk3QTnxGNrDSGlYuoS/+pfA5Ahpdnh33WT6rW9aY3LSGAygTV9DvYDGj4b+ISvPFOXFLYkp
IRvbnhJjTQe8vS76PXXF4iRFLWPGhUIn2nA/8tqNdTdSjp7lBUPr1JSfZtSH0rV0u2FhFoodlHfdRnYfeO
9uVJ2CzW4EOcAVmRt5NsqV/e8vSLjNxZyHeBTQS23iSoBRw9LCqnxWpV0wtcTzn8XjhZEmpXZ1xd
NHEMqfPbJjIfTwqvT7x4dW+Oe7SB1bHXzTyfjBUiIMMMoxTyK7OQWhrpMGexAHSV2Gjo9Qyc8WcP3
y48XFrVJ+YWeUOeLy4bs7wiyYGnd5lMAcHH9aVTQsOJ8IdwQHf4iQaESfd6Te/XytSuMsODkq0JWt
eIZStJvCxFf+sIC0DAyQxGkpTohRl8Xhz4c7lV7FbqcCSH05yg/Ru9aS55DrdGjPpXo2k51vP8+Z2KG
fmk4RzHsQD6N2IOmhyKxBKmEmLOv28EavbJDeX/3uQPcX7WwqL09hSRMpTTpMkZR0NrF3sxOOCl7/
IKkBd2k+h7I7bWxhMr2EU3Ke5c4KDhlIELqW24GZUwwXEPjW2aTy2kxKgvERUV7JG5o7yI1h2cyO
LdaNvSmIx8cvHGIqBX0qPq17C35jxVU9bpFX+WsQjXXcJCHg6zFOVbeqRmq6ICbdJ9rc8VbmWTUUC
Tir0gXEoJEQyH8njC5J9/ZpO/X5nAbCcg3EpgVlw7+8TjfJhu6w7PTRNb4ESxJjCyr1X6eIOHl/8NrAo
v3eyWlBxPkbgQw+3YF9nRJbkdgLfX4BUunthk9FcuB4Do94PXIeaOw6L8M4p5hH6DAlh02e6G9AXhIP
SH31sGnHhhz1SZ8HFM/XHTXgB1pf7qo8jAH07M+xfR0A1aWUaERABMwXG1lWN1n5BJ/ftb5l/Cl4Lsi
kfbRdoBQTF6WN6A+tRmCbBc9ALnvj03BEdlm3e9tlPlFe+bEA8gM+k2PxvFuu41/wU4dQaAC5qA==

zXYIOX9/f3EJFuiL5TBCIyIi0OExnDMzM63y5KCgIOUnz70M7cubupUTFxfHUhhZY4cdV1lZGRMT
QyVs/GSrRsoFURoWFgYrlbTcaDDns2fPcrZiGTMyMmTsCHSEe/fu0bOrXbt2wcHB1jKBMd2rRbmu
XbsqqaAjilOHF0JDQ1UYvVr8RlEESxyGKgobHh6ufb3KQO7cRABMieTcq1cvxtMjy+3atUsGjkAv
AB1dvHgRROTg4ABSWr9+vVUeu27dOu7ZMZmLl5eX7pLIo2b69u1LIWdkKwFk+O7dOx7XBQNoPKcD
3hblAmmjXRgrZuLEiQ2ZqP+tAb4cOHBAHdgH+vXrJ+aqQONQYoNfhg0bxrEMIWctHeLn58cNOxpE
usv78OzZs2+++YbL8vhihKILCgo8PT05/EeNGqXldQl+GThwICiLm+mQ8Y1S/YsXL3x8fLjE2qFD
B9it6DAyiAQan80Nv+Tl5VGEQHdt3brV8l0z8GR+fj4HERft8eTjx4/rS8VhICvH14aqBX88ceIE
I+/hMzExUZttrSLVv379GoYntxuGDh3aaEAV2uMzZ840TNPWu3dv3clyQesEw/y+ffsWplZgYCAP
XlkrOiK96NV5B4wLfVUOmJ/mNionOjq6oaBJ4HNIVnWSS5vLcYZvBVHKpQkvLy8TvRavX79OioOE
46kuf39/GT4CHcm5HTt2ULEA1jqSgIeDMMESrq6uPCikLyEHWmCqWVbLqVOnGroyJSUFtYeBDxtQ
++p01apV5Ct3d/ebN2+aKNrHjh2rjqwSsrsq0BF47Bod2NnZecWKFfWmGjQPMIsYgUTLS1X1Mj8o
DmxAT2YQnZEAv9nZ2TwCgDLevXtX46WDfcodUrytCtrcKLZv3264uIonQMjpzuNR0Grx8eNHmGM9
evSwOhFhEKmpH2Nk7969OhoXsOPA/NQ8mzZtaoji6ETHsa/xfBaYvEBxYONu3bo1KfZCZWUlNDmr
goIfvSUkJETGjkAvSE1NpSMBPvPz863LcngmBgiJTkdJbaqqnbt2sUTmj179mwocEphYSHqrWvX
rhoPrASKxvySnp7OtbgmuSvjxry8PDrUMcwCl+b0FUhK0JpRXV0dEBDAE+hWt0FWrlxJWxVjREf7
DuAEGJ5Uofhs6AAIZgTUGy9rNASTFhYloN9AUyC6+Ph4E53cUBVQgCqUPeDs7IzWFHNVoCNwD5Tx
D0tLS6175nrKlClqR2PQoEFNvR0SYvHixSdOnLB9tYAH6FETGBhYb4rVpKQkjHdyeKPBSbRgq/bp
04cnMiBNm5SzA1KfjUiLFXUCiWuVAA4CQbNqFRpl58+fb/M/zJgxw+o/BFsVpg39K3799dcmmVcw
iLjcjWH122+/2bJ+9u3bp5YT6ybIBmPExcUxvQuG/7hx47SfkzQkJIRZadDQZWVljc5lVHr4PHz4
MOxxNCIpjnYriqyjnJKC1myo4nPUqFGYl3kwvznC9QcHB9PSMV3I8cW48o97uXFp4yWgwYMH03uk
Xn8wjHEuY0LIQaxqPOIQXi8hIYFHFTDdmEJxhhgxYoRyA2aeNTBeo6ckBAKNsByjA7EPN5N758qV
Kz09PaGLNm7caPpdsBBHjhzJJK1MPQBFYbNqmTp1KiOBY1DXDZwyd+5cvBIGOz5B3S9fvtRsE3Pd
DPY+XhWtjOI0NSr7X3/95eHhgYkG5eVUSI9xGT4C7QP9H2YXdAi6bo8ePfBZUlLSTJrk8ePHTcpe
B55Zu3at0g8kE5udB2dOB55FLSwsJFGomklPT1dBdHGNZg834bX5zqj8bt26UZempqY26QmwSdV5
Li7b8pje7NmzZQQJdIFdu3apFNKaSi136tQpFfLCz8+vV69eNiOTZ8+ecQ0KP13rICOmhSFDhhim
7du+fbvGmxhaPSwsjBoM1dikWQwXX758WWWWVOjfv3+j+bVbFdasWYPO0KdPn6NHj0ptaAoYs7A7
uOTl6+tbb7S0FgEILSAggB62lBA7d+602a9DNLZr1w4/ClrYsWOH0pbv37+fOHEi/si827hg9+7d
Gm/iDx8+zJkzh7MYehvPnj1N1epMxsqsH3wOSG/+/PkyfJTczc7O5pqPi4uLZPbRGrKysihL8Dli
xAjtvFh0dLQSS/hiSye0s2fPqiB44DTVk9+9e8e34pAfN26chWtxsN/j4uLoW6v6vOEcybN+/JkyfW
WjQAM0OfsybBUfv27Wvqk3mAl4pahZILCQmxJFWlnYFntFV+4VWrVkmdaApsHY4CDDqN7BIuXbqU
Pi3QcjSU9u7da7N3Y2A9Z2dnHx8fw5MODA6Pv/v7+//6668WusLm5+ejaBwa/OR5UvyEtUQ1agwC
WBnX//rXv5rKb1VVVegVPCVBLyBusP78888ydhS4D4UqQnf18vJqKFiNKe315f8PFyOwCgIDAxkJ
LSgoSAsUhyZOTk7mwFQ5pHr37m2zPIYzZ85UpxjUGTf02xkzZpCLPD09y8vLLdRXPPPHKmmcubxXI
iEwyYcIEq7Ac2pcqMS0tzbyNmwULFuDdDNNJN4c7pX6xZcsWWPFK5RqJsdwkrhNYC8eOHVNB/rdu
3aqFV2LIdJXHkINr8uTJtvn1AwcOQKrxjNuUKVPY5SDnoqKimKUCL/PHH39Y2IfXrl2Ln+ACF0Gx
hF8BKbm6unbp0gVc2mg0SyM/QUJLT08HXaMOITDM2CnAcyApISwZZAnNARW3bds2CXuuAKnMSQrg
FrYlnk6MwHzv3j1ZDbAiMO+QUjC4Wlwn4wXWr19PEcVlMXUk3PSzEhZKLKZOBucwNBxe6ejRo/gj
3oSJfnbs2GFhRa1cuZIIOeBwa4DTUf0ZGxvv37/lz3NdAizTp7JVhNfLLhQsX1GGWkydPmm2LMVYe
28LszA54KzRiUlJSfHy89gNSmYiDBw96eHhwkVY1qHEvBZUyQ1XL2bNnCwsL58+fj5mI/jlKFmKm
GzNmDP4rJSUFc25CQgLmx99++w23NHXxoXUCffXKlSvKvf07775+rqTdRjY4+wyStHFPKTe7bb7+1
DQOjs6mFsuvXrx85cmTw4ME878n+xsKQ0VLmAgwf26dNn//79MIdVJWzfvp2ZFBYtWTDbUjbJTbJb/E8
PoW62Rs3pH32EHAd92fNKHVVVdWkSZPIA5CpKCAGrN7tsqdPn7KrGOO6Roa+acu+7d+9u3769YcMG
zBrqcDfIjbv2TPvIL/w74yqwH6JNVUIBdBLQnVi49c6qrJagoCAVXAIyuwXrCj9dVlZGsaSStCpu
ycvLs81rjBw+DrsW4+N3XqVAufj5FOiuMx0jlz5tSyFEPw4cPJ6+avU9H3/dVnZBUhdmHYmAsgy25N016x/eCggITu5wGRzFqeN26dWrLAJ
q/aIzcD9+/dVZnBUhdmHYmAsgy25N016x/eCggITu5wGRzFqeN26dWrNgd0Gpbt586bxoffLL7/M
nj0bTQOyogjkVj6/q31ADgFcozhQER1/CFfiR9W+vCSIrBfl5eWoHLZO3759W/ZlMArUGUlacMqa
w8iywWFwZSrSZJgxYwbGNfoYuhY6W3h4uOXeyHgmyHgmyY3Jvy5evFjLwKSa5dIfZNj48ePN/q2ioiI1
ZUAzmP2cc+fOkZSors2LPfLp06fc3Fyee2UNM7gBsGDBgtLSUt1koKF09LSlAOhqh+YnC9fvqzL
yaDEQ4cOYayx4BRp+ESdsHqhb0ePHv3zzzz+fOnUK5Dl1qzExERMc9AeME6zsrIwP6pj4Dw0raQd
axKkB8V+4MABDCXZolUz4w8//MDZAVWNGm7B90FXp2HFhuvdu/eECRPwbjRwbJMzZzceOHdzxVEsi
ys8fNoXZuwDE1atX0UVZHHRRWMEN8XZoaCg9WHDl2LFjzZYZQ4cOZWVa0rLoJ3fu3KhEhhiFpyZpG
dna2yoGoBIzaTWa4g+nTp2NoT548Gfx/tQbgWIzxR48eaSrmCao3LCyMtgalFMvl6en58eNHQ4rD
lTt37qQyx5Vq4Q73os+DJ4uLi5u0y8CHP3/+/Nq1a8nJyfjFr/4HZQShYvFfkkkyN0+vq1as5EHx9
fc1b5bZwNvxS45MPxcIQQ1cxMEBVVRV0HVdvuPLQ3C/z5MkTzpIqyje/REZGwhBQ6fzMQ0lJCfsh
nTFgFDfUgdHn0fDBtOjAZvjLcRRApcNcVQ6QFo7otWvXoiFSU1PNiCiF2yEw1KFXrjfS2lJWGAcm
hY3SOcpw4y2Ge9AgByhVMOHvv/9+48aNunq4uSkuPj5ezYZKMKNlly9fzn2Zt2/f5uTk8DwdXL4
pVevXphM1VirtQ1h9koyV+1UUFN+QQc4duyYbIUznRYqZOXKlbafDb/UxFOKi4tjh6eeZFhMTg/9C
jwXxKmb45ZdfbFMVfBO1DAIpZfluPtfZVBB4GKpGLr5+/XqHGmA9coHDWXL1Cz0eHh5ljlRUt
szkEUxjb0XDFlYuc4DTFdUrgGQbnNPSxIdRUyAs4MeE5+F5QUGADd0oo26CgIEzKmIVv3bplGDBZ
ZXjEVKWsSLI0ro+IiHjw4EEzcQ5aB/Ma2rptDVC9XPs1fSvEvlmOzI85qEVeYOHChTzaoMzDy5cv
f65BeHi4CuxjXZ1pOIHiC/oq2Az2MvUkDWd0ko0bN5rtvm6I2bNns2h4MuRQQwkjyPyw1zjYwbRm
JMVQ5Zo/fz6fc/r06RbsYJjCDDOMw3DDWw0YMODEiROQZCwmxS3/ydUJ5Y9NNz+10q5sPY5itVer
pCB+pbS0tPmKA5pSr3T79u2ZM2dSzrEDoxSxsbF8eb4eWhxvNXDgwGbVmYwxy+/Lli0zjKiAisLb
mu0Kbgd4/PixSsFg+xjjaBooNDrZslGSkpIMV7G4UNN8aakrKythO7AfKjcAygY/Pz+YQvWGPW+q
XgV/8rEQAOfPnzfS2/FfP/74o3KiO3TokNlDA5MCLMUBPqhBVehly5daugTSC33/fffc8RhEmG7
N+o4R4+Lffv2YbRiWiT7Ue7yyR4eHsrdYsWKFc1UZC47cCrctm3by5cvoSrZc8ByIGG8j5JwuKxn
z5737t2zJb1wjkPro24V/5PrYBlBP7RClBj37hznR4wIGzcEmr6wsJAmKtoiICSFBvUgFOcBt
noPXM7vfKocZQ+aBRpo6dWqPHj3IP+wIDMbIHG8j5JwuKxn
ynv48GFa+raM31ILdHvGJILXIDPgC6x11ZRQm/g7pjAzDGrcAtP+5s2bsB8zMzPRVdTp2uYIIo2f
O3nyJPohOwde7Zv3w4mMXSWM5RP6LeW7GtbOL7YA1HbTJKrFgRaYQCZvLw8NBP9NGz803PnzqVh
yPOb9Z6W4tFaztdQVlb5XagpNrryOmbrK6+G5ORka/U0EDWVKp4PBdLoLSEhISyvl5eXJfu5TJAB
qQNL38J9YbOxe/duZXer4R8WFma4lZEr4G5ZSRNYdPzLZr+fDA2iQvyDBKOW1Ho
M+zDKAX7EsQqhat28m9Onz5drXZy9RI2ghUzyGsfNKYwEvv27WtLl8vnz59DrnASBMtB/Nd7GadO
ukrOnj3bvF1OptV79erVsmXKA7VtMstPLUzBUAVWKUeGIBuxIgRHONjxoxpVVItSfUHyYbzMmjXL

wheAFOR2XouYq3v37sWAUpMIZlK8DNis1sug1+HvFmb+YgZJLoUBUC9Glj3NA2ZYnn/s37+/8mY5
c+YMDXCViIRdKyoqSmvDnAHElGBoKAOdXQLdo0+fPtx6QMFt+bvqmA94xkhGv7S0NOXOAbumqT4M
GFOwMmbOnAkJoRZw8Ltq8c3Qvwj0kp6ebi0Vh1cdPnw43R7Gjx/f6NYJWNHX15d6EgLM8o1CVB1K
asuFCFXnYC3lbcjehUasq6+gdjjDmhG7iZWsBDN/jlRjlUhQhs+HXQzyxE9AEtD9jH9nyBo6xrA7
Yb7OycnR5kjPzs6m3wvfduDAgbZ3G2spYECh4KCaRu0p6wo5lUBnzpw5xi/G2GfvxSdmyUb9Qnks
F7JhwIABZDaVOF7tL9DKQEPDalYUZ8WMydASHh4e3DqEgDTlli1btijHzoCAAMvfITQ0FErDNiyn
6g2aoV+/frUoDvpH+bMZAryHwjY1D6zhmidVFo9gs4mhma24tIV2PHHiBGdDzFnoe0rn5+fn4+/c
buC6LrpT3fyVmkJqaqrhAQ10M5sFMWtZYGjTXmuUbawIhl4HgoKCnj17ZorlxX06plPZv39/rd7O
RQaMmpSUFLWDr3bccCOJDuYqvkybNo27ALg3Ly8PHZVmrIogZ/kAOXbsGJnZx8fHFPsX10DvcSMG
WLp0qeXvEBERgXpYt26dXTClxoPWFSs4je13G1kc5xRWyGQzFsiwF0vXrwIDw83dLe7evWqFcuF
qYoUxwPUJHN0tvLycpSLiUjY2aDrtO+ngRIlJiaym3HGj42N/dIKotjRDxZFjoyMtGVhHz9+bOKV
oEEV+I4H97iHxRlcpbzhNWqhG1wH9lbumvinm5tbrbh5GJiYztjcMGktF3JqFGDokZZNTG7CMNrc
4UVB/vzzT8trGOMOpQ4MDGzuZkV5f/jhB1YjJLGKBAjzDV/qVXFfatIVUVGYF4uAVQ3jVJ1SgW6E
MrdWocCWPGzLfNxfDHKyo7CGMeHxCUq3cQJ0s/H69Wv0+fY1oPdLa/At+fbbb7m24OXlpVlKf/Dg
gTqjB0mmJlAu/Kp8efg7M6KquN+MewxjsG5SBoxNyCcVD9Na0U548Ic7CE1a6iQxotepBDoWIj09
HT3566+/bqZGQUnBVNAGbAhfX1/lK0LVrU4B1MXNmzdVEI/79++bPadAr6roQ4MHD7ZWwElm4OLk
CCJV0x8GSFpaGkxsFZsFExP0nr4CXXLjTwVCAenZ/VlXGEeckmBbWcXJv5kGVGVl5fDhw9G10EBq
506FoMFUrnylGBECSubKlStG5NnevXtxLxVgZmamVVbk8BB0IfR8PBkWjek7fRg+SUlJKJq1ojSD
wzEeuR5utmNMvecrUcbi4uJ9+/ZReYLNOKfg/ePi4lQYGbSREf+QlJQUat0lS5aYbeiBf7hpSC9c
FdqlqWU0JLGCggKOfcgzTH87d+5UNQAq4LSIKlUUDYrT19IW13bQzZQnPDBr1iz7PhaBbka7D02m
ze0hQ9y6dYthVHl+nwu/XFWjI8GxY8dMHKrqyBVElBU3m9avX8/KNFw8bJF5IT8/H+MRcg41Rr5t
kotULdpHHebm5v7zn/9UsXCVo8iUKVPwczS6ucaLEYTqbcg0oFcD1y3xTEsWW1Tu7GnTplleaaBl
evKwBVVQZRSkqKjIzc1NrToS7u7uYDn9LlWx+bi80OjyuK6BwYiBwC43ZswYXaxDwvyETrt06RJj
8oD6mqrEMCrRylxbbshVz7yJEhoAs0athF8tAmgPdbIDIuTvv/824GQ9cwPHoRZyqmEpih5DN/B
b2VlZewzt2/f5nIBz5Q19EAoTFY7HgLT3mwJ/ejRI+X9xSMG5nVdMn9FRQVTxdEiGDZsGKiY/QSP
RSUEBgbynWEXd+/enYfL8Llp0yb9GnEMIEDNcOfOHTtmOXR+9jp2YCtuUWkZ06dPp60aExNj3vCv
FxkZGTTTfNm/e3IKlU75eKCbPleOVIDIbXZHALU+fPj1+/Hhqauro0aMNY75RM3PJGv+Ly2rdOHXq
VLV2+uDBg3oDSEZFRal9ZDCJJQVEw6k4TiNHjjSbLWmH0sqmE3WtM1nKnxZ1CIGKfyotZ0XXI9v3
kNLSUnUyBTV5/fp1Ox7vXFBVUjw2Ntbut5V5xIDL42aESjOCgIAA9pxmjYlhOl6/fo0yYgirA+Yp
KSkwEjFUjx49CjH8Rw3mz58P8Uklpry/QGiGDjlhYWHgsVOnTjXUPVQUkbpBpUB63333HZmELAe6
s4QfQERsQUbKrbtMYYqEg0bFLKD8xzDYN2zYUIuWDx06bJmWa5du2bHFMfpzN3dnRFc0dVrTdMmrtvoCMOHD0f7enp6opNbfa2DzKCdtEq0zSnU1Uoa2hrG
LA+ecAgrlxtKGhXiOy4urqCgwJQIvWA5RoozPBANOho4cCB/CD/BRfuJEydaaM7v379fxZeD5WX6
vEwNw+iXNMCpTidNmlR3+Z3qlGeQGfEAswZNV8jakJAQXY/9hQsXoiwqV4VG5uVmRWFhIZubxJ6T
k2PkmJuuz/n+9NNPtL8syXtuhOW6d++uQUMGDaombsOz887Ozip0G/UM3YpCQ0M3bdpUXl5uekEY
71TFdVHR5PCLIAoqSXxZtmyZ5ScoUc+YkcGZffv2bXTCnDoqIihpdU52r5SrC+63YD3MLz
3TymumbNGnJgfn6+YldrBSZtKfB4GuqBZbRji9UwjCTtdAwEzFPkuhkzZiQkJMCigWmzevVqAvE
z4QJEwYMGICerDsfGwzY//znP3RZb6azHunp6TyIqs3lTdhfoAUUn64XGLDkpXnz5iUlJa1bt05F
LzH0rzAR48aNgzQGJaytdwVlGbGm7MPG74tZuHLLy/n5eWhROixyouPr+Tk5MSd
lJiYmIqKinrXD+m7SJvd8BxK//79Vd4x093atQnuUHMaAte1Bi1HbN++XS3D8gSiStLKqqCDDZhQ
d/vOHF/cV0IRrL4ip+Dh4YGfGDVqVFOTFOTlfANjx49irGJ+aXRSHQWzm7//ve/DQe4VWTJrFmz6AWn
Qr5AvKHOQSbWfX8IMBWtlx47UHQ3btxgwjLDjH618l2qQ/2nTp1q6OGY2fEQdHs8x3D15sGDBxwL
jEyi9/RYKtoP66ehIyp2iTt37iQnJxv62aLeqaYmcg1HnTsswnmhSs6oViI6O5m5yWlpaM/0KDBkusEMz
xMbGnj59+uLFi2fON0lDl//jzqraysrLi4+PDhwxkZGQPQk1UDYUphVOLpmZmS3iommmtH8VzIP5hATVf
yItz586Batg/6RlQ1uldFGL6vTQ5g4p1Cb0pEoVVC9NMUEqH2J4Og+Fwu08nIJmbaYp0pY4duwY
t1FQVxjyZmRQ0jvQAaD5Ufavv/4alh2a9eTJk5jLdD1/odPyZGJzrMgpfPjwYdCgQSoPC9fBDI+k
GWZsURua+MIEmvbXkZrpyfn5+aAjtUpmGHCGubw5fezevRuUa+Krjh07lm2BJlMpzyiz7969y3xD
TB1rNw2EQQGrQTJ82Q18fHy4ezhixIxIhm/aHKyspVq1YZ6grFeOpMDf+J/9q6dWuLBM3WNVQeRkzB
ECT0c0tMTExKSoI8xnTc0KkrI4Y5RLiKZJiTk1OLn+Pi4kib3t7ediDkTKWTge6aUmUkf/jwoQ1+
8enTp7NmzaLvsYpuFuxkZeTIEcl4rjXXAbFGJX+vGbQCtQf9zbho/frxUl0CbYDqweqdpQSsHI5Aw
JOaVK1fqzo8pKSn4L4pza0WMEQisDuacDQoKEooTGGlu3LkqydGBAwfqXsBI9dycHTBggP2tnQrs
w1aFlcFl6sTERKkQAYH5Diq0ixju7u4N5aZcv34904+Tk1NWVpbUm0CDuHTpEu0R9OdW5RQkMI6F
CxcyA4iLi4uR1Taej3N0dNSjJ7yglQg5ldg6NDRUtpMEBNOH0Q5dvnx5vesY6C23b99WKQgnTJg
9SbQJoYOHcqwqBYm/RTYzcR39epVTHnc+GZ6l3pRXV09ZswY+htDyGk2kraglePEiROMQuDv7y
RisHBRvIihF4OnXqhBnQyG7Ujz/+SCGHLqTrIEsC+561161bh7nY1dV11KhRUiECdIlvvvkGFNet
WzfjeWAZ4N3HxwcsZ17GWIHANkbGgtbGb2CqpuUuXMjJJ7969jQeAOnnypBJyeg8lJ7Bj
82Tfvn2MMxAaGtriELWc5yc+bM4emG40DgRsPgJyYmKOpkiBlhETE6Ps4S4Pv7i6
uu7evbshJuTFjx8/Zuw8/Zuw1sOKwYcNka16gTTx79oxucvg8ePCgVEhrRnJyamDsMjgDAfQaaRgNp6UDwsLk9pozbh37x5ioIYHjJxYsXSWUKtAlukKGj
urm57dq1Syyqk1eLz589Mu8Mp7+LFi8avf/78eWJKyFbdYEEgyYqeuMmQKrIDo6
mg6TgAqMaWRyPHPmjMo9vWfPHqlAgWaxcuVKHt5ppsjnAl1g//79HTp04L7qH3/8YeRKmrGYEEeN
GsVQqzAEGhV+AkELYsaMGXQnDXQ3Z2tiluvUxM3K1bN1BcVFSU1KFAs8CM
PGDAAIabOHTokLgBtE6MHj2aM93QoUMbzSUMTjJixAg9++V/UZUgzDw9PV++fGnKjUePHuPmVQ
dEdHR4lDKNB4D6eLOzOeiJBrhcjNzeWZha5duzJbqk9Z8mSJqw
g8q+LRBoExEREWQ5I0F1BPaKDx8+xMXFMUWat7d3oye5SHG4i+nCnZyc7CkRocAu8f79eyNZ
2iQV0jrnOB60N/HYQmVlJSgOhmq7du1Gjx4x4tdSjQONCx6eiOHltcXCwV0qowduxYlQY3PDzclMSp
EHIFBQU86QA8efJEqlGGcZw8eZIsFxkZKRnDWm4++vr8+XM3NzcV53zRokWm3AuAuTFl3MUYs
ZwTa7+1z586ftYYKpefr06VIhrafdy8vLBw8eTEkZFPu3bJlCyiQWQMzpQGAXbrbGzYtQWm7E2VSo
vXPnzowDbMpJB9W0tR7mBYTcb0WBrlqMPBiUdTo2cb0W0knbRA+wCt5ebmotNial69erVUHEhF2PpJhceHm6E2VSo
TB6O4CLe/fv3pRoFupjQX7x4ERcxDC03efcVbxSAoHOlW8JxRUzqnkn02V6Ai8b0mu3B8GDHpBmQU+rbvBXpDa4NHHNgTOn1kTIcl1OXj7zgBjS2yz
+Lx586ZUo0AX4PrM3LlzOa0PHDQhQYkrY97z2uQaxsbGkOJ7P8vT0bDQl5du3bz08PGDe4vo9e/bI
bCjQl9FaVlZGMwSfvr6+b968kWqxY7x+/drDHbjv0LNnT+Nucf6OhoZnbz8/OTFIQCPWLZ
smXt2rWLj4/fsWOH1IZ9A0qsT2Q247wBkZWUZV4BpaWm4nit4+/fvFyEn0Lu0k0qwb/zjH/+gkFM+

JHWdgVXEhurqapi3jo6OuKxt27b4DtNV6lAgEGgZCQkJUHF06wV9gei2bdvWkIrbvHkzV/BAcWvW
rJHaEwgE2kdoaGinTp2o5drX4MaNG/VSXGVlZXBwMPgNrBgQENBoXE2BQCDQAry9vbnCxvML/v7+
9V6mHOp4kuvatWtSdQKBQBcYNGgQWA5ajlm3oNbqxk3dvn07w+MzX2FpaanEVhUIBHrBmjVruOlA
oxXS7ovBdsPnz5+zsrJ4hgv/GxQUJJ5FAoFAXzh79my7GjCiYEpKiuHG+tq1a0FxdDJxcXHJzc2V
GhMIBHoB2ayiosLX11cl3oKWq66urqysvHHjRu/evRlvhEt2hYWF4lkkEAh0R3QwTktKSiDYHB0d
wWbcYgDpwURVByJiY2PlgINAINAdDF1BioqKuPLWsWNH6Lf27dtzma5Tp06DBg368OGDVJdAINA7
tm3bpg410Ho9cuSI8JtAILAn3L9/f3oNcnNzacyqaHICgUBgZxByEwgEAoFAIBAIBAKBQCAQCAQC
gUAgaLX4f2M0+0cNCmVuZHN0cmVhbQ1lbmRvYmoNNjYgMCBvYmoNPDwvVHlwZS9YT2JqZWN0L1N1
YnR5cGUvSW1hZ2UvV2lkdGggOTA3L0hlaWdodCA0L0JpdHNQZXJDb21wb25lbnQgOC9Db2xvclNw
YWNlL0RldmljZVJHQi9GaWx0ZXIvRmxhdGVEZWNvZGUvTGVuZ3RoIDE1MT4+c3RyZWFtDQp42u3W
PQoCQQyG4fVndRVEsLRZsVkRG+9hb2tl5z2srTyCxxTeEBkLa1l4n2rIJFNkmq+qJEnqjRlOOOOK
Sfo1ePn2wgY1xoXP1B03LOAXSJIkqRQB8oAdtnimaJtjhCGiPkgrxLm8anFMkV1duyRJkgyokiRJ
6lFA7bBHVNr0wBIxMkW01al8s8EaZS41mkr/8ga6uTgODQplbmRzdHJlYW0NZW5kb2JqDTY3IDAg
b2JqDTw8L0ZpbHRlci9GbGF0ZURlY29kZS9MZW5ndGggNzI3OC9MZW5ndGgxIDExOTI0Pj5zdHJl
YW0NCnjazXp7lBvVmee9JalK9X6pqvR+ld6PbpXUktrdre52t+32s924bWMb/MI22Cw2BuwFwhCy
nCE8ZrNncBJDQpiBAAkbYDI7ScxJQgKZySYzCSRANpm8YBOGJISQ2QAmyZC0tF9J6m5124Q5e/aP
UZ0r1Ut1f9/j/r7vu3URRggx6H3IgaKbZ/vLr+dfouHMo9CmDxzdf/zF+4/eD/tvI+Q4ddkV11/6
ycCshpDzvyKU/NXhQ/sPVk/s/jZCuWvhntphOHEb4XfC8WNwnDh89MR1Txd/dxiOn0MIj19x5YH9
7ARcQQUZjlcd3X/d8avRNjgu2l/RY/uPHtpJPN8PxyfhuHX8ymtOQL+w23fCvg7/eQ2fRS7EEU8Q
d8CZOzq/+AVUxvZtf/ozjqJRH/H9Vh86TXwLfQ/OEAi3r3igE9jDfmjkef+7cZP9vaFz4HSRlBsh
mmER4nhBlGRF9Wi64fX5A+0bgqFwJBpDcRMlkql0Joty+UKxrx+Vuk+zypWBaq0+uGJoeKQxOja+
cmJy1eo1U2vXrUf/ns9078Fm9P//4ySug++PgleQyA96B1EQyILSKIOyqICKqA/Z0liojCpoAFVR
DdXRIFqBhtAwWokm0CRahVajNWgtWgda24g2AejNaAZtQbNoK5h8O7oQ7UT70SXoADqIDqFL0WXo
MDqCLkf/CV2BjqJj6Ep0HF2FrkbXoBPoJPrP6Fp0HboevQfdhx6LqlFP1NdqtX3iPyi21ssL20vt
7Sfvsv2oZ/shbD/o2b7fs/1z69n/h+1vWh//yQrYyl2P/4/+caBq67P472Gc9oHd1iJUr+iGbsip
dKo6UK/VqxXNPtZMOJG2dzUPRVKaWbWPq5ZVr5IUqXngFstSa/CHWnUArsiWVdXIRHLdsaS/WJyN
ZALCjErG46tuMM1K5aJIXybT/5jl9epaLZLwBCRJ9Wx8YNJMUDi0aiBZGykW6WLRQTrDp6bh5O+3
ZzONyYGSe+Woi3Z57nj7X0ifP2VGImbzJMnJwUA0GgoNNH8POs/g24CtHkLAe2pHhEq5DZoyLWuT
n+V4XRdE3q/j2+4c0SKCIIiGMvWX8M9sK4frxBkURMil2dJ1FKCBfF0J24qwcH29NZVKbVh/fSOV
VlWJV5RIuPxVJVOe2r3v8F033lj1xIaGduzYf3jbymwmlYrblKe3CjjRebhabT+prcfqosbszbL0
DdaaVGr9hsVnhyNl4uOeRHlq377Dd19/Y01MrhjatnPf4e2T7YfDs2utXejrMIgiCBnV7uPMOEWa
8SUKAKtZtXIw4HQ6XArNeAVBUQJRn880N3xC88TNNENi0sUJPkORg8FCOV/w2bSdRU/gJHYBQSG1
Ana3rOwf/4hd69bBtanWWfQZtBcp4DbdThY6tawbDUmUJF2X4KPvhWZIPC8ZcAx/xa03sBcUAo/F
DlOF27H3/2R+kybOzI0QX4WAkWj9Fj9LPIh0IBmk2pZYFKTTi2UZYJVKeVGFttRgK8tKxM3BQv/G
xoZYbKBS2jtW3RcPDPqDIcHwykFPKOY3OR5PXbVlSyY6ve+ha2YuSMSP7rmFu337Oq8xuPUjV20c
NORw9sLt2wApREj8HgASBhj1itxxBFBEx3TyfMdgvJP3Sy6XIBb/rZ8XSJfLQTOcEnUT2zbPPTco
8G4KKwqmKI4bwYfWahJFiSI8HoI8/iY8PgOBnor12o8yl8hMdSSt26r6Zn/z+sfWrLFHYDqtKFy5
snGmVjOSF1wfeayq6bLMqTfdpNx78OCWsWwmGKrvKlkDA2vKlc07bgH7c6ze9vff4vuh4zGQa7Ej
fZkZyx2/t/ued1PTXHTbjuCVYL4wPpOLXtSIRupTt056vSwrc7w7FOIUTzmZlHlRSybSYgrAypFo
/4aKRHgnE8mBdH7dJm+hOLJ9bLMgeQSGdRKS6HCBXKlkQPBIkuAyjGgsVY5ELnCDU0igrOcAM49U
UJdmghliVVyRQSem7LA189zOmeYruFLd+d9/+cuzqz/96VH8eHMGr2s+DhKXQOK/I06jPDyFMudF
XfCnBXF7hG075t+lvl64ecNKTYvG0oPDI4EASMcztJFMrijk06lV1Ytv+jVxenanumli10CxEI2o
XsXjtaVxSr58fnRkYCCoOzEGAfIA4RkQIA5hEuEOt8C2YOZ5IG13t/vuMs88pLZfwOmnxrPZTNof
kNdMrSpb5ZGDq/p3J8yJyZHGQLD5HC3LpjeRj8XjsYaqaVniQYVS1UzaKk2W6rXts6tncjv+YufM
zOiopjc/NZHpr9ejRiazfrbRoNx+0FQSRuc/gqYE8I2YBuOz3W+6blmH8IEX6l87U/dmfcI4cVqZ
O0ZsE/R+170QSRog3BfawtUg4iM1tYx/lvkWPK3HjTqCQhSZp9sFK1jWU5t1o2zNzlhWwD+7LZis
VrfvHciFwms3DUliMFQG9+B544JaVvWY8Wo1GlXNI3h6PJ3OrezrL+QHITccmEyV62us/sHSYCGf
rw4MRCKpSigUDKV9fp8xMRXPZvrHkqlQOG8GK1vBUhlQwT+1h321y6uwncuppGmbo4d/5qGDdNWx
er1S8WwaXVO2rJH9W4amarX9my8O4j5aksKhVD4WK0T7jHDEEBQcCq6d2l6u1XZeuGp21ewNx/bu
G7MceNtYCiwWDqXTmy4byjGsB5BtB9b9B/wMsG4SlHwu7zrOPfUBA5hYNDpUjA37Z/7gmTYxi2L7
RPPUEpom0GqILf/c7qt8/r7eJeDc0eml08HqSiDocjhIhaa9gqgq/pgdfTbiZ8RFCOLcB94xGBEI
igHi6xDd4226jHWdpkvGakVtU/M8iYLjpB1tUvhGs1WUBKH0bJb3Rn4p/zxo6NnmH9KCoGaE4yde
fvFISpVYzqEoFOedImJzP5jwqHBEsJyk9e1LYLb5Frg3pBTEQRgUSRi7UKXgBf4wY9W2s9qxAMgx
Vl6I75aV1HtDFGgJopPcwzDtgQXZEv7W6nh/JFKvHW/+oy+rsIKa9OHwTGldOh0JD7eQYhjBtQlT
9ZT6L7LSK+o7+vs0rb+0JqzpPN4iRosrrWJR0xS/UsePNmRN4eRiccjKpFW/gwBSjUaTQ9ks02p+
lU9nhlOJhEfD2NF8HQZ7ovUmcR0oFYombJiLYXSBeOoG2ctMtnnbp0G1xC5RDA+umJ6o1sKRUGho
aP142RoWyxMTFz+4a1WxMD198do1HppneJdMPPTTQ8VCLL5u3dFdExOmGQhuYXZkU9dedMOB2dm+
oskyvAE2ttX8KKg5YPN05R00a8aAPHpZEVQo+3IKw6spHxY+tGm6v3/rnq80v/+l0dxVG+BzsjCo
BKRB/OiopCnx2Obpw3dcfLgkzGy+/fbNm4W5ZzqRmNgIHY+Ap8sdATtpL3TdVcZ8CKY6Fu9BZszf
aVnPnRoEpYMzUbTHkz3ldDJ08PggsEwk4lnRJAxDk8C1layBm5TK8JxPtc4QVzfflo3Bn5cEmWF+
VKAZF+l2G+HGJxTWLYkW/psxGC93DnhUlgKkEAYJByCt/gmkWo9TngPxmetyqkpBOkIzshy7jnSJ
UFQ3X/ZmFY50SZrhxb8mZV6Sfb7KKYD2R0Wp/xTyDJp+tixxNKcoXmkYP1qWeDen3NmnawwDqGzD
fRlQrbeDRnWhW63rTvIyYHDlHaHO/wcGy7dwpQsp6AXNucgFsBmVaz4DR5q3C51ydu/zaiLpwge+
VGkDtFUoWc1ti9C/8Y0eMR7pvetLIIcPxkEV5IjbKcb5oS0IAwO32nzZyKocZQMxoPOswrf3vcoS
NSlecaS5td1vV1c/hD5sHjG6rDXPCel/h14WEzATKrR4N42wQ1H+7Eg+l2t+LcjxLpfvZ23dGc2f
A0S2rTkD+8EDRZJkVtwZ5hnGK53VZcXnT7I7DuEr32hoOrguQ3McTftf+t4Sc8tcV0+i9U26ektR
FVnarSjQhRhndh0CsTwg1iYQy2Zng1pGi1pqiR90hhJQSEManGstjN1CVdPcbjfJce0lTeEIROfH
HZ+FobsCP2IPXQWzjCQON/dlRcblYtlQqNFRp8Om5gGEYtjuoGKXKr3Kq1ZUu3yZt12PcjGMB/yR
FhKUtPFzA2DQlKpkvvibX38RDlj7bPMXRl5mW0giis01DRFA+IBJ/rYACSutzL1NkPZxc2bhyhfm
vgP1zZutt4ivdrJNRwXL87bqQDCXo+wMTQhZ/Gfxh3glo9tQWLm5AZTibfcfEoWQAGR+uinhGxuS
p93X3POE1jyy0PPTcZZhnAqwqAmk/iiQejtJwOcGbiq+NMuylXDsv+zZu2/vrbfv3n3F7puZHbXJ
1bULdzcak7W9xEOXXHLqroP79uy/596D282JLX/98Qsn1q6791Ozk13GpkHSFBqCoa95lvuuLfci
c8fbKV11SZ7dIfBnBCXla/7Ml1VpHsLfGzsrA3atcYk3EIz6PR6hkkwqciya9aVx7Sujoq4sMrqi
5vMjF1QqTgcVdBGOdGY0DzerTPPXXXwPAr5+u9aJmQ7SBBDvApPqVvsWriyNMsSD/+MnPhjRFED0

N1+e99vXLy+XTTOTmb2tPx6vNXMSu7dUSqfHgyVcw3gZWlHKZlc0ikX1yyt1jVTw1mx2bDSdppuv
gS+PtV7HvwXLbbQLhC5lx3tmIBa12AnUVLVyTomW7km950M1/qbqNoxcrliOx7Tw1bvjcUUZGro4
5BNLJY5zUzDseU0vFKoNMyHwIXXbNjOhKrX61upwAK7TTpV46GcT6bQBcSwd8SUa5YA/kchsqIPS
OZGiPI5/mUqYXiMaLfh8Pk3sLwVD8Xh2aqDih6cbIBlU0MR6sENiPtGwdb5sNHYIjjLrEOCJSUp1
0aLfl90NKjaar9ijc3O/6lcUh+omQsTpe7JyiBea5MIAeJti/P7iPdCZq/UGpIqnbZfEC8NuYfIA
1LNASz2EvpCrdS6C0l541ZvRGI86NHTwisFBryjLwFERf1bmKSip4mZlZWVAUW0PIP5cUWJivfnm
gXo9nTRTY/nrsKOhqorilweb/ztVLgeDihIKFgqXYw68ADDSrdeJr7Uzym4t6DAdHesBrE4Kpqod
o8bTVTvd+pqp+D2/UH6v2kwcxkIfLxgPf8wQhDhBPg3lGCl5y3PPEMMFWnLThKJArS/7Bpp/ht83
qAs8T2IFuuVbrzsehm5X2t129A0dz/e9QFJ25+l5b1pQ1CIk+06oAB72Q2lBa5/3nD6t/E+dhNoz
9BbrFwT95mOqxPAkA6HEg7Ec4Hn9pvfqbopRwyA0JBN+eXzuVfzJ5k4i1WBVmlYUQCuPNj+AR+pF
r0qTtNNhn/P4Rpt346MjXpahnZQtAQ2eZHNrHSSodIMiRS0d0lXHcuDGAt1Ubcv+gue9Po8ndB+U
ARpwPPDtmSjHJhgVBwRD9YTvuDlEUTzvB7Asq2mlP3xi3s8+hnWL42QXRENGV4rfe7rP4FmWJJX2
xNW/4S/gp9Go/foguSRzri/UusY5cyxaT76tzU9wVatkTzkMoEOrFX+4LxwWPGXrhK5lIoqKWc5W
Uj6/aSQV4mkHQbrcFMmG6mWvIKzXU7KkaYFkY7zqpoPRgZg3FgrllEmfT5a1oMFxHK/nTNMjRrWV
d48LotPlIMPBNYKUiT4S5iCjCZqG10JEq9k6i58jzqAQsuwJo94Ji/TiJFi9AhSpyefOWHx05YbV
lcrmVbPpTDbncLrdrKCR79d9/kCwkE5BRPD5PWF89a6h4UuvXTfCCUH87U2yQkJtVGs+EWme9fKc
Ze3e3tfHMyFwgDiguQeUnF+q4iWolhfkBujvHqU6ML5pcMXY2I6JXI5j9ZBAEw5ZjpTCmUx6spQK
+IRP7SgVG+NHL59YGTdTKssqTCgkionS5plGI2oMU2DjWOsN4OgzKIsa5wCo9ipj3qYGZbbNuRwV
QLooFokk1tXrjZF9w6m2ZniNer/e2dNdf244BNHrNfLxQj4/UMyW4yI33Ni3b2YmNTuvobk/TCsy
lBvy4Hj8F7FAUBDSlf0HBqoFgJoETd0HFXwQ5cBunvNUdG2lAd1WKwvowGCXW9ZEPhbVJdayNswM
rRge3rmhZDW/8W3CzXm9gUw0SmLj4OAKr3eYmawPjIxdfs041H6zwTzEOTESHQQrpWF4fob4nD1M
1SU832b6aqW6ZFq312h2jgsDG9J/QQlnm295VEkiye3bda1YqFfyIZ4XwHMVRRRVXYLgc801+GPN
H45C3atASSOVcMoMT/T3hYIxPSDyvNsdCNCQ0/p8h2MmlPLhVg6/BO6zFl2EjiNUXwyXPRkApAnz
uHrfAOjnzNSlFuaz1HOzKsfy6Sw7+7krq+vl8vR4/17N4cRQoDsd2lCgVJqJx3UKsl8vXz8U6gsE
Bja+Z+/KhMvtd/b5WEYQytsSPm/Ml0l6vXFfepfBsUHr4h25rNe/4djwA55EIj9Z6o9AYe9iOZcD
E2Z9tFhgVEGgacrtJLDDSQb9qbo1lff6OU6Juooix4kypAVYCYWGN+WjweDwdCHa3KBrumIo4UjE
9LEs4XCBNe2p+n8Fp19tW7O2nLe6maxNvIsTG4vXystmy+2M5IFaNBJNBYI8Tbk4NvpjJsJzLky5
Zcnr9fkTLheEtRfDMkOSTifl5hmDer9BnGl+fsSmtEJ09q9yEkeRtsUVd+qv1uugDo5Pv9bHsm6o
bWkXL+Twh+fHCAyFEEJoDgRQ2hR2bk5syMvgVpfAvVMT4KN5RFEUtCwJFUrkBzGWpSiXA7JB3kPd
qhNnujeIHrj51eZHcoJgIyRJUcw+uk4XScqtAJTW51o59A/E4wBl6J2gnG9W+hwVAiYbjSYKgqjl
LGs6p+kcJ4HHa16Jg5DkAtVRvKBSt2rE4wt3wr9+1Rw9Xh+UJFnhONKpaTStaVN4eL0mdTBie7IN
vw3qWmnbe+ElC2QH7WDbTZc6urJn2/60rR+8KukCRlP+PhPwR6+5piR5ZT78A4Ui1dtJkmVTL8cV
xuV2OtxgZw99i23nVZfFaJKk3RQWRcyxocvvHJEMyqkoLhfD+j79oYLAQ8RV3C5WTuO7psHO4Dq1
Tp6JMQAPd2nnnVF9niR5Pv6jCFiRdICPcZzHfQtYce7TOQESvK7h8OmN807U1orDBdRxuPPapGud
dxkOnUTd0M7jX+cdJ72OBzXIgxatQ06di4QZKDISiWBAAsvyQujHdEhiXQSv5vx+fxLj9pB5KSkI
JCHpEMuyuu2myRfCPEd23VR136rhoxalQunv7R9W4JMLNp7KSYw9aFi37E4/VTciPG+S2ne7Q8lN
K+7MU3VvRNACvynwfNulKUHMPjLvLnu7/PCbduLTzQ/+hDaWnl8u78en1yYCfokBWuBiLzIRjncR
kpQaWuGiOC7xAhPnOKctTNut8bE9IEKo8eQiG1DpxxvBwNhrRbY9+mTZ+sQFbfdQanuAB+zk4TkA
qtvpg7r0pWInInXq43O4/O1LGwPBUKU8emikHI6UrUER1A7A0uP9kchAvIaf3jSxbWS0EQlNr9o6
2hgJhSKSmE419k9NpdN7r13dDyN/DkLP89B5Ca0BTwJxl0fAHtWc+4rROP/roDsU0zRTq4r1ydps
IqD6wK2F5KtcQKVdQABuWuAU8mMuyh/IWOFMMZL3GnIWf3DwyLDXGFh52YmNw6xTvy3Pc5RbUxwM
uIyFHyhwkNBS0vQna3JQ11LlXZcOpji60M5+cvgsiJC2sx8sL8dbXf5CrV1+Os77igQ/Ag7KJ15i
AgLQfDEWS6ysVFZN7g0aXiXkl2YY2ueN1NPpTGYwBL3gp+e+kuE4SPUVhxt8PfPlqioPDh+8au0U
5ZYEuXnf80mb4vr69+zq7+e5YNctZwGtzfnaElW/69ADTxwcDigyZBqypjE0o3tpSpLCP4vLEF7B
BWleVF23efDTBw9Kkq7yvCwznr7vpVTenhhj3DKdfmxahPykw6gWON4lAKUxX9ovvvfqBdWp6Hvr
+XNq+XEJ4nXR1DRJ7J860Ne3IluVgO0lSUilSzFd83rXTOl6KjXiT3lpt9NJSvjpu9f6oXLWg5AE
xq3NjaTJuRjHfavjpscTjBmGaYaCuXoyyVIOJwtgmdYfsEFssat11c7F5HmrVXpq6O6rYBvT/UeO
8JxHEkW3KkciMUPTGWYqEAzqrEcktnww3nwxL4kM4yl5NZo3jBIuSqzfZ6pWdzXAm/hJ+yUTXpIz
L3bVUQWoZgFHNxyBNj7ptJNlUYW0eSgcjkNKwTJ21DPv1fSIFvADIRbuxk82X9/UTZP3jsq8qsfj
Y1+P2t6EleZ3x1SPwCfnUgLfrpHdgOhXgCjVWfbQLSB7Kt9l9bplub8jAKcyh4+wThft9p3y07Lw
15774JTo9uEnod6VZOP3GGpLykU5oDYn3GK8+T78Hj/HgoXsTsnWG8Q/ddSgVuYnAOqdDhaPe+Lw
YtkOAMgn/JA67tvn41Q29F1TZJyX7mEYOviBvOfDnuM3K38pCHwYgBAUULfebD03EWbbaxKA9Bmm
2fpdQGRsXShkpfleHG6+hK9LcDzZnjEAu7wCwMbbwBactktCS1KCxYRg6du5+nzhzX/H43bLLjaS
NN1u9S6v7M2OHs/KSvA7OkdHVq6FlEo/BeYp7NmW8HhswBTJsT63VKmUeMYOypiT61vuG+Y4wEpT
LFfct69AswwNhwQjDN14w4DAd9SZw/8KqEeW2LC+zIagxWWE1fau+qJlyWcZnWWlowdp28+0O+3p
cRd3xp/Pp0OqwguGFPQ4RVmRo/dTEudm29ZmBDX+0995VNpJOux3iaRLJiPNidF4TJZ0D88xblEs
bMAXiIYM3SudyXP8KMD1d1aC4MWpMA33rP140NU8ibMf7BcFhidUB762+b8eqKgQuV3y7bcr+C9I
UvYl/kxpnnDTmrSwDO3Yr8q794ojbyHC8cryNWB2Nup4mPgW7OLuUk1oxD3Nz6Co4xW4+lHHw+cs
Z5vB9sqVnmYvXcX2+4y7Ia4x8HsWVdFnUQbOZaHpcL1m78PvFNYhQzuLEtBOQtOgZaFJ0ErQ8tCS
0BrQMnDvdmirieeRm7gHydASsC8TB5BGFJBk78Nzfd1zHsf18Pt86004NuG63P5PAY3BtTCcc0Gj
HX+LePsXP2FjaDXhNw59xeA3Cc9Kw34YGgn9hrDe+hzsu2E/DHK52+fP2ve35tr/2QTHtyALrjNw
bMvlhmfb9/Dte59AnrZezoJeXlnUU/fDvEv7PtytQLvSXicEVslCgwqMeB+0++GJUNU7brdXkkI7
Aw16cV2LEAnJL7kVISoG7YsIuaEWd8N1ugKPZaF9FCFWhfYlhLhZhPgAtJsQErZDA08QL4H2E4Sk
jdBeQ0iG+5UT0H4Kg+kWaH9EyPNlhLRdCOkQWvUnETIg8zN+iZD3ELQmQn7oyw94AvDcoAntxwiF
ViAUhv7C8P/I9QhFYXBGX0UodhKheBzaf0PIjEL7MEKJPmgvw2j4oL0I+rzN9soZdBU636JkjDpL
rt/b9V2MuI5ntxckU4jr7jsQjdTuvhPOBrv7LriSsRcsO2k444VksbNPIAFNdvcdUMFd0N13wj0H
uvv2erkbdu2dLJVKVrnvxNHjWw5ddvKK/VdvO3bkqpOHoutW9V6z+kpoF9oLDy21N3tFbR86gY6i
42gLOoQuQyfRFWg/spdwH0NHQNyTcDaK1qFV7/g/C/ZK6F3Wav9fG4fjKw0KZW5kc3RyZWFtDWVu
ZG9iag02OCAwIG9iag08PC9GaWx0ZXIvRmxhdGVEZWNvZGUvTGVuZ3RoIDUzNzAvTGVuZ3RoMSA4
NjAwPj5zdHJlYW0NCnjavVp5kBxXfX7dPX3f9/TcMz3HzrnTM7szu6u9d7WHtJKsy7ZkiBGyDsuS
LMsSSMVRqRhTBlJg5FgkYwDHZMyrExxjalUAaMgSoojB2b8kx+PTO7Wl2B
/BG6902/fu/N6+99v/NNL8IQQhz6S0SgxKat/bXvFH/CQss/QNm4+9CuIx//ButA/Q2E8Cf3HTy5
N9CuDCNEPI5Q6Ob9e3bd8PAXMwcQiq2BMY390HAYmwjA/S1wn95/6NiJo9LTi3B/N9yfz7l0/
2g41FD8Oy8e2nXiyAE0Btn95Am/HUqk/6Ng0AEZVy/Au+TbtT3qZeA/NMx9DbG+r2cV21ye34SNx+s9oU
6h5f/Mz7s4xfUcefy+CrfvXRrSolxAQH/xx3DQbbpY8yNfu8yMcUD2iBCJzR+TyGmd8z5gzIANXyK41Om
5NIAD5l4LXvXGe4yDCR8FmC/xrT5kEa/sWSGa+eYYP04AMX7EJmKx3eqQtzO4uW4D+7+7VRfI8hG74ax/oW9ud+j

QWj5YPeKvYBqmD/sfz8mUSLh4D9sV9Bp/GH0A2jBEdbpMeAhUMNCUKj/ZYZG9xIgKdq/MqxPHb9q
gNC9iEiSFRUhDemGadlB5ITCERRdGRaLJ5IpN53J5vryhWKpXOmverX6ABpEf9LRRP/PRwD7Knwe
AMZIVADekyiFXNSH8qiEKmgETaEZNIvWojm0iNajJbQBbUSb0FVoC9qKtqHt6Bq0C70d7UY3oD1o
L9qH9qMbYbab0EF0CB1GN6Mj6BZ0FN2KjqHj6B3onegkui/htNsdGf+ZntV+sXeeg/PH7RfaT7Yf
bz/WO7/bfnTV+Z3e+e321/5P5yPtj52L9jTsz31gaLZdwM6CnhsI2XQ2lx0caDaaNkXDaRq26T2i
jjjG4o7v8juH5yvl5hPM0e0Ts59899/dqc5s3XfXqRM73gM20b6rXcLY7ix607It04AJcg2YqjE4
kPO8U0pnlm/Jb23OlytN/Avs4e3TMM3pjwrzW/acuuvEW94Ds7zavh3djq5FYYTo7jezuR6kem15
Us/j0rZG4AKPE5JkGLKScie5w4ZjaCwdYASS4U1ZVhSnr1wKCmC7o+3XMQo7C1aWAXS9edxUb17P
Iy5tesqUJUk2Df/T2AcXWTJMCQ4TOwsfhgyH39D6lOwj4HnZMCQZ4e3vg7Nw8ftBK/uBXMKnENio
08lmveaT0Wy6PWYtm3Y7LRg8jybquufhRC1Ac7KSJVt/IPmEITEkyXxt1iYpQYyS36RywUgT+5C6
618/5+D3v/lsVjA4iaY1TWIteWjbW2KSKCg8j2kabtnr8NCnW2+Al8LQTPt3+NcBE3gNjHa7lOay
bmoZSAdZneoS0FOADt/dDsD19ZqKEwyrqeFw8prprdXc8NDOmcHBit2Ymr5u88R4MjmyZs+efd5o
SOBZ1tTw+3/QiNq2qnBcdezIdde/bXgkHpu4ui8TT42Nzx/ct3fNiM0GSBsI+wkQ9m/4aZRG477q
+I/tCbpzuskOR42m3tEG1/U8e4XVLqPdjhQNSkY99f6pyVzOtiKRkZHZ2b2tl+isaLCSdlwSxQz/
0J0KSbJiZMP0VGHUTTcbN4by+Pu0eGxmev3U+FgmUyqbpoZRjGSOY3dWwzrH6S11SGRomggoSrx8
1aa9tw41IRq0XwbYJwD2hC/lLk+021NY1+3x2mu/eAnN5KqhnofNLo1Px2KWNmuwLCPL1YlJVmCT
I28bHq5oEy2MgiUwknYMlpDlKOy5vBYQ1Xhw2zb8aOsPhtH8Tcw0RZGinksoIkenUlu/CktgRWMS
lhDSeE67z5ZDmiUwAPslgH0PwB66BPYyaPsiuNBzMd61G69ZE43G9LU6bRiNa4cVURqgWn8AnDon
asdkmhKFDIVjVZ1UtYgxcxt+a+sNTVvz26geU9RHBzWN4witw7MxgX2kGhFYlgxoD8T0pKYzJMD8
KcB8FmAuAMxl+1n2B7nL4wRa63S2ozT0ylho6uoRKAc28dlSNNpPtX5GJiWJDATfPwXAG0zrDSoH
wAX9uCgKaY76bzImWyyn13/ZLzMsq5FPka4ddOhrH8NOvDmj65pGiKIii1z2P58f0PTeUoDvCezO
SsTgOLhlOEWZ+vyXXUPkWIbFNY1iOYWc/Tgs7RwsjYellSBZuYxidIySJlbpD7iMug//sZZJ50SD
k9XjsiRmRBKTiIqui4xxqygy0cm5fCwkuqI2qWEkK9kj2F21oMbxmsayhri2daykCTytiSF5xHoE
cLzY/i3+BuCoAMX6JRQSLkFc4KQAZLZDKCCJP34z6GJKpJ6mkootyMo92vPvEAWhTP5HB6Gk3aZb
ZoX8HH76zdex94ES+jB8UuzhN3+MV1o39DvLKsD6pvZ4zPdaHU/9O/wJ8FQRP3XBVrmC1Z6p46B7
RJ33X8t+APD9erpWj0bHx3ffcGDDQN0Jlsrj43Pzm1Sv0l+ppMtuel2pWKyM9OXc9AJ+fyQ6NDR6
4Pjx8ZF4qjk08Nbrdo6NJRPxYLDZ3HHo7WsHG5Y1OLN//87peh3clW9Ah4C2jI9QT9ZWATyvl7Xz
1tP0PL0HsOemCM+7ByP31eqJxOTEusr8gC6KNbL1OjlgmPZhXZL6ybc0k41iyQnGYuPJ/iX8dKk0
WeuvRmPqVyZNmfeJ07SrsJOztsoLuNZ6XLasUqnqRSNM63XA+AvAOAMYy37KnCSoK1gM3VyJqT7R
IGkIhR2s55Fi9x3I5oZ5ia+SbURmBF/9jgm6lqJ+eLBa9byrp2w7OEDe+xD4I8+Lx8YUcyM2jTGP
5sImzwYgEnV18c4+y1IUTMvnZyYHB6VvzFsmoWF7ApX+tY1oNNB6FcIUDRoZA+Gvg0QEwtGyZC9O
AlY8/4rnSvXWd5G2QDvYDd1UiEJx7WQyKdu7PdEeGNgcduS+CEEzEs+Jel3Bc32TtUTCMBcXTSsc
9mprYo4zpIsRVZN/7wanC4Vcrp4K9+2rBvuKc55HEiqPYTQdfC6qrclmYtGcG4/PzeVy5Vp/fwiC
tUan/W3CHIjhAyCGPl9RVrzssmmfzwj0biQGQ4MIhr3W0FhLnR28LSgrOZtqnSPFLCQYgvGB3LDr
WqakVfDTX8rF0prUGrra0AVB0wTWtOawZ2Q5Eh74Ejz5QPt3BIxC050n9zzgRcbSPO8iUysDzudA
K92edxsWpIqaJorSrBagSqV11WwuHLZsdcSSpQr1JJlVFEGUF1Lx+MjINbvHx6iAPAWp0hCJn9Yw
Pz/xXp7QE+E1fXlNSyaHh0a+t2QrvuZq0KkPvHpieCjnDg4vRJPm4H95dsc1gDOw269iT0PaVoHE
HqLVKvj2eaDN1Zi7+tFsLruH1SrkO4anr+cxMkDSnJ5Qkul0zOR4npsczGXSoVB///ywFzMMTtvw
UNyt5bKKag5ObFWUCHa29ZUyFWCoAC2XhHooCA41mMtsS5rh6MDGq68eyCtyuik4sfyWzdNJQ9+0
/3Be12EBIX8BkBPHUM1fQGNVEutj1pe1d7C5bHgrpteNWMld/a6bbaRS5fLM7PS6jXerDG9x5pmv
VbPFSiWVsq1YuVTUJ/CHW1/0NC3tjm3auLGYH8DRGk6k2IAefvNIOBFfv36p7IQy6annQTfCAOrz
wCq4r8wl3K3Ogi9As4p7wPVX9frAyNpcrlCYm58dDIV10YBMLxAAmRKcFKpW+lN90YiXyWQq0oGx
SCidm16/sFguW3YiZikcK7MMw/MkSXI0l0qOL62vRaO67onAmd5+FY8CZ0Owh1vOn/8UmZ8H22Fz
lVvoKADksNEHIegHKFbNKW7aTUCiLOvzI32ZTDhS6V8arYUhtFcpgqJ5hQ89+BVNi4xPzyiKXV/a
gD/85tf7JZIMUEI/58UirGBG+kcPFUKx5PDilq31As8HzxisAQGWAdJbn4vr+t49b83o+uHDW2BR
ceD8IeDcRQOwKV+9pkvph9PzLmLf895JxOIlN5mY5I/dOJ9Jl8uzswt1x0kUtzR3BxbKo7GYKNq1
oaHQV4NKKRaXZE86Uig3FpeWigXTjPZlqzGDDzJGOJtJGaIwMLgfUoBtsPN7Brje3NkXXGj/y3Au
cBm621yuXkZhzisL7WcJfczCYDpdHy6VY4YsiJrIshxDkKxp25qsUrHt2+m8AhmYGQ2l+/rcjG3x
vCZzLEXDdiceTEIyM489lHj6w+sO5ROaoCsCz7AcD1u8AB4QpVDIM45g6xMUqSilkUTJMjXdUgVI
JQWGFwI0QRqhZvQoIto/bxdwFtgfRVth0+8vdWV/0QkbV8gyutfVgcdPOy5SrI6YQN8ucjZwgsax
0hau2XzbQIhjWff6TY4Tiw4Prx2t1TRL4k1x3DaMyUY8MTa2Jx20rfedsSy3mU7bdtJxgorKcS/3
GUa0sHnOq4GXjL4Lu6cetqZqNUoxGYZjGMbSrVCqL5nUdVkKOiHTsmU2oZqGZYU41y3MNZo0I2+A
3VBzaDRrByXJcbI5tfWPciQaTpiQ4WR0TeWoCHgFAzT0MVCFqQsd1UU+97wFrhY2+CpXb3bvO9aH
ZT6wo1YrQwCT1gjgbyk2HJHVKGxTVI0X1CGeoiBHTJb4GUNMLP69ynMyq3EPghfLvr9UUpRwovLv
mQANjtrMsqF4HGTKa9bIN9MmR1G8MSTflMrfgPePQnJNYHoEDKwI8BX83bDDb1x2h29fwZGs9hnn
DH9/b/hbfsmkdrH+j3d8JKImy8m4IYjCpEwzIp98EH+31Nnsdzb+0jdan3dphgzQVp6vuzYL0bjw
XEPkaZrUw0AsB8heAmLX+MSu7Eu6qXaPvPMZzTK0XIfR1eCw2IeGrouwBMEylkr+gMyEwo6nFHgl
xIJy8U5UHYxEbZPXKzO1pU9LOMuqvHMGGE1UN2QEMJkADlkjzrF6Rsq4E/sNg9Xywoypi9Fvj3wB
L1cFMBua1HxdyAHkPEB2r+iAL4hcWP4BEDLNcaGIVMlFQ5CRyLeDk9cF+wFwnP9c5GiSZIyCPBVS
OFHRmtj3hhih4yjhYSr4+wfAOP8C5Eavdiv0n6KFF+ihq1+olaso9NOYZyeLsUopFHEUhXc3LeRy
kL2wg1qAIEkBGsVY3LJ0VeCNkoJhJMUY9syaXHLdNhH0QNGjlUpIqCzsFAIcJ1NR8gx29vkNubGw
oshOMPvuu0eTspKIJP5lHARPsJbLGamUwLGCas9/skGBU6Jpc/zIuluxXFWRQIv1ifGR0ClsNM8F
wK1RWhy40H0jBC4me1xcfvlXNMHlhs5qX5i6zquWHd8E+UCAJNlQTC73RS2N530DpFlRz+RyRVt2
FncoAI+SNQLW9OM7ikVFCUW9J9KwkABlFNipiAK7YXv4Wx3zE6xafVPe24zVmjzPMKBVMbC/KCB/
ApBbKA9KY9CXJhael7s0JmNPZHNza6dmCsVCfu3ayalCfjP4wIXRsaCdXjs6iiUXFxYKub7i7Pzi
QgEGzabKQWffvr0Vx9m79wDsdE5BBHu2kyLOXchZz4xWfn5zV++zL8y4Ls66XkgO5gulYjx+7TXH
HF0LujxJiUI28DOyqijqSZ6hFcl54Gi87oRDjmMYiqKpwcGBerCInT0y7jhuqnnw5oMUIb4XFABs
KmBqpCSNYWfynEjThO60TqYlKRLJpD0gxTRGxzafAuGbQNzdnaUgvXnJSrKrRH2BsCHODJyZv3ou
54DJqYIpgEwwIkCytBjqqxqyQSjrdso0p3DhAPap8K9PjSQ5VoM0jKFllggE6Hh1KZFv8uNY/6DF
UgypQ2LwWvsV7CbAMt6JltlLt1g+Jl/TmnXrSps0aPWzgJtiGh5ysjE/1w9OanqhOOlWFNbitZhG
hCFHNC1GLJUE0U01FJEKOYwp6djZ01OxmKoEFUkOzbluvJ7LSJRB3LsuFjeNuK5GB+ohSNmTSQLj
WBvYy4MCFvA6SvuIQdxX8FtdNfBxBbJLzNI2CUxDNPi8Uu4LRyxRUjavIxtpt2Th9dvjrXMViQmQ
KlcTpsIKL5rhBhbS5Wh0AR7oa/wzQNGVs9RG87LGmrusYXd/5gFcz2zXCUiSOK5PzvWFHZ3nKCa9
dWio35YVs6hANOU4LiNn8vEwxFKjooMvUUJOqRiJJLj12EOtF6ZUNhBg6EF+LAqGqyqR9Mk7BjxR

sTNLH2uIFIic7ueGw6bAa+GZe2E0SSnKUNOrHsj4agiiPwvrGu7+jn/xscpeLvhRvqOV+LJGmh8G
3fIPHCcwOHA4x4QpVqFJ2xJE1VBkGgS+kd2tCRkhIloB7J5YOgsxVVFVTedFRTedUGxWuUYOGZIo
qoopi4KqOo6dGWzsEHYT2OAGJ6B24scr+GnA6/8Oq1/plUEHHUG4ud6R7TkBf32m/2fqPvefSW2v
xUhchEwfUlFIBxipCNOEtcT3TAyHtYC9MKrgSNZfxxh/Xdh3Ndgcntp9bd3mmQAL6Sknc7wsO45V
mNk0O+sQ2JbWQ/VqudiXScXrskCoyS1nZEngWYYisfVgal8GD/Yw4N8IfFuX5fmyq7kgT1/1WziR
XYl39ym0T7zPvRUdCueCJAhEljiWFzRTlkOh9Us3LaaTjizw4MI4KkDivsiYULrfCtOilOBDgY9g
ZyMOzXAQ0hX1N+5SZjKnMJDtEGRAFBTYSGhaPOfV9u57x1bLEmBDpSgkLvDQr6arMay+pKqE5i6/
2mI/fPjV6+XR3yOceOni91D+ZoSoQNbhv5Lqvm6Fgn+i9U8oQUxB7wRRueQV2RDme81VxX/9jG2A
8lmECK5Tn8U2tO9Cb7Rf7fWN4rvb38c/gWbwJ9s/gfrLUF7yv4N/ov1TvNQ+R0x16i/iT3bGvgTl
F9griMZLaA7aDvj9cG9DCWGPoDBcdbjGMau9DXul/XO4NzALFaEgaOfgmoPvqZ1xr6AojDkFV4Td
jkzs9vZr0J/vtD+CTMClYo+0v+zj8fH2Du6PlKugnIbyq27BroXyK//XJ2ABkgniNYQC93YLeRIh
CusV+A49BOV5hJi7QD67obwAU36mW/gboLyOkPC3CImHEJICUH6JkCJDeQIhdX+3aGEod4AC/w1C
Biiy8W2EzI92ixWF8n2EbMARDEJ5FCHnDv+fAlaKL9UhdCMiLvt6svtvB+/tyR7rvDnv1nFEw123
TiAW6b16AFojvToJPX3+S/sACy1BVOzVcSShmV6dgG3D5l49AGN29+okotC7dl4/U61WvXrl2KEj
W/bsO35w19Hth2+85fiexOLs6j6vUkU70fUwabVzeqgOofwYOoSOoC1oD9qHjqODaBc6irajw7DY
W+B+D0qgRTR7xe95UKuiP/L/Cv8DrZ9y9w0KZW5kc3RyZWFtDWVuZG9iag02OSAwIG9iag08PC9G
aWx0ZXIvRmxhdGVEZWNvZGUvTGVuZ3RoIDQwMTIvTGVuZ3RoMSA2NzIyPj5zdHJlYW0NCnjaxVl5
kBzVeX+vZ/qavrunu+funnt2dnbu2XvFrnYlsVpJqxNH4pBXYhGiJCEEAjmJXTgUlcSB4AoVpRy5
gMQSSajEMQKnEiyHpIILOQSHqGxhlcAnBsp2yhgEscGazdfdM7urw8Z/5OiuN/OO7v5+83vf93vf
60EYIRRA9yIfsme3VOq7uO+x0PPXUDbs3j938PF//fxfQf19hIi39+z72C1f2yCuQsj3Y4TUc7fO
z9388QceWY+Q8RW4pv9W6PgM/nM/tD+AdubW/Xcd2Wg99BsImRa039p3++65449CDYUk+Liwf+7I
wU1oAqphH3zYB+b2z28nzjagnYb2wsHb77wLbEE1knLGEcJtfAGRiCdOEZ+Cnk953/hVVMfOZb/6
GIcnPEZ8c6GMjhKPo7PQQyDsjgTBCNRwBAr1oc9BfpKinW+GdajjeCSIkqy4Q6r7qQV1wwzBzwDk
0Vg8gSw7mYKflOk8IJvLF3qKvaW+MqpUa/VGs9U/MDg0jH7NYwT9Lx9+/E34PASMkagOrCVRCqVR
AfWgEgLIqAa9DdRELYAygVaiSTSFVqHVaBqtQ+vRBjSLNqLNaAvairah69B2NId2od3oZjSPbkF7
0K1oL7oN7UP70QF0ZqI7gBLd6K70GF0N7oHPbaw4M71/7HNhdc653fg/NbCq3C+sni+vHBm2fnS
wtcWzxcXzxcWnrvK+S+/5DzW8bz/r4NADHw8TxxHWdQLDpmmKT1oGqaeBlfsH9AamuG0kq1GfaC/
1czn8vlaLZ+nG7UafuyHMcEQmq+kTTP1n+xPUoaSaP+TkJM5HxbTyq5bTp8at/WYwPhVlQyHZgjl
4nfXByWfqnKMyLKkvTn72msQcDoAOEIcBQAttBYCDwzqQZpKJ1tgEowqjtVcupWsm50hGiB4Y96Q
UqvpugO7sawXLsJfvik3MLr2wfYXyrJC0TSlKH147FC1Eo2l0x85uSqZVFVVsZNrBCGaTyYV1dBz
2Rm807D6Vs/URlSWEYV+/Pl+UWAZNRjsKfRVc1lDkOVYrFSKxSSx/UHu6+GIICpqMlmoZDOShGE+
CwvvEMeIE+CnCOtpB2AKMHu8ehB1aKZTDspW00HcqHcGgFbimKaPDK9d0WyGLNOoVtdd02wODYyN
brpt8+a+Uq2+devO1ev7eJnnfBpx4gc7KtV0Znj6+u3T09lsNDo5NBwx872zG3fs3LatXEmoPBeG
SRaA479OOR5CqNFqXMLsJdS6ZzpZq2nKIt4OzbWaYMQlmfaTpCLHDNxz97Xby32Gmc5UylPx8fbL
F/2+gBDe1DtSsOvpTSrLyoEGfrrBCwFWtQsbN86vHhnO50xToIg7Ln7QwwZIenDmkXvXjRgS0BYE
jAcAI6gaVjw2FIc9sNyhzuukk1fi1zsXAkYsi9fEYoymUZoaDldJkhdihRsHB0Nq4uJzRlwRaJIg
Bc02iKIqhSOV6Mwq4mD7nXxhffvEUCbDC1/qF3iG7u39yBk1QCtcHT/dF1BYUX3uWssWWQBqANBV
AHRgEWgXanoRqf4hIDUNHAgwKgpb7GlqFCkrMaN9woirAkV5LaISpGOxVnzjGOB7SxBsq9V++qZE
4gUglA2oXXAevf84aScF2mMROyzmIJivDsJzxs7sOnF8oP24x0tnXne4LYABjm6olxnyWu11Lgiw
pwEZ94C9PrBH/xr2OnSBn98TvvhFI9b9vVEDz8XjKs+QFKXwlYFWOh0Jm8E337yq+R0NUaRITS0U
NgAGceGnxJcAQw+suNgxTbcaOuWZTWPHMkyIK2gtxcGVb4H9n+M1SmjgfFESGUZpj0cjSflHA7oh
6rKS+BFxtD2P46N6DIN2sUxQq1w8R+Tb1w8Fg6qKDaOJv65EWAarEFt5CPfXic/Bkg/2cX9HvVJe
bJu1mpnyYn+5ODku8DuP7N69du7kU7vW3zz/R9T1lfxoz0w91RsKhcK5XI14lNq16+FPfPS37/7o
fQ/v3kVZN677wyc2DYWtVVO33zcxEY2C5XDHEbOwHILUeAzrV9NNL7TBqqIsRrTrh6Iriu2/LSsy
zDityGWcfGjFikLP6sodMjNqwzEexKW/7xdE0MBLFbFRXz9eLss8nmp/D6cza9emUgDKcYjzAKqM
VnwIqA4s011h0j4X3RJJLrwARcsA7/N9Hjyo48aRwUFwrNToo5YYjPzHN3qjU6mUpqUzG5q4/MzV
cMJdpdG11YT0nVJAIlRcBsDfEvik3ZrJZMB9muA+ftBrZ/Exu3rtAe+C9MTadWXwrUtk0TuduW7U
FwXeCauzZFAcGByvx+MB0TK3HC4UJsZvtmKxoikJogiurK8YW9OftHkhHJ7YUcgb+vDwdjthJpOC
QDOURJx4ZUu9EY3Cumqacs9QozGxZXSIpiSWDSi+928bGIgnCqZhBINWn2Xlc5XZwQGGlGWGTsCP
ynTiMtddhBxGlSvVyf1NMB9OQKqSpqXUSo1ydQBUAaKTJiuTVpHTiC3E0adWRKMy28aXCNBCrDD9
FBg0F94m/hkMwqxrl0f9pXPf6I52vNJbCL1RugUBg69TcpJIUYJgWZX+bE7T2IBoFH4gRjWNoWRp
dGTPdZXxSNRRqCJxVGUYURxqn9oej2taKFws3obFElzJQabBmVLPB4ebzd6eoF2tbcFTQ6LIsBC3
GDEw7acBcMFhyFELX9rnioOH3nUATVsKWUc0iNOZeLDnNfn7PaKYw2Ncr8T5feaD95kUyTCSnjoH
aKhkaEebIsSdigKZD0eLLM8323+Hcy1VFUSeoxjHOuumXUe9yHWs01cuHS2fFytdPGYHi4vk+aQS
bn6aBDqi2fYDaVeyP1vWNBuPiXGOzx+5p09QSv8KgPxS8Ia3Hls+affj2FZJUlWGZZU155+fDomM
QDha1rfwC/x9fBYS61nQ80UVG+hQ0KFlucB13V5fTG/M7pzWaq0Wtah9EBGJrSvzkUhf359QlCRr
ts4LmqrGE7oei9Vr/RO5HEcTPpKEeRdDkUiyoBvkSFyTeSOUnFxtRPLNYs/qvqYoBALAaUDStZCi
qFo4bduKEo3Z+vRJi2H8fpXLyoKkZjOfSeejUUMRHK3UQaUx8G2jfnBQvYt6yQPptOeBLruKvtxx
m+5Pr9XODE9Vij0hMxGv18ez8XhsRvGRXCD8ZR8sRfGwqvJ8VLOLeeLoByPRWKOxcmZszI5zgUiN
mCqwIkVjtX3uhRVKXFVEsVjcvzcfr4Ir5BYu4BNAurOEdsnr6smS+CyXJRcXEHpUsqvV/hv6B+qj
e9cUi8ACRIDfx/GSqYSDeiaSDelG/G5+LB5duWruxjXb0plSTFY0rWbxfDi7YWJ4JK5znO2uYhfw
cQAR87YBXSOX44H1LL/kC7qjc8ff95dSlUTIjMnZvr6R+WZxbMWWVY2G/wjDqgElIsfvf/f6VkGW
e7l1VnzmmpsOTU0ODd1uz8YTEhMqrVOAAtjWE5KXUmnKZT7VWbmXXJBe3q10A+KVnGWlehNWAI74
GyHYdpDgJ5qmGgwbfzPOs4FA4hlY138GSELhpD17sikIsBnxyULt3wadLEAQk+/WeMXpk7gmfqnJ
C34nKGCDgjnicVjgQSq0+qX+D5ZN5Wp4Pm0ZcFi282lPcVzyvYQYAK6fJR43TMsbhAT/1fbRmgDB
p2KZg/WuJohY6xIC09FynfVXE3J1OtJJO1tKxAMMG0i8EeEY0h/ghGImwEbe6JCBvzqaV5RQOBub
fbLlcaHytRdcLkYvNAXRY6KFscOUBkxkwEleAlRB2Ie7TFzJxeVbnaWE5+ejjUY0Uhvdu2dgcGho
NwHxQlI0qaqGIWlUAMSJ1/FZKzE0NDm3ct3qa3fump6GhX1gcHezLw2xpSTKD26xLJFzkoyFIoEB
SAmNIjSwlGQso2AZa0tBDpK0lP8AcxDTFMXxqfYvElKA4+1nQ+FMsd5T1OG2YrGZs8PRYjWqhGOq
VbfLT8BaTVG66pf5Mv62O1VjGcm0rcHBiVVDw4moKCTqo7GeO+8uxa99B2DmAGYIYGadTU2WukI1
YdsQ9LbX/Z7gO5J5idR2I31rPJLOXlcrJBKt5kg+YRnrFEbItX9mCSJJMqzJqbmgHdMSimkEq5Yg
rR3btmbFCieViLYuPlnkVKyrPprmuPQTpVOz4YgaSDZ+b29vjOcj4G1Z8PC/AZyNZd52WdoDwW4G
O6naMvdzfe3b5VTKjsqKLBsR0B+SEoVgQMY+YDb6HuifjwywJrjbrWtMU5Et2HUrMuHjZKsyvDca
Y4BTSLMJURy5mOdgFSM0dxN9Ae8CSONXS8qWZhR66fzlCVlXrBZTsZWMkrBtSxfFgLzmWtMMaql0

MdkvkTInM4qez6VCEhyNtYadyazKpgWGpUhext/47OpwRBRUgQ/WqqlUMZfNaopK6r7jE7YtSkFY
f9KNWKHa6i2qtN/nKJkGK+gkcdB5SanpkOkoS8tiJ9Fpea9WANfL+/b5fWyAseJifnspkWDIkbHe
3qRMHPyLWvv1PM/RdJXboYcS8tr3lFK1MgrPtxYuEDz+qrNY4K7uLCVRnfRgWdq1mDDg8yAEzyST
dk8ukeACTsNRSEEVg9EA66hB+09dRRzLq5IesuzZL7ph3z5dEyWaZoXcBU8GnMzpbeI0YIDchfR1
s6aG3k1SOn6hU5clLZ0kC6C8/vHfjHwspvHhN0IMK01OkBIkaj+MMrQ4MSywbPR3TUHQ742JeLb9
JJ5ZZ8oUbJVplimePMlnAwGfpmEIWy578nha0FgWdtOEIIy1/7j7Mu3Hn5t5cac0+i4ifG9e+c4L
gvJ1kHMgsPPiFwpxrP0Usn1fgNH/Il6/4qXcKHYWgWXFeRGO18N9sFr6Al7dKU6/O2ZAuXCV4txz
BjHEMaTDdwGKAPUgsRsZ+H74PoY0BwX0i/DcPPSHoa4RJdSEsQzUTff+M4iF5/VBv45PoRx8I/jO
uzjADrRTgEF324DFN9HpuwDPKLnPy8H1WbBZgGuctuXeB892f4N3BP4Hyx8Akhug/ASsPAyIQLl9
5xDyT0N50SvkDJSvIETtQIjmoXwXIWYzQqwPyifhMSaUnyLEPYAQr3TKQ0tFABaExy4tIuR74rMI
SbcgJItQ/gwhZTuUf0BIHeuUc25xZn0UbURX+wsBI+8Pkk90fAMj3vMc9yUqDS2v7oPMXuvU/dAb
69RJGCk4fy/4nVdIIciyvDqBRDTZqfsgxdjUqfvhmt2dOoko9Fs7dk5Wq9Vas3zX/oOb5/cc3jd3
aNuBvXccnrenp5aP1cpVtAPthIdW3bMGYVpGd6H96CDajObRHnQY7UNz6BDahg6gvegOaM+DXE2j
qV96Xw1qVfQh/6z8N9V8PNUNCmVuZHN0cmVhbQ1lbmRvYmoNNzAgMCBvYmoNPDwvRmlsdGVyL0Zs
YXRlRGVjb2RlL0xlbmd0aCAzMDI4L0xlbmd0aDEgNTQxMD4+c3RyZWFtDQp42s1Ya4wbVxU+d8ae
Gc97xp4ZP8bP8dq79j489nq9yT6y2U2axyabNGlKGyDJNk2alGya5kFbQAgV2kqVKlFQSyGAyqut
KAikQlBRpPYfAhVKQX3StLSAgKqqoAQiaGNzxp599gWIH53r47n33Jm53/3OOffcGSAAwMOngIbM
tp0D1RfLL4dQ8x2Umf1zs8dg7ac/h/V/AdA3X3PkpoMv3XUuBRD4BID4xUMHZq/Off4P0wCagdcM
HULFreThALZRB/lDcydvNPrpQ9i+DoAMH7lu/+ydf8Ye0O/H9ujc7I3HjsNObId/h3+Zo7NzB66k
nqkDRGhst45dd+IkjotVg/L68Z7XyXkIgkidpW5Hze2dMzkHVeJd9u7HBGQyMeqZVj/cTZ2Bp1BD
AWn3RHAQrJE4CoOze+u901u8/81+K8gAC8CFeABBlGRF1fRwxDCtaCze7k/YyVQ6A9kcOPmuQrEb
ekrl3r5+GPDvr7jV2mB9qDG8avXI6Nj4mom1k1Pr1l+yYeMm+K+PrfD/PwIU2gzuRq9gwMRaFnKQ
hyLgRKAX+sCbSQVcqEINBqEOQ9CAYVgFq2EE1sIkTME6WA+XwEbYBNOwBTHOwDbYDjvQ2JfBLrgc
PgBXwixcBfvhajgAB+Ea0ASH4Vr4CByBy8ExuB6O6wwk4Cafgo3AD3Ag3wcfgu5lwJpKJtVpt
nO9HXIHW77H8rvVSu7z4HuW5JeVZLM8sKU8vKU+1Hv8fyr2/Hcbi+l7+fj4IDLV2w0+Q+TSAhaEx
VB8sFpwcyzi5YqE+2BiqVS3TiLAMa7hDVTsRCNBBPcRHZVnXE5lYzHGm7zMiOafIM4QJinLM0jXb
7q2We2MU+9U/yY/IYjKPFoYtZfCyW+ZEMK7J8OBzQiHinWhUvMzp9rluv4/14eaTd4bokuV6P
p/pTKTlSdU+aRndaDxNB1HVRKJe3jhaSUoimmCDHMkKyUUXEm82CphpGomtsos6F7MxgNppNJkv6
VCymaYZtiaIomSXHiSgZY+09E7ISCNJMyr7hZLIF7BzQiHinWhUvMzp9rluv4/14eaTd4bokuV6P
p/pTKTlSdU+aRndaDxNB1HVRKJe3jhaSUoimmCDHMkKyUUXEm82CphpGomtsos6F7MxgNppNJkv6
VCymaYZtiaIomSXHiSgZY+09E7ISCNJMyr5EVrszD6ZEI2rZjhV1gWo1W+fJE7iYJdHpIbzAkQe0
qOG02hMrNmqa6xqaP5H56bKu+6W10+trtW3rdha7e0p0gOME2WBuNWPxhN1bLBSKbiweSZHju1eP
HLxh06go2+TxrZrOMKw21Dybbp6PSqLrfvjy/n6JT6IJc4jmNJJcXk7xMlQFn+uIz6qF/J3W64MT
W4dXrVlzxWSpJApmUg5RtKalK6nu7uJUpZCIyd++otI3NjF37eTanFMIC4LOJ5OKkq9s2z42lrFG
WLRxtvU6+QeS0QNjbwFQX0rGvE0t1mmbcyUqhPTBbDqd39RojI3uGym0mZEM9lazUzODn7FoWYlG
rXKut1we7Oup5hRxZGzfvu3bCzvnGbr4xoyusWxIG57I/TGbsGW5WJvdP1jvRahdyNS95OdgQwnt
tsDFStKyiK62gA4Ndq3rTpazGVMVXHd6++pVIyNXTlfc5s8epzgxGk10ZzIMsa4eXhWNjvBTjcHR
NdeemJioujvtsp5QlXRmGK1UxGh7iPohLo0Qj0YERHY+SPfZoSeU9uwqc
xhUfbVhpSXIY40nf2lxI57ofbUTTspH4S68ktVlnZaXnwc2G2mZ9r+/Cf2nnZj+FvQsby/Ur5/v1
mY35RFzl0XPF7At8WpSClKoWVq8KsqKYP8fnRDHgTUYOsziZo3twCsmxRxYdli3+aMxOrHm1T2g7
iKa5912KFvSA7kFX9fLbEwjU9DLcvKsuXXTQM9gcy7xlufnXwbFBO1mrjh8YrabSVXdYQdoRWHFi
IJ0ezA2Rx7ZO7hodH0snZ9ZdNj42mkymVaVYGJvdsKFY3HvD+gFkycXBr8LBMbcRw1mSsKzFkEEV
W6+Zy9a1hWzSJhIRkgkVl5U+xzBUZWDD/v7+VT11VRAYVZULxUrWNKLRSzaYZqEwGi9EQ1wgwKjk
sXs2xuO6btqYq3LutrEuRwzy9L3rc04kYmcty3GSdqnR1SWwdEBAsHzrDWJRO3BzDmEvZWjzKa7G
zKcUL9e048DD9LXDhyUxoioKF9bS6axlmDy/IWHbphBRqB2fzzVfKKsKz0cqUSMkWVaF9KlCPOaE
va0twbT/N/IIbvqBLEvti0N1qEBqFnC0NXWPjfsDXk5XwpjdV6dSOVz5BJ5FF3G+YphpIxHHoOi9
hzzS/OtWP5vvHdeksJnLrflJRhRZlujNJ9eEI7LUdbEgS0T3HLr1OvXTDqJwzei4Q7jRtkZ9sT3k
Y0AF7dD4a/e7LnM2jslm376YGBaSTzoKHzi4h+dD9h3lyF2RYzfrn5VlKUUe0SkWI8lstp6YTAmI
QicYgzzfbF1IKLwHS2dqzU+SVPNlcmNelJgOsBJ5DYGNtoH5DmTNu4rTAYeFXrERaVPWaAPsQPwl
bwqCOnd1yCPPuFPnQ2JQPBMvl4vJsC7JlmpHAoqma5mvsarICTGEG+LlcO6lC5FwKMDQtK7jjlhj
0s3J8VxWU82IJPKcovROk0sVS8PhPbh7yAPwN+pb3itB+F1fCVz3ZDUsBnGpCkmct9IbdjYeLycb
5AErFdfjKsvSQUUxo7KesHtWD6QN9JoLcI68SdrLT1e2nsXlg7x58Q0qeC6fn39heuXXO67aq4z+
HSj6TyvfWFoXWiU6iNnCe3npfEhAoU43H4IM/Sfs/VI7Py8/Zojhhe+i0Dye8RWe3INyHq/4gd/e
2v7oMuSfgZid/v9IzI5Qv/Lw+OLV96P0durec+d19E1+/Vd+/2n/vH9RT3/fv+8s5Mn5VhPPORwr
i+cufFYR6ykUBsdNLmA1IYXz49r68+3rO3pvfreAi/08tomnw2czfj+Dz/Su2YPjXPB4J4ufOPj/
Qg69/4SsQfk5znYLygVk9QRAQAQIrgVgKJQ7lsgrAFwA5bsAodIKeRqnOIXyZEeEox0Rk7583Ps8
tyCeF87A9UC/7Yt35wPgJ31fJSB2PLn9eYzFVqdOQwjCfj2AWtuvB7Gn2/t8FgihJoqZsVOnQIYp
v07j5u5Svx7Aa/b79SDG3sd3752qVCpuvf/k3LEdB645dWT2+K6jh68/dSCzad3SPre/ArthLz60
0i4u1KEfTsIcvivsgANwDZyCIzALx2EXHIXDON1TqM3AJlj3jve5WKvAe3w5/DfzN2qGDQplbmRz
dHJlYW0NZW5kb2JqDTcxIDAgb2JqDTw8L0ZpbHRlci9GbGF0ZURlY29kZS9MZW5ndGggNjgwL0xl
bmd0aDEgMTM2NT4+c3RyZWFtDQp42s1US08TURQ+d6bt0NIX0wftiO3AQDGApQ+YbojWQEwwUSOG
hSxsJlgeoS0FWoIxMS50w5IFMZKoJC7dsTGkv8AfYAiJcevWpATiwvGbdiSKIDFx4bk5937fd+7c
uY9Y9zLeBhitQUj5G5fe+7cQnOxlesL2aG8hd+aLmrlff/2ZeCvRGx9tvBx+Mwjz0k4e/FHM0T9+h39rm
/4tLt8OKrYiDAzsjZnvBBfgs8e7ZWtvDrYVR7q3eELrxXmAUvlmqyVzBgtcxZSM6rNnAeRYW3e4GmeXs8+8WunKx
c7V4DzXaN23CE82fF9jXDtF2Id7l+MDGDE7W8QWOsWCnrrGfh0fEb7/q6Bfo6RQrZATyFWsuGnm6+6r

N/0bs8JtJFCLQYztdrQ6XfT/mIXKqEPkxb4Yc9QoT7M0TyVaphWqUFUO63qj5+kRi/5G39Zf66/0
Lf15s3w6MPf6z8b0Q73OFnA+V0AEJdYbU7oEW8DfHjRKwC/YlK6GJmTSENKpjDo81BszyvBQRk2n
2ptqOplkCxGRk8KxiCgKQigr+vr6s0rcaw+2ihGRv9CR7AkEW1wDA06X0qV6XTYp3BJw+9ju5rVI
pM0b8ro90nVFiaZ7e9w2P//yRiQa8Ed9bReH0pIkDXZ28sxhb/+xqo3u2EbOM3JAHP/55KKO14Ql
mTkH57a+7ZDM6voh6MJvu+NhAegnvQ6vmW3QbJ8Zrh8e85vHYzj+wmu/uDEbD1099cwYNd+Mx2aU
Ne5SE3PIaqeJeaS2z8QWqB0mtiJyybhxFjuUEPWbmMP9GjUxj2fhjokt6DNtYivuzaOp3GgikUiq
8UqxPJGfrRa05cnS/FI1L4+P/RxLxhM0RTkMmmiUJKkUR5IWkd4TjcStUgEpvEyTSOB5WgLP45kZ
p7Ezv0sCJeicx+Y75Hifbg0KZW5kc3RyZWFtDWVuZG9iag03MiAwIG9iag08PC9MZW5ndGggMjk2
L0ZpbHRlci9GbGF0ZURlY29kZT4+c3RyZWFtDQp42pXRsW6DMBAA0N1fcZKXVB0wJsSNhJCqJlEz
NE1Lp2zEPlKkYixDhvx9jS9NpW61wNLDPt1xlzxtV1vbjpDsfa8rHKFprfE49GevEY54ai1LJZhW
j1fFXXe1Y0kIri7DiN3WNj2womDJezgdRn+B2e757bBf3/P8kecbPs94Jn6elGeKyzVXc75YcSXu
gCWv3qBv7QlmB+xtOn2qzs59YYd2BMHKEgw2IedL7XZ1h5D8I8Fv6MfFIcjolH5I9wYHV2v0tT0h
K0RYJRSbsEqG1vw5TwWFHRv9Wft4/SFcF0KKcpLMoxYpaUnKSUeSIhnSMiqTJCQtopQkKVJGonxq
TqIMKo/FXquayp4mdGuWPnsf+hjHGPswdaC1eJu0690UFd9vdEuSeQ0KZW5kc3RyZWFtDWVuZG9i
ag03MyAwIG9iag08PC9GaWx0ZXIvRmxhdGVEZWNvZGUvTGVuZ3RoIDE2NTgvTGVuZ3RoMSAyNzQ0
Pj5zdHJlYW0NCnjazVZbbBxXGf7PzOxcd2dm57qzl9ldz97Xa+/srnfs4KQ2Cbk6jew0kRoejDFu
nDZOneKIRq0QSASViL4gUUBU5QUkgkSqgpBQlJdWQjxU4gGpLQJSVby0KvAWqMSDl39m17VdmSLe
mJl/zn85l++c/5szBwgACPA1oEE9d36y87b0FwE9L6M8evnqzSeSR27rqH8IwK6sr6186du/6BcB
uDPo66+jI0t+TqP9dbRL6xtbz77q1BfQ/gnaH1x9enXl3SnUgH8RX3/bWHl280l4JBzwJr4K11Y2
1h6n/jyD9g/QHmw+/eUtQCAA4vfDOAD5LXkIMYhT96nb6Lk9LMkD6JCw2qdfc9jDDeoPgwl4iXoe
3t4TocAe/JO8Re7BBBzF/miONQ3b6naCfmCzHOuNVStTvSDYVftBv9uxLTsIfJ8b49jdBlO9asXz
ffLWskRiTIwT9YJaLJVcU5QkcW6qWi6l05OTJ2Z81zBE7ezdvNepVtSkOfXIeVXNknvbv2qxDM8y
nDIe76ZTgmCkquXHimYm13v04sVeXVVKQdxx60uLny0a+rn1a3VdxwnkcQJ3cQIe9ACCvfD3IzaN
ECzn+6FjhHYscnyFdvPjXrEwJ21dOVEutVrHjp3sOk6huRSsMidbs66bSNid6en0r1PquJuXFV/e
bLT6pxYWmg3TzNUqbdeQUryRqZTHjES8N7UO9OD9QYMSENYsnId1XFnO20EQQbTxGTlCmDtAg2E5
sqOF7uI6j7B+PLcQv+/Tn1h8vH2fEuQlMQi+0EuLguAtn3McNzcz87nZTkezZMlMHLENY66fLxw+
vFZK2dY37liWF5RKtl10nJSaFMUPa4aRaywe9zua3ss9R17uZqz5TodVTZ4XeZ63dCs9VisWdV2R
U07atGxFKCRNw7LSouc1jvcDjlfOVm0rmJ6t2ClZdpxKNbn9mpLNZQpmPpUq61pSZLOYuiamTkVG
atAH0Ec52skaztumD2bjTvKmkIPvGTJehqHg22RXBCbGclI2myy2inkjnojPKRyfkIo/pZ6XFcOQ
FSWq+8b2zzyOjzGcVZe6ni3ENa3xp35C4riYngECOiJ7E7M3h7i4XQJxn44nyi7HefqOg6siwgfz
n/fbLUdR5c9IDBOLCWlXadVyliZJyWmJ5YSEXq5Wm7binHpcFYQ4q2j0HXLv3ReaTVVN5/zflRAV
wxoNYT6rCqJuz/ymZIosG7c63XN1f5F0AknieYrWXERuIte+G33PoAd7oI9otgfnPqTInN6dExeP
Vx1VFJJxM44dEpqJCVwiXWsbikGrpy8pnKiKGYb8KPP37xwqioJWcC2eUwSaYbh8e6FQD6QjZHLK
Elg+pgMZfDR4SJ5CLEci/ld2SbxD/hBTuExB19pH4132h15kAnnK1ai0U3E1jeNSc5reaM55E6pg
SZqr0ZmsXzYtPjE+Hk94Y301waYd3pR1cu+leddNqilVVtLHPS/frZZl1qBfOe3mTSOvJ3O9bho3
pWKRJqJg4+rVMe8NqgulEHGX8w4moO5F32CIi6ks8AuPyZjXhCHV1VYtk7USsrp4OtYveeMW1b2V
335vQuaZWFLsxOczqpQwM32S1pVc7iQOmMMB38ElOhNuvgcO1g8OZFr1QFaGd4TrnQs6TccEUawp
1VrG0SWR5Uvnp6cnbUU1myruz6IolpVyPZ/RpLgxobOspKad8WY2WxDPkLvbD+aTAsPw3JR0OIes
S6rZ0s0Xen5CtcsL3+snWEw5NynOZMy4pGWOvoK1Y6yqTgd++8kykOHf5fX2dXZZmf0HUPQHn/wn
DTdI/Phx4rgVkKgE6ofbv4QCPY/Rv1LCTj8fX4dISO//QWgRy7MoPx6VKPCvoYQ6tRqOifL7kb46
8oe+cWw/f0D84TAW+sI42nboI/eHMSzzxAr1wfuRbUEzsu9HetQO/XoU25FbYJJbg48wXkc7N5qv
+H8ob+4X8sWhUN8cCl04QP64X5gnAGIplG+Fh6koy4fgChx0kCFRVISvjrhAID5kSnR44dAa6jQe
3fSRzqA3O9JjGKmhECZkUwqaI50CGQ88Q53GH9DiSGewzupIjwELz11aPtput/1gYmtjc2nt8o2r
K89cuHbl+o21wqlje2P+RBsuwTJ22o5uHwLcg7dgAzZhCdbgMtyAq7ACz8AFuIaTvY72Gp7LTsGx
/9jOR60N/+V892+9JXWpDQplbmRzdHJlYW0NZW5kb2JqDTc0IDAgb2JqDTw8L0ZpbHRlci9GbGF0
ZURlY29kZS9UeXBlL09ialN0bS9GaXJzdCAxMDEvTiAxMy9MZW5ndGggMTA4ND4+c3RyZWFtDQp4
2u1Y+2/bNhD+V/hjiyET36SAIoDzqt3EfcTJsjYIBjXWHAGObFjq0Pz3u6NFi7a1+NEkKFYDOls6
Hsn7dLxPRxpNKDGGMCosMZZwahQxMRGMcWIpkUxRYhlRzBpiOVGCamIFUUoyYiVRBuytIppSaNdE
cxETMNXSQD9LtJGcvHkTXTyM0+hklJdR79vXEh8uJt9Spz1ItS1dD4c93qff/vy1yGllPHfy/tx
dJzfjvpZPoiusryVF9ns+SSbFOXhXTIhgkdnSXXPlQLLfnlXXHNwXAhBJAVggExRSjggRWF22obi
dd4e/3llv46g7VTMkhjOidbGibtn8CaVnrX5+X2btbG7R/F22Bfvsd23xVLO+jXN60WCHfoY/uOc
i777e9OA270n8Ct8J86/6l5WvjyXzMUIBOdkNAjmf4qiPzzZTraWG5fuR2lxO8nG5WiC7EHJ+f7+
mmzw7s/Td+1LzwbiqdiAU7fKmwK/yAbbLKLHFhBmsM9on/FeF/b1GW/hObT1Y7jMg3af/XbNRRtm
bJ25dokNvD7M8hkbABOEbIC26KNnm+deWFsn6BZksJNnJAOxERmcvr1sXX3yZCCfiAyUUluQgZ1L
pvlSYP0F60sD/0l3ZUJIBi7JzIwQ8JPvbGF+b+fLhHCccPyVZAB9HRlU/7PSwJUeNvDdOpJBvW+f
9UFCCNpWzftTyI4Mfi4ykBuRwdnH1vlZ15OB+lEyqJIU9wk+MXb7hF9pn/CSZchOVrOB2ogNup9P
O6OZwP9BGzwq8tiKeMzt9bblX0W9wkvjWGXoP8TMtCPkQH80JoJ3rc/ffl47JnAzDNBp5/mZVY+
7LWji9FlnoE6he8Tjh7hfGneT/ISxymu8QAT9Dfz09Zeucf3yX3aeGR5MkwGBfILWh0cjL5f7xlF
9jiTJBawa2f2JuqV6f0f8HmKo06ZDLPbVj4YpoRGh8m4nWaDuxKTJmqhWyX2qFws3TCud9v1PksT
REf2tI1a/wwciREZ86ibfJ8+MMpY1M2KAswCDfp2kg1TqCfM8htugtp0HtMAlcE7dVgtiI7lhlih
x0qsAK/GamSNNbZ6HioqAqR2PaRNm81lpHQKE8+3tdk0pNBjJUxGg5gqRmucMOc8TlQEOOP1cDbV
0Q0RjSugRrxEPGMb4LSLOG2I09D1cDZVCM04GZTaGrYCkm8IE3rUMBlvQqmkrmEKrWuYwizAREUA
kz1CgYedI3zGBv44E4Llxeht56ibjGdkuMS2LkPQtPdQAIRO/vcIpj1PB1lRTh5etfqjr+nr6MOk
n07A21d+nNfgz3g8TO8RP93fj66uLZkWCcJdbgPA3AXFhBR4OZ3Ca1okTC8QPJBwxQMeKUxPIpRx
F6U30dGVK+tXh73pJUzDLoOo84qaFWdEC73p8hZ6dR4rGqxvKDVngcclMRd4VASBr87I/gWsqGTl
DQplbmRzdHJlYW0NZW5kb2JqDTEgMCBvYmoNPDwvVHlwZS9QYWdlL1BhcmVudCA1NyAwIFIvTWVk
aWFCb3hbMCAwIDYxMiA3OTJdL1Jlc291cmNlczw8L1Byb2NTZXRbL1BERi9UZXh0L0ltYWdlQ10v
Rm9udDw8L0YxIDc2IDAgUi9GMyA3OCAwIFIvRjcgMzcgMCBSL0YyIDc3IDAgUi9GNCA3OSAwIFIv
RjggMzggMCBSL0Y5IDM5IDAgUi9GMTAgNDAgMCBSPj4vWE9iamVjdDw8L0ltNCAzIDAgUj4+Pj4v
Q29udGVudHMgMiAwIFIvQ3JvcEJveFswIDAgNjEyIDc5Ml0vUm90YXRlIDA+Pg1lbmRvYmoNMiAw
IG9iag08PC9MZW5ndGggNDIxMi9GaWx0ZXIvRmxhdGVEZWNvZGU+PnN0cmVhbQ0KeNqVWtty20YS
fddX4CFVC2yZNGcGg4vzpNiS49iWHElOKhQlW3+/ffr0gKAor5lylSlgbn3v0z34/XXhBdDOpB34
e+enk53n+y5rhqQ0QnZztuGwk/1wW2mGV1WUzjDE7ud75M98t4rDND4swLPOsGAR5aIpBxZ92GGSC
a4cxjX3Ki3Lo8qNigJ9p4UYydi97Vum98t4rDND4swLPOsGAR5aIpBxZ92GGSC
a4cxjX3Ki3Lo8qNigJ9p4UYydi97VPmwcH7oMTHKjyua3HOH50UjK32BTUfYu8k/FYWXJ5nrh3V+

XDj5/04nfJbJLr/hynmByXKKk5EZ341xdJClzufLYlDLpCYdejItQOst3sucS0yt8zMl+UGIrNOJ
Y5mny+NQF2PCGMxU+pS/kiVVOrgjRkm/LVzk3li7LGqZaA+gZKYkZ7J/La+V6orndmfERO5LnngJ
Lu6LSlcMcPCVSsxmUUOneIhyHkaw8Zwby/4+yM44saJ6fP6hKCmpKFo9pzqnPfZMMaKF/5z8srN3
svPrThCxwzL80LVZDBWe3LDJFtOds393o3E4qjdH/07WJuJ6ytx8OSxLmttLMTQVHozp/lJYc8Kt
MK1qcPK0W+DhFHpqhd2o7Mp0iFcmlPksO1DjmQ8zsFTn/gUYld+ICSEfpB2w3T0XDURPUYwS5jFq
8c7ngdObgYg+ihH6/LcCovwdZ3NJKeTg1XExaGTPrzgQftKJzVgPm6z7KAKqs6oVewhk/gPEDudx
IPAQevH4gT3tcywrPMg9pOr3hdEqCQYE7qn4dINWqFWDfEOTFsnKsLypnqCv3qTPibe2PqvqFhpX
+sR6BjCfEzk25heXfLrF/tjUgTJ9imJNgyAibuTgJbVzqaqaz7JbPLv8ooDvzO+wLFDHdT5R/3P5
bI5gUWItXmefp2q+2RlN9rKAD6hSp3rGJPsinEc6Wm1mcQGl1ElktpW8VKOYqgea6EBoA1oGOGUh
ioXzy3l3lPqMjn5Fs+SRygb4FUdccO8pd/v77lKddYEZMb2d0NCyzzTKBw2YUCE0luYMhf08O9Lo
MuS77CW0GZOR30Oww+wD5IM/SjXqJh/2nfXbDldLJM6qGPQ1dPpGDd/koBSHpDx9pX9Td/dTHjVh
9FpS1heXBcOeiiNT/QcJ1sqtMhvym/mUr1WQHpFHw/tZclydtSieNk6ftWuOM5IQ6daY+IQwVzOk
1ULTtdrWVKNHRp7mBcLjGchq07tLSHumEXqChRXf3BeBQQVTJ0WtuUf3HevDlSqJW4x12xmD70Qf
1IRhP8KU123gv0sa9BV3nYoHNfkz7gFxduedcXO8wWkNORN7UaLWlRzKEXyziiPEWx/EDesM0UTC
7u/ZbCdIWK6r1XhEVrdxCcs9O5Hjqo24XCGOe0oY2URI+Y5qJKS16+s+qQBdUswS3E2fYKWJSAFV
CHJuU2OXHh9NNyJZudmOA1eXj2kZwpR75uWyv3bcKHu/M6xd9kW26pzE4ZhqFLDD6fWOvh1BuPxf
Dj/+v17WiHZlfYT09Wj4lwinEndDLoGX9ALGgpBF/KuGxWW0hCXT3gVdZmouc0vHugMOqsSxOi8V
Sx7reokwGoIfsgnTkS216LXy5aAxqkqxRbDIOTMe/XusyMFipJd44BAc5zcPsmueLTX7zWmpGgqq
/GLK6J0RxQg9wGrX6hU61JA5Z34Bd58VHksml9xCUj5S1wTxA3ECcfmqYI5z+ozI2xBHOjqMEnJV
xJRGJKB8KbCp5aIXfUMry0rTrig3xMx5MTRRshlaWdIMZbBsZLDB1HVzq1o8x6bEUBxpDOrtkIaj
jJXYZGO12FqsKkQwL8F4Zc62en3YVU9b+yaQEsq9HFyphySXdRpyv+O0ISra7y+F15YagQxUij7V
yKDPRzFIJBFiorlReNgPQY2iiDSs+HA7jkpZAqjZI+tHZpz5ok/AutPG0uGIDadttnTaKABXFPuk
0y6Anrpcre7ZSmZoxfwWhO8zzZYTs//kwHTr5PPiuerBN0x6c3XECs4ycIFgJeZ3M9g/Kyh43Vc1
dp7tFe3DEe6WavRT9RL1LAC9zzzvFKmpye8sMRO0rLmCbyPEEyWLiKH6ulbdrWzZt6XalIxL9mhG
w9GGOWt+iV7FXLbNo7i9MSxDTwfvtSRSj/RYiQuthk8J3Cd/fRfYVLAzHOINFHxUmD+7gtZKaq0D
q7cK8bIlA28/xDb9EGuKEv9QPTmmY7wcGzjjzxfUfFWCNStAPFrhNp7I0HU3JSSfZPPZKuK20JwG
5YuxHnmVytNU0KI+m58RdXcYzEyMkATEGN9aylxynHgYkBd2ckwWjPlxAulE0wOVkSM6catgPoeJ
pyOEbDXelJSEKIVul0AJAM6dCAbeSyAKMGVgLyAwVyuCH3gssawy1bJ1oVjJ9VZDLXNmCBkUH1S5
11Kz9jU2U+o7wT9jJZK9YeVk24hQHUSmKDblNa+VfqUpxrKFVZHZVmiaRidhTYKbGt0ylQgSB2YT
KneqOG5BvM8IwaIn6yIJ1sxZoidYPSWMzNS23EqTzNQadSwSdTaN6AybrrqYQ5s5U4hrylp3BJ55
Rtrmq1gmB9M2uwW212RMG33YkE/5RI1b1QgtfQF98t4T9oKCCNcYJ77LrnQzWpMExwTqoG5VlmCC
2Kgv25XrYYGXeKWCKsWxW4MeEbIEEilT1+cqHeQIT7H8HFNLBOBxwkxxhZwsoX4pDLopngFIglt9
fsApI4Urqimi9y+0zGckiw7JnkyrRBpoimGY0M01S3spRgHwYNo+auVMmznbyi5L5MJSpO8YQX/o
RVBC7bKSGlNUJhCvWUMwDcckcDv/bQDyGG57MQ55g6TdPI22v9MEKoP6ki59zw7Bg9SHcYWSp73o
WidzHHcIOtK5XNfr+mENJTgtfspQwhLbNY6d1NdSI2BMJCJJL/gtMQq41pUr2s+s3DSK+lAAaDuu
aDa4b32MFNlmhP9xnXzfhB75tVjGWqIG7OoYqEU3blvYWAUgznUGDGNZbar0W7QwFaR6hRZpkelU
7X1qKGc9eaT4skgROelOs8eSCGiuzmoBjr5wxaIA+QXVfbYmk7JphqFNMhF4Irz3sXxTqUVSKI3r
YRMTCoCGMq8beNi67mgbfAubmLzYsdwOm6DpEtoKsXCz6TLRpHvaFWkE3mxEDeIq/OrkO8u8k65+
Y9uFcr5Zgcl6FbcQZR4MZ6zggyO20QC5QHXu8784P0HaWovIorVoCpwh+6a/tQL02gWMtJCQQE+V
bGLGAnTlE2UKcMFqu2UqSpXtOed3oMi5FYbp/N5yZkyG6AxPedHFttEmVCNULaqMVwXDtcZzTRua
o9egcu2lTNJc1o4egVyxCPHMNOo3GxS+1D6AzQgScMNaieRLjTjdeAkLe8J9H5dtEuSFsyDpLzXP
j9lkmRZRJOPVQ5nxoc3HomkebdfW2Ke/HVI1pB5qggzn2B87xzGNNs7qtcbOHd110dUu3ZmQgfhY
EAQGVj3L5o7Hb3AoyUSUFEY16gfrkLeEUrw+0bIU1sImhLZEp9rgDda4I7DWS5ZIWhsYoLbmpoCi
DNGJDfI04UPXyNNspKwrm1dsYvXDs7AnQQaJGgQ/oeLH40+3sTZUXOuysobUkorZTfEqByq5tFbn
d5VcjtQb+ht2Sm4MZ42sjTnhSStlupqgrVVn3NbTvGs67Merm8mELtz16qv051zjVtfFkXIC+pmd
pdsz6xJrLiGW67w2piDS5P2aqrYwZonrnHHRtpiw18Sul9VyLbdMAQbETa/R9/Ao2B3NwVXDLi5P
NFhqqKpWabJhaHa4+2yJOYPmyMagY0g5UuwPN284SS8iQN9QDdTlL9L942Nht4/sRMxLjKmKvuco
IPk9E/VbQlOfn83BikJ8wNGAGyd5mmun4JyXQ4tpQXTuV+q+ZC/7njMUJGP7n3mFk3ruqYCMiOFH
U73EuMZgtO77pG+81gm/nBVBC7pNHjcMqnV6IxUqawz8mf9C0GS3DZbvFIlDHa5+ljj3Izqzr7Y5
qA7aVx+Vhoryr4+z/BOLykjyRhvkWUl5MSM1laQcDUTzrtwYEOWL2PrXQadrFdsNzVozVLpMQySy
5q3lx+VW/GkYjg1wZHezh4Mv7KaateSN1XozvFVqIozCXO8q3RvXbBagEFOPDPmN0Wql5PwrBTBM
O4QRx2/5IjWlwU7lNQ4B/pxbq5ju9CxZlqu4GBpFoaPhIv98W6DN082K/yKkaJIxwJUNeRvIQtHf
zWfvpeEUz4JCsNkzLpfxhZrw/AsN2lRZJ+U8TFObB4LrpPH5irfw49RDF+H8N1nBBa+TLDZYwfDE
Nd5jb5cCrtG+aLpdqHWf59jc658juuRzmMfaGz5UoIA3TMSHaoVt7miWL1bLGi67KejhW5gWgTbw
VQK79XO7fjelPxd44kfbOaKPQES+u4F+i+YGbn9NP1crZ7BUMKPoG/Mkywn34zUn6bSOSWJg52z9
cCPrA9nHH3alsZZGJumMD0V3fSNWfkpF2gq2+m5pP21+PF3QX+4V7i+24r5CS9pL2Kstg/6kTO3r
7cYRLfE9iMHbd4jV7Ikh0Vn9xObBsUbqOwskN3RHC0tWQqgVRP2OwKrtHm/3l+xjMD9Zl3B7Dmqt
q5SDKoQkkt/p/U0el3qFfMEBfmphVYaVmmxxT9NHH+q+nRJ9kxqakXvAufaJEdnAmc//ibyr2Nnb
O/3AYq5aLPVrD1QwCTFYDWbhpPsswA0troCol8yZu5Aubg9aS0SjmkS7bQgr9SrEtbFzql0ak/XH
DMl0X1qwmJql5lnNdCumIJknqKEKWL9eu86YLXULa8rVvYqf4VAv59IHAPZBzdtCbRE8elwiqT+0
+d5REdM3MXV+qDXIge6+yy9S3hFAiKL3dPAIM0P+mwoXXVv9DAhfs+i8QCFiq5A+atnTT1COMAG9
zXf6KPPb/KSA/E/2ilL9WyjDhJNDTMX+pNGOPNQA+JrCZMTY04/N4AReDVHp+Y0z9hLhPyuph4yO
7zU67v0DRTa+u9M6IiLbU0ND48sE9mrFp7D3hto4UAD9msf+mBwfaCLfQ1ColfpG5qm3vtKddlX0
B9zvJHGwv0sdkmk9eE8ld6Sf+h0zxBkdrV2BHbGO4sSXOhEbViP9psxpUAoqVj2MryjQozQb39P8
QW/w5k8HZOhV8pHOZ4IFo4/cj/XDuxP9eu0PNTptpZRpB+jrYxEYGkubf0AOXpp2lX/1y0Y/pCpV
g4Ng1OJQk9UfupwNaxr09hqumg4E2vkw3hPV5iMLjzREqGqf1NmnW05mRqLFlSlwm0FrzK1E3Kj8
Imr1V/qpF2Z/0EoiKptNfvyGOZIu8oZcHSYhUSOHxAD71L+zA1RAb5N+9vm122FyXuQNIeWIAYWv
X9MEn/IpkkTFde7cOZZXWeni5FiKVqBV/9hT1PijeqYzP0ECOZCB11hGG6NGk315y/oaLX6VQV6Y
6ePxiZ7/TzQdV1957CtrlYnUghMijk9uznhjCv2otte5UWvqNuYPkrQPaT/7mtm0W1UnB6NNw+LN
gRkk6OnH3EDO32MkNk0Jex81QH/g524/qTQONUrs0T8hv93NEn+0DkRbvafFLUOX3GlSLVDZkB88
lTD2pr9Xixv2RvfwuGAWhFei/YyGj2TE0uH2/vmb6zJ7NZcF/wNJjk8KDQplbmRzdHJlYW0NZW5k
b2JqDTMgMCBvYmoNPDwvVHlwZS9YT2JqZWN0L1N1YnR5cGUvSW1hZ2UvV2lkdGggMTk5L0hlaWdo
dCA1My9CaXRzUGVyQ29tcG9uZW50IDgvQ29sb3JTcGFjZS9EZXZpY2VSR0IvRmlsdGVyL0ZsYXRl
RGVjb2RlL0xlbmd0aCAxNzM5Pj5zdHJlYW0NCnja7Z3RceMwDESvkFSQCvLnKlJIKkgFacRN+C8V

pII0ktvxm+xgKJGSbPqOsoEPjy3JsgQBiwVA0j8/KSkp9yzf39/H41GvqYqULub0+vr651c+Pz9T
JynXSDQniT6+v7+nWlIuBqinpycZ0svLy8fHhz4+Pz+/vb3JrlI5KRfHOxmVTUgbtUW0Ko0qZatg
NhIBVKRPwiiQSgeklhYJQ2Y00XJezjIlTlKUXrUr1dUQuaFUlEZlEXF6OstUIdpl+EpFtb1SuoIn
pDakBBnMrEVJtF0HpAMu6lAqEsiLJyTz/Pr6kh4IcA1dHQ6HO8tHbkEehFTSmN4/uFGBUTXEltOh
LtlewtGiGmERDx7+wKiaZ4l5YlTpeotJn4zKzLMvDH6cheLzLsg55c3aAbheJn2LSR+Oia76pjOc
HIvaRaJEzbxmMKhI96I3O+I2/wWmKE9hAH0fPZyW848fL4j+NaakZ039U8ckFrWdgsoePAFs70vV
sKjxYx9tl8aQAwBKd5Qll0UkgZe6GdH35DJXwGr8RIlySm3v6XTS3vYxKUYSqCl+2hfYYbOxCTs4
m2qgNG2+5OdrAJ+oJwcU7PcdxSGA0mOiUjHCzbahEjZV24tmaM2k2SzyUhfxeNOLLYB7tyBp/55N
QQzkd7WWTUoRnuhwyaiuHJ9QPBFcW2feRYWQSlojkYF55rDhNe5J8RxU7xj7GO1A+BtfDxRSGhkf
eJsdmZWcB8Lj8lQvTzT534VrN+D035Q670mkK6Ke2IIMoGOmTIFiF9MBKBTUiD3ltaFqCIMDJh2Z
7s4I+d9LvGhUZeGE2V7fRKisMbpd19DyKKR7u+DnushajGb8j+wqLWqTPt0+3oQqOpIhx7Nm49Pu
gk3Vbpx7zLlXl8E+dHo9qrinUxty7GEhuygjzNpMrLBlDWG90D42TK1RHbV3HS+jqtEM0sm9wFQt
8JlhZuC7AKZoj65BeA/YRmqxkkRyF/3W2nWikOwaX0DRqUrRPl5EFTN5vtVgX8S+XZR0ZsHWve9c
c+MCLkEbS7LIpqAWa6Kkaf/4j2O2d0w6jKNl8XyroLrFUS5efQKOsdL3d5EuzQ5fcd66vvuZaGY9
mBo1iKiXN1k5sRQqIhlfz2QTU+wiuCc5v0AIZ3r6jVEctqj1fXkd2X3GxO3YVHFTAOwuhugMq9I2
/uCzW4tXnowzPpsqLF/0CZ084CS+LmPDaBwjDfPY2lx2P3p8fjsdhM+Vb+1SpRRBTa+zNmOM2hrF
dELSyb5Pvzu9YdRBdE9P80nKfZlFQRtmZ3SS6FFksNql5zWPFUJCntjxallJrK+h6tZigIZeFhu3
Xucjr05MoQmvLJ6+Q15syjtJXFR4nIzT95r7ThXURcryfZHuKF0csplSiqs+bMY323ZnF+W+WI8i
ViqotbNs917HL0/FEjp+dGUBAfDHqB4tesJ2KHhGmkqIcdYz9ThcG5Nr533jlKC/zzILU8Znxs/3
HZD/UBYF2/FkbS95Sr7mUlURGiKz1cZZpcG4RlufcJbex+lXIPBeSmpjYhQigwFSSPrIoGMFQB9P
p9PWx2faM07sO55lqgdfIS62izn4Y6Z7JudEf7qohLmYs0yp++zZCsb+eRbgbpya52zsI5X4CWW6
rJzPEu+2o3kIB3QI7oQBFN3h9Wk7y8dFuuu61sj9Mnf6vJjw/Y0QrjHJ6/2xwChbEa+1hbycAbUN
4/gr0Yr8Fy3T0/6v6o1+t2CAAKmj/11SKYHGTbUdRxdYQK2ph7Jqpb9SC4JY6c/vMCSX3L0+XpFn
uSBWUPq23eqwawb42ZXiXXgoCxFwNhnZtZDJ3hR76Y166W9Hq1kigS3FvxirxUGTLp/KMyYMU16K
wULOHi3clQ3eu8pKdPaWWbK9KOS2xbBDrxTBqLD209mXvemCXfDpdeVTTuUaePwVHr2hI+7CMOLw
qqnhYSo2NhtSAVnmbL6AKVraGsk94zGRp4EqWzs+8KWiUGCAijP6YxnEiYznzjiZRajAjFaG8trI
xbPuUi6YFiGpHsRdtFC9UB4HaOPpdKIvH+GF6Vfok/MU0xx8cBzMUNjMnxUSD5veyAVcmthafIuN
z2ehtBJthjIL1+8t3ns4HEzDiov32X5+1wn0RynqPQguicK9ZVrwWbk4AM/O16M33f8XQJdnD4pw
VECNF5qOQ82JQTwF+ynfnT796KcOXjaqKEQQjgEiYkwEf1yBZP7vNMwRrTYNRHGDKZ4NJkAh3Qsj
G5EiSALFHp1e4K3HNHo8AyhNPKWTFWMBP6SN/pskQyLRiq+z0ZrxT7jv42/F78KBu1dF/gJxRgur
DQplbmRzdHJlYW0NZW5kb2JqDTQgMCBvYmoNPDwvVHlwZS9QYWdlL1BhcmVudCA1NyAwIFIvTWVk
aWFCb3hbMCAwIDYxMiA3OTJdL1Jlc291cmNlczw8L1Byb2NTZXRbL1BERi9UZXh0L0ltYWdlQ10v
Rm9udDw8L0YxMSA0MSAwIFIvRjEyIDQyIDAgUj4+L1hPYmplY3Q8PCA+Pj4+L0NvbnRlbnRzIDUg
MCBSL0Nyb3BCb3hbMCAwIDYxMiA3OTJdL1JvdGF0ZSAwPj4NZW5kb2JqDTUgMCBvYmoNPDwvTGVu
Z3RoIDIwNi9GaWx0ZXIvRmxhdGVEZWNvZGU+PnN0cmVhbQ0KeNplj71qAzEQhPt9ii1PhdZaSaef
0jFnh0ACRwQujKsQGwwOnJu8fkZ2lQTBgkafZmcWemq02qqyz1ITtxMpOxxlraOUwKpRfOB2pcOw
NjnIODTjRTGzw2W9MVYlDs/GBqiv05uxXjKetUgZ2CggNTaBYXNsLzQ1mrHlTNFF0cTqVELlXHqA
eF96+6QTLYB21MVvoEFSBuqkes61z5ikdHLPX3f2Efu36ceVuvzH+x0BZvxBd4cc6O//948oDh/1
4nKvj/bt8gj/A3a7PZUNCmVuZHN0cmVhbQ1lbmRvYmoNNiAwIG9iag08PC9UeXBlL1BhZ2UvUGFy
ZW50IDU3IDAgUi9NZWRpYUJveFswIDAgNjEyIDc5Ml0vUmVzb3VyY2VzPDwvUHJvY1NldFsvUERG
L1RleHQvSW1hZ2VDXS9Gb250PDwvRjEzIDQzIDAgUi9GMTEgNDEgMCBSL0YxNCA0NCAwIFIvRjE1
IDQ1IDAgUj4+L1hPYmplY3Q8PCA+Pj4+L0NvbnRlbnRzIDcgMCBSL0Nyb3BCb3hbMCAwIDYxMiA3
OTJdL1JvdGF0ZSAwPj4NZW5kb2JqDTcgMCBvYmoNPDwvTGVuZ3RoIDM5MzEvRmlsdGVyL0ZsYXRl
RGVjb2RlPj5zdHJlYW0NCnjalVpbcxu3Dn7Pr9Dj7ky0FS9761vi2FN3cvGx3fR0mj7IspyotSwf
WXbqf38AfACXa6eNPZlJI4JgiAuHwD+78Xr0xc/HLgwcGoeSRQKV57OV71jX2D85Ub7TspXdUXm3Ia
fvF7cTT/XE7rKhTLSfnH6c8v9k9f/OfF/5SCe0whzGoeSRQKV57+OV71jX2D85Ub7TspXdUXm3Ia
qq64eOLeYVa1Ltu7frR3fLzK+VCFetLOmqr32PwtH7kubq/KrmqKOTPRK0dvymmkfz5578upI7mc
0JyaGI0085I/OpnpirtKFkxKXxzMSz7Glj/HYk0rfLGkXw2tucEgrZnRP2+ITihWPOZt/rJsi8UO
QzrtiH8xQWJd9m6La70mjO2Y57q4Zx4TceaiL67OIVTm0hd7c9lRubgtexqbMylPp+EdH1GipXs0
zfHl8DQ+ToftfYGDQm73T7s1F4mPMGn6WdUFyP9Twbv54hciWlSy5UlVMhsq/ooYaIkN/eHS9QxD
kKYIbZhA55XjQhKX4/X8kfbDNxXIUkX3no/X8JGjzJeb4H88zv1j2dIiD02pcRVTkcICgrvDpynN
82QTrC0z2agHgUBDddHhx/SEpoXiI9j/dVrWdNpX4Bb69jfu8FMp9J4maB+7yjWTpia2WghaaIbi
9JTIRPrFP0QIP70Tqe/TeMuH551PWYI1zUqbJYotW69zddW7CR2XyG+XLy7+lZlGrLTxTRV6MPOG
N94X1TqAfh+KLtv2ZU8Dwu8HkoGzcQjkGyL4hp9xs25S95H1Tbb8VdRVFXl7XnozyKCavhKRXI0s
Rjh8BYU4OpTdT3lNKwJ08B4x8UVGMdg4Ubkd9CuIbWf22BVfwAuZcVssV8RQl+/es22yOm2XsJAJ
MdMxhRrEiImLFf9ytIw1agkvdT74sI5o0H2Nz3lBzLYmCBj+JQx/IyL6Spwko/ixjN9Wun+SON31
TDXOgZGKdvI95MaH5j3I1qauZznuTDhTVrit2NFavrLHJN8bjugIHUs64iZYV9gC38t9nZr6sHEc
HNAJZVUUEiybNZGmiMOSMPHK2fi+pq5raJn6062Q3Zj4ZH20yUsdqMkh82VfwmDnKxHQFZ3K4yyO
XXogLi6EpQusI/557BY7XYlezBNJMQeOM+wMcA+9XUri8hNRZIPD1ZFerOVul9tL2fxe/n7iTflm
UkcSpd7UXzgz2NoIoa843xX2SlGlNfEFG/u5jKLpmTppTGMPSuyK93TF8VxU9g4SmJMQI5SZhPip
JOU2fb8SDRkshTdJtsnTF7JWL4BNzNlsWEUeZusx1fsR1SU+ra/FfC6hSZt84nJZNmY/sXhpwSWj
uxPOdnZiJrS94nDvlZt7CQA3fMMvsa0RMLR1JUdQEtlWymej+kC28Zzr9eQtcLuq0TuJql9Unbcj
uHCNKSoQGMINj7WyuXiYTK6svART/Nhn6nmUpOK5sQJ9sXuCtU/m5NOCEFe/9kOpmiMgavJFTr4y
3BKgTsTPWX7hX0Rj56oRF5Ugm6f7rNi3VaNY1P+7zwo97nzKElyzY+GjybAYcDgQ56AR45h+hOLd
vrj24xOZODNgGYrDY1KuSGFQAsqeTNbooh4MdNcsLTJ0eLAMsaQZ4j+WcDiqTmoRMLorCHeXPAqW
HViEgdcVR9nqr/EWjK/4m6HVJVhayAFgAk9XzdjR5rXmHNuNSOc6UwwoYGfu9H5wyI1LrkN9wTmH
Bf0kCDe5p1u5tPml2if/fW8KOnU1x9I98aStwFpnLKQ40T+aPxLm+QO2VgqhE8TOFqq+546mf+Bo
MGMp6vPA3ejh1IwvLsrG7mGRwmZTxcfLakbO5zDAlGewaS8XWLcbWZuoz0Bk9nSoxZfa0C7qcJJn
I4qNeQfspZIx9zb1AVmXudKUhKjPE1caRS6RXemjQwoBPQ7cb+aqoAPq2EF+jkCww5gG9zE1XLMa
0J+lRRlvHnGH+4Pv2d5AvuMTLRAI9WArHAlqNhiWD+K7sniYlFrZDobq4tgqx/xu1XD1gOaTM4c+
6KrsqVrzt0SmIZlsJQpBf+OzsESMfYL2qqZbgNGJ4GxcJmgn1Du5LoUZkqCX1BYQZEBocYRhF7sh
X+41nH/O4TJwy1WOsFdDcHYD6pNIdKZsaAARpIKLF7lHgK1g6eUzoomTDElkEf49mjQmcW/RhIU+
bRjjcjARdo6OP4h8jvaZWKCgwkbFtIrfxCdrrGjYTtZL8QQJ80R4kzqRBXh9K5LXKHX4XgLGqYwd
EoSeOq163FghApxCBVWlbqQSAQErjKPI45NTEg2v2wHHKmpdyKHmO/H6y/PkYRvw3SG86racvlpI

9iK2tnSeiNXPBLtx5mSUL2Uf15CXEl4vYa/nQnZl0FdVTLWGA57WJLarMgDJ0qnZGFtJ/o7mJP26
QMhZT+R2Tq51iSjxCqqIi/kMAg98EEobjGBe4eLEEfcQFITgRfZNPlSVz0E8oekS9o/fQTyxM5fH
1tLwUdaWkNLXXoEPFOuDXOtbgJjDPQnjv0k+aYiGFrCazi001ENFCrupim6Gsk0HsQUF/vcQm8ye
0X+4XkMOmmW4PkOCaD5T5vD/gri6Dtu1JfSJhwKGogzNZKgfD5nn5M06jfLK8M2Q+lhGntIWFdyZ
BvnnqWuovYH3A60FHb+jDEmh4vGJRBJWOVXIQ9Gu431UdU5LAOUegS4IGjevGOS63otyzslf1NWo
LOGLQ6kPjIDmbZ4gm9HyjcqZobPisPjmfs7xl2KdVQ40JlLRO640YjIjnBwOqWEmyLnsMrXaxaci
MedVRb5iB63R/WUJdgQe4M+1zn+G/ENTNYplbpK6uZZ11hL5OEBBSeSbHsh+nMhPkxZTAl8KkU5q
MC2qqkhzeNgigaVIMthLdSJoWuqt6gxxLjJ82vSGYPtxLSXl4llSkM6iMy9kJv1thsOx1nzVHfz2
Mu1yopMAZpNnQCotBeKzFOLlYOKkMmNLabBwUbODj1oh9XLKMGKz1cx1Y574ybfoyXM6XOPJ8noo
0RBra6mCno3TXt7Qg6NUoQ0ZnvY1uGV5zDInEod74BpnsYC078bJLscMWNXn4Xw+VcC+5DU83a3N
Y5HL/Y3kYBxszkvUWGRrn7CgGu5Kw1rOCGxjgY2WemZvyqO4DYB7vZKIPhQw8+qKcNiYclt4n0uI
UMi1zKs8ymO04P+Mi5zF1CzK0EAvntxzDX5o2qiLNOfCZ3m9lC7MpWGVkPy44u3PSCLZK1mAr14q
jxJ9j7i2wJe/Bp49EYOxsuFKgWd2tY9i+oNaMsj0mc57LGw0wAtfz8aevqXr0sBRf6f6KracrJcS
Gam6tjON53Jz5OusF/Er/ffkFw3seSEcDloBH1P1jEK7MQrN6wnIZpPWqwW2+NRJABA9PZN1cPJ3
FmOZ7lR0PBQpkwtJ0/U8QHOPkh/sPBfVt3QJCDYvVn2zlFE/FngkdBv8SOZvRS9u80xmLpabzpYC
hASAE8zZ5GmqTuU2UgsNqJ/IEJuKr5vKaSamnRVrSEZp4OU4DgW1dDOhkSpPb/nqFs0FCH1hObqW
kGjyURnQtwyaeVNEGNLVaUwFhntS90YaGhBMtLKE5IfscGEccwPEUWU4h3wuh7t1QqxWyBOScgWg
lJA6pXP5YBXjJSrntLQTU2y1sNlDIr0G2Xke1e+fZHaxFiidy92sPjToaw75qiavyeqSd0yCOCkV
bgcpMbcPyw03JbrOT3WdPs5Sxy1qlSqIvIJZznaVMrMs9fIqqS6l5gYCdwqmbMpSoM64xIhsZ35p
2GzqnXrXWrPGFFWgImDCIP7Omuu0R176kgLGTIqlqV2QWg5I2lstwzeIZOLjo+CgqC0XHziT25sL
20PvV7Zy0lVK/e4qFXV8J26ZL/FHyAih/zv9356bYDzBGsAJBnmGF+TLnn6TPqRHCycfk1MmhtBo
tp7x39j9pXaupx3fx1eFlqimy8SFVT4UinQhC2kDdEwNMUZHbYrtIeuTycpU+NZkhXFQSld4UoTv
OxTSx/uYuDcUM9Qp+qx42ll1i6P4eiPA+26o0l4mZZUz7sY5BlYnTF2nEm3qI2DG3mbozFl99LkV
bT9r04OGjfXSBmzeoR1SG8Zs2cZh3BbkZPPbPKBpNO2Q3yJE3EGXl6gkPoTZ/NhgqnjUVKAzOq0h
p5kEJOCn+kE+8BVZYR6rNa+o8TilSj3UcyHz7f6PHvlMl11YX1VUS1sHCjY0ojSqm0PpCMgfharN
g6YHmEUH/kpc2ecRkLfwj2bl8xym6wkbaO63t9Hir4KDrHB8D8jo9FGCBf3roaVv4N0NV78nGTky
OUog2ZVah3Ro949Kn3v2SCf7gncqXPfweNAQHlSzvIhE8d9HmbUvctz7WHLiIpE5ajktwEfxUMCL
l15S+qdCTm4yqLia71SSvFrWuNopFWlpnR0e2zMrvjiFlzbjlaim9tLew/LRk9qXHd5olTN4YO3i
AzzMO1G+o7dy0FeyWgqe4SF+xWqX6vSqS3NLvbKqPdxKb25FDsc8wgfqrW+tVz64IROCPsXRYi0S
B6uhKiZ4Xr3CxZAy3b0NhDN6q3VZjh4ryFjiyTt5FsL56eWjvC0MMx7UjqPUilpU4PBqh4+qFWSs
m8F80+sCN1BLfYI25wIVYPVscHq3MJJdWWOalzqjFgRb9dVK7ax8kM/7GWu2vkRpUqsGoFr3RFif
wZC8cFmX1i9xTp+oBVYFP2TTurzXUGRtE9j3c4IHp99BA3tK94XfRaJ8i4Hz/HjDK5Y4q1we6byo
ZHSCjLMS5XVC6ZsRlsu8eJ95cSGLPoSF8v+KN/3Jio4ilteCEQ9PkS2cmBWp/X8Y7DIUauI065T7
em3aRa37ncBG3et9CRun9e8E6/N4gcLl4Bxk+e/cQnIGArUb+If4Za1SPisEOJdejSkg1jR1PoLI
rsNzoOx5EvMm7sUbi4cHgKEHqWaO1zwIiqsytYNT/Xj0NMlamimy6miCZK7r8LhJwURrd/sITEhA
/QAEvjCwxJyq0Sg1M5Z2qH51o1rdP4AIVDeFG2Dtq1HhtEVXwKlRI2NTIeJh19BwGRzhZVZdrJ8d
y/n915NDOWkoOys85dN5Cfh0yJP8UIaU3oJnby4Ass7SI33wIgTtagZQi9FrU6isVLtLBQAmnIz0
QgaksI9idKsMJZ4VIWr01WolfUIdKYg36wgJsAT2wR5HyI+oRc1KwwN66Xi0WluekvhRGCLVMraE
UTPrpnT+MW7+P3/7oUINCmVuZHN0cmVhbQ1lbmRvYmoNOCAwIG9iag08PC9UeXBlL1BhZ2UvUGFy
ZW50IDU3IDAgUi9NZWRpYUJveFswIDAgNjEyIDc5Ml0vUmVzb3VyY2VzPDwvUHJvY1NldFsvUERG
L1RleHQvSW1hZ2VDXS9Gb250PDwvRjEzIDQzIDAgUi9GMTEgNDEgMCBSPj4vWE9iamVjdDw8ID4+
Pj4vQ29udGVudHMgOSAwIFIvQ3JvcEJveFswIDAgNjEyIDc5Ml0vUm90YXRlIDA+Pg1lbmRvYmoN
OSAwIG9iag08PC9MZW5ndGggNDcyNi9GaWx0ZXIvRmxhdGVEZWNvZGU+PnN0cmVhbQ0KeNqdW9ty
GzkOfc9X+LG7KuoRyb7uW9axqzyVi9d2dmpqsw8dqX2ZSLKjizPer18CByDZcjJrbaUqiPpsECRA
4OCA+vbq71evfjk17/8siUxdQdXV2/MkdT/8cc2aYsnD2qbFGWR1fLV//KzvubfSFIVLhuO08n9f/frq
5OrVP159EwnmuQQ3rehJkDZ/OqP8Vs/mNcZW5jRvEe5KbrsPp+4os2uXzi3mxaNSeauXjK3sfVR
M62LzmLm0zf5pPRzX7zPu+yE/t9kF5d5Wxiv1KSpijp767ckO/OP6uziJLd+wPFV7vwnGlAWNvvu
H7bZLWnfZXeQN8sbP1Ce+YF14yV+J0m9/6bOkHvu3DvN6/5Vbtl3zl3c8CxbDw/dl9tl3f+8qB8mEhnIRh
8V96RcpsTXPX/sX1gLFLP6bVHXzM6W/+pszmqQ7WiyGVZSCW2GSng1/9nExvaXZSvcfbCx6uKz2+
54Xv4CRr3hPWq5Uhzkv21nXZyg+k5T2z5E9sUnfTonWwyT005l0gGdbPIup8yZ06SufVcLygCVQk
F/rgH1U/3IblF3xaH5mc9C2xhtcs3c/hXZcfTHmYzckRKjyC6H6FT2E/jbfGXV5FUxr/ItYtCrK9
8fYDKy66rLz0GvvtAhSfwW/Xv9e9i/XtF7iVd4wdVYt8stj+th8QG7ycqq
Um/hq9Bgw9siu7m+470lLzbsMgfZ0jtCU8OW3mNI3g7LW29pBSU5i5nSThwPfoZSV7+FPvCr4IAT
OWv0hvM6l7zvJRZTsX4Tsjr5raXzRx9w/qJvmumUrEKbex1kHfcLv8wGZ9YHHt7vexyD9Yo9g8WV
UIa2bdJ1XsPj3h+3cIiH8CXN8oHeb0gMGblgS+I9cita5t9YeYt5vI+V2YRVnz1CQXwy7DFT7EzH
gcHxoxaPJpd+mMv+iT37zWsLOV32Bja85OX8yYY8wHiV3/wGxvucfbbWIcC845P/RmcjDS7ZTp/w
6OzKr7ShF8rPOb1i/No7dsYXTT1tj2rr41yHqRt4cuF3xHbZFQx0iyNMu2nVXfz2r5f5xCJKdeQy
qrRG7Q/Q8PjMG82wAzmE+tZ/RYJEPOkO2Z3EVeN9gv8RE8Mz2ezsxH6oiRG1SnQQh1mxxvMQbVn2
0gf2yv8rXv9DcbchD0862vgegXgB0/pTQ6EC4a0Zy7ccJE04cjj3Nxxy5HWfgrL1E3ZFpw0Kl4gj
tJhfZGWIxi2HyQM8yUwJXrA5H2HOnk/lCtLn+sxnY84zDgfRaJBaHuWOshoOu4TfGaKVJitOpiuM
D5nA1ZoCfBjIZpqu1hxrZI4Vb9KN7pxtCqRmE8XYVvKlgzksmcNS1j2/8K5tso/YwnM+aCe5yy4A
DH4PEpCUHYyNwMsziXo+jbuS90CyGxkJ40VpiW28Eyb7FQFvx+NWaUoRbR30fC1RxxJWsBpI6BvL
9g3Jz5uoOsCkVefXJVm6X+D4bWLGazmv+Ng5EGQhKDHkdTT4bOADOI9DR7a1uQifOgxFv
J0Y7sBCS6W2ayjrNfJ3G3ooCveEtFAsGNKAvnZ5d4Hhfcty8AvyDYm/4rfcIfic5nVAEC0maJ2zp
txF8eHSkTkFJ+j2LPH/HqkrYPCMJYZ6Cdr88ID5WtS2mEprbv4yPLFiS34B9XGJrODY2/vE7znzi
wZeXFPvUk/htsmHFgAlbIDDEtNEp7wNYMRxAGjlWDCXFNPTNkjcdXj5laxtKViHu0XdqJEMeQOMb
dhH2ev9ex7FvFAH9MwprYtSOYwLLVcDFotb3vOXepwxD69yQYwKH2OyJH1s9lXMZRfFxmbfshCz5
BruNraQo2JMcoFwbXqNw2QEAVxIvX3ywSr/XzQj+bhnKipMTKKdQ7ShULyKE7wi2wTYoDGJd4QiG
00pkx/DWcMMqD3O20wLmf8olfThygBmOSL/Lk+w0TjOWfOcLsNxTLuWF47cCFpIxEss4hdzkUB9J
CHjtiWMZ9LUEsi1qljT/4G2SSefmEfNqLglQ2nKSjNCQ/lmSYPqPIgE6wcdnb3PHB7gJAAALe7G5
rEdzsNb3WLlZ5BaCzWSKWw1qJiSB2QzZGJXLeo36Dm41T2OgR82a8JLauGOM24kHSsqYoCJCyofj
MGTFvL/m9H/BAsh5AyQmqaKTSSxv5jQvtRgq03qi57iRSO/S5Oggt6Xc2GoQ1MzIGdcnR4vUSHGL
I8PLY1/Z+UQvbEH319jQsedvNU5wuSxFMn9rOAgec4Z6x4FdwzNHe2BYOW7s01pjX0tZLlhwE4oL
Z12KAp2+WkfAIzBQih/iLjoJMZLAe1ZUbL6hF0QDWsx53gkEb4KyfHoE2l6xHc5OodmpX4CNSDVR

x6+EYvo36LNL6+MNV7yxYMIL1yzmXuv95uV43p+SsvXaVLDZ7D5HSS4cAyHgOmJYDRotxbwvMdrW
Cg18Nmq0UlOMvAecr1m9+5Sb4K+0rIwewrO8g4t+xBahWLqErFpO0qhOHygAtaiR08gsOYEmOv/I
xek7bOLZsT8IvweU3RJe+I7i8FYqeF7MjAHwbQiu6cBegrrTdWb9hmOHlL4AwzeCB7FTPrQfYqTa
+6TEsuMFlABFJaXv8uiD5DXehkLihfUlGqJFgi4bXlfNjxo8apNHnWJQxj8TNpHBs4PBUOl8LJNi
0cBhpqohcs+zwFAagffIp4RM+CkFglgzJjFLqMDOO4nlYpFtKWUiSfMJRutD5szAGUS/JNmcqZ6H
gHLaMPydaJE4Qwm0U5ap5MwgZ1PgVBCo56WctrB8rK7kCO+IV0CK7RfBCWnWDgjbAVSA9pHqlYoU
zghWJ3NyrCSzaan9+iBzkZvR3ksx2G8w24ZPi2S2WTzfbVyJE6LLxioqTVoT27ZKezK+8FVCNUIG
ovd/0iArqeEurdtlC1/nSEskmMuMVhOth4xOrShmWXNC3OQILgmZ94BhiZZdDGs7TsLiIyPyD060
0bKKbb4nY0R17RQBOsXk5f74RbqFyzvGwqO6YK7wa28865CUpco3LhCzIBDp/+lAhqmcGn4qaYH3
bcmM+4OGnzqyI0+hVEVFy+CqGod5qRgTjGSI9nRMz96zeqtoEohRmu+IU+tDzIhGQGtYKfOPs7Ru
HFiFlaKtUurYwEU/KUA5MKa5ug1VgMQ08z9imqmUsXBjt1xutDSlMVYLv0b4Lyn8jjnSE6/sC1aq
tE9ovir7wMuRQlVrQ444VZJjIbuG7JoJZZFNT3368x8+QQ2Uw4q5+XtwJZcSTk3JzBiFFxNOsNMs
zxjGlFpglLEYdMK8ViDwsEYm3oXD3kZmyUpQuMlxbvgIppWvTKFFyGF+7SqrRQEpIsTbIJ7j3TBb
z3NbwCsF6CFz72ki+6xhMKaTpnCBHnSxYYYAAKfkUcERiRqtsFRtWNGxXvM2N+LNczDViAfXd4w1
VmnBGyoTNn4IWbG4uZBItIidhlKHGz5S05TMNmmTIzT9RGWsbFCTng6otOd7BXxPESsWk0EPa0Bz
GlrFsJHa9MUmdHVRj6rwa21CMRNBqEDaSgiHSkOuOLLOZOkBI7X6ajhLtwAAKEuYdqj3iBo+KEvh
7hSWaN9j/9jSh/ccA09Yq1AP2ABULCiUlqO7dk10ecyVjjg4giEcB0Ona5SWhNMcFmlTaeadUpmW
VZoIEat7jBK+EG8+KdzlfRUXHzHpzB1WkUp6sQ3ttKgMjBhOvdiyUbzREpJhKIU5BYqjjF6NeY7P
maySbaYJizJWO04uYWVyWvjtrzkqbx4B+d/HJwjj+g2OYZg1AFJpVVyesWegwaJcSFxgxcxNK6FR
cKTlIJawrKHHWI4ompYp5SZS3/hKbHmfB3bdhO8W5EWCK7iOlXIh5KJnfNFWe7O6TAEjlbbJBy66
X2znaRnuDwQAzMdPTUp6PKpojUm2MdLqq4OnLT3iSNfeMAvgJYQ9m0UebactHQVFnSSqm7hcFiBY
nzlrq42k/coVQ3vEj/meBDisbOwqseRGSackmMQobWuikB4jyMfxjUh64kRpo5LgUbXDlpTcI7WN
5T2NPrWILsC7KHX7hPYvHqJFusSDWwyE6J2QBr04E1K4WHd2m6OJlrex6N3uzanVjqooQAGhbLYF
AFlLPCgFa8TLG1z8oPSXwkrdo4/CQXdid2ThEynKuKpvNNQouA1tHas4fmDUtGZpTCgQK1oV6dEp
k76+drifO/Z+teBk0ej28RY8yCnGJQ3W4iEyvBFhgwS+HZOssXh1MqQOtB8ljPmB1z3It6yApVGa
EYIooG56Nr66ENZo6k62VvYZfc+7Ed0t47DSW60TyiIgsOEHYqnDx5nrLQsRxk0ol9dM0IaB8Lz+
C4eARUo6bpNmZqkvdJROGoFRSXgRL9UAE2KBoq1xgCFJrV51OO851gZIm5jS1IRAhi3IpFlEJx4r
56/zThfSFuHkM6hvpqHiFk9VY2tT7hBbV3VgapZEbH9JIYKcHW+oWo5NBIVLbtg+pGzlNr2y4tG8
tmb860Z7iy/wJTVibWIhMOrxPyaXoVpET70qVJtIAfwJ6uY2bVmqsUpelFHwHcST9R9HxOc6JWvV
eLURNBYh0W58m6A2YbYB5xo30aRh/zW4rQZFeqmhkvQPfCWwPcang45wOR2dX6l3YJnHeDnhWXjh
2HT8FscON1YuPrI93iNHCvsduBhnrXb8A2Abdcz7URAc4dW9aecpKYS66evoFkYcbyUjV4GmAVX2
VTyDMO8Iue9nH8z4nibTA74W2JHUteDFr7che6M38JEvGl5zTX59J9AcQmKP44SN7oEhty0OMJ3H
Y3oB8jN2o9lnIZ3e0GjTis/F8zZGjy62XBL0GFtTe98Fnon+Xo5Y/SGmGYGN4wuLFn1r2p6dXhtL
GsOYjsLM10jp2YA3f5OvQWDMca5NWFAtff0/kxsLrcao4Bs88EPa8Nmm+ELo1T6FZeNJBjH3LMRi
6FdLjydIjflgIxcxX2xj4peFZfsQXc2OG2PS1Z9YQwlFyJ/LM6jTSANZDIkU80sEEGCArJumMKFT
xk6kNqkDGGWupCHH03Qh84lUROo+IW46OSZJZWZN5I4B5PgpFWXLYc4Q8U4LIeSSiVK7olW4DGjt
tOiSMovjWEFcSRfHhzkDBVfKTQUB8uG2UGBA1ssN8z0vN5rpTLg5SQWgdIHWKQWfVjehonuG45RL
otlrmzAJZWhnzrQcjr29Z6CjQ7Vox+ALxEIdm8KjLrwkJprwgU3vtypeakjS2Q1vobhC/8Ck260S
YpXOQrYRxqpG/gqBSfYZ9zaldfCcuXKqUcC+mj4pfYQkrRchurTs1VtWT5GmDvRnPJfmEBPTnfLm
R/QE3x+lSy3Mgma4YrpSDJOyl5oqDN+S2cPoDl5O3zWyDd9gPG4JYfQiXow1TRriFWCaqeYznEYp
2x8iO2eaEHrj3UcsIFB54YiAv+Vm1S60uEspoKos/uqAZ1buDR8jqYBLFvuzh9PG/pzQxT9dWcC0
gUU31AQ4DTfmk96bL9+ZY18ceAnaVJ1SiUSPJiVJUhB0VVGNVtu2wjKG6+uBZ0zwIi5pyl2SociR
/b24Uv9DckOgioViJcPGTdBNZNH5RQ4VlB3eaoucXPz4E+fc9ydpLxQXD9Jgw1q0xGiMS0aaNXJa
KKwOaUKgQY+rGYcduNL9hA8EqRNyhGa4ENNLxpajAMAPEdtGHSjJUjfP2bY+TIJ4Vrof/ZYgSE0J
9x2b2dftek9L2nKg+YRVDXxbu9fLKBNCD57OLTH/RRVvwYbOcolYV+4BGtF3zwlDqh+Rp3pvLKVE
RPA2BQ2iwf7dIR4Ys9T9mPKYxHsOo+vAci/6//ELwjcCgsM27dM9+vscLQCYAcDDVqotqcK1L1Oq
L8SoXjXaJ0zXO6kIqzxEkNzKPQ8tR1GebOT3DgJuw0UPFyFlnRT3o0t7Gp3Dj4AiNKuaiLfW+vuk
hOG2Ug9IW3mdUufKc1VNvJh2DRn18+vr/KsjIfMlOIOKGnX05+mNmL272ZO61mvBiqqpG69cu0Oj
VZuzB3iAMeE287PGat3EX5aMynQKl7X8dKuO0TK2pIk2voEfuPATgNgDcXDz2HOsJFomN6OxaSR5
LvUVi36QS/xJQ3N06MY/BpLGKotCKpY6+VHCnPQL6ya2kJ8lC/at5cC3tXr9SczPoKfOFlgYYjev
74RgFQJpzFXzQdprKWJfL3ZciS3ggIf1BnwaM/Xe3SD92+qjcLGSZr0+4h+rJFfFOlxoJFiATjBd
WquVVtX76xd8fUDsM2KZ4/XmaTxUciUd98kfU2wXgmty90EL/ucXCf4LXDgWzg0KZW5kc3RyZWFt
DWVuZG9iag0xMCAwIG9iag08PC9UeXBlL1BhZ2UvUGFyZW50IDU3IDAgUi9NZWRpYUJveFswIDAg
NjEyIDc5Ml0vUmVzb3VyY2VzPDwvUHJvY1NldFsvUERGL1RleHQvSW1hZ2VDXS9Gb250PDwvRjEz
IDQzIDAgUi9GMTEgNDEgMCBSPj4vWE9iamVjdDw8ID4+Pj4vQ29udGVudHMgMTEgMCBSL0Nyb3BC
b3hbMCAwIDYxMiA3OTJdL1JvdGF0ZSAwPj4NZW5kb2JqDTExIDAgb2JqDTw8L0xlbmd0aCAzNTA4
L0ZpbHRlci9GbGF0ZURlY29kZT4+c3RyZWFtDQp42pVa23IbxxF951fgIQ+7VcYKM7NXP0WmSZmO
SDAknCpXlAcQBGQmBEGoBoTn69Pdp3t2lqTKlKEnbn2pfTp7v309FPs6M3py6MXFlMwmi2OnKj
Cf1xI9+URfCjyhdlOZqtj/6ZXc4/5uOqCNlylP9r9uvRyezo70efdAX39QphUvGTuEIW8tm/h7Ne
2Tc4X7jBvqPcFV22ycehaLPVnnuHSdG4ZO9qn73dpB3V3aRoA3Z2vGeXeVy7yMc+FE02y8clneSP
nM9DsihLerjLS5ZMPnZFmW3X9NTTzA/eh7wtqux4mnsadc7vHf3TFnX2Gz1qswtercvOjvM2eytP
ZP0mO5vmwd5e00Jl3pAoyorWX8s+XTanE9HPB9q7yp7oPCWNqEo6DM3ydEKoi3bjF6GmZzjnNm/o
/zS9o38e5CJPPCdkaxrcZnf8w8lgb6vNaf97/Jc2CVBJRb9IJRVfjiZ5J+uRCkO2otVpiPMiEHqX
zWk9W1rm2tFFho5e8Qn4UZ29oubXFObrUU2G2tRQ2Bx3+RMH4ytnqw2Jcbv+Qe5fZ19kjyiZJqru
D9iXSLbKtnSkQMPV6lheLpvr9e9e9FLLrJD6SzGtJ1smALKdFSC/pVQXwdLdFivUpExNdWUSyw5VzU
lGwRsEWgLVjZamg3OYv+T5xLt72lZ97OushrGvCMH2QpFU2CTFWRtpzYwxwWiwPdmtxK3vYLDq52
vss9pMQrLbc8Ldj+K7INWmSBtZYid0iVhC/D9lZmRVJqoMyVnM1nC9UJn9spGtzIjaMU+JHebmlm
6tTwH2XoH3DljUjvQdXPK2J6eClXfrFTPYqV/PelCFlOPlvP70gwlenNrIEPtBL3DNlC5ot/ifkH
Gs5uZgYfT9tE1Ygyeb8tL0Uive8vt9AzsE0OLuSxeG0GhVPwTqTmu5yh6x4qLXI3EUjYSy0Mir4u
QjcAxfB9UBwHHyCtINbCAAFsUaDBEPrNGHl1QvNc9l7+fivuNZMDnwAmfu7nuEpeym7TnAXH2Cir
VXCBjqUmP2VpElPN67DzvBMUfgspXOUdL1zR6zOR5QUE+46fYVkYtB7VsTexfw98hq5TpSMe5A47
qPlOrvJCR6UCQJ19NAg5RB3sJTSeYrOo4xZXZv1WJtuFGP4zNPSUlyb1Mu7OU/rdxebGZellIA/X
uWuobC4KtOv87w7yA9Z+hMeYc47LUAoiibyXvenTqbbsKp162rcWiUdpsoHq2DbqaBuIkKo1PvY7
i0x6jZlsNcUmL9bdLgXOV3S3JoZsQbQ6CmiMYwW9VOk1GG4iJE/ExfZVWdXRbKUVy89YBHupAiEq

NRIo8A53gkW9EBH/rXJ9lvePItVHjNJTIuYAib+rtBrgr+fQtQRNSkMTXN9CtIpHnDNKtwJYZuub
HCGeV9GY8qdGPJ3Oj2h6MrkRSOPzqkbu4ULzJEa/dgeZGnrt2L1aWxSyjIE3RBtXeL9TkgNRyny7
6/fFr0sChw+whIagX/nKdokQ9yhwYFrb5eEVQTPWOuhrX9iuKI63zQC2yyFsXy0VBebKe+Qyt6K5
e+hfoy/LrEnA200cxFoyARw754RbvWCdxq3K6GcyluFOuFpjHEdW7BQsW11yUpjbRXaWhNJlRGee
GeDWIfuEi8IrANh6aiyls6PhkaASYEwgc0DcnlPH1Ah81yOCT6IBbWs0QE7G7liCU8qdWL78W8+/
uks5iVmjiP6V8EFHO8TWPG0P/T9DLHpAywlK0oPQ98r2NAK8FhoppLMdWqOwf2fuEyN+xT6n+AOG
rEFkC3bY5w68mxFrmRdehqeIvq3o0RtHmm8lsSJWr+QHi3B2IVJX/yhLdeKe6cu2qjm6PqaUlskg
d1IjSxIdxSCdfDNIEXTqAkwYZouwLpRgBy6GTOs5mq/BrIohYkz68KZHAzYFh7MdRqQrmkUJsKi+
TwcB8MYO2Qth6nfQ5QBY4UAqCBZ8ZzARdOBtT5Yt/tynMEqKr40aG6debcyrWC7rJ0ip570s/Agy
Lppe8qhT+rK0dCOPiKD/IGSQ3/bgggQBGUnC8Akyahr6CaJ+TrMyhmYmCyon9Q61dkMeIdjk3UPE
wHNd54ERciEmlYjmSdSJu33ujWN//ZYdcaNyGEUYGyIBCKpPATyW8bIYSQq3XwGFmHPR+VFZdpH4
z6aXtMEZNHEsTPqal3TZ9BTZCoQ6I0tx2cn17Ews6FwOMb0QQvZ7DgzY5wiOkIGP4BouCKEEBZme
5+yOf2N74fTe8qSO3ktQgxqmKLa8kwRIn50Q57++PpNh/wD3P+GpVfbL9FzEwz+ZCF6xE58IAz0X
e5v+zDypzU7eS0A4E8jQ+sw7Sef2D8yhpVn1IDAX+00uy8Hkt9DGfZ9ISkwLNXOx4yl48rmA5flv
JK4LvtWZXOD4ragwcml+pnyZR0G741DVjHuCoYifX/ByyfYacUt3jLyzAf/ip002X0MTmp0NCFWc
erndiC191BQOnhkd+xvuojv8gqimGyC5Bskf7S/Wuo1k6WpJXu2KxiAOvEPlGzM4O6tVA8a1d5aw
tHoKjYEIDPPIWHgkCXgHE5xLcK80Kg9qP3FsTDoHyEsv2RUuLTv6OpudyZuz01OuwMXVgG6KzUFr
T7u+EBGjFI0PsRK4SbaNFEDonRz+QHlTrFNucnk1xUqXUixVASL9m8mFf9cs24cm5gRKE27FnN7g
tptcqyY0ciJ5g4W+Ph3VZQjKLohoH5O0UF/w2YnICkjFfoGhLR3sQyYyHYbrr1D9Vs76epIjwvee
sQgJsFrGzigGvey0VFf1wd/oNr20WAz7W9/llSom1p17rWEt5SBpzloeoiGumGrKup6DY2FzpWPA
+4UoXm1DXR1Vp+fU4a3ayaSgTRM6p/wYYX0Q/L+IKrRmtuvTC6/vLwW13kO7qA2QUl0Ca6enEsCD
GQjIyr9Fdts5nOAzjjnPo7/Phfz+lV/Xtv1CMUBJRCVqT6qmhUQgjDJhfMixRCy4eSUHB4SKSRk7
If7gUJFM/kaoYJPkcN708H9+Ltf/TUZqLBj0J/hu3J4gGV4Acq4T405ymxgxULxUvtYKjhm8Ydol
COFGyMLHHCHgKS1zwPI+JyQW/uk6CwCtuj+3R+BuggEE5tzoqKwZgex2iebH/aCsoWUxFw5CMt+S
CKtBB+I2tdJTFj3BGQv6/ERkeCXMqTLgOZOAeSW2o/Wu41wwqIo8EyyPGXmwUNJXWEWm/aaTPknd
GCaAH8FfQl8FPRO5vx4s0GNqxTdFXQC4N+DC4Jjb0S6vLNEiJY+OeXup5cYtpO3VqIeMDiqdkQf4
qi6cctBwqAekk9UDHvreQc/Ve/2ruT2ifrBIDfmuzyC6dHQZK0IB/TArmAVJGDpOP0X8V9DalKNZ
EuuaJNY1HOv6LGK1EXvRWsx9UhD4Ii+0SBczt5fpjhVORmeyg/A/Cnlc+ebpuv2FFOwUMw/uDmiu
IDIuD1ZQMvkbEMVVW2e8c4NDoirzH7N4HfOoTHW7yuNYqWU0SlBS6lRWTpJFVbCESllpEGwGGb/M
CazH1qrLvlck++oV3LaEHqt+wRvrTA52j7CnZEGOi2xuCdKL0oQSj899jTYehqFPTWJtBGdv4U+a
2Ow+jPMSfHEYnz9okZcN/01s7WoTJpTDVp1Ma3oiDK6TdGv72SvZwCrGmlhHZwuUzq4fc9+HYwhX
XHbQdEjP2X73nBC0MrkbaNNqx0kBblDXmQ/gQckn7cyGJGFttaVQGnpy1BxEwFznYmv7V16isTot
8gmlkHMcpkc0dl837O4wC/GkvgmmeJF86KPUoDzSvYAQQNijtiSXUtV5SiPPQ+SyJZjQYQDiqs6I
ZnUofiRzkULGAtaWe9+dlT+e+m8PPsNOuGMx+UbqqN3tcdVI7YBtFu7RJu4xJOSDntEH7/0TYIAd
tSNxnAi4qwnvcrQHBbyVM1unQ8uwje7fGa2P78vYLurBrMLXBaj6RIzprPMRJCequrjNoMb4nKPr
McYXJNgVVQP11GhbJDJaQ2sWndz1sF4Yq4wB0Q0o7STHhzbsnlXcyzWN1Hq1whp7u65ptXEMb7ic
o+KwM7BKktqYqshqzBT9gChaF6BhAV4twdfXm5TZL9MvMwZtYSz5gdXZV49fxBNXd5LJjC1vjSim
9+N7XG6NHBMrlTaeC1JudbXUU8admKX8uo0EVff/ibTjOGP+UatrunAsRDgupTzrNCAhaN0BOiPc
tpbzdfwiKKGG8QuFFubCz7Qzj1bRqv8ABtZIj6FDVkrSSVkvhSnj0xGRmxZ8tz8aHx53nBf+mraq
7/uenTOSIJtMIGInFvI+9hQ68xNFVPZY063IsGMPtdLqR2Af25nmD18TL6/7pYmqdB74tDDXX/Kk
97FmII3++SVtQC1jBfsADTkXO8xKpBDuFD6MVoiCEOzUEn+MqXGrTtjBL9usEQ+vYs2cFaNmNWDz
Py2T7Dh+kmDt09CzBllBs55tIbVWYlCxUZDAob67FrN5TBvaSRu4E85U99G+Q+okn5EYjeZA3OEK
Xu6DK9b2KNqqiOZDPpIPA170vGSVb3QBJvr5VpVpjFAWYd+ClPu3bkiRXRX7w0aGLB55hQux5b/A
6FqBqqYP9y2RcGAq+8Ak9o71UY1HPhuLMDu8D7GUyaG7xIiJ3HOCyxRSOZno0vFRl8VvE+MF/w9O
F9NYDQplbmRzdHJlYW0NZW5kb2JqDTEyIDAgb2JqDTw8L1R5cGUvUGFnZS9QYXJlbnQgNTcgMCBS
L01lZGlhQm94WzAgMCA2MTIgNzkyXS9SZXNvdXJjZXM8PC9Qcm9jU2V0Wy9QREYvVGV4dC9JbWFn
ZUNdL0ZvbnQ8PC9GMTMgNDMgMCBSL0YxMSA0MSAwIFI+Pi9YT2JqZWN0PDwgPj4+Pi9Db250ZW50
cyAxMyAwIFIvQ3JvcEJveFswIDAgNjEyIDc5Ml0vUm90YXRlIDA+Pg1lbmRvYmoNMTMgMCBvYmoN
PDwvTGVuZ3RoIDQyNTQvRmlsdGVyL0ZsYXRlRGVjb2RlPj5zdHJlYW0NCnjarVtZUxxHEn7Xr5jH
6QjNqOvqQ286UAiFLbOIF8eyDwM0hwUMbkCYf7Q9ol1lvOOzwzNSRleeXB3++en/w6s0n
42bGL2s3Ozh9ZWZ1/MfMbOuXzs6CXXo/O7h69c/53uqsWoSlmw+z6l8HX17tHLz6x6s/5QTz9ARX
B/omnTD31cEf013P3OuMXZrJvbPKLPv5ulq4ZTc/feHdrl62prg7vORuU3ezpq+XncPNDd3Zz5dP
r3xuc7yp3PyuWkQOzq8rt7TzR5w0i9/ZsGznF5WP314TP+38Nn5o5zf4MBxXTXznHe02sm4d/9tg
tYur41Ht/HVl6qXnE52PG4bbeJGhfS5+fYHLr6o2fljxYfHoqqXd9ePcHfcIOc38T5B3z0esK/p/
IWCoungC7/K8q9cr+/lxPL1l4lolLt1Eu65ueP0lHR7mK17NC3oiJX44oQ8hc2UNMsaTykaihmph
4pHjLR0tDw6Z5rjYY2mHpV6WNpk3L5ZbVPa2gdxuhAjcDtbfMEvWSVzz4aRyYGBoiGcPlWfO8YIx
Pq6ff08ipyU2vp94cs0nnWDhG5EuLqSVgV66cVgXCfgO9vISOoyVJZIxnlZNOoCkbZQXJ/n6QAI6
YoIfYUVMFPF4j2h1esIZy3+MqkRyI7XsoUn9/AdWQG7pTZ8rUjYxzatIqeEVZhvWh/i+FqzfH67W
8eoWxHdy2yUoUJPxkUx9mjG04DDydmFZCUmdTuKSN9hTsNYYE+laXUd96ZUNa+aJWOHAi7p4zOq4
VFW9FwxS9tHNOMDQAZNvL2AEd7xRTId+rPt4xBF9buRp56BvBZGxoTTz0/iTnR9WQk/H9hvy8Tj3
XFnEW9OPe/tVP/8NlO9FgYT5Dn1o5/vx1GZ+gA+/s9y2EJKPjrSDkFbXzLWnKtwxnx3Z+ilbgGqw
frv3S0We6x2o22XF/sr2K2TtfmJt/EQbauIEG2DGg6I3o+9JPb7Ecxxk6aPT4ruFhyO/+RE3Y32Y
G1hLcl+W2GzB+5pFKB9cMjPrVAOSdUy+7aMAmP90B6nUDbujITrvVmUOGYt63UG4UxouSLBQrWMm
/BKqA0csVjBVQMfverHgbLN0PQR3lJ18r48gveka2FW8fp1o9WCDaUlrRDEvKpLi1UUVEGgmjlwt
IJ7Wi4qui29bEhdLIYdCHP5AX+dXehwXmO+0/WGD0nHgoHaDNYgqF4h64+u06gFPyLyzSuRPTyUq
brDmkreJSh2zjcWHD8mDw7gpjFocERAkk6ADs7mLUsURvHO9rfBiFIsQjIU3MhHs+Ml9FM8OCFWW
iFmG7BWFiUN0y3KzKBd4koACJEUiEU1N2ADnHIv13YuzdKog0WWO7KrkxWDsTTI9OKTTFaiL2tdI
ZLwAtDheCdKBoBYl0iFyiI50EIdAn11rtJvj7EI5VDzjhwsHLI9f8TqJwZteG7bYSeQTDV9pEHLZ
PumUJ3SHgoHbwY/QxzPcpqA9LI/vi3rEomzZ5BiZwGJFEvEVTQvQ4NnhtsRaYIchiqSZ6oyfQ3LJ
G7UszpuoQU697V9MwGPyiJQPSGy6zALvdTnuuqiAeZkPZ0SMUpYQr2No4Rgs0uKVxHexuQ22FvE1
Ecvn3WjolEd5VmAH6Jw1O8XtiWa3WbA3AvB4AWi4UCHD3PmX44GVdQuZthENCaSUA1W52DPBRa5w
I7OgyxCZuPsTywQHCCau4JZuCoQ6gUorweSwk0EZlxWM3MVKaBtfV73oUYwYcMpG9ByJQNSYdLXy
qRC2nK+KMEwgzVpCHH8XRezENTuNOKIX9EDD8DIDnXUZBS9zJiN0gaQOoTcJErLDFRwVmia7LRgr
fpwciKD3YglHBF23f8dqs4fzBMbZq8GLipWCz8LLIip7NmF6cQCLPRjpRdjE4nhGUOO8RtRI+oMD

jkoTSqhGsp82KV+C9wsRjglGspyoFhGxE+0abbKz9EUgCYYdrmM/wGJDznvO0eQhO1UxDsFWjNs9
MYz4ayFezwvlmKi2i+3yjeCjtrT/X7sUCJDYPQLyQEatpmtynBPlJEkl/H41JN/l9UACUgS2mXE9
Uho2BxLlKEuUuOvsrSf0uBRhz8VOsZMoeFD7yv77e3FAo3CjFbGOd+oVsnEJB36SJHVttrmE+gqE
eJ6yym0kaPul5CK7X0Hfh132zh+ZpB0ILWcW7FBMD15No/+bpyygxbbORQ/gniPe9QcUWwAhUF0W
GbZxCEaclHvbmGav+aKzMqdHpiy3wB5Eq3+wpQxp++fKanWkk5pO/nGfqek5/VYAJcnZELV4MyTT
EYfW2hiCt+G5cVRPY6YLf4nirkySIwkr9sGKDmcnJYIS80kJA/TMJhyRbEmqfaLlEUq1isSPyiTl
vgz2M3Y1v9L9Nhc56DsTWdBDvq/ZU+ECi0NqPsQy84NCHfr9lFFzWQma8e7IOgdi9lZAs5NKXZnJ
ExaH9LQW4UVIKWmnE/eBLMiP5roH6xd8ULzRv1xQvo9YWQqnh6CtFXe6yjmf7TouWi20LJerFLYn
9SqeOXVhK4k6J5LL8Ho3f/8I1/ZWHx6v6OPjdsAclIbuJ7Fe4Eu68hsnwHfPYC+Ngm0uYIEpcScx
+HTN5YxRvjBM/WdmrlYOhiIBe8he32gK81bVKJ5ApH6pUmFhggkBSLcQRxffGEQc1ppfKqTgU0aQ
QySbxKuamnwRBzyntS5yXONJ5Uq/S8SdIerHTaZ09FCihoXdGJweObJIEUpqdXjOQ/YQjuNDQ8WX
d+w/T0p/oijnlv2R6Mxb9X8NlWYsr7f8zBa7AmxZFkg5ainYgKuQ72ECl1AWxQnPPbMl3nwUyLoU
yMov3JM881JqR7C0LSQVUaSWuL5JGQAQR7AYAvSZ1oClck1Xf6hI6d6pdXHy12OdTf6loW5C/opE
fVjRC16cKNbdzLvIGinntNs2J8rNFJAsnuMAngOnZYzWbyv/NBLBSD+jFg8EfSWRR6zGSyhqCSr2
vMqQCkflsYbjnWnEml0SL1dzjYPRxqBEdTFxCg07fkPpyBEbbqTJPKli0DGPdBFbr6sbdiIZosHb
kV+xZtoYoVi06JKfzYeQd+R+jKsZ0jLZMWbHoBDRSypMURRvUZSsW4XD9HL7bHI6cllgK+dhWmqF
TRKMq7VWX7XqMeHHBIGl9MIaoxlSyCWu5PyP8QNhUJsxaK5UGouyX2a4FJ7Oyhpc8YsvK+tOKTAJ
qqIaJ6C2SF7Yg9dlzbPojz0txxRFHYWUThV3UpCRY71WBREHxu+V+nzmTyqz4+PfQKi+NvwtW9r+
b7i0qMZ3qRpPb/0d1zKYW5VZouRU0xK7ghEDVnTI4ib5scIxNQ7FVV1GKwmO22bZ6dlHOQXpp9Wi
a/W/TGSEeSFDLwErZf1HXnGp7oSzhnhXV2BtpqfVj097GkGWNFwsomicmqSOqx1d8iQlGQnI2JY/
EbMl3AI9/qF9zU0I328hYNfF9VLcEVaeqmAWPbV59qKg1AWdlTk192mDMgVS+yHvps0OiFFztyuU
Nbh9ROe/qEUmMTNDfZHeorfx9x36GEqrUjquSHCmaOPKtY3AgNWkEAFMlZA8HY4C5LJVaFN8qwlW
yBVdmG0Ui/Lwviit89W0/NeKmzs9u2i3VQ3ONV3K9Q2uSKmAlCYCYxY6tsYviNUpF1gYUqdTKYfk
bmIDZO6gRnsrfpkU4u8UMZJerkosP0Ov42dR1JAx7g/cBIti9s+4eQG+hsL14TwnIDb3EsvSmAkM
eIvUJCEXvIzf0DLKb9DFKhqSAv2ziA1tfc++S4D4W/GZ9KwdaOEG2PfS+98m8rlgNcX/VmQEQSPK
ZTlmICVq5UxtWGBdRv8jvta3fs45v0VmgIiAqqeE0GF8W1pNTxmBuhJX5gRJ5fmSGimiYc/8C+vV
vWa3qUsZEtiHvsDsQ4rxZ9LjoYorwuRzEBT3Zc8pkzlEbZcyoJCqBiRfrxx5yOFVa3aEb7YQkIte
aTLncpJ7bL0agg6PuFxNSdkCRyPkCUi/W1ATUmRqES5JCEvBIhx+3k/S42ebpBrxaPlHEuq45E82
WuolN6EjbDOtAP1WXPNGyuFQnXGoGRC5H95RJ0XiYBN9iecXWG0fN/KcpI+HVQrXHfuCNrXQhFNv
SmUc6dWiBiYVH++k7zwAC6e+1YtlZetlkNrNZjWOc5XkQATrW66rEfz+wMax+7GiqprjohqtPMhS
IUKs/PvSLIbwtZOkuNs2iyk3i+pd5ko+AGtIfSkvuEQLYmM1qXV4gAleeFlWHqRVMZwkJ2B9E7lz
tNEUw1XIpkyRTTUcYAu9nwb6NLRBFBRZFVeIWhkd6PSCLidWm+j/p7G/ILvEwgXRR6X1n0/cEyzr
lJf6zEpMdbxc8Wwb4Ya48XL2g/WLnvN07MObpqgzXGKcq6gf+lQ/lPITbUgAbi3FXk6cSs8IKONN
x3CcXrq3Aye7z7n7ARP3e9IgOqDXAZNnS8U4TpBrv3nLLnPqK8T6YZdV6iNO3+EBpK8MAuX9W/eL
bWhSJp96GAu02Foxh3t8ofGjqPDk8SlPwgYsvt+c/PA1d16dJgtlb8IbbnIVKAcxXwIi51FPJvxq
HRpJHeb87UYIY7rudOiEb4VZPF8Uwily6Cn2OwXkwgdR6Ys8CKGVvavUmbNlPXkR6tTq+C9DezW7
GT5kSK2d6EmF9BsdzBRMlqn9H0zK15MprJzcSQx0G2kZBHOrYjXFUBxfnRwj+SynHzXeol6u/t28
nFTy8nWbZmH7rb18sfl5L8/wQGdTxlG8JguB6lc3ZevyuhynGhi+prZ+PCmwNyTFGJB7PMBwh8lQ
Sc6UE76RlFbQ8tU6TcgUTTDeRgHCTQJEyB3HovVjc8HNEpWpdSAQbiECobfvF5M9J1qlkO6Df4pm
dAJuO09jepMGY6V0keB95uwqpaff7sph3+tsbfFNj8g7CaIaXsLEXpcRTcH2pnYz0l2XdnTOXkvn
fuV+Q26dPPn+NxayzEF+1fHJeAgyuXGtqYr2tDlN/YJYLUOi95OYCBzxOM12DQWcVGbjxB+Qtkgm
w9xVPifwdzoRoS6QD7rTvreXFtk22ZJpQxqhnU4vD5w0pXFEfsi1zv/lDtWD9v4xF4HprCqNp8Ly
ZbYxo1Kv7E+Aiot8CcuOwyluJDMabzVLypCzzzi0zw3CHAcIIuwx26mGRhazMdFK8TdNtEYZL0HB
y30UzUEoNDY6D8rXL6kqXTcKWTTlk9enhvKFDvkTlvhRzkNJiVSGb24JTwfdV8jbYeapbCEHwZNt
Khyl6vyGu5h0im3PmW0SgLR4Ul+a/AWDyHVugPe5tGCKCcymyDGDRX/QcSxNQyNXF5VNtRr8dzjJ
Q+r5kdv3zEy8UcceXwYbHabA4ZQnrUOM6b+p0hgvDyk7LXCm2bJHxRKMx2+0XNWK8+21aq6lSZqv
SW1m13CLk5zyCtYlvu0s83jkYk2jtnJYvSay819ZNGWNIPvOhBpck/4CRiCDI6Sc+UNAWWGnZ7ug
H3bBk0+fKiQcrikn9rbDHjRBr1OKYrh3lVgsu60xz6IT76fG+o3V8Tem7SvI1YW5ragIbyOp34Ct
JjCXpsMXJjyt2U/JAdT/T7PxRRKA8ftAvWWr4zZNIinNMiDwTzEWqmR3ZWKvNBwVlKWymeSfmGcY
j8+Req/0D29C+iuck8354X8DxwBJ/A0KZW5kc3RyZWFtDWVuZG9iag0xNCAwIG9iag08PC9UeXBl
L1BhZ2UvUGFyZW50IDU3IDAgUi9NZWRpYUJveFswIDAgNjEyIDc5Ml0vUmVzb3VyY2VzPDwvUHJv
Y1NldFsvUERGL1RleHQvSW1hZ2VDXS9Gb250PDwvRjEzIDQzIDAgUi9GMTEgNDEgMCBSPj4vWE9i
amVjdDw8ID4+Pj4vQ29udGVudHMgMTUgMCBSL0Nyb3BCb3hbMCAwIDYxMiA3OTJdL1JvdGF0ZSAw
Pj4NZW5kb2JqDTE1IDAgb2JqDTw8L0xlbmd0aCAxOTAyL0ZpbHRlci9GbGF0ZURlY29kZT4+c3Ry
ZWFtDQp42pVYWW/bRhB+16/QIxeIGO0ul8djkjqIg9ZVHfUhaPpAS5SlRpcp2Ub+fedckY5bSAjg
gHvM9c18uHwfvp4O1H64c2S8d+OF0M7HAM/+zQFVnq3TC4NMuG083gr2RS35tRSH3SDM3f08+D
q+ngj8GDSLA/S/DjgCtRQhLM9J/+rVf0eutS29M7NDatkp0Z+bRMFmfq9uO0sJfqtnC4GOdp5Vhz
vTWoc45uu+StyeCv2NEOzchaCwvPsMurVdKaAla+8xE8Ma4gXnsJW7swAdZVwsbkcLgR6SSvgPU7
0vnjJINWJyx6x4fvwZQA2kZoQHOAGz7Bv1myMiO08ontacTKkHxS49GSDa+XaZ7cNqaEjQ3toKt0
zYzQ7jXdWcFfn2xNBlpH1qf2ZFRtLLqAe3PZ0yBRNPCgz0HLHazm4BOuvgLgf0CRV+O09AzFFfpV
Jhuw1iaPHBxExyb10LgCpH85ogsZGFXC3y3pWuMt8OcH+z00Pk/qIy/iB1w/csCWZGGDEc10a3L7
O276ZAIiA5oQ4L9bU8He1PjkqwpyGMIFo9HuCIcNrOLpzyxBjSL0HgnhugWr8pM2y069gWxH3B2k
YeIgsmOyzLEHnnGNtqPsnSYQhCHI2pKFAc4eM2XPeIB7Dr4OaFMGzhZpgTbhSQxekho7JoPOQmhc
DvMAOVQwQpZNs2xoitBDKRXJO44AJ9OaYRyagNAdYC2iyXk/wyiiT2g2g3jkO23NWzNT6NLOSClC
nVcKHgotEwF5RVo3NeUGHinpBPhKJlQkwoFuCQKerlkOX5XwcKzmmkZ09Y6uxkINGNoJwI+23KP6
HCNeUGlSwNGygivUQoViBBq59+mEJJcnxeeWXAqS9Tu6LjY0/eL0pNNTGpxdXhmwY3kW0zlfguor
OJMnm0fi4y3DXWvFwBmqQiqVI/vYy3o2+FSKcuG544eAttQkJ72Oo+iE4PYKCEVmRhqkhkVmEBxj
XchqxxrPsLEOV4FvwuLk8Heta9nbC5m2WD7QgkzRY/ECceQwzF9IxbwDWiy6pgndQJvzTLQXYQa0
4Cvpxz/REyb+rcGoTsmTr5zoCNei5YBhepbETmBVJKdC4Xw0HVBbwgr5nmjBcjwjQSE7gaoxLzvS
6FEi6bTKrZU2x6HBkBzxI4MARBQxexwIkjYJaCNtKEkxyUvYLiaoUME13yModx5BEZlKstUGyVgq
fdNAF8eAofNi1zfiFLjwzRBzQ8ninUwLCnk4EGXQJ0jKlOJjq6RrO+1sUiTUWZhomiUv1kRFaw7j
gu7FHoCfRTL5lWS+o9wLyTV0ouSGoZiye9cfcTaB+x8pdQCuShKbysYCCganA9gopXsFrWM1HtOs
V7bMkZsDWpZrBA/duYNDPFfGPDfpQwH0l59FVGEMqg+ctk1LBj3x0RWjzIQRWwXlGNzLkN+0P26p
+Sh0JKTFMS3n0s5wNrrDKOhAM8I2iCMaShFf708TYa81SWZ76S9PMUHQdv/KnBYwBbCqQ9JsaFgT

sIVsGkrOtWGZxLvswH3kv1BQUZ/mojll1FtO3t7syqdtnEIvaykhd+m4OGNiG9mArMQzW96n5jWb
xb361C5scP2eLGs4D+xO4kvN02ZmTjPSistlZ3rVRfe1AVEOc+dY9hTENQXK0rgxMUjdyMHhdQYe
IdhCwSSo1ukjO2nnnCtkanmkeEsAWG+MlcC0oAVP+9otaZa7BKYMZn2B6fqGDf1wDeEqk18oXOLJ
DTUL9AToskqLS4gX257tEa9/SbxCRtIK5LnktCrZfamcPZ3phI5OHrvD9fduvW5jI+aT8VGlTy1a
ZdharCd9UsUROSN98qRCGn2Kj1+4bQHhT90pQ55UY0yJhlJ+83/zWpciRGDGrTGwRGKlqoLtA7dU
CUTdzujZuHzhyoL4WnijleUC6dJRG7qsjrMKUlie3+seS2C11UetUBopcLYJPDbkNBhm3ekqBHoB
Z+pYRK2JfOR0Xlx18WRGExEOEhNAkoHnA1XYn5z/vxHDXhnMmRsavilhv0TlbcMPh4NOGV6eDlbY
8CUhd+bL6Nuxy8svVjvUgBqDZsADn+bnXhPTOs6qAWFekPkyBZhL2mJWgoVBZsGWBzvprY+sWafj
2Bpc9FsJzof4swJNE7RgIdoujbSKmPNguGm2FGHB66DTnojhHyKa9olGziY+l2Abh5sla2m46njM
eyazhZ474fQq1dNw5XkMF17HXiiEvVhRAs1qxkuHuExH/I6Tkl3cg2Z8RgI1J4hiceLHveGfOs5G
Iw/xNXXbPFAkRDpTkmTZUccjesEzwwJTKOulFDradUqcIwunrH7JzRU9xraKgM95jtW2IS/kmoO1
VJKiwsEKFa4RYe/ld4KjtklhoM6vDMsXdUFbX4h1eg/4PeGx6z6bhe7qb4YL8Q3cRkBqHUbijzM8
6b/yPqCttsESDhrW9clRexrlsnB6SHNtXYAhjnZVb9CMLQMfPbMdT5Y80+y7PzExedTbbuEJ7/Dd
ZrEg4tZhlZ6N4qzUkWLv+MUVupb/C4qljW0NCmVuZHN0cmVhbQ1lbmRvYmoNMTYgMCBvYmoNPDwv
VHlwZS9QYWdlL1BhcmVudCA1NyAwIFIvTWVkaWFCb3hbMCAwIDYxMiA3OTJdL1Jlc291cmNlczw8
L1Byb2NTZXRbL1BERi9UZXh0L0ltYWdlQ10vRm9udDw8L0YxMSA0MSAwIFIvRjE2IDQ2IDAgUj4+
L1hPYmplY3Q8PCA+Pj4+L0NvbnRlbnRzIDE3IDAgUi9Dcm9wQm94WzAgMCA2MTIgNzkyXS9Sb3Rh
dGUgMD4+DWVuZG9iag0xNyAwIG9iag08PC9MZW5ndGggMjA2L0ZpbHRlci9GbGF0ZURlY29kZT4+
c3RyZWFtDQp42mWPTWuCMRCE7/sr9pg9vNtsEvNx1GJbBAUx0IP0VPoWChbspX+/Ez1pCSxk8mR2
5kyrTg9PZhyKtsx9JmOPY2xtoTWyWdIQuZ/o6JZSoi5cl6CGWTwuy0eZTJN7kSlC3a53MgUteLaq
1bEYIJMpg2F56xtad9pjyycln9QymzeNjUsdAdJl6c8HzXQG9ExD/AUaNRegXlvg0sZMWesgX/n7
wl5j35q+n2jId94HBNjjD7p75ED//L9/QnH4WFBfRn23kv51Df8Hd309mg0KZW5kc3RyZWFtDWVu
ZG9iag0xOCAwIG9iag08PC9UeXBlL1BhZ2UvUGFyZW50IDU3IDAgUi9NZWRpYUJveFswIDAgNjEy
IDc5Ml0vUmVzb3VyY2VzPDwvUHJvY1NldFsvUERGL1RleHQvSW1hZ2VDXS9Gb250PDwvRjEzIDQz
IDAgUi9GMTEgNDEgMCBSL0YxNCA0NCAwIFIvRjE1IDQ1IDAgUj4+L1hPYmplY3Q8PCA+Pj4+L0Nv
bnRlbnRzIDE5IDAgUi9Dcm9wQm94WzAgMCA2MTIgNzkyXS9Sb3RhdGUgMD4+DWVuZG9iag0xOSAw
IG9iag08PC9MZW5ndGggMzkzMC9GaWx0ZXIvRmxhdGVEZWNvZGU+PnN0cmVhbQ0KeNqVWltz28YO
fvev0CM5E7HaC299cxx76k4uPpaank7TB1qWE7WS5SPLTv3vzwIfsFzaaSNNZmKb3AsWC3z4APB/
R69nRz+cGTcyvpi40ezmyIwm4Z8Z2doXo5KW3g/mq2Pfs8uus/5uCxcthjlf8x+PjqdHf3n6H+y
gnm5gpuU9CSukJl89udw1jf2dcYWZrDvKDdFm23ysSua7GbPvd2kqE2yd/lib/9ylrGucOWonlRF
a7H5WzpymT3c5k1RZR0J0YpEb/KxDz8+WWvzsQl6mYYxZRDUh5Ereml4pMkeC54wym121uV0jC29
9tk6zLDZIvxVhTn3eBjmTMKPN2Edly3pmdXxi7zO5js8kmEX9BctGETnvevsTq4Jz3Ykc5k9kYxx
cZKizW6voVSS0mYnHe8oUjzkbXjW0VI2nIZ2fLFSmHoShhm6HBpGx2mwvc1wUOjtab9bMz7I4UZV
OykaB/1/ymg3m/0SFs0K3nJa5CSGqL8IAtRBDPnDxOvpH0GbrLR+QDgvHxeaWA3n08uwH96JQhai
uvd0vIqO7Hk83wT9sDj3j3kdJllYSomrGLMW5lDcI16NwzgbfIKsZcIbtVjAhUdl1uCP8TQMc9lH
iP/rOC/DaY8hLeztb9zhp5zX20/R1gd5/Kgqw48aij7GDrMZL3PMumEl/PSOtX4aNouHn5EGy+x1
v1lcsSbvNSa4fj0Kxw3LbxdHN/8qTMVeWtmqcC2EeUMbn7JpncG+z9mW3+Pgs7wND8Yk4ocgltHn
UMg3VPANnDGTZlS2nuyNt/yVzVUMeXudW3VIJ5a+ZJXcDjyGJTyGTi7OefcZzalZgQbo4aNcwSl6
Hw+rPPT25di3E39ssi+QJbhxnS2WQaAm3b0l3yRz2i7gIaMgTEMrlFgsCHGzpL9MmEYWtQBKXfcY
1oQ1wn0Nz3kThK1VEXD8FRx/wyr6GiSJTvFj7r9tdP+k8XDXE7E4A0GKsJNtoTc6NO0RfG1sWtLj
TpUzJoPbsh+t+S0hZsBedxGO0JCmPW6CbIU88D3f10zNh6z67CyckGd5XoJ0sw5Lh4hDmlD18tno
vsamqcI0wdMtL7tR9fF8r4MX8qAMgEyXvYI7dUtW0G04lcVZDEG6C1LcsEg3mBfkp2cP2OmW7aKL
S7I7UJwhMMA9tHopUcpPYUVyOFxdsIs13+1iu+LNn/j/PW/KVqPSB1XKTf2FM0OsDS/0Fee7xV4x
qtSqPqfPfs49W3piThLTCEGDuIyeJrvs2GQfoYGO0eZaIsmnPBi32vstW0jvKbRJ9E0aPue5cgHk
YkZHwyvSMFsOV30arLrAq/Udu88KlrRJBy4WeaX+47NXGlySdXcs2U5PTAttbyncW5HmiQPAPd3w
K2yrCyjbuuUjyBLJViJnJfYQfOOQ67UBLXC7YtE7jqpfxJy3A7pwhyGiEDjCPT2reXNGmESvZLyB
ptghZsp5ZEnhc0MD+qL3BG8fdQHTHC8uuPZDLpbDJGr0hU++VN7iYE5Bnqv0wr+wxXZiETcFM5v9
Mcu3NYU21pX9d8xyLe58TBpcE7DQ0fgxO7A7Y3CQiHEZ/nDZu1OG9sspD5wosXTZ+WUwLh/CIAeU
Ex4s0UUQDOuuSVvB0YFgCWOJIxg/FgAcMSfxCDjdLZS7i4iCaWcaYYC6DJS1/DXcgvgVvVO2uoBI
cz4AXGB/0/RN2LyUnGO7Ye3cJYYBA2wUTp96QK5MhA7BgmsKC/KKGW6Epwe+tG4l/kn/P6mBjk1J
sfSEkbRmWmtUhBgn2hfjB8q8fibWUih0pNjJRLH3FGjaZ0CDEQs2n2dwI4cTN765ySu9h3kMm1Xh
X04riTlfwwFjnkGuvZhj3m7gbWw+/SKT/akWXWoVdhHAicgWVqwUHbCXaEbhbWwdsi6F0piECOYx
lHrWiycofXFIXkCOA/hNoAo2IMCO5TsEgh2eSXAfroZrFgf6M9coYxURd7g/YM/2HvodnmiOQCgH
W+JIMLPesaxj7EriYTRqEdspq/NDrxzKuxXHlQMqJieA3tsq7ylW8zdHpj6ZrDkKwX79QVzC+zZS
ezHTLcjoiHk2LhNrR9Y7ustZmKBBy6ktKEjP0PyAw853fb7cSjj/nNJl8JbblGEv++BsetbHkehK
xJAAwkwFF8969yBbTtPLA6KJ4QyJdeH+PZpUqnGr0YSUPq6I41IwYXEuLj+wfi5OaTEXggo5Fa2V
/caYLLGiIj9ZLxgJIufxQJMyLgvy+pY1L1Hq/D0HjBk/Ow8Uemyk6nGvhQhIChMUk7rnSgQULDQu
RB4bQYktvKx7Hiusdc6H6naM+ovriLAV5G4QXmVbSl81JFtWW50bGxYrDyS7fmL4KV3KKa4hLSW8
XsBfr3nZpVJfMTGxGgp4UpPYLnMHJhtOTc5Yc/J30QXtlxlCznrEtzO9kylsxEuYIi7mMxZ4hkEo
bbSco49LJYstFAUlWNZ9lT4q8kMYj6uayP39dxiPbxTyyFsqOspaE9LwthXiA8P6wNf6FiTm/ITD
+G+cTyqjCRPITDsNDWVfkcJuYqKbvmzTQG1OiP8T1MajJ+EXKlkEgCYdrq+QICpm8hj6zTHUNdiu
zmFP9MjhkedHE37UDh8pctJmjUR5Efi+T300I49piyjuSoL8YebqSqvk/UxqQZfvQoYkVPFyypGE
TE4M8pyt6/IUVZ1ZDqLcItA5ZuOKio6v6z0bZxfwoiwGZQmbnXN9YEA0H9IEWZ2WbpTPDJtlwKKb
+znlX8J1linRGHFF77KQiEmCUHLYp4aJIjveZay1i09ZFM6KiXzFDlKj+0sTbA8+QK9LGX+A/l1V
VMJl7qO5mZpsVhN531NBTuSrFsx+mMiPoxWHBD7nRRquwdSoqiLNoccaCTRF4octVyecpKVWq85Q
5zzhp1WrDLYd1lJiLp4kBfEsMvKGR4b/1XEo1ipWPQK3F3GXqQwCmY3IgFSaC8RXMcTzwRikEmeL
aTBLURLAe6mQWj6lG4hZS+a6USTe+xZtQE6Da5wu7voSTRCNaiceWWSbwoWxkChWaF3Cp20JaUkf
kwREfH8PVOPM5tD24zDZpZgBr/rcn8/GCtiXtIYnu9VpLDIp3nAORsHmOkeNhbe2kQuK4y4lrKWC
wDfm2GghZ7ZqPMLbQLjXS47ofQEzra6whJUat4b3jkOEUK5FWuURGb0G/wMucuJjsyhhAy0juaUa
fN+0EYhUcKGzvF5wF2alXMVFHBe+/RlJJKGSBvjilcjI0feCagt0+Wvw2Sk7jJYNl0I8k6t9EdOf
1ZKxTJvYvMXESgK8O6iCYetwTRIwyu9UXdmHo9eGBIarrfVE4jjfWMA47UH8Gn6d/iIBPS2AA5iF
6NGqlthnM2SfaR0BWWy0dvG8Gq8aBn62zyueB3B/1NhK647Ztl0WMzgXLVzOAxb3IunBzh2bvKZJ
YK5pkeqbJYzypcJ9YLXODnT+lu3hIc1gOvbYeLYYGBj4pxizSdNTGUrtoxpZR7mnQOQitqwKIxmY
dFS0Eem5cZfyNxTS4s24iqs7reapWzQVoPS55uZSOgqDL3KHfqWTjDtEgj5NHftYWHgKZl5xIwOK

8VqO4LyQgBZO0SkR9qLDDvpZ9XdreLFSqI6LxuXATlzskHb8QivFC1TMw9SGXbCWgmYLjbQSXLs0
mj/t5Xa+ZAqd6l293VXoZ/Z5qiSt0esiKkZFTHOh2Y5Ly/XzMsN9jm7zvpBp/SR22rxUpxzry6nn
bJcxI0tSLiuaamJKruRvJ6CkQxZMcYalRWQ53Uo52dgaQdVSssUYTWAiEEKp/U6b6mGPtOTFhYsJ
F0ljmyC2GpCs11J+rxDBGNs98x8xvrRbrKIM76VjsvufLWxnuJsU+dxGLObYROG6yH6EjhPzv9H1b
an7RAG38RvpjiVYELNv/Jq2LHytMP0ZQDgKNpZOL1ujf2P2VdKzHDd3HV6GUqKLzwLlWPISCNC4J
ZT1ljI0wYkV1jOku6Y/xzFjwliSF+E9MU2iQB/ad89KXpxh40hcxBBRtUjRttKpF0Xu9YcL92Fdn
V9FY+Yy7YW6B2ZFLl7E0G/sHGHGy6TtyWhc9tJJtJ3X8kGGjPbSekzdog5TKLWvycTi3Bjne/CEN
aBJNG+S1CBGPsOUFKojP6TV9ZDAWHqom0Og6tTKmCQck8KbyWR7wFdlgGqslnyjxUUoRe6fXvMy3
+z5y5CuZdqP9VDYtaRkI2ZCIUolt9iUjMH4UqDbPmh0QFp33W4ayzwMCr+EfTcrDANO0gRtIzney
kaKvkIOkYPwEqmjkYwQN+nd9K19Ju+mv/oQzcWRwIXEkKNXOaN/mH5Q8T/TjnOQNvk+heofFhwzu
WRXLskqE/33kUaesx5OPOSUsHJm9lNEcMIoeOXzp0nIqvy/lpOaCqKv6TgXJimcNq5xcieaW2fml
fl5FFyf0Ukccs2lKD+09PB+9qFPe4Y1UN50Fx84+AGHesfFdvOWDHvNsLnS65/wVs02sz4stdZpy
JdV6wEqrsMKHIxmBgXLrW+2R9zCkSjgGwkmRFgmD1k6FExxWpzDexQz3ZAPlDL7RWuWDjxT4WZTJ
Gv4chPLS1Yt8zfUjntWMPdeIalTe8LUOHVUqx5g3gfvGrwpMv1rsD9SpFKj8CrIB9B7gJLu8xDDL
9UUpBNaC1bLaVf4sj7cTsmz5AqWKLRqQatkTYX0CR7IsZZlrn8QY+TTNkSnYPouW6a2EIm2XwL8P
CR6UdjsJ7DHNZ3nnceUHPLhOj9d/veInhUkjnWWT9IaZcVKavIssfTPgcgmKtwmK87LoP2go/y+j
6U9abGS1vGaOeD5DtjBVLxL//9D7pcvExcOoGfXz6riLePc7po2y1/scPh7mv2OuT88zFCx7cODp
v1PryCgJlC7gH4zLUp08KAQYE78WE0IsaWo3oMimwWdAyWdJJBvDi1URz89AQ89irRxf8SAoLvPY
Bo5148EnSdrKjJFVnkZKZpoGHzUJmaj1bl+QCQ6oH8DA50qWSFJxGllNnaXuq17NoEb3DyQCVU2W
Blz7dlAwrdENMOLUyNhEifigq2+09EC4SqqK5cGxnL772juUBwslsMInfDIuEp8GeZLty4/cU7CE
5kwgyyQ9kg9deEG9mp7U4umdGlRSot3FAgAtHJ30hh9wQR9F6FoEijILQ5ToK1XK8Ao1Ssdo1gQm
QBo4hXgUIT+iBjXJlQ/IpeNj1VLzlCiP0BCukpEnDJpY97mxL3nz/wHjhZ/ODQplbmRzdHJlYW0N
ZW5kb2JqDTIwIDAgb2JqDTw8L1R5cGUvUGFnZS9QYXJlbnQgNTcgMCBSL01lZGlhQm94WzAgMCA2
MTIgNzkyXS9SZXNvdXJjZXM8PC9Qcm9jU2V0Wy9QREYvVGV4dC9JbWFnZUNdL0ZvbnQ8PC9GMTMg
NDMgMCBSL0YxMSA0MSAwIFI+Pi9YT2JqZWN0PDwgPj4+Pi9Db250ZW50cyAyMSAwIFIvQ3JvcEJv
eFswIDAgNjEyIDc5Ml0vUm90YXRlIDA+Pg1lbmRvYmoNMjEgMCBvYmoNPDwvTGVuZ3RoIDQ3MjYv
RmlsdGVyL0ZsYXRlRGVjb2RlPj5zdHJlYW0NCnjanVvbchs5Dn3PV/ixuyrqEcm+7lvWsas8lYvX
dnZqarMPHal9mUiyo4sz3q9fAgcg2XIya22lKolabBAkQODggPr26u9Xr345Ne7IlMXUHV1dvzJH
U//HHNmmLJw9qmxRlkdXy1f/ys77m3xSFS4bjvJ/X/366uTq1T9efRMJ5rkEN63oSZCQ2fzqj/Fb
P5jXGVuY0bxHuSm67D6fuKLNrl84t5sWjUnmrl4yt7H1UTOti85i5tM3+aT0c1+8z7vshP7fZBeX
eVsYr9SkqYo6e+u3JDvzj+rs4iS3fsDxVe78JxpQFjb77h+22S1p32V3kDfLGz9QnvmBdeMlfidJ
vf+mzjY0zPE3lR+4xcdbL9dkwzqfGC936OnfOrvOa/8dD/FfekXKbE1z1/7F9YCxSz+m1R18zOlv
/qbM5qkO1oshlWUglthkp4Nf/ZxMb2l2Ur3H2wseris9vueF7+Aka94T1quVIc5L9tZ12coPpOU9
s+RPbFJ306J1sMk9NOZdIBnWzyLqfMmdOkrn1XC8oAlUJBf64B9VP9yG5Rd8Wh+ZnPQtsYbXLN3P
4V2XH0x5mM3JESo8guh+hU9hP423xl1eRVMa/yLWLQqyvfH2Aysuuqy89Br77bwIUn8FlW/ijK1f
c1uw+Io3oco+0bc1v17xe4lXeMHVWLfLLY/rYfEBu8nKqlJv4avQYMPbIru5vuO9JS827DIH2dI7
QlPDlt5jSN4Oy1tvaQUlOYuZ0k4cD36GUle/hT7wq+CAEzlr9IbzOpe87yUWU7F+E7I6+a2l80cf
cP6ib5rplKxCm3sdZB33C7/MBmfWBx7e73scg/WKPYPFlVCGtm3SdV7D494ft3CIh/AlzfKB3m9I
DBm5YEviPXIrWubfWHmLebyPldmEVZ89QkF8MuwxU+xMx4HB8aMWjyaXfpjL/ok9+81rCzld9gY2
vOTl/MmGPMB4ld/8Bsb7nH221iHAvOOT/0ZnIw0u2U6f8Ojsyq+0oRfKzzm9YvzaO3bGF009bY9q
6+Nch6kbeHLhd8R22RUMdIsjTLtp1V389q+X+cQiSnXkMqq0Ru0P0PD4zBvNsAM5hPrWf0WCRDzp
DtmdxFXjfYL/ERPDM9ns7MR+qIkRtUp0EIdZscbzEG1Z9tIH9sr/K17/Q3G3IQ9POtr4HoF4AdP6
U0OhAuGtGcu3HCRNOHI49zcccuR1n4Ky9RN2RacNCpeII7SYX2RliMYth8kDPMlMCV6wOR9hzp5P
5QrS5/rMZ2POMw4H0WiQWh7ljrIaDruE3xmilSYrTqYrjA+ZwNWaAnwYyGaartYca2SOFW/Sje6c
bQqkZhPF2FbypYM5LJnDUtY9v/CubbKP2MJzPmgnucsuAAx+DxKQlB2MjcDLM4l6Po27kvdAshsZ
CeNFaYltvBMm+xUBb8fjVmlKEW0d9HwtUccSVrAaSOgby/YNyc+bqDrApFXn1yVZul/g+G1ixms5
r/jYORBkISgx5HU0+GzgAziPQ0e2tZLlHvABvkInzoMRbydGO7AQkultmso6zXydxt6KAr3hLRQL
BjSgL52eXeB4X3LcvAL8g2Jv+K33CH4nOZ1QBAtJmids6bcRfHh0pE5BSfo9izx/x6pK2DwjCWGe
gna/PCA+VrUtphKa27+MjyxYkt+AfVxiazg2Nv7xO8584sGXlxT71JP4bbJhxYAJWyAwxLTRKe8D
WDEcQBo5VgwlxTT0zZI3HV4+ZWsbSlYh7tF3aiRDHkDjG3YR9nr/XsexbxQB/TMKa2LUjmMCy1XA
xaLW97zl3qcMQ+vckGMCh9jsiR9bPZVzGUXxcZm37IQs+Qa7ja2kKNiTHKBcG16jcNkBAFcSL198
sEq/180I/m4ZyoqTEyinUO0oVC8ihO8ItsE2KAxiXeEIhtNKZMfw1nDDKg9zttMC5n/KJX04coAZ
jki/y5PsNE4zlnznC7DcUy7lheO3AhaSMRLLOIXc5FAfSQh47YljGfS1BLItapY0/+Btkknn5hHz
ai4JUNpykozQkP5ZkmD6jyIBOsHHZ29zxwe4CQAAC3uxuaxHc7DW91i5WeQWgs1kilsNaiYkgdkM
2RiVy3qN+g5uNU9joEfNmvCS2rhjjNuJB0rKmKAiQsqH4zBkxby/5vR/wQLIeQMkJqmik0ksb+Y0
L7UYKtN6oue4kUjv0uToILel3NhqENTMyBnXJ0eL1EhxiyPDy2Nf2flEL2xB99fY0LHnbzVOcLks
RTJ/azgIHnOGeseBXcMzR3tgWDlu7NNaY19LWS5YcBOKC2ddigKdvlpHwCMwUIof4i46CTGSwHtW
VGy+oRdEA1rMed4JBG+Csnx6BNpesR3OTqHZqV+AjUg1UcevhGL6N+izS+vjDVe8sWDCC9cs5l7r
/ebleN6fkrL12lSw2ew+R0kuHAMh4DpiWA0aLcW8LzHa1goNfDZqtFJTjLwHnK9ZvfuUm+CvtKyM
HsKzvIOLfsQWoVi6hKxaTtKoTh8oALWokdPILDmBJjr/yMXpO2zi2bE/CL8HlN0SXviO4vBWKnhe
zIwB8G0IrunAXoK603Vm/YZjh5S+AMM3ggexUz60H2Kk2vukxLLjBZQARSWl7/Log+Q13oZC4oX1
JRqiRYIuG15XzY8aPGqTR51iUMY/EzaRwbODwVDpfCyTYtHAYaaqIXLPs8BQGoH3yKeETPgpBYJY
MyYxS6jAzjuJ5WKRbSllIknzCUbrQ+bMwBlEvyTZnKmeh4By2jD8nWiROEMJtFOWqeTMIGdT4FQQ
qOelnLawfKyu5AjviFdAiu0XwQlp1g4I2wFUgPaR6pWKFM4IVidzcqwks2mp/fogc5Gb0d5LMdhv
MNuGT4tktlk8321ciROiy8YqKk1aE9u2SnsyvvBVQjVCBqL3f9IgK6nhLq3bZQtf50hLJJjLjFYT
rYeMTq0oZllzQtzkCC4JmfeAYYmWXQxrO07C4iMj8g9OtNGyim2+J2NEde0UATrF5OX++EW6hcs7
xsKjumCu8GtvPOuQlKXKNy4QsyAQ6f/pQIapnBp+KmmB923JjPuDhp86siNPoVRFRcvgqhqHeakY
E4xkiPZ0TM/es3qraBKIUZrviFPrQ8yIRkBrWCnzj7O0bhxYhZWirVLq2MBFPylAOTCmuboNVYDE
NPM/YpqplLFwY7dcbrQ0pTFWC79G+C8p/I450hOv7AtWqrRPaL4q+8DLkUJVa0OOOFWSYyG7huya
CWWRTU99+vMfPkENlMOKufl7cCWXEk5NycwYhRcTTrDTLM8YxpRaYJSxGHTCvFYg8LBGJt6Fw95G
ZslKULjJcW74CKaVr0yhRchhfu0qq0UBKSLE2yCe490wW89zW8ArBeghc+9pIvusYTCmk6ZwgR50
sWGGAACn5FHBEYkarbBUbVjRsV7zNjfizXMw1YgH13eMNVZpwRsqEzZ+CFmxuLmQSLSInYZShxs+
UtOUzDZpkyM0/URlrGxQk54OqLTnewV8TxErFpNBD2tAcxpaxbCR2vTFJnR1UY+q8GttQjETQahA
2koIh0pDrjiyzmTpASO1+mo4S7cAAChLmHao94gaPihL4e4UlmjfY//Y0of3HANPWKtQD9gAVCwo

lJaju3ZNdHnMlY44OIIhHAdDp2uUloTTHBZpU2nmnVKZllWaCBGre4wSvhBvPinc5X0VFx8x6cwd
VpFKerEN7bSoDIwYTr3YslG80RKSYSiFOQWKo4xejXmOz5mskm2mCYsyVjtOLmFlclr47a85Km8e
AfnfxycI4/oNjmGYNQBSaVVcnrFnoMGiXEhcYMXMTSuhUXCk5SCWsKyhx1iOKJqWKeUmUt/4Smx5
nwd23YTvFuRFgiu4jpVyIeSiZ3zRVnuzukwBI5W2yQcuul9s52kZ7g8EAMzHT01KejyqaI1JtjHS
6quDpy094kjX3jAL4CWEPZtFHm2nLR0FRZ0kqpu4XBYgWJ85a6uNpP3KFUN7xI/5ngQ4rGzsKrHk
RkmnJJjEKG1ropAeI8jH8Y1IeuJEaaOS4FG1w5aU3CO1jeU9jT61iC7Auyh1+4T2Lx6iRbrEg1sM
hOidkAa9OBNSuFh3dpujiZa3sejd7s2p1Y6qKEABoWy2BQBZSzwoBWvEyxtc/KD0l8JK3aOPwkF3
Yndk4RMpyriqbzTUKLgNbR2rOH5g1LRmaUwoECtaFenRKZO+vna4nzv2frXgZNHo9vEWPMgpxiUN
1uIhMrwRYYMEvh2TrLF4dTKkDrQfJYz5gdc9yLesgKVRmhGCKKBueja+uhDWaOpOtlb2GX3PuxHd
LeOw0lutE8oiLDhB2Kpw8eZ6y0LEcZNKJfXTNCGgfC8/guHgEVKOm6TZmapL3SUThqBUUl4ES/V
ABNigaKtcYAhSa1edTjvOdYGSJuY0tSEQIYtyKRZRCceK+ev804X0hbh5DOob6ah4hZPVWNrU+4Q
W1d1YGqWRGx/SSGCnB1vqFqOTQSFS27YPqRs5Ta9suLRvLZm/OtGe4sv8CU1Ym1iITDq8T8ml6Fa
RE+9KlSbSAH8CermNm1ZqrFKXpRR8B3Ek/UfR8TnOiVr1Xi1ETQWIdFufJugNmG2AecaN9GkYf81
uK0GRXqpoZL0D3wlsD3Gp4OOcDkdnV+pd2CZx3g54Vl44dh0/BbHDjdWLj6yPd4jRwr7HbgYZ612
/ANgG3XM+1EQHOHVvWnnKSmEuunr6BZGHG8lI1eBpgFV9lU8gzDvCLnvZx/M+J4m0wO+FtiR1LXg
xa+3IXujN/CRLxpec01+fSfQHEJij+OEje6BIbctDjCdx2N6AfIzdqPZZyGd3tBo04rPxfM2Ro8u
tlwS9BhbU3vfBZ6J/l6OWP0hphmBjeMLixZ9a9qenV4bSxrDmI7CzNdI6dmAN3+Tr0FgzHGuTVhQ
LX39P5MbC63GqOAbPPBD2vDZpvhC6NU+hWXjSQYx9yzEYuhXS48nSI35YCMXMV9sY+KXhWX7EF3N
jhtj0tWfWEMJRcifyzOo00gDWQyJFPNLBBBggKybpjChU8ZOpDapAxhlrqQhx9N0IfOJVETqPiFu
OjkmSWVmTeSOAeT4KRVly2HOEPFOCyHkkolSu6JVuAxo7bTokjKL41hBXEkXx4c5AwVXyk0FAfLh
tlBgQNbLDfM9Lzea6Uy4OUkFoHSB1ikFn1Y3oaJ7huOUS6LZa5swCWVoZ860HI69vWego0O1aMfg
C8RCHZvCoy68JCaa8IFN77cqXmpI0tkNb6G4Qv/ApNutEmKVzkK2EcaqRv4KgUn2Gfc2pXXwnLly
qlHAvpo+KX2EJK0XIbq07NVbVk+Rpg70ZzyX5hAT053y5kf0BN8fpUstzIJmuGK6UgyTspeaKgzf
ktnD6A5eTt81sg3fYDxuCWH0Il6MNU0a4hVgmqnmM5xGKdsfIjtnmhB6491HLCBQeeGIgL/lZtUu
tLhLKaCqLP7qgGdW7g0fI6mASxb7s4fTxv6c0MU/XVnAtIFFN9QEOA035pPemy/fmWNfHHgJ2lSd
UolEjyYlSVIQdFVRjVbbtsIyhuvrgWdM8CIuacpdkqHIkf29uFL/Q3JDoIqFYiXDxk3QTWTR+UUO
FZQd3mqLnFz8+BPn3PcnaS8UFw/SYMNatMRojEtGmjVyWiisDmlCoEGPqxmHHbjS/YQPBKkTcoRm
uBDTS8aWowDADxHbRh0oyVI3z9m2PkyCeFa6H/2WIEhNCfcdm9nX7XpPS9pyoPmEVQ18W7vXyygT
Qg+ezi0x/0UVb8GGznKJWFfuARrRd88JQ6ofkad6byylRETwNgUNosH+3SEeGLPU/ZjymMR7DqPr
wHIv+v/xC8I3AoLDNu3TPfr7HC0AmAHAw1aqLanCtS9Tqi/EqF412idM1zupCKs8RJDcyj0PLUdR
nmzk9w4CbsNFDxchZZ0U96NLexqdw4+AIjSrmoi31vr7pIThtlIPSFt5nVLnynNVTbyYdg0Z9fPr
6/yrIyHzJTiDihp19OfpjZi9u9mTutZrwYqqqRuvXLtDo1Wbswd4gDHhNvOzxmrdxF+WjMp0Cpe1
/HSrjtEytqSJNr6BH7jwE4DYA3Fw89hzrCRaJjejsWkkeS71FYt+kEv8SUNzdOjGPwaSxiqLQiqW
OvlRwpz0C+smtpCfJQv2reXAt7V6/UnMz6CnzhZYGGI3r++EYBUCacxV80HaayliXy92XIkt4ICH
9QZ8GjP13t0g/dvqo3Cxkma9PuIfqyRXxTpcaCRYgE4wXVqrlVbV++sXfH1A7DNimeP15mk8VHIl
HffJH1NsF4JrcvdBC/7nFwn+C1w4Fs4NCmVuZHN0cmVhbQ1lbmRvYmoNMjIgMCBvYmoNPDwvVHlw
ZS9QYWdlL1BhcmVudCA1NyAwIFIvTWVkaWFCb3hbMCAwIDYxMiA3OTJdL1Jlc291cmNlczw8L1By
b2NTZXRbL1BERi9UZXh0L0ltYWdlQ10vRm9udDw8L0YxMyA0MyAwIFIvRjExIDQxIDAgUj4+L1hP
YmplY3Q8PCA+Pj4+L0NvbnRlbnRzIDIzIDAgUi9Dcm9wQm94WzAgMCA2MTIgNzkyXS9Sb3RhdGUg
MD4+DWVuZG9iag0yMyAwIG9iag08PC9MZW5ndGggMzI0Ni9GaWx0ZXIvRmxhdGVEZWNvZGU+PnN0
cmVhbQ0KeNqVWttSG0kSfecr9NgdMTSqS9/eFmPhYcIgRsgbMbHeByEkm1mEsBD2sl+/mXmyqqsB
O6SYiLHV3ZVZlLeTJ7P87eD9OD1LiB8cXQDabLAzMY0n9mYGtfODsobeH9YLo6+Fd2O2fuSH5aF
yxaD/N/TPw5G04M/D76pBPNaghuW/CRKyFw+/bu/6g29ztjC9PQOclO02To/dEWTLXfU7YZFbRLd
5S66zbAZVO2waBw0G9bZZhbHLvJD64o6m+aHnnbyNef9kC28p4fb3LNl8kNT+GyzoqeWVn621uVN
UWYn49zSV+f83tAfTVFln+hRk12wtDY7O8mb7FieiPw6OxvnLry9IkE+r8kUviT5K9HTZjPaEf28
J91l9kj78fRF6WkztMrSDuEu0sYvXEXPsM9NXtPfaXlLf9zLQR55jctW9HGT3fIPIx/bIG1G+u/w
V1Li4JKSfpFLSj4cLbJG5JELXbYk6fSJsWIQepfNSF4QLWvD1sWGhl7xDvhRlb3h5rccZqtBRYFa
V3DYDGd5xsb4yNlyTWbcrH6T81fZD9ERLVNH131FfIlly2xDW3L0uUYd28tkMz3+nZhFlfxGPqtg
XSMCG1iJRM3pVwnztSSigbxSTMTHVlPMoXImbkpUOKhwpIKdrYF2nbPpn7EvVXtDz2zY6zyv6IMn
/KBIKWkRbKqODOIkHmaIWGzoJtjNs9of2LjG+Ta3sBJLWmx4mQv6lxQbJGQOWQuxO6xKxpfPdnZm
SVaq4cyl7M1mc/UJ79soGlzLiaMV+JGebhHC1GjgP8inX5HKa7HevbqfJWK5e2lXfrFVP0qU/Pel
CdlONlvNbskwZfBbiAbe0FLS02VzWS/5JeHv6HNOsxDwcbd1dI04k/VtWBSZ9K473Fz3wDHZO5CF
8CoEFHbBmsjNtzlD1x1cWuRmKJCwk1sYFG1VuLYHiu7XoHjorIO1nEQLAwSwRYEGn9BvxsjJiNaZ
7KP8/1jSayobHgEm3ndrTCkvRds4Z8MxNoq0EinQstXkp4gmM1Ush5Png6DwMawwyVsWXNLrM7Hl
BQz7gZ9BLAJat2o4mzi/ezlDxynTL+7lDFu4+VaO8sJHXgGgyr4ECNnHHZwl9D3VZnHHDY7M/i2D
becS+E/w0GPug9V91M5LOu0Sc4feW/mQP9e1K7hsJg4Mx/nfLewHrP2CjAnJeeidF0QSey+60Kdd
bThVWs20nwmJW6mznus4NqoYG6iQ6jXe9odQmfQYU1E1hpIXcjcLgfMlna2OJVsQrYoGOsS2nB7K
Wy2G6wjJQ0mxXV1WtrRaacXiO4RAlzoQptIggQNvcSZE1AsT8f/Vrk/y/kGs+oCvdJeoOUDiXzqt
AvjrPlSWoIkPaILjhxKt5pHkjNYtAZbZ6jpHiWcpWlOeteLpcn5Ey5PFtUAa71c9cocUmiU1+q0z
yFLXeSecqwlCYctYeF2McYX3WyU5MKWsD2f9tflVJHB4j0ioCfqVr2wWKHEPAgfBa9vcvWFoxloD
f+0K2yXV8abuwbbvw/ZkoSgwU94jh7kRz93B/1p92WZ1At5maGBWzwTw0Bgj3OoF6wzcysc8k28Z
7oSr1YHjiMRWwbJRkcMipF1kZ0kpXUR05pUOae2ybzgosgKArbuGKF0dA48MlQBjApk94vaUJqZW
4NsOEWxSDUhtoAGyM05HD04pZ2L78m/d//I25SQhGsX0b5QP2to+sWZJPfz/BLPoBkNP4MkPQt/L
oDMQ4JXQSCGdTT8ahf2bkD6x4pecc4o/YMhaRDZgh13vwNoCsZZ17mV5iujbiB9t4EizjTRWxOqV
/EAIdxdidc0P7zWJO6YvatVzdHws8aGTQe+kQZY0OopBuvi61yLo0jmYMMIWZV0owRZcDJ3WUwzf
ALNqhogx6cPrDg04FAz2th+RLmkVNcDi+q4dBMAHdshZiFC/hS97wIoEUkOw4dsAE04/vOnIcqg/
dymMkuOrQI0Dp16uQ1axXVaPsFLHe9n4EWRMDL3kUav0ZRHajTwigv6BkkF524ELGgR0JAnDJ8io
6NNvMPVT2pUxNDNZUDtpdmi0B+QRgk3Z3UcMPFc594yQcwmpxDSP4k6c7XsXHLv717fEjXy/ijA2
RALg1J8CeGzjRTGQFm63AYodUiSWA+/bSPwnbCWi5H9K7n3CWUdX0ysOjTI7BSkbC2OcgFer8S4F
6ScIpbF0xcroMQM5gawpEfIzuHAsXQuoXbLhuKuaZzR2SDHkB8zb6sFmcbD81YFMWxXDeuBNzeMl
OdB7HIh1tbwH/vGJc/ccE4zRBTMjL/u6GkzHchqXvRuxg8vXp9I+xfZPNerajMFPif5bG67awrQD
T3V2qMTx3V8sRxKFpJF+aG/lCCb7MBGOPLq6OpNi/U9B0xFC/fcxgvZc2tXRQFbSX86lcQhOYZ+M
PvKXTK9dN5/6IBp2px6ual5Sj2K3xd73Fh8jUO66VlmqtquYbZ6MEXTnEpLnZHfeb0lb55p9cizt
XuwW+Jl2BBfw9hVLKitGdqkSYAg/8HLBGRmRWTVGZl2DYfLTOputMNjT/rNHGePSy806t+F5G7An

QtdPAEE1/I66rQowPkAbM9jdrFRdlA1MFgRb7OSblFipeWOLGrYaxh2HlTWhI2t0E1rkUflmkZLx
l2TfLQKfuJ4Fo+zmMh3xw7exq+6VFnrJ8Xr5UZLt+I12fSpBf3Z6yiPGKA3wXUGl0+Hatpu0xDJM
37s46lwnaiPHEf4qfG1Pc/PAUUfnkzEkXco0WA2I/nYqB/5LxwjW1bHpUR50I9F0hNOucx0L0ZdD
aYxCbe/6bRXjs7MLgogTslYAppHY6kKcwWmBTxva2OdMbNrnI6/K1o3s9e0uToxvLeM2OnyNjG3g
UPSy1Vlk2bGb0E/Qy0A2EH+r27xUx8TBeuc1yFKSlTblfh8PWWrilSQtVjOwSGjXUAV2zsXzGhya
6pirPaUJH+a5THuatGU12gGAuPTozQ/xhU4Ft10DZfX9paDWR7gX0w/yqklg7fRU69JRINi8vb/F
eJsZBjffsc1ZHhN+JvT+H0gSVT9XEFCaVIrfk7lwIbwGXwVjfM4hIo4UrdKf3UuFbSgAS3jB7lsq
0sU/KRUck5QGkmwK/+fncvxP8qXWgt4NDJ+NL2DIhhfAnKskupPuLVYMjGeVkTYCZAHfsOwSlHct
nOxLjhLwmA5yEHnfE5qOBDVtKACN5j9fACHfBAQIzfkqpwzXLejfF7jeuesNbnTwZ9xeUGZrW9im
d8dyk0bpKZue8IwNfT4SG06uBsI0FHnOpGBOJHZ0oneSCwiVkUmDx3LP4UIt6WbIYtNO6bBrw9cB
FFhGyBfXzXnPxO5vVwvcojWSm+IuINwR2D5Y9GawzcvQSpKTByesXqbVUcU5KFMRxkN7DAc5A/wQ
tnV7h39Y+Xbsy+3M+8BQmQydfALvO6dgH4mVLtJLR3Zam7iJDsn41I3kG4zky24kLzowrR8HmisB
PxPU1CIWq72rus6ou7Z86LXW87RavxqCxGmB6u5uhm0Zx51fX/TqthbGzsHxqhbzcSbUw8gxqBK7
3Z3HLiCm0GpHsVyDpt3l3SWebu+HmDkZpLRhrKeDhG24but36XLhGwkPH/DkTMzzXgRqLl2IFdWJ
Yfypo5sY2/PuhhHtfaNIoZPe2P7rJSAjTSjl8fLLhDfAkq6OO/F8GS/DTLiOSu+6AgO74c6qxdFt
oAjrYA+5fgzho9dyPljD6ahB0xGVddsVLRsJNi5tw/0fSq/fD/eGdfzHAH3cO0r54mbwXe3oBUKS
gf46jO3kAHtfvJm6jPehfl9wSBf/pDb6IQfWe4GGMXAChVLbe8AEJ1sHE9mVJI6s5gIzGeFwAXQV
KoAf2mNzH9PykBb4G4FCNzDL6x5QeLwaUtYAh/UWXirCfyIJpC8Kvq047MbLS+nDQ5e2kqoTyaPr
Dt2EiXdHT71MkZN5c7vPTIbtXbb7E37p7rT/fFZKXvHUIfIFjWkZIWPQs3gMg50yAmRoGnk5dfvi
0T5jlVcskulCLbTZyf0T7pfL130fFpjQvil1PErH3ht8UyM9THeBDlXX4d9jpA9n9/Dxc6olTv7z
Zh+TexcZvPYuyZQf7KtpAjUrlbU/4HL9Li/VBs89zgWuodZVCQ0OWOm/tThKab10Y+2wG0ACW6/T
f4+hrgCG6Ohc56Pzbc+gUqNihSPlTOyW4vlI/1Shyf5IJ573gbNHsr957lhwwz2CCVd2ej/B0j2x
bt7VEFaxOa73Q6Mlh39JteQx1yzOna+yqX3bY0MlOVxiPwTElgRfSM6ktzyhddJkLfK26CXm/wGX
1RTuDQplbmRzdHJlYW0NZW5kb2JqDTI0IDAgb2JqDTw8L1R5cGUvUGFnZS9QYXJlbnQgNTcgMCBS
L01lZGlhQm94WzAgMCA2MTIgNzkyXS9SZXNvdXJjZXM8PC9Qcm9jU2V0Wy9QREYvVGV4dC9JbWFn
ZUNdL0ZvbnQ8PC9GMTMgNDMgMCBSL0YxMSA0MSAwIFI+Pi9YT2JqZWN0PDwPj4+Pi9Db250ZW50
cyAyNSAwIFIvQ3JvcEJveFswIDAgNjEyIDc5Ml0vUm90YXRlIDA+Pg1lbmRvYmoNMjUgMCBvYmoN
PDwvTGVuZ3RoIDQ0MjQvRmlsdGVyL0ZsYXRlRGVjb2RlPj5zdHJlYW0NCnjapVtLUxxHEr7rV3DY
Q3cE0+p69Ms3WUIhFJZgAR0cqz00zAxgMYAHkMy/38ovM6uqB7zByLERyNPdVZWVzy8f++erX09e
vX5v3I7xVe12TpavzE4d/md2bOcrZ3caW3m/c7J69Z/icDwvZ03lisVO+d+Tj6/2Tl79+9WfsoN5
uoOrG3oSdyh8efLHdNUz5zpjKzM5d6c01VDclDNX9cXyhWe7uupMdnbzkrNN3e90dVsNlk9u6Myh
qJ4e+dzicFK++HB9U9pA8TkTvl6UTdjrjn614R9fXJYzX5nie+nC38DTmXFNePWh9JWl6xKrV/zc
h5VHZRfeLlbhd9WF965qijl9ZYtF2Ve+uKL9bNiW/l7zm3C4L2gL2xV74YUjAuif+5K/ndHWqxEb
3PMvHGnb8GDORIz34TBfLMLPNtxEXjsWycBHySl0ASF9LTfyxVh2xSlzgcjui4fw1/JxppAL2uJT
uOAQPg7388Uj7x25YgK9bTHw1rulqXHiS+XSDnXVO5aL5Z3rkv5aUNLoYZ7+WQYiifrwoyu+WusO
haY1CLzP2TxeMc92yoY2UtnRf5PoPN32aEHL22IVmNwzd2xgLb1ayPJwig9b2HC3r8U9ll8wwwLv
AhX3eoonfv6AXo2QpFeqb8GgoGUz2uUW24/hZ0tSlNv5YokriC2tiS6HF3LT8LYPl5g14RMvJJN6
4fr86AfR35HQadNFEO36FxC8hTSCa+lalsZH2qeDRhjWYCOsFSJBXUvUmUCdK34r+Xu8vOZrMn3h
E0uMpF+Wr0v3D1+fM8/HNZg5h+QvYQ3JTJhF5DBgG04FIJcH650yyRCTPDhJ36wWYJxQTOIRBsny
htQpbD0Ub5h7c7BSzEuIDC4hfC9C/SVTKxO0lARk+fMO5DcZxU0w7WDmFfwk7v1rUCx6LSeoS/Dw
B+FkUaR3JGliiqXFddhoCyE2fdV2GhlEj1fsq4+D2rRBB8HbtXLaKaPjLenrvngLqbzRGxsTbjzw
Wrp4AyMdijZ/pHIOEil3LstG9ZHPjwKUaEU7jqzLbJsT9YFx9ULMDc5alvTbQtz/4m16fNvxQnFA
nkmqQVLN37EU2LvU/PUMRie+yzGhu+UQLu0hWFlZa7TB3rXuHSWrdwbftvB/Iai15K8HFla7bVDL
F7/h6HFV8l8R2cx4aBPp/QE/fFsOxRe6Qit+fQ92+xkLT+ibrjimlU2QDYe2PZYDG/gbqOwJ/nuP
P4e2hiUddqB9DhIBDfmB65Js7FEdBz0dkvLDxiiQ3U5M8yzFPhtdj2fP4FRTd6Ec2JJ8HrbCixhH
aeMQR+nC9/wr+87lG4SHf0JjHvgIVjkswuaKEXaht1tYZFAKJ+DjjB2TuLd73pAJWt1CTuJrx+B7
Bg3FjCMEVIglssGs54INsMX6jkO+Xsr0CA8cVOZQ1gV904aVu+G0Vr+5Zd1jl8PxRLwE0yvMWoif
VpMeOOq0ijjWcMHf6ONG6RzxTLwuR9fXUBIJuGuQ0GAnYfn6G5HocEKiZMFRIqCAmSVGrUvbkIef
2S75bCwhVGPI/T6WTOhLJdUMQWncz8JEZ4E0LFAgFgETyksXrGlg3Q7w8QYGNI/BWgXfJ5hIb871
VrQ5YRA48JE3uYayila8TrF5AMRzjhBi2cGZRuO7AbXTGKikj2dB54wq/CQ2KRH0+USD+WEbvqY1
YmB3qgAz6yAM9ve45QVTKNDgCocsv5aMxCIl96KcLxZc11dGkIt4jAvlrd6xJ8EdHsGUDvibw+D8
iqMT0P47I4Dw4WAYG1edBMc5s+t1SgCgtrOBWLyESDJsPRDphwAev1GQeAON2P9cuuRh99+zZrxX
TDTryUMu17B6zTGU6I/s0sSNPigAZQCD4x+jNLDAaCwT3zZYwBRaVueQxUUwj2XCuZuYN/Qs1Ak7
u23E0tqqFiwSXQx0lzxao75aZHSd+9tdAU3BuimtmiRPZ3la9ZBENDyrtLzBafLskuHwy9Yla7uZ
wg6s7EVHxdpXl+CffLPhD8MCG0NPhMmyjWg8Q5vH7KWF84tnWHxiBA1H6Mohlu8CYNqwXyQbJ24I
fevd+NWze3pxsT+g81tIMuDSXiS5XrDWcmYjYgjOY+YoC+6q6OXYQYlWkUCtYBKnLoJZJVI5OwuL
GzUw9R5rWNJCgsAIRCJhHZcFUJlPjJ0QZbSiifgUFXjNknvNkmPqSqe2GqeFsslFFinp7AXRyla3
UecMfb8ckT+I+1tfsumfQWdEGyYoZeJYKTw3EZd8y9Vb6AgbpVzItCLkbfK9xg5VzzIVNbmDdksk
Yl7HyB3vVg9ZNcNxUEyQa8wwKOSlIOYyj1DXWjBgP49NB9KsjtFIk29B+n3GDOMyixXLu4YGZvWK
sIub1Dnqge2lYfFkjpPJYRWqSe8WhL+if/8LIk9+NaB1EmlI38SCbmIW5YSO842PL8lorwU/+eRZ
iEMJ5oGYZ/WSLHZ32/SvMY4KbLnLFV3LJRZjvIPf9ZqLu+R3YVcj1ytuoVixCgAIpAEy88gxJee8
Ix1oGTfFeskogEcUhYjYMAi/UcaaAHVZf5vj1Kvc27HKKG2LCC5glgxyF9F7dggvoAva4CuBtT3h
kNziaYdWXMpGoQK1uVY981UCuE54I5hNIk9MZ5SFP1E780MwTz/BPOxBxJ1c5bTLB+ABsRuWZpV5
I9EjwcN4q77OSZIhXL3SJKDXDyTHtBs2NuTWf6ZOeRERVcxrkpPzXnUy3sGnfRZ5Kih38FJT6+Si
zExxEyQ49fkTyJu0yBMcO2XnH4t5tK2UJ9a45g1Qm2jiiilNt13d5PUiKho2PyHHPrCnYTlGGOOA
joj8i4QAEDd6AGwhdFrJmhkzCCCEM2uT6YO1gr02nO40D581KQXYMFNYLjM2y9+uU0HY1HkCYsCH
HKtYNnb1HWcJCnpO5ApCuCYXtOngsXu4KXBZWPQ6VnT1tJ7D6gDLNxa16khZx0mZcREEXPA3XCFc
i2SdFAljIZaM5JuCtRdLtA1K1U98cAQNfcLZweoM/JtXD6Q47TzBw9aliJ+AuT72qSCdEh2Gf/s4
6jNy2Lf770KU0koPMvaTaL+816gIcTPV4UBKHzXQO6cJyCkW/CEWeqaB3goJSu0yrj5cc+y+gf6l
vLqVnb0CCdbI70/u1Tou8DZi1YM6lS1E44dYMztaBPs1CuD7PA3fyCQcV/kszIMdVk3ilMrYXZ4T
8MLVmLxkz9EhmEMEqmPi1kZtJ2GYLPYJpJi2cGBebEmneXL/kCK8V7P8BEfQ590b2L4ByhkUcqpv
rIkky/Kr4eKsFrcnVFItRj2P4ZYMrq19mfvSqRemSjRBk21k5cJ1RFYf8njEzTczhJOCDGP5eIht
tytoGDdvxPipfWNRfPapgiL1t+hoNhs44J0mrs+BSGkRzDMfKDUqE/1Sx2Vx96E0Cd1pZajskrfZ
6E+ggRP5Dfo+QtEeJr40VUbTXbknM6D+oFmMpmNZUwYeIlXst5BMOMbYaTYoHQzq5cRODlSQEXAE

x02M/0NWVIBipHYXSJw2XAOxRrCHRJ4fiI8KwKiTQ7fgAvU81wcBO1LEZCf2i/oqz+rt0cBoqZFA
xz1t4wTSKjEQT0z9dQGKBBTPwdsMErpJ76qhIjnyjUpaPIdcF5XlK2ljZQ0axw2aJjZoONPyW5We
fXBTtRQ0377JWzEDdrXSbIXKtSX3tPBD1SLoblmVw8vLqHW/49o+Fgu6bbsa+eLnuxqOqpTvIOYD
DmbS1KDXsalBgY4ecKviGMuCmnzPO2/R8bfsa+nHWZ4QMFqNksTJsZDjtfDm9JXAkXmsDsWKvMg3
wSAfKzcTGDSf7Heal27lGUdRbYidR+fUpt4Hazgr4/fkToQF0kZmRCtW1W2lVS5odP8zMTSCk5vc
I9HTvg6vT3N3cAEFHSUDWEqpbJjAirCqKzjkaHcK+qDYJ1yUxb///n3MTXmbNdC6lMj/JhTT/i4v
520U+QbOFTj7sz2VGg6PDkpLqw6Dz7B01aPSEmY4YZ34nQt5L+Z0kJiUtUf2o0/L/YxereuBQQQR
SoM1PKYazv5nnhAJdhIEHcCgQfeO1gqTQFyqubou6wCoWYgdPuStnOftRDY4FTwyi2VVZqsdpHYT
XXlWkMXKq1QXa2TYQU6SjDyVo3jBk5prYIfbAMh4PEjRTosMK8EnMUrFDWItUqczthBbUIFGijDL
Bwas0uq4LDk3x82ukOetFtely4dJjJRIek2u5mDk67w8tN7hwKsFxcUlJ4i3eX1H+tHC5OXOeD2t
alnBDy5ZQFes7lQYuljah1bs20jMN6yMQ4yLvGUnN+DfL40Ztg8Ckyy43zZm5Iv/phPuWkJvbw84
knOU+PQlkAgDYIfxlls12qPBM2llf2buUmfcNW1sabEmSW6+WJRdlg7ziYrYIU552tHQw4ybuALz
p1kfL+UOpNnSx8sJMU36B36ePJ39KUcfi/2+TwMEKxR3n04IwYw95e3HqfCgficWnbqsadJQKkUO
MUPeTZ2X/VyW6mBrbebnAyj4fM37DfDYdPjRMereueBNvAp16DYwPJ/guEvXxLpoROqO55tMRj++
NxuNhxdLpWljWvTMzJx7OnATOyomdiw2iwag4Tam5DPLTW7S6gR3mlRqNyiSkkeQnVDsPkstXp7b
Maq1V5wLTKbmJnMYOuWz4dyW3P2RykEaT6rjONhNOq3P5Wt5wIhCMvYQeXJjFnNZPN0i1o7AXPHI
whZey7o4Vzps7bWyxc97rc5w3jAE6skzvf0C/P9pD5zn2k6a2WkpzzgCUyVhIVDUIiNyz47stEPF
CAnswROzWW+LdtQOMVqIbfLow01UAI9qd1CZKKeuTrHlAl+PEQe0htFsL1Oz9klJKEvXMkenTeiW
dPBDmhrZuhZk6y4On26NYztvY+WHW9Cn6hV6bpIktKJTPHP077HY5MBSkAw99QnO6uRdBLOczcCV
7sOhvMeb97LUFl95RIDzb8KIUv/OZnPi4aP23Kdtrs45TkB1SeyjcidoseYp2MctW41mMHG0dBXn
V2bqLs8nIz5fi4m5fy13ubSRzWJxY7LZ7PUwS7OJZwwN4jdJ5TBmCfTZPq43saI4lyG1FK8IUEvM
2ZAAUXJR5sVdGcDuMVdC0P/4gKPHZ9S+skLTVMUvs5JFNDDDkABF6ljZQX3bZXCZm7Fp5MU4oDi0
g7eQTtekmdGjA96dFVFit/pKpznM15JO76mugioguXp60vXJF9zThzLcdqeIlBY9geumb9mCNG8x
XacNdUAGzFBD3aXDc8H44U6OULuVpd103GLOofl16ZM+r+XY5mnJ36SSPz4ZUhUfU3ZLbijepEZR
C3DT5HmJ6RtJgfrtraUZNO37iTE0gMfpHBoiOqzfNTSmeSThFQ2s//9/V8gcc9w8cx6x+zXNSCOu
4/Mks39Mk2R4HIFhn89aQLA4i6RzPGlGXefd3sXmfhRcBK0xof9gdgl9UrOVTTAsWq6ZOyy3FadE
H7XiEzMELtNrpfxRCQeyMdOCvJXaZK2T1nSim0xZ3uvYu8SnIe9nTsblbVZgnGQUC85CxJdU244y
m0CHzk4ahaUyeR3cUt2q49WRnKs4Z+XbOtXzeEiZOPuFKZmOKafmlUG1FC7FN5TWH+0xE9XJZ359
D0DoXcwGaQGXBludBWQ68sEGGdSSlhstsbEDRuI41dmHrIY/4eF6RMZzlo82ZCUb33ILANqy0UMC
n3iOacw6+I59u9u6EDw0cT5SdOS0zArxcQrCxTk8UZj5NI1Sf6Z4oSHZHGqvfMY1FAfcfwft5ckX
gUPfp/V+Wt0/PzGrksX+0VsBWnGjP/XcUy0nVqGUuH6KDjamj1UOTQ1HDUFvZI2Zg+LGmlPzHWM9
MZxyPGnrXqPRNBldeBIA/gcPhrIODQplbmRzdHJlYW0NZW5kb2JqDTI2IDAgb2JqDTw8L1R5cGUv
UGFnZS9QYXJlbnQgNTcgMCBSL01lZGlhQm94WzAgMCA2MTIgNzkyXS9SZXNvdXJjZXM8PC9Qcm9j
U2V0Wy9QREYvVGV4dC9JbWFnZUNdL0ZvbnQ8PC9GMTMgNDMgMCBSL0YxMSA0MSAwIFI+Pi9YT2Jq
ZWN0PDwPj4+Pi9Db250ZW50cyAyNyAwIFIvQ3JvcEJveFswIDAgNjEyIDc5Ml0vUm90YXRlIDA+
Pg1lbmRvYmoNMjcgMCBvYmoNPDwvTGVuZ3RoIDkwNi9GaWx0ZXIvRmxhdGVEZWNvZGU+PnN0cmVh
bQ0KeNqVVslOG0EQvc9XzLFbipvpZbZjAkYxSohjJgeU5DAwNjjxAmMD8t+nlu6xDY6EhWTcS23v
var2Y/Spik7OtY21U4mNq0mk4wT+dGxyp6yJU6Oci6t59FMM6zvZS5UV41j+ri6ifhV9jx69B/3W
g01S3Ok8iFRWf/atDsS12ii9FzeWWpViKXtWFWLyztg2Ubk+NraGy3mSqdJw5BfZAxDEVOLnmj7v
GYIY/uWQVTuWPa2MWEmjcvHAOdJeKm5loRyYgY+yM0AvJhQTNms2WEjc3GzPCpWFHJZwpkX7d9/b
g+ziOdFOZA4GS86wnY9lJpqDgda4m73K6V664CkcDEcAvRbf0KMWQ6gnFX3MoBAjWcJWhSepuOYc
Q8qTFm5qTsSIOWy7Erxe4C0n6gVgVYonzsxnhBYZlG7B4ADD/+EqKxNVWOZKo79SfCCxxNIIQ84S
3sZFKWwgT/uq7ZYJLHQtUybYoMZLyOuBV0BzTiz3UsAIaV2wK4ZOyXdnnRRxhiDle1lr9qYADAv6
y8VHRnRG7mcMeSwdXjoD+ArkBIVwKkvxA40z8bVPBV9SWZ6Yq1jaDAobE7zPHGVKTpug1RzC+WpY
sVN0rUmNWtwFfGwGXOXwdUFhOpU6SzrcJXMDATIB+kvZtWPJYV6/BGWy8isJ9tg487qRdqs+qvOG
od/g1Sxsek21sHQkMcxlsZfLDUTPg697xremKmeM2YSMTWgU7JryGNFBxq7wI/ELJODZMmJwCSrK
EXvMYHAOjq04B+gw+IRWXm6tr7s+BGYYN7CXhjrm1FEr7iDCwoUVT4YZk9ZIBJtYNx1fVGZDpJwE
0dOIICDK4CiMkbdaufVHXXwQA17zMFuIgWEb/zy01CzjJnSbw8g31IHbSnFv2C5BzC6IzNv5KCsw
CLP3OYg1O44qkylbMlWft3MUZhK0d08bxHQ0npPXJYy/htUCPRHw5Pq9wOj5o+modU5y7yYB9hNe
OdkdKq0PYqj43cnO9n1u3PkToef91GSEQFzRvF2ztmpaeC5nvMeTaNO9SOx1yocLrsV707638SC
D8WseW5veZRNtwIhHzvlvtDg8e7Dm9FVZPLdPQbxCKZ0gr82uKlG35irVw8OPm4VAXmNc5ineN1p
UvNzjMMF7z9xCTxBeda/+iGxP+2xcwc0Ci6ZltMBIXbGQwOHawZHCIFvcCUhabdb5D9qCPC4DQpl
bmRzdHJlYW0NZW5kb2JqDTI4IDAgb2JqDTw8L0ZpbHRlci9GbGF0ZURlY29kZS9MZW5ndGggMzY0
My9MZW5ndGgxIDU5NTQ+PnN0cmVhbQ0KeNq9WHlsXMd5n3cf++5j3763+/Z4e3EvcpfXiuSSonhI
pBxGJHXEsgLJtG5ElCVZkqXGsIVGTgojgGsnlZE0NZxEMtIiSFM5QRxXMZC6KuokNRy7NVyjcVWn
QYMA/iOOnLZyvdvv7a6oFSXF/ad5g2935ps3M7Az8Az8Az802gj+9e
Xjry/Zfeo6B+DSH8R/sPnd73qavbTiJE/C1CSu7A3qU9zw5f1BDS34V3Bg8A43nsPQIhIwnt1IHl
46cesT6Yg/YGaP/Loft3L51JQQ2Zfv+V5aVTR+bRCFSDMAbFDy8t792Ovw2MoN/fOHL/A8dhLaha
nt+PEPZr7CqikIBfwh8DzmOtf+xnqBfzX/vdzzjM8Az+ZqMbncMvoDeAgyOs2WPAIlDDHCD6I+dB
JEUz/j/L+aILNHmC2PyTmr+yomq6gcyDx2FbCcccaMdE8TiCS+ZSmeyCHXl8oViqbunXOnt6x9A
/6dnEP0/PyT2bfg9ABKjUBdILYE8lIRaDhVRN+pHA6C0dWgCTaIpNI3Woxk0i+bQJjSPFtAi2oy2
oK1oCd2HdqM9aC/ah/bDXAfRIbSM6DQ6iR5Ep9Bp9Ep9Eyj0dTw72Wlxr+3yxUo
bzd+1ngTyuuNVzrKP0nNl+EPlm8qLt5RLv6Oca9vW7/fBUG9jAns07NuABkP7xTQsJjrqHfZVCCqjB
z3Hru9cXS1n2bLF/39xh/EK4MrHvyBSfObNoNoZ/jNvfcd3z5VQljjcZhGhmnAhJnmSCgD/dlq0DSa
szKVo9xINpXLOYks+5lC/76Nh4kXnUK5vLj13oeXF3dGvv2tvbuPfWKqBJ7VeL9xFX0BPYkgUlR7
reYUSS/bxNRXqUx6lmWFEomQYYQST1qWl7BM00oAFxxUa7yH/RY/j0Skw+BkFesj+pgkk4SdVHUC
Rv/qzRD2+fFH55y7SveX7IUP/uLzi9jf1YcXv/zlRSxR/1eQSKZxFfsv/BwqQJzyxwatoNXexgqK
Xp/X19vcYwaKXqnUryV+6a7v7olEMumpybuqtiMrpiqxeSeSdjw3UknXPoefO1YLOOHe3uENExOZ
lGo4QVmhSc+M59cN9/Y6Bo6ZgGBd4zf4T0GYRV8nSZg/6bUV01yz2tcBpQUG2LA3/KcVncxk105O
TnZncvkNIxAmQqNjY9tPc6OC8vH8qNxgTb1vALr23L54eGH7x355Zi0XaGdqQT07MnlnfvGR1V
OadlifjrIIOqj6Clzj4ieX23TAsLFCZR9QHpg1WfX0000QLeJBjOl2bvCqajrqHfZVCCqBt3jwgE
w0hyjqp/lyoHg9pJDcMkuUThbkkjJCkR37AFP3oNo5hQKF+/5shRTWNo/JW8IKgcT1OYBk8N+5Nx
TRUEXPvLatiRZYQ33gGsZwFrGrzft+EmNADWgq23QFcTNwwJTGFFdyBZArBGBgOS3M/Uf0DnVDXA
qn8gKkqBxuhDPRtnZx9KD3BxcyqTte0iJy1g5eezajAgAB6MYdXAMHY+r2kitMOFbZvXjrMZcnRs

smQ7WP0/AN4VgPcIwCv6J1cHvN7bgGOaQjWTBLMKZdIHGRsWZbnM1H9Ig/T0T/OC2ENh+olyuZra
XrM0Lf/KToUOMKqwobvbDnVZ89jk3xcMPRAApLq2DvtGytT5AKHlcuNTVc9+eV5VcA2bxLAoVq5s
6rFD9V+D6ucB73cBLxyfOuizhZC4Gbbv0b5LPYObvRoWja7/oiDLPVT9earPsvQvfKyvP6/34+cu
SoG+SISsi7nrKPR12G+IWHTmIrgqB372T2DlYVQBwRBtS27rqCUZpuqbNdGy+sEVjfnhpILVtmYd
JzriuvduPbRwzzmekyL0191Llu6okVjUNGTFSNqqMYlfqL+Vl6RCvnp2//YSTqckgeEw3f3wlMyr
heLo2GhS0xLB9b+AzTuA6TvYZd+S0lbbyzr9rDMUrYC54ZiA6kG5p3t0opjwVKVYmNkwXY1ETNOx
ZDmsMbySS5Vtx3FSsVQ6flIcCscV3fOSC3NzJdBYKmFZsmSEdYnnKDZRnJyqld2IoiRAWEbjKp4A
YVXRx31h3VjSuo6nelNQaMeoFZQtQd6KeHAAwkbiaZkgKTagOerUZldRRGm05MXTth2PF/KZbFqX
ZT0lcpzE8ORX3TcEQVa0ZCbDsbyq5bpy+IUP3+4L0ATJShn+hCiHrHzvoWQoHB2a3bC+3GOYLGue
LhkBjsX1aP3HriQp8Z27xi0hoKTv2bEGdhcEsT8PYs+iYYjanZtbHejaxwkNBtBxzLR2Val8hTTN
lJf0SvKagcHxxVisp3thfiFnmmakUBhI1aiCFbKCqsqygZA7mPxe3EgHg6qSF6dcJ5Xtn5+fL1cM
PZrySm5E4imHDgRCoXQ6LrFMvPYgnEz3NfLYB6CGmZXTsvNI8MGZZm/bWvVkNXhDFbe1HDhewGTo
oa5spq88AV6iKE5QEBiWJmTe4Tl795SaUhV9cKQ222OakmQagsiyBEm70d7oBnUae/idr8zMeElF
AXuXhYAqsyxOc1YiuIR9ZgjjeW93oaBprg2doipIIkWRRHLooSGwdaHxP9h/wl7G2t63grPTPDpV
0Ol/yU4HxWYfmXBL8bhra5owxhIERdOyRvJ6PpP2ohBQR2mSorTo+Nri6Wd4XgiTX4uCV84sJSuQ
+OqxcPbVME+SBCk6jBSYdiywIbPrVZOnSdIdPfME3pWUWz7b8gSsC2BrvpPqt6YH1m2d4yY/+DeI
DqbpRsEuzGh0D0eB8XPBmLJxc0zX2Sme4xWGp5918QvQ7/pv+e9eqZ93eZAfo5X5h2UtrEV+lYCz
gsOMMEhTBlg1gOWtds8VcDdJrPZViSQpjgm5ek8pmozreuBsgIcIdh5W/fCtsggSY/RubmNcl9WQ
lsP+Ji34ItBcWEv0NQfuMrZyOt9ec3fWGzRbOAK10WgxEY/YuiasZQjARKmgOW3DppiqCk296c7U
2q6HdogkyXI2fT6KXX7tk17ZD+bRCCgOpEcQsg2KOwlqM3KgNook7fEzT2BDPTpH0QTR1FsIBPQG
gHZQH8DuvTWpau6jUmFWBag2et/KMp6nasXSzMzsZCodCefyg9Vhw1GThbwoabocjMUMQxAU7LKm
xWPZTZs2dRfS2eHJ2kixGIk4cuzo0R2WJAvq2OjGjWO2JAEqHRz654CqAB8NvuJWpw+3j6q3gXkd
5M//WCIoUfGoep2KSFIgIK4b7EmlUqbruuWeSigW1XVGP/qSqscTXQFWUNVctksSVex7da1HMmWZ
FwlTYznONPve2umFQsna2unpgQFb1LSuMU1xtxys2TKvpLZtHUyoKliDCsCfhC1AtqivOkVXUsdm
WaX7dzfu6A67pihYkmbwHKiepAOq6oBgnJMLLPgEa5NfdLHL9Xdf7o7AAVaOm5pOEARtBQcH0qkD
2FRKEBmGJKSEnzJC5n0cYEx0Jq3tNLFD0y0zrPYFV2XQK0G0lcpix02NjMfTQVlm6OAcxEAjm8m7
uYgoMAyrWYoqy7ZthVVNCOSHNDGbmY4Vg6IuqNjlp4Y9DwwCjrHQ5lgsBUuaWoAi8ADx9REbIqGq
hCwzWBrzQvH+ZCpAKYBeB+tcg9dQykcPYfkOLpxspcJ+MpYd19b6UqI41oqqXq4rm9A1cW6SX1so
1By89uia+i/CIgNurOb5kbAtqU6khLEpKxadhgU9ONBpEFft5nhRrd7pbF8Vhlc8mN8FbksHM4Mj
xYd2ChBEGUZ11anFKKTJobVuMRoNO7ourAH/5bgQ9Sz4b/07FkfhZNfw8jmy/mIOoixJyQXhlCjb
Tm7xk/GyKip61M6/VFbYtv9iKAL6fQEAlxCyVr4EfHUOVIPM4HVQnUdhs5iVxzSc43hO5GQu8LUK
NhMOqypJKqodlsFbXTc5cVrqMtccPJh0BBZXi599dTpfiARDFs8JtqaqoYQXTxSLqck9RAsG/hTA
8IOIPnir+TQXZoiVj5UWwCZf98X1rdRGK0hRkowTvq0rZn/f943o6ybLUZDXsMI3RIrDf2CAkP58
Np+PBAIBXac40VY1zfYG7777zwisWP/HPzo5lzR4HtdKGa9/2oY4CsnBeYglvoRmwRH9Ja3rz52l
syqBWAkl15FXKvZTGiPSOE5gOI5h/VNGyKJpwBI2dE2b2rZ5IJFIakbEMDQtFA0qgFcKQyZGqVKQ
DWBfKlqGNxaNxeLxRMKbPurFdBU+puSQrplGJFEoHPzcrrFIWOUMPRzWtZhJs5HRePZjL/RZCqZf
v5K4uP+/f7tLrr2PcOKXq28Q/JQIPhUvNC8TWhdkQPif1p9DceI09C7ir99ytVGFz1zUSf6FIfYo
jIOPboKH+hzqxeYaj/t8dK3xPnYVaUAZ4MPcK7QOf+1GuzkO5iBOQ9vn72680+pvXMGLfhvN+22Y
xycOu4Qc+DfgPwhr3efz4T0BCwIviGR/PmiLwA+1x+gwv+qvAf069HkwNgJrR5r9lxrnm3hbD/8R
tAD0dJv+GUZHgJ6+mfB4B/3kViI+1SIy3KazN4gKAf0VQvTjCDFrEGLJNv01Qtwi0Ist4h9AKMC1
CeYUNiMkwpEi/iFCEjiZ9AJC8tYWKbkm+dqsok2g7dtdKLUuiB9u6xzSzJZFNK9PGWi16gTi0HX7
IoEbadcp6Onyr1dJDjghOJdbdRxJaLJdJyD3W2jXSXhnd7tOIRp9+p5dk+VyubKm+/jykcW9+08c
Wjq29fDBoyf2xmenOvsq3WV0D9oFk5abpYLWoG50HC2jI2gR7UX70Ql0CC2hY2grOowOoqPQ3gsf
xbNo6o7jKlAro4+4Wf5ffnXKHg0KZW5kc3RyZWFtDWVuZG9iag0yOSAwIG9iag08PC9GaWx0ZXIv
RmxhdGVEZWNvZGUvTGVuZ3RoIDIwOTgvTGVuZ3RoMSAzNzM0Pj5zdHJlYW0NCnjazVdrbBxXFT7z
3nnszuw89/3w7HvX9s6uvWOnTrDrNIkTOyF2kqqpSjCuE+dhx2mdJlEqyg9SVZX6B4nyA1SQeChB
KKhCKVWIBFQpICLxkkoq0UCoQEWg/ktbCYSXM+WbpFrfdCDwUKMoeOVWzb
kFhEgnN1/5ouYSjGHFXDwyz/6oG+h7+S4HYi5Dm9yVjYo7VVSeCvAYvwAlXVCRtWk9pWHoAyqLNZMISSS4AgU4j0E4IzMdJOGNzWKU2+b0oBVOsPI3fxVc6m8yXbN0K1C2JmZvhDsGu
...

WEnkzjzX5wQVKz/+pVaQRZdzvcJg3JBENT76ErZmWEUZcJ36kTzO6yrxK2KK/CbEkYatu/3qn3zI
uas5S6VISSSpkKzpstLVNSIQN5WorvIcLUl0QDRkWVEitVp3RFn96P/wz/VXD8hD7wFJ/eXOr7R/
7nrfOFzPTvCJQn55+XuQoUaw9jqZvCt4aBHerlknFEacxATKNzr5xEqA7omnkzNenyi/6egzHbtn
q+H7I/eov7VS59m8eixbno244usa5mnC9PT2O77dhKpfvuLr/nt+u1srfflyDgziXPsDrC9jOem1
9cb135mAq535Cf8DubYmxNcQlbsi1KMdee9uob97uzB4b2HeBWA/hReB1h3ygu/FFgak97qWELBy
6fpsx9cEXhigo5PAYWlFp/B2oXV0Gq2rgSWDNSXvykLzaIlAtaOTEMLgb0Wn8Lu1u6PT2GamozPA
wtn9B0br9boz2LM0vzg5e+jksekn9i4cPnFyNjO2eX2d01OH/XAAO637yYFBPLqXML5exCh8FmPu
kxhtT2OUvRcj7sMYb59Eawbj9c33fc9BrQ7/5rb2LyWKNpsNCmVuZHN0cmVhbQ1lbmRvYmoNMzAg
MCBvYmoNPDwvRmlsdGVyL0ZsYXRlRGVjb2RlL0xlbmd0aCA3MTE4L0xlbmd0aDEgMTE2NTU+PnN0
cmVhbQ0KeNrNenl4HOWZ5/dVd9d9V1dV3/epbkld3epuWVJLsmRbtmXJh3xjW/IFNoMdg+3FkAUy
PEM49mFnYIghIcxAAokfIJNMkvVsEhiYWTaZCTgTwoadTAKbsOTYbDLLmWQg7t63ultSS+bYeZ79
Y1TPq6r6qrre9/u991eFMEKIRR9DDhTZONNbfDX3CgMjjwNNHzy2/0TXPcd+AcfvIOTYcsVV111+
/PGtryDk3IBQct+Rw/sPrb7h3H9DKPso3FM5AgNriZ1OOP8xnCeOHDt1ZlvmyQMIdcEYjlz1kYP7
R26DKyiXgPPEsf1nTlyDpuA8vxb+RY7vP3Z4l/M73XB+BM4bJz5y8hTwhcPuK+zr8Jvf4reQC/HE
E8QdMHJHa49fQkVs3/bBf6MoEvES/9joQWeJ8+hFGCEQbl5xAxM4wj4gEmb3fk9Ys+TMRVII0QzL
8YIoIVlRNbduNK+YHq/PHwiGwpFoLJ5IptKZbFcu34162r/sLVjFUl+5UkX9KwYGh2poeGR05dj4
qtXoX/83gf7//zmJfhtdsAoSbAOhNMqgLMojewa9qIAsVEQlVEYVBDNAK9AAGkQr0RgaR6vQakBp
Aq1F69B6NIk2gHqn0Ua0CW1GW9AM2oq2oe1oB9qF9qMD6CA6hA6jy9EV6Ag6iv4AXYWOoePoI+gE
ugadRKfQafTv0LXoDLoOfSHibTSasv1bkcXZeLm5/WjZ9sMl24v/qu37je9csl3o2J5btn3qx91t
C/639odRBt8G/vkIUhDS0qlyX7VSKpqG7qaouGVN+cBpDEOUBJ+Bb7trSA+LoiiZ6sSfwC+zjS5c
BQ8NgIvpqXSq9euqTlKw6W7TaG66havrrYlUanL9dbVUWtNkQVXDoeIzaqY4sXfuyL033FB2RwcG
du7cf2TbymwmlYrZTm408jjRerhWbj4JRCIp8EXYyn3pJr+0ZRmT1ppUav3k4rND4SLxGXeiODE3
d+S+626oSMkVA9t2zR3ZPt58Dy70tiNvgWmFIYIUG4/Lh6jyHhsCQAkpVuVYsDvdDpcKsN6RFFV
/RGvNx6f/JzujsXTLIlJFy96TVUJBPLFXN5rB6osegInsQtcEmklPV62rOzvf49d69bBtYnGW+gr
aBapCFXbTBaYWtYNpizJsmHI8GfMApmyIMgmnMNPceMN7AFA4LHYEdfgduz5P5nX0sT5i0PEMxAi
E43f4O8SDyMD3A1ptiYWJ9LiYlkmaKVUXITQnjXoyrISsXh/vndDbTIa7SsVZkfKczF/vy8QFE2P
EnAHo744L+CJq7dsyUSm5x45uWlzInZs3y387dvXecz+rZ+8ekO/qYSyO7ZvA0lPg4TXgyAhEKNa
UlqGAEC0VKfMMwblnX5IdrlEqftfegWRdLkcDMurEZrYtvHi8/2iQFNYVTFF8fwQPrxWlylKkuDx
Ojz+WXh8BlIbFe3UHxVfMmeqNdOqDdWzvfXrvrBmTSpdttJpVeWLpQ2bKhUzufm68BfKuqEovHbT
TeoDhw5tGclIbFe3UHxVfMmeqNdOqDdWzvfXrvrBmTSpdttJpVeWLpQ2bKhUzufm68BfKuqEovHbT
TeoDhw5tGclmAsHq7oLV17emWNq48xbQP88ZTXv/DX4IGI/AvBYZGcvUWGzZvc173kzj8UWzbU28
FMjlRzd1RS6rRcLViVvHPR6OU3iBDgZ51V1MJhVB0pOJtJQCYZVwpHeyJBOe8USyL51bN+XJdw9t
H9koym6R5ZyELDlcMK9U0i+6ZVl0mWYkmiqGw5tpkLkAMn+ZOItyABoVnxd2wSIWBO4Qt2laX059
K3/z5Epdj0TT/YNDfj/IJ7CMmUyuyOfSqVXlPTf9mjg7s0ubGtvd152PhDWP6vbY8jhlby43PNTX
FzCcGINd5kCECwBbDII+wq3oANuCouYFaRqszbsdO+ZFamoWhp8ezWYzaZ9fWTOxqmgVhw6t6t2b
iI+ND9X6AvXnGUWJexK5aCwWrWm6niUeVilNy6StwnihWtk+s3pT187/sGvTpuFh3ag/OpbprVYj
ZiazfqZWo2gfIJUE//o7QEoE7UZ18LAm33TVsg7jgy9Vv3m+6sl6xVHirHrxOLFNNHpdD0A1UoPJ
fb05uQpkL6SllkWQZdYBT+swhNZETcuaD5gLWrCspzcaZtGa2WRZft/MtkCyXN4+29cVDK2dGpCl
QLAIChYEc3Mlq7njsXI5EtHiR/H0aDrdtbKnN5/rh2KmbzxVrK6xevsL/flcrtzXFw6nSsFgIJj2
+rzm2EQsm+kdSaaCoVw8UNoKmsoABH/fdNxyOzLCdmlUJOO2OjoiyLzoMLvySLVaKrmnhtcULWto
/5aBiUpl/8Y9AdzDyHIomMpFo/lIjxkKm6KKg4G1E9uLlcquHatmVs189Pjs3IjlwNtGUqCxUDCd
nrpioIvl3CDZdoib/wVfgLiZBJAvjZyOS4fuNCGWSmYrmGLT3s2fXGiGVklqDtTvXhJoCbQassN/
b/IqvjevD0kZd7S4tBisLvkDLoeDVBnGI0qa6ova+WMDviAtiiBdvPN90wmBaCh/vwX5OdYMeNG2
0bTDqVbSmsF1PgyC4aQdDtuJvl1vdMuiWPhuVvCE/5fys4BpZOvvpkVRy4gnTr368tGUJnO8Q1Up
3jNBRC/+YMytwRnB8bLeM5fAXP1tMG8oCohD4BRJ8F2o//FC/IhHy01jtaM5hLdocSFDW1bS6Ewy
gBLkF6UjwjQdSwEZv7M61hsOVysn6n/nzaqcqCW9OLSpsC6dDocGG0g1zcDaRFxzF3ovs9Irqjt7
e3S9t7AmpBsC3iJFulda3d26rvrUKn68pugqr3R3D1iZtOZzEBAWI5HkQDbLNurPCOnMYCqRcOsY
O+qvg7MnGm8SZwDUAszJjC8mwoXAUzXJzshkq7c5DNASuyUp1L9ieqxcCYWDwYGB9aNFa1Aqjo3t
eXj3qu789PSetWvcjMAKLoV45CeHu/PR2Lp1x3aPjcXj/sAWdmc2de1lHz04M9PTHedYwQQd2zA/
DjD77Thdeh9k41EIHp1RESBUvF0qK2gpLxbvmZru7d2672/q//jkcNfVk/B3Ot+v+uV+/PiwrKux
6MbpI3fsOVIQN228/faNG8WLF1q5lNgAjIfA0pXWBPV4O2e1wZhPolRL4x2SmfN3Wtbzd/cD6GBM
FON2Z+92OlkmcKIfokw47F5RJ0xTl8G01ayJ65TGCrxXs84T19TfUcz+nxVEhWV/mGdYF0nTZqj2
OZWjZcnCfzEC/nJXn1vjKJBUBkkdIGn5AyTVO4zyEhEvnOnSNAoKCoZVlOgZ0iUZpqf+qier8qRL
1k0P/jWpCLLi9ZbuBtF+r6rVn0ClwDDfLco8w6uqRx7EjxdlgebVu3oMnWVBqjjY0TNgRyOddtRh
RW2DL0f15gX9EqPqMKvLFcWXHdx741h/Mjk4OJKIxyI0LckZjPiUyPZXq+NPH5zsKu5YdzARDFUC
DEORhEo88vx0ZsWhradnp6eTCYZVnypKMk2r4BTlZ0MCf2bPdTs2QeIgXW6Oob0gsm1rfw1Arrfz
XHkBKb3tAcoyLOHK+6I7/xvw7+/gUhvFgAeU7SIX8M1ofP0CnOmeNtqUs32fR5dIFz74ZKmJqa11
2apvW0T729/uQP6xzruehHl4AfIyzCMGUfF9RFuYDMSacv1VM6vxlC2ICcyzqtA89qhLNKt6pKH6
1iZf2z0ab+KbWtWTtvjM96me5plb1iHsh2lzipzJrOjx+SCiyrygcarAtSdP/FGTaf2JyZ6eeNht
hDy8xHJ5nyxn8TNNQdqK+idgbsddsx3l52No+v9BKYslZ7xc0mPtsstO3bm3hnJdXfVvBnjB5fL+
tKk4s/4zwIdrqs3EPvBYiSTZFXeFBJb1yG8Ziur1Jbmdh/FH3qjpBrg6y/A8w/heeXGJeyh8W0mS
9SxTvqVbk8DsVBVYSDF292GYlhumNQXTsrOZSS1LI3pqiRG2Qg/4Rk3uv9hYiHX5sq7TNE3y/Ghh
KhSGauavHF+FULcCP2aHOhVzrCwN1ueyEutycVwwWGvB6bBTWR9CUWwzKNnNWSd45ZJmN2zzhtMB
Lgal4k82kKimzZ+ZIAZDaWrmG6/9+htwwtmj9Z+bOYVrIJnorq+pSSCEFyLvl/JQojPqxXcI0j6v
b1q48vWLL0BH92bjbQgfTftylLAyr6uWCPHlUrZCGaR44av4HkHNGLYonFKfBFA8Tf5BSQyKkPzO
1mV8Q012N3ld/B6h148ucH4uxrGsU4WsYwevxyF4NYsqfGmhQ8WWVqU2CMf/cN/s3Oytt+/de9Xe
m9mdlfHVlR17a7XxyizxyIEDd997aG7f/vsfOLQ9Prblzz+zY2ztugcenRlvZzgGZppCA+BLunu5
7drzXsx0sWYJXF7Sl7QS3gVRTXnrP/VmNUaAcuGNXaU+u7s64PEHIj63Wywlk6oSjWS9aVz5m2HJ
UBczoKrlckObSyWngwq4CEc6M5yDmzW2/usmFkNNLMK2fbia3pZKL2zLKjzHMmBa0PznIpQCqzZM
rV5VXJMdikbn9t928+zsqvFjW3ZWV62u7NzTP5YI9PQMUDPZDKmRHm8+V/RGelevnr3nwIEDBz9x
/Z49QQdx6+jGhx/aMT6+8VPT6+8VPXbh4JhtrQPQzQ9dpZJhp3kHHA50MQpNpLLxYuLS0YiIf/8sdeCDAU
oOervzrvUq9fWSzG45nMzG29sVil3iVzs4VCOj0aKOAKxsuAlORsdkWtu1v765WGTqp4azY7MpxO
M/VfgZuNNF7HvwEgN9i9Xjv7xjqWgxYV3Kq5qHLpkn65E/L59Iif1WjT7OrqLsaieuiavbGYqg4M
7Al6pUKB52kKIpKgG/l8uRZPiEJQ27YtntDUSnVredAP1xmnRjzy07F02oSSJB32JmpFvy+RyExW
wR54iaLcjv85kYh7zEgk7/V6dam3EAjGYtmJvpIPnm7CzEKgh/Wgh8R8rrcxXxYoWrGXilehViPG

Kc3FSD5vdi9AbNZ/YQeOjb2aT1UdGk0EibP3Z5WgINbJBd98h2J9vu77gZmr8QZU/Wdtb8ELEWEh
8wA8CxGzI9EtlN2tiwDaS7/0ZHTWrQ0MHLqqv98jKQqEz7AvqwgUdMexeGllqU/VbAuwU1JUqtbf
PFitppPx1EjuDHbUNA0qCaW//j9SxWIgoKrBQD5/JebBCkBGpvE68c1mc9Bu6x1xR0t7IFarmta0
llJj6bJd4nwzrvrcP1d/p9lJIoTFHkE0z33aFMUYQT4HnTUpe4oXLxCDeUamGUJVnTynePvq/x5/
rN8QBYHEKrAVGq87zgHblTbbFt7AeJ73Qvy0mafnrWkBqEWR7DuhmTsHSVdi9K+5z55V/6tBMooS
fJvziaJx83FNZgWShSznxljxC4Jx040GTbFaCCYNdaFPGb34S/z5+i4iVeM0hlFVkFYZrt+Jh6rd
Ho0hGafDHnN7h+v34WNDHo5lnJQ9AwYsyQ77VZhBqZ2vKWqpS5cdywU3F4JN2dbszwXB43W7gw9C
R6dD+oFUcD7CcwlWw37R1NyhO24OUpQg+EBYjtP1wrufm7ezT2PD4nnFBYmaNdTuF5/rMQWOI0m1
uYr4L/jr+Dk0jKYhQS+pV6sLyxbmJQteekfRq8+vNpbLZMfKBggdXK36Qj2hkOguWqcMPRNWNczx
Nki53NRQKigwDoJ00RTJBatFjyiuN1KKrOv+ZG20TDOBSF/UEw0Gu9Rxr1dR9IDJ87xgdMXjbimi
r7xvVJScLgcZCqwR5UzksRAPlV4gbnosRDTqjbfw88R5FESWvXrXufaUXlyRrJYgROrKpYtPn1o5
ubpU2rhqxn5D5HDSNCfq5McN++1RPp2CZOX1uUP4mt0Dg5dfu26IFwP4H6YUlYQ2t1J/Ilx/yyPw
lrV3e0+PwAbBAGIgzf0Acm4pxEukWr62YgJ+96vlvtGp/hUjIzvHurp4zgiKDOFQlHAhlMmkxwsp
v1d8dGehuzZ67MqxlbF4SuM4lQ0GJSlR2LipVouYgxToONp4A2L0eZRFtUsEKHeCMa9Tk4o31blc
KhDpsmg4nFhXrdaG5gZTTWQEnfq40ToyXH9kOkTJ4zFzsXwu19edLcYkfrA2N7dpU2pmHqGL706r
CnSOSv9o7OdRf0AU06X9B/vKeRA1CUg9iC+gAOoCvbnfozlvggbhtlxakA4UdqVljeWiEUPmLGty
08CKwcFdkwWr/u1/IGje4/FnIhESm4f6V3g8g+x4tW9o5MqTo9DGzwRykOekcKQftJQG9/wK8Z9s
N9WWxPlmpC+XykvW2DuVZpff4NjQFolqKFt/263JMklu327o3flqKRcUBBEsV1UlSTNkSD4nT+JP
1/9pWAH3hO5ULuBUPDTW2xMMRA2/JAg07fczUG57vUeiceRAoUYXfgXMZy26DJ1AqLqYLjsqACgT
5uXqfB1jXLLomlpYmtQuLfgcy1cm7cLs3qxhFIvTo72zusOJHQThdOgD/kJhUyxmUFCYe4Tq4WCP
39+34frZlQkX7XP2eDlWFIvbEl5P1JtJejwxb3q3yXMBa8/OrqzHN3l88LPuRCI3XugNY+xwcbzL
gYl4dbg7z2qiCL0u7SSww0kGfKmqNZHz+Hhejbi6JZ6XFCgLsBoMDk7lIoHA4HQ+Up80dEM11VA4
HPdyHOFwgTbt9yb/DEa/2tZmZXncahfZduBdXKNavFZc9urCrkg+W4mEIyl/QGAoF89FfsSGBd6F
KVqRPR6vL+FyQVp7OaSwJOl0UrTAmtTHTeJ8/WtDdkjLR2b+rEvmKdLWuEqn/my9AXDwQvpXPRxH
UzDqEsQu/Il5HwFXCCKELsIE1GYIu7RcN5Vl4paXiHuXLsKf7pYkSdSzJDRP4R9EOY6iXA6oBgU3
datBnG/fILnh5l/WP9kliraEJClJ2cfXGRJJ0WoFsKQBy3dAlJU2lgtvkyDzNhNZuxRpyWEvSn4w
jg9fnXRBtFD/NuP3RU6eLMgeRQj9QKVI7XaS5LjUqzGVddFOBw0YuplbbAxXXRFlSJKhKSxJmOeC
V941JJuUU1VdLpbzfvGevChANlNpF6ek8b3TgCGopdKq4TAGwUNtl35/qb5GkoIQ+2EYECIdoD+e
d9O3AEIXv9glQvHUBgWf3TCvoCYqDhe45ZHW+6G2iX2IqbWKYFN/D929pw12KhXq+4ctxoB6tSsc
YqGATyQCfhl6eEEM/ogJypyLELQun8+XxLhpjq8kRZEkZAPyRNawTSD5UkjgybYJaPStOj5mURp0
/J7eQRX+ugK1p7tk1jZIjlbo9NNVMywIcVL/fttMaUalM09XPWFR97+WF4SmuVCilH1svS43zWW2
7XuvNYuKdu79ADSWji+f72em1yb8PpkFl+OjL7NhXnARspwaWOGieD7xEhvjeac9GVGjYDLH98EU
grWnFj2NSv9VLeAf+VU317RsRbE+t7lpHmplH/iYnZifB0GN5pLP0renrWjfaosviZPvXF7rCwRL
xeHDQ8VQuGj1SwA7CJYe7Q2H+2IV/NzU2Lah4Vo4OL1q63BtKBgMy1I6Vds/MZFOz167uhdqlIsQ
1r8HzAv29ysOmO7y7NIBzaXvUs33fmt2hxqPx1OruqvjlZmEX/OCWYvJX/J+jXG5nE6aEXmV/LSL
8vkzVijTHc55TCWL/7T/6KDH7Ft5xakNg5zTuC0n8BStqw4WTMbCn83zUCxS8vTnK0rA0FPF3Zf3
p3gm31b0DEzBjlD6EuE/1JhBt/2DflWBvKjoOsuwhoehZDn005gCyQCUygiS5rrNjZ87dEiWDU0Q
FIV197yY0gR7hYmlFSb9hWkJsmkrRlmgygMgSm2+EV184dYpVKv/7Ow+L+k8R2XILt1xXZel3omD
PT0rsmUZymVZFlPpQtTQPZ41E4aRSg35Uh6GdjpJGT9331of9HlGAEqWmLWxlozzLtbx4OpY3O0O
RE0zHg8GuqrJJEc5nBwIyzbexSaxxe4tNbtyUOYrnVJHx9d+i2zL9NDRowLvliWJ1pRwOGrqBstO
+AMBg3NLxJY/jdVfzskSy7oLHp0RTLOAu2XO541rVvtDgjfxU/bbLbykwltk1YICoFmQox3gAY3P
O+3STtKgyBsIhWKQADkW+gwx/oBuhHW/D0JM/j78VP31qXZRNzusCJoRi418K8LzFIXV+vdHNLco
JC+mRKHZ0dEg0f8GiVKtLyba7U5Hn7asu7Qs+gURohR75CjndDG0924fo4h/7n4QhiTai5+C7kxW
zN9h6IQoF+WATpKgpVj9Y/h6H8+BhmymJHTYf9+CQSvNt6vVFoPF847MtthkggDkEz4odObmvLzG
Bb8fl1jn5ftYlgncmXN/wn3iZvVPRFEIgSAEBcHQqDeeHwtxzc8ZIIyybL3xW7/E2lioZKl+Iw7V
X8FnErxANvtb0MsvQLDRpmALRtt26yVJdjHFLn0tWJ1vE4UX3DStuLhwMk7T2r0exZMdPpFV1MAL
Bs+EV66FAsC4G9ST37ct4XbbAlMkz3lpuVQqCKyd5jCvVLc8OMjzICtDcXz33FyegU4WTglWHLjh
o32i0IKzC/8zSD20RIfVZToEFJeV7k3rqi5qlvwua3CcfOwQY9uZfpe9zuziz/tyuXRQUwXRlANu
p6SoSuQhSuZprqltVtRiP/mtW2OcpMN+iUm6FDJcHxuORRXZcAs8S0tSfhJvlkwF2Nvi7sPn0JvN
9T6kfeD7XMs6VdR4F+RIRqDt2kgPRH2+XLCKz5khn+qTKcrhkiTDI6r+QHagN6zPf+l18neDt8xK
Q28jwvGL5Z9dNd5sdDnOQSFif4HV+roRiLi//hUUcXwJrn7Kce6SL8bWYvvTlw5y2N/8fRVl8BTK
AhnoHVSxj2E/gQ2odN5CCaDTQDpQFqgAlANKAtWAMnDfdqDVxPcQTdyPFKAEHCvEQaQTeSTDcdw+
h+d68S0w1rrmdlwH++813mxez9vHsLd/n0cjcD0E5y4gxvElJNh7/IQtS6MO+xjwjcI+Cc9Mw3EI
iAQZgrCnYR+CedHNsbfsexsX4T4SeFtwjYUxe140PNO+LjTvmwJ9Ti3gxL4HrQJ6yC6gAbnLgK4F
+jLQC4D6HqBvAJp9QKAp5x8g5FKB1iJEAsrkFxGi/ECPIkRDT0g3EGL+IzyWAvpLhLgJoHcQ4v8W
IQFCmPBZhMTrgd5ASPo4QrITCNo0RQZ6DCF1l+0iQA8i5Aa53MBbvwEhwwv0GkLmjUAgp+ccQl5I
CN4nEfLBs/xfQSgAFVTgtwgFtyIUOo5Q2AS6B6HIDqBXEIr+MdC7CMXuRKAOoPsRSmxG9hIdSu5r
km1Va9HVyPGeXwO2vjK+sW17GPEty2x+g0shvn3sQAzS2sdOGA20j11wJWN/o+tkYMQDRVTrmEAi
Gm8fO6CB2dw+dsI9B9vH9gdzH909O14oFIqFnlPHTmw5fMXpq/Zfs+340atPH46sW9V5zeopoN1o
Fh5aaG5FoB50Ch2DfngLOoyuQKfRVWg/ugZtQ8fRUZjuaRiNoHVgCO/3OwuOCuhDPk/+v4nInwEN
CmVuZHN0cmVhbQ1lbmRvYmoNMzEgMCBvYmoNPDwvRmlsdGVyL0ZsYXRlRGVjb2RlL0xlbmd0aCAx
NTAwL0xlbmd0aDEgNDc0Mj4+c3RyZWFtDQp42u1Yd1gURxT/7d4hHFKkHYhoFhCwIBw9YkPFgggq
WJEAJ1JUjqKoGCMxGmNiYvQzxpiQYm/B3hV7wV6wK8qpYCxRU1BjEri8Lccdip9/pjHz/XZenfJm
7nbeggFgjsmQgesT6+v/vI2FgiSFhOhkjTp756yWS4n+HTALTcuYkOrc7+4dQBFIspnpKerhvtMP
dSZ+H/HB6SSYwk6VE/+M+Obpmtw8synn4miAJoBsbkZWsnot+GJJjWy+Rp2X7Yt7xNv0oAeXqdak
DJGf8SU+jXhddtaYXLIj0jaV1wOsA1MJE1iwRewMkswQW+Y6/BkZXlfCwLm6sZd1PpjHLhEkLBih
tadBiGKcCQ0A+cu+E9+hx7jxacibMAKjMvLNFOYjLSytrBvZ2NrZZyodnRo7N3Fpmj2ZRnBv7uHp
1aJlq9bebXx8VX7+AYFBwTnvtQ1t175Dx05hnbt0Dc96t0fPiF6RvaOi+/TtFxPbf8DAQYOHxA2N
fz8hMUk9ZmodU0+vxU37YPqHH834+JOZn86anTLns7mfz/ti/pdfFXz9zbffLVi4aPGSpcuWr1i5
SlO4es3ades3bNy0ecvWbdt37CzatXvxP3kn7Dxw8dLj4yNFjx0+cPHX6zNmSc+cvXLx0+crVa6XX
b5Rpb966XQ65KcWaOUghMcVBIfKucIM7msMDnvBCC7REK7SGN9rAB75QwQ/+CEAgghCMELyJtghF
O7RHB3REJ4p8Z3RBV4SjG7qjB3oiAr0Qid6oT6oC/6IQax6I8BGIhBGIwhiMNQxOMtJCARSVBj
GJIxHClIRRqFYwRGYhQyoEEmspCNHIzGGOIRiLMZhPPIwAW9jIt7BJORjARZiERZjCZZiGZZjBVZi
Fb6nM74aa7AW67AeG7ARm7AZW7AV27Ad07ATRdiF3diDvdiH/ThAkTiEwyjGERzFMRzFMRzHCZzEKZzG

GZxFCc7hPC7gIi7hMq7gKq6hFNdxA2XQ4iZu4TbKUYE7+AF36cjfxwP8iId4hMf4CT/jF/yKSjzB
UzzDb3hOv7c/8CeqUA0dE8PEMkmMmsljJjH5zBz2MFvK2XH2nBPXmHPmXLimXDOO41w5t1rVk1Nx
bblQrtDVTacTjk39Lv7bd1Guq6ivf2N9Q+ejs9Y101lUP9WZVF+sWl61UJtONYFqlDaeaqRQu2jD
tX21MdpY7WBtEtEdtSHa7mXby+Kl9019+a8UFmb0KKb7hCf9i8LD3bSBg72j0tHBPSg4JDjELsBO
yXOuQQH+IcFBgV6eXl5+fn5eXqYB1DAL7rtYKi0DS90dHd0eKh67KW2aVe+19GzUUMZYudsMSz1S
FMY5uFiayW1tTRo7RbI2VTej7K1ltrYNzawUChMuxqO8XH+ktPe6FSZat38CVna3zpkWC5ceRrr0
ENiC6o3gRGu2+KWjWcE4kJkRZObiRZCJIvvW1FaK4HuQ0SWQUYo6ASRnQw32Qqs0+LwWUj98H3oI
Yy0iugRmbIHQiuDpZHF+PJhpkq25qJOtE+0EXrIT/LwlX6kffh3GfQpzkNbEdjOaV6XoyxQZ2lpy
vY9E87ERaElf4zPNyK5SHLdm/byev+KWii1Lx4xJkHQJhvH08TeOm7AObwPN2wvrSTDyNfLX9yvY
6n30cyuR9EUird/PF/dLmKc0PvuAWm/DGaiR8frZRHtIemmObBjBhehoqW9e3kvyf2SAPkZ1oWbv
CmpDWIcRauzNXwY/15qz8SKSDftUF4Q4FdUB5QuofHU/QlyMzkjNWTHykYr5PxQz61GP/yX4t2cF
pVFsHa9eBuJHlnzpHcvAQnwDCxcIU+JEWgYF7CRaTlIXiTYhTQv+E4VcQRInStlEmoUVpWMiLYMt
pV8iLSebZIk2QQNMjEvsqlKp/P18cjXZMSlpYzPUowdkjsgZm8JFhBvr/HxUlLElUqcqofpTRuhD
+ZiGcrMYytrSKDPLoCxuNGV4mZS95RCfQnllBOWEr/LjKRVe83XmL8UtSFENCmVuZHN0cmVhbQ1l
bmRvYmoNMzIgMCBvYmoNPDwvRmlsdGVyL0ZsYXRlRGVjb2RlL0xlbmd0aCAxNTUxL0xlbmd0aDEg
NDgyMz4+c3RyZWFtDQp42u1Yd1hTVxT/vZcwy0okwRHrCyOABkgioyJuHICAghMVSBFBBQRcWEet
rR22Vj9rra0d7j1wLxx174F7x9Xa2tqFdlhJzxuBqPj5Zxf3fr/cM+8498K954EB4IrxkIFLTg0z
3Q1xcyHJckJSVr65cOuU4AVE/wE4R+fkjRrgfPKFZYBLOMmu5mab+5cXpBVTB0riI3NJMIENlxPf
iXj/3PxhJaoJp9KIzwNk0/OGZJnjwRcPgmxmvrmkMBnfEq2YST9cgTk/u7e83Ej8JuKthUOGDiM7
IpUbeT3AqpgKOMCNLWMnkWSS2DJXYGJkeF5pDU7ry563hmIGO0OQsGCE1psGIYqpT3AE5E/7jh5D
PyNG5qBk1EAMzhvn7OI6yM3dw9NLoazjXaD2qVuvfgNNw8LxNIKff4AuMCi4cRN9SGiYwWhqGh4R
WfRas+jmMS1atmrdpm272CGvduwUF5/QOTEpuUvXlNRu3Xv07NU7rU/fN9IzMs1DX69h6rmPcRPf
fOvtdya9+97k96dMzZ72wfQPZ3w08+NPZn362edfzJ4zd978BQsXLV6yNH/5ipWrSlevWbtu/YaN
mzZv2Vq2bfuOnWN37d6zd9/+AwcPHT5y9NjxEyfLT50+c/bc+QsXL12+cvWa5fqNm7cgd6JYM3so
JE7YI0ReC1/4wR8B0CEQQQhGYzSBHiEIRRgMMMKEpghHBCIRhZfQDNFojhi0QEu0osi3QVu0Qyza
owM6ohPiEI8EdEYikpCMLuiKFKSiG7qjB3qiF3ojDX3QF/2QjgxkwoyXkYX+yMYA5FA4BmIQBiMP
+SjAEBSiCMUYimEYjhEYiRKMwisYjTEYi3GYjTmYi3mYjwVYiEVYjCVYimV0xldgJVahFKuxBmux
DuuxARuxCZuxBVtRhm3Yjh3YiS+xC7spEnuxD/txAAdxCIdxBEdxDMdxAidRjlM4jTM4i3M4jwu4
iEu4jCu4imuw4Dpu4CZu4Ta+wte4g2/o0N/Fd/ge9/ADfsRP+Bm/oAL38QC/4jf8Tn9vD/EnHqES
ViaFSWUyGTNTwoxlxjHT2H3sZa4O583V5epx9TkN15B7keM4Lef7WNVxBq4ZF80t1/parcKxqd3F
f/suyq23a+vfWBtZQ62e1hetbpUPrA6VZx8tejTHkks1nWqipS/VBKG2tcRaulhSLKmWXpZMolta
oiwdrm2+1le6b2rLf6XIoKJnRAm9J3T0HzORbk21j1rl7eTop40wRUVGRUYowgN1gTq/CK3JR1I5
GY3GQFEp6hQkUKlU3j7qpnZi3ozZlq6LiomfXFka6qVwdHJyVChCmBbFhrAGGj+/nmvaa7VKpVLB
aTu6uzcI1GoVSrVKF5DAZKgbhXRIMDZXujh7uEcyKyM93F2cld7ewUEhBl2A2t3LS6PR6zUaT4/K
h7rT9eq7eyiUWm1QWIC/pydjO6OKY/p+GZ4x98HK7tS0dGHVtGDpFUVgZ1WuBSdasyVPnfXbDMXK
HjJX8WXJUNzYJtRWiOB7kLXhYynqBJCcja62F1p1tc9zIfXD92GDMNZcosv5uUMltCINNkucHw9m
omTrKupkpaKdwEt2gp9e8pX64ddh36cwB2lNbHu7eVWIvkxZdfuY3OYj0XxsBFrSV/lMtLOrEMet
Wj+v59/Ml8WWdaY2XdKlV49ni7993IR16Ktp3l5YT7qdr52/rV/B1uZjm1u5pC8Tadt+Prlfwjyl
8dm71Oqrz0CVjNdPJTpA0ktzZFsTNEQnSX3z8njJ/141bDGqCVV7N+txCOuwQ5W969Pg51p1Np5E
VvU+1QQhTmU1QP0EKp7djxAXuzNSdVbsfKTi+g/G1VrU4n8H/va8TXlVTd81xDvalbIiRuLdxBtY
+KbhRBwjvU5cUEei5STVSLQDaYL4bx5yF5LUpRxQpFl4UH4n0jIoKZ8TaTnZZEm0AxwxOi2jncFg
MJlCh+UXpmTnDM8zF3cvGFg0PJuLi7XXGUMNlAJmUKcGoZqohlKCl0/JXgqlgTmU6uVRWlhMKWMB
pYNFxGdTohpHSeaz/IxEGfCczz1/AVt+iQINCmVuZHN0cmVhbQ1lbmRvYmoNMzMgMCBvYmoNPDwv
RmlsdGVyL0ZsYXRlRGVjb2RlL1R5cGUvT2JqU3RtL0ZpcnN0IDE2Ny9OIDIwL0xlbmd0aCAxOTU2
Pj5zdHJlYW0NCnja7Vptb9s2EP4r+j5k5jspoCiQdE2boemaJlu3FsXgpUZqIHGC2N26f787ikdR
L7SlOEmHwkAOpijyxId39/BIRtqCFdIVnElbyLIQzKpCQRXnvFD4p2ShRKF5CQ+yMEKaQqnCCmyn
CycF/JqilMYWyoIexUWhUKGBR1VCwTlWaFaARi5BERSkgBoBBQ2qtISCtVCjoFA6W2hdcCF4WWgD
BQWfefJkcvbvzWxyeL1YTU6//LXCh7PbLzNfezBdzvvybX07enezv//D+z2eMMe5+XF3dTJ4vzq8/
zRcXk3fzxf5iOY/Ph/Pb5erZ5+ltIcXk1TSUhdbQ8tPq8/KD0Dg1MAoYj7WuENY2RErpJdZB+8Zv
SzRjXvreNfQkYkwtVohYxnc4Jhxf2t6FZ98WTEh9NEwlPfd9Jyc0ZoWGCr84Vl8POkVjXpwfE9ZT
PxQcYzXO6h3q8GMK+saM51ElY8edPIp89NH+02x5fju/WV3fIr2w4u3TpwPJ4M37Fy/fvCMyKLcl
gxCkSuQDeAwZ5CRHBJ4MIICJFCjAqS7tSwHv4DltSzooeIkM3JpvbiIDH9SR2JwXqkf9KRF0yCDo
IEJ7DDKQA7Hu5H9OBm4UGZwcHf/x/DSQgWD3QAY54ZDt9JGBf9asETBpRtCuSwOq7ztpNkABTkGN
4scAgUbvXCj7oAzt2pkBShmCcFOmkJJAJzOIY7exbFu4I2kmZICSksb3RAY74nlAMihHkcH+7Xx6
eXy2FQFUgSlha+DTXVxtwZExoHCnRATgtw+uWg0rB3AxDR4isT3oiIK7IsZ1I/ojG2Akh6WXoipN
B3xbqPf9QrvYL5TLsCRTfc1CsLSb0uvykU4DDekEDTiWcQwhmvHXpX2CEGOIZN/QThukAk01S9O
gNUhfdGVXtLDWTKQWIEo4gN28VA1i90FkSVKUO0b1zrDA06M/3hQS1btWM2wOAaL+2obxuVUrNOw
/1WoG3w3fh11WWgnbaNOGh0MqKL43M/YXqmgJutDvWt0DSHPsYGfU/EznbZJvSx4Rs5tMRRSr2i7
86AwgInp/QbpZazDA2CbMTxwNr+aLV/P/nl7fTVdvDndO7i+/LQDpLYR1Hk8MyHu9MVyI/WhlfAle
sSkxyEntLawWqC9lbfheWghHBj7MAg14ryZaSOjDJwaJnuhVpFQmoLTjcWBkIZ8ZhN/2mQGFDZYj
LyQe4/u4sg6vFi/49yXwAmzH8FcLjMMS/yQaWSt6iMFcLFjMMS/pTC6QzF4mi5oWUEtt2wl46URV70QBp9lSYyegG7XRO
1GOwsJuV9M7WdR4c8QK2pUlFXlC15av6kDLpWnRipLZkeYE2ZSRrecGyXl5Ic9Cc22IbnKS2dHih
jvGuqH5uWcsLfBwv/Hz0+9kL2izw+zhG3JHCNyKFegtix5ICHaW0j3iGkwLtkx6eFNSOFEaTgj
WbiXPEGxOrp9dg4w0/MD/86oOzNCnDrQQYJTWwr+oOcHqelTQvC7h+C7w84PXb6sVW7c8SjOArIwmmvHXpX2CEGOIZN/QThukAk01S9O
nwLLeAuleG+WgO3WE4JHn3JhwtvksB0+KN0dcoRkBNYgdBPdgOrW0YHSspkj8C4dqMRE
kzT2I4QnIzjW7LsQlX0RT2fBg9kgJ8QGeemygdx663C0ml7Oz7cnhnDl2CaGx0gVnBTZK0fyYEoV
yEtSYshdOeJz27MamYJlzUxh45VjixGXjn698pVmYKq16/x2wdPdxliGLd7wGd/3EI+sCFREKbC
bJgZliiw2l/oXV+ikDtVaBwLDckT+qLfsmyOEG+mvkGekPhalxnUVsxwX6wQ7h47rMBVw9+M1Vuz
Auog8RsIweq1oHX3mKYLMcp67h5jipHcPXr2wHbJMQ9FLf6qsJTnWOG+7h7jAo7f9Lp0iKL+dKFx
xJU9KAzU0yEFAhrCzQUaSJMFOoqolgKTp4RgoHaygIYbkixoIZuUwDOU0EoGSMYkC+musRH6MNZc
orCJEh4yWVhLCXOUJRyf/Hr04oj0E8TqPGF3nrA7T/Z/+Fq1vtPioeX04slBPPpzcvZ/OLzCoc12V+ezxYr7DHB
r2MZ1fjeL33vV7MpMk2xhw/7f194XilUaSfH06/Vg3N8cjxfLqFZXYFj05xfzsD33DCoff+C1QNV
6AoprremVGORlmoj0lIkQJ2ogWpjmkCxIgFaDgPa9+8lfTaVFdBSmkcAqpmsgZaqbALFihqoZMOA

0tV5DzgDu/49/HdgwTyJyZLwOTcEXsl0Co8HeNCZ0HFuEzMqXqODvZBqwsOazXAyN4ABnUrQaQxH
KSyh0zpaDzxmADxX8hSeIetB74iPpfiESfDB51v4oGYAvp6bjK7p0PYWUzdrRrOMiaBYnz+CPyQO
KROHhA82EWFF4pB8mEN2j2X7jGfQeLBPFkzpO7hmxnapazZMBz0T1+Qd1+R3dM24l+zDCOu6x8hV
FX4i56B7AOB+XJQnTMpL1XJRrBmPcx1GWKMCxio9EjJjx7EQ85ZMSIY7yVoIoWYzwr70vz8IjT9+
E2OD0IgNQShdJgjhg01EJgwpBGG4IvkPiq47IA0KZW5kc3RyZWFtDWVuZG9iag0zNCAwIG9iag08
PC9MZW5ndGggMTQ2NC9UeXBlL01ldGFkYXRhL1N1YnR5cGUvWE1MPj5zdHJlYW0NCjw/eHBhY2tl
dCBiZWdpbj0i77u/IiBpZD0iVzVNME1wQ2VoaUh6cmVTek5UY3prYzlkIj8+DQo8eDp4bXBtZXRh
IHhtbG5zOng9ImFkb2JlOm5zOm1ldGEvIiB4OnhtcHRrPSIzLjEtNzAxIj4NCjxyZGY6UkRGIHht
bG5zOnJkZj0iaHR0cDovL3d3dy53My5vcmcvMTk5OS8wMi8yMi1yZGYtc3ludGF4LW5zIyI+DQo8
cmRmOkRlc2NyaXB0aW9uIHJkZjphYm91dD0iIiB4bWxuczpwZGY9Imh0dHA6Ly9ucy5hZG9iZS5j
b20vcGRmLzEuMy8iPg0KICAgIDxwZGY6UHJvZHVjZXI+UG93ZXIgUERGIENyZWF0ZTwvcGRmOlBy
b2R1Y2VyPg0KPC9yZGY6RGVzY3JpcHRpb24+DQo8cmRmOkRlc2NyaXB0aW9uIHJkZjphYm91dD0i
IiB4bWxuczp4bXA9Imh0dHA6Ly9ucy5hZG9iZS5jb20veGFwLzEuMC8iPg0KICAgIDx4bXA6Q3Jl
YXRvclRvb2w+UG93ZXIgUERGIENyZWF0ZTwveG1wOkNyZWF0b3JUb29sPg0KICAgIDx4bXA6Q3Jl
YXRlRGF0ZT4yMDI2LTA4LTAzVDE2OjI4OjU2LTA3OjAwPC94bXA6Q3JlYXRlRGF0ZT4NCiAgICA8
eG1wOk1vZGlmeURhdGU+MjAyNi0wOC0wM1QxNjoyOToxMi0wNzowMDwveG1wOk1vZGlmeURhdGU+
DQo8eG1wOk1ldGFkYXRhRGF0ZT4yMDI2LTA4LTAzVDE2OjI5OjEyLTA3OjAwPC94bXA6TWV0YWRh
dGFEYXRlPjwvcmRmOkRlc2NyaXB0aW9uPg0KPHJkZjpEZXNjcmlwdGlvbiByZGY6YWJvdXQ9IiIg
eG1sbnM6ZGM9Imh0dHA6Ly9wdXJsLm9yZy9kYy9lbGVtZW50cy8xLjEvIj4NCiAgICA8ZGM6Zm9y
bWF0PmFwcGxpY2F0aW9uL3BkZjwvZGM6Zm9ybWF0Pg0KICAgIDxkYzp0aXRsZT4NCiAgICAgICAg
PHJkZjpBbHQ+DQogICAgICAgICAgICA8cmRmOmxpIHhtbDpsYW5nPSJ4LWRlZmF1bHQiPjIwMjYt
MDctMzAgLSBLRkMgREVQT1NJVElPTiBTVUJQT0VOQSBGT0xMT1cgVVAgTEVUVEVSIFRPIFBST0dS
RVNTSVZFIEhPTUUgUkVNT0RFTElORyBJTkMuKDE1Nzc0MDM4MC4xKSAoMDAyKS5wZGY8L3JkZjps
aT4NCiAgICAgICAgPC9yZGY6QWx0Pg0KICAgIDwvZGM6dGl0bGU+DQogICAgPGRjOmNyZWF0b3I+
DQogICAgICAgIDxyZGY6U2VxPg0KICAgICAgICAgICAgPHJkZjpsaT5rY2FuYnk8L3JkZjpsaT4N
CiAgICAgICAgPC9yZGY6U2VxPg0KICAgIDwvZGM6Y3JlYXRvcj4NCjwvcmRmOkRlc2NyaXB0aW9u
Pg0KPHJkZjpEZXNjcmlwdGlvbiByZGY6YWJvdXQ9IiIgeG1sbnM6eG1wTU09Imh0dHA6Ly9ucy5h
ZG9iZS5jb20veGFwLzEuMC9tbS8iPg0KICAgIDx4bXBNTTpEb2N1bWVudElEPnV1aWQ6MDQwMGNl
NTctM2QxNy0zMGVlLTY5NGUtNmJmMDg0OGJiMTI2PC94bXBNTTpEb2N1bWVudElEPg0KICAgIDx4
bXBNTTpJbnN0YW5jZUlEPnV1aWQ6NmVhNzY2NmMtNDY1Yy0xYjM4LWZhYmMtMDAyMDViNDBjZjYy
PC94bXBNTTpJbnN0YW5jZUlEPg0KPC9yZGY6RGVzY3JpcHRpb24+DQo8L3JkZjpSREY+DQo8L3g6
eG1wbWV0YT4NCg0KPD94cGFja2V0IGVuZD0idyI/Pg0KZW5kc3RyZWFtDWVuZG9iag0zNSAwIG9i
ag08PC9GaWx0ZXIvRmxhdGVEZWNvZGUvVHlwZS9PYmpTdG0vRmlyc3QgMTIvTiAyL0xlbmd0aCAz
NjQ+PnN0cmVhbQ0KeNqtkk1PwzAMhv9KboMDivPdoikS2m4IaUK7IQ5bm8IktKKtO/DvsWN3O3BF
aur4zRN/tSEpUKFRxga1XOrtz3fRm91HOevVeDlOynj9fOjPbypaBF+VqW9f37G+G9aBjVAMGCYM
I5YRy4hlxFbkPWdMZBoAAABFtSmjRSRYAn6p7jyuy7x2fERMN7j3ts96cxv7Slf8K
V4s7jMf1bip360cLNkIDzkTbhPgAaQGwuNcvY/8XaI29Ak+X6fPaYtzjcpwnFlyYN7VZbw/TVxHG
oYYIW6qxFz/J3rFPtZNfe9hzP9SLnfsL0ivNAnXfovVsSfNF5oFnAUFvbzzdpXNvJF4UvZNFMZPc
lzyV6ySvl1y0n+fu+d78DUivMZPsg9Qy1xpZq3EbYfubNt+p2nDrudbQSv1S49Wn+VDfGM9hby7w
XOvyMmeabyMzLszZVuYt+vx9qo5Mon+N/puYc/4Fs5S96g0KZW5kc3RyZWFtDWVuZG9iag0zNiAw
IG9iag08PC9TaXplIDU5L0ZpbHRlci9GbGF0ZURlY29kZS9UeXBlL1hSZWYvSW5kZXhbMCA1OV0v
V1sxIDMgMV0vTGVuZ3RoIDE5ND4+c3RyZWFtDQp42h3NvU7CYACF4e+rgj/8VNvBGITEdDOBKyAm
dYDEQa6hJF2ZcCMx3XBzdXJyISEhFhhw7iZ6Cb0ANjDOvMczPON5jWHWpM8wf4HsHr4+YP0I32P4
iSB3RAbbBHYdY60NwSmCtwF/BrUYrm6gfguNS2iuoPUEYRvuLDz8Qe8TIpK270Kcw3AAo194vYC3
LrxPYKr7dAmLxDjGXP9jhSMOxKEoiKI4EsfiRJyKkiiLiqgKV5yJc+EJHwI1ArsHeNkloA0KZW5k
c3RyZWFtDWVuZG9iag1zdGFydHhyZWYNMjE2DSUlRU9GDQ==

--_004_LV0PR20MB76778DF385BB1A76638F3B34A2D52LV0PR20MB7677namp_--