# EXHIBIT 4


Acrobat File Edit View Window Help
100%
Thu Aug 6 06:51
90-1.pdf
1 copy 2.pdf
29.pdf
33.pdf
Settlement De...
56-1.pdf
DECLARATION.pdf
57.pdf
2025-07-28 @ 1...
Create
Add file to PDF Space
All tools
Read
Edit
Convert
E-Sign
Find text, tools, or help
Share
Ask AI Assistant
Edit
MODIFY PAGE
Organize pages
ADD CONTENT
Text
Image
NEW
Header and footer
More
DESIGN WITH ADOBE EXPRESS
Make standout documents with Adobe Express, included with your Acrobat subscription.
Stylize this PDF
Use design tools
Design a new page
OTHER OPTIONS
Combine files
Redact a PDF
Prepare a form
Learn how to edit PDFs
4. Those filings contain factual assertions and supporting exhibits that were not previously available
and that bear directly upon the subject matter of Plaintiff's pending Motion for Sanctions.
5. Among other things, Defendants' August 3 filings advance a materially different explanation
concerning the provenance and identity of the Poli brbbbrrrrrcy than the
positions previously advanced in
26 email that was produced for the first
essed in her Reply because it had not
covery, including a subpoena directed
very further bears upon the same
nctions because it appears to rely upon
Exchange claim rather than the claim
unsel in writing of these concerns and
sserted position by the close of
ency relief if the issues were not
Adobe Acrobat
Continuous Release | Version 2026.001.21691 | Unified App
Licenses : Acrobat Studio
Architecture: arm64
Processor: Apple M4 Pro
Build: 26.1.21691.0
AGM: 8.0.1
CoolType: 11.0.0
JP2K: 4.0.2.54782
Adobe
- 2 -
DECLARATION OF LUNA DSOL
2
3