# EXHIBIT 5

**From:** **Luna D'Sol** jravada@icloud.com
**Subject:** URGENT OBJECTION: Defective Deposition Notice – Case No. 2:25-cv-109838-SVW-ASx
**Date:** August 4, 2026 at 14:28
**To:** Kelly Canby kcanby@grsm.com, Michelle Bernard mbernard@grsm.com



Dear Ms. Canby,

I am writing to formally object to the Notice of Deposition unilaterally scheduled by your office for Friday, July 31, 2026.

Your document is back-dated to July 16, 2026 on its face. However, the internet service provider transport logs and file metadata prove that your office did not transmit this email to my inbox until Tuesday, July 28, 2026.

Providing less than three full business days' notice for a deposition violates the "reasonable notice" mandate of Federal Rule of Civil Procedure 30(b)(1). Furthermore, demanding document production by Wednesday, July 29th—giving me only a single business day to comply—is heavily oppressive and non-compliant with federal discovery timelines.

Please confirm by 5:00 PM today, August 4, 2026, that you will withdraw this defective notice and meet and confer regarding a mutually agreeable date. If you fail to do so, I will bring this electronic server footprint directly to the attention of Judge Wilson.

**Luna D'Sol**

📱 (213) 925-4069
📧 jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.