MICHELLE R. BERNARD (SBN: 144582)
mbernard@grsm.com
KELLY FITZGERALD CANBY (SBN: 185227)
kcanby@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
FARMERS DIRECT PROPERTY AND
CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LUNA D'SOL,

Plaintiff,

v.

FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,

Defendants.

Case No. 2:25-cv-10938-SVW-ASx

**DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION FOR TERMINATING SANCTIONS**

Judge: Hon. Stephen V. Wilson
Date: September 28, 2026
Time: 1:30 p.m.
Courtroom: 10A

Trial Date: October 13, 2026; 9:00 a.m.
FSC: October 5, 2026; 3:00 p.m.

Filed Concurrently With:
Memorandum of Points and Authorities; Supporting Declaration Michelle R. Bernard

Complaint Filed: August 21, 2025



Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 28, 2026 at 1:30 p.m., or as soon thereafter as this matter may be heard, in Courtroom 10A of the above-entitled court, located at 350 W. First Street, 10th Floor, Los Angeles, California 90012, Defendant Farmers Direct Property and Casualty Insurance Company ("Defendant" or "Farmers Direct") will and hereby does move this Court pursuant Federal Rule of Civil Procedure 37 and Local Rule 37-4 for an order granting the terminating sanction of dismissal against Plaintiff Luna D'Sol ("D'Sol" or "Plaintiff") and all claims in the First Amended Complaint.

As explained further in the Declaration of Kelly Fitzgerald Canby filed concurrently herewith ("Canby Decl."), Farmers Direct has made good faith attempts to conduct a meet and confer conference with Plaintiff pursuant to Local Rule 7-3 and has attempted to meet and confer with Plaintiff at least 7 days prior to filing Farmers Direct's Motion For Terminating Sanctions but Plaintiff refused to participate in the Local Rule 7-3 Conference (and Plaintiff has demonstrated her unwillingness to proceed in good faith by false statements and/or other deceptive conduct). *See* Declaration of Michelle R. Bernard, ¶2.

This motion is based upon this Notice of Motion and Motion, concurrently filed Memorandum of Points and Authorities, the Declaration of Kelly Fitzgerald Canby as well as the pleadings, papers, orders and records on file in this action, and such further oral and/or documentary evidence to which this Court may properly take judicial notice and/or which may be raised prior to or at the hearing on this motion.

Dated: August 31, 2026 GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Michelle R. Bernard*
Michelle R. Bernard
Kelly Fitzgerald Canby
Attorneys for Defendant
FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY