MICHELLE R. BERNARD (SBN: 144582)
mbernard@grsm.com
KELLY FITZGERALD CANBY (SBN: 185227)
kcanby@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
FARMERS DIRECT PROPERTY AND
CASUALTY INSURANCE COMPANY

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LUNA D'SOL,

Plaintiff,

v.

FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,

Defendants.

Case No. 2:25-cv-10938-SVW-ASx

**DECLARATION OF ELISA MARTINEZ IN SUPPORT OF DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

Judge: Hon. Stephen V. Wilson
Date: September 28, 2026
Time: 1:30 p.m.
Courtroom: 10A

Filed Concurrently With: Notice of Motion and Motion for Summary Judgment Or In The Alternative, Partial Summary Judgment; Memorandum of Points and Authorities; Separate Statement of Uncontroverted Facts and Conclusions of Law; Supporting Declarations of Kelly Fitzgerald Canby, David A. Corona, Paul Hamilton, Michael Saskor, Donnie Means, and Bryce Spradling; Notice of Lodgment; and [Proposed] Order

Complaint Filed: August 21, 2025

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

**DECLARATION OF ELISA MARTINEZ**

I, ELISA MARTINEZ, declare as follows:

1. I am the Work Flow Coordinator for the law firm of Gordon Rees Scully Mansukhani, LLP, the attorneys for the Defendant Farmers Direct Property and Casualty Insurance Company ("Defendant" or "Farmers Direct"). I am an experienced legal secretary who assists with the coordination of work of other legal secretaries at the law firm. I also directly assist attorneys with various litigation tasks such as court filings and service of discovery, among other tasks. I am trained and knowledgeable regarding the court rules and procedures associated with these types of litigation support tasks which I have been doing for more than 20 years. This declaration is being submitted in support of Defendant's Motion For Summary Judgment Or In The Alternative, Partial Summary Judgment in the above-entitled action. I have personal knowledge of the matters contained in this declaration and if called to testify to them, I could and would do so competently.

2. Due to the approaching 4th of July holiday, I provided direct litigation support assistance to attorney Kelly Fitzgerald Canby on July 2, 2026, including with the service of Defendant's written discovery in this case.

3. Specifically, on July 2, 2026, at the direction of Kelly Fitzgerald Canby, I electronically served Pro Per Plaintiff Luna D'Sol ("Plaintiff") with copies of the following discovery requests for this case using the following email address for Plaintiff (jravada@icloud.com):

a. **DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S INTERROGATORIES TO PLAINTIFF LUNA D'SOL (SET ONE)**;

b. **DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S REQUEST FOR ADMISSIONS TO PLAINTIFF LUNA D'SOL (SET ONE)**; and

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

c. **DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S REQUESTS FOR PRODUCTION TO PLAINTIFF LUNA D'SOL (SET ONE).**

4. A true and correct copy of the Proof of Service that I prepared, signed and delivered for the discovery service described above is attached hereto as Exhibit 10 to the Declaration of Kelly Fitzgerald Canby filed herewith (will be lodged with the Court as Defendant's Lodged Document B) and is also attached hereto for reference as **Exhibit 1**.

5. Attached hereto as **Exhibit 2** is a true and copy of the initial service transmission email that I sent on July 2, 2026 [3:56 PM] to Plaintiff (jravada@icloud.com) as notification that the attached and listed documents "**are being electronically served in the above-referenced matter**" and I listed and attached copies of all three discovery requests and the Proof of Service noted above. However, as explained further below, I received bounce back notice from Plaintiff's email address which indicated that my initial transmission was not completed, presumably because Defendant's Requests For Admissions (Set One) is a large file with multiple attachments so I promptly resolved this issue by using a TitanFile sharelink (which allows for large size documents to be transmitted through email by access links).

6. Attached hereto as **Exhibit 3** is a true and copy of the later service transmission email that I sent on July 2, 2026 [4:01 PM] to Plaintiff (jravada@icloud.com) which omitted the large sized PDF file (i.e., the Requests For Admissions (Set One) which I later sent via a TitanFile sharelink email with all of the documents per below and confirmed Plaintiff's receipt) but otherwise this attached the same discovery requests and the Proof of Service noted above. Specifically, I informed Plaintiff that "Due to the size of the Request for Admissions,

I received a bound back that my original email below did not got through" so "**All the documents will be sent via a Titanfile sharelink shortly**." As is my regular practice, I rechecked and monitored my email inbox to make sure there were no further bounce back messages associated with this electronic service transmission and there were none (which I have again confirmed). Plaintiff did not contact me to report any problems with use of the Titanfile sharelink or otherwise.

7. On July 2, 2026 at approximately 4:02 p.m., I sent another electronic service transmission email to Plaintiff (jravada@icloud.com) through the TitanFile platform whereby the following documents listed in the Proof of Service and also again identified in this communication where transmitted to Plaintiff via TitanFile sharelinks with a covering note that the following documents "**are being electronically served in the above-referenced matter**":

1. DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S INTERROGATORIES TO PLAINTIFF LUNA D'SOL (SET ONE)
2. DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S REQUEST FOR ADMISSIONS TO PLAINTIFF LUNA D'SOL (SET ONE)
3. DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S REQUESTS FOR PRODUCTION TO PLAINTIFF LUNA D'SOL (SET ONE)
4. PROOF OF SERVICE

8. Attached hereto as **Exhibit 4** are true and correct copies of a collection of documents pertaining to the TitanFile sharelink email and electronic service transmission to Plaintiff as mentioned above (which I understand are also attached as Exhibit 12 to the Declaration of Kelly Fitzgerald Canby filed herewith), including a TitanFile Conversation Record with Delivery Log Report, a printed record of the

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

channel "History," along with copies of the Proof of Service and email transmission to Plaintiff. Specifically, my electronic service transmission email sent to Plaintiff (jravada@icloud.com) on July 2, 2026 [19:02 EDT] 4:02 p.m. (Pacific Time) mentioned above is included within **Exhibit 4** hereto (at pages 4-5 thereof and found on "Page 2 of 3" and "Page 3 of 3" of the TitanFile Conversation Record portion therein). As noted on the "Delivery Log" ("Page 3 of 3") and in the attached printed channel "History" page (at page "1/3" which is at or around the 10th page of **Exhibit 4**), Plaintiff was electronically served copies of Defendant's Requests for Admissions (Set One), Interrogatories (Set One) and Requests For Production (Set One) to her email address (jravada@icloud.com) on July 2, 2026 as follows: "**Lunda D'Sol <jravada@icloud.com> 2026-07-02 19:02:20 EDT**" and "**Email delivered successfully to Luna D'Sol at July 2, 2026 7:02 pm EDT**" (i.e., at 4:02 p.m. on July 2, 2026). Plaintiff has not contacted me to report any problems with use of the TitanFile sharelinks, nor for any other reason.

9. Accordingly, I attest and confirm that Plaintiff was electronically served with copies of Defendant Farmers Direct's Requests for Admissions (Set One), Interrogatories (Set One) and Requests For Production (Set One) to her email address (jravada@icloud.com) on July 2, 2026.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 31st day of August, 2026 at San Diego, California.



Elisa Martinez

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

# EXHIBIT 1

# EXHIBIT 10

*[NOTE: This Same Document Is Also Attached As Exhibit 10 To The Declaration of Kelly Fitzgerald Canby Filed Herewith In Support of Defendant's Motion For Summary Judgment Or Alternatively, Partial Summary Judgment]*

MICHELLE R. BERNARD (SBN: 144582)
mbernard@grsm.com
KELLY F. CANBY (SBN: 185227
kcanby@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
FARMERS DIRECT PROPERTY AND
CASUALTY INSURANCE COMPANY

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL,<br>Plaintiff,<br>v.<br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br>Defendant. | Case No. 2:25-cv-10938-SVW-ASx<br>Hon. Stephen V. Wilson<br>Magistrate Judge: Alka Sagar<br>**PROOF OF SERVICE**<br>Complaint Filed: August 21, 2025 |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP, 101 West Broadway, Ste. 2000, San Diego, California 92101. On July 2, 2026 below, I served the within documents:

**DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S INTERROGATORIES TO PLAINTIFF LUNA D'SOL (SET ONE)**

**DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S REQUEST FOR ADMISSIONS TO PLAINTIFF LUNA D'SOL (SET ONE)**

**DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S REQUESTS FOR PRODUCTION TO PLAINTIFF LUNA D'SOL (SET ONE)**

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

☐ **BY PERSONAL SERVICE:** by having the document(s) listed above personally delivered to the person(s) at the address(es) set forth below.

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Diego, addressed as set forth below.

☒ **BY E-SERVICE:** I caused the document(s) listed above to be sent to the person at the e-mail address on the service list below. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **BY ELECTRONIC SERVICE THROUGH THE CM/ECF SYSTEM** which automatically generates a Notice of Electronic Filing at the time said document is filed to all CM/ECF Users who have appeared in this case. Service with this NEF constitutes service pursuant to FRCP 5(b)(E).

**Plaintiff in Pro Per**

Luna D’Sol
2275 E. Belding Dr
Palm Springs, CA 92262
Tel: (213) 925-40690
Email: jravada@icloud.com

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on July 2, 2026.

Elisa Mar

Elisa Martinez

# EXHIBIT 2

**Kelly Canby**

| | |
|---|---|
| **From:** | Elisa Martinez |
| **Sent:** | Thursday, July 2, 2026 3:56 PM |
| **To:** | jravada@icloud.com |
| **Cc:** | Kelly Canby; Michelle Bernard; Kiry Yeoun; Jer Vang-Zamora |
| **Subject:** | Luna D'Sol v Farmers Direct Property - Discovery to Plaintiff |
| **Attachments:** | 2026-07-02 D'SOL - DEF POS RE DISCOVERY TO PLF.pdf; 2026-07-02 D'SOL - DEF RFA TO PLTF SET ONE.pdf; 2026-07-02 D'SOL - DEF RFP TO PLTF SET ONE.pdf; 2026-07-02 D'SOL - DEF ROG TO PLTF SET ONE.pdf |

Good afternoon,
Attached you will find the following documents which are being electronically served in the above-referenced matter.

1. DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S INTERROGATORIES TO PLAINTIFF LUNA D'SOL (SET ONE)
2. DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S REQUEST FOR ADMISSIONS TO PLAINTIFF LUNA D'SOL (SET ONE)
3. DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S REQUESTS FOR PRODUCTION TO PLAINTIFF LUNA D'SOL (SET ONE)
4. PROOF OF SERVICE

**ELISA MARTINEZ**
Legal Secretary and Workflow Coordinator

GRSM 50

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 619.544.7236
**E:** emartinez@grsm.com | grsm.com
101 W. Broadway, Suite 2000, San Diego, CA 92101

# EXHIBIT 3

**Kelly Canby**

| | |
|---|---|
| **From:** | Elisa Martinez |
| **Sent:** | Thursday, July 2, 2026 4:01 PM |
| **To:** | jravada@icloud.com |
| **Cc:** | Kelly Canby; Michelle Bernard; Kiry Yeoun; Jer Vang-Zamora |
| **Subject:** | RE: Luna D'Sol v Farmers Direct Property - Discovery to Plaintiff |
| **Attachments:** | 2026-07-02 D'SOL - DEF POS RE DISCOVERY TO PLF.pdf; 2026-07-02 D'SOL - DEF RFP TO PLTF SET ONE.pdf; 2026-07-02 D'SOL - DEF ROG TO PLTF SET ONE.pdf |

Ms. D'Sol,
Due to the size of the Request for Admissions, I received a bounce back that my original email below did not go through. All the documents will be sent via a Titanfile sharelink shortly.

**ELISA MARTINEZ**
Legal Secretary and Workflow Coordinator

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 619.544.7236
**E:** emartinez@grsm.com | grsm.com
101 W. Broadway, Suite 2000, San Diego, CA 92101

**From:** Elisa Martinez <emartinez@grsm.com>
**Sent:** Thursday, July 2, 2026 3:56 PM
**To:** jravada@icloud.com
**Cc:** Kelly Canby <kcanby@grsm.com>; Michelle Bernard <mbernard@grsm.com>; Kiry Yeoun <kyeoun@grsm.com>; Jer Vang-Zamora <jvang-zamora@grsm.com>
**Subject:** Luna D'Sol v Farmers Direct Property - Discovery to Plaintiff

Good afternoon,
Attached you will find the following documents which are being electronically served in the above-referenced matter.

1. DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S INTERROGATORIES TO PLAINTIFF LUNA D'SOL (SET ONE)
2. DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S REQUEST FOR ADMISSIONS TO PLAINTIFF LUNA D'SOL (SET ONE)
3. DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S REQUESTS FOR PRODUCTION TO PLAINTIFF LUNA D'SOL (SET ONE)
4. PROOF OF SERVICE

**ELISA MARTINEZ**
Legal Secretary and Workflow Coordinator

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 619.544.7236
**E:** emartinez@grsm.com | grsm.com
101 W. Broadway, Suite 2000, San Diego, CA 92101

# EXHIBIT 4

# EXHIBIT 12

*[NOTE: This Same Document Is Also Attached As Exhibit 12 To The Declaration of Kelly Fitzgerald Canby Filed Herewith In Support of Defendant's Motion For Summary Judgment Or Alternatively, Partial Summary Judgment]*

# Conversation Record with Delivery Log

Requested by: Kelly Canby <kcanby@grsm.com>

From: 12.229.121.254

https://us.titanfile.com/channels/as_pdf/wT624l/1782975600/1783062000/

Produced by: TitanFile Inc.
1050 King St W, Toronto, ON M6K 0C7
+1 855-315-6012
support@titanfile.com

Generated: 01 August, 2026 06:07 EDT

# Luna D'Sol v Farmers Direct Property - Discovery to Plaintiff

## Contacts:

| Name | Email | Organization |
|---|---|---|
| Elisa Martinez | emartinez@grsm.com | |
| Kelly Canby | kcanby@grsm.com | |
| Kiry Yeoun | kyeoun@grsm.com | Gordon Rees Scully Mansukhani, LLP |
| Michelle Bernard | mbernard@grsm.com | GORDON REES SCULLY MANSUKHANI, LLP |
| Luna D'Sol | jravada@icloud.com | |
| Jer Vang-Zamora | jvang-zamora@grsm.com | |

## Conversation (1 messages):

Elisa Martinez (emartinez@grsm.com) 02 July, 2026 19:02 EDT

Good afternoon,

Attached you will find the following documents which are being electronically served in the above-referenced matter.

1. DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S INTERROGATORIES TO PLAINTIFF LUNA D'SOL (SET ONE)
2. DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S REQUEST FOR ADMISSIONS TO PLAINTIFF LUNA D'SOL (SET ONE)
3. DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S REQUESTS FOR PRODUCTION TO PLAINTIFF LUNA D'SOL (SET ONE)
4. PROOF OF SERVICE

**Elisa Martinez**

Legal Secretary and Workflow Coordinator

**GORDON REES SCULLY MANSUKHANI**

2026-07-02 D'SOL - DEF POS RE DISCOVERY TO PLF.pdf (29.5 KB SHA2: 9942e5a64310c1dce339428be013abaa8e6209a2dda7748120173b71d923a22a)

2026-07-02 D'SOL - DEF RFP TO PLTF SET ONE.pdf (71.9 KB SHA2: f208148b70a732f21cce33cfd375a0f246658f37ca9e8d984eee543d6e6a85d7)

2026-07-02 D'SOL - DEF ROG TO PLTF SET ONE.pdf (52.8 KB SHA2: 1abf8d4bceb3f2e3fdcf0d3a6385d410c5379552e116a4dd6561da0c83c3f18c)

2026-07-02 D'SOL - DEF RFA TO PLTF SET ONE.pdf (24.9 MB SHA2: 504bf4a70f6ee374005a7e024bc64eabc1ee650f7f2dcb1b9e20ae14e7b23872)

## Delivery Log

| Timestamp | Source IP | Destination IP | SMTP response |
|---|---|---|---|
| Kiry Yeoun <kyeoun@grsm.com> | | | |
| 2026-07-02 19:02:18 EDT | 198.2.187.37 | 52.101.194.17 | 250 2.6.0 <178303333552.2559258.5570724117521642925@ip-10-101-11-73.ec2.internal> [InternalId=16488379450649, Hostname=LVXPR20MB994719.namprd20.prod.outlook.com] 61441 bytes in 0.216, 277.451 KB/sec Queued mail for delivery |
| Kelly Canby <kcanby@grsm.com> | | | |
| 2026-07-02 19:02:17 EDT | 198.2.187.37 | 52.101.194.17 | 250 2.6.0 <178303333535.2559522.15751978897445073309@ip-10-101-11-73.ec2.internal> [InternalId=54301271524944, Hostname=DM4PR20MB4822.namprd20.prod.outlook.com] 61503 bytes in 0.253, 236.759 KB/sec Queued mail for delivery |
| Michelle Bernard <mbernard@grsm.com> | | | |
| 2026-07-02 19:02:17 EDT | 198.2.187.24 | 52.101.42.14 | 250 2.6.0 <178303333552.2559526.14453320698868190720@ip-10-101-11-73.ec2.internal> [InternalId=2929167697273, Hostname=IA0PPFAB293CA7C.namprd20.prod.outlook.com] 61602 bytes in 0.122, 492.601 KB/sec Queued mail for delivery |
| Elisa Martinez <emartinez@grsm.com> | | | |
| 2026-07-02 19:02:17 EDT | 198.2.179.45 | 52.101.41.22 | 250 2.6.0 <178303333563.2559589.9571435933750525756@ip-10-101-11-73.ec2.internal> [InternalId=180388627992, Hostname=BN7PPF7B863406F.namprd20.prod.outlook.com] 61803 bytes in 0.239, 252.326 KB/sec Queued mail for delivery |
| Jer Vang-Zamora <jvang-zamora@grsm.com> | | | |
| 2026-07-02 19:02:17 EDT | 198.2.179.45 | 52.101.41.183 | 250 2.6.0 <178303333524.2559526.2086029441321669500@ip-10-101-11-73.ec2.internal> [InternalId=76407468197243, Hostname=SA0PR20MB4559.namprd20.prod.outlook.com] 61461 bytes in 0.212, 282.753 KB/sec Queued mail for delivery |
| Luna D'Sol <jravada@icloud.com> | | | |
| 2026-07-02 19:02:20 EDT | 198.2.177.21 | 17.57.156.30 | 250 2.0.0 Ok: queued as 567821800291 |



Generated by TitanFile on 01 August, 2026 06:07 EDT

**Kelly Canby**

**From:** Elisa Martinez
**Sent:** Thursday, July 2, 2026 4:00 PM
**To:** jravada@icloud.com
**Cc:** Kelly Canby; Michelle Bernard; Kiry Yeoun; Jer Vang-Zamora
**Subject:** RE: Luna D'Sol v Farmers Direct Property - Discovery to Plaintiff
**Attachments:** 2026-07-02 D'SOL - DEF POS RE DISCOVERY TO PLF.pdf; 2026-07-02 D'SOL - DEF RFP TO PLTF SET ONE.pdf; 2026-07-02 D'SOL - DEF ROG TO PLTF SET ONE.pdf

Ms. D'Sol,
Due to the size of the Request for Admissions, I received a bounce back that my original email below did not go through. All the documents will be sent via a Titanfile sharelink shortly.

**ELISA MARTINEZ**
Legal Secretary and Workflow Coordinator

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 619.544.7236
**E:** emartinez@grsm.com | grsm.com
101 W. Broadway, Suite 2000, San Diego, CA 92101

**From:** Elisa Martinez <emartinez@grsm.com>
**Sent:** Thursday, July 2, 2026 3:56 PM
**To:** jravada@icloud.com
**Cc:** Kelly Canby <kcanby@grsm.com>; Michelle Bernard <mbernard@grsm.com>; Kiry Yeoun <kyeoun@grsm.com>; Jer Vang-Zamora <jvang-zamora@grsm.com>
**Subject:** Luna D'Sol v Farmers Direct Property - Discovery to Plaintiff

Good afternoon,
Attached you will find the following documents which are being electronically served in the above-referenced matter.

1. DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S INTERROGATORIES TO PLAINTIFF LUNA D'SOL (SET ONE)
2. DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S REQUEST FOR ADMISSIONS TO PLAINTIFF LUNA D'SOL (SET ONE)
3. DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S REQUESTS FOR PRODUCTION TO PLAINTIFF LUNA D'SOL (SET ONE)
4. PROOF OF SERVICE

**ELISA MARTINEZ**
Legal Secretary and Workflow Coordinator

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 619.544.7236
**E:** emartinez@grsm.com | grsm.com
101 W. Broadway, Suite 2000, San Diego, CA 92101

MICHELLE R. BERNARD (SBN: 144582)
mbernard@grsm.com
KELLY F. CANBY (SBN: 185227
kcanby@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
FARMERS DIRECT PROPERTY AND
CASUALTY INSURANCE COMPANY



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br><br>Defendant. | Case No. 2:25-cv-10938-SVW-ASx<br><br>Hon. Stephen V. Wilson<br>Magistrate Judge: Alka Sagar<br><br>**PROOF OF SERVICE**<br><br>Complaint Filed: August 21, 2025 |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP, 101 West Broadway, Ste. 2000, San Diego, California 92101. On July 2, 2026 below, I served the within documents:

**DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S INTERROGATORIES TO PLAINTIFF LUNA D'SOL (SET ONE)**

**DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S REQUEST FOR ADMISSIONS TO PLAINTIFF LUNA D'SOL (SET ONE)**

**DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S REQUESTS FOR PRODUCTION TO PLAINTIFF LUNA D'SOL (SET ONE)**

☐ **BY PERSONAL SERVICE:** by having the document(s) listed above personally delivered to the person(s) at the address(es) set forth below.

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Diego, addressed as set forth below.

☒ **BY E-SERVICE:** I caused the document(s) listed above to be sent to the person at the e-mail address on the service list below. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **BY ELECTRONIC SERVICE THROUGH THE CM/ECF SYSTEM** which automatically generates a Notice of Electronic Filing at the time said document is filed to all CM/ECF Users who have appeared in this case. Service with this NEF constitutes service pursuant to FRCP 5(b)(E).

**Plaintiff in Pro Per**

Luna D'Sol
2275 E. Belding Dr
Palm Springs, CA 92262
Tel: (213) 925-40690
Email: jravada@icloud.com

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on July 2, 2026.

Elisa Mar

Elisa Martinez

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

GRSM50

73

+ New Channel

in:active

KC Kelly

Channels

Contacts

Files

Reports

Options

**Luna D'Sol v Farmers Direct Property - Discovery to Plaintiff**

( 6 members, last activity: July 2, 2026 4:02

**1** Message

**4** Files

Add | EM Elisa | KC Kelly | KY Kiry | MB Michelle | LD Luna

Conversation | Files | Contacts | History | Options

| | |
|---|---|
| **August 1, 2026 3:07 am** | Kelly Canby exported conversation as PDF. |
| **August 1, 2026 2:46 am** | Email delivered successfully to Kelly Canby at August 1, 2026 5:46 am EDT |
| **August 1, 2026 2:46 am** | Kelly Canby exported conversation as PDF. |
| **July 2, 2026 4:02 pm** | Email delivered successfully to Luna D'Sol at July 2, 2026 7:02 pm EDT |
| **July 2, 2026 4:02 pm** | Email delivered successfully to Kiry Yeoun at July 2, 2026 7:02 pm EDT |
| **July 2, 2026 4:02 pm** | Email delivered successfully to Kelly Canby at July 2, 2026 7:02 pm EDT |

GRSM50

73

Channels

Contacts

Files

Reports

Options

KC Kelly

| | |
|---|---|
| **July 2, 2026 4:02 pm** | Email delivered successfully to Michelle Bernard at July 2, 2026 7:02 pm EDT |
| **July 2, 2026 4:02 pm** | Email delivered successfully to Elisa Martinez at July 2, 2026 7:02 pm EDT |
| **July 2, 2026 4:02 pm** | Email delivered successfully to Jer Vang-Zamora at July 2, 2026 7:02 pm EDT |
| **July 2, 2026 4:02 pm** | Elisa Martinez uploaded "2026-07-02 D'SOL - DEF RFA TO PLTF SET ONE.pdf" file. |
| **July 2, 2026 4:02 pm** | Elisa Martinez uploaded "2026-07-02 D'SOL - DEF ROG TO PLTF SET ONE.pdf" file. |
| **July 2, 2026 4:02 pm** | Elisa Martinez uploaded "2026-07-02 D'SOL - DEF POS RE DISCOVERY TO PLF.pdf" file. |
| **July 2, 2026 4:02 pm** | Elisa Martinez uploaded "2026-07-02 D'SOL - DEF RFP TO PLTF SET ONE.pdf" file. |
| **July 2, 2026 4:02 pm** | Elisa Martinez sent a new message with 4 files. |
| **July 2, 2026 4:01 pm** | Elisa Martinez added Jer Vang-Zamora. |
| **July 2, 2026 4:00 pm** | Elisa Martinez added Luna D'Sol. |
| **July 2, 2026 3:56 pm** | Elisa Martinez added Michelle |

GRSM50

73

Channels

Contacts

Files

Reports

Options

KC Kelly

| | |
|---|---|
| | Bernard. |
| **July 2, 2026 3:56 pm** | Elisa Martinez added Kiry Yeoun. |
| **July 2, 2026 3:56 pm** | Elisa Martinez added Kelly Canby. |
| **July 2, 2026 3:55 pm** | Elisa Martinez created "Luna D'Sol v Farmers Direct Property - Discovery to Plaintiff" channel. |