MICHELLE R. BERNARD (SBN: 144582)
mbernard@grsm.com
KELLY FITZGERALD CANBY (SBN: 185227)
kcanby@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
FARMERS DIRECT PROPERTY AND
CASUALTY INSURANCE COMPANY

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LUNA D'SOL,

Plaintiff,

v.

FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,

Defendants.

Case No. 2:25-cv-10938-SVW-ASx

**DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S NOTICE OF LODGMENT OF DISCOVERY MATERIALS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR INT THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

Judge: Hon. Stephen V. Wilson
**Date: September 28, 2026**
**Time: 1:30 p.m.**
Courtroom: 10A
Trial Date: October 13, 2026; 9:00 a.m.
FSC: October 5, 2026; 3:00 p.m.

Filed Concurrently With: Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities; Separate Statement of Uncontroverted Facts and Conclusions of Law; Supporting Declarations of Kelly Fitzgerald Canby, David A. Corona, Paul Hamilton, Michael Saskor, Donnie Means and Bryce Spradling, Elisa Martiez; and [Proposed] Order

Complaint Filed: August 21, 2025

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 26-2 Defendant Farmers Direct Property and Casualty Insurance Company ("Defendant" or "Farmers Direct") will, and hereby does, lodge hard copies of the documents identified and described below with the Court in support of its Motion for Summary Judgment Or In The Alternative, Partial Summary Judgment as to the First Amended Complaint of Pro Per Plaintiff Luna D'Sol ("Plaintiff") which is noticed for hearing on September 28, 2026, at 1:30 p.m., or as soon thereafter as this matter may be heard, in Courtroom 10A of the above-entitled court, located at 350 W. First Street, 10th Floor, Los Angeles, California 90012. **PLEASE TAKE FURTHER NOTICE THAT THIS NOTICE OF LODGEMENT ITSELF WILL BE ELECTRONICALLY FILED BUT THE EXHIBITS IDENTIFIED BELOW WILL NOT BE FILED AND INSTEAD WILL BE LODGED WITH THE COURT:**

- **<u>LODGED DOCUMENT "A"</u>:** Farmers Direct's REQUESTS FOR ADMISSION (SET ONE) (with all of the original exhibits, Exhibits A-H attached, but with a redaction added to page 32 [FD003073]): Attached hereto as **<u>LODGED DOCUMENT A</u>** is a copy of a supplemented version of **Exhibit 11** to Declaration of Kelly Fitzgerald Canby ("Canby Decl.") filed in support of Defendant Farmers Direct's Motion for Summary Judgment Or In The Alternative, Partial Summary Judgment, which is a copy of the Defendant's Request for Admissions with copies of all of the attached Exhibits A-H thereto (the exhibits are omitted from **Exhibit 11**).[1]

[1] Farmers Direct's Request For Admissions (Set One) ("RFAs") was FILED as **Exhibit 11** to the Canby Decl. is support of Defendant's Motion for Summary Judgment -- WITHOUT the attached Exhibits A-H per Local Rule 26-2 -- as Farmers Direct's RFAs is a discovery request that attaches various documents for the purpose of authentication (i.e., Exhibits A-H) this document is lengthy as result, these exhibits to Defendant's Request For Admissions were not included with the filed copy of **Exhibit 11** to the Canby Decl., but pursuant to this Notice of Lodgment, Farmers Direct will have a complete copy of the RFAs (with the Exhibits A-H attached) Lodged with the Court for review which is the same full text form of that document



Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

- **<u>LODGED DOCUMENT "B"</u>:** Farmers Direct's Proof of Service for REQUESTS FOR ADMISSION (SET ONE) (With All Exhibits A-H): For ease of reference, a copy of the Proof Of Service is being lodged with Court attached hereto and is also attached as **Exhibit 10** to the Canby Decl., and Farmers Direct's Request for Admission (Set One) and other discovery requests were electronically served by email on July 2, 2026 to Plaintiff (jravada@icloud.com). *See* Declaration of Elisa Martinez filed herewith.

Dated: August 31, 2026 GORDON REES SCULLY MANSUKHANI, LLP

By [signature: Kelly F. Canby]
Michelle R. Bernard
Kelly Fitzgerald Canby
Attorneys for Defendant
FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY

(but with a redaction added to page 32 [FD003073]) as was served on Plaintiff on July 2, 2026 via email (jravada@icloud.com) per the parties prior agreement for service by email and pursuant to the Plaintiff's prior consent to receipt of electronic service in this case. Canby Decl., ¶¶ 11-13, 20-25, **Exhibits 10-12, Exhibits 6-9**; *see also generally* **Exhibits 22-23** and Declaration of Elisa Martinez filed concurrently herewith.



Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101