UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL,<br><br>Plaintiff,<br><br>vs.<br><br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-10938-SVW-ASx<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S <u>MOTION IN LIMINE NO. 1 TO EXCLUDE ANY EVIDENCE TO REBUT DEEMED ADMISSIONS</u>**<br><br>Judge: Hon. Stephen V. Wilson<br>Date: October 5, 2026<br>Time: 3:00 p.m.<br>Courtroom: 10A<br><br>Trial Date: October 13, 2026; 9:00 a.m.<br>FSC: October 5, 2026; 3:00 p.m.<br><br>Complaint Filed: August 21, 2025 |

Defendant Farmers Direct Property and Casualty Insurance Company's ("Defendant" or "Farmers Direct") Motion In Limine No. 1 come on for hearing on October 5, 2026 at 3:00 p.m. in the above-entitled court. After full consideration of the moving, opposition, and reply papers, as well as the evidence and authorities submitted by the parties, and argument at the hearing, the motion is **GRANTED.** Pro Per Plaintiff Luna D'Sol many not present evidence, testimony or argument to rebut any facts that Plaintiff is deemed to have admitted as true pursuant to the self-executing sanctions of Rule 36(a)(3) and Rule 36(b) of the Federal Rule of Civil Procedure due to her failure to respond to Farmers Direct's Requests For Admissions (Set One) served on July 2, 2026 and which were due by August 3, 2026 but Plaintiff has failed to provide any responses at all to Farmers Direct's Requests For Admission (Set One), Request Nos. 1-90 which are now deemed admitted and conclusively established.

**IT IS SO ORDERED.**

Dated: _____________, 2026. _________________________________

Hon. Stephen V. Wilson

Judge of the District Court