UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL, Plaintiff, vs. FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive, Defendants. | Case No. 2:25-cv-10938-SVW-ASx<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S MOTION IN LIMINE NO. 2 TO PRECLUDE PLAINTIFF FROM PRESENTING ANY EVIDNECE TO A JURY**<br><br>Judge: Hon. Stephen V. Wilson<br>Date: October 5, 2026<br>Time: 3:00 p.m.<br>Courtroom: 10A<br><br>Trial Date: October 13, 2026; 9:00 a.m.<br>FSC: October 5, 2026; 3:00 p.m.<br><br>Complaint Filed: August 21, 2025 |

Defendant Farmers Direct Property and Casualty Insurance Company's ("Defendant" or "Farmers Direct") Motion In Limine No. 2 come on for hearing on October 5, 2026 at 3:00 p.m. in the above-entitled court. After full consideration of the moving, opposition, and reply papers, as well as the evidence and authorities submitted by the parties, and argument at the hearing, the motion is **GRANTED.** Pro Per Plaintiff Luna D'Sol many not present evidence, testimony or argument to a jury as such right has now been waived and this case will instead be tried to the Court as result.

**IT IS SO ORDERED.**

Dated: _____________, 2026. ________________________________

Hon. Stephen V. Wilson

Judge of the District Court