MICHELLE R. BERNARD (SBN: 144582)
mbernard@grsm.com
KELLY FITZGERALD CANBY (SBN: 185227)
kcanby@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
FARMERS DIRECT PROPERTY AND
CASUALTY INSURANCE COMPANY

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LUNA D'SOL,

Plaintiff,

v.

FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,

Defendants.

Case No. 2:25-cv-10938-SVW-ASx

**DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 4 TO PRECLUDE PLAINTIFF FROM PRESENTING ANY EVIDENCE IN SUPPORT OF (1) HER PUNITIVE DAMAGES AND/OR TREBBLE DAMAGES CLAIMS; (2) ANY EVIDENCE PERTAINING TO DEFENDANT'S FINANCIAL CONDITION; AND/OR (3) TO BIFURCATE PLAINTIFF'S CLAIM FOR PUNITIVE DAMAGES**

Judge: Hon. Stephen V. Wilson
Date: October 5, 2026
Time: 3:00 p.m.
Courtroom: 10A

Trial Date: October 13, 2026; 9:00 a.m.
FSC: October 5, 2026; 3:00 p.m.

Filed Concurrently With:
[Proposed] Order

Complaint Filed: August 21, 2025

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on October 5, 2026, at 3:00 p.m., or as soon thereafter as this matter may be heard, in Courtroom 10A of the above-entitled court, located at 350 W. First Street, 10th Floor, Los Angeles, California 90012, Defendant Farmers Direct Property and Casualty Insurance Company ("Defendant" or "Farmers Direct") will and hereby does move this Court for an order granting Farmers Direct's **Motion In Limine No. 4** for orders as follows:

1. Precluding Plaintiff from presenting any evidence in support of her punitive damage and/or treble damage claims. As noted in Farmers Direct's Motion in Limine No. 1, Plaintiff responses to Farmers Direct's Requests For Admissions (Set One) are now deemed admitted and those inquiries include the following relevant requests, among other that prohibit Plaintiff's damages claims here:
    - **RFA No. 18:** Admit that YOU do not have any evidence to support YOUR claim of "unlawful discrimination under the Unruh Civil Rights Act" by FARMERS DIRECT as alleged in paragraph 30 of the FIRST AMENDED COMPLAINT.
    - **RFA No. 74:** Admit that YOU do not have any evidence that an officer, director, or managing agent of FARMERS DIRECT is guilty of oppression, fraud, or malice in connection with the CLAIM as alleged in paragraph 46 of the FIRST AMENDED COMPLAINT.
    - **RFA No. 75:** Admit that YOU do not have any evidence to support YOUR request for an "[a]ward [of] punitive/exemplary damages under Civil Code § 3294" against FARMERS DIRECT as sought in YOUR FIRST AMENDED COMPLAINT, Prayer for Relief (Item 8)

2. Precluding Plaintiff and/or witnesses from introducing any evidence, argument or reference to Farmers Direct's financial condition or status at trial.
3. Bifurcating Plaintiff Luna D'Sol's ("Plaintiff") claim for punitive damages into a second phase to the extent the jury returns a verdict awarding Plaintiff actual damages ***and*** a finding of malice, fraud or oppression by clear and convincing evidence;[1]

The Court has discretion to bifurcate claims at trial in order to avoid prejudice and economize. (Fed. Rule Civ. Pro. 42(b).) Where claims involve complex issues and differing burdens of factual proof, and otherwise risk jury confusion and the duplication of court resources, bifurcation should be granted. *Calmar, Inc. v. Emson Research, Inc.,* 850 F. Supp. 861, 866 (C.D.Cal.1994).) The Ninth Circuit has further recognized that California law mandates the bifurcation of a punitive damages claim and prohibits the admissibility of evidence regarding a defendant's financial status. *Norwood v. Child. & Youth Servs., Inc.,* No. CV1007944, 2012 WL 12882757 (C.D. Cal. July 27, 2012); Cal. Civ. Code § 3295(d).) The result should be no different here

Indeed, California law mandates the bifurcation of punitive damages from liability and prohibits the admissibility of evidence concerning a defendant's wealth, profit or financial condition in the liability phase of trial unless and until "the trier of fact returns a verdict for plaintiff awarding actual damages and finds that a defendant is guilty of malice, oppression, or fraud." Cal. Civ. Code § 3295(d); *Las Palmas Associates v. Las Palmas Center Associates,* 235 Cal.App.3d 1220, 1241-1242 (1991).

Farmers Direct's Motion in Limine No. 4 is based upon this Notice of Motion and Motion and the statutes and case authorities cited above, the Declaration of Kelly Fitzgerald Canby filed in support of the other MIL Nos. 1-3, previously filed Notice

[1] Per Motion In Limine No. 2 Farmers Direct seeks and order precluding Plaintiff from presenting any evidence at all to the jury as her right is now waived and Farmers Direct seeks a bench trial.

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

of Lodgment [ECF Doc. 120] and the referenced discovery materials previously lodged with the Court per Local Rule 26-2, including Lodged Document "A" thereto which is a copy of the and the Defendant's Requests For Admissions (Set One) with copies of the attached Exhibits A-H and executed proof of service included therewith, as well as the pleadings, papers, orders and records on file in this action, and such further oral and/or documentary evidence to which this Court may properly take judicial notice and/or which may be raised prior to or at the hearing on this motion.

Dated: September 7, 2026 GORDON REES SCULLY MANSUKHANI, LLP

By Kelly F Canby

Michelle R. Bernard
Kelly Fitzgerald Canby
Attorneys for Defendant
FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101