UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL,<br><br>Plaintiff,<br><br>vs.<br><br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-10938-SVW-ASx<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S <u>MOTION IN LIMINE NO. 4 TO</u> ~~EXCLUDE ANY EVIDENCE~~ OF DEFENDANT'S FINANCIAL CONDITION / BIFURCATION**<br><br>Judge: Hon. Stephen V. Wilson<br>Date: October 5, 2026<br>Time: 3:00 p.m.<br>Courtroom: 10A<br><br>Trial Date: October 13, 2026; 9:00 a.m.<br>FSC: October 5, 2026; 3:00 p.m.<br><br>Complaint Filed: August 21, 2025 |

Defendant Farmers Direct Property and Casualty Insurance Company's ("Defendant" or "Farmers Direct") Motion In Limine No. 4 come on for hearing on October 5, 2026 at 3:00 p.m. in the above-entitled court. After full consideration of the moving, opposition, and reply papers, as well as the evidence and authorities submitted by the parties, and argument at the hearing, the motion is **GRANTED** as follows:

1. Pro Per Plaintiff Luna D'Sol many not present evidence, testimony or argument to in support of her punitive damage and/or treble damage claims as result of the self-executing sanctions of Rule 36(a)(3) and Rule 36(b) of the Federal Rule of Civil Procedure due to her failure to respond to Farmers Direct's Requests For Admissions (Set One) and the deemed admissions of RFA Nos. 18, 74 and 75, among others.
2. Precluding Plaintiff and/or witnesses from introducing any evidence, argument or reference to Farmers Direct's financial condition or status at trial.
3. Bifurcation is ordered and Plaintiff's claim for punitive damages will be in a second phase to the extent the jury returns a verdict awarding Plaintiff actual damages ***and*** a finding of malice, fraud or oppression by clear and convincing evidence.[1]

**IT IS SO ORDERED.**

Dated: ____________, 2026. ______________________________

Hon. Stephen V. Wilson

Judge of the District Court

---

[1] Per Motion In Limine No. 2 Farmers Direct also seeks and order precluding Plaintiff from presenting any evidence at all to the jury and has requested a bench trial.