**Luna D'Sol**
Plaintiff, In Pro Per
Email Address: jravada@icloud.com
2275 E Belding Dr
Palm Springs CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LUNA D'SOL**<br>Plaintiff,<br>vs.<br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, FARMERS INSURANCE EXCHANGE and DOES 1-50, inclusive,<br>Defendant(s). | Case No: *2:25-cv-10938-SVW-ASx*<br><br>**PLAINTIFF'S NOTICE REGARDING CURRENT ILLNESS AND MEET-AND-CONFER WITH DEFENDANT** |

Plaintiff is presently ill and is experiencing circumstances that have materially limited her ability to participate in this matter.

On September 8, 2026, Plaintiff also met and conferred with Defendant's counsel concerning the matters presently in dispute. During that discussion, Defendant's counsel stated that she did not have authority to resolve the matter. Counsel indicated that the parties could continue the discussion on September 9, 2026. Plaintiff provided medical procedure documentation to counsel.

Plaintiff intends to continue the meet-and-confer process tomorrow.

Plaintiff submits this Notice to place these circumstances before the Court and to document Plaintiff's diligence in attempting to address the issues without unnecessary Court intervention.

Respectfully submitted,

Dated: September 8, 2026

**By:** /s/ Luna D'Sol
**Luna D'Sol**
Plaintiff, In Pro Per