MICHELLE R. BERNARD (SBN: 144582)
mbernard@grsm.com
KELLY FITZGERALD CANBY (SBN: 185227)
kcanby@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LUNA D'SOL,

Plaintiff,

v.

FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,

Defendants.

Case No. 2:25-cv-10938-SVW-ASx

**DEFENDANT'S *EX PARTE* APPLICATION RE ELECTORNIC FILINGS MOTION PER LOCAL RULE 5-4.6.2, LOCAL RULE 6-1 AND/OR FRCP 6(b)(1)(B) RE: (1) MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT [ECF DOCS 117, 119, 120]; AND (2) MOTION FOR TERMINATING SANCTIONS [ECF DOCS 118, 121]**

Judge: Hon. Stephen V. Wilson
**Date:** **September 10, 2026**
**Time:** N/A (Written Submission)
Courtroom: 10A
Trial Date: October 13, 2026; 9:00 a.m.
FSC: October 5, 2026; 3:00 p.m

*Filed Concurrently With*:
*Memorandum of Points and Authorities, Supporting Declaration of Kelly Fitzgerald Canby and [Proposed] Order Granting Ex Parte Application*

Complaint Filed: August 21, 2025

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

**TO THE COURT, THE PLAINTIFF AND ALL PARTIES AND COUNSEL:**

**PLEASE TAKE NOTICE** that on September 10, 2026 and pursuant to Rule Local Rule 7-19, Defendant Farmers Direct Property and Casualty Insurance Company's ("Defendant" or "Farmers Direct") will and hereby does apply ex parte by written submission to Courtroom 10A of the above-entitled court located at 350 W. First Street, 10th Floor, Los Angeles, California 90012, by electronically filing this written Ex Parte Application which requests this Court to issue an order shortening time for hearing on Farmers Direct's motion brought herein per Local Rule 5-4.6.2, Local Rule 6-1 and/or pursuant to Federal Rule of Civil Procedure Rule 6(b)(1)(B) ("Motion") due to technical failures and computer system malfunctions experienced on August 31, 2026 and also when using the Court's CM/ECF System for the following electronic filings which are noticed for hearing on September 28, 2026 and Defendant hereby seeks orders to either extend and enlarge the filing time and/or shorten time for hearing on the motions listed below so that they are deemed timely filed with sufficient notice:

1. Defendant's Motion For Summary Judgment Or In The Alternative, Partial Summary Judgment [ECF Docs. 117, 119, 120] (collectively "MSJ"); and
2. Defendant's Motion For Terminating Sanctions [ECF Docs. 118, 121] (collectively "MTS").

This request and Ex Parte Application are based on Rule 5-4.6.2, Local Rule 6-1 and/or Federal Rule of Civil Procedure Rule 6(b)(1)(B) and is based on the facts set forth in the Declaration of Kelly Fitzgerald Canby filed concurrently herewith ("Canby Decl.") related to the technical failures and repeated computer system malfunctions experienced on August 31, 2026 while preparing and during attempted electronic filings as well as technical failures during use of the Court's CM/ECF System, including lost access to MSJ documents that were already timely preloaded

into the CM/ECF System and at least three separate but unsuccessful attempts to upload large PDF files into the CM/ECF System and these delays were further compounded by additional and separate computer system failures experienced when attempting to reload the MSJ documents back into the CM/ECF System, and so while additional assistance and alternative computer system access was obtained those filings were done separately on a rolling basis. Canby Decl., ¶¶ 2-20.

As result of this domino of unexpected technical failures and computer system malfunctions beyond defense counsel's control, the MSJ and MTS filings were done at or around midnight on September 1, 2026 or soon thereafter. Although the first MSJ documents themselves are stamped as "**Filed 08/31/26**" [ECF Doc. 117, 117-1], the associated "Notice of Electronic Filing" email notification (from cacd_ecfmail@cacd.uscourts.gov) states the "following transaction was entered by Canby, Kelly on 9/1/2026 at 0:02 AM PDT and filed on 8/31/2026." Canby Decl., ¶ 14, **Exhibit 1**. The first of the MTS documents was entered at 12:05 a.m. [ECF Doc. 118], and additional materials followed soon thereafter with copies all materials being electronically delivered to Plaintiff at her registered email address jravada@icloud.com via the Court's CM/ECF System as confirmed by the "Notice of Electronic Filing" confirmation emails for each of those filings [ECF Docs. 117, 119, 118, 120, 121]. Canby Decl., ¶ 14, **Exhibit 1**.

As explained further in the Declaration of Kelly Fitzgerald Canby filed concurrently herewith and the attached Memorandum of Points and Authorities there is good cause for the Ex Parte Application and Motion which is supported by Rule 5-4.6.2, Local Rule 6-1 and/or Federal Rule of Civil Procedure Rule 6(b)(1)(B) and applicable case law supporting the Motion itself and there is good cause for emergency relief as Farmers Direct's case will be irreparably prejudiced if this motion is not heard according to regularly noticed motion procedures as the September 28, 2026 hearing date would have already passed. *See e.g.,* Canby Decl.,

¶ 18.

**PLEASE TAKE FURTHER NOTICE** that Farmers Direct has complied with notice provisions of Local Rule 7-19 through a telephone call to Plaintiff on the morning of September 10, 2026 at approximately 10:30 a.m., as well as telephone communications with Plaintiff on September 9, 2026 where the computer system failures experienced during the electronic filings of the MSJ and MTS were discussed, and another Ex Parte Application Notice email was also sent to Plaintiff on September 10, 2026 [10:40 AM) following the telephone call among other communications. *See e.g.,* Canby Decl., ¶¶ 21-23, **Exhibits 2-4**. Accordingly, Plaintiff was notified by both telephone and email on September 10, 2026 of this Court's ex parte procedures and requirements as found in the New Case Order and the Court's website whereby any opposition papers must be filed not later than 3:00 p.m. on the first business day succeeding the day the Ex Parte Application was served (and if Plaintiff chooses not to oppose this Ex Parte Application she must inform the clerk by phone at 213-894-2881 not later than 3:00 p.m. on the first business day after service of this Ex Parte Application). Canby Decl., ¶ 23, **Exhibit 4**.

**PLEASE TAKE FURTHER NOTICE** and be further advised that pursuant to Local Rule 7-19, the contact information for Plaintiff is listed below as follows:

Luna D'Sol
Plaintiff, In Pro Per
2275 E Belding Dr
Palm Springs CA 92262
Email Address(es):
jravada@icloud.com;
lunadsolts@gmail.com,
viewer.ratios7s@recap.email
Telephone: 213-925-4069

This Ex Parte Application is made pursuant to L.R. 7-19 and consistent with this Court's New Case Order and Chamber Rules pertaining ex parte procedures, and is based on this Ex Parte Application, this Notice of Motion and Motion, the Memorandum of Points and Authorities and the Declaration of Kelly Fitzgerald Canby filed concurrently herewith and exhibits thereto, the pleadings, records and files in this action, and on such other evidence as may be presented at the request of the Court.

Dated: September 10, 2026 GORDON REES SCULLY MANSUKHANI, LLP

By Kelly F Canby

Michelle R. Bernard
Kelly Fitzgerald Canby
Attorneys for Defendant
FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101