UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL,<br><br>Plaintiff,<br><br>vs.<br><br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-10938-SVW-ASx<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S *EX PARTE* APPLICATION RE ELECTORNIC FILINGS PER LOCAL RULE 5-4.6.2, 6-1 AND/OR FRCP 6(b)(1)(B) RE: (1) MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT [ECF DOCS 117, 119, 120]; AND (2) MOTION FOR TERMINATING SANCTIONS [ECF DOCS 118, 121];**<br><br>Judge: Hon. Stephen V. Wilson<br>Date: September 10, 2026<br>Time: N/A (Written Submission)<br>Courtroom: 10A<br>Trial Date: October 13, 2026; 9:00 a.m.<br>FSC: October 5, 2026; 3:00 p.m.<br><br>Complaint Filed: August 21, 2025 |

# ORDER

On September 10, 2026, Defendant Farmers Direct Property and Casualty Insurance Company's ("Defendant" or "Farmers Direct") filed an Ex Parte Application requesting that this Court issue an order shortening time for hearing on Farmers Direct's motion filed therein pursuant to Local Rule 5-4.6.2, Local Rule 6-1 and/or per Federal Rule of Civil Procedure Rule 6(b)(1)(B) due to technical failures and computer system malfunctions experienced on August 31, 2026 and/or when also when using the Court's CM/ECF System for the following electronic filings which are noticed for hearing on September 28, 2026:

1. Defendant's Motion For Summary Judgment Or In The Alternative, Partial Summary Judgment [ECF Docs. 117, 119, 120] (collectively "MSJ"); and
2. Defendant's Motion For Terminating Sanctions [ECF Docs. 118, 121] (collectively "MTS").

The Court, having considered Defendant's Ex Parte Application, the attached memorandum of points and authorities and the supporting Declaration of Kelly Fitzgerald Canby and exhibits filed therewith and any response or opposition thereto, and finding good cause therefor, **HEREBY GRANTS THE EX PARTE APPLICATION** and issues this order shortening time for notice of hearing on the Farmers Direct's motions brought pursuant to Local Rule 5-4.6.2, Local Rule 6-1 and/or per Federal Rule of Civil Procedure Rule 6(b)(1)(B) ("Motion") will be heard on an expedited basis as part of this Ex Parte Application and papers submitted therewith. The Court has further considered the grounds for Farmers Direct's request for relief, the supporting and opposing evidence and argument regarding the Motion and finding good cause therefore, **HEREBY GRANTS THE MOTION AND HEREBY RULES** that Farmers Direct Motion is supported by Local Rule 5-4.6.2 due to technical failures experienced while using the CM/ECF

System, is warranted for good cause in the Court's discretion per Local Rule 6-1 and/or there is good cause for an extension of time due to excusable neglect per Federal Rule of Civil Procedure 6(b)(1)(B) due to computer system failure outside of the reasonable control of defense counsel. Accordingly, given that the MSJ and MST were filed at or around midnight on August 31, 2026 and portions of both very soon thereafter, **IT IS HEREBY ORDERD THAT** any applicable filing deadlines are extended until the filing off all components of the MSJ and MTS were completed in the early morning of September 1, 2026 and any notice period pertaining to the September 28, 2026 hearing dates is also further adjusted and shortened so that the MSJ and MTS are both deemed timely filed and both will be heard on September 28, 2026 at 1:30 p.m. as initially noticed.

**IT IS SO ORDERED.**

Dated: ____________, 2026. ________________________________

Hon. Stephen V. Wilson
Judge of the District Court