MICHELLE R. BERNARD (SBN: 144582)
mbernard@grsm.com
KELLY FITZGERALD CANBY (SBN: 185227)
kcanby@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
FARMERS DIRECT PROPERTY AND
CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LUNA D'SOL,

Plaintiff,

v.

FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,

Defendants.

Case No. 2:25-cv-10938-SVW-ASx

**DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S PRETRIAL DISCLOSURES [F.R.C.P. RULE 26(a)(3)(A)]**

Judge: Hon. Stephen V. Wilson
Courtroom: 10A
Trial Date: Oct. 13, 2026; 9:00 a.m.
FSC: Oct. 5, 2026; 3:00 p.m.

Complaint Filed: August 21, 2025

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

Pursuant to the Court's Civil Trial Preparation Order dated June 11, 2026 [ECF Doc. 86] and pursuant to Rule 26(a)(3) of the Federal Rule of Civil Procedure, Defendant Farmers Direct Property and Casualty Insurance Company ("Defendant" or "Farmers Direct") hereby submits its Pretrial Disclosures[1] as set forth herein below. Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, Defendant also reserves the right to supplement, amend and/or correct its Pretrial Disclosures as information is acquired or becomes available.

## I. WITNESSES WHO MAY BE CALLED AT TRIAL

Pursuant to Rule 26(a)(3)(A)(i), Farmers Direct hereby identifies the following witnesses to be called at trial in this matter.[2] Farmers Direct reserves the right to call any witnesses identified by Plaintiff and reserves the right to call additional witnesses for impeachment and rebuttal purposes. Per Local Rule 16-6, Farmers Direct has placed an asterisk (*) next to the name of those witnesses who may be called only if the need arises.

| Name | Address/Phone No. | Manner | Type |
|---|---|---|---|
| **Donnie Means**<br>Senior Field Claims Representative of behalf of Farmers Direct | Contact through Defendant's counsel | Live | Fact and Defense Expert (non-retained) |
| ***Richard Bryan**<br>General Adjuster on behalf of Farmers Direct | Contact through Defendant's counsel | Live | Fact and Defense Expert (non- |

[1] Given that the briefing on Farmers Direct's Motion for Summary Judgment and Motion for Terminating Sanctions is ongoing and the Court has several other motions filed by the parties under submission, Farmers Direct reserves the right to supplement its Pre-Trial Disclosures (if necessary) consistent with the Court's anticipated rulings on these motions.

[2] To the extent that defense counsel and Pro Per Plaintiff Luna D'Sol ("Plaintiff") are able to reach an agreement regarding stipulated facts and evidence to be presented at the trial in this matter, testimony of certain referenced witnesses may not be necessary, albeit Plaintiff has not been cooperative generally insofar as Plaintiff has refused to participate in discovery and instead disclosed that she prefers to wait until her pending motions challenging subject matter jurisdiction and/or other issues are first resolved and she has also failed to timely engage in the Local Rule 16 meet and confer process.



Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

| Name | Address/Phone No. | Manner | Type |
|---|---|---|---|
| | | | retained) |
| **Michael Saskor**<br>General Claims Adjuster, Advanced Complexity Team, on behalf of Farmers Direct | Contact through Defendant's counsel | Live | Fact and Defense Expert (non-retained) |
| **Bryce Spradling**<br>Property Theft Supervisor, on behalf of Farmers Direct | Contact through Defendant's counsel | Live | Fact and Defense Expert (non-retained) |
| **Plaintiff Luna D'Sol**<br>Owner of insured residence and formerly known as named insured Julio Ravada | 2275 E. Belding Dr.<br>Palm Springs, CA 92262<br>(213) 925-4069 | Live | Fact |
| **David A. Corona**<br>Executive Manager of MKA International, Inc. ("MKA") (formerly Madsen, Kneppers & Associates, Inc.) | 18301 Von Karman Avenue, Suite 750<br>Irvine, CA 92612<br>(949) 752-5946 | Live | Defense Expert (retained) |
| **Paul Hamilton**<br>Property & Casualty Claims Consultant | 122 Calistoga Road, #134<br>Santa Rosa, CA 95409<br>(707) 545-4109 | Live | Defense Expert (retained) |
| ***Albert Pimentel**<br>(*former*) Property Field Claim Supervisor on behalf of Farmers Direct | Contact through Defendant's counsel | Live | Fact and Defense Expert (non-retained) |
| ***Timothy Byrne**<br>Claims Supervisor National Property Theft,<br>Advanced Theft Team on behalf of Farmers Direct | Contact through Defendant's counsel | Live | Fact |
| **Andrew Hermann**<br>General Special Investigator on behalf of Farmers Direct | Contact through Defendant's counsel | Live | Fact |
| ***Delbert Spaur**<br>Special Investigations Manager on behalf of Farmers Direct | Contact through Defendant's counsel | Live | Fact |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

| Name | Address/Phone No. | Manner | Type |
|---|---|---|---|
| ***Brett Green**<br>Special Investigations Supervisor on behalf of Farmers Direct | Contact through Defendant's counsel | Live | Fact |
| ***Amy Spawr-Bardley**<br>Customer Relations Senior Consultant, Claims Customer Relations on behalf of Farmers Direct | Contact through Defendant's counsel | Live | Fact |
| ***"Deon"**<br>Electrician for Collins Electric | 14995 Summerland Lane Fontana, CA 92338<br>909-915-4440 | Live | Fact |
| ***David Aragon**<br>**Progressive Home Remodeling**<br>Contractor License #1049763 | 2447 Pacific Coast Hwy, Unit 229<br>Hermosa Beach, California 90254<br>(323) 423-6322<br>(323) 218-9118 | Live | Fact |
| ***Michael Reyes**<br>President Kings Power Electric Inc. | 6939 Rhea Ave.<br>Reseda, CA 91335<br>661-236-9897 | Live | Fact |
| ***Kyle Mangione** | 3915 El Dorado Blvd., #4<br>Palm Springs, CA 92262-1420<br>(442) 267-3363 | Live | Fact |
| ***Officer Logan Corder**<br>Palm Springs Police Department. | 200 S. Civic Drive<br>Palm Springs, CA 92262<br>760-323-8116 | Live | Fact |
| ***Detective Alexander Doherty**<br>Palm Springs Police Department | 200 S. Civic Drive<br>Palm Springs, CA 92262<br>760-323-8116 | Live | Fact |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

## II. TESTIMONY TO BE PRESENTED BY DEPOSITION

Pursuant to Rule 26(a)(3)(A)(ii) Farmers Direct hereby discloses that it does not anticipate presenting any testimony by deposition at this time (excluding potential use of testimony obtained during the Examination Under Oath may be used for purposes of impeachment purposes).

## III. ANTICIPATED TRIAL EXHIBITS

Pursuant to Rule 26(a)(3)(A)(iii), Farmers Direct identifies in **Appendix A** those documents and other exhibits which may be offered into evidence at trial in this matter and Farmers Direct also identifies the following summaries of evidence for trial:

- Defendant's claim file for Claim No. 7007678692-1 ("Claim") (*i.e.* the claim at issue in this lawsuit), including all written communications to/from Plaintiff regarding coverage for damages arising from the June 3, 2024 burglary/vandalism incident ("Loss"), activity log notes and other Claim-related documentation regarding the investigation and adjustment of the Claim on behalf of Farmers Direct and payments issued under Farmers Direct Homeowners Policy No. 3872340940 for covered Loss-related damages claimed by Plaintiff Luna D'Sol (hereinafter "Plaintiff").
- Farmers Direct Homeowners Policy No. 3872340940 ("Policy") (September 28, 2023 – September 28, 2024) issued to named insured Julio R. Ravada (now known as Luna D'Sol) and underwriting file documentation regarding the Policy).
- Communications between Farmers Direct and Plaintiff regarding the Policy, the Loss and/or the Claim.
- Police reports regarding the Loss.
- Any documentation produced in response to third-party subpoenas

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

previously issued and served in connection with discovery in this lawsuit (albeit to date the recipients of the deposition subpoenas Progressive Home Remodeling Inc. and others failed to appear for their noticed depositions and failed to produce any documents in response to the subpoenas).

- Any documentation to be produced by Plaintiff pursuant to Rule 26(a) of the Federal Rules of Civil Procedure relating to all claimed damages allegedly arising from the Loss, any repairs made to the Property in connection with the Loss and/or other any and all other purportedly damages sought in this lawsuit, including for alleged emotional distress (albeit no such documents have been produced to date and all objections are reserved and Defendant's Motion for Terminating Sanctions is pending).
- Any documentation to be produced by Plaintiff's medical providers and/or treating physicians as it relates to her claimed damages for emotional distress.
- Any documentation to be produced by Plaintiff in response to Defendant's written discovery requests relating to Plaintiff's claimed Loss-related damages (albeit no responses have been provided by Plaintiff to any of Defendant's discovery responses and its Motion for Terminating Sanctions is pending).
- Any other documentation produced during discovery which relates to the Claim and Plaintiff's claimed out-of-pocket expenses as well as any other claimed losses or expenses subject of the Claim and/or otherwise sought in this lawsuit (Plaintiff has failed to produce any such documents or and Defendant's discovery responses and its Motion for Terminating Sanctions is pending).

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

- The July 15, 2026 "Insurance Claims Handling Expert Report" of Paul Hamilton, Property & Casualty Claim Consultant which is also attached as Exhibit 1 to Farmers Direct's Expert Witness Disclosures served on July 15, 2026.
- The July 13, 2026 "Construction and Restoration Expert Report" of David A. Corona, Executive Manager of MKA International, Inc. ("MKA") (formerly Madsen, Kneppers & Associates, Inc.) which is also attached as Exhibit 2 to Farmers Direct's Expert Witness Disclosures served on July 15, 2026.

Farmers Direct reserves the right to designate and use any exhibits identified by Plaintiff and to use any additional exhibits for impeachment and rebuttal purposes. Farmers Direct further reserves the right to include additional exhibits in the event the Court permit Plaintiff to present any revised theory of liability and damages and/or to address any new issues which may be raised by Plaintiff in opposition to Farmers Direct' Motion For Summary Judgment Or In The Alternative, Partial Summary Judgment which is currently pending before the Court which to date Plaintiff has failed to oppose.

Dated: September 11, 2026 GORDON REES SCULLY MANSUKHANI, LLP

By [signature]
Michelle R. Bernard
Kelly Fitzgerald Canby
Attorneys for Defendant
FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

APPENDIX A
TO DEFENDANT FARMERS DIRECT'S PRETRIAL DISCLOSURES
Anticipated Trial Exhibits - Rule 26(a)(3)(A)(iii)

| **No.** | **EXHIBIT DESCRIPTION** | **DATE IDENTIFIED** | **DATE ADMITTED** |
|---|---|---|---|
| 1 | 06/04/2024 Letter from Means to Ravada RE We Have Received Your Claim<br>FD001034 - 1037 | | |
| 2 | 06/05/2024 Text Message from Donnie Means to Ravada RE Introduction<br>FD004937 – 4938<br>Ex. 1 to Declaration of Donnie Means ISO Defendant's MSJ | | |
| 3 | 06/05/2024 Letter from Means to Ravada RE Contact Request<br>FD001038 – 1039<br>Ex. 2 to Declaration of Donnie Means ISO Defendant's MSJ | | |
| 4 | 06/06/2024 Inspection Photos<br>FD004939 – 5055<br>Ex. 3 to Declaration of Donnie Means ISO Defendant's MSJ | | |
| 5 | Inspection Photos 3<br>FD005053; 4971; 4999; 4993; 4997<br>Ex. 4 to Declaration of Donnie Means ISO Defendant's MSJ | | |
| 6 | 06/10/2024 Letter from Means to Ravada RE Request for Information<br>FD005498 – 5509<br>Ex. 5 to Declaration of Donnie Means ISO Defendant's MSJ | | |

APPENDIX A
TO DEFENDANT FARMERS DIRECT'S PRETRIAL DISCLOSURES
Anticipated Trial Exhibits - Rule 26(a)(3)(A)(iii)

| **No.** | **EXHIBIT DESCRIPTION** | **DATE IDENTIFIED** | **DATE ADMITTED** |
|---|---|---|---|
| 7 | 06/10/2024 - 07/16/2024 Emails between Ravada and Mark Bercier<br>FD004583 - 4592<br>Ex. 7 to Ravada EUO | | |
| 8 | 06/12/24 Palm Springs PD Report & Correspondence<br>FD004289 – 4297<br>Ex. 3 to Ravada EUO | | |
| 9 | 06/13/2024 Email between Herman & Ravada RE Pending Claim 6/3/24; 2275 E Belding<br>FD005682 - 5683 | | |
| 10 | 06/14/2024 Email between Hermann & Ravada RE Pending Claim 6/3/24; 2275 E Belding<br>FD005684 - 5685 | | |
| 11 | 06/17/2024 Email between Ravada & Hermann RE Pending Claim 6/3/24; 2275 E Belding<br>FD005690 - 5693 | | |
| 12 | 06/21/2024 Email between Hermann & Ravada RE Sharing Videos Pics with attachments<br>FD005700 - 5707 | | |

APPENDIX A
TO DEFENDANT FARMERS DIRECT'S PRETRIAL DISCLOSURES
Anticipated Trial Exhibits - Rule 26(a)(3)(A)(iii)

| No. | EXHIBIT DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 13 | 06/26/2024 Email from Ravada to Hermann RE Sharing Videos Pics FW Email from Alexander Doherty re Investigation Updates<br>FD005708 - 5716 | | |
| 14 | 06/26/2024 Email between Hermann & Revada RE Inquiry About Rewarding Informant<br>FD005717 - 2718 | | |
| 15 | 06/26/2024 Email from Hermann to Det. Doherty RE Theft Loss Investigation – Julio Ravada, 2275 E Belding Dr. 6/3/24<br>FD005729 | | |
| 16 | 06/30/2024 Email from Ravada to Alexander Doherty & Andrew Hermann RE More Info on the Case<br>FD005730 - 5731 | | |
| 17 | 07/02/2024 Letter from Means to Ravada RE Status Letter with Email attached<br>FD001040; 1588<br>Ex. 6 to Declaration of Donnie Means ISO Defendant's MSJ | | |
| 18 | 07/15/2024 Photograph of table, hutch & painting<br>FD1864 – 1866<br>Ex. 6 to Ravada EUO | | |

APPENDIX A
TO DEFENDANT FARMERS DIRECT'S PRETRIAL DISCLOSURES
Anticipated Trial Exhibits - Rule 26(a)(3)(A)(iii)

| **No.** | **EXHIBIT DESCRIPTION** | **DATE IDENTIFIED** | **DATE ADMITTED** |
|---|---|---|---|
| 19 | 07/16/2024 Kings Power Electric, Inc. Estimate<br>FD001855 – 1863<br>Ex. 5 to Ravada EUO | | |
| 20 | 07/23/2024 Email from Ravada to Means RE Access to Claims Portal and Loss Discussion<br>FD001807 | | |
| 21 | 08/02/2024 Letter from Means to Ravada RE Important Claim Information<br>FD001042 – 1052<br>Ex. 7 to Declaration of Donnie Means ISO Defendant's MSJ | | |
| 22 | 08/02/2024 Proof of Loss Prepared by Ravada<br>FD004527 – 4535<br>Ex. 9 to Declaration of Donnie Means ISO Defendant's MSJ<br>Ex. 2 to Ravada EUO | | |
| 23 | 08/06/2024 Zillow Listing for 2275 E. Belding Dr., Palm Springs, CA 92262<br>FD004593 – 4602<br>Ex. 8 to Ravada EUO | | |
| 24 | 08/09/2024 Letter from Richard Bryan to Ravada RE Important Claim Information<br>FD001053 – 1055<br>Ex. 8 to Declaration of Donnie Means ISO Defendant's MSJ | | |

APPENDIX A
TO DEFENDANT FARMERS DIRECT'S PRETRIAL DISCLOSURES
Anticipated Trial Exhibits - Rule 26(a)(3)(A)(iii)

| **No.** | **EXHIBIT DESCRIPTION** | **DATE IDENTIFIED** | **DATE ADMITTED** |
|---|---|---|---|
| 25 | 08/20/2024 Letter from John Na to Ravada RE EUO Notice | | |
| 26 | 09/12/2024 Letter from John Na to Ravada RE Insurance Claim<br>FD004523 – 4526<br>Ex. 1 to Ravada EUO | | |
| 27 | 09/27/2024 Examination Under Oath of Ravada<br>FD004304 - 4474 | | |
| 28 | 10/22/2024 Letter from Bryan to Ravada RE Important Claim Information<br>FD001056 - 1057 | | |
| 29 | 10/29/2024 Letter from Bryan to Ravada RE Claim Outcome Letter with attachments<br>FD001059 – 1081<br>Ex. 10 to Declaration of Donnie Means ISO Defendant's MSJ | | |
| 30 | 11/11/2024 Lineside Electric Estimate<br>FD001619 – 1621; FD001634<br>Ex. 14 to Declaration of Michael Saskor ISO Defendant's MSJ | | |

APPENDIX A
TO DEFENDANT FARMERS DIRECT'S PRETRIAL DISCLOSURES
Anticipated Trial Exhibits - Rule 26(a)(3)(A)(iii)

| **No.** | **EXHIBIT DESCRIPTION** | **DATE IDENTIFIED** | **DATE ADMITTED** |
|---|---|---|---|
| 31 | 11/12/2024 Letter from Bryan to Ravada RE Settlement Notice<br>FD001082 – 1090<br>Ex. 1 to Declaration of Michael Saskor ISO Defendant's MSJ | | |
| 32 | 11/13/2024 Brilliant Order 165826 Cancellation<br>FD003675 – 3676; FD005583 – 5584<br>Ex. 12 to Declaration of Michael Saskor ISO Defendant's MSJ | | |
| 33 | 11/20/2024 Automated Communication between Dyson Digital Assistant and Ravada RE Cancelled Order<br>FD003680 – 3682; FD005581 – 5582<br>Ex. 11 to Declaration of Michael Saskor ISO Defendant's MSJ | | |
| 34 | 11/22/2024 Letter from Saskor to Ravada RE Claim Outcome Letter<br>FD001091 - 1094 | | |
| 35 | 12/13/2024 Art Certification Experts, Inc.<br>FD001644 – 1663<br>Ex. 15 to Declaration of Michael Saskor ISO Defendant's MSJ | | |

APPENDIX A
TO DEFENDANT FARMERS DIRECT'S PRETRIAL DISCLOSURES
Anticipated Trial Exhibits - Rule 26(a)(3)(A)(iii)

| No. | EXHIBIT DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 36 | 01/07/2025 Collins Electric Invoice<br>FD001643<br>Ex. 13 to Declaration of Michael Saskor ISO Defendant's MSJ | | |
| 37 | 01/15/2025 Letter from Saskor to Ravada RE Investigation Status Letter<br>FD001101 - 1103 | | |
| 38 | 01/23/2025 Letter from Saskor to Ravada RE Claim Outcome Letter<br>FD001104 - 1110 | | |
| 39 | 01/28/2025 Fax Cover from Ravada to Farmers Insurance and excerpt Memo from Ravada to Mike RE Claim #7007678692-1<br>FD003889 – 3890<br>Ex. 2 to Declaration of Bryce Spradling ISO Defendant's MSJ | | |
| 40 | 02/04/2025 Letter from Saskor to Ravada RE Important Claim Information<br>FD001111 - 1112 | | |
| 41 | 02/07/2025 Fax Cover from Ravada to Farmers RE Claim #7007678692-1<br>FD001669 – 1677<br>Ex. 3 to Declaration of Bryce Spradling ISO Defendant's MSJ | | |

APPENDIX A
TO DEFENDANT FARMERS DIRECT'S PRETRIAL DISCLOSURES
Anticipated Trial Exhibits - Rule 26(a)(3)(A)(iii)

| **No.** | **EXHIBIT DESCRIPTION** | **DATE IDENTIFIED** | **DATE ADMITTED** |
|---|---|---|---|
| 42 | 03/13/2025 – 03/15/2025 Email between Spradling and Ravada RE Recap of Conversation<br>FD005261 - 5270 | | |
| 43 | 03/19/25 – 04/15/2025 Emails between Ravada & Spradling RE Recap of Conversation<br>FD003063 – 3077<br>Ex. 4 to Declaration of Bryce Spradling ISO Defendant's MSJ | | |
| 44 | 05/09/2025 – 05/14/2025 Email between Ravada & Spradling RE Follow-Up on Outstanding Items – Burglary Claim<br>Ex. 5 to Declaration of Bryce Spradling ISO Defendant's MSJ | | |
| 45 | 05/09/2025 - 05/13/2025 Email between Saskor and Ravada RE Request for Reassessment – Code Compliance, Structural Damage, and Outstanding Claim Items<br>FD003226 – 3233<br>Ex. 3 to Declaration of Michael Saskor ISO Defendant's MSJ | | |
| 46 | 05/14/2025 Letter from Saskor to Ravada RE Settlement Notice<br>FD001121 – 1141<br>Ex. 2 to Declaration of Michael Saskor ISO Defendant's MSJ | | |

APPENDIX A
TO DEFENDANT FARMERS DIRECT'S PRETRIAL DISCLOSURES
Anticipated Trial Exhibits - Rule 26(a)(3)(A)(iii)

| No. | EXHIBIT DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 47 | 05/20/2025 Progressive Home Remodeling Partial Home Remodel Estimate<br>FD003250 – 3256<br>Ex. 16 to Declaration of Michael Saskor ISO Defendant's MSJ | | |
| 48 | 05/21/2025 Email to Ravada from Means RE Reinspection Appointment Confirmation<br>FD001589 | | |
| 49 | 05/23/2025 Reinspection Photos<br>FD005079 – 5194<br>Ex. 11 to Declaration of Donnie Means ISO Defendant's MSJ | | |
| 50 | 05/28/2025 Letter from Saskor to Ravada RE Claim Outcome Letter<br>FD001142 – 1157<br>Ex. 4 to Declaration of Michael Saskor ISO Defendant's MSJ | | |
| 51 | 05/29/2025 Email between Saskor and Ravada RE Clarification Regarding Assigned Adjustor<br>FD003243 - 3244 | | |

APPENDIX A
TO DEFENDANT FARMERS DIRECT'S PRETRIAL DISCLOSURES
Anticipated Trial Exhibits - Rule 26(a)(3)(A)(iii)

| **No.** | **EXHIBIT DESCRIPTION** | **DATE IDENTIFIED** | **DATE ADMITTED** |
|---|---|---|---|
| 52 | 06/05/2025 Email from Ravada to Saskor RE Ongoing Water Intrusion from Dishwasher – Additional Damage Report<br>FD003356 – 3361<br>Ex. 5 to Declaration of Michael Saskor ISO Defendant's MSJ | | |
| 53 | 06/09/2025 Letter from Albert Pimentel to Ravada RE Important Claim Information<br>FD001158 – 1159<br>Ex. 6 to Declaration of Michael Saskor ISO Defendant's MSJ | | |
| 54 | 06/16/2025 Email between Ravada and Pimentel & Saskor RE Ongoing Water Intrusion<br>FD001169 - 1170 | | |
| 55 | 06/16/2025 Letter from Pimentel to Ravada RE Claim Outcome Letter<br>FD001171 - 1178 | | |
| 56 | 06/17/2025 Letter from Pimentel to Ravada RE Important Claim Information with Claim Outcome Letter attached<br>FD001160 – 1168<br>Ex. 7 to Declaration of Michael Saskor ISO Defendant's MSJ | | |

APPENDIX A
TO DEFENDANT FARMERS DIRECT'S PRETRIAL DISCLOSURES
Anticipated Trial Exhibits - Rule 26(a)(3)(A)(iii)

| **No.** | **EXHIBIT DESCRIPTION** | **DATE IDENTIFIED** | **DATE ADMITTED** |
|---|---|---|---|
| 57 | 06/23/2025 Letter from Pimentel to Ravada RE Claim Outcome Letter with attachments<br>FD001189 – 1205<br>Ex. 8 to Declaration of Michael Saskor ISO Defendant's MSJ | | |
| 58 | 06/25/2025 Letter from Pimentel to Ravada RE Important Claim Information<br>FD001206 - | | |
| 59 | 07/01/2025 Letter from Pimentel to Ravada RE Important Claim Information<br>FD001225 - 1247 | | |
| 60 | 07/08/2025 Letter from Saskor to Ravada RE Settlement Notice<br>FD001248 – 1258<br>Ex. 9 to Declaration of Michael Saskor ISO Defendant's MSJ | | |
| 61 | 07/10/2025 Letter from Saskor to Rabada RE Settlement Notice<br>FD001259 – 1348<br>Ex. 10 to Declaration of Michael Saskor ISO Defendant's MSJ | | |

APPENDIX A
TO DEFENDANT FARMERS DIRECT'S PRETRIAL DISCLOSURES
Anticipated Trial Exhibits - Rule 26(a)(3)(A)(iii)

| No. | EXHIBIT DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 62 | 07/21/2025 Letter from Saskor to Ravada RE Important Claim Information<br>FD003422 – 3448<br>Ex. 17 to Declaration of Michael Saskor ISO Defendant's MSJ | | |
| 63 | 07/25/2025 Letter from D'Sol to Pimentel RE Policyholder Dispute and Request for Depreciation Corrections & Coverage Expansion<br>FD003386 - 3400 | | |
| 64 | 07/28/2025 - 08/18/2025 Email between Spradling and Ravada RE Final Demand<br>FD003407 - 3421 | | |
| 65 | 07/31/2025 Letter from Pimentel to Ravada RE Important Claim Information with attachments<br>FD001376 - 1566 | | |
| 66 | 08/18/2025 Email from Spradling to Ravada RE Final Demand – Claim No. 7007678692-1 Without Prejudice<br>FD003407 – 3408<br>Ex. 6 to Declaration of Bryce Spradling ISO Defendant's MSJ | | |

APPENDIX A
TO DEFENDANT FARMERS DIRECT'S PRETRIAL DISCLOSURES
Anticipated Trial Exhibits - Rule 26(a)(3)(A)(iii)

| No. | EXHIBIT DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 67 | 09/29/2025 Certified Copy of Farmer's Direct Policy, Policy No. 3872340940 Issued to Julio R. Ravada<br>Ex. 1 to Declaration of Bryce Spradling ISO Defendant's MSJ | | |
| 68 | 06/04/2026 Notice of Other Proceeding and Procedural History | | |
| 69 | 07/02/2026 Defendant Farmers Direct Property and Casualty Insurance Company's Request for Admissions to Plaintiff Luna D'Sol (Set One) | | |
| 70 | 07/15/2026 Defendant Farmers Direct Property and Casualty Insurance Company's Expert Witness Disclosure | | |
| 71 | 08/23/2026 CSLB License Status Check for New Beginning Construction | | |
| 72 | Personal Property Summary Worksheet<br>FD004534<br>Ex. 18 to Declaration of Michael Saskor ISO Defendant's MSJ | | |
| 73 | Various Receipts<br>FD004535 – 4582<br>Ex. 5 to Ravada EUO | | |
| 74 | Claim File Notes<br>FD000001 - 0081 | | |

APPENDIX A
TO DEFENDANT FARMERS DIRECT'S PRETRIAL DISCLOSURES
Anticipated Trial Exhibits - Rule 26(a)(3)(A)(iii)

| No. | EXHIBIT DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 75 | Activity Log<br>FD000082 - 0980 | | |
| 76 | Claim File<br>FD000001 - 5739 | | |
| 77 | Underwriting File<br>FD005740 - 5828 | | |
| 78 | Non-privileged portions of the Special Investigation Unit ("SIU") File | | |
| 79 | The July 15, 2026 "Insurance Claims Handling Expert Report" of Paul Hamilton, Property & Casualty Claim Consultant which is also attached as Exhibit 1 to Farmers Direct's Expert Witness Disclosures served on July 15, 2026. | | |
| 80 | The July 13, 2026 "Construction and Restoration Expert Report" of David A. Corona, Executive Manager of MKA International, Inc. ("MKA") which is also attached as Exhibit 2 to Farmers Direct's Expert Witness Disclosures served on July 15, 2026. | | |

APPENDIX A
TO DEFENDANT FARMERS DIRECT'S PRETRIAL DISCLOSURES
Anticipated Trial Exhibits - Rule 26(a)(3)(A)(iii)

| **No.** | **EXHIBIT DESCRIPTION** | **DATE IDENTIFIED** | **DATE ADMITTED** |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

APPENDIX A
TO DEFENDANT FARMERS DIRECT'S PRETRIAL DISCLOSURES
Anticipated Trial Exhibits - Rule 26(a)(3)(A)(iii)

| **No.** | **EXHIBIT DESCRIPTION** | **DATE IDENTIFIED** | **DATE ADMITTED** |
|---|---|---|---|
| | | | |
| | | | |