Exhibit 1



**From:** **Luna D'Sol** jravada@icloud.com
**Subject:** RE: Meet and Confer / Case No. 26VECV03273 - Luna D'Sol v. Farmers Insurance Exchange
**Date:** July 20, 2026 at 06:31
**To:** Michelle Bernard mbernard@grsm.com
**Cc:** Kelly Canby kcanby@grsm.com, Jer Vang-Zamora jvang-zamora@grsm.com, Kiry Yeoun kyeoun@grsm.com

Dear Counsel,

I am in receipt of your email correspondence from July 17th, 2026 at 3:36pm. Please consider this email my formal meet-and-confer response, as well as a formal notice of procedural violations that you must cure immediately today.

Be advised of the following critical defects in your position:

1. **Failure to Comply with CCP § 430.41(a)(2):** Your client's responsive pleading is due today, July 20, 2026. Under California Code of Civil Procedure § 430.41(a)(2), you were statutorily required to initiate the meet-and-confer process **at least 5 days prior**, making **July 15, 2026** your absolute deadline. Your first attempt to contact me regarding this matter was on July 17, 2026, at 3:36pm which is outside the statutory window. You are legally barred from claiming you were "unable" to meet and confer to trigger an automatic 30-day extension.

2. **No Consent to Electronic Service:** I have not received any service copies from your office. Furthermore, as a self-represented litigant, **I do not consent to electronic service** under California Code of Civil Procedure § 1010.6. Any declaration or pleading your office attempted to file or is procedurally defective for lack of proper physical service.

3. **No Good-Faith Meet and Confer:** Sending a unilateral email on the eve of a deadline does not constitute a legal meet-and-confer. You have failed to call me or make a genuine effort to discuss these matters via telephone.

**Substantive Position:** I will not voluntarily dismiss my claims for Fraud, Unruh Act violations, or Punitive Damages. Your transphobic, bad-faith threats to use my private email address to deadname and misgender me will be brought to the Court's attention as evidence of harassment.

**Opportunity to Cure:**
If your office filed a CCP § 430.41 Extension Declaration, it is a direct violation of California law and a misrepresentation to the Court regarding your adherence to the 5-day rule.

I am giving you until the close of business **today, July 20, 2026**, to withdraw any improper extension filings and file a legally compliant Answer to the Complaint. If you fail to do so, I will move forward tomorrow morning with a Request for Entry of Default and a formal Motion to Strike your improper declaration. I will present this email to the judge to prove I gave your office a clear opportunity to correct your errors.

Please govern yourself accordingly.

Sincerely,

**Luna D’Sol**

📱 (213) 925-4069
📧 jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.