# Exhibit 2



**From:** **Luna D'Sol** jravada@icloud.com
**Subject:** Re: Meet and Confer Regarding Motion to Strike Recent Filings
**Date:** September 8, 2026 at 16:58
**To:** Kelly Canby kcanby@grsm.com

---

Hi Kelly,

The email you are forwarding from 3:01p was never received.

IF you are referring to this communication:

Plaintiff:

For purposes of efficiency, please confirm whether you consent to **service by email** for all future filings and correspondence in this matter. If so, please confirm the preferred service email address.

Bernard:

"While all substantive pleadings (*i.e.* motions, etc.) will need to be filed/served via the District Court's ECF system per Central District Local Rules, we are amenable to service via email of courtesy copies of substantive pleadings, discovery pleadings and correspondence."

As you can see, that was not a consent for me to receive e-service. And for your other point, consent to electronic service must be express and cannot be implied from conduct.

The application granted for ECF filings does not waive service of documents outside of what is filed in ECF.

On Jesus Sanchez, I disagree with your conspiracy theory.

While I did not have access to ECF Farmers mailed all the documents to my home, I still have the documents.

There has never been an express consent from me to receive electronic service from Farmers or your office or anyone that works for your employer.

Luna