MICHELLE R. BERNARD (SBN: 144582)
mbernard@grsm.com
KELLY FITZGERALD CANBY (SBN: 185227)
kcanby@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
FARMERS DIRECT PROPERTY AND
CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LUNA D'SOL,

Plaintiff,

v.

FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,

Defendants.

Case No. 2:25-cv-10938-SVW-ASx

**DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S WITNESS LIST**

Judge: Hon. Stephen V. Wilson
Courtroom: 10A
Trial Date: October 13, 2026; 9:00 a.m.
FSC: October 5, 2026; 3:00 p.m.

Filed Concurrently With (As Separate CM/ECF Documents):
Defendant's Memorandum of Contentions of Fact and Law;
Defendant's Exhibit List

Complaint Filed: August 21, 2025

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

Pursuant to the Court's Civil Trial Preparation Order dated June 11, 2026 [ECF Doc. 86] and Central District Court Local Rule 16-5, Defendant Farmers Direct Property and Casualty Insurance Company ("Defendant" or "Farmers Direct") hereby identifies the following witnesses to be called at the trial in this matter. Farmers Direct has placed an asterisk (*) next to the name of those witnesses who may be called only if the need arises. Farmers Direct reserves the right to seek leave of the Court to call witnesses designated for live testimony to appear remotely by video conference. If the Court grants Farmers Direct's motion to strike Plaintiff's untimely jury trial demand and proceeds with a bench trial, per the Court's Civil Trial Preparation Order [ECF Doc. 86] any direct testimony will presumably be instead presented by declaration rather than live testimony.

**FARMERS DIRECT'S WITNESS LIST**

| **Name** | **Address/Phone No.** | **Manner** | **Type** |
|---|---|---|---|
| **Donnie Means**<br>Senior Field Claims Representative of behalf of Farmers Direct | Contact through Defendant's counsel | Live | Fact and Defense Expert (non-retained) |
| **Richard Bryan**<br>General Adjuster on behalf of Farmers Direct | Contact through Defendant's counsel | Live | Fact and Defense Expert (non-retained) |
| **Michael Saskor**<br>General Claims Adjuster, Advanced Complexity Team, on behalf of Farmers Direct | Contact through Defendant's counsel | Live | Fact and Defense Expert (non-retained) |
| **Bryce Spradling**<br>Property Theft Supervisor, on behalf of Farmers Direct | Contact through Defendant's counsel | Live | Fact and Defense Expert (non-retained) |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

| Name | Address/Phone No. | Manner | Type |
|---|---|---|---|
| **Plaintiff Luna D'Sol**<br>Owner of insured residence and formerly known as named insured Julio Ravada | 2275 E. Belding Dr.<br>Palm Springs, CA 92262<br>(213) 925-4069 | Live | Fact |
| **David A. Corona**<br>Executive Manager of MKA International, Inc. ("MKA") (formerly Madsen, Kneppers & Associates, Inc.) | 18301 Von Karman Avenue, Suite 750<br>Irvine, CA 92612<br>(949) 752-5946 | Live | Defense Expert (retained) |
| **Paul Hamilton**<br>Property & Casualty Claims Consultant | 122 Calistoga Road, #134<br>Santa Rosa, CA 95409<br>(707) 545-4109 | Live | Defense Expert (retained) |
| ***Albert Pimentel**<br>(*former*) Property Field Claim Supervisor on behalf of Farmers Direct | Contact through Defendant's counsel | Live | Fact and Defense Expert (non-retained) |
| ***Timothy Byrne**<br>Claims Supervisor National Property Theft, Advanced Theft Team on behalf of Farmers Direct | Contact through Defendant's counsel | Live | Fact |
| **Brett Green**<br>Special Investigations Supervisor on behalf of Farmers Direct | Contact through Defendant's counsel | Live | Fact |
| ***Delbert Spaur**<br>Special Investigations Manager on behalf of Farmers Direct | Contact through Defendant's counsel | Live | Fact |
| ***Andrew Hermann**<br>(*retired*) General Special Investigator on behalf of Farmers Direct | Contact through Defendant's counsel | Live | Fact |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

| Name | Address/Phone No. | Manner | Type |
|---|---|---|---|
| ***Amy Spawr-Bardley**<br>Customer Relations Senior Consultant, Claims Customer Relations on behalf of Farmers Direct | Contact through Defendant's counsel | Live | Fact |
| ***"Deon"**<br>Electrician for Collins Electric | 14995 Summerland Lane Fontana, CA 92338<br>909-915-4440 | Live | Fact |
| ***David Aragon Progressive Home Remodeling**<br>Contractor License #1049763 | 2447 Pacific Coast Hwy, Unit 229 Hermosa Beach, California 90254<br>(323) 423-6322<br>(323) 218-9118 | Live | Fact |
| ***Michael Reyes**<br>President Kings Power Electric Inc. | 6939 Rhea Ave. Reseda, CA 91335<br>661-236-9897 | Live | Fact |
| ***Kyle Mangione** | 3915 El Dorado Blvd., #4<br>Palm Springs, CA 92262-1420<br>(442) 267-3363 | Live | Fact |
| ***Officer Logan Corder**<br>Palm Springs Police Department. | 200 S. Civic Drive Palm Springs, CA 92262<br>760-323-8116 | Live | Fact |
| ***Detective Alexander Doherty**<br>Palm Springs Police Department | 200 S. Civic Drive Palm Springs, CA 92262<br>760-323-8116 | Live | Fact |

Defendant Farmers Direct reserves the right to call any witnesses designated on the trial witness list submitted by Plaintiff Luna D'Sol as well as any additional witnesses for purposes of providing rebuttal and/or impeachment testimony. Farmers

Direct further reserves its right to call additional witnesses in the event the Court permits Plaintiff to introduce evidence regarding any newly framed theories of liability and/or claimed damages and/or to the extent that any new issues are raised by Plaintiff's untimely summary judgment opposition documents filed on September 14, 2026.

Dated: September 14, 2026 GORDON REES SCULLY MANSUKHANI, LLP

By /s/ Kelly F. Canby
Michelle R. Bernard
Kelly Fitzgerald Canby
Attorneys for Defendant
FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101