MICHELLE R. BERNARD (SBN: 144582)
mbernard@grsm.com
KELLY FITZGERALD CANBY (SBN: 185227)
kcanby@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
FARMERS DIRECT PROPERTY AND
CASUALTY INSURANCE COMPANY

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-10938-SVW-ASx<br><br>**DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S EXHIBIT LIST**<br><br>Judge: Hon. Stephen V. Wilson<br>Courtroom: 10A<br>Trial Date: October 13, 2026; 9:00 a.m.<br>FSC: October 5, 2026; 3:00 p.m.<br><br><u>Filed Concurrently With (As Separate CM/ECF Documents)</u>:<br>Defendant's Memorandum of Contentions of Fact and Law;<br>Defendant's Witness List<br><br>Complaint Filed: August 21, 2025 |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

Pursuant to the Court's Civil Trial Preparation Order dated June 11, 2026 [ECF Doc. 86] and Central District Local Rule 16-6, Defendant Farmers Direct Property and Casualty Insurance Company ("Defendant" or "Farmers Direct") hereby submits the following list of exhibits which may be offered into evidence at the trial in this matter.[1] Farmers Direct reserves the right to designate and use any exhibits identified by Pro Per Plaintiff Luna D'Sol ("D'Sol") and to use any additional exhibits for impeachment and rebuttal purposes.

Farmers Direct further reserves the right to include additional exhibits in the event the Court permits Plaintiff to present any revised theories of liability or belated evidence on any matter which is currently pending before the Court (including Plaintiff's untimely opposition documents filed on September 14, 2026 in response to Farmers Direct's motion for summary judgment and/or other pending motions which the Court should decline to consider per Local Rule 7-12).

Pursuant to Local Rule 16-6.1, the exhibits that Farmers Direct may offer only if the need arises are marked with an asterisk "*" below.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

[1] Plaintiff has not been cooperative generally insofar as Plaintiff has refused to participate in discovery and instead disclosed that she prefers to wait until her pending motions challenging subject matter jurisdiction and/or other issues are first resolved and she has also failed to timely engage in the Local Rule 16 meet and confer process. Plaintiff also repeatedly refused to provide Farmers Direct with copies of any of her Initial Disclosure documents, refused to meet and confer with defense counsel related to pending discovery and anticipated motions, failed to appear and planned Local Rule 7-3 and Local Rule 37-1 Conferences and failed to timely or meaningfully engage in any communications related to exchanging Initial Disclosure documents and/or related to the preparation of the joint exhibit list. Accordingly, Defendant is submitting its own exhibit list.

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

# FARMERS DIRECT'S EXHIBIT LIST

| No. | EXHIBIT DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1 | 06/04/2024 Letter from Donnie Means Senior Field Claims Representative on behalf of Farmers Direct ("Means") to Julio Ravada ("Ravada" as she was known at the time but also "Plaintiff" or Luna D'Sol "D'Sol") RE We Have Received Your Claim<br>FD001034 - 1037 | | |
| 2 | 06/05/2024 Text Message from Means to Ravada RE Introduction<br>FD004937 – 4938<br>Ex. 1 to Declaration of Donnie Means ISO Defendant's MSJ | | |
| 3 | 06/05/2024 Letter from Means to Ravada RE Contact Request<br>FD001038 – 1039<br>Ex. 2 to Declaration of Donnie Means ISO Defendant's MSJ | | |
| 4 | 06/06/2024 Inspection Photos (excerpts / selected pages from larger collection of Inspection Photos / *see* 4A, 4B, 4C below)<br>FD004939 – 5055 (excerpts / selected pages)<br>Ex. 3 to Declaration of Donnie Means ISO Defendant's MSJ | | |
| 4A | 06/06/2024 Inspection Photos (complete copy of document entitled "Inspection photos PDF Created on June 6, 2024 at 14:06:09 PM Claim Number: 7007678692-1" with all attached photos)<br>FD004939 – 4987<br>Excerpts (selected pages) included as part of Ex. 3 to | | |

| No. | EXHIBIT DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| | Declaration of Donnie Means ISO Defendant's MSJ | | |
| 4B | 06/06/2024 (additional) Inspection Photos (complete copy of document entitled "Inspection photos 2 PDF Created on June 6, 2024 at 14:07:46 PM Claim Number: 7007678692-1" with all attached photos)<br>FD004988 – 5036<br>Excerpts (selected pages) included as part of Ex. 3 to Declaration of Donnie Means ISO Defendant's MSJ | | |
| 4C | 06/06/2024 (additional) Inspection Photos (complete copy of document entitled "Inspection photos 3 PDF Created on June 6, 2024 at 14:08:47 PM Claim Number: 7007678692-1" with all attached photos)<br>FD005037 – 5056<br>Excerpts (selected pages) included as part of Ex. 3 to Declaration of Donnie Means ISO Defendant's MSJ | | |
| 5 | Inspection Photos (excerpts / selected pages from larger collection of Inspection Photos / *see* 4A, 4B, 4C above)<br>FD005053; 4971; 4999; 4993; 4997<br>Ex. 4 to Declaration of Donnie Means ISO Defendant's MSJ | | |
| 6 | 06/10/2024 Letter from Means to Ravada RE Request for Information<br>FD005498 – 5509<br>Ex. 5 to Declaration of Donnie Means ISO Defendant's MSJ | | |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

| No. | EXHIBIT DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 7 | 06/10/2024 - 07/16/2024 Emails between Ravada and Mark Bercier<br>FD004583 - 4592<br>Ex. 7 to Ravada EUO | | |
| 8 | 06/12/24 Palm Springs PD Report & Correspondence<br>FD004289 – 4297<br>Ex. 3 to Ravada EUO | | |
| 9 | 06/13/2024 Email between General Special Investigator Andrew Hermann on behalf of Farmers Direct ("Hermann") & Ravada RE Pending Claim 6/3/24; 2275 E Belding<br>FD005682 - 5683 | | |
| 10 | 06/14/2024 Email between Hermann & Ravada RE Pending Claim 6/3/24; 2275 E Belding<br>FD005684 - 5685 | | |
| 11 | 06/17/2024 Email between Ravada & Hermann RE Pending Claim 6/3/24; 2275 E Belding<br>FD005690 - 5693 | | |
| 12 | 06/21/2024 Email between Hermann & Ravada RE Sharing Videos Pics with attachments<br>FD005700 - 5707 | | |
| 13 | 06/26/2024 Email from Ravada to Hermann RE Sharing Videos Pics FW Email from Detective Alexander Doherty Of Palm Springs Police Department ("Doherty") re Investigation Updates<br>FD005708 - 5716 | | |

| No. | EXHIBIT DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 14 | 06/26/2024 Email between Hermann & Ravada RE Inquiry About Rewarding Informant<br>FD005717 - 2718 | | |
| 15 | 06/26/2024 Email from Hermann to Det. Doherty RE Theft Loss Investigation – Julio Ravada, 2275 E Belding Dr. 6/3/24<br>FD005729 | | |
| 16 | 06/30/2024 Email from Ravada to Alexander Doherty & Andrew Hermann RE More Info on the Case<br>FD005730 - 5731 | | |
| 17 | 07/02/2024 Letter from Means to Ravada RE Status Letter with Email attached<br>FD001040; 1588<br>Ex. 6 to Declaration of Donnie Means ISO Defendant's MSJ | | |
| 18 | 07/15/2024 Photograph of table, hutch & painting<br>FD1864 – 1866<br>Ex. 6 to Ravada EUO | | |
| 19 | 07/16/2024 Kings Power Electric, Inc. Estimate<br>FD001855 – 1863<br>Ex. 5 to Ravada EUO | | |
| 20 | 07/23/2024 Email from Ravada to Means RE Access to Claims Portal and Loss Discussion<br>FD001807 | | |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

| No. | EXHIBIT DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 21 | 08/02/2024 Letter from Means to Ravada RE Important Claim Information<br>FD001042 – 1052<br>Ex. 7 to Declaration of Donnie Means ISO Defendant's MSJ | | |
| 22 | 08/02/2024 Proof of Loss Prepared by Ravada<br>FD004527 – 4535<br>Ex. 9 to Declaration of Donnie Means ISO Defendant's MSJ<br>Ex. 2 to Ravada EUO | | |
| 23 | 08/06/2024 Zillow Listing for 2275 E. Belding Dr., Palm Springs, CA 92262<br>FD004593 – 4602<br>Ex. 8 to Ravada EUO | | |
| 24 | 08/09/2024 Letter from Richard Bryan General Adjuster on behalf of Farmers Direct ("Bryan") to Ravada RE Important Claim Information<br>FD001053 – 1055<br>Ex. 8 to Declaration of Donnie Means ISO Defendant's MSJ | | |
| 25 | 08/20/2024 Letter from John Na of Gordon Rees Scully Mansukhani LLP counsel for Farmers Direct ("Na" or "John Na") to Ravada RE EUO Notice | | |
| 26 | 09/12/2024 Letter from John Na to Ravada RE Insurance Claim<br>FD004523 – 4526<br>Ex. 1 to Ravada EUO | | |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

| No. | EXHIBIT DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 27 | 09/27/2024 Examination Under Oath of Ravada<br>FD004304 - 4474 | | |
| 28 | 10/22/2024 Letter from Bryan to Ravada RE Important Claim Information<br>FD001056 - 1057 | | |
| 29 | 10/29/2024 Letter from Bryan to Ravada RE Claim Outcome Letter with attachments<br>FD001059 – 1081<br>Ex. 10 to Declaration of Donnie Means ISO Defendant's MSJ | | |
| 30 | 11/11/2024 Lineside Electric Estimate<br>FD001619 – 1621; FD001634<br>Ex. 14 to Declaration of Michael Saskor ISO Defendant's MSJ | | |
| 31 | 11/12/2024 Letter from Bryan to Ravada RE Settlement Notice<br>FD001082 – 1090<br>Ex. 1 to Declaration of Michael Saskor ISO Defendant's MSJ – Michael Saskor is a General Claims Adjuster, Advanced Complexity Team, handling the Claim on behalf of Farmers Direct ("Saskor" or "Michael Saskor") | | |
| 32 | 11/13/2024 Brilliant Order 165826 Cancellation<br>FD003675 – 3676; FD005583 – 5584<br>Ex. 12 to Declaration of Michael Saskor ISO Defendant's MSJ | | |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

| No. | EXHIBIT DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 33 | 11/20/2024 Automated Communication between Dyson Digital Assistant and Michael Saskor RE Ravada and Cancelled Order<br>FD003680 – 3682; FD005581 – 5582<br>Ex. 11 to Declaration of Michael Saskor ISO Defendant's MSJ | | |
| 34 | 11/22/2024 Letter from Saskor to Ravada RE Claim Outcome Letter<br>FD001091 - 1094 | | |
| 35 | 12/13/2024 Art Certification Experts, Inc.<br>FD001644 – 1663<br>Ex. 15 to Declaration of Michael Saskor ISO Defendant's MSJ | | |
| 35A | UNDATED photo that Plaintiff submitted to Farmers Direct on or around March 19, 2025 (along with several telephone screenshots and other information) which was reported to be a photo of the "Ivey and Luke" painting in Plaintiff's home<br>[excerpt of] FD005072<br>First page of Ex. 15 to Declaration of Michael Saskor ISO Defendant's MSJ | | |
| 36 | 01/07/2025 Collins Electric Invoice<br>FD001643<br>Ex. 13 to Declaration of Michael Saskor ISO Defendant's MSJ | | |

| No. | EXHIBIT DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 37 | 01/15/2025 Letter from Saskor to Ravada RE Investigation Status Letter<br>FD001101 - 1103 | | |
| 38 | 01/23/2025 Letter from Saskor to Ravada RE Claim Outcome Letter<br>FD001104 - 1110 | | |
| 39 | 01/28/2025 Fax Cover from Ravada to Farmers Insurance and excerpt Memo from Ravada to "Mike" RE Claim #7007678692-1<br>FD003889 – 3890<br>Ex. 2 to Declaration of Bryce Spradling ISO Defendant's MSJ -- Bryce Spradling, Property Theft Supervisor, handling the Claim on behalf of Farmers Direct ("Spradling" or "Bryce Spradling") | | |
| 39A | Full copy (all 18 pages) of the 01/28/2025 "FAX" to "farmers insurance" from "julio ravada" dated January 28, 2025<br>FD003889 - 3906<br>An excerpt of this document is Ex. 2 to Declaration of Bryce Spradling ISO Defendant's MSJ | | |
| 40 | 02/04/2025 Letter from Saskor to Ravada RE Important Claim Information<br>FD001111 - 1112 | | |
| 41 | 02/07/2025 Fax Cover from Plaintiff to "Farmers Insurance" RE Claim #7007678692-1<br>FD001669 – 1677<br>Ex. 3 to Declaration of Bryce Spradling ISO Defendant's MSJ | | |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

| No. | EXHIBIT DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 42 | 03/13/2025 – 03/15/2025 Email between Spradling and Ravada RE Recap of Conversation<br>FD005261 - 5270 | | |
| 43 | 03/19/25 – 04/15/2025 Emails between Ravada & Spradling RE Recap of Conversation<br>FD003063 – 3077<br>Ex. 4 to Declaration of Bryce Spradling ISO Defendant's MSJ | | |
| 44 | 05/09/2025 – 05/14/2025 Email between Ravada & Spradling RE Follow-Up on Outstanding Items – Burglary Claim<br>Ex. 5 to Declaration of Bryce Spradling ISO Defendant's MSJ | | |
| 45 | 05/09/2025 - 05/13/2025 Email between Saskor and Ravada RE Request for Reassessment – Code Compliance, Structural Damage, and Outstanding Claim Items<br>FD003226 – 3233<br>Ex. 3 to Declaration of Michael Saskor ISO Defendant's MSJ | | |
| 46 | 05/14/2025 Letter from Saskor to Ravada RE Settlement Notice<br>FD001121 – 1141<br>Ex. 2 to Declaration of Michael Saskor ISO Defendant's MSJ | | |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

| No. | EXHIBIT DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 47 | 05/20/2025 Progressive Home Remodeling Partial Home Remodel Estimate<br>FD003250 – 3256<br>Ex. 16 to Declaration of Michael Saskor ISO Defendant's MSJ | | |
| 48 | 05/21/2025 Email to Ravada from Means RE Reinspection Appointment Confirmation<br>FD001589 | | |
| 49 | 05/23/2025 Reinspection Photos (excerpts)<br>FD005079 – 5194 (selected pages / excerpts)<br>Ex. 11 to Declaration of Donnie Means ISO Defendant's MSJ | | |
| 49A | 05/23/2025 Reinspection Photos (complete copy of document entitled "PDF Created on May 23, 2025 at 9:04:34 AM Claim Number: 7007678692-1" with all attached photos)<br>FD005079 – 5197<br>Excerpts (selected pages) included as part of Ex. 11 to Declaration of Donnie Means ISO Defendant's MSJ | | |
| 50 | 05/28/2025 Letter from Saskor to Ravada RE Claim Outcome Letter<br>FD001142 – 1157<br>Ex. 4 to Declaration of Michael Saskor ISO Defendant's MSJ | | |
| 51 | 05/29/2025 Email between Saskor and Ravada RE Clarification Regarding Assigned Adjustor<br>FD003243 - 3244 | | |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

| No. | EXHIBIT DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 52 | 06/05/2025 Email from Ravada to Saskor RE Ongoing Water Intrusion from Dishwasher – Additional Damage Report<br>FD003356 – 3361<br>Ex. 5 to Declaration of Michael Saskor ISO Defendant's MSJ | | |
| 53 | 06/09/2025 Letter from Albert Pimentel Property Field Claim Supervisor on behalf of Farmers Direct ("Pimentel" or "Albert Pimentel") to Ravada RE Important Claim Information<br>FD001158 – 1159<br>Ex. 6 to Declaration of Michael Saskor ISO Defendant's MSJ | | |
| 54 | 06/16/2025 Email between Ravada and Pimentel & Saskor RE Ongoing Water Intrusion<br>FD001169 - 1170 | | |
| 55 | 06/16/2025 Letter from Pimentel to Ravada RE Claim Outcome Letter<br>FD001171 - 1178 | | |
| 56 | 06/17/2025 Letter from Pimentel to Ravada RE Important Claim Information with Claim Outcome Letter attached<br>FD001160 – 1168<br>Ex. 7 to Declaration of Michael Saskor ISO Defendant's MSJ | | |
| 57 | 06/23/2025 Letter from Pimentel to Ravada RE Claim Outcome Letter with attachments<br>FD001189 – 1205<br>Ex. 8 to Declaration of Michael Saskor ISO Defendant's MSJ | | |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

| No. | EXHIBIT DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 58 | 06/25/2025 Letter from Pimentel to Ravada RE Important Claim Information<br>FD001206 - 1224 | | |
| 59 | 07/01/2025 Letter from Pimentel to Ravada RE Important Claim Information<br>FD001225 - 1247 | | |
| 60 | 07/08/2025 Letter from Saskor to Ravada RE Settlement Notice<br>FD001248 – 1258<br>Ex. 9 to Declaration of Michael Saskor ISO Defendant's MSJ | | |
| 61 | 07/10/2025 Letter from Saskor to Ravada RE Settlement Notice<br>FD001259 – 1348<br>Ex. 10 to Declaration of Michael Saskor ISO Defendant's MSJ | | |
| 62 | 07/21/2025 Letter from Saskor to Ravada RE Important Claim Information<br>FD003422 – 3448<br>Ex. 17 to Declaration of Michael Saskor ISO Defendant's MSJ | | |
| 63 | 07/25/2025 Letter from D'Sol to Pimentel RE Policyholder Dispute and Request for Depreciation Corrections & Coverage Expansion<br>FD003386 - 3400 | | |
| 64 | 07/28/2025 - 08/18/2025 Email between Spradling and Ravada RE Final Demand<br>FD003407 - 3421 | | |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

| No. | EXHIBIT DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 65 | 07/31/2025 Letter from Pimentel to Ravada RE Important Claim Information with attachments<br>FD001376 - 1566 | | |
| 66 | 08/18/2025 Email from Spradling to Ravada RE Final Demand – Claim No. 7007678692-1 Without Prejudice<br>FD003407 – 3408<br>Ex. 6 to Declaration of Bryce Spradling ISO Defendant's MSJ | | |
| 67 | 09/29/2025 Certified Copy of Farmer's Direct Policy, Policy No. 3872340940 Issued to Julio R. Ravada<br>Ex. 1 to Declaration of Bryce Spradling ISO Defendant's MSJ | | |
| 68 | 06/04/2026 Notice of Other Proceeding and Procedural History | | |
| 69 | 07/02/2026 Defendant Farmers Direct Property and Casualty Insurance Company's Request for Admissions to Plaintiff Luna D'Sol (Set One) | | |
| 70 | 07/15/2026 Defendant Farmers Direct Property and Casualty Insurance Company's Expert Witness Disclosure | | |
| 71 | 08/23/2026 CSLB License Status Check for New Beginning Construction (results of search of "State Contractor License # 1053183") | | |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

| No. | EXHIBIT DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 72 | Personal Property Summary Worksheet<br>FD004534<br>Ex. 18 to Declaration of Michael Saskor ISO Defendant's MSJ | | |
| 73 | Various Receipts<br>FD004535 – 4582<br>Ex. 5 to Ravada EUO | | |
| 74 | Claim File Notes (nonconfidential / nonprivileged portions as redacted)<br>FD000001 - 0081 | | |
| 75 | Activity Log (nonconfidential / nonprivileged portions as redacted)<br>FD000082 - 0980 | | |
| 76 | * Claim File (nonconfidential / nonprivileged portions as redacted)<br>FD000001 - 5739 | | |
| 77 | * Underwriting File (nonconfidential / nonprivileged portions as redacted)<br>FD005740 - 5828 | | |
| 78 | Special Investigation Unit ("SIU") File (nonconfidential / nonprivileged portions as redacted) | | |
| 79 | The July 15, 2026 "Insurance Claims Handling Expert Report" of Paul Hamilton, Property & Casualty Claim Consultant which is also attached as Exhibit 1 to Farmers Direct's Expert Witness Disclosures served on July 15, 2026. | | |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

| No. | EXHIBIT DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 80 | The July 13, 2026 "Construction and Restoration Expert Report" of David A. Corona, Executive Manager of MKA International, Inc. ("MKA") which is also attached as Exhibit 2 to Farmers Direct's Expert Witness Disclosures served on July 15, 2026. | | |
| 81 | * TitanFile Conversation Record with Delivery Log Report and copy of channel "History" with confirmation electronic delivery and service of Requests for Admission (Set One), Requests for Production (Set One), Interrogatories (Set One) and Proof of Service to Plaintiff's email address (jravada@icloud.com) as follows: "Email delivered successfully to Luna D'Sol at July 2, 2026 7:02 pm EDT" (i.e., at [4:02 PM]), along with copies of additional email communications sent to Plaintiff by Gordon Rees Scully Mansukhani LLP Work Flow Coordinator Elisa Martinez on July 2, 2026.<br><br>Ex. 12 to the Declaration of Kelly Fitzgerald Canby ISO Defendant's MSJ and Exs. 1-4 to Declaration of Elisa Martinez ISO Defendant's MSJ | | |
| 82 | *TitanFile Conversation Record with Delivery Log Report and copy of channel "History" with confirmation electronic delivery and service of Defendant's Expert Witness Disclosures (with attached expert reports and PROOF OF SERVICE) to Plaintiff's email address (jravada@icloud.com) on July 15, 2026 at 4:48 p.m. PST as follows: "Email | | |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

| No. | EXHIBIT DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| | delivered successfully to Luna D'Sol at July 15, 2026 7:48 pm EDT" and/or related email communications sent to Plaintiff by Gordon Rees Scully Mansukhani LLP Legal Secretary Kiry Yeoun.<br><br>Ex. 24 to the Declaration of Kelly Fitzgerald Canby ISO Defendant's MSJ | | |
| 83 | *Plaintiff's "APPLICATION FOR PERMISSION FOR ELECTRONIC FILING" filed in this case on or about November 18, 2025 [ECF Doc. 10].<br><br>Included within Ex. 6 to the Declaration of Kelly Fitzgerald Canby ISO Defendant's MSJ | | |
| 84 | * Information and instructions available on the Court's website (www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers), specifically including portion which states: "By registering to e-file you have agreed to receive electronic service of documents by e-mail." | | |
| 85 | *Supplemental Declaration of Luna D'Sol filed with the Court on or about December 5, 2025 which states, among other things, the following: I recently obtained CM/ECF filing access as a pro se litigant and am re-submitting the same Motion to Remand documents directly through CM/ECF to ensure prompt docketing and **service on all**." [ECF Doc. 15 (emphasis added)]. | | |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

| **No.** | **EXHIBIT DESCRIPTION** | **DATE IDENTIFIED** | **DATE ADMITTED** |
|---|---|---|---|
| 86 | *"PROOF OF SERVICE" and the supporting declaration from "JESUS SANCHEZ" (who is identified as an alleged "Non-Party Declarant" residing at "2275 E. Belding Dr Palm Springs CA 92262") electronically filed by Plaintiff on or around December 5, 2025 indicating that service to "all registered counsel of record in this case" was accomplished through the CM/ECF system and that "I did not perform any additional manual service because none is required." [ECF Doc. 14-3, p. 2:12-23].<br><br>Included within Ex. 7 to the Declaration of Kelly Fitzgerald Canby ISO Defendant's MSJ | | |
| 87 | * Plaintiff's transmission email dated February 26, 2026 to defense counsel electronically serving Plaintiff's Initial Disclosures.<br><br>Included within Ex. 9 to the Declaration of Kelly Fitzgerald Canby ISO Defendant's MSJ | | |
| 88 | *Proof of Service" dated February 26, 2026 signed by Gordon Rees Scully Mansukhani LLP Legal Secretary Kiry Yeoun RE electronic service of Plaintiff at jravada@icloud.com with copy of DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S INITIAL DISCLOSURES [F.R.C.P. RULE 26(A)(1).<br><br>Ex. 13 to the Declaration of Kelly Fitzgerald Canby ISO Defendant's MSJ | | |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

| No. | EXHIBIT DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 89 | *DECLARATION OF LUNA D'SOL IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND SUPPLEMENTAL DISCLOSURES [ECF Doc. 54-1] (first sentence of paragraph 2). | | |
| 90 | *Plaintiff's email dated April 23, 2026 [7:17AM] to defense counsel entitled "LR 37-2.2 Joint Stipulation – Plaintiff's Portion Provided / Response Required Within 7 Days" and/or attached file<br><br>Ex. 22 (copy without the attachment) to the Declaration of Kelly Fitzgerald Canby ISO Defendant's MSJ | | |
| 91 | *Plaintiff's email dated November 17, 2025 [3:49 PM] to Michelle R. Bernard and her response email sent to Plaintiff on November 17, 2025 [6:07 PM].<br><br>Ex. 8 to the Declaration of Kelly Fitzgerald Canby ISO Defendant's MSJ | | |
| 92 | *Plaintiff's August 5, 2026 [3:26 PM] email entitled "Automatic Reply: Out of the Office" evidencing prior receipt of July 17, 2026 [9:26 AM] electronic service transmission email to Plaintiff and attached a copy of "DEFENDANT FARMERS DIRECT PROPERY AND CASUALTY INSURANCE COMPANY'S NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF LUNA D'SOL" | | |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

| No. | EXHIBIT DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| | Included within Ex. 23 to the Declaration of Kelly Fitzgerald Canby ISO Defendant's MSJ | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Dated: September 14, 2026 GORDON REES SCULLY MANSUKHANI, LLP

By [signature]
Michelle R. Bernard
Kelly Fitzgerald Canby
Attorneys for Defendant
FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY