**Luna D'Sol**
Plaintiff, In Pro Per
Email Address: jravada@icloud.com
2275 E Belding Dr
Palm Springs CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LUNA D'SOL**

Plaintiff,

vs.

FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, FARMERS INSURANCE EXCHANGE; and DOES 2-50, inclusive,

Defendant(s).

Case No: *2:25-cv-10938-SVW-ASx*

**DECLARATION OF LUNA D'SOL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR TERMINATING SANCTIONS AGAINST PLAINTIFF**

Judge: Hon. Stephen V. Wilson

Date: September 28, 2026 5, 2026

Time: 1:30 p.m.

Courtroom: 10A

Trial Date: October 13, 2026; 9:00 a.m.

FSC: October 5, 2026; 3:00 p.m.

Complaint Filed: PLAINTIFF OPPOSITION TO DEFENDANTS MOTION FOR TERMINATING SANCTIONS AGAINST PLAINTIFF, PLAINTIFF'S OBJECTIONS TO DECLARATION OF KAREN CHO, PROPOSED ORDER

**DECLARATION OF LUNA D'SOL**

I, Luna D'SOL, declare:

1. I am the Plaintiff in this action. I make this declaration based on my personal knowledge and, if called upon to testify, could and would competently testify to the matters stated herein.
2. I have personal knowledge of the facts stated in this Declaration. Where I refer to documents, communications, records, or other materials, I do so based on my personal receipt, review, participation in, or knowledge of those materials and events. I do not adopt, concede, or attest to the accuracy of factual assertions contained in declarations submitted by Defendant merely because I reference or respond to them. Any statement concerning Defendant's declarations,
3. I have a pending Motion for Sanctions in this action concerning issues relevant to Defendant's present motion, including Defendant's representations and the reliability of certain materials at issue.
4. On August 13, 2026, I participated in the attempted meet-and-confer with Defendant's counsel regarding the discovery issues identified by Defendant. Contrary to Ms. Bernard's statement that I "never joined" the Teams videoconference, I did participate in the conference. I also sent a contemporaneous email concerning the conference because I understood that the meet-and-confer had been canceled without advance notice to me. My email stated: "You just canceled our meet and confer today without telling me in advance." I dispute Ms. Bernard's characterization of that email as "entirely untrue." A true and correct copy of my email that I sent to defendant is attached here to as Exhibit 1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

:

**Dated: <u>September 14, 2026</u> at Palm Springs California**

**By:** <u>/s/ Luna D'Sol</u>

**Luna D'Sol**