# Exhibit 1



**From:** **Luna D'Sol** jravada@icloud.com
**Subject:** Re: Luna D'Sol v. Farmers Direct - Meet and Confer Re Farmers Direct's MSJ (Local Rule 7-3) and Pending Discovery Issues (Local Rule 37-1)
**Date:** August 13, 2026 at 11:10
**To:** Kelly Canby kcanby@grsm.com
**Cc:** Michelle Bernard mbernard@grsm.com

You just canceled our meet and confer today without telling me in advance

You mentioned yesterday that Farmers Direct will be responsible for Exchange's wrong doing then we need Exchange here

**Luna D'Sol**

📱 (213) 925-4069
📧 jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

> On Aug 12, 2026, at 17:15, Kelly Canby <kcanby@grsm.com> wrote:
>
> Hello Ms. D'Sol – I just sent an updated TEAMs invite for tomorrow at 11:00 a.m. per your request.
>
> Given that I need allow time to coordinate any potential changes to appearance details with court reporters, videographers and third party witnesses, can you please respond tonight related to the following two issues (alternatively we will just plan to proceed per the current notices):
>
> 1. Can you please let me know tonight whether or not you will agree that the August 14, 9:00 a.m. PMK Deposition of Progressive Remodeling Inc. may proceed on a remote basis via video conference (which the witness David Aragon has requested)? Alternatively, we will plan to proceed with an in-person deposition at our LA Office on Friday Morning per the Amended Notice.
>
> 2. Additionally, please let me know if you have a working phone number for Kyle Mangione? I'm willing to discuss the possibility of a remote deposition with him as well, but I need to speak with him to confirm he is amendable and to make sure has the proper technical capabilities/computer setup (assuming you have no objection to switching to remote). Alternatively, we will plan to proceed with the Deposition at our office in Ontario at 3:15 p.m. on August 14, 2026 as noticed.
>
> Thanks,
> Kelly Canby
>
> **KELLY F. CANBY**
> Partner
>
> **GORDON REES SCULLY MANSUKHANI**
> **YOUR 50 STATE LAW FIRM™**
> **D:** 760.444.5923

**E:** kcanby@grsm.com I grsm.com
101 W. Broadway, Suite 2000, San Diego, CA 92101
vCard

---

**From:** Luna D'Sol <jravada@icloud.com>
**Sent:** Wednesday, August 12, 2026 4:49 PM
**To:** Kelly Canby <kcanby@grsm.com>
**Cc:** Michelle Bernard <mbernard@grsm.com>
**Subject:** Re: Luna D'Sol v. Farmers Direct - Meet and Confer Re Farmers Direct's MSJ (Local Rule 7-3) and Pending Discovery Issues (Local Rule 37-1)

Ms. Canby,

Please change the conference for tomorrow. I am unable to reconcile all the information you have provided lately, it is extremely inconsistent and I need time to prepare or understand your references to events I have no records Tomorrow at 11 am works me

On Aug 12, 2026, at 14:36, Kelly Canby <kcanby@grsm.com> wrote:

---

## Microsoft Teams meeting

**Join:**https://teams.microsoft.com/meet/243317248760179?p=d8U2sONz1QGlbsfbqW

Meeting ID: 243 317 248 760 179

Passcode: vg9gf7Sr

---

Need help? | System reference

### Dial in by phone

+1 415-856-9224,,628141081# United States, San Francisco

(888) 994-5245,,628141081# United States (Toll-free)

Find a local number

Phone conference ID: 628 141 081#

### Join on a video conferencing device

Tenant key: grsmsip@m.webex.com

Video ID: 118 318 282 5

More info

For organizers: Meeting options | Reset dial-in PIN

GRSM50
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM

GRSM Participants: Online Meetings should be conducted from your LOCAL computer or mobile app. Please don't start your meeting within Citrix or a remote session technology. Use your local computer's Teams app or web browser for all online meetings. Thank you.

Privacy and security

---

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
www.grsm.com

<Mail Attachment.ics>

**Luna D’Sol**

(213) 925-4069

jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.