**Luna D'Sol**
Plaintiff, In Pro Per
Email Address: jravada@icloud.com
2275 E Belding Dr
Palm Springs CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LUNA D'SOL**

Plaintiff,

vs.

FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,

Defendant(s).

Case No: *2:25-cv-10938-SVW-ASx*

**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION FOR TERMINATING SANCTIONS**

Judge: Hon. Stephen V. Wilson
Date: September 28, 2026
Time: 1:3:00 p.m.
Courtroom: 10A

Trial Date: October 13, 2026; 9:00 a.m.
FSC: October 5, 2026; 3:00 p.m.

Complaint Filed: August 21, 2025

[PROPOSED] ORDER DENYING DEFENDANT'S

MOTION FOR TERMINATING SANCTIONS

Having considered Defendant Farmers Direct Property and Casualty Insurance Company's Motion for Terminating Sanctions, Plaintiff's Opposition, the supporting and opposing declarations and exhibits, and the record in this action, the Court ORDERS:

1. Defendant's Motion for Terminating Sanctions is DENIED.

IT IS SO ORDERED.

DATED: ________________, 2026

________________________________

HON. STEPHEN V. WILSON

UNITED STATES DISTRICT JUDGE