MICHELLE R. BERNARD (SBN: 144582)
mbernard@grsm.com
KELLY FITZGERALD CANBY (SBN: 185227)
kcanby@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
FARMERS DIRECT PROPERTY AND
CASUALTY INSURANCE COMPANY

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LUNA D'SOL,

Plaintiff,

v.

FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,

Defendants.

Case No. 2:25-cv-10938-SVW-ASx

**DEFENDANT'S NOTICE OF LODGING [PROPOSED] JUDGMENT RE MOTION FOR SUMMARY JUDGMENT**

Judge: Hon. Stephen V. Wilson
**Date: September 28, 2026**
**Time: 1:30 p.m.**
Courtroom: 10A
Trial Date: October 13, 2026; 9:00 a.m.
FSC: October 5, 2026; 3:00 p.m.

Complaint Filed: August 21, 2025

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

**TO THE ALL PARTIES AND THEIR ATTORNEYS OF RECORDS:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 5-4.4.1, Local Rule 7-20, Local Rule 52-4.1 and Local Rule 56-1 Defendant Farmers Direct Property and Casualty Insurance Company will and hereby does electronically lodge the attached [Proposed] Judgment Re Motion For Summary Judgment in support of its Motion for Summary Judgment Or In The Alternative, Partial Summary Judgment [ECF Docs. 117, 119, 120] (collectively "MSJ") which is noticed for hearing on September 28, 2026, at 1:30 p.m., or as soon thereafter as this matter may be heard, in Courtroom 10A of the above-entitled court, located at 350 W. First Street, 10th Floor, Los Angeles, California 90012.

Dated: September 14, 2026 GORDON REES SCULLY MANSUKHANI, LLP

By Kelly F Canby

Michelle R. Bernard
Kelly Fitzgerald Canby
Attorneys for Defendant
FARMERS DIRECT PROPERTY AND
CASUALTY INSURANCE COMPANY