UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL,<br><br>Plaintiff,<br><br>vs.<br><br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-10938-SVW-ASx<br><br>**[PROPOSED] JUDGMENT RE MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Stephen V. Wilson<br>Date: September 28, 2026<br>Time: 1:30 p.m.<br>Courtroom: 10A<br><br>Trial Date: October 13, 2026; 9:00 a.m.<br>FSC: October 5, 2026; 3:00 p.m.<br><br>Complaint Filed: August 21, 2025 |

Defendant Farmers Direct Property and Casualty Insurance Company's ("Defendant" or "Farmers Direct") Motion For Summary Judgment Or In The Alternative, Partial Summary Judgment [ECF Docs. 117, 119, 120] ("Motion For Summary Judgment") came on for hearing on September 28, 2026 at 1:30 p.m. in the above-entitled court. After full consideration of the moving, opposition, and reply papers, as well as the evidence and authorities submitted by the parties, and argument at the hearing, the Court finds that Farmers Direct is entitled to summary judgment as a matter of law as to the First Cause of Action (breach of contract), as to the Second Cause of Action (breach of the implied covenant of good faith and fair dealing) and as to the additional untitled cause of action for "unlawful discrimination under the Unruh Civil Rights Act (Civil Code §§ 51, 51(f))" alleged in the First Amended Complaint, and orders that judgment be entered in favor of Farmers Direct and against Pro Per Plaintiff Luna D'Sol.

**IT IS SO ORDERED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: ____________, 2026. ________________________________

Hon. Stephen V. Wilson

Judge of the District Court