**Luna D'Sol**
Plaintiff, In Pro Per
Email Address: jravada@icloud.com
2275 E Belding Dr
Palm Springs CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LUNA D'SOL**

Plaintiff,

vs.

FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY; FARMERS INSURANCE EXCHANGE, and DOES 2-50, inclusive,

Defendant(s).

Case No: *2:25-cv-10938-SVW-ASx*

**[PROPOSED] ORDER DENYING DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S MOTION IN LIMINE NO. 4**

Judge: Hon. Stephen V. Wilson

Date: October 5, 2026

Time: 3:00 p.m.

Courtroom: 10A

Trial Date: October 13, 2026; 9:00 a.m.

FSC: October 5, 2026; 3:00 p.m.

Complaint Filed: August 21, 2025

Concurrently Filed with Plaintiff's Opposition to Defendant's Motion in Limine No. 4

Defendant Farmers Direct Property and Casualty Insurance Company's ("Farmers Direct") Motion in Limine No. 4 came on for hearing on October 5, 2026, at 3:00 p.m. The Court has considered the moving, opposition, and reply papers, the evidence and authorities submitted by the parties, and the arguments presented at the hearing.

IT IS HEREBY ORDERED that Farmers Direct's Motion in Limine No. 4 is **DENIED**.

1. **Punitive and Treble Damages.** Farmers Direct has not established that Requests for Admission Nos. 18, 74, and 75, even if deemed admitted, warrant a categorical order precluding Plaintiff from presenting any evidence, testimony, or argument supporting her punitive- or treble-damages claims. The effect and scope of any admission shall be limited to the matter actually admitted and shall not be construed more broadly than permitted by the Federal Rules of Civil Procedure and applicable law.
2. **Financial-Condition Evidence.** Farmers Direct's request to exclude all evidence, argument, or reference to its financial condition or status is **DENIED as overbroad**. Any limitation on such evidence shall be governed by applicable law, including California Civil Code § 3295(d), and shall be determined according to the purpose and stage for which the evidence is offered.
3. **Bifurcation.** Farmers Direct's request for bifurcation is **DENIED**. In any event, bifurcation would concern only the sequencing of punitive-damages proceedings and would not constitute a determination that Plaintiff's punitive-damages claim is barred or that evidence supporting that claim is inadmissible.
4. Nothing in this Order shall be construed as adjudicating the merits of Plaintiff's punitive- or treble-damages claims or as determining the ultimate legal effect of any Request for Admission beyond the scope of the particular matter actually admitted.

IT IS SO ORDERED.

DATED: ____________________, 2026.

`

______________________________

**HON. STEPHEN V. WILSON**

United States District Judge