MICHELLE R. BERNARD (SBN: 144582)
mbernard@grsm.com
KELLY FITZGERALD CANBY (SBN: 185227)
kcanby@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
FARMERS DIRECT PROPERTY AND
CASUALTY INSURANCE COMPANY

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LUNA D'SOL,

Plaintiff,

v.

FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,

Defendants.

Case No. 2:25-cv-10938-SVW-ASx

**[PROPOSED] ORDER GRANTING MOTION FOR TERMINATING SANCTIONS**

Judge: Hon. Stephen V. Wilson
**Date: September 28, 2026**
**Time: 1:30 p.m.**
Courtroom: 10A
Trial Date: October 13, 2026; 9:00 a.m.
FSC: October 5, 2026; 3:00 p.m.

Complaint Filed: August 21, 2025

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

Defendant Farmers Direct Property and Casualty Insurance Company's ("Defendant" or "Farmers Direct") Motion For Terminating Sanctions ("Motion") came on for hearing on September 28, 2026 at 1:30 p.m. in the above-entitled court. After full consideration of the moving, opposition, and reply papers, as well as the evidence and authorities submitted by the parties, and argument at the hearing, and finding good cause for Defendant's Motion pursuant to Federal Rule of Civil Procedure 37(d) as result of Pro Per Plaintiff Luna D'Sol's ("Plaintiff") complete and/or serious failures to respond to Defendant's discovery in this case which the Court hereby finds is the result of Plaintiff's own willfulness, fault or bad faith and therefore HEREBY GRANTS the Defendant's Motion For Terminating Sanctions as against Plaintiff and also HEREBY ORDERS that the sanction of dismissal is appropriate and warranted as to Plaintiff's First Amended Complaint which IS HEREBY DISMISSED WITH PREJUDICE.

[*ALTERNATIVELY AND/OR ADDITIONALLY THIS COURT FURTHER ORDERS THAT:]* ______________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

**IT IS SO ORDERED.**

Dated: ____________, 2026. ________________________________

Hon. Stephen V. Wilson
Judge of the District Court