LUNA D'SOL
Plaintiff, In Pro Per
jravada@icloud.com
2275 E Belding Dr
Palm Springs, CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUNA D'SOL,<br><br>Plaintiff,<br><br>vs.<br><br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. : *2:25-cv-10938-SVW-ASx*<br><br>*[Assigned for All Purposed to the Honorable Stephen V. Wilson, Department 10A]*<br><br>**PROPOSED] ORDER GRANTING PLAINTIFF LUNA D'SOL'S EX PARTE APPLICATION FOR LEAVE TO FILE OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 1 OUT OF TIME**<br><br>Complaint Filed: August 21, 2025<br><br>Hearing date September 28 2026<br>Time: 3:00 pm<br><br>Trial Date: October 13, 2026; 9:00 a.m.<br>FSC: October 5, 2026; 3:00 p.m.<br><br>Concurrently filed with Plaintiff's Ex Parte Application, Plaintiff's Opposition to defendant's motion in limine |

The Court has considered Plaintiff Luna D'Sol's Ex Parte Application for Leave to File Opposition to Defendant's Motion in Limine No. 1 Out of Time, the accompanying Memorandum of Points and Authorities, Declaration of Luna D'Sol and exhibits thereto, the records and files in this action, and any opposition or response thereto.

Good cause appearing, the Court hereby **ORDERS** as follows:

1. **Plaintiff's Ex Parte Application is GRANTED.**

2. Plaintiff is granted leave to file her **Opposition to Defendant's Motion in Limine No. 1 out of time**.

3. Plaintiff's Opposition to Defendant's Motion in Limine No. 1, filed concurrently with the Ex Parte Application, shall be **accepted and deemed timely filed as of the date of this Order**.

4. Defendant may file any reply permitted by the Federal Rules of Civil Procedure, the Local Rules, and the Court's applicable orders.

5. This Order does not adjudicate the merits of Defendant's Motion in Limine No. 1 or Plaintiff's Opposition thereto.

IT IS SO ORDERED.

DATED: ___________________, 2026

_____________________________-

**HON. STEPHEN V. WILSON**

UNITED STATES DISTRICT JUDGE