UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL,<br><br>Plaintiff,<br><br>vs.<br><br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-10938-SVW-ASx<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S *EX PARTE* APPLICATION RE ELECTORNIC FILING MOTION PER LOCAL RULE 5-4.6.2 AND/OR FRCP 6(b)(1)(B) RE MIL NO. 1 REPLY [ECF DOC. 150]**<br><br>Judge: Hon. Stephen V. Wilson<br>Date: September 22, 2026<br>Time: 3:00 p.m.<br>Courtroom: 10A<br>Trial Date: October 13, 2026; 9:00 a.m.<br>FSC: October 5, 2026; 3:00 p.m.<br><br>Complaint Filed: August 21, 2025 |

**ORDER**

On September 22, 2026, Defendant Farmers Direct Property and Casualty Insurance Company's ("Defendant" or "Farmers Direct") filed an Ex Parte Application requesting that this Court issue an order shortening time for hearing on Farmers Direct's motion filed therein pursuant to Local Rule 5-4.6.2, Local Rule 6-1 and/or per Federal Rule of Civil Procedure Rule 6(b)(1)(B) due to technical failures and computer system malfunctions experienced on September 21, 2026 and/or when attempting to access the Court's CM/ECF System for the following electronic filing which is noticed for hearing on October 5, 2026: "DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S REPLY AND NOTICE OF RECEIPT OF UNTIMELY OPPOSITION TO MOTION IN LIMINE NO. 1 TO EXCLUDE ANY EVIDENCE TO REBUT DEEMED ADMISSIONS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; SUPPLEMENTAL DECLARATION OF KELLY FITZGERALD CANBY" which was filed at approximately 1:23 a.m. on September 22, 2026 [ECF Doc. 150] (hereinafter "MIL No. 1 REPLY"). The Court, having considered Defendant's Ex Parte Application, the attached memorandum of points and authorities and the supporting Declaration of Kelly Fitzgerald Canby attached thereto and exhibits filed therewith and any response or opposition thereto, and finding good cause therefor, **HEREBY GRANTS THE EX PARTE APPLICATION** and issues this order shortening time for notice of hearing on the Farmers Direct's motions brought pursuant to Local Rule 5-4.6.2, Local Rule 6-1 and/or per Federal Rule of Civil Procedure Rule 6(b)(1)(B) ("Motion") will be heard on an expedited basis as part of this Ex Parte Application and papers submitted therewith. The Court has further considered the grounds for Farmers Direct's request for relief, the supporting and opposing evidence and argument regarding the Motion

and finding good cause therefore, **HEREBY GRANTS THE MOTION AND HEREBY RULES** that Farmers Direct Motion is supported by Local Rule 5-4.6.2 due to technical failures experienced while attempting to access the CM/ECF System, is warranted for good cause in the Court's discretion per Local Rule 6-1 and/or there is good cause for an extension of time due to excusable neglect per Federal Rule of Civil Procedure 6(b)(1)(B) due to computer system failure outside of the reasonable control of defense counsel. Accordingly, given that the Defendant's MIL No. 1 REPLY was filed shortly after midnight of September 21, 2026 (i.e., at approximately 1:23 a.m. on September 22, 2026) **IT IS HEREBY ORDERD THAT** any applicable filing deadlines are extended until the filing was completed in the very early morning of September 22, 2026 and any notice period pertaining to the October 5, 2026 hearing dates is also further adjusted and shortened so that the MIL No. 1 hearing will proceed as notice and the MIL No. 1 REPLY is deemed timely filed and appropriately considered as part of the October 5, 2026 at 3:00 p.m. hearing as initially noticed.

**IT IS SO ORDERED.**

Dated: ____________, 2026. ________________________________

Hon. Stephen V. Wilson

Judge of the District Court