LUNA D'SOL
Plaintiff, In Pro Per
**jravada@icloud.com**
2275 E Belding Dr
Palm Springs, CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LUNA D'SOL,

Plaintiff,

vs.

FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,

Defendants.

CASE NO. : *2:25-cv-10938-SVW-ASx*

*[Assigned for All Purposed to the Honorable Stephen V. Wilson, Department 10A]*

**DELCARATION OF LUNA D'SOL IN SUPPORT OF EX PARTE APPLICATION TO GRANT PLAINTIFF'S LEAVE TO FILE A SUR-REPLY ON OPPOSITION TO DEFENDANTS UNTIMELY AND INAPPROPRIATE REPLY TO DEFENDANTS MOTION IN LIMINE NO 1**

Complaint Filed: August 21, 2025

Trial Date: October 13, 2026; 9:00 a.m.
FSC: October 5, 2026; 3:00 p.m.

Filed concurrently with Plaintiff EX PARTE APPLICATION TO GRANT PLAINTIFF'S LEAVE TO FILE A SUR-REPLY ON OPPOSITION TO DEFENDANTS UNTIMELY AND INAPPROPRIATE REPLY TO DEFENDANTS MOTION IN LIMINE NO 1, Proposed Sur-reply, Proposed Order

## DECLARATION OF LUNA D'SOL

I, Luna D'Sol, declare as follows:

1. I am the Plaintiff in this action and am proceeding **in propria persona**. I have personal knowledge of the matters stated in this declaration and, if called as a witness, could and would testify competently to them.

2. This declaration is filed in support of Plaintiff's Ex Parte application to grant Plaintiff leave to file a sur-reply on Defendants Reply to Defendants Motion in Limine No. 1

3. On September 22, 2026, Ms. Canby contacted me concerning Defendant's intended ex parte application filing because Ms. Canby said that on September 21 2026 she experienced system issues and was not able to upload her filings. A true and correct copy of Ms. Canby's incoming phone call's screen shot that I took is attached here as **Exhibit 1**.

4. During the meet and confer I shared with Ms. Canby that I had the same issues and took screen shots of the error messages which did not allow me to file my papers. A true and correct copy of the error message scree shot that I took is attached here as **Exhibit 2.** I told Ms. Canby that I did not oppose to her filing and that I was using this meet and confer for the ex parte I am submitting.

5. Later, I sent Ms. Canby an email with our conversation and recap of the Meet and confer held on September 22, 2026. A true and correct copy of my email to Ms. Canby is attached hereto as **Exhibit 3.**

6. I attached hereto as **Exhibit 4** the true and correct copy of Plaintiff's Proposed Sur-Reply filed concurrently herewith.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 22nd day of September, 2026 at Palm Springs, California.

/s/ Luna D'Sol

Luna D'Sol

` Plaintiff in Pro Per