# EXHIBIT 1


3:01
+13102839511
Call History
Incoming Call
3 minutes
Today · 12:12 PM
Outgoing Call
48 seconds
7/31/26 · 3:04 PM
Incoming Call
Missed
7/31/26 · 12:51 PM
Incoming Call
1 minute
7/31/26 · 12:49 PM


3:01
+1 (310) 283-9511
Edit
Details
Voicemails
Incoming Call
Today · 12:12 PM
3 minutes
Calls with a checkmark have been verified by the carrier.
Add Name
phone RECENT
+1 (310) 283-9511
Share Contact
Create New Contact
Add to Existing Contact
Add to Emergency Contacts
Block Contact
Favorites
Recents
Contacts
Keypad
1307
Voicemail