# EXHIBIT 2


Chrome File Edit View History Bookmarks Profiles Tab Window Help
100%
Mon Sep 21 23:50
Screenshot 2026-08-20 at 00.04.20.png
500 Internal Server Error
Ask Gemini
ecf.cacd.uscourts.gov/cgi-bin/Dispatch.pl?10477128...
New Chrome available
Internal Server Error
The server encountered an internal error or misconfiguration and was unable to complete your request.
Please contact the server administrator at root@localhost to inform them of the time this error occurred, and the actions you performed just before this error.
More information about this error may be available in the server error log.
Apache Server at ecf.cacd.uscourts.gov Port 443
CM/ECF
Civil Cases Report
Office
Eastern Division - Riverside
Southern Division - Santa Ana
Cause
Jurisdiction
Diversity
Federal Question
Filed 8/13/2026
Sort by Case Number
Output Format
Formatted Display
Data Only
Run Report
Clear
Home
Code
New
Projects
Artifacts
Scheduled
Dispatch Beta
Customize
1CD
Court order and doc
NY ECF
Jonathan Sack fee st
Pinned
Chats and tasks
Ex parte reply filing auth
BOA declaration cross
Jae Kim property equity
Email thread cleanup
SAC demurrer revisions
CD 1 exhibits summary
JKIM case visualization
Judge's standing order
Bank of America pleadin
Farmers Direct summon
D'Sol v. Farmers Direct
Compliance test
Untitled
Reply to plaintiff's supp
Diagram policy definitio
Previous chat continuat
California reconsiderati
Farmers insurance liabil
Ex parte application con
Stephen Bird arbitration
Design
Luna D'Sol · Pro
Favorites
CD
1CD
IRS
My computer
Add file storage
Third-party apps
Agreements
All
In progress (1)
Waiting for you (0)
Page 1 of 2
176 words
English (United S
Share
Copilot
104%