EXHIBIT 3



**From:** **Luna D'Sol** jravada@icloud.com
**Subject:** Violation of Rules
**Date:** September 22, 2026 at 15:00
**To:** Kelly Canby kcanby@grsm.com
**Cc:** Michelle Bernard mbernard@grsm.com

Hi Kelly,

I am following up on the conversation we had earlier today.

You called me to meet and confer because you stated that you had experienced issues with the system last night and wanted to submit your late reply. I told you that I had experienced the same issues and that I had photographs documenting the problem.

When I stated that I did not oppose your ex parte application, I asked whether you opposed mine. You then changed the subject and stated that you did not know what I was submitting. I explained what I intended to submit. You asked me to send you a list, and stated that you would send me a list as well.

Instead, I subsequently saw that you filed your reply without filing it as an ex parte application. You also did not submit or attach your email to me concerning the matter.

As a result, the filing does not appear to accurately present the procedural history of our communication. In particular, your filing omits the communication in which we discussed the respective submissions and the lists you requested from me.

The list of my filings is ex parte opposition about your ex parte from last week and my discovery statements

For now, it appears you filed a document knowingly it needed an ex parte but chose not so you can prejudice me

Luna

Sent from my iPhone