**Luna D'Sol**
Plaintiff, In Pro Per
Email Address: jravada@icloud.com
2275 E Belding Dr
Palm Springs CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LUNA D'SOL**

Plaintiff,

vs.

FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,

Defendant(s).

Case No: *2:25-cv-10938-SVW-ASx*

**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO STRIKE DEFENDANTS REPLY OR ALTERNATEVIL TO GRANT LEAVE FOR PLAINTIFF TO FILE SUR REPLY**

Hon. Stephen V. Wilson Date:

Date of hearing: October 5, 2026
Time: 3:00 pm
Courtroom: 10A

Complaint Filed: August 21, 2025

Trial Date: October 13, 2026; 9:00 a.m.
FSC: October 5, 2026; 3:00 p.m.

Defendant Farmers Direct Property and Casualty Insurance Company's ("Defendant" or "Farmers Direct") Motion in Limine No. 3 to Exclude Testimony from undisclosed expert for hearing on October 5, 2026, at 3:00 p.m. in the above-entitled Court.

After full consideration of the moving, opposition, and reply papers, the evidence and authorities submitted by the parties, and the arguments presented at the hearing, the Court finds that Defendant has not established a sufficient basis to preclude Plaintiff Luna D'Sol from presenting evidence, testimony, or argument to the jury.

Accordingly, Defendant's Motion in Limine No. 2 is **DENIED**.

IT IS SO ORDERED.

Dated: ____________, 2026.

__________________________________

HON. STEPHEN V. WILSON

United States District Judge