LUNA D'SOL
Plaintiff, In Pro Per
jravada@icloud.com
2275 E Belding Dr
Palm Springs, CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LUNA D'SOL,

Plaintiff,

vs.

FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,

Defendants.

CASE NO. : *2:25-cv-10938-SVW-ASx*

*[Assigned for All Purposed to the Honorable Stephen V. Wilson, Department 10A]*

**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION**

Complaint Filed: August 21, 2025

Date of Hearing October 29, 2026
Time 3:99 pM

Trial Date: October 13, 2026; 9:00 a.m.
FSC: October 5, 2026; 3:00 p.m.

Filed Concurrently with opposition to efed

Having considered Plaintiff Luna D'Sol's Motion in Limine, Defendant's opposition, if any, and the record before the Court, the Court hereby ORDERS:

**1.** <u>Plaintiff's Motion for Leave to File Opposition is **GRANTED**.</u>

Nothing in this Order precludes Defendant from presenting otherwise admissible evidence concerning a genuine dispute over additional benefits or a specific contractual or legal basis for challenging a previously paid amount.

IT IS SO ORDERED.

DATED: __________________, 2026

______________________________

**HON. STEPHEN V. WILSON**

UNITED STATES DISTRICT JUDGE