LUNA D'SOL
Plaintiff, In Pro Per
jravada@icloud.com
2275 E Belding Dr
Palm Springs, CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LUNA D'SOL,

Plaintiff,

vs.

FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,

Defendants.

CASE NO. : *2:25-cv-10938-SVW-ASx*

*[Assigned for All Purposed to the Honorable Stephen V. Wilson, Department 10A]*

**[PROPOSED] ORDER DENYING DEFENDANT'S EX PARTE APPLICATION RE ELECTRONIC FILINGS PER LOCAL RULE 5-4.6.2, LOCAL RULE 6-1 AND/OR FRCP 6(b)(1)(B) [ECF 127]**

Complaint Filed: August 21, 2025

Trial Date: October 13, 2026; 9:00 a.m.
FSC: October 5, 2026; 3:00 p.m.

Concurrently filed with Plaintiff's Opposition to Defendant's Ex Parte and supporting declaration

**ORDER**

Having considered Defendant Farmers Direct Property and Casualty Insurance Company's Ex Parte Application Re Electronic Filings Per Local Rule 5-4.6.2, Local Rule 6-1 and/or FRCP 6(b)(1)(B) [ECF 127], the supporting Declaration of Kelly Fitzgerald Canby and exhibits filed therewith [ECF 127-2], Plaintiff Luna D'Sol's Opposition thereto and the Declaration of Luna D'Sol filed in support of that Opposition, and the record in this action, and finding good cause therefor,

IT IS HEREBY ORDERED that Defendant's Ex Parte Application is DENIED.

IT IS SO ORDERED.

Dated: _____________, 2026.

___________________________________

Hon. Stephen V. Wilson

Judge of the District Court