**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LUNA D'SOL**<br>Plaintiff,<br><br>vs.<br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br>Defendant(s). | **Case No:** ***2:25-cv-10938-SVW-ASx***<br><br>**DECLERATION OF MICHAEL REYES OF KING'S POWER ELECTRIC IN OPPOSITION TO DEFENDANTS MOTION FOR TERMINATING SANCTIONS AND IN OPPOSITION TO DEFENDANTS MOTION OF SUMMARY JUDGMENT**<br><br>**Hon. Stephen V. Wilson Date:**<br><br>**Date of hearing: September 28, 2026**<br>**Time: 3:00 pm**<br>**Courtroom: 10A**<br><br>**Complaint Filed: August 21, 2025**<br><br>**Trial Date: October 13, 2026; 9:00 a.m.**<br>**FSC: October 5, 2026; 3:00 p.m.** |

**DECLARATION OF MICHAEL REYES**

I, Michael Reyes, hereby certify pursuant ant to 28 U.S.C. § 1746 that the factual statements set forth below are true and correct to the best of my knowledge:

**1.** I am associated with King's Power Electric Inc., located at 6939 Rhea Avenue, Reseda, California 91335. I also have served as its President and Chief Executive Officer.

**2.** The facts stated in this declaration are based upon my personal knowledge and, where expressly stated, my review of King Power Electricals' business records maintained in the ordinary course of its business and to which I have access in my capacity as President and Chief Executive Officer. If called as a witness, I could and would testify competently to the facts stated herein.

**3.** I first met Ms. Luna D'Sol in approximately October 2022, when I was hired to perform and coordinate remodeling work at her residence in Reseda, California. I personally performed the electrical work and coordinated other portions of the remodeling project, including arranging for other workers to perform work as needed. After Ms. D'Sol relocated to Palm Springs, California, I have performed work at her residence, and I prepared estimates for repairs.

**4.** I am informed that this action concerns an insurance claim arising from a loss that occurred on June 6, 2024, under Ms. D'Sol's homeowners insurance policy, and that the insurer is represented in this action by Gordon Rees Scully Mansukhani, LLP.

**5.** I am informed that Gordon Rees Scully Mansukhani, LLP contends that I was personally served with legal documents in connection with this action. I am further informed that executed Proofs of Service, signed under penalty of perjury, state that personal service was completed on July 17, 2026, and, separately, on August 4, 2026.

**6.** I was not personally served with legal documents concerning this action on or around July 17, 2026, or August 4, 2026. No process server personally delivered such documents to me on either occassion to present

**7.** On August 24, 2026, Luna D'Sol contacted me concerning whether I had been served with a subpoena relating to this litigation. I informed her that I have not

**8.** I make this declaration solely based upon matters within my personal knowledge. I have reviewed the foregoing statements and confirm that they accurately state what occurred to the best of my knowledge.

I declare to the best of my knowledge under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Reseda, California on 18/09/2026, 2026,

Michael Reyes (Sep 18, 2026 20:29:33 PDT)

Michael Reyes