LUNA D'SOL
Plaintiff, In Pro Per
jravada@icloud.com
2275 E Belding Dr
Palm Springs, CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUNA D'SOL,<br><br>Plaintiff,<br><br>vs.<br><br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. : *2:25-cv-10938-SVW-ASx*<br><br>*[Assigned for All Purposed to the Honorable Stephen V. Wilson, Department 10A]*<br><br>**DECLARATION OF LUNA D'SOL ISO PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION AND NEWLY OBTAINED EVIDENCE IN CONNECTION WITH DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION FOR TERMINATING SANCTIONS**<br><br>Date: September 23, 2026<br>Time: 3:00 p.m.<br><br>Complaint Filed: August 21, 2025<br><br>Trial Date: October 13, 2026; 9:00 a.m.<br>FSC: October 5, 2026; 3:00 p.m.<br><br>**Filed concurrently with EX PARTE application, Memorandum, and Proposed Supplemental Declaration of Luna D'Sol, and Proposed Order** |

**ECLARATION OF LUNA D'SOL**

**"I, Luna D'Sol, declare as follows:**

**1.** I am the Plaintiff in this action. I have personal knowledge of the facts stated herein.

**2.** In recent weeks, my ability to prepare and timely file legal documents has been substantially hindered due to unexpected medical complications surrounding my health which has required an unplanned surgery that is now being re-scheduled for a third time.

**3.** I have been required to attend frequent, urgent medical evaluations and appointments at my **primary doctor, local hospital and ENT specialist.**

**4.** On September 23, 2026, my surgeon officially rescheduled my September 30th, 2026 procedure to October 12, 2026, due to these ongoing medical needs. A true and correct copy of this medical (partially redacted) documentation is attached hereto as **Exhibit 1**.

**5.** The time required to manage these medical demands is the direct cause of any recent logistical delays, and I am acting in good faith to compile the necessary record for this Court as quickly as my health permits."

6. A true and correct copy of meet and confer between Defendants' counsel and me is attached here to as **Exhibit 2**

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.** Executed on September 23, 2026, at Palm Springs, California.

/s/ Luna D'Sol

Luna D'Sol, Plaintiff in Pro Per

EXHIBIT 1

LOS ANGELES CENTER FOR
EAR, NOSE, THROAT AND ALLERGY

Date: 09/23/2026

Re: Luna D'Sol D.O.B.: 11/20/1984

To Whom It May Concern:

Luna D'Sol was originally scheduled to undergo surgery on **September 30, 2026**. Unfortunately, the surgery had to be rescheduled to **October 14, 2026**, as we were unable to obtain the required medical clearance in time.

Luna D'Sol is now scheduled to proceed with surgery on **October 14, 2026, with Dr. Nagy**.

Please feel free to contact our office if any additional information is needed.

Sincerely,

CELESTE,NAGY
1180 N INDIAN CANYON DR SUITE E311
PALM SPRINGS C.A 92262
Phone: (323) 306-9632 Fax: (323) 268-6738

EXHIBIT 2

**From:** **Kelly Canby** kcanby@grsm.com
**Subject:** Dispute and Response / RE: Violation of Rules
**Date:** September 22, 2026 at 15:17
**To:** Luna D'Sol jravada@icloud.com
**Cc:** Michelle Bernard mbernard@grsm.com

KC

Hello Ms. D'Sol –

I'm attaching another copy of my EX PARTE NOTICE email that I sent to you earlier today, but an excerpt of that communication is below for your reference:

> Following up my phone call and our discussion, pursuant to Local Rule 7-19.1, **PLEASE TAKE NOTICE THAT today on September 22, 2026, I will be filing an ex parte application** on behalf of Defendant Farmers Direct Property and Casualty Insurance Company ("Defendant" or "Farmers Direct") by electronically filing through the Court's CM/ECF System a written submission to Courtroom 10A of the assigned courthouse located at 350 W. First Street, 10th Floor, Los Angeles, California 90012 (and a courtesy hard copy will also be delivered to the Hon. Stephen V. Wilson's chambers) which is brought pursuant to Local Rule 5-4.6.2, Local Rule 6-1 and/or Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure related to the technical failures, computer system malfunctions and/or other technical failures which prohibited access to the Court's CM/ECF System from shortly after 11:30 p.m. last night until approximately 1:15 a.m. which will be further supported by my Declaration under oath related to the technical failures and CM/ECF System access **problems my office experienced on September 21, 2026 while attempting to file Defendant's MIL No. 1 Reply which was filed at 1:23 a.m. on September 22, 2026 [ECF Doc. 150].**

As I mentioned to you during our phone call earlier today and again in the attached Notice per above (emphasis added), the subject of Farmers Direct's ex parte application today is its MIL No. 1 Reply that was filed at approx. 1:23 a.m. last night [ECF No. 150].

I am not aware of any rule violations, other than the Reply Brief mentioned above being overdue as it posted after midnight which is now the subject of the ex parte application that was filed earlier today per the referenced notice.

As I stated during our call and again in my subsequent email you will need to handle any potential ex parte applications that you desire and/or anticipate separately. Specifically, my email earlier today states the following:

> **As I mentioned during our call, you should plan to handle any desired ex parte applications pertaining your own filings and/or related to any technical problems that you potentially experienced yesterday SEPARATELY and NO STIPULATIONS have been made related to any of your filings and/or anticipated filings**.

Kelly Canby

---

**KELLY F. CANBY**
Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 760.444.5923
**E:** kcanby@grsm.com I grsm.com
101 W. Broadway, Suite 2000, San Diego, CA 92101
vCard

---

**From:** Luna D'Sol <jravada@icloud.com>
**Sent:** Tuesday, September 22, 2026 3:01 PM
**To:** Kelly Canby <kcanby@grsm.com>
**Cc:** Michelle Bernard <mbernard@grsm.com>
**Subject:** Violation of Rules

Hi Kelly,

I am following up on the conversation we had earlier today.

You called me to meet and confer because you stated that you had experienced issues with the system last night and wanted to submit your late reply. I told you that I had experienced the same issues and that I had photographs documenting the problem.

When I stated that I did not oppose your ex parte application, I asked whether you opposed mine. You then changed the subject and stated that you did not know what I was submitting. I explained what I intended to submit. You asked me to send you a list, and stated that you would send me a list as well.

Instead, I subsequently saw that you filed your reply without filing it as an ex parte application. You also did not submit or attach your email to me concerning the matter.

As a result, the filing does not appear to accurately present the procedural history of our communication. In particular, your filing omits the communication in which we discussed the respective submissions and the lists you requested from me.

The list of my filings is ex parte opposition about your ex parte from last week and my discovery statements

For now, it appears you filed a document knowingly it needed an ex parte but chose not so you can prejudice me

Luna

Sent from my iPhone

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
www.grsm.com

**Mail Attachment.eml**
16 KB