LUNA D'SOL
Plaintiff, In Pro Per
jravada@icloud.com
2275 E Belding Dr
Palm Springs, CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LUNA D'SOL,

Plaintiff,

vs.

FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,

Defendants.

CASE NO. : *2:25-cv-10938-SVW-ASx*

*[Assigned for All Purposed to the Honorable Stephen V. Wilson, Department 10A]*

**[PROPOSED] SUPPLEMENTAL DECLARATION AND NEWLY OBTAINED EVIDENCE IN CONNECTION WITH DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION FOR TERMINATING SANCTIONS**

Date: September 24, 2026
Time: 3:00 p.m.

Complaint Filed: August 21, 2025

Trial Date: October 13, 2026; 9:00 a.m.
FSC: October 5, 2026; 3:00 p.m.

**Filed concurrently with EX PARTE application, Memorandum, and Proposed Order**

## [PROPOSED] SUPPLEMENTAL DECLARATION OF LUNA D'SOL

**"I, Luna D'Sol, declare as follows:**

1. I am the Plaintiff in this action, proceeding in pro per. I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto.

2. I submit this supplemental declaration in support of Plaintiff's request for leave to file newly obtained evidence in connection with Defendant Farmers Direct Property and Casualty Insurance Company's Motion for Summary Judgment, ECF No. 117, and Motion for Terminating Sanctions, ECF No. 118.

3. On July 17, 2026, Defendant's counsel's secretary, Kiry Yeoun, executed a Proof of Service stating under penalty of perjury that Michael Reyes, Plaintiff's contractor and President of King's Power Electric, Inc., License No. 1058138, had been personally served with a deposition subpoena. A true and correct copy of that Proof of Service is attached hereto as **Exhibit 1**.

4. I obtained a declaration from Michael Reyes executed on September 18, 2026. Mr. Reyes states under penalty of perjury that he was not personally served with documents concerning this action on or around July 17, 2026, or August 4, 2026, and that no process server personally delivered such documents to him on either occasion. See Declaration of Michael Reyes ("Reyes Decl."), ¶ 6.

5. Mr. Reyes further states that on August 24, 2026, I contacted him concerning whether he had been served with a subpoena relating to this litigation, and that he informed me that he had not been served. Reyes Decl., ¶ 7.

6. The Proofs of Service attached as Exhibits __ and __ are significant because they are the documents upon which the asserted personal service of Mr. Reyes is represented to have occurred. I submit the Proofs of Service in their original form so that the Court may review the actual documents together with Mr. Reyes's sworn testimony concerning whether the stated personal service occurred.

7. Defendant's own summary-judgment record contains an additional statement concerning service upon Mr. Reyes. In the declaration submitted in support of Defendant's Motion for Summary Judgment, Ms. Kelly Canby states that Defendant was "unsuccessful at serving Mr. Reyes . . . despite numerous attempts by a process server." ECF No. 119-6, p. 14, ¶ 30.

8. Thus, the present record contains Proofs of Service stating that Mr. Reyes was personally served on July 17 and August 4, 2026, while Defendant's supporting declaration states that Defendant was unsuccessful at serving Mr. Reyes despite numerous attempts by a process server. Mr. Reyes's newly obtained declaration states that he was not personally served on either date.

9. I submit this evidence because the asserted service upon Mr. Reyes is part of the discovery history that Defendant has placed before the Court. Defendant's Motion for Summary Judgment, ECF No. 117, relies upon its characterization of the discovery record. Defendant's Motion for Terminating Sanctions, ECF No. 118, likewise relies upon its characterization of Plaintiff's discovery conduct and the underlying discovery history, as further set forth in Defendant's supporting memorandum, ECF No. 121-2.

10. I do not submit Mr. Reyes's declaration or the Proofs of Service for the purpose of excusing any discovery obligation or reopening discovery. Rather, the evidence concerns a specific discovery event that Defendant has itself placed before the Court and that is now directly disputed by the person identified in the Proofs of Service as having been personally served.

11. I did not have Mr. Reyes's sworn declaration when I previously submitted my opposition papers. Mr. Reyes's declaration was not executed until September 18, 2026. I am submitting it, together with the underlying Proofs of Service, promptly after obtaining the sworn testimony.

12. I respectfully submit that the Court should have the opportunity to consider the original Proofs of Service together with Mr. Reyes's firsthand declaration before determining what weight, if any, should be given to the asserted service history in connection with ECF Nos. 117 and 118.

13. I present this declaration because **Defendant should not be permitted to obtain terminating sanctions or summary judgment by treating its characterization of the discovery record as undisputed where Defendant's own submissions contain materially inconsistent representations concerning that record and the newly obtained firsthand evidence directly contradicts a material portion of it.**

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.** Executed on September 23, 2026, at Palm Springs, California.

/s/ Luna D'Sol

Luna D'Sol, Plaintiff in Pro Per

Exhibit 1

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

MICHELLE R. BERNARD (SBN: 144582)
mbernard@grsm.com
KELLY F. CANBY (SBN: 185227
kcanby@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
FARMERS DIRECT PROPERTY AND
CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL,<br>Plaintiff,<br>v.<br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br>Defendant. | Case No. 2:25-cv-10938-SVW-ASx<br>Hon. Stephen V. Wilson<br>Magistrate Judge: Alka Sagar<br>**PROOF OF SERVICE**<br>Complaint Filed: August 21, 2025 |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP, 101 West Broadway, Ste. 2000, San Diego, California 92101. On August 4, 2026 below, I served the within documents:

1. **KELLY FITZGERALD CANBY PERSONAL SERVICE COVER LETTER TO MICHAEL REYES (CONTRACTOR LICENSE # 1058138) REGARDING ENCLOSED DEPOSITION SUBPOENA AND REQUESTS FOR PRODUCTION**
2. **DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S NOTICE OF VIDEOTAPED DEPOSITION OF MICHAEL REYES AND REQUESTS FOR PRODUCTION OF DOCUMENTS PER SUPBOENA**

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

**3. SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION AND REQUEST FOR PRODUCTION OF DOCUMENTS TO MICHAEL REYES (CONTRACTOR LICENSE #1058138) WITH ATTACHMENT A**

☒ **BY PERSONAL SERVICE:** by having the document(s) listed above personally delivered to the person(s) at the address(es) set forth below.

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Diego, addressed as set forth below.

☒ **BY E-SERVICE:** I caused the document(s) listed above to be sent to the person at the e-mail address on the service list below. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **BY ELECTRONIC SERVICE THROUGH THE CM/ECF SYSTEM** which automatically generates a Notice of Electronic Filing at the time said document is filed to all CM/ECF Users who have appeared in this case. Service with this NEF constitutes service pursuant to FRCP 5(b)(E).

**BY E-SERVICE ONLY**
**Plaintiff in Pro Per**

Luna D'Sol
2275 E. Belding Dr
Palm Springs, CA 92262
Tel: (213) 925-40690
Email: jravada@icloud.com

**BY PERSONAL SERVICE ONLY**
**MICHAEL REYES**
**(Contractor License #1058138**

6939 Rhea Ave.
Reseda, California 91335
Tel: 661-236-9897
kings.power.electric@gmail.com
m.reyeselectrical@gmail.com
C/O Michael Reyes, President and/or
Ceasar Reyes, Chief Financial Officer

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on August 4, 2026.

*Kiry Yeoun*
Kiry Yeoun

MICHELLE R. BERNARD (SBN: 144582)
mbernard@grsm.com
KELLY F. CANBY (SBN: 185227
kcanby@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL,<br>Plaintiff,<br>v.<br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br>Defendant. | Case No. 2:25-cv-10938-SVW-ASx<br>Hon. Stephen V. Wilson<br>Magistrate Judge: Alka Sagar<br>**PROOF OF SERVICE**<br>Complaint Filed: August 21, 2025 |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP, 101 West Broadway, Ste. 2000, San Diego, California 92101. On July 17, 2026 below, I served the within documents:

1. **KELLY FITZGERALD CANBY PERSONAL SERVICE COVER LETTER TO MICHAEL REYES (PRESIDENT OF KINGS POWER ELECTRIC INC. REGARDING ENCLOSED DEPOSITION SUBPOENA AND REQUESTS FOR PRODUCTION**
2. **DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S NOTICE OF VIDEOTAPED DEPOSITION OF MICHAEL REYES AND REQUESTS FOR PRODUCTION OF DOCUMENTS PER SUPBOENA**

☒ **BY PERSONAL SERVICE:** by having the document(s) listed above personally delivered to the person(s) at the address(es) set forth below.

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Diego, addressed as set forth below.

☒ **BY E-SERVICE:** I caused the document(s) listed above to be sent to the person at the e-mail address on the service list below. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **BY ELECTRONIC SERVICE THROUGH THE CM/ECF SYSTEM** which automatically generates a Notice of Electronic Filing at the time said document is filed to all CM/ECF Users who have appeared in this case. Service with this NEF constitutes service pursuant to FRCP 5(b)(E).

**Plaintiff in Pro Per**

Luna D'Sol
2275 E. Belding Dr
Palm Springs, CA 92262
Tel: (213) 925-40690
Email: jravada@icloud.com

**PMK for KINGS POWER ELECTRIC INC.**

6939 Rhea Ave.
Reseda, California 91335
Tel: 661-236-9897
kings.power.electric@gmail.com
C/O Michael Reyes, President and/or
Ceasar Reyes, Chief Financial Officer

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on July 17, 2026.

Kiry Yeoun

Kiry Yeoun