LUNA D'SOL
Plaintiff, In Pro Per
jravada@icloud.com
2275 E Belding Dr
Palm Springs, CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUNA D'SOL,<br><br>Plaintiff,<br><br>vs.<br><br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. : *2:25-cv-10938-SVW-ASx*<br><br>*[Assigned for All Purposed to the Honorable Stephen V. Wilson, Department 10A]*<br><br>**DECLARATION OF LUNA D'SOL REGARDING ATTEMPT TO MEET AND CONFER ON JURY INSTRUCTIONS AND PRETRIAL MATTERS**<br><br>Complaint Filed: August 21, 2025<br><br>Trial Date: October 13, 2026; 9:00 a.m.<br>FSC: October 5, 2026; 3:00 p.m.<br><br>Filed concurrently with Proposed Jury Instructions |

**DECLARATION OF LUNA D'SOL**

I, Luna D'Sol, declare as follows:

**1.** I am the Plaintiff in this action and am appearing in pro per. I have personal knowledge of the matters stated in this declaration and, if called as a witness, could and would testify competently thereto.

**2.** I am submitting this declaration in support of and in connection to my proposed jury instructions and other required pretrial materials without the assistance of counsel.

**3.** The Court's trial-preparation order ("Order") issued on June 11, 2026, stated that "the parties MUST submit a JOINT jury instruction and a joint verdict form." (ECF Doc. 86).

**4.** The Order instructed that the parties "SHALL MEET AND CONFER" sufficiently in advance of the required submission date. *Id*.

**5.** Parties are required to submit jury instructions no later than two court days before the Final Pretrial Conference. The Final Pretrial Conference is presently set for October 5, 2026. Accordingly, I understand the deadline for submitting the proposed jury instructions to be October 1, 2026.

**6.** I attempted in good faith to initiate the required meet-and-confer process rather than independently prepare and submit matters that the parties were expected to address jointly.

**7.** On August 28, 2026, I sent an email to defense counsel Michelle R. Bernard and Kelly Canby concerning outstanding subpoenas and deposition notices and related pretrial matters. In that email, I expressly sought to provide Defendants an opportunity to meet and confer and resolve the issues without court intervention. I also stated that I was available all day.

**8.** In response, Ms. Bernard declined to meet and confer regarding the jury-instruction and other pretrial matters. Ms. Bernard stated, in pertinent part, that:

> "*there is no basis for meeting and conferring on jury instructions as there is not going to be a jury trial as of right now…*
>
> You blew your deadline to request a jury trial in this matter after removal and Farmers Direct has a pending motion to strike…"

**9.** At the time Ms. Bernard made these statements, Farmers Direct's motion to strike my jury demand had not been granted. The motion remained pending before the Court. Thus, although Ms. Bernard did not expressly state that the Court had already granted the motion, her response treated the relief sought by that pending motion as controlling whether the parties should engage in the jury-instruction meet-and-confer process.

**10.** I noticed that Defendant file a Memorandum of Contentions of Law and Act without requesting a meet and confer. I however attempted in good faith to follow court order and Ms. stood by her Motion to Strike. A true and correct copy of my meet and confer correspondence with Defendant's counsel is attached hereto as **Exhibit 1**.

**11.** I have nevertheless continued preparing my proposed jury instructions because the Court has set the Final Pretrial Conference for October 5, 2026, and I am required to meet the applicable filing deadline. I am submitting my proposed jury instructions now, no later than the applicable two-court-day deadline, while documenting my prior good-faith effort to meet and confer with Defendants.

I make this declaration to establish that I did not simply refuse to meet and confer regarding the jury instructions. I affirmatively attempted to initiate the process, but defense counsel declined to participate based upon the then-pending motion to strike my jury demand.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 19, 2026, at Palm Springs, California.

______________________________

Luna D'Sol

Plaintiff, In Pro Per