LUNA D'SOL
Plaintiff, In Pro Per
**jravada@icloud.com**
2275 E Belding Dr
Palm Springs, CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUNA D'SOL,<br><br>Plaintiff,<br><br>vs.<br><br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. : *2:25-cv-10938-SVW-ASx*<br><br>*[Assigned for All Purposed to the Honorable Stephen V. Wilson, Department 10A]*<br><br>**[PROPOSED] ORDER ACCEPTING PLAINTIFF SUPPLEMENTAL DECLARATION**<br><br>Date: September 24, 2026<br>Time: 3:00 p.m.<br><br>Complaint Filed: August 21, 2025<br><br>Trial Date: October 13, 2026; 9:00 a.m.<br>FSC: October 5, 2026; 3:00 p.m.<br><br>**Filed concurrently with EX PARTE application, Memorandum, and Proposed Order** |

Plaintiff is granted leave to file the proposed Supplemental Declaration and newly obtained evidence submitted with the Ex Parte Application.

IT IS SO ORDERED.

DATED: __________________, 2026

---

**HON. STEPHEN V. WILSON**
UNITED STATES DISTRICT JUDGE