LUNA D'SOL
Plaintiff, In Pro Per
jravada@icloud.com
2275 E Belding Dr
Palm Springs, CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LUNA D'SOL,

Plaintiff,

vs.

FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,

Defendants.

CASE NO. : *2:25-cv-10938-SVW-ASx*

*[Assigned for All Purposed to the Honorable Stephen V. Wilson, Department 10A]*

**[PROPOSED] ORDER GRANTING PLAINTIFF LUNA D'SOL'S EX PARTE APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION AND NEWLY OBTAINED EVIDENCE IN CONNECTION WITH DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION FOR TERMINATING SANCTIONS**

Date: September 23, 2026
Time: 3:00 p.m.

Complaint Filed: August 21, 2025

Trial Date: October 13, 2026; 9:00 a.m.
FSC: October 5, 2026; 3:00 p.m.

**Filed concurrently with supporting declaration and EX PARTE application, and Proposed Supplemental Declaration of Luna D'Sol**

The Court has considered Plaintiff Luna D'Sol's Ex Parte Application for Leave to File Supplemental Declaration and Newly Obtained Evidence, the supporting declaration and exhibits, the record in this action, and any opposition or response thereto.

Good cause appearing, IT IS HEREBY ORDERED that:

1. **Plaintiff's Ex Parte Application is GRANTED.**

2. Plaintiff is granted leave to file her **Supplemental Declaration of Luna D'Sol**, together with the **Declaration of Michael Reyes** and the accompanying newly obtained evidence and exhibits submitted with the Ex Parte Application.

3. The foregoing supplemental materials may be filed and considered in connection with Defendant's **Motion for Summary Judgment (ECF No. 117)** and **Motion for Terminating Sanctions (ECF No. 118)**.

IT IS SO ORDERED.

DATED: ___________________, 2026

_________________________________

**HON. STEPHEN V. WILSON**

UNITED STATES DISTRICT JUDGE