LUNA D'SOL
Plaintiff, In Pro Per
jravada@icloud.com
2275 E Belding Dr
Palm Springs, CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LUNA D'SOL,

Plaintiff,

vs.

FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,

Defendants.

CASE NO. : *2:25-cv-10938-SVW-ASx*

*[Assigned for All Purposed to the Honorable Stephen V. Wilson, Department 10A]*

**PLAINTIFF'S NOTICE OF LODGING [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER**

Complaint Filed: August 21, 2025

Trial Date: October 13, 2026; 9:00 a.m.
FSC: October 5, 2026; 3:00 p.m.

**TO THE ALL PARTIES AND THEIR ATTORNEYS OF RECORDS:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 5-4.4.1, Local Rule 7- 20, Local Rule 52-4.1 and Local Rule 16-7, Defendant Farmers Direct Property and Casualty Insurance Company will and hereby does electronically lodge the attached [Proposed] Final Pretrial Conference Order in advance of the Final Pretrial Conference on October 5, 2026, at 3:00p.m., or as soon thereafter as this matter may be heard, in Courtroom 10A of the above-entitled court, located at 350 W. First Street, 10th Floor, Los Angeles, California 90012.

Respectfully Submitted by:

Dated: September 25, 2026

/s/ Luna D'Sol

Luna D'Sol

Plaintiff, in Pro Per