**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUNA D'SOL,<br>Plaintiff,<br><br>vs.<br><br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br>Defendants. | CASE NO. : *2:25-cv-10938-SVW-ASx*<br><br>*[Assigned for All Purposed to the Honorable Stephen V. Wilson, Department 10A]*<br><br>**[PROPOSED] FINAL PRETRIAL CONFERENCE ORDER**<br><br>Complaint Filed: August 21, 2025<br><br>Trial Date: October 13, 2026; 9:00 a.m.<br>FSC: October 5, 2026; 3:00 p.m. |

Following pretrial proceedings, pursuant to F.R.Civ.P. 16 and L.R. 16, **IT IS HEREBY ORDERED:**

The Court found that:

1. The first paragraph of the operative First Amended Complaint ("FAC") expressly provides that "references to "Farmers," "Defendant" or "Defendants" to include Farmers Insurance Exchange…… Farmers Group Property and Casualty Insurance Company…" (ECF Doc. 1-2 ["FAC"], Page ID 21; ECF 23-1 ["Defendant's RJN"] Page ID 631).

2. **The Court has previously rejected Plaintiff's alter-ego/single-enterprise theory (ECF Doc 33, Page Id 1196); however, the First Amended Complaint separately pleaded agency and ostensible agency in the alternative.** *See* FAC, Page Id 21; as well as Defendant's RJN, Page ID 636. The operative FAC and its attached exhibits contain contemporaneous evidence bearing directly on that alternative theory. The FAC identifies the subject insurance claim as **Claim No. 7007678692-1** under Policy No. 3872340940. (FAC, Page ID 24; Defendant's RJN Page ID 639) . In the FAC's attached correspondence, **Albert Pimentel**, identified as a Property Field Claims Supervisor, communicated concerning that same claim on June 10, 2025 while signing as an employee of **Farmers Direct Property and Casualty Insurance Co.** (FAC, Page ID 157; Defendant's RJN Page Id: 776). The email identifies **Claim No. 7007678692-1** in its subject line. (Id.). In a subsequent communication dated June 16, 2025 concerning the same claim number, the same individual, Albert Pimentel, signed as a **Property Field Claims Supervisor for Farmers Insurance Exchange**. (FAC, Page Id 159; Defendant's RJN Page ID778). The email also identifies **Claim No. 7007678692-1** in its subject line. (Id.)

3. As set forth in the pending Plaintiff's Motion For Reconsideration, an Assumption Certificate issued by Farmers Insurance Exchange explicitly provides that it became

effective on **January 15, 2024** and 'Plaintiff's loss occurred on **June 3, 2024**, after the effective date. identified in the Assumption Certificate.' [See Exhibit E, Mem. ECF No. 77-2, pp. 2-3].

Accordingly, IT IS HEREBY ORDERED:

Plaintiff's Motion for Reconsideration is GRANTED

IT IS SO ORDERED:

DATED: ____________________

__________________________

Hon. Judge Stephen Wilson

United States District Court

.