LUNA D'SOL
Plaintiff, In Pro Per
jravada@icloud.com
2275 E Belding Dr
Palm Springs, CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUNA D'SOL,<br>Plaintiff,<br>vs.<br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br>Defendants. | CASE NO. : *2:25-cv-10938-SVW-ASx*<br>*[Assigned for All Purposed to the Honorable Stephen V. Wilson, Department 10A]*<br>**NOTICE OF AGREEMENT IN PRINCIPLE**<br>Complaint Filed: August 21, 2025<br>Trial Date: October 13, 2026; 9:00 a.m.<br>FSC: October 5, 2026; 3:00 p.m. |

**To the court, all parties, and their respective counsel of record:**

**PLEASE TAKE NOTICE THAT** Plaintiff, Luna D'Sol, hereby notifies the Court that Defendant Farmers Direct Property and Casualty Insurance Company and Plaintiff (collectively the "Parties") have reached an agreement in principle intended to resolve this action. The Parties are presently completing the formal documentation necessary to memorialize that resolution. Plaintiff respectfully requests that the Court defer ruling on the pending motions to permit the Parties to finalize and file the required documents.

Dated September 27, 2026

/s/ Luna D'Sol

Luna D'Sol, Plaintiff in Pro Per