**Luna D'Sol**
Plaintiff, In Pro Per
Email Address: lunadsolts@gmail.com
2275 E Belding Dr
Palm Springs, CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LUNA D'SOL,**<br>Plaintiff,<br>v.<br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br>Defendants. | **Case No. 2:25-cv-10938-SVW-ASx**<br>**THE AGREED UPON JURY INSTRUCTIONS**<br>Judge: Hon. Stephen V. Wilson<br>Trial Date: October 13, 2026; 9:00 a.m.<br>FSC: October 5, 2026; 3:00 p.m. |

Plaintiff Luna D'Sol, appearing in pro per, respectfully submits the following Agreed Upon Jury Instructions section as ordered by this honorable Court on Jue 11, 2026 (ECF Do. 86). Plaintiff attempted to comply with the Court's requirement that the parties meet and confer sufficiently in advance of the submission of jury instructions. On August 28, 2026, Plaintiff contacted Defendant's counsel for the purpose of meeting and conferring regarding the proposed jury instructions and preparing the required joint submission. Defendant's counsel declined to proceed with the meet-and-confer process, stating that Defendant's Motion to Strike was pending and that, unless otherwise ordered by the Court, Defendant believed there was no basis to proceed with the Court's jury-instruction procedures at that time.

Accordingly, the parties have not reached agreement on any joint set of jury instructions as of the filing of this submission. Plaintiff therefore submits her proposed instructions separately and respectfully requests that the Court consider them as Plaintiff's proposed instructions on the issues upon which the parties have not agreed.

Plaintiff reserves the right to supplement, withdraw, or modify these proposed instructions as appropriate based upon the evidence admitted at trial, any stipulations reached by the parties, and the Court's rulings on the pending Motion for Summary Judgment (ECF No. 117) and Motion to Strike Jury Demand (ECF No. 90).

Respectfully Submitted by:

Dated 10.1.2026

/s/ Luna D'Sol

Luna D'Sol, Plaintiff in Pro Per