**Luna D'Sol**
Plaintiff, In Pro Per
Email Address: lunadsolts@gmail.com
2275 E Belding Dr
Palm Springs, CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LUNA D'SOL,**<br>Plaintiff,<br>v.<br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br>Defendants. | **Case No. 2:25-cv-10938-SVW-ASx**<br>**JURY INSTRUCTIONS PROPOUNDED BY DEFENDANT OPPOSED BY PLAINTIFF**<br>Judge: Hon. Stephen V. Wilson<br>Trial Date: October 13, 2026; 9:00 a.m.<br>FSC: October 5, 2026; 3:00 p.m. |

Defendant has not provided Plaintiff with any proposed jury instructions for review, meet-and-confer, or inclusion in this joint submission. Accordingly, Plaintiff has no Defendant-proposed jury instructions to reproduce, identify, or oppose at this time.

Respectfully Submitted by:

Dated 10.1.2026

<u>/s/ Luna D’Sol</u>

Luna D’Sol, Plaintiff in Pro Per