**Luna D'Sol**
Plaintiff, In Pro Per
Email Address: lunadsolts@gmail.com
2275 E Belding Dr
Palm Springs, CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LUNA D'SOL,**<br>Plaintiff,<br>v.<br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br>Defendants. | **Case No. 2:25-cv-10938-SVW-ASx**<br><br>**DECLARATION OF LUNA D'SOL ISO PLAINTIFF'S EX PARTE APPLICATION FOR CONTINUANCE OF ALL PENDING HEARINGS AND DEADLINES; UNOPPOSED REQUEST FOR 14-DAY CONTINUANCE AND ADDITIONAL CONTINUANCE FOR SURGERY;**<br><br>Judge: Hon. Stephen V. Wilson<br>Date: October 1, 2026<br>Time: 1:30 p.m.<br>Courtroom: 10A<br>Trial Date: October 13, 2026<br><br>Filed concurrently with Ex Parte Application and [Proposed] Order |

**DECLARATION OF LUNA D'SOL**

I, **Luna D'Sol**, declare as follows:

1. I am the Plaintiff in this action and appear **in pro per**. I have personal knowledge of the matters stated in this declaration and, if called as a witness, could and would competently testify to them.

**2.** On **September 28, 2026**, I provided Defendant's counsel with notice of my intention to seek an ex parte continuance and the relief requested herein. Defendant's counsel was therefore aware of the requested continuance and the circumstances supporting it. A true and conrrect copy of my request is attached hereto as **Exhibit 1.**

3. On **September 29, 2026**, Defendant Farmers Direct represented to me in writing that, although Defendant would not agree to withdraw its pending motions unless and until the parties resolved the remaining settlement-payment issue, Defendant would agree to have the Court **defer issuance of any ruling for fourteen (14) days** while the parties worked toward finalizing the terms of a long-form settlement agreement and claim release. A true and correct copy of that correspondence is attached as **Exhibit 2**.

4. I also have a **scheduled surgery on October 14, 2026**. My anticipated recovery period is approximately one week. A true and correct copy of the documentation confirming my scheduled surgery is attached as **Exhibit 3**.

5. Because of the timing of my scheduled surgery and anticipated recovery, I will be unable to adequately participate in the litigation and proceedings during that period. The requested additional one-week continuance is therefore necessary to allow me a reasonable opportunity to recover and participate meaningfully in this action.

6. The current schedule places the **pretrial conference on October 5, 2026**, and the **trial on October 13, 2026**. My surgery is scheduled for the following day, October 14, 2026. The requested continuance would provide additional time for the parties to complete settlement discussions and would also accommodate my medical procedure and recovery.

7. I have acted promptly upon learning of the circumstances requiring additional time. I am not seeking the continuance for purposes of unnecessary delay. Rather, I seek the continuance

because the parties are actively attempting to resolve the case and because my scheduled surgery will temporarily prevent me from adequately participating in the proceedings.

8. In addition to the requested continuance, I respectfully request that the Court consider conducting a **status conference** concerning the pending matters, the parties' settlement discussions, and the appropriate schedule going forward. Previously scheduled conferences have been canceled, and I believe a conference would assist the Court in clarifying the status of the matter and determining the appropriate next steps.

9. I respectfully submit that Defendant will not suffer prejudice from the requested continuance. Defendant is already aware of the request and has agreed to a fourteen-day deferral of the Court's ruling while settlement discussions continue.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **October 1, 2026**, at Palm Springs, California.

/s/ Luna D'Sol

Luna D'Sol, Plaintiff in Pro Per

Exhibit 1



**From:** **Luna D'Sol** jravada@icloud.com
**Subject:** Re: Case No. 26VECV03273 — Meet and Confer Regarding Stay
**Date:** September 28, 2026 at 10:15
**To:** Michelle Bernard mbernard@grsm.com
**Cc:** Kelly Canby kcanby@grsm.com

Hi Ms. Bernard,

I wanted to follow up on my request, can you please let me know your client's decisions and please confirm that this satisfies meet and confer requirement

> On Sep 24, 2026, at 17:26, Michelle Bernard <mbernard@grsm.com> wrote:
>
> Ms. D'Sol: I will confer with our client regarding whether they would agree to a stay of the state court action.
>
> Best regards,
>
> MRB
>
> ---
>
> **MICHELLE R. BERNARD**
> Partner
>
> **GORDON REES SCULLY MANSUKHANI**
> **YOUR 50 STATE LAW FIRM™**
> **D:** 619.230.7769
> **E:** mbernard@grsm.com I grsm.com
> 633 W. 5th Street, 52nd Floor, Los Angeles, CA 90071
> 101 W. Broadway, Suite 2000, San Diego, CA 92101
>
> ---
>
> **From:** Luna D'Sol <jravada@icloud.com>
> **Sent:** Thursday, September 24, 2026 5:10 PM
> **To:** Michelle Bernard <mbernard@grsm.com>; Kelly Canby <kcanby@grsm.com>
> **Subject:** Case No. 26VECV03273 — Meet and Confer Regarding Stay
>
> Ms. Bernard,
>
> I am writing to meet and confer regarding a potential stipulation to stay the proceedings in **Luna D'Sol v. Farmers Insurance Exchange, Case No. 26VECV03273**, pending resolution of **Luna D'Sol v. Farmers Direct Property and Casualty Insurance Company, et al., Case No. 2:25-cv-10938-SVW-ASx**.
>
> Could you agree to a temporary stay to conserve the parties' and Court's resources and avoid potentially duplicative proceedings.
>
> Please let me know
>
> I am available to meet and confer by telephone or email.

EXHIBIT 2

**From:** **Michelle Bernard** mbernard@grsm.com
**Subject:** RE: Payment Timing /D'Sol v. Farmers Direct
**Date:** September 28, 2026 at 09:58
**To:** Luna D'Sol jravada@icloud.com
**Cc:** Kelly Canby kcanby@grsm.com

MB

**Confidential Settlement Communication**

Ms. D'Sol: [redacted]

[redacted]

[redacted] Farmers Direct will not agree to withdraw its pending motions but will agree to have the court continue issuing any ruling for 14 days while the parties iron out the terms of the long form confidential settlement agreement/claim release.

Best regards,

MRB

**MICHELLE R. BERNARD**
Partner

GRSM 50

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 619.230.7769
**E:** mbernard@grsm.com | grsm.com
633 W. 5th Street, 52nd Floor, Los Angeles, CA 90071
101 W. Broadway, Suite 2000, San Diego, CA 92101

EXHIBIT 3

LOS ANGELES CENTER FOR
EAR, NOSE, THROAT AND ALLERGY

Date: 09/23/2026

Re: Luna D'Sol D.O.B.: 11/20/1984

To Whom It May Concern:

Luna D'Sol was originally scheduled to undergo surgery on **September 30, 2026**. Unfortunately, the surgery had to be rescheduled to **October 14, 2026**, as we were unable to obtain the required medical clearance in time.

Luna D'Sol is now scheduled to proceed with surgery on **October 14, 2026, with Dr. Nagy**.

Please feel free to contact our office if any additional information is needed.

Sincerely,

CELESTE,NAGY
1180 N INDIAN CANYON DR SUITE E311
PALM SPRINGS C.A 92262
Phone: (323) 306-9632 Fax: (323) 268-6738