**Luna D'Sol**
Plaintiff, In Pro Per
Email Address: lunadsolts@gmail.com
2275 E Belding Dr
Palm Springs, CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LUNA D'SOL,**<br>Plaintiff,<br>v.<br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br>Defendants. | **Case No. 2:25-cv-10938-SVW-ASx**<br><br>**NOTICE OF ERRATA AND REQUEST TO STRIKE ECF DOC 167**<br><br>Judge: Hon. Stephen V. Wilson<br>Date: October 1, 2026<br>Time: 1:30 p.m.<br>Courtroom: 10A<br>Trial Date: October 13, 2026 |

Plaintiff Luna D'Sol, appearing in pro per, respectfully submits this Notice of Errata to correct an inadvertent filing error in Plaintiff's **Proposed Jury Verdict Form** previously submitted, inadvertently, as Jury Instructions in ECF Doc 167

Plaintiff respectfully requests that the Court **strike the previously submitted document. Plaintiff will submit the document with the appropriate selection**

Dated: October 1, 2026

/s/ Luna D'Sol
**Luna D'Sol**
Plaintiff, In Pro Per