**Luna D'Sol**
Plaintiff, In Pro Per
Email Address: lunadsolts@gmail.com
2275 E Belding Dr
Palm Springs, CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LUNA D'SOL,**<br>Plaintiff,<br>v.<br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br>Defendants. | **Case No. 2:25-cv-10938-SVW-ASx**<br><br>**JOINT VERDICT FORM**<br><br>Judge: Hon. Stephen V. Wilson<br>Trial Date: October 13, 2026; 9:00 a.m.<br>FSC: October 5, 2026; 3:00 p.m. |

Plaintiff respectfully submits that a joint verdict form could not be prepared because the parties did not reach agreement regarding a joint submission. Plaintiff attempted to proceed with the Court’s pretrial requirements; however, Defendant declined to participate in preparing a joint verdict form based on its position that a jury trial would not proceed.

Accordingly, Plaintiff submits her proposed verdict form separately for the Court’s consideration and reserves the right to revise it consistent with any subsequent order of the Court.

Respectfully submitted

Dated 10/1/2026 /s/ LUNA D’SOL

LUNA D’SOL