**Luna D'Sol**
Plaintiff, In Pro Per
Email Address: lunadsolts@gmail.com
2275 E Belding Dr
Palm Springs, CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LUNA D'SOL,**<br>Plaintiff,<br>v.<br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br>Defendants. | **Case No. 2:25-cv-10938-SVW-ASx**<br><br>**PLAINTIFF'S [PROPOSED] VERDICT FORM**<br><br>Judge: Hon. Stephen V. Wilson<br>Trial Date: October 13, 2026; 9:00 a.m.<br>FSC: October 5, 2026; 3:00 p.m. |

# I. PROPOSED JURY VERDICT FORM

## QUESTION 1 — BREACH OF CONTRACT

Did Plaintiff prove by a preponderance of the evidence that Defendant breached the insurance contract?

☐ YES ☐ NO

## QUESTION 2 — BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

Did Plaintiff prove by a preponderance of the evidence that Defendant breached the implied covenant of good faith and fair dealing?

☐ YES ☐ NO

## QUESTION 3 — UNRUH CIVIL RIGHTS ACT

Did Plaintiff prove by a preponderance of the evidence that Defendant violated the Unruh Civil Rights Act?

☐ YES ☐ NO

# I. DAMAGES

**QUESTION 4 — DAMAGES**

What amount of damages, if any, has Plaintiff proven as a result of Defendant's conduct?

**$________________________**

---

**QUESTION 5 — PUNITIVE DAMAGES**

If the Court submits punitive damages to the jury:

Did Plaintiff prove the facts necessary for an award of punitive damages?

☐ YES ☐ NO

If YES:

**$________________________**

---

**VERDICT**

We, the jury in the above-captioned case, unanimously agree that the foregoing constitutes our verdict.

DATED: ____________________, 2026

______________________________

**FOREPERSON OF THE JURY**