**Luna D'Sol**
Plaintiff, In Pro Per
Email Address: lunadsolts@gmail.com
2275 E Belding Dr
Palm Springs, CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LUNA D'SOL,**<br>Plaintiff,<br>v.<br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br>Defendants. | **Case No. 2:25-cv-10938-SVW-ASx**<br>**PLAINTIFF'S TRIAL EXHIBIT LIST**<br>Judge: Hon. Stephen V. Wilson<br>Date: October 1, 2026<br>Time: 1:30 p.m.<br>Courtroom: 10A<br>Trial Date: October 13, 2026 |

Pursuant to the Court's Civil Trial Preparation Order dated June 11, 2026 [ECF Doc. 86] and Central District Local Rule 16-6, Plaintiff Luna D'Sol hereby submits the following list of exhibits which may be offered into evidence at the trial in this matter. Plaintiff reserves the right to designate and use any exhibits identified by Defendant and to use any additional exhibits for impeachment and rebuttal purposes. Plaintiff further reserves the right to include additional exhibits in the event the Court permits Defendant to present any revised theories of defense or belated evidence on any matter which is currently pending before the Court (including Plaintiff's Motion for Sanctions and Reconsideration).

| Exhibit No. | Description | Date Identified | Date Submitted |
|---|---|---|---|
| **P-1** | Farmers Insurance Policy/Policies at Issue | | |
| **P-2** | Plaintiff's Insurance Claim(s) and Claim Submissions | | |
| **P-3** | Examination Under Oath (EUO) Documents, Transcript, Recording, and Related Communications | | |
| **P-4** | Farmers' Claim Investigation Records and Correspondence | | |
| **P-5** | Farmers' Denial and Partial-Denial Letters | | |
| **P-6** | Farmers' Reservation-of-Rights, Coverage, and Claim-Position Letters | | |
| **P-7** | Email Communications Between Plaintiff and Farmers | | |
| **P-8** | Other Written Communications From Farmers Concerning Plaintiff's Claims | | |
| **P-9** | Defendants' Declarations Submitted in Support of Motion for Summary Judgment | | |
| **P-10** | Exhibits Attached to Defendants' Motion for Summary Judgment Declarations | | |
| **P-11** | California Department of Insurance Complaints and Related Records | | |

| Exhibit No. | Description | Date Identified | Date Submitted |
|---|---|---|---|
| **P-12** | California Civil Rights Department Complaints and Related Records | | |
| **P-13** | Police Reports Related to the Losses | | |
| **P-14** | Contractor Estimates, Bids, Invoices, and Repair Documentation | | |
| **P-15** | Photographs and Video Evidence of the Property and Claimed Damage | | |
| **P-16** | Pool, Plumbing, Water-Damage, and Related Repair Records | | |
| **P-17** | Claim-Related Expense Receipts | | |
| **P-18** | Other Receipts and Proof of Payments | | |
| **P-19** | Documents Supporting Plaintiff's Claimed Damages | | |
| **P-20** | Communications Concerning Plaintiff's Damages and Expenses | | |
| **P-21** | Documents Concerning Farmers' Handling, Investigation, and Resolution of the Claims | | |
| **P-22** | Documents Produced by Defendants Relevant to Plaintiff's Claims | | |
| **P-23** | Settlement-Related Documents, if admissible and permitted by the Court | | |

| Exhibit No. | Description | Date Identified | Date Submitted |
|---|---|---|---|
| **P-24** | Rebuttal and Impeachment Exhibits, as permitted by the Court | | |

Respectfully Submitted

Dated 10/1/2026

/s/ Luna D'Sol

**Luna D'Sol**

Plaintiff, In Pro Per

.