MICHELLE R. BERNARD (SBN: 144582)
mbernard@grsm.com
KELLY FITZGERALD CANBY (SBN: 185227)
kcanby@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
FARMERS DIRECT PROPERTY AND
CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-10938-SVW-ASx<br><br>**DEFENDANT FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY'S JURY INSTRUCTION INDEX AND PROPOSED JURY INSTRUCTIONS**<br><br>Judge: Hon. Stephen V. Wilson<br>Courtroom: 10A<br>Trial Date: October 13, 2026; 9:00 a.m.<br>FSC: October 5, 2026; 3:00 p.m.<br><br>Complaint Filed: August 21, 2025 |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

**TO THE COURT, TO THE PLAINTIFF AND TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Pursuant to the Court's Civil Trial Preparation Order dated June 11, 2026 [ECF Doc. 86] (***and subject to and without waiving its request for a bench trial and also without waiving any other arguments or motions still pending before the Court***[1]*)*, Defendant Farmers Direct Property and Casualty Insurance Company ("Defendant" or "Farmers Direct") hereby submits its Jury Instruction Index and proposed Jury Instruction in accordance with Local Rule 51 as follows:[2]

| Court No. | No. | Title | Source | Page No. |
|---|---|---|---|---|
| | 1.2 | DUTY OF JURY (COURT READS AND PROVIDES WRITTEN INSTRUCTIONS AT THE BEGINNING OF TRIAL) | MANUAL OF MODEL CIVIL JURY INSTRUCTION FOR THE DISTRICT COURTS OF THE NINTH CIRCUIT, PREPARED BY THE NINTH CIRCUIT JURY INSTRUCTIONS COMMITTEE (2025 | 4 |

[1]All objections to Pro Per Plaintiff Luna D'Sol's filings are reserved. Plaintiff has made at least 8 separate court filings on the night of October 1, 2026 and objections to those newly filed materials are reserved. Plaintiff failed to timely engage in the Local Rule 16 meet and confer process. Plaintiff repeatedly refused to meet and confer with defense counsel related to pending discovery and anticipated motions, failed to appear and planned Local Rule 7-3 and Local Rule 37-1 Conferences and failed to timely or meaningfully engage in any communications related to exchanging Initial Disclosure documents and all objections to Plaintiff's filing are reserved.

[2] Specifically, the Court has not yet ruled on Farmers Direct's Motion To Strike Plaintiff's Untimely Demand for Jury Trial And Defendant's Request For Bench Trial [ECF Doc. 90] ("Motion To Strike And Request For Bench Trial"). *See e.g.,* Fed. R. Civ. Proc. 38(b)(1), 38(d), 81(c) 39(b) and Local Rule 38-2 [ECF Docs. 1, 37, 49, 90, 94]. Plaintiff's opposition thereto was due on July 6, 2026, but was never filed. Additionally, Farmers Direct's Motion in Limine No. 2 ("MIL No. 2") also seeks an order excluding Plaintiff from presenting any evidence, testimony or argument to a jury at all -- which is a right she has now waived (due to the untimely filing of her Demand for Jury Trial and/or her failure to oppose the Motion To Strike And Request For Bench Trial) – and/or otherwise warranted because "each of plaintiff's claims lacks evidentiary support such that no reasonable jury could find in plaintiff's favor." *See e.g., Johnson v. Williams,* 584 F.Supp.2d 97, 101 (D.D.C. 2008). Accordingly, Farmers Direct seeks a bench trial if any of Plaintiff claims survive the MSJ and/or MTS or otherwise.

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101



| Court No. | No. | Title | Source | Page No. |
|---|---|---|---|---|
| | | | EDITION) (LAST UPDATED AUGUST 2026) ("MANUAL OF MODEL CIVIL JURY INSTRUCTION FOR THE DISTRICT COURTS OF THE NINTH CIRCUIT").[3] | |
| | 1.5 | CLAIMS AND DEFENSES | MANUAL OF MODEL CIVIL JURY INSTRUCTION FOR THE DISTRICT COURTS OF THE NINTH CIRCUIT | 7 |
| | 1.6 | BURDEN OF PROOF—PREPONDERANCE OF THE EVIDENCE | MANUAL OF MODEL CIVIL JURY INSTRUCTION FOR THE DISTRICT COURTS OF THE NINTH CIRCUIT | 8 |
| | 1.7 | BURDEN OF PROOF—CLEAR AND CONVINCING EVIDENCE | MANUAL OF MODEL CIVIL JURY INSTRUCTION FOR THE DISTRICT COURTS OF THE NINTH CIRCUIT | 9 |
| | 1.9 | WHAT IS EVIDENCE | MANUAL OF MODEL CIVIL JURY INSTRUCTION FOR THE DISTRICT COURTS OF THE NINTH CIRCUIT | 11 |
| | 1.10 | WHAT IS NOT EVIDENCE | MANUAL OF MODEL CIVIL JURY INSTRUCTION FOR THE DISTRICT COURTS OF THE NINTH CIRCUIT | 12 |
| | 1.11 | EVIDENCE FOR LIMITED PURPOSE | MANUAL OF MODEL CIVIL JURY INSTRUCTION FOR THE DISTRICT COURTS OF THE NINTH CIRCUIT | 13 |
| | 1.12 | DIRECT AND CIRCUMSTANTIAL EVIDENCE | MANUAL OF MODEL CIVIL JURY INSTRUCTION FOR THE DISTRICT COURTS OF THE NINTH CIRCUIT | 14 |
| | 1.13 | RULING ON OBJECTIONS | MANUAL OF MODEL CIVIL JURY INSTRUCTION FOR | 15 |



[3] *See* https://www3.ce9.uscourts.gov/jury-instructions/model-civil

| Court No. | No. | Title | Source | Page No. |
|---|---|---|---|---|
| | | | THE DISTRICT COURTS OF THE NINTH CIRCUIT | |
| | 1.14 | CREDIBILITY OF WITNESSES | MANUAL OF MODEL CIVIL JURY INSTRUCTION FOR THE DISTRICT COURTS OF THE NINTH CIRCUIT | 16 |
| | 2.9 | IMPEACHMENT EVIDENCE—WITNESS | MANUAL OF MODEL CIVIL JURY INSTRUCTION FOR THE DISTRICT COURTS OF THE NINTH CIRCUIT | 36 |
| | 2.12 | USE OF REQUESTS FOR ADMISSION | MANUAL OF MODEL CIVIL JURY INSTRUCTION FOR THE DISTRICT COURTS OF THE NINTH CIRCUIT | 39 |
| | 2.13 | EXPERT OPINION | MANUAL OF MODEL CIVIL JURY INSTRUCTION FOR THE DISTRICT COURTS OF THE NINTH CIRCUIT | 40 |
| | 3.1 | DUTY TO DELIBERATE | MANUAL OF MODEL CIVIL JURY INSTRUCTION FOR THE DISTRICT COURTS OF THE NINTH CIRCUIT | 49 |
| | 2300 | Breach of Contractual Duty to Pay a Covered Claim–Essential Factual Elements | California Civil Jury Instructions ("CACI") (2026 Ed.) | |
| | 321 | Existence of Condition Precedent Disputed | CACI (2026 Ed.) | |
| | 2331 | Breach of the Implied Obligation of Good Faith and Fair Dealing—Failure or Delay in Payment (First Party)—Essential Factual Elements | CACI (2026 Ed.) | |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

| Court No. | No. | Title | Source | Page No. |
|---|---|---|---|---|
| | | | | |
| | 2332 | Bad Faith (First Party)—Failure to Properly Investigate Claim—Essential Factual Elements | CACI (2026 Ed.) | |
| | 2330 | IMPLIED OBLIGATION OF GOOD FAITH AND FAIR DEALING EXPLAINED | CACI (2026 Ed.) | |
| | 3060 | Unruh Civil Rights Act—Essential Factual Elements (Civil Code §§ 51, 52) | CACI (2026 Ed.) | |
| | 358 | Mitigation of Damages | CACI (2026 Ed.) | |
| | 2309 | Termination of Insurance Policy for Fraudulent Claim | CACI (2026 Ed.) | |
| | 2331 | AFFIRMATIVE DEFENSE—GENUINE DISPUTE | CACI (2026 Ed.) | |
| | 350 | DAMAGES FOR BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING (BAD FAITH) | CACI (2026 Ed.) | |
| | 5.1 | Damages - Proof | MANUAL OF MODEL CIVIL JURY INSTRUCTION FOR THE DISTRICT COURTS OF THE NINTH CIRCUIT | 81 |
| | 5.2 | Measures of types of damages | MANUAL OF MODEL CIVIL JURY INSTRUCTION FOR | 82 |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

| Court No. | No. | Title | Source | Page No. |
|---|---|---|---|---|
| | | | THE DISTRICT COURTS OF THE NINTH CIRCUIT | |
| | 5.3 | Damages – Mitigation | MANUAL OF MODEL CIVIL JURY INSTRUCTION FOR THE DISTRICT COURTS OF THE NINTH CIRCUIT | 84 |
| | 3946 | PUNITIVE DAMAGES FOR BAD FAITH—ENTITY DEFENDANT—BIFURCATED TRIAL (FIRST PHASE) | CACI (2026 Ed.) | |
| | 4.1 | CORPORATIONS AND PARTNERSHIPS—FAIR TREATMENT | MANUAL OF MODEL CIVIL JURY INSTRUCTION FOR THE DISTRICT COURTS OF THE NINTH CIRCUIT | 60 |
| | 4.2 | LIABILITY OF CORPORATIONS—SCOPE OF AUTHORITY NOT IN ISSUE | MANUAL OF MODEL CIVIL JURY INSTRUCTION FOR THE DISTRICT COURTS OF THE NINTH CIRCUIT | 61 |
| | 4.4 | AGENT AND PRINCIPAL—DEFINITION | MANUAL OF MODEL CIVIL JURY INSTRUCTION FOR THE DISTRICT COURTS OF THE NINTH CIRCUIT | 63 |
| | 4.5 | AGENT—SCOPE OF AUTHORITY DEFINED | MANUAL OF MODEL CIVIL JURY INSTRUCTION FOR THE DISTRICT COURTS OF THE NINTH CIRCUIT | 64 |
| | 4.7 | RATIFICATION | MANUAL OF MODEL CIVIL JURY INSTRUCTION FOR THE DISTRICT COURTS OF THE NINTH CIRCUIT | 66 |
| | 5.1 | DAMAGES—PROOF | MANUAL OF MODEL CIVIL JURY INSTRUCTION FOR THE DISTRICT COURTS OF THE NINTH CIRCUIT | 81 |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

| Court No. | No. | Title | Source | Page No. |
|---|---|---|---|---|
| | 1.4 | DUTY OF JURY (COURT READS AND PROVIDES WRITTEN INSTRUCTIONS AT END OF CASE) | MANUAL OF MODEL CIVIL JURY INSTRUCTION FOR THE DISTRICT COURTS OF THE NINTH CIRCUIT | 6 |

The proposed instructions listed will be filed concurrently herewith. Farmers Direct reserves the right to supplement and/or amend these instructions and all objections to Plaintiff's instructions are reserved.

Dated: October 1, 2026 GORDON REES SCULLY MANSUKHANI, LLP

By [signature]
Michelle R. Bernard
Kelly Fitzgerald Canby
Attorneys for Defendant
FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101