**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LUNA D'SOL,**<br><br>Plaintiff,<br><br>v.<br><br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br><br>Defendants. | **Case No. 2:25-cv-10938-SVW-ASx**<br><br>**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE HEARINGS**<br><br>Judge: Hon. Stephen V. Wilson<br><br>Date: October 1, 2026<br><br>Time: 1:30 p.m.<br><br>Courtroom: 10A<br><br>Trial Date: October 13, 2026 |

Having considered Plaintiff Luna D'Sol's Ex Parte Application for Continuance of All Pending Hearings and Deadlines, the supporting Declaration of Luna D'Sol and exhibits thereto, the records and proceedings in this action, and any opposition or response thereto, and good cause appearing:

## I. IT IS HEREBY ORDERED:

1. Plaintiff's Ex Parte Application is **GRANTED**.
2. The presently scheduled **Pretrial Conference set for October 5, 2026, at 3:00 p.m.** is continued for **fourteen (14) days**, to **October 19, 2026**, or to such other date as the Court determines appropriate.
3. The presently scheduled **Jury Trial set for October 13, 2026, at 9:00 a.m.** is continued to a date to be determined by the Court, taking into consideration Plaintiff's scheduled surgery on **October 14, 2026**, and anticipated recovery period.
4. The Court shall **defer ruling on the pending motions for fourteen (14) days** to permit the parties additional time to pursue and, if possible, finalize their settlement discussions.
5. All other pending hearings and related deadlines affected by the continuance are continued for fourteen (14) days, unless otherwise ordered by the Court.

IT IS SO ORDERED.

DATED: October 2, 2026

**HON. STEPHEN V. WILSON**
UNITED STATES DISTRICT JUDGE