LUNA D'SOL
Plaintiff, In Pro Per
jravada@icloud.com
2275 E Belding Dr
Palm Springs, CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUNA D'SOL,<br><br>Plaintiff,<br><br>vs.<br><br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. : *2:25-cv-10938-SVW-ASx*<br><br>*[Assigned for All Purposed to the Honorable Stephen V. Wilson, Department 10A]*<br><br>**PLAINTIFF LUNA D'SOL MOTION FOR JUDICIAL NOTICE, MEMORANDUM OF POINTS AND AUTHORITY; DECLARATION OF LUNA D'SOL IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDICIAL NOTICE**<br><br>Complaint Filed: August 21, 2025<br><br>Trial Date: TBD.<br>FSC: October 19, 2026; 3:00 p.m.<br><br>Filed concurrently with PLAINTIFF'S Status Report, Plaintiff's Request for Declaratory and Injunctive Relief. [Proposed] Order; Plaintiff Motion to Stay and Continue Hearings due to hospitalization. Additional Mold Repor |

## I. INTRODUCTION

Pursuant to Federal Rule of Evidence 201, Plaintiff Luna D'Sol respectfully requests that this Court take judicial notice of the 3 state court filings as identified below and attached here. These filings are matters of public record maintained by federal courts and are appropriate subjects of judicial notice. *See Harris v. County of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012) (recognizing that courts may take judicial notice of undisputed matters of public record).

Accordingly, Plaintiff respectfully requests that the Court take judicial notice of the existence and procedural contents of the identified filings, without treating disputed factual allegations contained therein as established facts.

## II. ARGUMENT

### A. The Identified Federal Court Filings Are Proper Subjects of Judicial Notice.

Federal Rule of Evidence 201(b) permits a court to take judicial notice of a fact that is not subject to reasonable dispute because it is either generally known within the trial court's territorial jurisdiction or can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

The Ninth Circuit has recognized that courts may take judicial notice of undisputed matters of public record, including documents filed in federal or state court. *Harris v. County of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012) (citing *Bennett v. Medtronic, Inc.*, 285 F.3d 801, 803 n.2 (9th Cir. 2002)). Federal court docket entries and filed judicial records are publicly maintained records whose existence and filing information can be accurately verified.

Here, Petitioner requests that the Court take judicial notice of the following state court filings cited in its , Efiled concurrently with this Motion:

**Request No. 1**: Public records on file with the Los Angeles County Superior Court, accessible through its website and online public access portal, for Case No. **26VECV03273**. [1] A true and correct copy of Luna D'Sol's "Notice of Settlement in Principle," filed on September 28, 2026, in *Luna D'Sol v. Farmers Insurance Exchange, et al.*, Case No. **26VECV03273**, is attached hereto as **Exhibit A**. The document reflects that Plaintiff notified the Court that the parties had reached an agreement in principle intended to resolve the action, that formal settlement documentation remained in progress, and that Plaintiff requested that the Court defer ruling on pending motions to permit the parties to finalize and file the required documentation.

**Request No. 2:** Public records on file with the Los Angeles County Superior Court, accessible through its website and online public access portal, for Case No. **26VECV04130**. [2]A true and correct copy of Luna D'Sol's "Notice of Settlement in Principle," filed on September 28, 2026, in *Luna D'Sol v. Farmers Insurance Exchange, et al.*, Case No. 26VECV04130, is attached hereto as **Exhibit B**. The document reflects that Plaintiff notified the Court that the parties had reached an agreement in principle intended to resolve the action, that formal settlement documentation remained in progress, and that Plaintiff requested that the Court defer ruling on pending motions to permit the parties to finalize and file the required documentation.

**Request No. 3**: Public records maintained by the Superior Court of California, County of Riverside, accessible through the Court's website and online case access portal for Case No. CVPS2507350, *D'S ol v. Select Portfolio Servicing, Inc.*, an Unlimited Civil Other Real Property Case assigned to the Palm Springs Courthouse, Department PS2. A true and

---

[1] https://www.lacourt.ca.gov/pages/lp/access-a-case/tp/find-case-information/cp/os-civil-case-access

[2] https://www.lacourt.ca.gov/pages/lp/access-a-case/tp/find-case-information/cp/os-civil-case-access

correct copy of the Court's online Case Summary, reflecting the case status and scheduled proceedings, is attached hereto as **Exhibit C**. [3] Specifically, the Case Summary identifies **October 22, 2026, at 8:30 a.m., as the scheduled Trial Setting Conference**, before Judicial Officer Manuel Bustamante, and separately identifies an Order to Show Cause regarding failure to file a Trial Setting Declaration for the same date and time. The Case Summary further reflects that a Final Trial Conference is scheduled on October 22, 2026.

**Request No. 4:** Public records maintained by the Superior Court of California, County of Los Angeles, accessible through the Court's website and online case access portal for **Case No. 26VECV03273**, *D'S ol v. Farmers Insurance Exchange*, an Insurance Coverage (not complex) case assigned to the Van Nuys Courthouse East, Department I.[4] A true and correct copy of the Court's online Case Summary, reflecting the proceedings and rulings in the action, is attached hereto as **Exhibit D**. Specifically, the Case Summary identifies September 30, 2026, at 8:30 a.m., as the hearing on Defendant Farmers Insurance Exchange's demurrer to Plaintiff's complaint and motion to strike. The Case Summary further reflects that the demurrer was **sustained with leave to amend**, while Defendant's motion to strike was **denied**.

**Request No. 5:** Official public record issued by the Governor of the State of California, Gavin Newsom, entitled *Executive Order N-2-25*, dated January 8, 2025, concerning emergency measures in response to the Los Angeles County wildfires and associated windstorm conditions. A true and correct copy of Executive Order N-2-25, published by the California Governor's Office of Emergency Services, is attached hereto as **Exhibit E.**

[3] https://epublic-access.riverside.courts.ca.gov/public-portal/

[4] https://www.lacourt.ca.gov/pages/lp/access-a-case/tp/find-case-information/cp/os-civil-case-access

Exercising authority under the California Emergency Services Act, including Government Code sections 8567, 8571, and 8627, the Governor ordered specified statutory and regulatory suspensions and emergency measures to facilitate disaster response and recovery.

**Request No. 6:** Plaintiff requests that the Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the September 9, 2026 letter from the Los Angeles County Office of County Counsel to Farmers Insurance Group entitled *"Notice of Investigation and Request for Documents from Farmers."* The letter announces a civil investigation into potential violations of California's Unfair Competition Law arising from Farmers' handling of insurance claims related to the January 2025 Eaton and Palisades wildfires, identifies areas under investigation, requests documents concerning Farmers' claims-handling practices, and directs Farmers to preserve related records.[5] A true and correct copy is attached herein as **Exhibit F**.

The Los Angeles County investigation accuses Farmers of potentially engaging in **unfair or unlawful insurance claims-handling practices involving victims of the January 2025 Eaton and Palisades wildfires**. The specific practices under investigation include:

1. **Unreasonable delays:** Delaying communications with policyholders, claim decisions, or payment of benefits.
2. **Changing adjusters:** Repeatedly switching claims adjusters in ways that allegedly delay the handling of claims.
3. **Misrepresenting coverage:** Providing policyholders with inaccurate information about what their insurance policies cover.
4. **Failing to pay additional living expenses:** Not properly paying expenses for temporary housing and other covered living costs while homes remain uninhabitable.

---

5 https://file.lacounty.gov/SDSInter/lac/1217214_CountyCounselInvestigationLettertoFarmersInsurance.pdf?utm_content=&utm_medium=email&utm_name=&utm_source=govdelivery&utm_term=

5. **Failing to disclose estimates:** Not timely providing policyholders with estimates or other information concerning their claims.
6. **Refusing or delaying contamination testing:** Not paying for qualified professionals to test homes for lead, asbestos, chromium, and other potentially toxic substances.
7. **Failing to pay for adequate remediation:** Not adequately covering the cleanup of contamination identified in affected homes.
8. **Underpaying or improperly denying claims:** Paying less than policyholders allegedly are entitled to receive or denying legitimate claims.

The County is investigating whether these practices violate California's Unfair Competition Law, Business and Professions Code § 17200 et seq. It requested documents concerning Farmers' claims-handling policies, adjuster practices, artificial-intelligence tools, marketing, and regulatory submissions.

## III. CONCLUSION

For the foregoing reasons, Petitioner respectfully requests that this Court grant this Motion for Judicial Notice.

Respectfully Submitted

Dated: October 13, 2026. By: */s/ Luna D'Sol*

Luna D'Sol / Plaintiff in Pro Per

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 11-6 of the United States District Court for the Central District of California, I certify that the foregoing **Motion for Judicial Notice** contains 5 pages, excluding the caption page, signature page, and any pages exempted under the applicable Local Rules.

Respectfully Submitted

Dated: October 13, 2026. By: */s/ Luna D'Sol*

Luna D'Sol / Plaintiff in Pro Per

DECLARATION OF LUNA D'SOL IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDICIAL NOTICE

I, Luna D'S ol, declare as follows:

1. I am the Plaintiff in this action and the named insured in the Policy subject to this case. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. I submit this declaration in support of my Motion for Judicial Notice under Federal Rule of Evidence 201. The attached exhibits consist of copies of court filings, court docket information, an executive order issued by the Governor of California, and official correspondence issued by the Los Angeles County Office of County Counsel.

3. **Exhibit A** is a true and correct copy of my *Notice of Settlement in Principle*, filed on September 29, 2026, in *D'S ol v. Farmers Insurance Exchange, et al.*, Los Angeles County Superior Court Case No. 26VECV03273. The document reflects the notice I filed concerning the parties' settlement-in-principle communications and the status of the settlement documentation.

4. **Exhibit B** is a true and correct copy of my *Notice of Settlement in Principle*, filed on September 29, 2026, in *D'S ol v. Farmers Insurance Exchange, et al.*, Los Angeles County Superior Court Case No. 26VECV04130. The document reflects the notice I filed concerning the parties' settlement-in-principle communications and the status of the settlement documentation in that action.

5. **Exhibit C** is a true and correct copy of the online case summary for *D'S ol v. Select Portfolio Servicing, Inc.*, Riverside County Superior Court Case No. CVPS2507350. The copy reflects the case information displayed by the court's online case-access system, including the scheduled Trial Setting Conference for October 22, 2026, at 8:30 a.m., the Order to Show Cause concerning the Trial Setting Declaration, and the filing of a Joint Trial Setting Conference Statement on October 9, 2026.

6. **Exhibit D** is a true and correct copy of the online case summary for *D'S ol v. Farmers Insurance Exchange*, Los Angeles County Superior Court Case No. 26VECV03273. The copy reflects the proceedings and rulings displayed by the court's online case-access

system, including the September 30, 2026 hearing on the demurrer and motion to strike, the ruling sustaining the demurrer with leave to amend, and the denial of the motion to strike.

7. **Exhibit E** is a true and correct copy of California Governor Gavin Newsom's Executive Order N-2-25, dated January 8, 2025, concerning emergency measures in response to the Los Angeles County wildfires and associated windstorm conditions. The copy is of the official executive order published by the Governor's Office.

8. **Exhibit F** is a true and correct copy of the September 9, 2026 letter issued by the Los Angeles County Office of County Counsel to Farmers Insurance Group, entitled *"Notice of Investigation and Request for Documents from Farmers."* The letter announces a civil investigation concerning potential violations of California's Unfair Competition Law arising from Farmers' handling of insurance claims related to the January 2025 Eaton and Palisades wildfires. It identifies the subjects of the investigation, requests documents concerning Farmers' claims-handling practices, and directs Farmers to preserve relevant records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 13, 2026, at Palm Springs, California.

Respectfully submitted,

Dated: October 13, 2026

By: */s/ Luna D'Sol*

Luna D'Sol / Plaintiff in Pro Per

# EXHIBIT A

# RJN No. 1

Case No. 26VECV03273
"Notice of Settlement In Principle"

LUNA D'SOL
Plaintiff, In Pro Per
jravada@icloud.com
2275 E Belding Dr
Palm Springs, CA 92262
Telephone: 213-925-4069

Electronically FILED by Superior Court of California, County of Los Angeles 9/29/2026 3:26 PM David W. Slayton, Executive Officer/Clerk of Court, By J. Inloes, Deputy Clerk

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES**

LUNA D'SOL,

Plaintiff,

vs.

FARMERS INSURANCE EXCHANGE, and DOES 1-50, inclusive,

Defendants.

CASE No: **26VECV03273**

*[Assigned for All Purposed to the Honorable Karen Moshkowitz Dept 1]*

**NOTICE OF SETTLEMENT IN PRINCIPLE**

Complaint Filed: June 4th, 2026

Trial Date: not set

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff, Luna D'Sol, hereby notifies the Court that Defendant Farmers Insurance Exchange (collectively the "Parties") have reached an agreement in principle intended to resolve this action. The Parties are presently completing the formal documentation necessary to memorialize that resolution. Plaintiff respectfully requests that the Court defer ruling on the pending motions to permit the Parties to finalize and file the required documents.

Dated Sept 28, 2026

/s/ Luna D'Sol

Luna D'Sol, Plaintiff in Pro Per

# EXHIBIT B

# RJN No. 2

Case No. 26VECV04130
"Notice of Settlement In Principle"

LUNA D'SOL
Plaintiff, In Pro Per
jravada@icloud.com
2275 E Belding Dr
Palm Springs, CA 92262
Telephone: 213-925-4069

Electronically FILED by Superior Court of California, County of Los Angeles 9/29/2026 3:22 PM David W. Slayton, Executive Officer/Clerk of Court, By J. Inloes, Deputy Clerk

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES**

LUNA D'SOL,

Plaintiff,

vs.

FARMERS INSURANCE EXCHANGE, and DOES 1-50, inclusive,

Defendants.

CASE No: 26VECV04130

*[Assigned for All Purposed to the Honorable Elaine W. Mandel Dept B]*

**NOTICE OF SETTLEMENT IN PRINCIPLE**

Complaint Filed: July 15th, 2026

Trial Date: not set

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff, Luna D'Sol, hereby notifies the Court that Defendant Farmers Insurance Exchange (collectively the "Parties") have reached an agreement in principle intended to resolve this action. The Parties are presently completing the formal documentation necessary to memorialize that resolution. Plaintiff respectfully requests that the Court defer ruling on the pending motions to permit the Parties to finalize and file the required documents.

Dated Sept 28, 2026

/s/ Luna D'Sol

Luna D'Sol, Plaintiff in Pro Per

# EXHIBIT C

# RJN No. 3

## Case No. CVPS2507350
## Riverside Court - Docket

THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

**CVPS2507350**

Filed Date: **10/06/2025**

Case Status: **Active**

D'SOL vs SELECT PORTFOLIO SERVICING, INC.

**Unlimited Civil Other Real Property**

**Palm Springs - Department PS2**

Print Case Report

Case Summary | Case Summary

Case Summary

COMPLAINTS/PETITIONS

| Filings | Represented By |
|---|---|
| **D'SOL vs SELECT PORTFOLIO SERVICING, INC.** Unlimited Civil Other Real Property | |
| **2nd Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL** | |
| Plaintiff: LUNA D'SOL | GRANT SHENON ALMARAZ, APLC |
| Defendant: CLEAR RECON CORP. | ALDRIDGE PITE, LLP |
| Defendant: WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR CSMC 2022-NQM3 | WRIGHT, FINLAY & ZAK, LLP |
| Defendant: SELECT PORTFOLIO SERVICING, INC. | WRIGHT, FINLAY & ZAK, LLP |

HEARINGS

| Date Time | Type | Judicial Officer | Locatio |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 05/22/2026 08:30 AM | Hearing re: Motion to Compel Defendant Select Portfolio Servicing, Inc. to Provide Substantive Responses to Special Interrogatories Set One, Form Interrogatories Set One, Form Interrogatories Set One, and Requests for Production Set One, and Request for Sanctions by LUNA D'SOL | Manuel Bustamante | Departm |
| 07/20/2026 08:30 AM | Hearing re: Motion for Order to Deem Matters Admitted Set No. One, propounded to Defendant SELECT PORTFOLIO SERVICING, INC. (122 requests) and Defendant WILMINGTON SAVINGS FUND SOCIETY, FSB (120 requests). by LUNA D'SOL | Manuel Bustamante | Departm |
| 07/22/2026 08:30 AM | Hearing re: Motion for Leave to Amend Complaint on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL by LUNA D'SOL | Manuel Bustamante | Departm |
| 07/22/2026 08:30 AM | Hearing re: Motion for Leave to Amend | Manuel Bustamante | Departm |
| 08/10/2026 08:30 AM | Hearing re: Motion to Compel Defendant Wilmington Savings Fund Society, FSB to Provide Substantive Responses to Speci Interrogatories Set One, Form Interrogatories Set One, Form Interrogatories Set One, and Request for Production Set One, and Request for Sanctions by LUNA D'SOL | Manuel Bustamante | Departm |
| 10/22/2026 08:30 AM | Order to Show Cause as to why sanctions not to exceed $1,500.00 or dismissal should not be imposed for Failure to file Trial Setting Declaration pursuant to Dept PS2 Rules. as to WRIGHT, FINLAY & ZAK, LLP, ALDRIDGE PITE, LLP, LUNA D'SOL | Manuel Bustamante | Departm |
| 10/22/2026 08:30 AM | Trial Setting Conference | Manuel Bustamante | Departm |

Results 16-22 of 22

## DOCUMENTS

| Status | Date | Description | Filed By |
|---|---|---|---|
| Filed | 03/18/2026 | Notice of Motion and Motion for Order Permitting Recordation of Notice of Pending Action (Lis Pendens) Compliance with Statement of Compliance and Request for Sanctions on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Filed | 03/27/2026 | Case Management Statement on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | SELECT PO SERVICING WILMINGT( SAVINGS F SOCIETY, F CHRISTIAN NOT IN ITS INDIVIDUA |

| | | | |
|---|---|---|---|
| | | | CAPACITY E SOLELY AS TRUSTEE F 2022-NQM1 |
| Filed | 04/01/2026 | Proof of service on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Filed | 04/01/2026 | Case Management Statement untimely pursuant to CRC 3.725 on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Proposed | 04/01/2026 | Proposed Order re: Granting Plaintiff's Motion for Order Deeming Requests for Admission Admitted on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Filed | 04/01/2026 | Proof of Service by Electronic Service (non-complaint) of Notice of Motion and Motion for Order Deeming Requests for Admission Admitted, Etc. on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Filed | 04/01/2026 | Proof of Service by Electronic Service (non-complaint) of Notice of Motion and Motion for Order Deeming Requests for Admission Admitted/MPA's/Declaration/Proposed Order on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Proposed | 04/01/2026 | (Proposed) Order Granting Plaintiffs Motion for Order Deeming Requests for Admission Admitted on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Filed | 04/01/2026 | Memorandum of Points & Authorities on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Filed | 04/01/2026 | Declaration of LUNA D'SOL IN SUPPORT OF MOTION FOR ORDER DEEMING REQUESTS FOR ADMISSION ADMITTED | LUNA D'SO |
| Filed | 04/01/2026 | Notice of Motion and Motion for Order Deeming Requests for Admission Admitted | LUNA D'SO |
| Filed | 04/02/2026 | Proof of Service by Electronic Service (non-complaint) of MOTION TO DEEM RFA ADMITTED ALL DEFENDANTS on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Filed | 04/03/2026 | Proof of Service by Electronic Service (non-complaint) of SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR RECONSIDERATION OF MARCH 10, 2026 ORDER on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Filed | 04/03/2026 | SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR RECONSIDERATION OF MARCH 10, 2026 ORDER on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |

| | | | |
|---|---|---|---|
| Filed | 04/03/2026 | SUPPLEMENTAL DECLARATION OF LUNA D'SOL IN SUPPORT OF MOTION FOR RECONSIDERATION on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Generated | 04/03/2026 | Clerk's Certificate of Electronic Service on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | |
| Generated | 04/03/2026 | Minute Order: Court on its Own Motion | |
| Generated | 04/03/2026 | Certificate of Mailing | |
| Generated | 04/03/2026 | Notice of Order to Show Cause Re: Failure to file Trial Setting Declaration pursuant to Dept PS2 Rules. | |
| Filed | 04/06/2026 | MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR RECONSIDERATION on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | CLEAR REC |
| Filed | 04/16/2026 | Proof of Service by Electronic Transmission on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Filed | 04/16/2026 | Memorandum of Points & Authorities on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Filed | 04/16/2026 | Declaration of LUNA D'SOL IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT | LUNA D'SO |
| Filed | 04/16/2026 | Plaintiff's Notice of Motion and Motion for Leave to File Second Amended Complaint Complaint on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Generated | 04/17/2026 | Minute Order: Hearing re: Motion for Reconsideration of OF MARCH 10, 2026 ORDER SUSTAINING DEMURRER WITHOUT LEAVE TO AMEND | |
| Proposed | 04/21/2026 | Proposed Order (After Hearing) re: PROPOSED ORDER SUSTAINING CLEAR RECON CORPS DEMURRERS TO FIRST AMENDED COMPLAINT AND DISMISSING CLEAR RECON CORP on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | CLEAR REC |
| Filed | 04/21/2026 | ORDER SUSTAINING CLEAR RECON CORPS DEMURRERS TO FIRST AMENDED COMPLAINT AND DISMISSING CLEAR RECON CORP on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | CLEAR REC |
| Filed | 04/21/2026 | NOTICE OF RULING ON PLAINTIFFS MOTION TO RECONSIDER RULING ON CLEAR RECON CORP DEMURRERS TO FIRST AMENDED COMPLAINT on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | CLEAR REC |
| Generated | 04/21/2026 | Notice of Document Return. | |

| | | | |
|---|---|---|---|
| Filed | 04/22/2026 | Proof of Service by Electronic Service (non-complaint) of on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Filed | 04/22/2026 | Memorandum of Points & Authorities on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Filed | 04/22/2026 | Declaration of LUNA D'SOL IN SUPPORT OF MOTION TO COMPEL DEFENDANT WILMINGTON SAVINGS FUND SOCIETY, FSB TO PROVIDE SUBSTANTIVE DISCOVERY RESPONSES AND REQUEST FOR SANCTIONS | LUNA D'SO |
| Filed | 04/22/2026 | Notice of Motion and Motion for Order Permitting Recordation of Notice of Pending Action (Lis Pendens) Defendant Wilmington Savings Fund Society, FSB to Provide Substantive Responses to Speci Interrogatories Set One, Form Interrogatories Set One, Form Interrogatories Set One, and Request for Production Set One, and Request for Sanctions on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Filed | 04/22/2026 | Proof of service by electronic transmission on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Filed | 04/22/2026 | Declaration of Luna D'Sol in support of plaintiffs opposition to defendant Clear Recon Corp.'s proposed order of dismissal | LUNA D'SO |
| Filed | 04/22/2026 | PLAINTIFF'S OBJECTION TO DEFENDANT CLEAR RECON CORP'S PROPOSED ORDER SUSTAINING DEMURRERS AND DISMISSING CLEAR RECON CORP; REQUEST FOR STAY OF DISMISSAL PENDING HEARING ON MOTION FOR LEAVE TO AMEND on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Generated | 04/22/2026 | Notice of Document Return. | |
| Generated | 04/22/2026 | Notice of Document Return. | |
| Filed | 04/23/2026 | Proof of Service by Electronic Transmission on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Filed | 04/23/2026 | Plaintiff's Separate Statement in Support of Motion to Compel Defendant Select Portfolio Servicing, Inc. to Provide Further Responses to Special Interrogatories Set One on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Filed | 04/23/2026 | Plaintiff's Separate Statement in Support of Motion to Compel Defendant Slect Portfolio Servicing, Inc. to Provide Further Responses to Form Interrogatories Set One on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Filed | 04/23/2026 | Plaintiff's Separate Statement in Support of Motion to Compel Defendant Select Portfolio Servicing, Inc. to Provide | LUNA D'SO |

| | | | |
|---|---|---|---|
| | | Substantive Responses to Requests for Production of Documents Set One on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | |
| Filed | 04/23/2026 | Memorandum of Points & Authorities on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Filed | 04/23/2026 | Declaration of LUNA D'SOL IN SUPPORT OF MOTION TO COMPEL DEFENDNAT WILMINGTON SAVINGS FUND SOCIETY, FSB TO PROVIDE SUBSTANTIVE DISCOVERY RESPONSES AND REQUEST FOR SANCTIONS | LUNA D'SO |
| Filed | 04/23/2026 | Notice of Motion and Motion for Order Permitting Recordation of Notice of Pending Action (Lis Pendens) Defendant Select Portfolio Servicing, Inc. to Provide Substantive Responses to Special Interrogatories Set One, Form Interrogatories Set One, Form Interrogatories Set One, and Requests for Production Set One, and Request for Sanctions on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Filed | 04/23/2026 | Proof of service by electronic transmission on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Filed | 04/23/2026 | PLAINTIFF'S SEPARATE STATEMENT IN SUPPORT OF MOTION TO COMPEL DEFENDANT WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST, NOT IN ITS INDIVIDUA CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR CSMC 2022-NQM3 TO PROVIDE FURTHER RESPONSES TO SPECI INTERR on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Filed | 04/23/2026 | PLAINTIFF'S SEPARATE STATEMENT IN SUPPORT OF MOTION TO COMPEL DEFENDANT WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR CSMC 2022-NQM3 TO PROVIDE FURTHER RESPONSES TO FORM INTERR on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Filed | 04/23/2026 | PLAINTIFF'S SEPARATE STATEMENT IN SUPPORT OF MOTION TO COMPEL DEFENDANT WILMINGTON SAVINGS FUND SOCIETY, FSB TO PROVIDE SUBSTANTIVE RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS SE ONE on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Filed | 04/27/2026 | Notice of entry of order sustaining Clear Recon corp demurrers to first amended complaint on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | CLEAR REC |
| Filed | 04/28/2026 | request for judicial notice in support of opposition to plaintiffs application for order | SELECT PO SERVICING WILMINGT( SAVINGS F |

| | | | |
|---|---|---|---|
| | | | SOCIETY, F CHRISTIAN NOT IN ITS INDIVIDUA CAPACITY E SOLELY AS TRUSTEE F 2022-NQM1 |
| Filed | 04/28/2026 | Defendants opposition to plaintiffs application for order authorizing recording of lis pendens on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | SELECT PO SERVICING WILMINGTO SAVINGS F SOCIETY, F CHRISTIAN NOT IN ITS INDIVIDUA CAPACITY E SOLELY AS TRUSTEE F 2022-NQM1 |
| Filed | 05/07/2026 | Proof of Service by Electronic Service (non-complaint) of Notice of Withdrawal of Motion for Order Authorizing recording of Notice of Pendency of action on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Filed | 05/07/2026 | Notice OF WITHDRAWAL OF MOTION FOR ORDER AUTHORIZING RECORDING OF NOTICE OF PENDENCY OF ACTION (LIS PENDENS); REQUEST TO VACATE HEARING AND TAKE MATTER OFF CALENDAR | LUNA D'SO |
| Filed | 05/11/2026 | Defendant Select Portfolio Servicing, Inc.'s Opposition to Plaintiff's Motion to Compel Further Responses to Form Interrogatories, Special Interrogatories, and Requests for Production (Set One) on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | SELECT PO SERVICING WILMINGTO SAVINGS F SOCIETY, F CHRISTIAN NOT IN ITS INDIVIDUA CAPACITY E SOLELY AS TRUSTEE F 2022-NQM1 |
| Filed | 05/14/2026 | Proof of Service by Electronic Service (non-complaint) of Notice of Withdrawal on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Filed | 05/14/2026 | Notice OF WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES, SPECIAL INTERROGATORIES AND REQUEST FOR PRODUCTION SET NO1 | LUNA D'SO |
| Generated | 05/14/2026 | Clerk's Certificate of Electronic Service on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA | |

| | | | |
|---|---|---|---|
| | | D'SOL | |
| Generated | 05/14/2026 | Minute Order: Hearing re: Motion to Compel Compliance with Statement of Compliance and Request for Sanctions by LUNA D'SOL | |
| Generated | 05/14/2026 | Certificate of Mailing | |
| Filed | 06/24/2026 | Substitution of Attorney | |
| Filed | 07/07/2026 | Defendants' Opposition to Plaintiff's Motion to Deem Requests for Admissions Admitted (Set One) on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | SELECT PO SERVICING WILMINGT SAVINGS F SOCIETY, F CHRISTIAN NOT IN ITS INDIVIDUA CAPACITY SOLELY AS TRUSTEE F 2022-NQM |
| Filed | 07/13/2026 | Reply TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO DEEM REQUEST FOR ADMISSION ADMITTED (SET ONE) on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Filed | 07/14/2026 | Notice of Remote Appearance for Hearing on Throughout the Case. on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Generated | 07/20/2026 | Minute Order: Hearing re: Motion for Order to Deem Matters Admitted Set No. One, propounded to Defendant SELECT PORTFOLIO SERVICING, INC. (122 requests) and Defendant WILMINGTON SAVINGS FUND SOCIETY, FSB (120 requests). by LUNA D'SOL | |
| Filed | 07/21/2026 | Notice of ruling on plaintiffs motion for order to deem matters admitted on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | SELECT PO SERVICING WILMINGT SAVINGS F SOCIETY, F CHRISTIAN NOT IN ITS INDIVIDUA CAPACITY SOLELY AS TRUSTEE F 2022-NQM |
| Generated | 07/22/2026 | Clerk's Certificate of Electronic Service on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | |
| Generated | 07/22/2026 | Minute Order: Hearing re: Motion for Leave to Amend Complaint on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL by LUNA D'SOL | |

| | | | |
|---|---|---|---|
| Filed | 07/24/2026 | Opposition to plaintiffs motion to compel further responses to form interrogatories, special interrogatories, and request for production on 1st Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | SELECT PO SERVICING WILMINGT( SAVINGS F SOCIETY, F CHRISTIAN NOT IN ITS INDIVIDUA CAPACITY E SOLELY AS TRUSTEE F 2022-NQM: |
| Filed | 07/27/2026 | 2nd Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Filed | 08/04/2026 | Notice OF WITHDRAWAL OF PLAINTIFFS MOTION TO COMPEL | LUNA D'SO |
| Receive and Forward | 10/08/2026 | Stipulation and Order for Filing of Third Amended Complaint on 2nd Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |
| Filed | 10/09/2026 | Joint trial setting conference statement on 2nd Amended Complaint for Other Real Property (Over $35,000) of LUNA D'SOL | LUNA D'SO |

Results 101-173 of 173

## CASE LEDGER

| | Amount | Paid |
|---|---|---|
| Fines and Fees Totals | $2,543.95 | $2,487.00 |
| Restitution Totals | $0.00 | $0.00 |

Copyright © Journal Technologies, USA. All rights reserved.

# EXHIBIT D

# RJN No. 4

# Case No. 26VECV03273
# Los Angeles Court - Docket

Language Access
English

**Case Information** | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

**CASE INFORMATION:** 26VECV03273

**Case Title:** LUNA D'SOL VS FARMERS INSURANCE EXCHANGE

**Filing Courthouse:** Van Nuys Courthouse East

**Filing Date:** 6/4/2026

**Case Type:** Insurance Coverage (not complex) (General Jurisdiction)

**Status:** Pending

Click here to access document images for this case.

If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

☐ Print New Search

## FUTURE HEARINGS

Case Information | Register Of Actions | **FUTURE HEARINGS** | PARTY INFORMATION | Documents Filed | Past Proceedings

**11/4/2026** 08:30 Department I 6230 Sylmar Ave., Van Nuys, CA 91401 Case Management Conference

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | **PARTY INFORMATION** | Documents Filed | Past Proceedings

| | |
|---|---|
| **BERNARD MICHELLE R.** | Attorney for Defendant |
| **D'SOL LUNA** | Plaintiff |
| **FARMERS INSURANCE EXCHANGE** | Defendant |

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | **Documents Filed** | Past Proceedings

**9/30/2026** Certificate of Mailing for (Hearing on Demurrer - with Motion to Strike (CCP 430.10); Hea...) of 09/30/2026 Filed by Clerk

| | | |
|---|---|---|
| **9/30/2026** | Clerks Certificate of Service By Electronic Service | Filed by Clerk |
| **9/30/2026** | Minute Order (Hearing on Demurrer - with Motion to Strike (CCP 430.10); Hea...) | Filed by Clerk |
| **9/29/2026** | Notice Notice of Settlement in Principle | Filed by Luna D'Sol (Plaintiff) |
| **9/29/2026** | Notice of Related Case | Filed by Luna D'Sol (Plaintiff) |
| **9/29/2026** | Proof of Service (not Summons and Complaint) | Filed by Luna D'Sol (Plaintiff) |
| **9/22/2026** | Certificate of Mailing for (Court Order Rescheduling Hearing) of 09/22/2026 | Filed by Clerk |
| **9/22/2026** | Clerks Certificate of Service By Electronic Service | Filed by Clerk |
| **9/22/2026** | Minute Order (Court Order Rescheduling Hearing) | Filed by Clerk |
| **9/21/2026** | Notice of Remote Appearance | Filed by FARMERS INSURANCE EXCHANGE (Defendant) |
| **9/21/2026** | Proof of Service (not Summons and Complaint) | Filed by FARMERS INSURANCE EXCHANGE (Defendant) |
| **9/16/2026** | Certificate of Mailing for (Court Order Rescheduling Hearing) of 09/16/2026 | Filed by Clerk |
| **9/16/2026** | Clerks Certificate of Service By Electronic Service | Filed by Clerk |
| **9/16/2026** | Clerks Certificate of Service By Electronic Service | Filed by Clerk |
| **9/16/2026** | Minute Order (Court Order Rescheduling Hearing) | Filed by Clerk |
| **9/16/2026** | Proof of Service (not Summons and Complaint) | Filed by FARMERS INSURANCE EXCHANGE (Defendant) |
| **9/16/2026** | Reply and Notice of Non-Receipt of Opposition to Demurrer to Complaint | Filed by FARMERS INSURANCE EXCHANGE (Defendant) |
| **9/16/2026** | Reply and Notice of Non-Receipt of Opposition to Motion to Strike Portions of Plaintiff's Complaint | Filed by FARMERS INSURANCE EXCHANGE (Defendant) |
| **7/20/2026** | Declaration DECLARATION OF MICHELLE R. BERNARD IN SUPPORT OF DEFENDANT FARMERS INSURANCE EXCHANGES DEMURRER TO PLAINTIFFS COMPLAINT | Filed by FARMERS INSURANCE EXCHANGE |

| | | |
|---|---|---|
| | | (Defendant) |
| **7/20/2026** | Declaration DECLARATION OF MICHELLE R. BERNARD IN SUPPORT OF DEFENDANT FARMERS INSURANCE EXCHANGES MOTION TO STRIKE PORTIONS OF PLAINTIFFS COMPLAINT | Filed by FARMERS INSURANCE EXCHANGE (Defendant) |
| **7/20/2026** | Demurrer - with Motion to Strike (CCP 430.10) | Filed by FARMERS INSURANCE EXCHANGE (Defendant) |
| **7/20/2026** | Memorandum of Points & Authorities | Filed by FARMERS INSURANCE EXCHANGE (Defendant) |
| **7/20/2026** | Memorandum of Points & Authorities | Filed by FARMERS INSURANCE EXCHANGE (Defendant) |
| **7/20/2026** | Motion to Strike (not initial pleading) | Filed by FARMERS INSURANCE EXCHANGE (Defendant) |
| **7/20/2026** | Proof of Service (not Summons and Complaint) | Filed by FARMERS INSURANCE EXCHANGE (Defendant) |
| **7/20/2026** | Proof of Service (not Summons and Complaint) | Filed by FARMERS INSURANCE EXCHANGE (Defendant) |
| **7/17/2026** | Declaration of Demurring Party in Support of Automatic Extension | Filed by FARMERS INSURANCE EXCHANGE (Defendant) |
| **7/17/2026** | Proof of Service (not Summons and Complaint) | Filed by FARMERS INSURANCE EXCHANGE (Defendant) |
| **6/22/2026** | Notice Re: Continuance of Hearing and Order | Filed by Clerk |
| **6/15/2026** | Proof of Service by Substituted Service | Filed by Luna D'Sol (Plaintiff) |
| **6/9/2026** | Civil Case Cover Sheet | Filed by Luna D'Sol (Plaintiff) |
| **6/8/2026** | Notice of Case Management Conference | Filed by Clerk |

| | | |
|---|---|---|
| **6/4/2026** | Alternative Dispute Resolution Packet | Filed by Clerk |
| **6/4/2026** | Complaint | Filed by Luna D'Sol (Plaintiff) |
| **6/4/2026** | Notice of Case Assignment - Unlimited Civil Case | Filed by Clerk |
| **6/4/2026** | Order on Court Fee Waiver (Superior Court) | Filed by Clerk |
| **6/4/2026** | Summons on Complaint | Filed by Luna D'Sol (Plaintiff) |

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | **Past Proceedings**

| | | | |
|---|---|---|---|
| **10/2/2026 08:30 AM** | Department I | Case Management Conference | Not Held - Rescheduled by Court |
| **9/30/2026 08:30 AM** | Department I | Hearing on Demurrer - with Motion to Strike (CCP 430.10) | Held |
| **9/30/2026 08:30 AM** | Department I | Hearing on Motion to Strike | Held - Motion Denied |
| **9/23/2026 08:30 AM** | Department I | Hearing on Demurrer - with Motion to Strike (CCP 430.10) | Not Held - Advanced and Continued - by Court |
| **9/23/2026 08:30 AM** | Department I | Hearing on Motion to Strike | Not Held - Advanced and Continued - by Court |
| **9/22/2026 2:52 PM** | Department I | Court Order | |
| **9/16/2026 11:42 AM** | Department I | Court Order | |

## REGISTER OF ACTIONS

Case Information | **Register Of Actions** | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| | |
|---|---|
| **9/30/2026** | Updated -- Demurrer - with Motion to Strike (CCP 430.10): Filed By: FARMERS INSURANCE EXCHANGE (Defendant); Result: Sustained with Leave to Amend ; Result Date: 09/30/2026 |
| **9/30/2026** | Updated -- Motion to Strike (not initial pleading): Filed By: FARMERS INSURANCE EXCHANGE (Defendant); Result: Denied ; Result Date: 09/30/2026 |
| **9/30/2026** | Updated -- Notice of Related Case: Filed By: Luna D'Sol (Plaintiff); Result: Reviewed - No Action Required |
| **9/30/2026** | Minute Order (Hearing on Demurrer - with Motion to Strike (CCP 430.10); Hea...) |

| | |
|---|---|
| **9/30/2026** | Certificate of Mailing for (Hearing on Demurrer - with Motion to Strike (CCP 430.10); Hea...) of 09/30/2026; Filed by: Clerk |
| **9/30/2026** | Clerks Certificate of Service By Electronic Service; Filed by: Clerk; As to: MICHELLE R. BERNARD (Attorney) |
| **9/30/2026** | Hearing on Demurrer - with Motion to Strike (CCP 430.10) scheduled for 09/30/2026 at 08:30 AM in Van Nuys Courthouse East at Department I updated: Result Date to 09/30/2026; Result Type to Held |
| **9/30/2026** | Hearing on Motion to Strike Motion to Strike Portions of Plaintiff's Complaint scheduled for 09/30/2026 at 08:30 AM in Van Nuys Courthouse East at Department I updated: Result Date to 09/30/2026; Result Type to Held - Motion Denied |
| **9/29/2026** | Notice Notice of Settlement in Principle; Filed by: Luna D'Sol (Plaintiff); As to: Luna D'Sol (Plaintiff); FARMERS INSURANCE EXCHANGE (Defendant) |
| **9/29/2026** | Proof of Service (not Summons and Complaint); Filed by: Luna D'Sol (Plaintiff); As to: FARMERS INSURANCE EXCHANGE (Defendant) |
| **9/29/2026** | Notice of Related Case; Filed by: Luna D'Sol (Plaintiff) |
| **9/22/2026** | Hearing on Demurrer - with Motion to Strike (CCP 430.10) scheduled for 09/30/2026 at 08:30 AM in Van Nuys Courthouse East at Department I |
| **9/22/2026** | Hearing on Motion to Strike Motion to Strike Portions of Plaintiff's Complaint scheduled for 09/30/2026 at 08:30 AM in Van Nuys Courthouse East at Department I |
| **9/22/2026** | Minute Order (Court Order Rescheduling Hearing) |
| **9/22/2026** | Certificate of Mailing for (Court Order Rescheduling Hearing) of 09/22/2026; Filed by: Clerk |
| **9/22/2026** | Clerks Certificate of Service By Electronic Service; Filed by: Clerk; As to: MICHELLE R. BERNARD (Attorney) |
| **9/22/2026** | On the Court's own motion, Hearing on Demurrer - with Motion to Strike (CCP 430.10) scheduled for 09/23/2026 at 08:30 AM in Van Nuys Courthouse East at Department I Not Held - Advanced and Continued - by Court was rescheduled to 09/30/2026 08:30 AM |
| **9/22/2026** | On the Court's own motion, Hearing on Motion to Strike Motion to Strike Portions of Plaintiff's Complaint scheduled for 09/23/2026 at 08:30 AM in Van Nuys Courthouse East at Department I Not Held - Advanced and Continued - by Court was rescheduled to 09/30/2026 08:30 AM |
| **9/21/2026** | Notice of Remote Appearance; Filed by: FARMERS INSURANCE EXCHANGE (Defendant); As to: Luna D'Sol (Plaintiff) |
| **9/21/2026** | Proof of Service (not Summons and Complaint); Filed by: FARMERS INSURANCE EXCHANGE (Defendant); As to: Luna D'Sol (Plaintiff) |
| **9/16/2026** | Clerks Certificate of Service By Electronic Service; Filed by: Clerk |
| **9/16/2026** | Reply and Notice of Non-Receipt of Opposition to Demurrer to Complaint; Filed by: FARMERS INSURANCE EXCHANGE (Defendant) |
| **9/16/2026** | Proof of Service (not Summons and Complaint); Filed by: FARMERS INSURANCE EXCHANGE (Defendant); As to: Luna D'Sol (Plaintiff) |
| **9/16/2026** | Reply and Notice of Non-Receipt of Opposition to Motion to Strike Portions of Plaintiff's Complaint; Filed by: FARMERS INSURANCE EXCHANGE (Defendant) |

**9/16/2026** Minute Order (Court Order Rescheduling Hearing)

**9/16/2026** Certificate of Mailing for (Court Order Rescheduling Hearing) of 09/16/2026; Filed by: Clerk

**9/16/2026** Clerks Certificate of Service By Electronic Service; Filed by: Clerk; As to: MICHELLE R. BERNARD (Attorney)

**9/16/2026** On the Court's own motion, Case Management Conference scheduled for 10/21/2026 at 08:30 AM in Van Nuys Courthouse East at Department I Not Held - Advanced and Continued - by Court was rescheduled to 11/04/2026 08:30 AM

**7/21/2026** Hearing on Motion to Strike Motion to Strike Portions of Plaintiff's Complaint scheduled for 09/23/2026 at 08:30 AM in Van Nuys Courthouse East at Department I

**7/21/2026** Hearing on Demurrer - with Motion to Strike (CCP 430.10) scheduled for 09/23/2026 at 08:30 AM in Van Nuys Courthouse East at Department I

**7/20/2026** Proof of Service (not Summons and Complaint); Filed by: FARMERS INSURANCE EXCHANGE (Defendant); As to: Luna D'Sol (Plaintiff)

**7/20/2026** Memorandum of Points & Authorities; Filed by: FARMERS INSURANCE EXCHANGE (Defendant)

**7/20/2026** Declaration DECLARATION OF MICHELLE R. BERNARD IN SUPPORT OF DEFENDANT FARMERS INSURANCE EXCHANGES DEMURRER TO PLAINTIFFS COMPLAINT; Filed by: FARMERS INSURANCE EXCHANGE (Defendant)

**7/20/2026** Demurrer - with Motion to Strike (CCP 430.10); Filed by: FARMERS INSURANCE EXCHANGE (Defendant)

**7/20/2026** Memorandum of Points & Authorities; Filed by: FARMERS INSURANCE EXCHANGE (Defendant)

**7/20/2026** Proof of Service (not Summons and Complaint); Filed by: FARMERS INSURANCE EXCHANGE (Defendant); As to: Luna D'Sol (Plaintiff)

**7/20/2026** Declaration DECLARATION OF MICHELLE R. BERNARD IN SUPPORT OF DEFENDANT FARMERS INSURANCE EXCHANGES MOTION TO STRIKE PORTIONS OF PLAINTIFFS COMPLAINT; Filed by: FARMERS INSURANCE EXCHANGE (Defendant)

**7/20/2026** Motion to Strike (not initial pleading); Filed by: FARMERS INSURANCE EXCHANGE (Defendant)

**7/17/2026** Proof of Service (not Summons and Complaint); Filed by: FARMERS INSURANCE EXCHANGE (Defendant)

**7/17/2026** Declaration of Demurring Party in Support of Automatic Extension; Filed by: FARMERS INSURANCE EXCHANGE (Defendant)

**6/22/2026** Notice Re: Continuance of Hearing and Order; Filed by: Clerk

**6/22/2026** On the Court's own motion, Case Management Conference scheduled for 10/02/2026 at 08:30 AM in Van Nuys Courthouse East at Department I Not Held - Rescheduled by Court was rescheduled to 10/21/2026 08:30 AM

**6/15/2026** Proof of Service by Substituted Service; Filed by: Luna D'Sol (Plaintiff); As to: FARMERS INSURANCE EXCHANGE (Defendant); Proof of Mailing Date: 06/10/2026; Service Cost: 240.00; Service Cost Waived: No

**6/9/2026** Civil Case Cover Sheet; Filed by: Luna D'Sol (Plaintiff)

**6/8/2026** Notice of Case Management Conference; Filed by: Clerk

**6/8/2026** Case Management Conference scheduled for 10/02/2026 at 08:30 AM in Van Nuys

Courthouse East at Department I

| | |
|---|---|
| **6/4/2026** | Summons on Complaint; Issued and Filed by: Luna D'Sol (Plaintiff); As to: FARMERS INSURANCE EXCHANGE (Defendant) |
| **6/4/2026** | Updated -- Order on Court Fee Waiver (Superior Court): Status Date changed from 06/04/2026 to 06/04/2026 |
| **6/4/2026** | Order on Court Fee Waiver (Superior Court); Signed and Filed by: Clerk; As to: Luna D'Sol (Plaintiff) |
| **6/4/2026** | Notice of Case Assignment - Unlimited Civil Case; Filed by: Clerk |
| **6/4/2026** | Alternative Dispute Resolution Packet; Filed by: Clerk |
| **6/4/2026** | Complaint; Filed by: Luna D'Sol (Plaintiff); As to: FARMERS INSURANCE EXCHANGE (Defendant) |
| **6/4/2026** | Case assigned to Hon. Karen Moskowitz in Department I Van Nuys Courthouse East |

Back To Top

# EXHIBIT E

# RJN No. 5

Governor's Emergency Declaration
Executive Order N-2-25

# EXECUTIVE DEPARTMENT
# STATE OF CALIFORNIA

## EXECUTIVE ORDER N-2-25

**WHEREAS** on January 7, 2025, I proclaimed a State of Emergency to exist in Los Angeles and Ventura Counties due to the Palisades Fire and windstorm conditions; and

**WHEREAS** the Palisades Fire has burned over 15,000 acres and additional fires have ignited and spread rapidly in Los Angeles County as a result of those windstorm conditions, including the Eaton, Hurst, Lidia, and Woodley Fires; and

**WHEREAS** these Los Angeles County fires and windstorm conditions continue to threaten structures, homes, and critical infrastructure, with over 170,000 residents under evacuation orders in Los Angeles County; and

**WHEREAS** these Los Angeles County fires and windstorm conditions have resulted in poor air quality and significant impacts to schools, including school closures and limited outdoor physical education; and

**WHEREAS** under the provisions of Government Code section 8571, I find that strict compliance with various statutes and regulations specified in this Order would prevent, hinder, or delay the mitigation of the effects of these Los Angeles County fires and windstorm conditions.

**NOW, THEREFORE, I, GAVIN NEWSOM,** Governor of the State of California, in accordance with the authority vested in me by the State Constitution and statutes, including the California Emergency Services Act, and in particular, Government Code section 8567, 8571, and 8627, do hereby issue the following Order to become effective immediately.

**IT IS HEREBY ORDERED THAT:**

1. The provisions of Unemployment Insurance Code section 1253 imposing a one-week waiting period for unemployment insurance applicants are suspended as to all applicants who are unemployed as a direct result of this emergency in Los Angeles County and apply for unemployment insurance benefits during the time period beginning January 7, 2025, and ending on the close of business on July 7, 2025, in Los Angeles County and who are otherwise eligible for unemployment insurance benefits.

2. Vehicle Code sections 9265(a), 9867, 14901, 14902, and 15255.2, requiring the imposition of fees, are suspended with regard to any request for replacement of an identification card, driver's license card, vehicle registration certificate, or certificate of title, or registration stickers, by any individual who loses such records as a result this emergency in Los Angeles County. Such records shall be replaced without charge.

3. The provisions of Vehicle Code sections 4602 and 5902, requiring the timely registration or transfer of title, are suspended with regard to any registration or transfer of title by any individual who is unable to comply with those requirements as a result of this emergency in Los Angeles County. The time covered by this suspension shall not be included in calculating any late penalty pursuant to Vehicle Code section 9554.

4. Health and Safety Code sections 103525.5 and 103625, and Penal Code section 14251, requiring the imposition of fees, are suspended with regard to any request for copies of certificates of birth, death, marriage, and dissolution of marriage records, by any individual who loses such records as a result of this emergency in Los Angeles County. Such copies shall be provided without charge.

5. State statutes, rules, regulations, and requirements that fall within the jurisdiction of boards, departments, and offices within the California Environmental Protection Agency and the California Natural Resources Agency are hereby suspended to the extent necessary for expediting the removal and cleanup of debris from this emergency or to address other impacts associated with that debris, for implementing any restoration plan necessary for mitigation of the effects of the emergency, or conducting other fire recovery activities.

6. Individuals or entities who desire to conduct activities under the suspension of statutes, rules, regulations, and requirements specified in Paragraph 5 shall first request that the appropriate Agency Secretary, or the Secretary's designee, make a determination that the proposed activities are eligible to be conducted under the suspension. The Secretary of the California Environmental Protection Agency and the Secretary of the California Natural Resources Agency shall use sound discretion in applying this Order to ensure that the suspension serves the purpose of accelerating cleanup and recovery, while at the same time protecting public health and the environment. Each Agency shall maintain on its website a list of all suspensions approved under this Paragraph.

7. Any activities performed under the suspension of statutes, rules, regulations, and requirements specified in Paragraph 5 shall be in accordance with the State Environmental Protection Plan, or a comparable plan describing how such actions will balance expeditious fire recovery and environmental protection.

8. In order to ensure hospitals, clinics, and other health facilities remain open, the Director of the California Department of Public Health (CDPH) may waive any of the licensing requirements of chapters 1, 2, 8, and 8.5 of division 2 of the Health and Safety Code and accompanying regulations with respect to any hospital, clinic, other health facility, home health agency, or hospice agency identified in Health and Safety Code sections 1200, 1250, 1727, or 1746 that is impacted by this emergency. Any waiver shall include alternative measures that, under the circumstances, will allow the facilities to remain open while protecting public health and safety. Any health facilities or agencies being granted a waiver shall be established and operated in accordance with their disaster and mass casualty plan or emergency preparedness plan. Any waivers granted pursuant to this paragraph shall be posted on the CDPH website and shall be in effect only so long as necessary to address the direct impacts of this emergency in Los Angeles County.

9. In order to directly respond to the needs of impacted adult and senior care facilities, child care facilities, children's residential facilities, resource family homes, home care organizations, and other similar care facilities and care providers within the California Department of Social Services' (CDSS) jurisdiction, the Director of CDSS may waive any provisions of the Family Code, Health and Safety Code, or Welfare and

Institutions Code, and accompanying regulations or written directives, with respect to the use, licensing, certification, registration or approval of care providers, facilities or homes within CDSS jurisdiction set forth in the California Community Care Facilities Act (Health and Safety Code section 1500 et seq.), Child Care Provider Registration (Health and Safety Code section 1596.60 et seq.), the California Child Day Care Facilities Act (Health and Safety Code section 1596.70 et seq.), Residential Care Facilities for Persons With Chronic Life-Threatening Illness (Health and Safety Code section 1568.01 et seq.), the California Residential Care Facilities for the Elderly Act (Health and Safety Code section 1569 et seq.), Medical Foster Homes for Veterans (Health and Safety Code section 1568.21 et seq.), Continuing Care Contracts (Health and Safety Code section 1770 et seq.), the Home Care Services Consumer Protection Act (Health and Safety Code section 1796.10 et seq.), and the Resource Family Approval Program (Welfare and Institutions Code section 16519.5 et seq.). Any waivers granted pursuant to this paragraph shall be posted on the CDSS website and shall be in effect only so long as necessary to address the direct impacts of this emergency in Los Angeles County.

10. In order to directly respond to the needs of behavioral health programs and facilities impacted by this emergency, including alcohol and other drug programs, adult alcoholism or drug abuse recovery or treatment facilities, driving-under-the-influence programs, narcotic treatment programs, psychiatric health facilities, mental health rehabilitation centers, social rehabilitation programs, skilled nursing facilities with special treatment programs, Lanterman-Petris-Short designated facilities, community treatment facilities, short term residential therapeutic programs, and children's crisis residential programs, the Director of the Department of Health Care Services (DHCS) may waive any licensing, certification, or approval requirements for such programs under its jurisdiction set forth in Welfare and Institutions Code, Divisions 4, 5 and 9 and in Health and Safety Code, Divisions 2 and 10.5 and accompanying regulations, written standards, or information notices. Any waivers granted pursuant to this paragraph shall be posted on the DHCS website and shall be in effect only so long as necessary to address the direct impacts of this emergency in Los Angeles County.

11. The requirements to provide minimum instructional minutes in physical education for grades 1 through 12 as provided by Education Code sections 51210, 51220, 51222, and 51223 are suspended during periods affected by this emergency in Los Angeles and Ventura Counties with respect to school buildings or temporary facilities in which indoor space for physical education is unavailable. To the extent that students displaced by these wildfires significantly impact local educational agencies in other counties, these sections and all implementation regulations are also suspended for impacted local educational agencies.

**I FURTHER DIRECT** that as soon as hereafter possible, this Order be filed in the Office of the Secretary of State and that widespread publicity and notice be given of this Order.

This Order is not intended to, and does not, create any rights or benefits, substantive or procedural, enforceable at law or in equity, against the State of California, its agencies, departments, entities, officers, employees, or any other person.

**IN WITNESS WHEREOF** I have hereunto set my hand and caused the Great Seal of the State of California to be affixed this 8th day of January 2025.

GAVIN NEWSOM
Governor of California

**ATTEST:**

SHIRLEY WEBER, PH.D
Secretary of State

# EXHIBIT F

# RJN No. 6

Farmers Investigation Claim's Handling
County of Los Angeles, September 9, 2026.

OFFICE OF THE
COUNTY
COUNSEL

**County of Los Angeles**

Dawyn R. Harrison
County Counsel

September 9, 2026

Mr. Raul Vargas, CEO
Farmers Group, Inc.
Woodland Hills, California
Email: *raul.vargas@farmersinsurance.com*

Asya Alexandrovich,
General Counsel
Email:
asya.alexandrovich@farmersinsurance.com

**Re: Los Angeles County Counsel Investigation of Farmers' Response to Claims Arising Out of the January 2025 Los Angeles County Wildfires**

Dear Farmers Insurance Group and Mr. Vargas:

The Affirmative Litigation and Consumer Protection Division of Los Angeles County's Office of the County Counsel (hereafter, County Counsel) is hereby notifying you that it has commenced a civil investigation of potential violations of California's Unfair Competition Law (Cal. Bus. & Prof. Code § 17200 *et seq.*) by Farmers Insurance Group (Farmers) related to Farmers' handling of insurance claims arising out of the January 2025 Eaton and Palisades wildfires (January 2025 Wildfires) in Los Angeles County. Bad faith insurance practices may violate the Unfair Competition Law, *Zhang v. Superior Court*, 57 Cal.4th 364, 380 (2013), and County Counsel is empowered by statute to prosecute and seek restitution, civil penalties, and injunctive relief for such violations on behalf of the People of the State of California. Cal. Bus. and Prof. Code §§ 17204, 17203, 17206.

The scope of County Counsel's investigation includes, but is not limited to, the following conduct related to the January 2025 Wildfires:

- Whether Farmers failed to timely respond to communications from claimants and/or timely accept or deny claims.



**648 Kenneth Hahn Hall of Administration**
500 West Temple Street
Los Angeles, California 90012-2713

TEL 213.808.8747
TDD 213.633.0901

- Whether Farmers engaged in a practice of switching adjustors assigned to a claim in a manner that resulted in delays and unfairly burdened policyholders in violation of its obligations to timely process claims and to diligently conduct thorough, fair, and objective investigations of claims.

- Whether Farmers misrepresented policy language or the terms or scope of coverage to claimants.

- Whether Farmers has failed to provide compensation for reimbursement for living expenses for up to 36 months from the date of the covered loss as required by law.

- Whether Farmers has failed to disclose repair, remediation, or replacement estimates or other documents upon claimant's request in violation of its obligation to disclose such documents within 15 days of a request.

- Whether Farmers failed to pay for testing for, or otherwise reasonably investigate claims of, smoke damage and/or failed to compensate claimants for remediation of smoke damage in violation of its obligations to conduct thorough, fair, and objective investigations of claims and to effectuate settlements of claims where liability is reasonably clear.

- Whether Farmers made false or misleading statements regarding the nature or scope of the coverage it intended to provide to induce homeowners to purchase, renew, and/or maintain Farmers homeowners insurance.

If Farmers is engaging in any of these unfair and illegal practices, immediately stop them and come into compliance with state law. Los Angeles County residents paid Farmers millions of dollars in premiums and it is Farmers' obligation to honor those policies and do everything it can to help its customers recover and rebuild.

County Counsel seeks Farmers' cooperation in its investigation. Specifically, County Counsel requests that Farmers produce the following documents related to the January 2025 Wildfires:

1. Any and all documents, including but not limited to reports, spreadsheets, databases, summaries, dashboards or other records that track, compile, or reflect in aggregate form information concerning

insurance claims related to the January 2025 Wildfires in Los Angeles County received by Farmers, including but not limited to:

a. the number or volume of claims submitted;

b. the nature or category of those claims;

c. the communications between claimants and Farmers for each claim and dates or timing thereof;

d. a description of the documents or materials submitted by each claimant and dates or timing of such submissions;

e. a description of the documents or materials sent to or disclosed to each claimant and the dates or timing of thereof;

f. the disposition or outcomes of each claim and the dates or timing thereof;

2. Any and all documents, including but not limited to manuals, claims manuals, memoranda, memoranda of instruction, specimen letters, forms, bulletins, training materials, policy statements, guidelines, or directives that reflect, describe, or constitute Farmers' claims-handling policies, procedures, criteria, guidelines, or practices applicable to claims arising out of property damaged by fire or smoke.

3. Any and all documents, including but not limited to manuals, claims manuals, memoranda, memoranda of instruction, specimen letters, forms, bulletins, training materials, policy statements, guidelines, or directives that reflect, describe, or constitute any updates, revisions, or changes made to Farmers' claims-handling policies, procedures, criteria, guidelines, or practices for claims arising out of property damaged by fire or smoke on or after January 7, 2025.

4. Any and all documents, including but not limited to manuals, claims manuals, memoranda, memoranda of instruction, specimen letters, forms, bulletins, training materials, policy statements, guidelines, or directives that reflect, describe, or constitute any updates, revisions, or changes made to Farmers' claims-handling policies, procedures, criteria,

guidelines, or practices for claims arising out of property damaged by fire or smoke in response to statements, orders, guidance, or directives of the California Department of Insurance ("CDI") or the CDI Commissioner issued on or after January 7, 2025.

5. Any and all documents, including but not limited to manuals, claims manuals, memoranda, memoranda of instruction, specimen letters, forms, bulletins, training materials, policy statements, guidelines, or directives that reflect, describe, or constitute Farmers' policies regarding its adjustors, whether in-house or contracted, including in regard to licensing, ethics, and continuing education requirements.

6. Any and all documents, including but not limited to manuals, claims manuals, memoranda, memoranda of instruction, specimen letters, forms, bulletins, training materials, policy statements, guidelines, or directives that reflect, describe, or constitute Farmers' policies regarding its catastrophe adjustors, whether in-house or contracted, including in regard to licensing, ethics, and continuing education requirements.

7. Any and all documents, including but not limited to manuals, claims manuals, memoranda, memoranda of instruction, specimen letters, forms, bulletins, training materials, policy statements, guidelines, or directives that reflect, describe, or constitute Farmers' use of Artificial Intelligence (AI) tools in the claims review process.

8. Any and all documents, including without limitation advertisements, marketing materials, promotional statements, informational statements, descriptions of insurance policies, summaries of the terms of insurance policies, and insurance policy declarations containing representations regarding the coverage provided under Farmers homeowners insurance policies that include coverage for fire damage, smoke damage, or damage caused by fire or smoke to a homeowner's property disseminated to the public, prospective insureds, or insureds from January 1, 2023 through January 7, 2025.

9. Any and all documents that reflect, describe, or constitute sales scripts, talking points, training materials, or guidelines provided to agents, brokers, or representatives of Farmers, regardless of whether such

persons are employed by Farmers, concerning statements or representations to the public, prospective insureds, or insureds regarding coverage provided under Farmers homeowners insurance policies that include coverage for fire damage, smoke damage, or damage caused by fire or smoke to a homeowner's property and in effect from January 1, 2023 through January 7, 2025.

10. All documents, responses, and information regarding Farmers' handling of claims from Farmers policyholders arising out of the January 2025 Wildfires submitted to state or federal regulatory agencies.

Because this investigation concerns the ability of Los Angeles County residents who have been displaced or otherwise severely impacted by the January 2025 Wildfires to recover duly owed compensation and assistance, time is of the essence and County Counsel seeks Farmers' cooperation on an expedited basis. We request that Farmers provide an initial response to this correspondence no later than September 21, 2026.

Please direct any responses, questions, or other inquiries regarding this correspondence or the above-described investigation to the following attorneys:

Scott Kuhn (skuhn@counsel.lacounty.gov)
Andrea Ross (aross@counsel.lacounty.gov)
Anik Banerjee (abanerjee@counsel.lacounty.gov)
Joe Mellis (jmellis@counsel.lacounty.gov)

The County is committed to supporting those impacted by the January 2025 Wildfires in obtaining fair and efficient processing of their claims so they can return to safe and clean homes and rebuild their homes and community.

Finally, Farmers is hereby advised to maintain and preserve any records related to the above-described investigation and Farmers' claims processing regarding the January 2025 Wildfires. Failure to properly preserve such records may constitute a violation of law and subject Farmers to legal liability or other adverse consequences.

Very truly yours,

DAWYN R. HARRISON
County Counsel

By Jon Scott Kuhn
SCOTT KUHN
Assistant County Counsel
Affirmative Litigation & Consumer
Protection Division