LUNA D'SOL
Plaintiff, In Pro Per
Email Address: jravada@icloud.com
2275 E Belding Dr
Palm Springs CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUNA D'SOL<br>Plaintiff,<br><br>VS.<br><br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY; and DOES 1 through 50, inclusive,<br>Defendant(s). | **Case No: 2:25-cv-10938-SVW-AS**<br><br>**[PORPOSE] ORDER**<br><br>Judge: Hon. Stephen V Wilson<br>. United States District Juge<br><br>Date: October 23, 2026<br>Time: 8:30 am<br><br>Complaint Filed: March 4th, 2026 |

The Court, having considered Plaintiff Luna D'Sol's Ex Parte Application for Continuance of All Pending Hearings and Deadlines due to urgent medical hospitalization, the Memorandum of Points and Authorities, the supporting Declarations, and any opposition filed thereto, and finding good cause exists pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) and Local Rules 6-1 and 7-19: IT IS HEREBY ORDERED THAT:

1. Plaintiff's Ex Parte Application is GRANTED;
2. All active litigation, including all pending discovery schedules, motion response deadlines, and court appearances in this matter, is STAYED for a period of thirty (30) days from the date of this Order to allow Plaintiff to undergo required medical treatment and stabilization, and to allow the parties an opportunity to finalize settlement terms;
3. All currently scheduled hearings before this Court are hereby vacated and continued for approximately thirty (30) days, to be rescheduled by the Court Clerk as follows: o The hearing on Defendants' motions, currently set for October 22, 2026, is continued to ______________________, 2026, at _________ _.m. o [Insert any other upcoming specific hearing date] is continued to ______________________, 2026, at _________ _.m.
4. The parties are directed to file a joint status report regarding the status of Plaintiff's medical availability and/or the finalization of the settlement agreement on or before ______________________, 2026 [Leave blank for the Judge to fill in a date roughly 30

days out]. IT IS SO ORDERED. Dated: ____________, 2026 _______________

________________________________

Hon. Stephen V Wilson. UNITED STATES DISTRICT JUDGE