# EXHIBIT 101

**Mr. Michael Cantor**
**26741 Portola Pkwy**
**#1E-469**
**Foothill Ranch, CA 92610 USA**
**(949) 275-4950**

INSPECT. ANALYZE. INTERPRET.

MoldREPORT™

**Eurofins EMLab P&K**
www.MoldREPORT.com
info@MoldREPORT.com

Approved by:

Technical Manager
Danny Li

Dates of Analysis:
MoldReport Spore trap: 11-08-2024

Service SOPs:
MoldReport Spore trap (EM-MY-S-1038)†

†AIHA LAP, LLC accredited service, Lab ID #178697

All samples were received in acceptable condition unless noted in the Report Comments portion in the body of the report. Due to the nature of the analyses performed, field blank correction of results is not applied. The results relate only to the samples as received and tested. Information supplied by the client which can affect the validity of results: sample air volume.

Eurofins EPK Built Environment Testing, LLC ("the Company") shall have no liability to the client or the client's customer with respect to decisions or recommendations made, actions taken or courses of conduct implemented by either the client or the client's customer as a result of or based upon the Test Results. In no event shall the Company be liable to the client with respect to the Test Results except for the Company's own willful misconduct or gross negligence nor shall the Company be liable for incidental or consequential damages or lost profits or revenues to the fullest extent such liability may be disclaimed by law, even if the Company has been advised of the possibility of such damages, lost profits or lost revenues. In no event shall the Company's liability with respect to the Test Results exceed the amount paid to the Company by the client therefor.



PLAINTIFF'S EXHIBIT PL101-001

**Client: 2020 Home Inspections - CA**
Contact: Mr. Michael Cantor
Project: Ravada-2275 East Belding Dr
Date of Sampling: 11-06-2024
Date of Receipt: 11-07-2024
Date of Report: 11-08-2024

**MoldREPORT**
Eurofins EMLab P & K
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(833) 465-5857 Fax (623) 780-7695

# Table of Contents

Thank you for choosing MoldREPORT™ from Eurofins EMLab P&K. Our mission is to provide industry leadership for the assessment of mold in the home indoor environment.

Your MoldREPORT™ is designed and intended for use by professional inspectors in office and residential home inspections to help in the assessment of mold growth in the living areas sampled by professional inspectors. Our laboratory analysis is based on the samples submitted to Eurofins EMLab P&K. Please read the entire report to fully understand the complete MoldREPORT™ process. The following is a summary of the report sections:

**1. Detailed Results of Sample Analysis -** Laboratory results from the samples collected at the site.

**2. Understanding Your Sample Analysis Results -** Detailed summary of how to understand the analytical results from the air samples and/or surface samples including interpretive guidelines.

**3. Important Information, Terms and Conditions -** General information to help you understand and interpret your MoldREPORT™ , including important terms, conditions and applicable legal provision relating to this report.

**4. Scope and Limitations -** Important information regarding the scope of the MoldREPORT™ system, and limitations
of mold inspection, air sampling, and surface sampling.

**5. Glossary -** Definitions and descriptions of frequently used terms and commonly found mold.

**6. References and Resources -** Literature, websites, and other materials that can provide more in-depth information about mold and indoor air quality.

This report is generated by Eurofins EPK Built Environment Testing, LLC at the request, and for the exclusive use, of the Eurofins EPK Built Environment Testing, LLC client named in this report. Important terms, conditions, and limitations apply. The Eurofins EPK Built Environment Testing, LLC client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC



PLAINTIFF'S EXHIBIT PL101-002

**Client: 2020 Home Inspections - CA**
Contact: Mr. Michael Cantor
Project: Ravada-2275 East Belding Dr
Date of Sampling: 11-06-2024
Date of Receipt: 11-07-2024
Date of Report: 11-08-2024

**MoldREPORT**
Eurofins EMLab P & K
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(833) 465-5857 Fax (623) 780-7695

## Summary of Sample Analysis Results

**Do not take any action based on the results of this report until you have read the entire report.**

### Air Sample Summary:

The MoldSCORE™ was in the HIGH range for the following area(s): ST2. A high MoldSCORE™ indicates a high likelihood of mold growth in the area tested at the time of the inspection. If mold growth is in fact present, it should be cleaned or physically removed using appropriate controls and precautions by a trained professional and any associated water source that led to the problem should also be corrected.

The MoldSCORE™ was in the LOW range for the following area(s): ST1. A low MoldSCORE™ indicates the air sample did not detect, relative to the outside air, the presence of indoor mold growth in this room at the time of sampling.

Please see the sections titled "Detailed Results of the Air Sample Analysis" and "Understanding Your Air Sample Analysis Results" for important additional information.

| Location | MoldSCORE™ (Lower <110 — 200 — Higher 300) | Mold Score | Exposure Level (Lower <200 — 1K — 10K — Higher >70K) | Location spores/m3 | Outside spores/m3 |
|---|---|---|---|---|---|
| ST1: SE Bathroom Containment * see p. 4 for details | | 108 | | 53 | 170 |
| ST2: Room Area Outside of Containment * see p. 5 for details | | 300 | | 4,300 | 170 |

This report is generated by Eurofins EPK Built Environment Testing, LLC at the request, and for the exclusive use, of the Eurofins EPK Built Environment Testing, LLC client named in this report. Important terms, conditions, and limitations apply. The Eurofins EPK Built Environment Testing, LLC client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC


PLAINTIFF'S EXHIBIT PL101-003

**Client: 2020 Home Inspections - CA**
Contact: Mr. Michael Cantor
Project: Ravada-2275 East Belding Dr
Date of Sampling: 11-06-2024
Date of Receipt: 11-07-2024
Date of Report: 11-08-2024

**MoldREPORT**
Eurofins EMLab P & K
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(833) 465-5857 Fax (623) 780-7695

# Detailed Results of the Air Sample Analysis

| Location<br>Lab ID-version:‡ 19005291-1 | Overall Mold Source Assessment* (Likelihood spores originated inside) Lower <110 200 Higher 300 | Mold Score | Overall Exposure Level (Shown on a log scale) Lower <200 1K 10K Higher >70K | Location spores/m3 | Location raw ct | Outside ‡19005289-1 OSF spores/m3 | Outside raw ct |
|---|---|---|---|---|---|---|---|
| ST1: SE Bathroom Containment | | 108 | | 53 | 1 | 170 | 4 |

## Indicators of Mold Growth Indoors

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) Lower <110 200 Higher 300 | Mold Score | Indicator Exposure Level (Shown on a log scale) Lower <200 1K 10K Higher >70K | Location spores/m3 | Location raw ct | Outside spores/m3 | Outside raw ct |
|---|---|---|---|---|---|---|---|
| A) Penicillium/Aspergillus types** | | 108 | | 53 | 1 | < 13 | 0 |
| B) Cladosporium species spores | | 100 | | < 13 | 0 | < 13 | 0 |
| C) Basidiospores | | 100 | | < 13 | 0 | < 13 | 0 |
| D) "Marker" spore types*** | | 100 | | < 13 | 0 | 13 | 1 |
| E) "Other" spore types***,**** | | 100 | | < 13 | 0 | 160 | 3 |

## Other Sample Information

Sample clarity & visibility

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | X | | |
| Outside | X | | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples.
"Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

Other "normal trapping" spores***

| Exposure Level (Highly unlikely to be from indoors) Lower <200 1K 10K Higher >70K | Location spores/m3 | Location raw ct | Outside spores/m3 | Outside raw ct |
|---|---|---|---|---|
| | < 13 | 0 | < 13 | 0 |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 75 | 75 |

Comments

| | |
|---|---|
| Location | None |
| Outside | None |

* Rated on a scale from low to high. A MoldSCORE™ rating of <150 is low and indicates a low probability of spores originating inside. A MoldSCORE™ rating of >250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A MoldSCORE™ between 150 and 250 indicates a moderate likelihood of indoor fungal growth. Eurofins EMLab P&K's MoldSCORE™ analysis is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the MoldSCORE™ analysis on other samples (like wall cavity samples) will lead to misleading results.

** The spores of *Penicillium* and *Aspergillus* (and others such as *Acremonium* and *Paecilomyces)* are small and round with very few distinguishing characteristics. They cannot be differentiated by spore trap sampling methods. Also some species with very small spores are easily missed, and may be undercounted. The *Penicillium/Aspergillus* indicator operates on the assumption that the majority of the spores in this category are, in fact, *Penicillium* or *Aspergillus*.

*** The spores reported in this category come from many different mold types. As a result, the mold types represented by the counts for the "Location" sample may be different than the mold types represented by the counts for the outside sample. The totals shown are the summation of the rounded values for the spores types in the category and may contain more than two significant figures.

**** The spores of smuts, *Periconia*, and myxomycetes look similar and cannot generally be distinguished by spore trap analysis. Smuts are plant pathogens and are not likely to be on indoor surfaces. *Periconia* is rarely found growing indoors. However, myxomycetes, the spores of which look similar, can occasionally grow indoors. Because there is a small probability of indoor sources, these spore types are indicated in the "other" spore types category. False positives may result if the spores are smuts, not myxomycetes.

‡A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".The revision number is reflected by the value of "x".
Total spores/m3 has been rounded to two significant figures to reflect analytical precision.
The analytical sensitivity is the spores/m^3 divided by the raw count, expressed in spores/m^3, per spore and per sample.

This report is generated by Eurofins EPK Built Environment Testing, LLC at the request, and for the exclusive use, of the Eurofins EPK Built Environment Testing, LLC client named in this report. Important terms, conditions, and limitations apply. The Eurofins EPK Built Environment Testing, LLC client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC



PLAINTIFF'S EXHIBIT PL101-004

**Client: 2020 Home Inspections - CA**
Contact: Mr. Michael Cantor
Project: Ravada-2275 East Belding Dr
Date of Sampling: 11-06-2024
Date of Receipt: 11-07-2024
Date of Report: 11-08-2024

**MoldREPORT**
Eurofins EMLab P & K
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(833) 465-5857 Fax (623) 780-7695

# Detailed Results of the Air Sample Analysis

| Location<br>Lab ID-version:‡ 19005292-1 | Overall Mold Source Assessment* (Likelihood spores originated inside) Lower <110 – 200 – Higher 300 | Mold Score | Overall Exposure Level (Shown on a log scale) Lower <200 – 1K – 10K – Higher >70K | Location spores/m3 | Location raw ct | Outside ‡19005289-1 OSF spores/m3 | Outside raw ct |
|---|---|---|---|---|---|---|---|
| ST2: Room Area Outside of Containment | | 300 | | 4,300 | 80 | 170 | 4 |

## Indicators of Mold Growth Indoors

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) Lower <110 – 200 – Higher 300 | Mold Score | Indicator Exposure Level (Shown on a log scale) Lower <200 – 1K – 10K – Higher >70K | Location spores/m3 | Location raw ct | Outside spores/m3 | Outside raw ct |
|---|---|---|---|---|---|---|---|
| A) Penicillium/Aspergillus types** | | 100 | | < 13 | 0 | < 13 | 0 |
| B) Cladosporium species spores | | 100 | | < 13 | 0 | < 13 | 0 |
| C) Basidiospores | | 100 | | < 13 | 0 | < 13 | 0 |
| D) "Marker" spore types***<br>1) Stachybotrys 2) Chaetomium | | 300 | | 4,130 | 77 | 13 | 1 |
| E) "Other" spore types***,****<br>1) Other brown | | 162 | | 160 | 3 | 160 | 3 |

## Other Sample Information

Sample clarity & visibility

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | | X | |
| Outside | X | | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples.
"Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

Other "normal trapping" spores***

| Exposure Level (Highly unlikely to be from indoors) Lower <200 – 1K – 10K – Higher >70K | Location spores/m3 | Location raw ct | Outside spores/m3 | Outside raw ct |
|---|---|---|---|---|
| | < 13 | 0 | < 13 | 0 |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 75 | 75 |

Comments

| | |
|---|---|
| Location | None |
| Outside | None |

* Rated on a scale from low to high. A MoldSCORE™ rating of <150 is low and indicates a low probability of spores originating inside. A MoldSCORE™ rating of >250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A MoldSCORE™ between 150 and 250 indicates a moderate likelihood of indoor fungal growth. Eurofins EMLab P&K's MoldSCORE™ analysis is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the MoldSCORE™ analysis on other samples (like wall cavity samples) will lead to misleading results.

** The spores of *Penicillium* and *Aspergillus* (and others such as *Acremonium* and *Paecilomyces)* are small and round with very few distinguishing characteristics. They cannot be differentiated by spore trap sampling methods. Also some species with very small spores are easily missed, and may be undercounted. The *Penicillium/Aspergillus* indicator operates on the assumption that the majority of the spores in this category are, in fact, *Penicillium* or *Aspergillus*.

*** The spores reported in this category come from many different mold types. As a result, the mold types represented by the counts for the "Location" sample may be different than the mold types represented by the counts for the outside sample. The totals shown are the summation of the rounded values for the spores types in the category and may contain more than two significant figures.

**** The spores of smuts, *Periconia*, and myxomycetes look similar and cannot generally be distinguished by spore trap analysis. Smuts are plant pathogens and are not likely to be on indoor surfaces. *Periconia* is rarely found growing indoors. However, myxomycetes, the spores of which look similar, can occasionally grow indoors. Because there is a small probability of indoor sources, these spore types are indicated in the "other" spore types category. False positives may result if the spores are smuts, not myxomycetes.

‡A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".The revision number is reflected by the value of "x".
Total spores/m3 has been rounded to two significant figures to reflect analytical precision.
The analytical sensitivity is the spores/m^3 divided by the raw count, expressed in spores/m^3, per spore and per sample.

This report is generated by Eurofins EPK Built Environment Testing, LLC at the request, and for the exclusive use, of the Eurofins EPK Built Environment Testing, LLC client named in this report. Important terms, conditions, and limitations apply. The Eurofins EPK Built Environment Testing, LLC client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC



PLAINTIFF'S EXHIBIT PL101-005

**Client: 2020 Home Inspections - CA**
Contact: Mr. Michael Cantor
Project: Ravada-2275 East Belding Dr
Date of Sampling: 11-06-2024
Date of Receipt: 11-07-2024
Date of Report: 11-08-2024

**MoldREPORT**
Eurofins EMLab P & K
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(833) 465-5857 Fax (623) 780-7695

# Understanding Your Air Sample Analysis Results

**Description of the Air MoldREPORT™ Analysis**
Mold spores are present in virtually all environments, both indoors and outdoors, with a few notable exceptions such as industrial clean rooms and hospital organ transplant rooms. Generally, in "normal" or "clean" indoor environments, indoor spore levels are lower, on average, than outdoor levels. However, even the most simple rules (such as "inside/outside" ratios) are not always appropriate for determining whether there is a source of mold growth indoors, and may provide false or misleading results. One reason these simple methods do not always work is because both outdoor and indoor spores levels vary widely due to factors such as weather conditions and activity levels within the room. For example, even in a "normal" home, spore levels can be higher than outdoors at certain times, such as after vacuuming (when airborne indoor levels could be unusually high) or after a heavy snow (when outdoor levels could be unusually low).

MoldREPORT™ is designed and intended to provide an easily understood report for residential home inspections to help in the assessment of mold growth in the living areas sampled. MoldREPORT™ relies on non-invasive and non-destructive tests, so it cannot guarantee that hidden mold problems will be detected and reported. MoldREPORT™ results apply only to the rooms or areas tested, at the time of sampling. Factors taken into consideration include, but are not limited to, the distribution of spore types, absolute levels inside and outside, relative levels inside and outside, the range and variation of spore levels that normally occur outside, and the types of spores present.

Providing you with a helpful, understandable and top quality interpretation requires special expertise. Eurofins EMLab P&K recognizes this and has taken the following steps to provide the best possible interpretation of your air sampling results.

1. Your samples were analyzed by Eurofins EMLab P&K,

2. We utilize the proprietary MoldREPORT™ analysis system, which was developed by a team including leading professionals in the indoor air quality (IAQ) industry.

**MoldSCORE™**
The MoldSCORE™ indicates the likelihood, based upon the air sample laboratory data, that there is unusual or excessive mold growth in the properly sampled indoor area(s). It is calculated using Eurofins EMLab P&K's proprietary MoldREPORT™ system, based upon the indicator scores described in the following paragraphs. When the on-site inspection and sampling are done properly, MoldREPORT™ is less likely to give false results than other, simpler methods of interpretation often employed for routine home inspections, such as ratio analysis. It is important to bear in mind that any analytical method, findings, and interpretation should be used with a degree of caution and common sense. Any decisions related to health should be made in consultation with a medical doctor, and nothing in this report is intended to provide medical advice or indicate whether a medical or safety problem exists.

**Descriptions of the indicators:**

**Quantity and concentration of *Penicillium/Aspergillus* spore types**
This score indicates the likelihood that spores of *Penicillium* or *Aspergillus* present in the indoor sample originated from indoor sources. A high score suggests that there is a high probability that *Penicillium* or *Aspergillus* is originating indoors, such as from active mold growth. A low score indicates that the spores present are more likely to have originated from outdoor sources and come inside through doors and windows, carried in on people's clothing, or similar methods. *Penicillium* and *Aspergillus* are among the most common molds found growing indoors and are one of the more commonly found molds outside as well. Their spores are frequently present in both outdoor and indoor air, even in relatively clean, mold-growth-free, indoor environments. Additionally, their levels vary significantly based upon activity levels, dustiness, weather conditions, outside air exchange rates, and other factors.

This report is generated by Eurofins EPK Built Environment Testing, LLC at the request, and for the exclusive use, of the Eurofins EPK Built Environment Testing, LLC client named in this report. Important terms, conditions, and limitations apply. The Eurofins EPK Built Environment Testing, LLC client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC


PLAINTIFF'S
EXHIBIT
PL101-006

## Understanding Your Air Sample Analysis Results (continued)

**Quantity and concentration of *Cladosporium* spores**
This score indicates the likelihood that spores of *Cladosporium* present in the indoor sample originated from indoor sources. A high rating indicates that there is probably a source of *Cladosporium* spores in this location. *Cladosporium* is one of the most commonly found molds outdoors and is also frequently found growing indoors. Even more so than *Penicillium* and *Aspergillus,* spores from *Cladosporium* are generally present in outdoor and indoor air, even in relatively clean, mold-growth-free, indoor environments. Its levels also vary based upon activity levels, weather conditions, dustiness, outside air exchange rates, and other factors.

**Quantity and concentration of basidiospores**
This score indicates the likelihood that basidiospores present in the indoor sample originated from indoor sources. Basidiospores are extremely common outdoors and originate from fungi in gardens, forests, and woodlands. It is rare for the source of basidiospores to be indoors because basidiospores are produced by a group of fungi that includes mushrooms and other "macrofungi" (and are not technically molds). Their concentrations can be extremely high outdoors during wet conditions such as rain. Nevertheless, in certain conditions basidiospores can be produced indoors, and a high rating indicates that there is probably a source of basidiospores indoors. One reason basidiospores are important is that they can be an indicator of wood decay (e.g. "dry rot"), a condition that can dramatically reduce the structural integrity of a building.

**Quantity and concentration of "marker" spore types**
This score indicates the likelihood that certain distinctive types of mold present in the indoor sample originated from indoor sources. Certain types of mold are generally found in very low numbers outdoors. Consequently, their presence indoors, even in relatively low numbers compared to *Penicillium,* for example, is often an indication that these molds are originating from growth indoors. When present, these mold types are often the clearest indicator of a mold problem. Note, however, that the absence of marker spore types does not mean that a mold problem does not exist in a house; it just means that if a problem is present, it either involves types of mold that are more commonly found both indoors and outdoors, or that the spores from these molds were not airborne at the time of sampling.

**Quantity and concentration of "other" spore types**
This score indicates the likelihood that other types of mold present in the indoor sample originated from indoor sources. This score includes a heterogeneous group of genera that are not covered by any of the scores discussed above, and so it is difficult to make generalizations about this group. Molds in the "other" category are generally found outdoors in moderate numbers, and are therefore not considered markers of indoor growth. They are frequently found indoors but in lower numbers compared to *Cladosporium* and *Penicillium*/*Aspergillus* spores.

**Other Sample Information:**

**Sample clarity and visibility**
Air samples collect dirt and debris in addition to mold spores. Higher levels of debris make analysis more difficult, because they obscure the analyst's view of spores and can therefore lead to undercounting of the mold spores present. When sample clarity and visibility is rated "poor", the analytical results should be regarded as minimal and actual counts may be higher than reported.

**Other "normal trapping" spores**
Some molds do not grow on wet building materials and, consequently, are not usually indicative of building problems, or growth on building surfaces. Strict plant pathogens, for example, even if present in high numbers indoors, are not an indication of a building leak or mold growth on a wall or carpet. This section of the report focuses on the exposure level that may be due to these spore types.

This report is generated by Eurofins EPK Built Environment Testing, LLC at the request, and for the exclusive use, of the Eurofins EPK Built Environment Testing, LLC client named in this report. Important terms, conditions, and limitations apply. The Eurofins EPK Built Environment Testing, LLC client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC


PLAINTIFF'S EXHIBIT PL101-007

## Understanding Your Air Sample Analysis Results (continued)

**Sample volume**
The "sample volume" indicates the volume of air sampled and is reported in liters. A high volume indicates a greater sensitivity, but is more likely to result in poor sample clarity and visibility. A low volume is more likely to have good sample clarity and visibility, but has less sensitivity.

**Comments**
This is where analysts can comment on unusual details or add additional information that is not captured by the other areas of the air sampling report.

This report is generated by Eurofins EPK Built Environment Testing, LLC at the request, and for the exclusive use, of the Eurofins EPK Built Environment Testing, LLC client named in this report. Important terms, conditions, and limitations apply. The Eurofins EPK Built Environment Testing, LLC client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC


PLAINTIFF'S EXHIBIT PL101-008

**Client: 2020 Home Inspections - CA**
Contact: Mr. Michael Cantor
Project: Ravada-2275 East Belding Dr
Date of Sampling: 11-06-2024
Date of Receipt: 11-07-2024
Date of Report: 11-08-2024

**MoldREPORT**
Eurofins EMLab P & K
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(833) 465-5857 Fax (623) 780-7695

# Interpretive Guidelines to MoldSCORE™ Levels

**MoldSCORE™ Level: LOW**
A low MoldSCORE™ indicates the air sample did not detect, relative to the outside air, the presence of indoor mold growth in this room at the time of sampling. This result, by itself, is evidence for, but does not prove, the absence of indoor mold growth in the location sampled.

Mold is a living organism that can grow very rapidly under certain conditions. If any portion of the room tested is, or has been, damp for an extended period since the time of testing, the likelihood of mold growth may have increased substantially since the time of the inspection.

**MoldSCORE™ Level: MODERATE**
The air sampling MoldSCORE™ indicated the possibility of mold growth indoors. Generally, a MODERATE level means that the results are inconclusive, and suggests that a more detailed inspection may make sense if there are any other reasons to believe that mold growth could be a problem in this location. Indoor mold growth is a possibility, but was not confirmed in the areas sampled at the time of the inspection. Factors such as recent cleaning, HVAC cycles, high winds, rain, or other indoor or outdoor conditions could have contributed to a MODERATE result in the absence of indoor mold growth. If mold growth is found, regardless of the magnitude of the growth, it is recommended that the growth be physically removed using appropriate controls and precautions. If mold has been located and removed, it is also important to identify and correct the source of moisture or dampness that allowed the mold to grow. If the affected area becomes moist again, mold growth will occur again. We recommend that you consult a professional if you are not familiar with how to locate and safely remove mold growth or how to identify and correct moisture problems that may exist.

Mold is a living organism that can grow very rapidly under certain conditions. If any portion of the room tested is, or has been, damp for an extended period since the time of testing, the likelihood of mold growth may have increased substantially since the time of the inspection.

**MoldSCORE™ Level: HIGH**
The air sampling MoldSCORE™ indicated a high likelihood of mold growth in the area tested at the time of the inspection. This result is NOT necessarily an indication that any such mold growth was extensive. If mold growth is found, regardless of the magnitude of the growth, it is recommended that the growth be physically removed using appropriate controls and precautions. If mold has been located and removed, it is also important to identify and correct the source of moisture or dampness that allowed the mold to grow. If the affected area becomes moist again, mold growth will occur again. We recommend that you consult a professional if you are not familiar with how to locate and safely remove mold growth or how to identify and correct moisture problems that may exist.

**Health concerns**
Neither this report nor any MoldSCORE™ rating is intended to provide medical advice, nor shall it be interpreted as an indicator of potential medical or safety problems. If you have concerns or questions relating to your health, please contact your physician for advice.

This report is generated by Eurofins EPK Built Environment Testing, LLC at the request, and for the exclusive use, of the Eurofins EPK Built Environment Testing, LLC client named in this report. Important terms, conditions, and limitations apply. The Eurofins EPK Built Environment Testing, LLC client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC


PLAINTIFF'S EXHIBIT PL101-009

**Client: 2020 Home Inspections - CA**
Contact: Mr. Michael Cantor
Project: Ravada-2275 East Belding Dr
Date of Sampling: 11-06-2024
Date of Receipt: 11-07-2024
Date of Report: 11-08-2024

**MoldREPORT**
Eurofins EMLab P & K
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(833) 465-5857 Fax (623) 780-7695

# Important Information, Terms and Conditions Relating to your MoldREPORT™

The study and understanding of molds is a progressing science. Because different methods of sampling, collection and analysis exist within the indoor air quality industry, different inspectors or analysts may not always agree on the mold concentrations present in a given environment. Additionally, the airborne levels of mold change frequently and by large amounts due to many factors including activity levels, weather, air exchange rates (indoors), and disturbance of growth sites. It is possible for report interpretations and ranges of accuracy to vary since comprehensive, generally accepted industry standards do not currently exist for indoor air quality inspections of mold in residential indoor environments. MoldREPORT™ is intended to provide an analysis based upon samples taken at the site at the time of the inspection. Mold levels can and do change rapidly, especially if home building materials or contents remain wet for more than 24 hours, or if they are wet frequently. MoldREPORT™ is not intended to provide medical or healthcare advice. All allergy or medical-related questions and concerns, including health concerns relating to possible mold exposure, should be directed to a qualified physician. If this report indicates scores that are higher than in typical indoor living spaces relative to the outdoor environment, or indicates any findings that are of concern to you, further evaluation by a trained mold professional or a Certified Industrial Hygienist (CIH) may be advisable.

**Warranties, legal disclaimers and limitations**
MoldREPORT™ is designed and intended for use only in residential home inspections to help in the assessment of mold growth in the living areas sampled. Our laboratory analysis and report are based on the samples submitted to Eurofins EMLab P&K. The inspection(s) and sampling should be performed only by a licensed and professional home inspector, environmental mold specialist, industrial hygienist or residential appraiser trained and qualified to conduct mold inspections in residential buildings. Client agrees to these conditions for the on-site project inspection.

This MoldREPORT™ is generated by Eurofins EMLab P&K at the request of, and for the exclusive use of, the Eurofins EMLab P&K client named on this report. The analysis of the test samples is performed by Eurofins EMLab P&K. Eurofins EMLab P&K's policy is that reports and test results will not be released to any third party without prior written consent from Eurofins EMLab P&K's client. This report applies only to the samples taken at the time, place and location referenced in the report and received by Eurofins EMLab P&K, and to the property and weather conditions existing at that time only. Please be aware, however, that property conditions, inspection findings and laboratory results can and do change over time relative to the original sampling due to changing conditions, the normal fluctuation of airborne mold, and many other factors. Client and reader are advised that Eurofins EMLab P&K does not furnish, and has no responsibility for, the inspector or inspection service that performs the inspection or collects the test samples. It is the responsibility of the end-user of this report to select a properly trained professional to conduct the inspection and collect appropriate samples for analysis and interpretation by MoldREPORT™ . None of Eurofins EMLab P&K, Eurofins EMLab P&K or their affiliates, subsidiaries, suppliers, employees, agents, contractors and attorneys (each an "Eurofins EMLab P&K-related party") are able to make and do not make any determinations as to the safety or health condition of a property in this report. The client and client's customer are solely responsible for the use of, and any determinations made from, this report, and no Eurofins EMLab P&K-related party shall have any liability with respect to decisions or recommendations made or actions taken by either the client or the client's customer based on the report.

Except as expressly provided for hereunder, each Eurofins EMLab P&K-related party hereby expressly disclaims any and all representations and warranties of any kind or nature, whether express, implied or statutory, related to the testing services or this report. Additionally, neither this report nor any Eurofins EMLab P&K-related party make any express or implied warranty or guarantee regarding the inspection or sampling done by the inspector, the qualifications, training or sampling methodology used by the inspector performing the sampling and inspection reported herein, or the accuracy of any information provided to any Eurofins EMLab P&K-related party serving as a basis for this report. Eurofins EMLab P&K reserves the right to change its scoring method at any time without notice. Eurofins EMLab P&K reserves the right to dispose of samples two weeks after analysis unless otherwise specified by the client. If the client chooses to have Eurofins EMLab P&K continue to retain the samples after this two week period, the client must provide written notification to Eurofins EMLab P&K of this request. Eurofins EMLab P&K reserves the right to charge for the additional sample storage.

In no event will any Eurofins EMLab P&K-related party be liable for any special, indirect, incidental, punitive, or consequential damages of any kind regardless of the form of action whether in contract, tort (including negligence), strict product liability or otherwise, arising from or related to the testing services or this report. The aggregate liability of the Eurofins EMLab P&K-related parties related to or arising from this report, whether under contract law, tort law, warranty or otherwise, shall be limited to direct damages not to exceed the fees actually received by Eurofins EMLab P&K from the client for the report.

The invalidity or unenforceability, in whole or in part, of any provision, term or condition herein shall not invalidate or otherwise affect the enforceability of the remainder of these provisions, terms and conditions.


© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC


PLAINTIFF'S EXHIBIT PL101-010

**Client: 2020 Home Inspections - CA**
Contact: Mr. Michael Cantor
Project: Ravada-2275 East Belding Dr
Date of Sampling: 11-06-2024
Date of Receipt: 11-07-2024
Date of Report: 11-08-2024

**MoldREPORT**
Eurofins EMLab P & K
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(833) 465-5857 Fax (623) 780-7695

# Scope and Limitations of Report and Analysis

The scope of the MoldREPORT™ system is limited to Eurofins EMLab P&K's proprietary MoldSCORE™ analysis of the air and surface samples taken at the time of the inspection. Eurofins EMLab P&K cannot be liable, in any form of action, for any items that are not included within the scope of the MoldREPORT™ system.

**MoldREPORT™ Inspection Limitations**
MoldREPORT™ results are based upon mold air and surface samples. Mold surface samples are useful for confirming and identifying mold growth while air samples measure airborne mold levels.

This report provided by Eurofins EMLab P&K is based upon the assumption that the information provided by the inspector is true and correct, that a sufficient number of mold and air samples were collected at all the appropriate locations following proper inspection and sampling protocols, and that the mold samples collected represent normal conditions at the site sampled. Eurofins EMLab P&K is not able to, and cannot, guarantee the skill level or experience of the inspector performing the MoldREPORT™ inspection, nor can it guarantee that the samples have been properly collected at the site or are representative of normal conditions since many factors outside of Eurofins EMLab P&K's (and the inspector's) control can and do substantially affect mold levels. Consequently, Eurofins EMLab P&K cannot guarantee the accuracy of the interpretation provided herein. It is the responsibility of the inspector to insure that the mold samples were collected properly. MoldREPORT™ relies on non-invasive and non-destructive tests, so it cannot guarantee that hidden mold problems will be detected and reported. MoldREPORT™ results apply only to the rooms sampled, not to the entire building or any other rooms. It is the responsibility of the property owner, potential purchaser or other end-user of this report to select a properly trained and qualified inspector.

**About Air Sample Sampling and Analysis**
Eurofins EMLab P&K requires at least one outdoor air sample and one indoor air sample in order to make indoor/outdoor comparisons and assessments of airborne mold levels, which are an integral part of the Eurofins EMLab P&K MoldREPORT™ system. The indoor air samples taken can be representative of the airborne mold present in the area sampled. The analysis and interpretation of these air samples is proprietary and is based upon: relative levels of spores present, quantities and concentration of *Penicillium/Aspergillus* type spores, quantity and concentration of *Cladosporium* spores, quantity and concentration of basidiospores, quantity and concentration of "marker" spore types, quantity and concentration of "other" spore types, and the distribution of mold spore types. Spore identification is performed visually by trained analysts according to industry norms. Using visual identification, most mold spores lack sufficient distinguishing characteristics to allow for species identification, so the MoldREPORT™ analysis is generally performed at the genus level. Currently there are no generally-accepted protocols or regulations regarding air sampling for molds, in large part due to the inability of any single technique to provide a complete analysis of all mold spores and mold growth in an area. Air sampling for MoldREPORT™ can be performed using any standard "spore trap" method, which are also called "non-viable air sampling methods" because spore traps do not require the germination and growth of the spores before identification. Commonly used spore trap equipment for performing air sampling for mold includes Zefon Air-O-Cell™ Cassettes, Burkard™ samplers, and Allergenco™ samplers.

**About Surface Sampling and Analysis**
Surface sampling can be useful for differentiating between mold growth and stains, for identifying the type of mold growth present (if present), and, in some cases, identifying signs of mold growth in the vicinity. Although not required, surface sampling can improve the accuracy of the results and interpretation of the inspected environment if sampled correctly. Eurofins EMLab P&K accepts surface samples in the form of swabs, tapes, or bulks in order to perform a direct examination of a specific location. The MoldREPORT™ analysis system uses the direct examination data in addition to the MoldREPORT™ air sample analysis.

This report is generated by Eurofins EPK Built Environment Testing, LLC at the request, and for the exclusive use, of the Eurofins EPK Built Environment Testing, LLC client named in this report. Important terms, conditions, and limitations apply. The Eurofins EPK Built Environment Testing, LLC client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC


PLAINTIFF'S
EXHIBIT
PL101-011

# Glossary

Background Debris - Material(s) found on the air sample other than mold spore(s) or mycelia. Examples include skin cells, insect parts, and fibers.

False Positive - A test result that incorrectly indicates mold growth, when in reality there is none. For example, an air sample test result indicating indoor mold growth, when no mold growth is actually present is a "False Positive."

False Negative - A test result that shows no mold growth, when in reality mold growth is present. For example, an air sample test result indicating no indoor mold growth, when mold growth is actually present.

Fungi - A kingdom that includes yeasts, molds, smuts, and mushrooms. Fungi are not animals, plants or bacteria, but their own kingdom.

HVAC - Heating, Ventilation, and Air Conditioning (HVAC) systems are possible reservoirs for mold growth.

IAQ - Indoor Air Quality (IAQ) is the main focus of Eurofins EMLab P&K and the majority of its customers.

Industrial Hygienist - A professional who monitors exposure to environmental factors that can affect human health. Examples of environmental factors include chemicals, heat, asbestos, noise, radiation, and biological hazards.

Marker Spores - Spore types, such as *Chaetomium* and *Stachybotrys,* that when found indoors, even in moderate numbers are an indication of indoor mold growth.

Note: This glossary is intended to provide general information about commonly occurring molds, and is not intended to be a complete source.

***Alternaria:***
**Distribution:** *Alternaria* is one of the most common molds and is abundant worldwide. This genus contains around 40 to 50 different species, only a few of which are commonly found indoors.
**How it is spread:** *Alternaria* spores are easily dispersed through the air by wind.
**Where it is found outdoors:** *Alternaria* is common outdoors in soil, dead organic debris, foodstuffs, and textiles. It is also a plant pathogen and is frequently found on dead or weakened plants.
**Where it is found indoors:** *Alternaria* can grow on a variety of substrates indoors when moisture is present.

***Acremonium:***
**Distribution:** *Acremonium* is a common mold, including about 80 to 90 different species.
**How it is spread:** *Acremonium* produces wet slimy spores and is normally dispersed through water flow or droplets, or by insects. Old dry *Acremonium* spores can sometimes be dispersed through the air by wind.
**Where it is found outdoors:** *Acremonium* is found in soil, on dead organic material and debris, hay, and foodstuffs.
**Where it is found indoors:** *Acremonium* can be found anywhere indoors, but requires very wet conditions in order to proliferate. The spores probably require active disturbance for release.

***Aspergillus:*** (see *Penicillium/Aspergillus)*

This report is generated by Eurofins EPK Built Environment Testing, LLC at the request, and for the exclusive use, of the Eurofins EPK Built Environment Testing, LLC client named in this report. Important terms, conditions, and limitations apply. The Eurofins EPK Built Environment Testing, LLC client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC


PLAINTIFF'S
EXHIBIT
PL101-012

## Glossary (continued)

**Basidiospores:**
**Distribution:** Basidiospores are produced by a very large and diverse group of fungi called basidiomycetes, which contains over 1000 different genera. This group includes many well-known macrofungi, such as mushrooms. Basidiospores are often abundant in outdoor air and sometimes in indoor air.
**How they are spread:** Many types of basidiospores are actively released into the air during periods of high humidity or rain. Once the spores are expelled into the air, they are dispersed easily by wind.
**Where they are found outdoors:** Basidiomycetes are very common outdoors and can be found in gardens, forests, grasslands, and anywhere there is a substantial amount of dead organic material. They are also found on or near plants and some are known to be plant pathogens.
**Where they are found indoors:** Basidiospores found indoors typically come from outdoor sources and are carried inside by airflow or on clothing. Certain kinds of basidiomycetes can grow indoors, such as those that cause "dry rot", which can cause structural damage to wood. Occasionally, other basidiomycetes such as mushrooms can be found indoors, but this is not common. Generally, basiodiomycetes require wet conditions for prolonged periods in order to grow indoors.

***Bipolaris / Dreschlera:***
**Distribution:** *Bipolaris* and *Dreschlera* are two separate genera of molds that are so visually similar that they are commonly discussed together as a group. Both genera include around 30 - 40 different species.
**How they are spread:** *Bipolaris* / *Dreschlera* spores are easily dispersed through the air by wind.
**Where they are found outdoors:** *Bipolaris* / *Dreschlera* type spores are most abundant in tropical or subtropical climates. They can grow in soils, on plant debris and grasses, and are known to be plant pathogens.
**Where they are found indoors:** *Bipolaris* / *Dreschlera* can grow on a variety of indoor substrates when moisture is present.

***Ceratocystis / Ophiostoma:***
**Distribution:** *Ceratocystis* / *Ophiostoma* are two separate genera of molds that are so visually similar that they are commonly discussed together as a group. These genera contain around 50 to 60 different species.
**How they are spread:** *Ceratocystis* / *Ophiostoma* produce wet slimy spores and are normally dispersed through water flow, droplets, or by insects. These spores are rarely identified in air samples.
**Where they are found outdoors:** *Ceratocystis* / *Ophiostoma* are very common in commercial lumberyards and forests.
**Where they are found indoors** *Ceratocystis* / *Ophiostoma* are abundant on wood framing material in the home, although the spores are rarely found in air samples. This mold is sometimes called "lumber mold".

***Chaetomium:***
**Distribution:** *Chaetomium* is a common mold worldwide. This genus contains around 80 - 90 different species.
**How it is spread:** *Chaetomium* spores are formed inside fruiting bodies. The spores are released by being forced out through a small opening in the fruiting body. The spores are then dispersed by wind, water drops, or insects.
**Where it is found outdoors:** *Chaetomium* can be found in soil, on various seeds, cellulose substrates, dung, woody materials and straw.
**Where it is found indoors:** *Chaetomium* can grow in a variety of areas indoors, but is usually found on cellulose-based or woody materials in the home. It is very common on sheetrock paper that is or has been wet.

This report is generated by Eurofins EPK Built Environment Testing, LLC at the request, and for the exclusive use, of the Eurofins EPK Built Environment Testing, LLC client named in this report. Important terms, conditions, and limitations apply. The Eurofins EPK Built Environment Testing, LLC client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC


PLAINTIFF'S EXHIBIT PL101-013

## Glossary (continued)

***Cladosporium:***
**Distribution:** *Cladosporium* is an abundant mold worldwide and is normally one of the most abundant spore types present in both indoor or outdoor air samples. This genus contains around 20 - 30 different species.
**How it is spread:** *Cladosporium* produces dry spores that are formed in branching chains. Spores are released by twisting of the spore-bearing hyphae as they dry. Thus, the spores are most abundant in dry weather.
**Where it is found outdoors:** *Cladosporium* is found in a wide variety of soils, in plant litter, and on old and decaying plants and leaves. Some species are plant pathogens
**Where it is found indoors:** *Cladosporium* can be found anywhere indoors, including textiles, bathroom tiles, wood, moist windowsills, and any wet areas in a home. Some species of *Cladosporium* grow at temperatures near or below 0(C) / 32(F) and can often be found on refrigerated foodstuffs and even frozen meat.

***Curvularia:***
**Distribution:** *Curvularia* is a cosmopolitan fungus and includes approximately 30 different species.
**How it is spread:** *Curvularia* produces dry spores that are formed in fragile chains and is very easily dispersed through the air by wind.
**Where it is found outdoors:** *Curvularia* is most common in tropical or subtropical regions. It is found in soil and on debris of tropical plants.
**Where it is found indoors:** *Curvularia* can be found growing on a variety of substrates indoors.

***Epicoccum:***
**Distribution:** *Epicoccum* is a cosmopolitan mold that includes only two species.
**How it is spread:** *Epicoccum* produces large dry spores that are easily dispersed through the air by wind.
**Where it is found outdoors:** *Epicoccum* can be found in soils or on plant debris.
**Where it is found indoors:** *Epicoccum* is commonly found on many different substrates indoors including paper, textiles, and insects.

***Memnoniella:***
**Distribution:** *Memnoniella* is a cosmopolitan mold genus that includes approximately five species. It is frequently found in conjunction with *Stachybotrys* species due to its similar ecological preferences.
**How it is spread:** *Memnoniella* produces dry spores that are easily dispersed through the air by wind.
**Where it is found outdoors:** *Memnoniella* can be found outdoors in soil, in plant debris or litter, and as pathogens on some types of living plants.
**Where it is found indoors:** *Memnoniella* can grow on a variety of substrates indoors, but mainly can be found on wet cellulose-based materials, such as wallboard, jute, wicker, straw baskets, paper and other wood by-products.

***Paecilomyces:***
**Distribution:** *Paecilomyces* is ubiquitous in nature and includes between 9 and 30 different species, depending on the taxonomic system used. Its spores are visually similar to *Penicillium* / *Aspergillus* types of spores.
**How it is spread:** *Paecilomyces* produce dry spores that are easily dispersed through the air by wind.
**Where it is found outdoors:** *Paecilomyces* is found outdoors in soils and decaying plant matter, composting processes, legumes and cottonseeds. Some species parasitize insects.
**Where it is found indoors:** *Paecilomyces* can be found on a number of materials indoors. It has been isolated from jute fibers, papers, PVC, timber, optical lenses, leather, photographic paper, cigar tobacco, harvested grapes, bottled fruit, and fruit juice undergoing pasteurization.

This report is generated by Eurofins EPK Built Environment Testing, LLC at the request, and for the exclusive use, of the Eurofins EPK Built Environment Testing, LLC client named in this report. Important terms, conditions, and limitations apply. The Eurofins EPK Built Environment Testing, LLC client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC


PLAINTIFF'S EXHIBIT PL101-014

## Glossary (continued)

***Penicillium / Aspergillus:***
**Distribution:** *Penicillium / Aspergillus* are two separate genera of molds that are so visually similar that they are commonly discussed together as a group. Together, there are approximately 400 different species of *Penicillium / Aspergillus*.
**How it is spread:** *Penicillium / Aspergillus* produce dry spore types that are easily dispersed through the air by wind. These fungi serve as a food source for mites, and therefore can be dispersed by mites and various insects as well.
**Where it is found outdoors:** *Penicillium / Aspergillus* are found in soils, decaying plant debris, compost piles, fruit rot and some petroleum-based fuels.
**Where it is found indoors:** *Penicillium / Aspergillus* are found throughout the home. They are common in house dust, growing on wallpaper, wallpaper glue, decaying fabrics, wallboard, moist chipboards, and behind paint. They have also been isolated from blue rot in apples, dried foodstuffs, cheeses, fresh herbs, spices, dry cereals, nuts, onions, and oranges.

***Stachybotrys:***
**Distribution:** *Stachybotrys* is ubiquitous in nature. This genus contains about 15 species.
**How it is spread:** *Stachybotrys* produces wet slimy spores and is commonly dispersed through water flow, droplets, or insect transport, less commonly through the air.
**Where it is found outdoors:** *Stachybotrys* is found in soils, decaying plant debris, decomposing cellulose, leaf litter and seeds.
**Where it is found indoors:** *Stachybotrys* is common indoors on wet materials containing cellulose such as wallboard, jute, wicker, straw baskets, and other paper materials.

***Torula:***
**Distribution:** *Torula* is a cosmopolitan microfungus and includes approximately eight different species
**How it is spread:** *Torula* produces dry spores that are easily dispersed through the air by wind.
**Where it is found outdoors:** *Torula* is most common in temperate regions and has been isolated from soils, dead herbaceous stems, sugar beet roots, groundnuts, and oats.
**Where it is found indoors:** *Torula* is common indoors on wet materials containing cellulose, such as wallboard, jute, wicker, straw baskets, and other paper materials.

***Ulocladium:***
**Distribution:** *Ulocladium* is ubiquitous in nature and includes approximately nine different species.
**How it is spread:** *Ulocladium* produces dry spores that are easily dispersed through the air by wind.
**Where it is found outdoors:** *Ulocladium* is common outdoors in soils, dung, paint, grasses, wood, paper, and textiles.
**Where it is found indoors:** *Ulocladium* is common indoors on very wet materials containing cellulose such as wallboard, jute, wicker, straw baskets, and other paper materials. *Ulocladium* requires a significant amount of water to flourish.

This report is generated by Eurofins EPK Built Environment Testing, LLC at the request, and for the exclusive use, of the Eurofins EPK Built Environment Testing, LLC client named in this report. Important terms, conditions, and limitations apply. The Eurofins EPK Built Environment Testing, LLC client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC


PLAINTIFF'S EXHIBIT PL101-015

**Client: 2020 Home Inspections - CA**
Contact: Mr. Michael Cantor
Project: Ravada-2275 East Belding Dr
Date of Sampling: 11-06-2024
Date of Receipt: 11-07-2024
Date of Report: 11-08-2024

**MoldREPORT**
Eurofins EMLab P & K
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(833) 465-5857 Fax (623) 780-7695

## References and Resources

**References:**

*Airborne Allergens,* William Solomon, Guest Editor. Immunology & Allergy Clinics of North America, Volume 9, Number 2, August 1989. W.B. Saunders Company, Publishers, The Curtis Center, Independence Square West, Philadelphia, PA 19106-3399. This book may be out of print.

*Bioaerosols: Assessment and Control,* Janet Macher, Sc.D., M.P.H., Editor. 1999. ACGIH, 1330 Kemper Meadow Drive, Cincinnati, OH 45240-1634.

*Bioaerosols,* Harriet Burge, Ph.D. 1995. Lewis Publishers, 2000 Corporate Blvd., N.W., Boca Raton, FL 33431-9868.

*Biological Contaminants in Indoor Environments,* Morey, Feeley, Otten, Editors. 1990. ASTM, 1916 Race Street, Philadelphia, PA 19103. STP 1071.

*Fungi and Bacteria in Indoor Air Environments: Health Effects, Detection and Remediation,* Proceedings from the International Conference, Saratoga Springs, NY October 6-7, 1994.

*Health Implications of Fungi in Indoor Environments,* Edited by R.A. Samson. 1994. Elsevier Science, P.O. Box 945, Madison Square Station, New York, NY 10159-0945.

*Indoor Air and Human Health,* Gammage & Kaye. 1985. Lewis Publishers.

*Microfungi,* S.G. Gravesen, J.C. Frisvad, & R.A. Samson, published by Munksgaard.

**Useful Websites:**

www.acgih.org
American Conference of Governmental Industrial Hygienists - information on IAQ and useful links.

www.aiha.org
American Industrial Hygiene Association - general IAQ information

www.calepa.ca.gov
California Environmental Protection Agency - California IAQ resources

www.emlab.com
Eurofins EMLab P&K

www.epa.gov
Environmental Protection Agency - information regarding prevention and remediation of mold

www.health.state.ny.us
New York State Department of Health - New York state recommendations for IAQ, indoor mold inspections, remediation, and prevention

www.moldreport.com
MoldREPORT™ - online store, and other information about MoldREPORT™

www.nih.gov
National Institutes of Health - information regarding environmental health issues, including IAQ

www.niehs.nih.gov
National Institute of Environmental Health Sciences - information on mold

This report is generated by Eurofins EPK Built Environment Testing, LLC at the request, and for the exclusive use, of the Eurofins EPK Built Environment Testing, LLC client named in this report. Important terms, conditions, and limitations apply. The Eurofins EPK Built Environment Testing, LLC client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC


PLAINTIFF'S EXHIBIT PL101-016

**Eurofins EPK Built Environment Testing, LLC**
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(833) 465-5857 www.eurofinsus.com/Built

Client: 2020 Home Inspections - CA
Contact: Mr. Michael Cantor
Project: Ravada-2275 East Belding Dr

Date of Sampling: 11-06-2024
Date of Receipt: 11-07-2024
Date of Report: 11-08-2024

**PROJECT ANALYST AND SIGNATORY REPORT**

**Project Analyst**

S. Wilson

**Analyst:** Seon Wilson

The test report shall not be reproduced except in full, without written approval of the laboratory. The report must not be used by the client to claim product certification, approval, or endorsement by AIHA LAP, LLC, or any agency of the federal government. The Company reserves the right to dispose of all samples after a period of thirty (30) days, according to all state and federal guidelines, unless otherwise specified.

‡ A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".



PLAINTIFF'S
EXHIBIT
P1-101-017

**2020 Home Inspections - CA**
**Mr. Michael Cantor**
**26741 Portola Pkwy**
**#1E-469**
**Foothill Ranch, CA 92610 USA**
**(949) 275-4950**

INSPECT. ANALYZE. INTERPRET.

MoldREPORT™

**Eurofins EMLab P&K**

www.MoldREPORT.com

info@MoldREPORT.com

Approved by:

Technical Manager
Danny Li

Dates of Analysis:
MoldReport Spore trap: 11-08-2024

Service SOPs: MoldReport Spore trap (EM-MY-S-1038)
AIHA LAP, LLC accredited service, Lab ID #178697

All samples were received in acceptable condition unless noted in the Report Comments portion in the body of the report. Due to the nature of the analyses performed, field blank correction of results is not applied. The results relate only to the samples as received and tested. Information supplied by the client which can affect the validity of results: sample air volume.

The analytical sensitivity is the spores/m^3 divided by the raw count, expressed in spores/m^3, per spore and per sample.

Eurofins EMLab P&K ("the Company") shall have no liability to the client or the client's customer with respect to decisions or recommendations made, actions taken or courses of conduct implemented by either the client or the client's customer as a result of or based upon the Test Results. In no event shall the Company be liable to the client with respect to the Test Results except for the Company's own willful misconduct or gross negligence nor shall the Company be liable for incidental or consequential damages or lost profits or revenues to the fullest extent such liability may be disclaimed by law, even if the Company has been advised of the possibility of such damages, lost profits or lost revenues. In no event shall the Company's liability with respect to the Test Results exceed the amount paid to the Company by the client therefor.



PLAINTIFF'S EXHIBIT PL101-018

**Client: 2020 Home Inspections - CA**
Contact: Mr. Michael Cantor
Project: Ravada-2275 East Belding Dr
Date of Sampling: 11-06-2024
Date of Receipt: 11-07-2024
Date of Report: 11-08-2024

**MoldREPORT**
Eurofins EMLab P & K
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(833) 465-5857 Fax (623) 780-7695

# Laboratory Results

MoldREPORT: Spore Trap Analysis

| Location: | OSF: Outside-Front | | ST1: SE Bathroom Containment | | ST2: Room Area Outside of Containment | |
|---|---|---|---|---|---|---|
| Comments (see below) | None | | None | | None | |
| Lab ID-Version‡: | 19005289-1 | | 19005291-1 | | 19005292-1 | |
| Analysis Date: | 11/08/2024 | | 11/08/2024 | | 11/08/2024 | |
| Spore types detected: | raw ct. | per m3 | raw ct. | per m3 | raw ct. | per m3 |
| Alternaria | - | - | - | - | - | - |
| Arthrinium | - | - | - | - | - | - |
| Ascospores | - | - | - | - | - | - |
| Aureobasidium | - | - | - | - | - | - |
| Basidiospores | - | - | - | - | - | - |
| Bipolaris/Drechslera group | - | - | - | - | - | - |
| Botrytis | - | - | - | - | - | - |
| Chaetomium | 1 | 13 | - | - | 8 | 430 |
| Cladosporium | - | - | - | - | - | - |
| Curvularia | - | - | - | - | - | - |
| Epicoccum | - | - | - | - | - | - |
| Fusarium | - | - | - | - | - | - |
| Myrothecium | - | - | - | - | - | - |
| Nigrospora | - | - | - | - | - | - |
| Penicillium/Aspergillus types | - | - | 1 | 53 | - | - |
| Pithomyces | - | - | - | - | - | - |
| Rusts | - | - | - | - | - | - |
| Smuts, Periconia, Myxomycetes | 3 | 160 | - | - | - | - |
| Stachybotrys | - | - | - | - | 69 | 3,700 |
| Stemphylium | - | - | - | - | - | - |
| Torula | - | - | - | - | - | - |
| Trichoderma | - | - | - | - | - | - |
| Ulocladium | - | - | - | - | - | - |
| Zygomycetes | - | - | - | - | - | - |
| Others | - | - | - | - | 3 | 160 |
| § Total: | | 170 | | 53 | | 4,300 |
| Additional Information: | | | | | | |
| Hyphal fragments | 13 | | - | | - | |
| Skin cells | 13 - 67 | | 13 - 67 | | 13 - 67 | |
| Pollen | < 13 | | < 13 | | < 13 | |
| Background debris† | 1 | | 1 | | 3 | |
| Limit of detection | 13 | | 13 | | 13 | |
| Sample volume (liters) | 75 | | 75 | | 75 | |
| MoldSCORE: | N/A | | 108 | | 300 | |

**Comments:**

† Background debris is an indication of the amounts of non-biological particulate matter present on the slide (dust in the air) and is graded from 1 to 4 with 4 indicating the largest amounts.
For more information on the fungi identified in your report please visit www.emlab.com.
‡ A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".
§ Total Spores/m3 has been rounded to two significant figures to reflect analytical precision.



PLAINTIFF'S EXHIBIT PL101-019

**Eurofins EPK Built Environment Testing, LLC**
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(833) 465-5857 www.eurofinsus.com/Built

Client: 2020 Home Inspections - CA
C/O: Mr. Michael Cantor
Re: Ravada-2275 East Belding Dr

Date of Sampling: 11-06-2024
Date of Receipt: 11-07-2024
Date of Report: 11-08-2024

MoldREPORT: Spore Trap Analysis

**PROJECT ANALYST AND SIGNATORY REPORT**

**Project Analyst**

**Analyst:** Seon Wilson

The test report shall not be reproduced except in full, without written approval of the laboratory. The report must not be used by the client to claim product certification, approval, or endorsement by AIHA LAP, LLC, or any agency of the federal government. The Company reserves the right to dispose of all samples after a period of thirty (30) days, according to all state and federal guidelines, unless otherwise specified.

‡ A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".



PLAINTIFF'S
EXHIBIT
P1-101-020

**Mr. Michael Cantor**
**26741 Portola Pkwy**
**#1E-469**
**Foothill Ranch, CA 92610 USA**
**(949) 275-4950**

INSPECT. ANALYZE. INTERPRET.

# MoldREPORT™

**Eurofins EMLab P&K**

www.MoldREPORT.com

info@MoldREPORT.com

Approved by:

Technical Manager
Danny Li

Dates of Analysis:
MoldReport Spore trap: 11-08-2024

Service SOPs:
MoldReport Spore trap (EM-MY-S-1038)†

†AIHA LAP, LLC accredited service, Lab ID #178697

---

All samples were received in acceptable condition unless noted in the Report Comments portion in the body of the report. Due to the nature of the analyses performed, field blank correction of results is not applied. The results relate only to the samples as received and tested. Information supplied by the client which can affect the validity of results: sample air volume.

Eurofins EPK Built Environment Testing, LLC ("the Company") shall have no liability to the client or the client's customer with respect to decisions or recommendations made, actions taken or courses of conduct implemented by either the client or the client's customer as a result of or based upon the Test Results. In no event shall the Company be liable to the client with respect to the Test Results except for the Company's own willful misconduct or gross negligence nor shall the Company be liable for incidental or consequential damages or lost profits or revenues to the fullest extent such liability may be disclaimed by law, even if the Company has been advised of the possibility of such damages, lost profits or lost revenues. In no event shall the Company's liability with respect to the Test Results exceed the amount paid to the Company by the client therefor.



**PLAINTIFF'S EXHIBIT PL101-021**

**Client: 2020 Home Inspections - CA**
Contact: Mr. Michael Cantor
Project: Ravada-2275 East Belding Dr
Date of Sampling: 11-06-2024
Date of Receipt: 11-07-2024
Date of Report: 11-08-2024

**MoldREPORT**
Eurofins EMLab P & K
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(833) 465-5857 Fax (623) 780-7695

# Table of Contents

Thank you for choosing MoldREPORT™ from Eurofins EMLab P&K. Our mission is to provide industry leadership for the assessment of mold in the home indoor environment.

Your MoldREPORT™ is designed and intended for use by professional inspectors in office and residential home inspections to help in the assessment of mold growth in the living areas sampled by professional inspectors. Our laboratory analysis is based on the samples submitted to Eurofins EMLab P&K. Please read the entire report to fully understand the complete MoldREPORT™ process. The following is a summary of the report sections:

**1. Detailed Results of Sample Analysis -** Laboratory results from the samples collected at the site.

**2. Understanding Your Sample Analysis Results -** Detailed summary of how to understand the analytical results from the air samples and/or surface samples including interpretive guidelines.

**3. Important Information, Terms and Conditions -** General information to help you understand and interpret your MoldREPORT™ , including important terms, conditions and applicable legal provision relating to this report.

**4. Scope and Limitations -** Important information regarding the scope of the MoldREPORT™ system, and limitations
of mold inspection, air sampling, and surface sampling.

**5. Glossary -** Definitions and descriptions of frequently used terms and commonly found mold.

**6. References and Resources -** Literature, websites, and other materials that can provide more in-depth information about mold and indoor air quality.

This report is generated by Eurofins EPK Built Environment Testing, LLC at the request, and for the exclusive use, of the Eurofins EPK Built Environment Testing, LLC client named in this report. Important terms, conditions, and limitations apply. The Eurofins EPK Built Environment Testing, LLC client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC



PLAINTIFF'S EXHIBIT PL101-022

**Client: 2020 Home Inspections - CA**
Contact: Mr. Michael Cantor
Project: Ravada-2275 East Belding Dr
Date of Sampling: 11-06-2024
Date of Receipt: 11-07-2024
Date of Report: 11-08-2024

**MoldREPORT**
Eurofins EMLab P & K
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(833) 465-5857 Fax (623) 780-7695

# Summary of Sample Analysis Results

**Do not take any action based on the results of this report until you have read the entire report.**

## Air Sample Summary:

The MoldSCORE™ was in the HIGH range for the following area(s): ST2. A high MoldSCORE™ indicates a high likelihood of mold growth in the area tested at the time of the inspection. If mold growth is in fact present, it should be cleaned or physically removed using appropriate controls and precautions by a trained professional and any associated water source that led to the problem should also be corrected.

The MoldSCORE™ was in the LOW range for the following area(s): ST1. A low MoldSCORE™ indicates the air sample did not detect, relative to the outside air, the presence of indoor mold growth in this room at the time of sampling.

Please see the sections titled "Detailed Results of the Air Sample Analysis" and "Understanding Your Air Sample Analysis Results" for important additional information.

| Location | MoldSCORE™ (Lower <110 – 200 – 300 Higher) | Mold Score | Exposure Level (Lower <200 – 1K – 10K – >70K Higher) | Location spores/m3 | Outside spores/m3 |
|---|---|---|---|---|---|
| ST1: SE Bathroom Containment<br>* see p. 4 for details | | 108 | | 53 | 210 |
| ST2: Room Area Outside of Containment<br>* see p. 5 for details | | 300 | | 4,300 | 210 |

This report is generated by Eurofins EPK Built Environment Testing, LLC at the request, and for the exclusive use, of the Eurofins EPK Built Environment Testing, LLC client named in this report. Important terms, conditions, and limitations apply. The Eurofins EPK Built Environment Testing, LLC client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC



PLAINTIFF'S EXHIBIT PL101-023

**Client: 2020 Home Inspections - CA**
Contact: Mr. Michael Cantor
Project: Ravada-2275 East Belding Dr
Date of Sampling: 11-06-2024
Date of Receipt: 11-07-2024
Date of Report: 11-08-2024

**MoldREPORT**
Eurofins EMLab P & K
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(833) 465-5857 Fax (623) 780-7695

# Detailed Results of the Air Sample Analysis

| Location Lab ID-version:‡ 19005291-1 | Overall Mold Source Assessment* (Likelihood spores originated inside) Lower <110 200 Higher 300 | Mold Score | Overall Exposure Level (Shown on a log scale) Lower <200 1K 10K Higher >70K | Location spores/m3 | Location raw ct | Outside ‡19005290-1 OSR spores/m3 | Outside raw ct |
|---|---|---|---|---|---|---|---|
| ST1: SE Bathroom Containment | | 108 | | 53 | 1 | 210 | 4 |

## Indicators of Mold Growth Indoors

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) Lower <110 200 Higher 300 | Mold Score | Indicator Exposure Level (Shown on a log scale) Lower <200 1K 10K Higher >70K | Location spores/m3 | Location raw ct | Outside spores/m3 | Outside raw ct |
|---|---|---|---|---|---|---|---|
| A) Penicillium/Aspergillus types** | | 108 | | 53 | 1 | < 13 | 0 |
| B) Cladosporium species spores | | 100 | | < 13 | 0 | < 13 | 0 |
| C) Basidiospores | | 100 | | < 13 | 0 | < 13 | 0 |
| D) "Marker" spore types*** | | 100 | | < 13 | 0 | < 13 | 0 |
| E) "Other" spore types***,**** | | 100 | | < 13 | 0 | 210 | 4 |

## Other Sample Information

Sample clarity & visibility

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | X | | |
| Outside | X | | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples.
"Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

Other "normal trapping" spores***

| Exposure Level (Highly unlikely to be from indoors) Lower <200 1K 10K Higher >70K | Location spores/m3 | Location raw ct | Outside spores/m3 | Outside raw ct |
|---|---|---|---|---|
| | < 13 | 0 | < 13 | 0 |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 75 | 75 |

Comments

| | |
|---|---|
| Location | None |
| Outside | None |

* Rated on a scale from low to high. A MoldSCORE™ rating of <150 is low and indicates a low probability of spores originating inside. A MoldSCORE™ rating of >250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A MoldSCORE™ between 150 and 250 indicates a moderate likelihood of indoor fungal growth. Eurofins EMLab P&K's MoldSCORE™ analysis is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the MoldSCORE™ analysis on other samples (like wall cavity samples) will lead to misleading results.

** The spores of *Penicillium* and *Aspergillus* (and others such as *Acremonium* and *Paecilomyces)* are small and round with very few distinguishing characteristics. They cannot be differentiated by spore trap sampling methods. Also some species with very small spores are easily missed, and may be undercounted. The *Penicillium/Aspergillus* indicator operates on the assumption that the majority of the spores in this category are, in fact, *Penicillium* or *Aspergillus*.

*** The spores reported in this category come from many different mold types. As a result, the mold types represented by the counts for the "Location" sample may be different than the mold types represented by the counts for the outside sample. The totals shown are the summation of the rounded values for the spores types in the category and may contain more than two significant figures.

**** The spores of smuts, *Periconia*, and myxomycetes look similar and cannot generally be distinguished by spore trap analysis. Smuts are plant pathogens and are not likely to be on indoor surfaces. *Periconia* is rarely found growing indoors. However, myxomycetes, the spores of which look similar, can occasionally grow indoors. Because there is a small probability of indoor sources, these spore types are indicated in the "other" spore types category. False positives may result if the spores are smuts, not myxomycetes.

‡A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".The revision number is reflected by the value of "x".
Total spores/m3 has been rounded to two significant figures to reflect analytical precision.
The analytical sensitivity is the spores/m^3 divided by the raw count, expressed in spores/m^3, per spore and per sample.

This report is generated by Eurofins EPK Built Environment Testing, LLC at the request, and for the exclusive use, of the Eurofins EPK Built Environment Testing, LLC client named in this report. Important terms, conditions, and limitations apply. The Eurofins EPK Built Environment Testing, LLC client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC



PLAINTIFF'S EXHIBIT PL101-024

**Client: 2020 Home Inspections - CA**
Contact: Mr. Michael Cantor
Project: Ravada-2275 East Belding Dr
Date of Sampling: 11-06-2024
Date of Receipt: 11-07-2024
Date of Report: 11-08-2024

**MoldREPORT**
Eurofins EMLab P & K
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(833) 465-5857 Fax (623) 780-7695

# Detailed Results of the Air Sample Analysis

| Location / Lab ID-version:‡ 19005292-1 | Overall Mold Source Assessment* (Likelihood spores originated inside) Lower <110 – 200 – Higher 300: Mold Score | Overall Exposure Level (Shown on a log scale) Location spores/m3 | Location raw ct | Outside ‡19005290-1 OSR spores/m3 | Outside raw ct |
|---|---|---|---|---|---|
| ST2: Room Area Outside of Containment | 300 | 4,300 | 80 | 210 | 4 |

## Indicators of Mold Growth Indoors

| Indicator | Indicator Mold Source Assessment* (Likelihood spores originated inside) Mold Score | Indicator Exposure Level (Shown on a log scale) Location spores/m3 | Location raw ct | Outside spores/m3 | Outside raw ct |
|---|---|---|---|---|---|
| A) Penicillium/Aspergillus types** | 100 | < 13 | 0 | < 13 | 0 |
| B) Cladosporium species spores | 100 | < 13 | 0 | < 13 | 0 |
| C) Basidiospores | 100 | < 13 | 0 | < 13 | 0 |
| D) "Marker" spore types*** 1) Stachybotrys 2) Chaetomium | 300 | 4,130 | 77 | < 13 | 0 |
| E) "Other" spore types***,**** 1) Other brown | 162 | 160 | 3 | 210 | 4 |

## Other Sample Information

Sample clarity & visibility

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | | X | |
| Outside | X | | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples.
"Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

Other "normal trapping" spores***

| Exposure Level (Highly unlikely to be from indoors) Location spores/m3 | Location raw ct | Outside spores/m3 | Outside raw ct |
|---|---|---|---|
| < 13 | 0 | < 13 | 0 |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 75 | 75 |

Comments

| | |
|---|---|
| Location | None |
| Outside | None |

* Rated on a scale from low to high. A MoldSCORE™ rating of <150 is low and indicates a low probability of spores originating inside. A MoldSCORE™ rating of >250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A MoldSCORE™ between 150 and 250 indicates a moderate likelihood of indoor fungal growth. Eurofins EMLab P&K's MoldSCORE™ analysis is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the MoldSCORE™ analysis on other samples (like wall cavity samples) will lead to misleading results.

** The spores of *Penicillium* and *Aspergillus* (and others such as *Acremonium* and *Paecilomyces)* are small and round with very few distinguishing characteristics. They cannot be differentiated by spore trap sampling methods. Also some species with very small spores are easily missed, and may be undercounted. The *Penicillium/Aspergillus* indicator operates on the assumption that the majority of the spores in this category are, in fact, *Penicillium* or *Aspergillus*.

*** The spores reported in this category come from many different mold types. As a result, the mold types represented by the counts for the "Location" sample may be different than the mold types represented by the counts for the outside sample. The totals shown are the summation of the rounded values for the spores types in the category and may contain more than two significant figures.

**** The spores of smuts, *Periconia,* and myxomycetes look similar and cannot generally be distinguished by spore trap analysis. Smuts are plant pathogens and are not likely to be on indoor surfaces. *Periconia* is rarely found growing indoors. However, myxomycetes, the spores of which look similar, can occasionally grow indoors. Because there is a small probability of indoor sources, these spore types are indicated in the "other" spore types category. False positives may result if the spores are smuts, not myxomycetes.

‡A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".The revision number is reflected by the value of "x".
Total spores/m3 has been rounded to two significant figures to reflect analytical precision.
The analytical sensitivity is the spores/m^3 divided by the raw count, expressed in spores/m^3, per spore and per sample.

This report is generated by Eurofins EPK Built Environment Testing, LLC at the request, and for the exclusive use, of the Eurofins EPK Built Environment Testing, LLC client named in this report. Important terms, conditions, and limitations apply. The Eurofins EPK Built Environment Testing, LLC client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC


PLAINTIFF'S EXHIBIT PL101-025

**Client: 2020 Home Inspections - CA**
Contact: Mr. Michael Cantor
Project: Ravada-2275 East Belding Dr
Date of Sampling: 11-06-2024
Date of Receipt: 11-07-2024
Date of Report: 11-08-2024

**MoldREPORT**
Eurofins EMLab P & K
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(833) 465-5857 Fax (623) 780-7695

# Understanding Your Air Sample Analysis Results

**Description of the Air MoldREPORT™ Analysis**
Mold spores are present in virtually all environments, both indoors and outdoors, with a few notable exceptions such as industrial clean rooms and hospital organ transplant rooms. Generally, in "normal" or "clean" indoor environments, indoor spore levels are lower, on average, than outdoor levels. However, even the most simple rules (such as "inside/outside" ratios) are not always appropriate for determining whether there is a source of mold growth indoors, and may provide false or misleading results. One reason these simple methods do not always work is because both outdoor and indoor spores levels vary widely due to factors such as weather conditions and activity levels within the room. For example, even in a "normal" home, spore levels can be higher than outdoors at certain times, such as after vacuuming (when airborne indoor levels could be unusually high) or after a heavy snow (when outdoor levels could be unusually low).

MoldREPORT™ is designed and intended to provide an easily understood report for residential home inspections to help in the assessment of mold growth in the living areas sampled. MoldREPORT™ relies on non-invasive and non-destructive tests, so it cannot guarantee that hidden mold problems will be detected and reported. MoldREPORT™ results apply only to the rooms or areas tested, at the time of sampling. Factors taken into consideration include, but are not limited to, the distribution of spore types, absolute levels inside and outside, relative levels inside and outside, the range and variation of spore levels that normally occur outside, and the types of spores present.

Providing you with a helpful, understandable and top quality interpretation requires special expertise. Eurofins EMLab P&K recognizes this and has taken the following steps to provide the best possible interpretation of your air sampling results.

1. Your samples were analyzed by Eurofins EMLab P&K,

2. We utilize the proprietary MoldREPORT™ analysis system, which was developed by a team including leading professionals in the indoor air quality (IAQ) industry.

**MoldSCORE™**
The MoldSCORE™ indicates the likelihood, based upon the air sample laboratory data, that there is unusual or excessive mold growth in the properly sampled indoor area(s). It is calculated using Eurofins EMLab P&K's proprietary MoldREPORT™ system, based upon the indicator scores described in the following paragraphs. When the on-site inspection and sampling are done properly, MoldREPORT™ is less likely to give false results than other, simpler methods of interpretation often employed for routine home inspections, such as ratio analysis. It is important to bear in mind that any analytical method, findings, and interpretation should be used with a degree of caution and common sense. Any decisions related to health should be made in consultation with a medical doctor, and nothing in this report is intended to provide medical advice or indicate whether a medical or safety problem exists.

**Descriptions of the indicators:**

**Quantity and concentration of *Penicillium/Aspergillus* spore types**
This score indicates the likelihood that spores of *Penicillium* or *Aspergillus* present in the indoor sample originated from indoor sources. A high score suggests that there is a high probability that *Penicillium* or *Aspergillus* is originating indoors, such as from active mold growth. A low score indicates that the spores present are more likely to have originated from outdoor sources and come inside through doors and windows, carried in on people's clothing, or similar methods. *Penicillium* and *Aspergillus* are among the most common molds found growing indoors and are one of the more commonly found molds outside as well. Their spores are frequently present in both outdoor and indoor air, even in relatively clean, mold-growth-free, indoor environments. Additionally, their levels vary significantly based upon activity levels, dustiness, weather conditions, outside air exchange rates, and other factors.

This report is generated by Eurofins EPK Built Environment Testing, LLC at the request, and for the exclusive use, of the Eurofins EPK Built Environment Testing, LLC client named in this report. Important terms, conditions, and limitations apply. The Eurofins EPK Built Environment Testing, LLC client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC


PLAINTIFF'S EXHIBIT PL101-026

**MoldREPORT**
Eurofins EMLab P & K
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(833) 465-5857 Fax (623) 780-7695

## Understanding Your Air Sample Analysis Results (continued)

**Quantity and concentration of *Cladosporium* spores**
This score indicates the likelihood that spores of *Cladosporium* present in the indoor sample originated from indoor sources. A high rating indicates that there is probably a source of *Cladosporium* spores in this location. *Cladosporium* is one of the most commonly found molds outdoors and is also frequently found growing indoors. Even more so than *Penicillium* and *Aspergillus,* spores from *Cladosporium* are generally present in outdoor and indoor air, even in relatively clean, mold-growth-free, indoor environments. Its levels also vary based upon activity levels, weather conditions, dustiness, outside air exchange rates, and other factors.

**Quantity and concentration of basidiospores**
This score indicates the likelihood that basidiospores present in the indoor sample originated from indoor sources. Basidiospores are extremely common outdoors and originate from fungi in gardens, forests, and woodlands. It is rare for the source of basidiospores to be indoors because basidiospores are produced by a group of fungi that includes mushrooms and other "macrofungi" (and are not technically molds). Their concentrations can be extremely high outdoors during wet conditions such as rain. Nevertheless, in certain conditions basidiospores can be produced indoors, and a high rating indicates that there is probably a source of basidiospores indoors. One reason basidiospores are important is that they can be an indicator of wood decay (e.g. "dry rot"), a condition that can dramatically reduce the structural integrity of a building.

**Quantity and concentration of "marker" spore types**
This score indicates the likelihood that certain distinctive types of mold present in the indoor sample originated from indoor sources. Certain types of mold are generally found in very low numbers outdoors. Consequently, their presence indoors, even in relatively low numbers compared to *Penicillium,* for example, is often an indication that these molds are originating from growth indoors. When present, these mold types are often the clearest indicator of a mold problem. Note, however, that the absence of marker spore types does not mean that a mold problem does not exist in a house; it just means that if a problem is present, it either involves types of mold that are more commonly found both indoors and outdoors, or that the spores from these molds were not airborne at the time of sampling.

**Quantity and concentration of "other" spore types**
This score indicates the likelihood that other types of mold present in the indoor sample originated from indoor sources. This score includes a heterogeneous group of genera that are not covered by any of the scores discussed above, and so it is difficult to make generalizations about this group. Molds in the "other" category are generally found outdoors in moderate numbers, and are therefore not considered markers of indoor growth. They are frequently found indoors but in lower numbers compared to *Cladosporium* and *Penicillium*/*Aspergillus* spores.

**Other Sample Information:**

**Sample clarity and visibility**
Air samples collect dirt and debris in addition to mold spores. Higher levels of debris make analysis more difficult, because they obscure the analyst's view of spores and can therefore lead to undercounting of the mold spores present. When sample clarity and visibility is rated "poor", the analytical results should be regarded as minimal and actual counts may be higher than reported.

**Other "normal trapping" spores**
Some molds do not grow on wet building materials and, consequently, are not usually indicative of building problems, or growth on building surfaces. Strict plant pathogens, for example, even if present in high numbers indoors, are not an indication of a building leak or mold growth on a wall or carpet. This section of the report focuses on the exposure level that may be due to these spore types.

This report is generated by Eurofins EPK Built Environment Testing, LLC at the request, and for the exclusive use, of the Eurofins EPK Built Environment Testing, LLC client named in this report. Important terms, conditions, and limitations apply. The Eurofins EPK Built Environment Testing, LLC client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC


PLAINTIFF'S
EXHIBIT
PL101-027

**Client: 2020 Home Inspections - CA**
Contact: Mr. Michael Cantor
Project: Ravada-2275 East Belding Dr
Date of Sampling: 11-06-2024
Date of Receipt: 11-07-2024
Date of Report: 11-08-2024

**MoldREPORT**
Eurofins EMLab P & K
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(833) 465-5857 Fax (623) 780-7695

## Understanding Your Air Sample Analysis Results (continued)

**Sample volume**
The "sample volume" indicates the volume of air sampled and is reported in liters. A high volume indicates a greater sensitivity, but is more likely to result in poor sample clarity and visibility. A low volume is more likely to have good sample clarity and visibility, but has less sensitivity.

**Comments**
This is where analysts can comment on unusual details or add additional information that is not captured by the other areas of the air sampling report.

This report is generated by Eurofins EPK Built Environment Testing, LLC at the request, and for the exclusive use, of the Eurofins EPK Built Environment Testing, LLC client named in this report. Important terms, conditions, and limitations apply. The Eurofins EPK Built Environment Testing, LLC client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC



PLAINTIFF'S EXHIBIT PL101-028

# Interpretive Guidelines to MoldSCORE™ Levels

**MoldSCORE™ Level: LOW**
A low MoldSCORE™ indicates the air sample did not detect, relative to the outside air, the presence of indoor mold growth in this room at the time of sampling. This result, by itself, is evidence for, but does not prove, the absence of indoor mold growth in the location sampled.

Mold is a living organism that can grow very rapidly under certain conditions. If any portion of the room tested is, or has been, damp for an extended period since the time of testing, the likelihood of mold growth may have increased substantially since the time of the inspection.

**MoldSCORE™ Level: MODERATE**
The air sampling MoldSCORE™ indicated the possibility of mold growth indoors. Generally, a MODERATE level means that the results are inconclusive, and suggests that a more detailed inspection may make sense if there are any other reasons to believe that mold growth could be a problem in this location. Indoor mold growth is a possibility, but was not confirmed in the areas sampled at the time of the inspection. Factors such as recent cleaning, HVAC cycles, high winds, rain, or other indoor or outdoor conditions could have contributed to a MODERATE result in the absence of indoor mold growth. If mold growth is found, regardless of the magnitude of the growth, it is recommended that the growth be physically removed using appropriate controls and precautions. If mold has been located and removed, it is also important to identify and correct the source of moisture or dampness that allowed the mold to grow. If the affected area becomes moist again, mold growth will occur again. We recommend that you consult a professional if you are not familiar with how to locate and safely remove mold growth or how to identify and correct moisture problems that may exist.

Mold is a living organism that can grow very rapidly under certain conditions. If any portion of the room tested is, or has been, damp for an extended period since the time of testing, the likelihood of mold growth may have increased substantially since the time of the inspection.

**MoldSCORE™ Level: HIGH**
The air sampling MoldSCORE™ indicated a high likelihood of mold growth in the area tested at the time of the inspection. This result is NOT necessarily an indication that any such mold growth was extensive. If mold growth is found, regardless of the magnitude of the growth, it is recommended that the growth be physically removed using appropriate controls and precautions. If mold has been located and removed, it is also important to identify and correct the source of moisture or dampness that allowed the mold to grow. If the affected area becomes moist again, mold growth will occur again. We recommend that you consult a professional if you are not familiar with how to locate and safely remove mold growth or how to identify and correct moisture problems that may exist.

**Health concerns**
Neither this report nor any MoldSCORE™ rating is intended to provide medical advice, nor shall it be interpreted as an indicator of potential medical or safety problems. If you have concerns or questions relating to your health, please contact your physician for advice.

This report is generated by Eurofins EPK Built Environment Testing, LLC at the request, and for the exclusive use, of the Eurofins EPK Built Environment Testing, LLC client named in this report. Important terms, conditions, and limitations apply. The Eurofins EPK Built Environment Testing, LLC client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC


PLAINTIFF'S EXHIBIT PL101-029

**Client: 2020 Home Inspections - CA**
Contact: Mr. Michael Cantor
Project: Ravada-2275 East Belding Dr
Date of Sampling: 11-06-2024
Date of Receipt: 11-07-2024
Date of Report: 11-08-2024

**MoldREPORT**
Eurofins EMLab P & K
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(833) 465-5857 Fax (623) 780-7695

# Important Information, Terms and Conditions Relating to your MoldREPORT™

The study and understanding of molds is a progressing science. Because different methods of sampling, collection and analysis exist within the indoor air quality industry, different inspectors or analysts may not always agree on the mold concentrations present in a given environment. Additionally, the airborne levels of mold change frequently and by large amounts due to many factors including activity levels, weather, air exchange rates (indoors), and disturbance of growth sites. It is possible for report interpretations and ranges of accuracy to vary since comprehensive, generally accepted industry standards do not currently exist for indoor air quality inspections of mold in residential indoor environments. MoldREPORT™ is intended to provide an analysis based upon samples taken at the site at the time of the inspection. Mold levels can and do change rapidly, especially if home building materials or contents remain wet for more than 24 hours, or if they are wet frequently. MoldREPORT™ is not intended to provide medical or healthcare advice. All allergy or medical-related questions and concerns, including health concerns relating to possible mold exposure, should be directed to a qualified physician. If this report indicates scores that are higher than in typical indoor living spaces relative to the outdoor environment, or indicates any findings that are of concern to you, further evaluation by a trained mold professional or a Certified Industrial Hygienist (CIH) may be advisable.

**Warranties, legal disclaimers and limitations**
MoldREPORT™ is designed and intended for use only in residential home inspections to help in the assessment of mold growth in the living areas sampled. Our laboratory analysis and report are based on the samples submitted to Eurofins EMLab P&K. The inspection(s) and sampling should be performed only by a licensed and professional home inspector, environmental mold specialist, industrial hygienist or residential appraiser trained and qualified to conduct mold inspections in residential buildings. Client agrees to these conditions for the on-site project inspection.

This MoldREPORT™ is generated by Eurofins EMLab P&K at the request of, and for the exclusive use of, the Eurofins EMLab P&K client named on this report. The analysis of the test samples is performed by Eurofins EMLab P&K. Eurofins EMLab P&K's policy is that reports and test results will not be released to any third party without prior written consent from Eurofins EMLab P&K's client. This report applies only to the samples taken at the time, place and location referenced in the report and received by Eurofins EMLab P&K, and to the property and weather conditions existing at that time only. Please be aware, however, that property conditions, inspection findings and laboratory results can and do change over time relative to the original sampling due to changing conditions, the normal fluctuation of airborne mold, and many other factors. Client and reader are advised that Eurofins EMLab P&K does not furnish, and has no responsibility for, the inspector or inspection service that performs the inspection or collects the test samples. It is the responsibility of the end-user of this report to select a properly trained professional to conduct the inspection and collect appropriate samples for analysis and interpretation by MoldREPORT™ . None of Eurofins EMLab P&K, Eurofins EMLab P&K or their affiliates, subsidiaries, suppliers, employees, agents, contractors and attorneys (each an "Eurofins EMLab P&K-related party") are able to make and do not make any determinations as to the safety or health condition of a property in this report. The client and client's customer are solely responsible for the use of, and any determinations made from, this report, and no Eurofins EMLab P&K-related party shall have any liability with respect to decisions or recommendations made or actions taken by either the client or the client's customer based on the report.

Except as expressly provided for hereunder, each Eurofins EMLab P&K-related party hereby expressly disclaims any and all representations and warranties of any kind or nature, whether express, implied or statutory, related to the testing services or this report. Additionally, neither this report nor any Eurofins EMLab P&K-related party make any express or implied warranty or guarantee regarding the inspection or sampling done by the inspector, the qualifications, training or sampling methodology used by the inspector performing the sampling and inspection reported herein, or the accuracy of any information provided to any Eurofins EMLab P&K-related party serving as a basis for this report. Eurofins EMLab P&K reserves the right to change its scoring method at any time without notice. Eurofins EMLab P&K reserves the right to dispose of samples two weeks after analysis unless otherwise specified by the client. If the client chooses to have Eurofins EMLab P&K continue to retain the samples after this two week period, the client must provide written notification to Eurofins EMLab P&K of this request. Eurofins EMLab P&K reserves the right to charge for the additional sample storage.

In no event will any Eurofins EMLab P&K-related party be liable for any special, indirect, incidental, punitive, or consequential damages of any kind regardless of the form of action whether in contract, tort (including negligence), strict product liability or otherwise, arising from or related to the testing services or this report. The aggregate liability of the Eurofins EMLab P&K-related parties related to or arising from this report, whether under contract law, tort law, warranty or otherwise, shall be limited to direct damages not to exceed the fees actually received by Eurofins EMLab P&K from the client for the report.

The invalidity or unenforceability, in whole or in part, of any provision, term or condition herein shall not invalidate or otherwise affect the enforceability of the remainder of these provisions, terms and conditions.

This report is generated by Eurofins EPK Built Environment Testing, LLC at the request, and for the exclusive use, of the Eurofins EPK Built Environment Testing, LLC client named in this report. Important terms, conditions, and limitations apply. The Eurofins EPK Built Environment Testing, LLC client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC


PLAINTIFF'S
EXHIBIT
PL101-030

# Scope and Limitations of Report and Analysis

The scope of the MoldREPORT™ system is limited to Eurofins EMLab P&K's proprietary MoldSCORE™ analysis of the air and surface samples taken at the time of the inspection. Eurofins EMLab P&K cannot be liable, in any form of action, for any items that are not included within the scope of the MoldREPORT™ system.

**MoldREPORT™ Inspection Limitations**
MoldREPORT™ results are based upon mold air and surface samples. Mold surface samples are useful for confirming and identifying mold growth while air samples measure airborne mold levels.

This report provided by Eurofins EMLab P&K is based upon the assumption that the information provided by the inspector is true and correct, that a sufficient number of mold and air samples were collected at all the appropriate locations following proper inspection and sampling protocols, and that the mold samples collected represent normal conditions at the site sampled. Eurofins EMLab P&K is not able to, and cannot, guarantee the skill level or experience of the inspector performing the MoldREPORT™ inspection, nor can it guarantee that the samples have been properly collected at the site or are representative of normal conditions since many factors outside of Eurofins EMLab P&K's (and the inspector's) control can and do substantially affect mold levels. Consequently, Eurofins EMLab P&K cannot guarantee the accuracy of the interpretation provided herein. It is the responsibility of the inspector to insure that the mold samples were collected properly. MoldREPORT™ relies on non-invasive and non-destructive tests, so it cannot guarantee that hidden mold problems will be detected and reported. MoldREPORT™ results apply only to the rooms sampled, not to the entire building or any other rooms. It is the responsibility of the property owner, potential purchaser or other end-user of this report to select a properly trained and qualified inspector.

**About Air Sample Sampling and Analysis**
Eurofins EMLab P&K requires at least one outdoor air sample and one indoor air sample in order to make indoor/outdoor comparisons and assessments of airborne mold levels, which are an integral part of the Eurofins EMLab P&K MoldREPORT™ system. The indoor air samples taken can be representative of the airborne mold present in the area sampled. The analysis and interpretation of these air samples is proprietary and is based upon: relative levels of spores present, quantities and concentration of *Penicillium/Aspergillus* type spores, quantity and concentration of *Cladosporium* spores, quantity and concentration of basidiospores, quantity and concentration of "marker" spore types, quantity and concentration of "other" spore types, and the distribution of mold spore types. Spore identification is performed visually by trained analysts according to industry norms. Using visual identification, most mold spores lack sufficient distinguishing characteristics to allow for species identification, so the MoldREPORT™ analysis is generally performed at the genus level. Currently there are no generally-accepted protocols or regulations regarding air sampling for molds, in large part due to the inability of any single technique to provide a complete analysis of all mold spores and mold growth in an area. Air sampling for MoldREPORT™ can be performed using any standard "spore trap" method, which are also called "non-viable air sampling methods" because spore traps do not require the germination and growth of the spores before identification. Commonly used spore trap equipment for performing air sampling for mold includes Zefon Air-O-Cell™ Cassettes, Burkard™ samplers, and Allergenco™ samplers.

**About Surface Sampling and Analysis**
Surface sampling can be useful for differentiating between mold growth and stains, for identifying the type of mold growth present (if present), and, in some cases, identifying signs of mold growth in the vicinity. Although not required, surface sampling can improve the accuracy of the results and interpretation of the inspected environment if sampled correctly. Eurofins EMLab P&K accepts surface samples in the form of swabs, tapes, or bulks in order to perform a direct examination of a specific location. The MoldREPORT™ analysis system uses the direct examination data in addition to the MoldREPORT™ air sample analysis.

This report is generated by Eurofins EPK Built Environment Testing, LLC at the request, and for the exclusive use, of the Eurofins EPK Built Environment Testing, LLC client named in this report. Important terms, conditions, and limitations apply. The Eurofins EPK Built Environment Testing, LLC client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC


PLAINTIFF'S
EXHIBIT
PL101-031

**Client: 2020 Home Inspections - CA**
Contact: Mr. Michael Cantor
Project: Ravada-2275 East Belding Dr
Date of Sampling: 11-06-2024
Date of Receipt: 11-07-2024
Date of Report: 11-08-2024

**MoldREPORT**
Eurofins EMLab P & K
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(833) 465-5857 Fax (623) 780-7695

## Glossary

Background Debris - Material(s) found on the air sample other than mold spore(s) or mycelia. Examples include skin cells, insect parts, and fibers.

False Positive - A test result that incorrectly indicates mold growth, when in reality there is none. For example, an air sample test result indicating indoor mold growth, when no mold growth is actually present is a "False Positive."

False Negative - A test result that shows no mold growth, when in reality mold growth is present. For example, an air sample test result indicating no indoor mold growth, when mold growth is actually present.

Fungi - A kingdom that includes yeasts, molds, smuts, and mushrooms. Fungi are not animals, plants or bacteria, but their own kingdom.

HVAC - Heating, Ventilation, and Air Conditioning (HVAC) systems are possible reservoirs for mold growth.

IAQ - Indoor Air Quality (IAQ) is the main focus of Eurofins EMLab P&K and the majority of its customers.

Industrial Hygienist - A professional who monitors exposure to environmental factors that can affect human health. Examples of environmental factors include chemicals, heat, asbestos, noise, radiation, and biological hazards.

Marker Spores - Spore types, such as *Chaetomium* and *Stachybotrys,* that when found indoors, even in moderate numbers are an indication of indoor mold growth.

Note: This glossary is intended to provide general information about commonly occurring molds, and is not intended to be a complete source.

***Alternaria:***
**Distribution:** *Alternaria* is one of the most common molds and is abundant worldwide. This genus contains around 40 to 50 different species, only a few of which are commonly found indoors.
**How it is spread:** *Alternaria* spores are easily dispersed through the air by wind.
**Where it is found outdoors:** *Alternaria* is common outdoors in soil, dead organic debris, foodstuffs, and textiles. It is also a plant pathogen and is frequently found on dead or weakened plants.
**Where it is found indoors:** *Alternaria* can grow on a variety of substrates indoors when moisture is present.

***Acremonium:***
**Distribution:** *Acremonium* is a common mold, including about 80 to 90 different species.
**How it is spread:** *Acremonium* produces wet slimy spores and is normally dispersed through water flow or droplets, or by insects. Old dry *Acremonium* spores can sometimes be dispersed through the air by wind.
**Where it is found outdoors:** *Acremonium* is found in soil, on dead organic material and debris, hay, and foodstuffs.
**Where it is found indoors:** *Acremonium* can be found anywhere indoors, but requires very wet conditions in order to proliferate. The spores probably require active disturbance for release.

***Aspergillus:*** (see *Penicillium/Aspergillus)*

This report is generated by Eurofins EPK Built Environment Testing, LLC at the request, and for the exclusive use, of the Eurofins EPK Built Environment Testing, LLC client named in this report. Important terms, conditions, and limitations apply. The Eurofins EPK Built Environment Testing, LLC client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC



PLAINTIFF'S EXHIBIT PL101-032

## Glossary (continued)

**Basidiospores:**
**Distribution:** Basidiospores are produced by a very large and diverse group of fungi called basidiomycetes, which contains over 1000 different genera. This group includes many well-known macrofungi, such as mushrooms. Basidiospores are often abundant in outdoor air and sometimes in indoor air.
**How they are spread:** Many types of basidiospores are actively released into the air during periods of high humidity or rain. Once the spores are expelled into the air, they are dispersed easily by wind.
**Where they are found outdoors:** Basidiomycetes are very common outdoors and can be found in gardens, forests, grasslands, and anywhere there is a substantial amount of dead organic material. They are also found on or near plants and some are known to be plant pathogens.
**Where they are found indoors:** Basidiospores found indoors typically come from outdoor sources and are carried inside by airflow or on clothing. Certain kinds of basidiomycetes can grow indoors, such as those that cause "dry rot", which can cause structural damage to wood. Occasionally, other basidiomycetes such as mushrooms can be found indoors, but this is not common. Generally, basiodiomycetes require wet conditions for prolonged periods in order to grow indoors.

***Bipolaris / Dreschlera:***
**Distribution:** *Bipolaris* and *Dreschlera* are two separate genera of molds that are so visually similar that they are commonly discussed together as a group. Both genera include around 30 - 40 different species.
**How they are spread:** *Bipolaris* / *Dreschlera* spores are easily dispersed through the air by wind.
**Where they are found outdoors:** *Bipolaris* / *Dreschlera* type spores are most abundant in tropical or subtropical climates. They can grow in soils, on plant debris and grasses, and are known to be plant pathogens.
**Where they are found indoors:** *Bipolaris* / *Dreschlera* can grow on a variety of indoor substrates when moisture is present.

***Ceratocystis / Ophiostoma:***
**Distribution:** *Ceratocystis* / *Ophiostoma* are two separate genera of molds that are so visually similar that they are commonly discussed together as a group. These genera contain around 50 to 60 different species.
**How they are spread:** *Ceratocystis* / *Ophiostoma* produce wet slimy spores and are normally dispersed through water flow, droplets, or by insects. These spores are rarely identified in air samples.
**Where they are found outdoors:** *Ceratocystis* / *Ophiostoma* are very common in commercial lumberyards and forests.
**Where they are found indoors** *Ceratocystis* / *Ophiostoma* are abundant on wood framing material in the home, although the spores are rarely found in air samples. This mold is sometimes called "lumber mold".

***Chaetomium:***
**Distribution:** *Chaetomium* is a common mold worldwide. This genus contains around 80 - 90 different species.
**How it is spread:** *Chaetomium* spores are formed inside fruiting bodies. The spores are released by being forced out through a small opening in the fruiting body. The spores are then dispersed by wind, water drops, or insects.
**Where it is found outdoors:** *Chaetomium* can be found in soil, on various seeds, cellulose substrates, dung, woody materials and straw.
**Where it is found indoors:** *Chaetomium* can grow in a variety of areas indoors, but is usually found on cellulose-based or woody materials in the home. It is very common on sheetrock paper that is or has been wet.

This report is generated by Eurofins EPK Built Environment Testing, LLC at the request, and for the exclusive use, of the Eurofins EPK Built Environment Testing, LLC client named in this report. Important terms, conditions, and limitations apply. The Eurofins EPK Built Environment Testing, LLC client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC


PLAINTIFF'S EXHIBIT PL101-033

## Glossary (continued)

***Cladosporium:***
**Distribution:** *Cladosporium* is an abundant mold worldwide and is normally one of the most abundant spore types present in both indoor or outdoor air samples. This genus contains around 20 - 30 different species.
**How it is spread:** *Cladosporium* produces dry spores that are formed in branching chains. Spores are released by twisting of the spore-bearing hyphae as they dry. Thus, the spores are most abundant in dry weather.
**Where it is found outdoors:** *Cladosporium* is found in a wide variety of soils, in plant litter, and on old and decaying plants and leaves. Some species are plant pathogens
**Where it is found indoors:** *Cladosporium* can be found anywhere indoors, including textiles, bathroom tiles, wood, moist windowsills, and any wet areas in a home. Some species of *Cladosporium* grow at temperatures near or below 0(C) / 32(F) and can often be found on refrigerated foodstuffs and even frozen meat.

***Curvularia:***
**Distribution:** *Curvularia* is a cosmopolitan fungus and includes approximately 30 different species.
**How it is spread:** *Curvularia* produces dry spores that are formed in fragile chains and is very easily dispersed through the air by wind.
**Where it is found outdoors:** *Curvularia* is most common in tropical or subtropical regions. It is found in soil and on debris of tropical plants.
**Where it is found indoors:** *Curvularia* can be found growing on a variety of substrates indoors.

***Epicoccum:***
**Distribution:** *Epicoccum* is a cosmopolitan mold that includes only two species.
**How it is spread:** *Epicoccum* produces large dry spores that are easily dispersed through the air by wind.
**Where it is found outdoors:** *Epicoccum* can be found in soils or on plant debris.
**Where it is found indoors:** *Epicoccum* is commonly found on many different substrates indoors including paper, textiles, and insects.

***Memnoniella:***
**Distribution:** *Memnoniella* is a cosmopolitan mold genus that includes approximately five species. It is frequently found in conjunction with *Stachybotrys* species due to its similar ecological preferences.
**How it is spread:** *Memnoniella* produces dry spores that are easily dispersed through the air by wind.
**Where it is found outdoors:** *Memnoniella* can be found outdoors in soil, in plant debris or litter, and as pathogens on some types of living plants.
**Where it is found indoors:** *Memnoniella* can grow on a variety of substrates indoors, but mainly can be found on wet cellulose-based materials, such as wallboard, jute, wicker, straw baskets, paper and other wood by-products.

***Paecilomyces:***
**Distribution:** *Paecilomyces* is ubiquitous in nature and includes between 9 and 30 different species, depending on the taxonomic system used. Its spores are visually similar to *Penicillium* / *Aspergillus* types of spores.
**How it is spread:** *Paecilomyces* produce dry spores that are easily dispersed through the air by wind.
**Where it is found outdoors:** *Paecilomyces* is found outdoors in soils and decaying plant matter, composting processes, legumes and cottonseeds. Some species parasitize insects.
**Where it is found indoors:** *Paecilomyces* can be found on a number of materials indoors. It has been isolated from jute fibers, papers, PVC, timber, optical lenses, leather, photographic paper, cigar tobacco, harvested grapes, bottled fruit, and fruit juice undergoing pasteurization.

This report is generated by Eurofins EPK Built Environment Testing, LLC at the request, and for the exclusive use, of the Eurofins EPK Built Environment Testing, LLC client named in this report. Important terms, conditions, and limitations apply. The Eurofins EPK Built Environment Testing, LLC client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC


PLAINTIFF'S EXHIBIT PL101-034

## Glossary (continued)

***Penicillium / Aspergillus:***
**Distribution:** *Penicillium / Aspergillus* are two separate genera of molds that are so visually similar that they are commonly discussed together as a group. Together, there are approximately 400 different species of *Penicillium / Aspergillus*.
**How it is spread:** *Penicillium / Aspergillus* produce dry spore types that are easily dispersed through the air by wind. These fungi serve as a food source for mites, and therefore can be dispersed by mites and various insects as well.
**Where it is found outdoors:** *Penicillium / Aspergillus* are found in soils, decaying plant debris, compost piles, fruit rot and some petroleum-based fuels.
**Where it is found indoors:** *Penicillium / Aspergillus* are found throughout the home. They are common in house dust, growing on wallpaper, wallpaper glue, decaying fabrics, wallboard, moist chipboards, and behind paint. They have also been isolated from blue rot in apples, dried foodstuffs, cheeses, fresh herbs, spices, dry cereals, nuts, onions, and oranges.

***Stachybotrys:***
**Distribution:** *Stachybotrys* is ubiquitous in nature. This genus contains about 15 species.
**How it is spread:** *Stachybotrys* produces wet slimy spores and is commonly dispersed through water flow, droplets, or insect transport, less commonly through the air.
**Where it is found outdoors:** *Stachybotrys* is found in soils, decaying plant debris, decomposing cellulose, leaf litter and seeds.
**Where it is found indoors:** *Stachybotrys* is common indoors on wet materials containing cellulose such as wallboard, jute, wicker, straw baskets, and other paper materials.

***Torula:***
**Distribution:** *Torula* is a cosmopolitan microfungus and includes approximately eight different species
**How it is spread:** *Torula* produces dry spores that are easily dispersed through the air by wind.
**Where it is found outdoors:** *Torula* is most common in temperate regions and has been isolated from soils, dead herbaceous stems, sugar beet roots, groundnuts, and oats.
**Where it is found indoors:** *Torula* is common indoors on wet materials containing cellulose, such as wallboard, jute, wicker, straw baskets, and other paper materials.

***Ulocladium:***
**Distribution:** *Ulocladium* is ubiquitous in nature and includes approximately nine different species.
**How it is spread:** *Ulocladium* produces dry spores that are easily dispersed through the air by wind.
**Where it is found outdoors:** *Ulocladium* is common outdoors in soils, dung, paint, grasses, wood, paper, and textiles.
**Where it is found indoors:** *Ulocladium* is common indoors on very wet materials containing cellulose such as wallboard, jute, wicker, straw baskets, and other paper materials. *Ulocladium* requires a significant amount of water to flourish.

This report is generated by Eurofins EPK Built Environment Testing, LLC at the request, and for the exclusive use, of the Eurofins EPK Built Environment Testing, LLC client named in this report. Important terms, conditions, and limitations apply. The Eurofins EPK Built Environment Testing, LLC client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC


PLAINTIFF'S
EXHIBIT
PL101-035

**Client: 2020 Home Inspections - CA**
Contact: Mr. Michael Cantor
Project: Ravada-2275 East Belding Dr
Date of Sampling: 11-06-2024
Date of Receipt: 11-07-2024
Date of Report: 11-08-2024

**MoldREPORT**
Eurofins EMLab P & K
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(833) 465-5857 Fax (623) 780-7695

# References and Resources

**References:**


*Airborne Allergens,* William Solomon, Guest Editor. Immunology & Allergy Clinics of North America, Volume 9, Number 2, August 1989. W.B. Saunders Company, Publishers, The Curtis Center, Independence Square West, Philadelphia, PA 19106-3399. This book may be out of print.

*Bioaerosols: Assessment and Control,* Janet Macher, Sc.D., M.P.H., Editor. 1999. ACGIH, 1330 Kemper Meadow Drive, Cincinnati, OH 45240-1634.

*Bioaerosols,* Harriet Burge, Ph.D. 1995. Lewis Publishers, 2000 Corporate Blvd., N.W., Boca Raton, FL 33431-9868.

*Biological Contaminants in Indoor Environments,* Morey, Feeley, Otten, Editors. 1990. ASTM, 1916 Race Street, Philadelphia, PA 19103. STP 1071.

*Fungi and Bacteria in Indoor Air Environments: Health Effects, Detection and Remediation,* Proceedings from the International Conference, Saratoga Springs, NY October 6-7, 1994.

*Health Implications of Fungi in Indoor Environments,* Edited by R.A. Samson. 1994. Elsevier Science, P.O. Box 945, Madison Square Station, New York, NY 10159-0945.

*Indoor Air and Human Health,* Gammage & Kaye. 1985. Lewis Publishers.

*Microfungi,* S.G. Gravesen, J.C. Frisvad, & R.A. Samson, published by Munksgaard.


**Useful Websites:**

www.acgih.org
American Conference of Governmental Industrial Hygienists - information on IAQ and useful links.

www.aiha.org
American Industrial Hygiene Association - general IAQ information

www.calepa.ca.gov
California Environmental Protection Agency - California IAQ resources

www.emlab.com
Eurofins EMLab P&K

www.epa.gov
Environmental Protection Agency - information regarding prevention and remediation of mold

www.health.state.ny.us
New York State Department of Health - New York state recommendations for IAQ, indoor mold inspections, remediation, and prevention

www.moldreport.com
MoldREPORT™ - online store, and other information about MoldREPORT™

www.nih.gov
National Institutes of Health - information regarding environmental health issues, including IAQ

www.niehs.nih.gov
National Institute of Environmental Health Sciences - information on mold

This report is generated by Eurofins EPK Built Environment Testing, LLC at the request, and for the exclusive use, of the Eurofins EPK Built Environment Testing, LLC client named in this report. Important terms, conditions, and limitations apply. The Eurofins EPK Built Environment Testing, LLC client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 Eurofins EPK Built Environment Testing, LLC



PLAINTIFF'S EXHIBIT PL101-036

**Eurofins EPK Built Environment Testing, LLC**
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(833) 465-5857 www.eurofinsus.com/Built

Client: 2020 Home Inspections - CA
Contact: Mr. Michael Cantor
Project: Ravada-2275 East Belding Dr

Date of Sampling: 11-06-2024
Date of Receipt: 11-07-2024
Date of Report: 11-08-2024

**PROJECT ANALYST AND SIGNATORY REPORT**

**Project Analyst**

**Analyst:** Seon Wilson

The test report shall not be reproduced except in full, without written approval of the laboratory. The report must not be used by the client to claim product certification, approval, or endorsement by AIHA LAP, LLC, or any agency of the federal government. The Company reserves the right to dispose of all samples after a period of thirty (30) days, according to all state and federal guidelines, unless otherwise specified.

‡ A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".



PLAINTIFF'S
EXHIBIT
P1-101-037

**2020 Home Inspections - CA**
**Mr. Michael Cantor**
**26741 Portola Pkwy**
**#1E-469**
**Foothill Ranch, CA 92610 USA**
**(949) 275-4950**

INSPECT. ANALYZE. INTERPRET.

# MoldREPORT™

**Eurofins EMLab P&K**
www.MoldREPORT.com
info@MoldREPORT.com

Approved by:

Technical Manager
Danny Li

Dates of Analysis:
MoldReport Spore trap: 11-08-2024

Service SOPs: MoldReport Spore trap (EM-MY-S-1038)
AIHA LAP, LLC accredited service, Lab ID #178697

All samples were received in acceptable condition unless noted in the Report Comments portion in the body of the report. Due to the nature of the analyses performed, field blank correction of results is not applied. The results relate only to the samples as received and tested. Information supplied by the client which can affect the validity of results: sample air volume.

The analytical sensitivity is the spores/m^3 divided by the raw count, expressed in spores/m^3, per spore and per sample.

Eurofins EMLab P&K ("the Company") shall have no liability to the client or the client's customer with respect to decisions or recommendations made, actions taken or courses of conduct implemented by either the client or the client's customer as a result of or based upon the Test Results. In no event shall the Company be liable to the client with respect to the Test Results except for the Company's own willful misconduct or gross negligence nor shall the Company be liable for incidental or consequential damages or lost profits or revenues to the fullest extent such liability may be disclaimed by law, even if the Company has been advised of the possibility of such damages, lost profits or lost revenues. In no event shall the Company's liability with respect to the Test Results exceed the amount paid to the Company by the client therefor.



PLAINTIFF'S
EXHIBIT
PL101-038

**Client: 2020 Home Inspections - CA**
Contact: Mr. Michael Cantor
Project: Ravada-2275 East Belding Dr
Date of Sampling: 11-06-2024
Date of Receipt: 11-07-2024
Date of Report: 11-08-2024

**MoldREPORT**
Eurofins EMLab P & K
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(833) 465-5857 Fax (623) 780-7695

# Laboratory Results

## MoldREPORT: Spore Trap Analysis

| Location: | OSR: Outside-Rear | | ST1: SE Bathroom Containment | | ST2: Room Area Outside of Containment | |
|---|---|---|---|---|---|---|
| Comments (see below) | None | | None | | None | |
| Lab ID-Version‡: | 19005290-1 | | 19005291-1 | | 19005292-1 | |
| Analysis Date: | 11/08/2024 | | 11/08/2024 | | 11/08/2024 | |
| Spore types detected: | raw ct. | per m3 | raw ct. | per m3 | raw ct. | per m3 |
| Alternaria | - | - | - | - | - | - |
| Arthrinium | - | - | - | - | - | - |
| Ascospores | - | - | - | - | - | - |
| Aureobasidium | - | - | - | - | - | - |
| Basidiospores | - | - | - | - | - | - |
| Bipolaris/Drechslera group | - | - | - | - | - | - |
| Botrytis | - | - | - | - | - | - |
| Chaetomium | - | - | - | - | 8 | 430 |
| Cladosporium | - | - | - | - | - | - |
| Curvularia | - | - | - | - | - | - |
| Epicoccum | - | - | - | - | - | - |
| Fusarium | - | - | - | - | - | - |
| Myrothecium | - | - | - | - | - | - |
| Nigrospora | - | - | - | - | - | - |
| Penicillium/Aspergillus types | - | - | 1 | 53 | - | - |
| Pithomyces | - | - | - | - | - | - |
| Rusts | - | - | - | - | - | - |
| Smuts, Periconia, Myxomycetes | 4 | 210 | - | - | - | - |
| Stachybotrys | - | - | - | - | 69 | 3,700 |
| Stemphylium | - | - | - | - | - | - |
| Torula | - | - | - | - | - | - |
| Trichoderma | - | - | - | - | - | - |
| Ulocladium | - | - | - | - | - | - |
| Zygomycetes | - | - | - | - | - | - |
| Others | - | - | - | - | 3 | 160 |
| § Total: | | 210 | | 53 | | 4,300 |
| Additional Information: | | | | | | |
| Hyphal fragments | - | | - | | - | |
| Skin cells | 13 - 67 | | 13 - 67 | | 13 - 67 | |
| Pollen | < 13 | | < 13 | | < 13 | |
| Background debris† | 1 | | 1 | | 3 | |
| Limit of detection | 13 | | 13 | | 13 | |
| Sample volume (liters) | 75 | | 75 | | 75 | |
| MoldSCORE: | N/A | | 108 | | 300 | |

**Comments:**

† Background debris is an indication of the amounts of non-biological particulate matter present on the slide (dust in the air) and is graded from 1 to 4 with 4 indicating the largest amounts.
For more information on the fungi identified in your report please visit www.emlab.com.
‡ A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".
§ Total Spores/m3 has been rounded to two significant figures to reflect analytical precision.
Rev02 03/11



PLAINTIFF'S EXHIBIT PL101-039

**Eurofins EPK Built Environment Testing, LLC**
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(833) 465-5857 www.eurofinsus.com/Built

Client: 2020 Home Inspections - CA
C/O: Mr. Michael Cantor
Re: Ravada-2275 East Belding Dr

Date of Sampling: 11-06-2024
Date of Receipt: 11-07-2024
Date of Report: 11-08-2024

MoldREPORT: Spore Trap Analysis

**PROJECT ANALYST AND SIGNATORY REPORT**

**Project Analyst**

**Analyst:** Seon Wilson

The test report shall not be reproduced except in full, without written approval of the laboratory. The report must not be used by the client to claim product certification, approval, or endorsement by AIHA LAP, LLC, or any agency of the federal government. The Company reserves the right to dispose of all samples after a period of thirty (30) days, according to all state and federal guidelines, unless otherwise specified.

‡ A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".



PLAINTIFF'S EXHIBIT P1-101-040