# EXHIBIT 102

# 20/20 PROPERTY INSPECTIONS




2275 E Belding Dr
Palm Springs, CA 92262

Prepared for: Julio Ravada

Prepared by: 2020 Advanced Property & Mold Inspections
26741 Portola Parkway #1E-469
Foothill Ranch,, CA 92610

PLAINTIFF'S
EXHIBIT
PL102-001

# Table of Contents


| | |
|---|---|
| General Information | 2 |
| Definitions | 3 |
| LEGEND | 3 |
| INTERIOR: | 4 |
| SUPPLEMENTAL MOLD INFORMATION | 9 |


PLAINTIFF'S
EXHIBIT
PL102-002

# General Information

le Number: **241106 - 2275 E Belding**

## Property Information

roperty Address: **2275 E Belding Dr**
ty: **Palm Springs** State: **CA** Zip: **92262**

uilding Type: **Single Family Residence, One Level. Reported sq. ft. [ 2319 ].**

stimated Age: **Reportedly built in [ ]:**

ntrance Faces: **Primarily North** Occupancy: **Owner (client) occupied**

spection Date: **11/19/2024**

art Time: **11am** End Time: **12:15 pm**

## Client Information

ient Name: **Julio Ravada**
ontact Name: **Julio Ravada**
thers Present: **Julio Ravada and other worker**

## Inspection Company

spector Name Michael Cantor
ompany Name 2020 Advanced Property & Mold Inspections
ldress 26741 Portola Parkway #1E-469
ty Foothill Ranch, State CA Zip 92610
hone: **949.275.4950** Fax: **NA**
Mail: **2020APMI@Gmail.com**
eb Site: **WWW.2020HI.com**
spector Name: **Michael Cantor**

## Weather Conditions

eather: **Clear**
emperature (F): **85**
oil Conditions: **Dry**

## Utility Status

ectric On: **Yes**
as/Oil On: **Yes**
ater On: **Yes**

PLAINTIFF'S
EXHIBIT
PL102-003

# Definitions

| | |
|---|---|
| ACCEPTABLE | The component/item had no visible defects or evidence of being defective and/or was operational and/or in working condition and/or was performing it's intended function. - |
| MARGINAL | The component/item displayed LIMITATIONS and/or other conditions, such as: being outdated, improper installation, wear, deterioration, damage, material defects, limited remaining useful "life", and/or it appears that the condition may worsen. The component needs monitoring, service, repair and/or replacement. - |
| DEFECTIVE | The component/item has substantial defects now or displayed conditions that could cause it to become defective at any time. Such conditions include: improper installation, not functioning, missing element(s) or component(s), a high degree of wear/deterioration/damage, visible defects, and/or where life, health or safety is in jeopardy. The item/component requires service, repair and/or replacement. - |
| NOT RATED | The component/item was unable to be [fully] inspected due to unsafe conditions, no power supply, was inaccessible, disconnected, was not within the scope of a standard home inspection. - |
| NOT PRESENT | The component/item was not present, not found or was not readily observable. |

# LEGEND

1. (AD) or (AN) = Address as Desired/Address as needed.
2. (ACC) = Denotes that this item is ACCEPTABLE although it may be grouped with other elements that are down-rated.
3. (AE) or (RE) = ADVISE or REQUIRES EVALUATION and/or remedial options from a QUALIFIED SPECIALIST.
4. (AO) = ASK OWNER about the history of conditions/repairs.
5. (AR) = ANTICIPATE REPAIR or REPLACEMENT NEEDS at any time.
6. (CE) = COMMON ELEMENT; typically, ASSOCIATION maintained. Not part of this inspection, unless noted otherwise.
7. (DA) = Client should DETERMINE personal ACCEPTABILITY.
8. (FN) = Element function is or may be affected by present condition.
9. (HZ) = SUBSTANTIAL HAZARD now and requires immediate correction by a qualified specialist.
10. (HD) = HIDDEN DAMAGE MAY EXIST.
11. (MO) = MONITOR [for changing] conditions and improve as needed.
12. (MR) = Generally, MINOR to REPAIR or correct.
13. (PC) = Advise additional evaluation PRIOR TO CLOSE OF ESCROW and/or SALE/TRANSACTION.
14. (PD) = This condition creates POTENTIAL FOR FUTURE DAMAGE.
15. (PM) = We ADVISE PREVENTIVE MAINTENANCE or the element REQUIRES PREVENTIVE MAINTENANCE as soon as possible to avoid or limit problems.
16. (REPAIR) = In this inspector's opinion, REPAIR is required for normal condition.
17. (REPLACE) = In this inspector's opinion, this element needs to be replaced.
18. (SA) = This condition is a [potential] SAFETY concern. Correction is required.
19. (SY) = This condition is a potential SECURITY concern. Correction is required.
20. (SP) = Advise evaluation by a qualified STRUCTURAL PEST CONTROL OPERATOR, prior to close of escrow/sale/transaction.
21. (UP) = The correction for this condition is considered an UPGRADE relative to the age of the house.
22. ==========================================================

PLAINTIFF'S EXHIBIT PL102-004

# INTERIOR:

.

**OTHER:** *Limited areas* THIS WAS A LIMITED MOLD INSPECTION. LIMITED TO THE AREAS REQUESTED T BE INSPECTED BY THE CLIENT. THE INSPECTOR DID NOT INSPECT ANY OTHER AREAS OF THE HOUSI AND DISCLAIMS POSSIBLE UNDISCLOSED AND UNDISCOVERED WATER DAMAGE AND OR MOLD THAT MIGHT EXIST IN OTHER AREAS OF THE HOUSE. THE AREAS INSPECTED INCLUDE:

SE Bathroom Containment

2.

**OTHER:** *Photos of verify calibration of the air pump and outdoor air sample(s):*










PLAINTIFF'S
EXHIBIT
PL102-005

# INTERIOR: (Continued)

3\. **OTHER:** *Excerpt pages from the lab report*

**Client: 2020 Home Inspections - CA**
Contact: Mr. Michael Cantor
Project: Ravada-2275 East Belding Dr
Date of Sampling: 11-06-2024
Date of Receipt: 11-07-2024
Date of Report: 11-08-2024

**MoldREPORT**
Eurofins EMLab P & K
2841 Dow Avenue, Suite 300, Tustin, CA 9278
(833) 465-5857 Fax (623) 780-769

## Summary of Sample Analysis Results

**Do not take any action based on the results of this report until you have read the entire report.**

**Air Sample Summary:**

The MoldSCORE™ was in the HIGH range for the following area(s): ST2. A high MoldSCORE™ indicates a high likelihood of mold growth in the area tested at the time of the inspection. If mold growth is in fact present, it should be cleaned or physically removed using appropriate controls and precautions by a trained professional and any associated water source that led to the problem should also be corrected.

The MoldSCORE™ was in the LOW range for the following area(s): ST1. A low MoldSCORE™ indicates the air sample did not detect, relative to the outside air, the presence of indoor mold growth in this room at the time of sampling.

Please see the sections titled "Detailed Results of the Air Sample Analysis" and "Understanding Your Air Sample Analysis Results" for important additional information.

| Location | MoldSCORE™ (Lower <110 – 200 – Higher 300) | Mold Score | Exposure Level (Lower <200 – 1K – 10K – Higher >70K) | Location spores/m3 | Outside spores/m3 |
|---|---|---|---|---|---|
| ST1: SE Bathroom Containment * see p. 4 for details | | 108 | | 53 | 170 |
| ST2: Room Area Outside of Containment * see p. 5 for details | | 300 | | 4,300 | 170 |

**E Bathroom Containment - Sample ST1. Bathroom**

4\. ACCEPTABLE Post Remediation Area: POST REMEDIATION PASSED: SE Bathroom Containment

The purpose of our inspection is to determine if the mold remediation was successful in the area(s) noted
The post remediation inspection service included:

============================================

Visual inspection of the constructed containment(s) PASSED. Inspected containment(s) appeared in good condition.

All seals appeared correct and intact.

============================================

Visual inspection of the remediated area(s) to ensure that all visible mold growth has been removed, that there are no wet building materials, and that the area(s) are clean and debris free.

PASSED. Inspected area(s) passed our visual inspection. Materials were dry and no mold growth was visib

================================================

Ambient air sampling from inside the containment or work area.

PASSED. The air sample collected did not detect, relative to the outside air, the presence of indoor mold growth in this area at the time of sampling.

=============================================

No further remediation is deemed necessary. The reconstruction process may begin.

PLAINTIFF'S EXHIBIT PL102-006

# INTERIOR: (Continued)

Post Remediation Area: (continued)
















PLAINTIFF'S EXHIBIT PL102-007

# INTERIOR: (Continued)

Post Remediation Area: (continued)

## Detailed Results of the Air Sample Analysis

| Location<br>Lab ID-version:‡ 19005291-1 | Overall Mold Source Assessment* (Likelihood spores originated inside) Mold Score | Overall Exposure Level (Shown on a log scale) Location spores/m3 | Location raw ct | Outside ‡19005289-1 OSF spores/m3 | Outside raw ct |
|---|---|---|---|---|---|
| ST1: SE Bathroom Containment | 108 | 53 | 1 | 170 | 4 |

**Indicators of Mold Growth Indoors**

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) Mold Score | Indicator Exposure Level (Shown on a log scale) Location spores/m3 | Location raw ct | Outside spores/m3 | Outside raw ct |
|---|---|---|---|---|---|
| A) Penicillium/Aspergillus types** | 108 | 53 | 1 | < 13 | 0 |
| B) Cladosporium species spores | 100 | < 13 | 0 | < 13 | 0 |
| C) Basidiospores | 100 | < 13 | 0 | < 13 | 0 |
| D) "Marker" spore types*** | 100 | < 13 | 0 | 13 | 1 |
| E) "Other" spore types***,**** | 100 | < 13 | 0 | 160 | 3 |

Scale: Lower <110, 200, Higher 300 (Mold Score); Lower <200, 1K, 10K, Higher >70K (Exposure Level)

**Other Sample Information**

Sample clarity & visibility

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | X | | |
| Outside | X | | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples.
"Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

Other "normal trapping" spores***

| Exposure Level (Highly unlikely to be from indoors) Location spores/m3 | Location raw ct | Outside spores/m3 | Outside raw ct |
|---|---|---|---|
| < 13 | 0 | < 13 | 0 |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 75 | 75 |

Comments

| | |
|---|---|
| Location | None |
| Outside | None |

5. DEFECTIVE

**OTHER:** *Control sample - ST2.* A control sample was taken at the area outside of the [ SE bathroom containment containment to test for cross contamination or other, unrelated problems..

The best way to determine if mold exists in this area is through microbial sampling.

[Air sampling was requested here.]
[See Attachment "A".]
================================================
RESULTS:
AIR SAMPLE ST [ 2 ]: area outside of the SE bathroom containment.

The air sample results were elevated outside of the containment.

See the accompanying lab report.

Further, unrelated to the SE bathroom containment, mold related remediation is deemed necessary here.

The house may be in mid-remodeling, but there were personal items strewn about, clutter and and dirty condition

A thorough inspection would be necessary to try to locate any specific mold source outside of the present containment; not part of this post remediation inspection and testing.








PLAINTIFF'S EXHIBIT PL102-008

# INTERIOR: (Continued)

OTHER: (continued)









### Detailed Results of the Air Sample Analysis

| Location<br>Lab ID-version:‡ 19005292-1 | Overall Mold Source Assessment* (Likelihood spores originated inside) Mold Score | Overall Exposure Level (Shown on a log scale) Location spores/m3 | Location raw ct | Outside ‡19005289-1 OSF spores/m3 | Outside raw ct |
|---|---|---|---|---|---|
| ST2: Room Area Outside of Containment | 300 | 4,300 | 80 | 170 | 4 |

**Indicators of Mold Growth Indoors**

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) Mold Score | Indicator Exposure Level (Shown on a log scale) Location spores/m3 | Location raw ct | Outside spores/m3 | Outside raw ct |
|---|---|---|---|---|---|
| A) Penicillium/Aspergillus types** | 100 | < 13 | 0 | < 13 | 0 |
| B) Cladosporium species spores | 100 | < 13 | 0 | < 13 | 0 |
| C) Basidiospores | 100 | < 13 | 0 | < 13 | 0 |
| D) "Marker" spore types*** 1) Stachybotrys 2) Chaetomium | 300 | 4,130 | 77 | 13 | 1 |
| E) "Other" spore types***,**** 1) Other brown | 162 | 160 | 3 | 160 | 3 |

**Other Sample Information**

Sample clarity & visibility

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | | X | |
| Outside | X | | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples.
"Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

Other "normal trapping" spores***

| Exposure Level (Highly unlikely to be from indoors) Location spores/m3 | Location raw ct | Outside spores/m3 | Outside raw ct |
|---|---|---|---|
| < 13 | 0 | < 13 | 0 |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 75 | 75 |

Comments

| | |
|---|---|
| Location | None |
| Outside | None |

PLAINTIFF'S EXHIBIT PL102-009

## INTERIOR: (Continued)

## SUPPLEMENTAL MOLD INFORMATION

.

.0 Sampling Methodologies

*Air Samples:
Air sampling for total fungi is designed to count and identify the presence of total fungal material (i.e. cultureable and non-cultureable spores) in a measured volume of air. The air samples are collected via the spore trap method with the use of a Zefon Air-O-Cell. Airflow through the cassette is produced by an electrically powered air-sampling device set anc calibrated to a flow rate of 15 liters per minute. The sample cassettes are then sealed and submitted to the laboratory via a chain of custody for analysis.
AN OUTDOOR AIR SAMPLE, ALSO ANALYZED BY THE LAB, IS NECESSARY AS A BASELINE FOR COMPARISON TO SEE WH/ IS NORMAL FOR THE IMMEDIATE OUTDOOR ENVIRONMENT. DEPENDING ON THE SIZE OF THE BUILDING AND OUTDOOR ENVIRONMENT, LANDSCAPING & VEGETATION, IT MAY BE NECESSARY TO SAMPLE MULTIPLE AREAS AT THE EXTERIOR C THE BUILDING. THIS IS AT THE DISCRETION OF THE MOLD INSPECTION TECHNICIAN IN COROBORATION WITH THE CLIENT

*Wall/Ceiling Cavity Samples:
Cavity samples are collected by drilling a small (1/4") hole into the drywall or other material, then inserting a plastic tub into the hole through which an air sample is pulled. The cavity air sample is collected using the same media and methoc as stated above for standard air sampling.

*Surface Swab Samples:
Surface swab samples are collected using sterile swabs enclosed in sterile tubes which contain a transport media solution. These samples are collected by moistening the swab with the provided solution and then swabbing the suspec area. The swabs are then inserted into the sterile tubes, sealed, and submitted to the laboratory via a chain of custody f analysis.

*Surface Tape Samples:
Surface tape samples collected using a forensic tape lift kit. These samples are collected by pressing the tape media slic to the surface of a building material.
The Bio-Tape slide is then sealed in its included case and submitted to the laboratory via a chain of custody for analysis.

Note: If samples were collected, all samples collected from the site were submitted for laboratory analysis under a chair of custody to an independent, AIHA certified lab as recommended by the U.S. Environmental Protection Agency. For additional detailed information on the sample results, please see the laboratory report attached as an appendix at the end of this Report.

1.2 Relative Humidity Readings:
Relative humidity (RH) readings were obtained from both the interior and exterior of the property. The RH was measurec and recorded to determine the potential effect it may have on microbial amplification.
Guidance on RH in occupied buildings is provided by the American Society of Heating, Refrigeration and Air-Conditioning Engineers (ASHRAE) in the ANSI/ASHRAE Standard 62-2001, Ventilation for Acceptable Indoor Air Quality. The RH in habitable spaces preferably should be maintained between 30% and 60% to minimize the growth of allergenic and pathogenic organisms (e.g., dust mites, fungi and associated mycotoxins).

PLAINTIFF'S
EXHIBIT
PL102-010

# SUPPLEMENTAL MOLD INFORMATION (Continued)

1.3 Moisture Content Readings:
A moisture meter was utilized on this project to measure the moisture content (MC) of certain building materials (walls, ceilings, flooring, etc.) throughout the structure, especially areas suspect of water intrusion. Measurement and recordin of MC is performed to detect building materials containing unacceptable levels of moisture (greater than 15% MC in wood) or elevated MC in other materials, relative to similar materials in undamaged areas of the structure.
Fungal growth requires moisture, a food source, and fungal spores. Thus, wood and building materials that are continuously dry (MC less than 15%) should not promote microbial growth.
When a non-penetrating moisture meter is used, levels are reported as a color rather than a percentage. Following is a description of the colors used:
* Green - Air-dry conditions
* Yellow - Slightly in excess of normal or inconclusive
* Red - Excessive moisture

In order to avoid fungal growth, it is recommended that the MC of construction wood products be below 15%. MC readings of "Green" indicated readings believed to be below 15%. MC Readings of "Red" indicated conditions believed t be above 15% moisture.
Construction materials with elevated MC are likely to promote fungal growth. It is recommended that the source of moisture be located and corrected immediately.
NOTE: When a moisture meter is used in a non-penetrating manner, it is possible to obtain a reading of "Red" even if the is no excessive moisture. This can occur when there are certain types of materials below the surface being measured; such as metal. Moisture readings should be used as a guide for further testing and investigation.

1.4 Note: Unidentified Odors:
Some compounds produced by molds are volatile and are released directly into the air. These are known as Microbial Volatile Organic Compounds (mVOCs). Because these compounds often have strong and/or unpleasant odors, they can t the source of odors associated with molds. Exposure to mVOCs from molds has been linked to symptoms such as headaches, nasal irritation, dizziness, fatigue, and nausea. Research on MVOCs is still in the early phase. --US Environmental Protection Agency

Section 2.0 Recommendations

2.1 General Recommendations

2.1.a Engage a licensed professional to evaluate and repair, as necessary, the items related to water intrusion in the structure.
NOTE: MOLD GROWTH IS HIGHLY LIKELY TO RETURN IF MOISTURE INTRUSION ISSUES ARE NOT CORRECTED.

2.1.b Engage a professional water restoration company to dry out, in accordance with the IICRC S500, the areas noted to be wet.
NOTE: Use caution when drying out wet areas. Contact 20/20 Advanced Property & Mold Inspections if visible mold growth is seen inside wall or ceiling cavities or under or behind cabinetry. If mold growth is discovered during dry-out process, proper engineering controls should be put into place to prevent the spreading of airborne mold spores. These engineering controls include, mold growth is discovered during repairs or remodeling, but are not limited to the use of HEPA filtered negative pressure containment chambers, bagging of contaminated materials, and proper demolition processes. Inform contractors of the possibility of hidden mold growth. If work is being performed by a contractor that is not certified/licensed in mold remediation, inform the contractor that they should stop work if mold is discovered. Conta

PLAINTIFF'S EXHIBIT PL102-011

# SUPPLEMENTAL MOLD INFORMATION (Continued)

20/20 APMI.

2.1.c Engage a licensed professional to evaluate and repair, as necessary, the noted preventative maintenance items related to water intrusion as noted in the Preventative Maintenance section of the report above.

2.1.d If any discoloration, staining, water damage, or visible mold-like growth is observed during remodeling or renovations of the structure, or observed when moving furniture or other items, it is recommended that the client consul with a mold inspection professional.

2.2 Recommendations Regarding Remediation:
Remediation should be performed to the standards found in IICRC S520, Standard and Reference Guild for Mold Remediation. It is critical that only trained and qualified mold remediation professionals perform the clean-up work. Proper engineering controls must be in place to prevent the further spreading of airborne mold spores. These engineerir controls include, but are not limited to, bagging of contaminated materials; use of HEPA filtered negative pressure containment chambers, and proper demolition processes.

2.2.a Engage a qualified, licensed Mold Remediation Contractor to remediate the following areas:
See comments within the report above.
==========================
3.0 Notes about Remediation

3.1.a All remediated areas should be contained or sealed off from the rest of the home so as to prevent the spreadin of airborne molds to the rest of the home.

3.1.b When removing wall/ceiling surfaces, cabinetry, or baseboards, the underlying cavities and building materials should be inspected for additional hidden mold growth. Contaminated wall/ceiling surfaces and other materials should l removed, if feasible, at least one foot in all directions past the last appearance of mold growth.
3.1.c Any moldy or water damaged insulation or other non-structural building materials must also be removed and disposed of.
3.1.d Mold and water damaged materials should be immediately placed in plastic bags and sealed for disposal.
3.1.eMold growth found on structural surfaces within the exposed wall/ceiling cavities should be cleaned/removed from all surfaces. This typically involves the use of HEPA vacuums, wet scrubbing, sanding, wire brushing, and/or wiping/drying with disposable wipes.
3.1.fHEPA filtration and dehumidification equipment should be used in all affected areas. HEPA filtration is needed in order to return the airborne particulate levels inside the home back to normal.
3.1.gAfter the remediation (BEFORE new materials are installed), the remediation project should be re-inspected and approved by a Mold Assessment Consultant. The re-inspection should include testing for mold spore contamination and building material moisture levels.
The processes outlined here are the minimum steps required for remediation. The remediation firm may take additiona or varied steps as dictated by their judgment and/or operating procedures to adequately abate the mold contamination. In mold remediation situations, it is always possible that additional hidden mold growth may exist in the walls beyond th areas investigated.

3.1.hHVAC SYSTEM - Engage a mold remediation professional or other qualified professional to perform invasive exploration in the HVAC Closet. Any time water infiltrates ceilings or wall cavities or under/behind cabinetry mold growth is possible. Hidden mold growth is possible in the walls surrounding the HVAC unit and underneath the unit platform. If

PLAINTIFF'S EXHIBIT PL102-012

# SUPPLEMENTAL MOLD INFORMATION (Continued)

mold growth is found inside the wall cavities or underneath the unit, remediation will be required. Proper engineering controls should be used to prevent the spreading of airborne mold spores during the exploration.

3.1.iHidden mold growth is possible in the areas listed above. Consider engaging a mold remediation professional or other qualified professional to perform invasive exploration in these areas. If mold growth is found inside a wall or ceilin cavity or under/behind cabinetry, etc., all affected materials should be removed if not salvageable, according to the IICF S520 - 2006, Standard and Reference Guide for Professional Water Damage Restoration. Proper engineering controls should be used to prevent the spreading of airborne mold spores during the exploration.

PLAINTIFF'S
EXHIBIT
PL102-013