**From:** **Michelle Bernard** mbernard@grsm.com
**Subject:** RE: Meet and Confer - Ex Parte
**Date:** October 26, 2026 at 11:34
**To:** Luna D'Sol jravada@icloud.com
**Cc:** Kelly Canby kcanby@grsm.com

MB

Ms. D'Sol: Farmers Direct is not going to stipulate to you amending your complaint in the federal court lawsuit or the other relief in your contemplated ex parte application because your claim is untimely and without merit.

Best regards,

MRB

---


**MICHELLE R. BERNARD**
Partner

GRSM 50

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 619.230.7769
**E:** mbernard@grsm.com I grsm.com
633 W. 5th Street, 52nd Floor, Los Angeles, CA 90071
101 W. Broadway, Suite 2000, San Diego, CA 92101


---

**From:** Luna D'Sol <jravada@icloud.com>
**Sent:** Monday, October 26, 2026 8:38 AM
**To:** Michelle Bernard <mbernard@grsm.com>; Kelly Canby <kcanby@grsm.com>
**Subject:** Meet and Confer - Ex Parte

Dear Ms. Bernard,

I am writing to meet and confer regarding my anticipated ex parte application in *D'Sol v. Farmers Direct Property and Casualty Insurance Company*, Case No. 2:25-cv-10938-SVW-ASx.

As previously communicated, my telephone service remains disconnected due to financial hardship. I am unable to make or receive telephone calls. The good thing is that even though I am not allowed to make phone calls, I am still able to receive calls. I you would like to speak please let me know what time

My anticipated ex parte application concerns the newly discovered November 2024 mold inspection reports, their nondisclosure during the claims investigation, a proposand my request that the Court consider this evidence and grant appropriate procedural relief.

Please advise whether Defendant will oppose the requested relief and, if so, briefly state the grounds for its opposition. I also request that Defendant identify any alternative relief to which it would stipulate.

Given the time-sensitive nature of the application, I request a response by email as promptly as practicable so that I may accurately report Defendant's position to the Court.

My inability to participate in a telephone conference should not be construed as an unwillingness to meet and confer. I remain available and willing to communicate in writing.

Respectfully,

**Luna D'Sol**

📱 (213) 925-4069

📧 jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
www.grsm.com