# EXHIBIT 111

**From:** **Michelle Bernard** mbernard@grsm.com
**Subject:** RE: D'Sol v. Farmers Direct Property & Casualty Insurance Company (SAE No. 25-1418) / GRSM No. FSAE 1416221 - Plaintiff's Stay Request Due to [Alleged] Medical Necessity
**Date:** October 22, 2026 at 09:08
**To:** Luna D'Sol jravada@icloud.com
**Cc:** Kelly Canby kcanby@grsm.com

MB

[redacted]

[redacted], below is the latest crazy update from D'Sol received yesterday afternoon – she wants to stay all of her cases because she is having psychotic episodes that may require hospitalization per the note from the doctor's office. Again . . . you cannot make this stuff up.

[redacted]

[redacted]

[redacted]

[redacted]

MRB

**MICHELLE R. BERNARD**
Partner

GRSM 50

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 619.230.7769
**E:** mbernard@grsm.com | grsm.com
633 W. 5th Street, 52nd Floor, Los Angeles, CA 90071
101 W. Broadway, Suite 2000, San Diego, CA 92101