**Luna D'Sol**
Plaintiff, In Pro Per
Email Address: jravada@icloud.com
2275 E Belding Dr
Palm Springs CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LUNA D'SOL**<br>Plaintiff,<br>vs.<br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br>Defendant(s). | Case No: *2:25-cv-10938-SVW-ASx*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION REGARDING COMMUNICATION AND MEET-AND-CONFER PROCEDURES**<br><br>Judge: Hon. Stephen V. Wilson<br><br>Courtroom: 10A<br><br>Trial Date: TBD.<br>FSC: November 9, 2026; 3:00 p.m.<br><br>Complaint Filed: August 21, 2025 |

Having considered Plaintiff's Ex Parte Application, the supporting evidence, the record, and any opposition, the Court ORDERS as follows:

## OPTION 1 — SUMMARY JUDGMENT PROCEDURES

☐ GRANTED.

Pursuant to Federal Rule of Civil Procedure 56(f), the Court provides notice that it is considering whether summary judgment, or partial summary judgment, may be appropriate in Plaintiff's favor on issues identified by the Court.

The parties shall have a reasonable opportunity to submit supplemental briefing and supporting evidence concerning those issues before the Court determines whether judgment is warranted.

## OPTION 2 — CONSIDERATION OF NEWLY DISCOVERED EVIDENCE

☐ GRANTED.

Plaintiff is permitted to submit the newly discovered November 2024 mold inspection reports and related correspondence for consideration in connection with the pending dispositive motions, subject to the Federal Rules of Evidence and applicable procedural requirements.

Defendant may file a response within the period established by the Court.

## OPTION 3 — SUPPLEMENTAL BRIEFING

☐ GRANTED.

The parties are authorized to submit supplemental briefs addressing the newly discovered mold inspection reports, their materiality, and their potential effect on the pending motions.

The Court shall establish an appropriate briefing schedule.

## OPTION 4 — DIRECTION TO DEFENSE COUNSEL

☐ GRANTED.

Defendant Farmers Direct, through its counsel, shall provide a written response addressing whether the November 2024 mold inspection reports were received by Defendant or its representatives, whether those reports were included in the claim file, and whether they were previously produced to Plaintiff during discovery.

The response shall be submitted by the deadline established by the Court.

## OPTION 5 — WRITTEN MEET-AND-CONFER COMMUNICATIONS

☐ GRANTED.

In light of Plaintiff's representation that she presently lacks telephone service due to financial hardship, the parties may conduct required meet-and-confer communications by email until further order of the Court.

Plaintiff's inability to participate by telephone shall not, by itself, be treated as a refusal to meet and confer.

**OPTION 6 — CONTINUANCE OR STAY**

☐ GRANTED.

For good cause shown, the Court stays or continues the following proceedings and deadlines:

______________________________

______________________________

The stay or continuance shall remain effective until:

______________________________

**OPTION 7 — OTHER APPROPRIATE RELIEF**

☐ GRANTED.

The Court orders the following additional or alternative relief:

______________________________

______________________________

**DISPOSITION**

☐ Plaintiff's Ex Parte Application is GRANTED in part.

☐ Plaintiff's Ex Parte Application is GRANTED in full.

☐ Plaintiff's Ex Parte Application is DENIED.

☐ The Court reserves ruling pending further submissions.

**IT IS SO ORDERED.**

Dated: ___________________

______________________________

**`HON. STEPHEN V. WILSON**
UNITED STATES DISTRICT JUDGE