# EXHIBIT 108

**From:** **Mike Saskor** michael.saskor@farmersinsurance.com
**Subject:** Re: Re: Claim number 7007678692-1 Recap of conversation
**Date:** January 15, 2025 at 09:27
**To:** Julio Ravada jravada@icloud.com
**Cc:** ClaimsDocument2 ClaimsDocuments2@farmersinsurance.com

MS

Good morning Julio,
I hope your other properties remain safe from the fire.
In regard to your claim, we will need a copy of the Brilliant Order # that was emailed to you by the company after you placed the initial order on October 29, 2024. This information is available for you to provide. What you emailed us originally was a confirmation email. The order number that would have been subsequently sent to you by Brilliant is needed to support your claim that the order was canceled when you called to cancel the 2nd Brilliant order sent to us on November 13, 2024.

We are also requesting your full and unredacted credit card statements for the Visa card ending in #3166 for October 2024 and November 2024 which was used to purchase the Brilliant order on October 29, 2024. I will be sending a formal letter requesting this information be provided within 7 days.

In regard to your question about the electrical bid sent to us on November 13, 2024, your claim was being investigated as a result of the replacement receipts that were also sent at that time. As a result of the investigation your claim was denied on November 22, 2024. Your claim was reopened on January 7, 2024, and at that time I referred an electrician to your home to address this issue. I also requested you supply us with the order number from the original Brilliant order from October 29, 2024. This information has not been received, and we are requiring this to move your claim forward.

Thank you
Mike

Michael Saskor
Company Employee Adjuster
*General Claims Adjuster*
206-276-9293
Farmers Direct Property and Casualty Ins. Co.

Please visit our claim portal to view the status and manage your claim online.
*https://www.farmers.com/claims/cmp-landing*

*Email communications are preferred and should be sent to* ***myclaim@farmersinsurance.com****. If hard copies of communications are required, they should be sent to our National Document Center at* ***Po Box 268994, Oklahoma City, OK 73126-8994.***



PLAINTIFF'S EXHIBIT PL108-001

**From:** Julio Ravada <jravada@icloud.com>
**Sent:** Tuesday, January 14, 2025 11:40 AM
**To:** Mike Saskor <michael.saskor@farmersinsurance.com>
**Cc:** ClaimsDocument2 <ClaimsDocuments2@farmersinsurance.com>
**Subject:** [EXTERNAL] Re: Claim number 7007678692-1 Recap of conversation

Hello Michael

I am sorry I haven't gotten back to you since I've been dealing with few properties I have in LA's current fire zone.

I reached out to Brilliant to get the other order number and they shared that when I asked them to cancel my order of the two brilliant controllers they thought i was referring to both orders so they canceled both orders in error. I'd like to remind that the reason of my cancelation request was because you guys had made a mistake on paying depreciation incorrectly and when you provided the summary document it led me to believe that the controllers needed to be purchased so I proceeded to place the order again. I did not write down the order number since they mentioned it had been canceled but this reminds that I have already provided that information to your company for this claim. Let me know how you'd like me to proceed

Also, this dilemma with the electrician: your company requested that I obtained an electrician's bid where he should mention the job is needed from this claim's event and that the panel needs to be changed due to my current one is considered a fire hazard. I provided this document on Nov 13 2024, today 62 days have passed, aren't we outside the timeframe?

Julio Ravada
c: 213-925-4069
e: jravada@icloud.com

The content of this message is confidential. If you have received it by mistake, please inform me and then delete the message. It is forbidden to copy, forward, or in any way reveal the contents of this message to anyone. The integrity and security of this email cannot be guaranteed

PLAINTIFF'S
EXHIBIT
PL108-002