MICHELLE R. BERNARD (SBN: 144582)
mbernard@grsm.com
KELLY FITZGERALD CANBY (SBN: 185227)
kcanby@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
FARMERS DIRECT PROPERTY AND
CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-10938-SVW-ASx<br><br>**DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME AND NOTICE OF MOTION AND MOTION TO CONTINUE DATES OF (1) PRETRIAL CONFERENCE [ECF 187]; (2) HEARING ON DEFENDANT'S MOTIONS IN LIMINE [ECF 122, 123, 124, 125]**<br><br>Judge: Hon. Stephen V. Wilson<br>Date: November 2, 2026<br>Time: Not Applicable<br>Courtroom: 10A<br><br>Pretrial Conf.: December 7, 2026<br>Time: 3:00 p.m.<br>TRIAL: VACATED<br><br>Filed Concurrently With: Defendant's Memorandum of Points and Authorities; Supporting Declaration of Michelle R. Bernard and [Proposed] Order Granting *Ex Parte* Application and Motion to Continue<br><br>Complaint Filed: August 21, 2025 |



Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

**TO THE COURT, THE PLAINTIFF AND ALL PARTIES AND COUNSEL:**

**PLEASE TAKE NOTICE** that on November 2, 2026 and pursuant to Local Rule 7-19, Defendant Farmers Direct Property and Casualty Insurance Company's ("Defendant" or "Farmers Direct") will and hereby does apply ex parte to Courtroom 10A of the above-entitled court located at 350 W. First Street, 10th Floor, Los Angeles, California 90012, by electronically filing this written Ex Parte Application which requests this Court to issue an order shortening time for hearing on Defendant's motion and request to briefly continue the following scheduled dates listed below, based on the unavailability of Farmers Direct's lead trial counsel Michelle R. Bernard, as follows ("Motion To Continue"):

1. Farmers Direct requests that the Pretrial Conference, currently scheduled for December 7, 2026, at 3:00 p.m., in Courtroom 10A of the above-entitled court, be continued to December 21, 2026 at 3:00 p.m., or alternatively the first available date thereafter as the Court's calendar may conveniently permit.
2. Farmers Direct requests that the hearings on its Motions In Limine Nos. 1-4 [ECF Docs. 122, 123, 124, 125] ("Motions In Limine") which are also scheduled to be heard on December 7, 2026, at 3:00 p.m., at the Pretrial Conference be continued to December 21, 2026, at 3:00 p.m., in Courtroom 10A of the above-entitled court, or alternatively the first available date thereafter as the Court's calendar may conveniently permit.

As explained further in the supporting Declaration of Michelle R. Bernard filed ("Bernard Decl.") and the Memorandum of Points and Authorities both concurrently herewith, Farmers Direct's Ex Parte Application and Motion to Continue is supported by good cause as Michelle R. Bernard is lead trial counsel for Farmers Direct and she is unavailable to attend and participate in the Pretrial Conference and hearings on Defendant's Motions In Limine as she will be out of the county on December 5-15,

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

2026 on a prepaid trip to visit her daughter overseas. Bernard Decl., ¶¶ 2, 11-12. As lead trial counsel for Farmers Direct, Michelle R. Bernard's attendance and participation at the Pretrial Conference is <u>required</u> by this Court's New Case Order dated December 1, 2025 [ECF Doc. 13] ("New Case Order Order") and also mandated by Local Rule 16-13 as she is "the attorney who is primarily responsible for the conduct of the case" and responsible for all aspects of Farmers Direct's defense. Bernard Decl., ¶¶ 9-10, 18.

Farmers Direct has attempted to resolve these scheduling issues with Plaintiff directly without success. Specifically, defense counsel proposed a reasonable stipulation related to these scheduling issues to Plaintiff but she has declined to provide a clear "yes" or "no" response as requested. Bernard Decl., ¶¶ 13-14, **Exhibits 1-2**. Accordingly, Farmers Direct's Ex Parte Application and request for emergency relief are supported by evidence that Farmers Direct's case will be irreparably prejudiced if the underlying Motion To Continue is heard according to regularly noticed motion procedures which could leave this scheduling issue unresolved until just days before Michelle R. Bernard's scheduled departure and allow inadequate time for preparations and potential alternative arrangements, especially given Plaintiff's demonstrated track records of frequent filings with unpredictable requests to this Court. *See* Bernard Decl., ¶¶ 15, 23-24; *see also* Local Rules 6-1 and 16-13. Additionally, this Ex Parte Application is also supported by a showing that Farmers Direct is without fault in creating the crisis that requires ex parte relief as the Court's in chambers order and scheduling notice issued on October 26, 2026 [ECF Doc. 187] which continued the Pretrial Conference and hearing dates on Defendant's Motions In Limine from November 9, 2026 to December 7, 2026 was the fourth continuance of the Pretrial Conference (none of which were made at the Defendant's request) and the date was set without any input from defense counsel as the Court had not previously held any status conferences in this case. *See* Bernard Decl., ¶¶ 3-8, 11, 19-24.

**PLEASE TAKE FURTHER NOTICE** that Farmers Direct has complied with notice provisions of Local Rule 7-19.1(a) through telephone communications to Plaintiff's voicemail on November 1, 2026 where defense counsel advised Plaintiff of the date and substance of the proposed ex parte application. Bernard Decl., ¶ 25, **Exhibit 3**; *see also generally* Bernard Decl., ¶¶ 13-14, **Exhibits 1-2**. Plaintiff was also notified by both telephone voicemail message and email on November 1, 2026 of this Court's ex parte procedures and requirements as found in the New Case Order (and set forth in Item 5 on the Court's website) whereby any opposition papers must be filed not later than 3:00 p.m. on the first business day succeeding the day the Ex Parte Application was served (and if Plaintiff chooses not to oppose this Ex Parte Application Plaintiff was also informed that she must inform the clerk by phone at 213-894-2881). Bernard Decl., ¶ 25, **Exhibit 3**.

**PLEASE TAKE FURTHER NOTICE** and be further advised that pursuant to Local Rule 7-19.1(b), Plaintiff has not provided a clear "YES" or "NO" response to Defendant's requested stipulation for a continuance which at least means that Plaintiff has not agreed to the relief sought. Bernard Decl., ¶¶ 13-14, 25, **Exhibits 1-3**. Pursuant to Local Rule 7-19, the contact information for Plaintiff is listed below as follows:

Luna D'Sol
Plaintiff, In Pro Per
2275 E Belding Dr
Palm Springs CA 92262
Email Addresses:
lunadsolts@gmail.com,
viewer.ratios7s@recap.email
jravada@icloud.com
Telephone: 213-925-4069

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

This Ex Parte Application is made pursuant to L.R. 7-19 and consistent with this Court's New Case Order and Chamber Rules pertaining ex parte procedures, and is based on this Ex Parte Application, this Notice of Motion and Motion to Continue, the Memorandum of Points and Authorities and Declaration of Michelle R. Bernard both filed concurrently herewith and exhibits thereto, the pleadings, records and files in this action, and on such other evidence as may be presented at the request of the Court.

Dated: November 2, 2026 GORDON REES SCULLY MANSUKHANI, LLP

By Kelly F. Canby

Michelle R. Bernard
Kelly Fitzgerald Canby
Attorneys for Defendant
FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY