UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL,<br><br>Plaintiff,<br><br>vs.<br><br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-10938-SVW-ASx<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME AND GRANTING DEFENDANT'S MOTION TO CONTINUE DATES OF (1) PRETRIAL CONFERENCE [ECF 187]; (2) HEARING ON DEFENDANT'S MOTIONS IN LIMINE [ECF 122, 123, 124, 125]**<br><br>Judge: Hon. Stephen V. Wilson<br>Date: November 2, 2026<br>Time: Not Applicable<br>Courtroom: 10A<br><br>Pretrial Conf.: December 7, 2026<br>Time: 3:00 p.m.<br>TRIAL: VACATED<br><br><u>Filed Concurrently With</u>: Defendant's Ex Parte Application and Notice of Motion and Motion To Continue; Memorandum of Points and Authorities; Supporting Declaration of Michelle R. Bernard and [Proposed] Order Granting *Ex Parte* Application and Motion to Continue<br><br>Complaint Filed: August 21, 2025 |

**ORDER**

On November 2, 2026, Defendant Farmers Direct Property and Casualty Insurance Company's ("Defendant" or "Farmers Direct") filed an Ex Parte Application requesting that this Court issue an order shortening time for hearing on Farmers Direct's Motion To Continue dates of: (1) the Pretrial Conference (scheduled for December 7, 2026, at 3:00 p.m.); and (2) the hearings on Defendant's Motions In Limine Nos. 1-4 [ECF Docs. 122, 123, 124, 125] ("Motions In Limine") (also scheduled to be heard on December 7, 2026, at 3:00 p.m.). The Ex Parte Application and Motion To Continue are based on the unavailability of Farmers Direct's lead trial counsel Michelle R. Bernard on December 7, 2026 due to overseas travel plans on December 5-15, 2026 and Farmers Direct requests that all December 7, 2026 dates be continued to December 21, 2026 at 3:00 p.m. (or as soon thereafter as may be convenient for the Court).

The Court, having considered Defendant's Ex Parte Application and any response or opposition thereto, and finding good cause therefor, **HEREBY GRANTS THE EX PARTE APPLICATION** and issues this order shortening time for notice of hearing on the Motion To Continue, which will also be decided now per the same time periods applicable to the Ex Parte Application and per this Order as set forth below. *[or alternatively, via an expedited briefing schedule this week as follows*:____________________________________________________]

__________________________________________________________]

The Court, having considered Defendant's Motion To Continue and any response or opposition thereto, and finding good cause therefor, **HEREBY GRANTS THE MOTION TO CONTINUE** and accordingly issues orders as follows:

1. The Pretrial Conference is continued to December 21, 2026 *[alternatively to __________________________________]* at 3:00 p.m., or as soon thereafter as

this matter may be heard, in Courtroom 10A of the above-entitled court, located at 350 W. First Street, 10th Floor, Los Angeles, California 90012.

2. Defendant's Motions In Limine Nos. 1-4 [ECF Docs. 122, 123, 124, 125] ("Motions In Limine") will also be heard on the same date as the Pretrial Conference, and the hearing date on the Defendant's Motions In Limine are therefore continued to December 21, 2026 *[alternatively to ______________________________]* at 3:00 p.m., or as soon thereafter as this matter may be heard, in Courtroom 10A of the above-entitled court, located at 350 W. First Street, 10th Floor, Los Angeles, California 90012.

**IT IS SO ORDERED.**

Dated: ____________, 2026. ______________________________

Hon. Stephen V. Wilson

UNITED STATES DISTRICT JUDGE