# DiscoveryViolation001

D'Sol v. Farmers Direct Property and Casualty Insurance Company

November 12, 2026

**From:** **Kelly Canby** kcanby@grsm.com
**Subject:** Automatic reply: Meet and Confer Regarding Plaintiff's Anticipated Renewed Motion for Leave to Amend
**Date:** July 14, 2026 at 13:17
**To:** Luna D'Sol jravada@icloud.com

KC

I am out of the office with limited access to email returning Monday 7/20/26 so my reply may be delayed. If you need immediate assistance please call 619-696-6700 and ask for my assistant Kiry Yeoun
Thank you,
Kelly Canby

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
www.grsm.com

**From:** **Kelly Canby** kcanby@grsm.com
**Subject:** Automatic reply: Meet and Confer Regarding Plaintiff's Anticipated Renewed Motion for Leave to Amend
**Date:** July 15, 2026 at 01:16
**To:** Luna D'Sol jravada@icloud.com

KC

I am out of the office with limited access to email returning Monday 7/20/26 so my reply may be delayed. If you need immediate assistance please call 619-696-6700 and ask for my assistant Kiry Yeoun
Thank you,
Kelly Canby

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
www.grsm.com