# DiscoveryViolation004

D'Sol v. Farmers Direct Property and Casualty Insurance Company

November 12, 2026

**From:** **Michelle Bernard** mbernard@grsm.com
**Subject:** RE: Request to Meet and Confer Regarding Anticipated Ex Parte Application
**Date:** July 15, 2026 at 12:39
**To:** Luna D'Sol jravada@icloud.com
**Cc:** Kelly Canby kcanby@grsm.com

MB

Ms. D'Sol: I am in the hospital for an in-patient medical procedure today and not in a position speak with you on the phone. Regardless, I wanted to briefly respond to your email given that my colleague (Ms. Canby) is out of town and technically should be enjoying time off with her family rather than responding to work-related emails.

As advised, Farmers Direct will not stipulate to you filing an amended complaint nor will it stipulate to you late-filing an opposition to Farmers Direct's motion to strike your untimely demand for a jury trial.

Likewise, it is Farmers Direct's position that your request for *ex parte* relief to file such motions does not meet the relevant criteria under either the Local Rules, the FRCP and/or Judge Wilson's civil standing order.

If you have other matters you wish to discuss relevant to the pending lawsuit against Farmers Direct, we can schedule a call for tomorrow or Friday.

Notably, the parties have an ADR compliance deadline coming up next month and should meet and confer regarding same in terms of method (*i.e.* private mediation v. settlement conference with Magistrate Judge) and timing.

I will send you a separate email regarding your new state court lawsuit as that matter has been referred to me for further handling.

Best regards,

MRB

---

**MICHELLE R. BERNARD**
Partner

GRSM 50

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 619.230.7769
**E:** mbernard@grsm.com I grsm.com
633 W. 5th Street, 52nd Floor, Los Angeles, CA 90071
101 W. Broadway, Suite 2000, San Diego, CA 92101