# EXHIBIT 1

D'Sol v. Farmers Direct Property and Casualty Insurance Company

November 12, 2026

Gmail Luna D'Sol <lunadsolts@gmail.com>

# The CalAssist Mortgage Fund Application Status

1 message

**no-reply@calassistmortgagefund.org** <no-reply@calassistmortgagefund.org> Wed, Oct 7, 2026 at 11:32 AM
To: lunadsolts@gmail.com

Dear Luna DSol,

The CalAssist Mortgage Fund eligibility team needs additional information to complete the review of your application (Application ID: CAMF7960 ). Please make the required updates and/or upload the additional documentation to your application. If the additional information requested below is not submitted within 30 calendar days, the application will be canceled.

The following information is needed to complete the review of your application:

- Please provide an official document that demonstrates the condition of your residence due to the disaster. Acceptable documentation includes:
  - 1. An Insurance Carrier Claim Acceptance Letter, or a claim that has been approved or is in the process of approval
  - 2. A City or County tag indicating when or whether the property is accessible
  - 3. An Insurance Adjuster Assessment, including a detailed damage assessment linked to a Qualified Disaster
  - 4. A FEMA Award Letter showing the dollar amount approved for a housing stipend or other major award
  - 5. A Certified Assessment Report, which is a detailed damage assessment prepared by a licensed professional
- [redacted]
- You reported on your application that you currently have zero income. Program needs to know when was the last time you worked (please give dates) and who you worked for?
- You reported zero income on application, program needs to clarify how you are meeting your daily needs such as groceries, gas, utilities, etc.
- We are required to review your 2 most recent consecutive bank statements for all accounts you own or jointly own. Please provide your 2 most recent consecutive bank statements for all accounts with no missing pages, including any peer-to-peer platforms such as CashApp, PayPal, Venmo, etc.
  - [redacted]
- [redacted]
  - [redacted]
    - [redacted]
  - [redacted]
    - [redacted]

Case 2:25-cv-10938-SVW-AS Document 193-11 Filed 11/12/26 Page 3 of 3 Page ID #:7984

**How to Upload Your Documents:**

1. Log in to the **Application Portal (click here)**.
2. Click **Upload**.
3. Upload the requested documents to **5-Documentation**.
4. After uploading all requested documents, click **Save and Continue**.
5. Go to the menu on the left and click **9-Attestation**.
6. Ensure all boxes are checked and click **Save and Continue**.
7. Click **Continue to Signature**.
8. In the signature box, type your full name to sign the application and click **Submit Your Changes** to finalize your submission.

**IMPORTANT:** You must click **Submit Your Changes** to successfully re-sign and submit the application.

Please note that you may be asked to provide additional information multiple times during the application process, so please check your email regularly including your spam or junk folder.

To review your application, you can log in to the CalAssist Mortgage Fund Portal here: https://app.calassistmortgagefund.org/applicant-portal/. If you need assistance, you can message CalAssist Mortgage Fund through the CalAssist Mortgage Fund Portal.

If you need further assistance or have questions about this request for additional information, please call the CalAssist Mortgage Fund Contact Center at 1-800-501-0019, Monday - Friday, 8 a.m. - 5 p.m.

Regards,

The CalAssist Mortgage Fund Team

Do not reply to this email. This inbox is not being monitored.

Go to the Intake Portal