# EXHIBIT 2

D'Sol v. Farmers Direct Property and Casualty Insurance Company

November 12, 2026

**From:** **Michael Cantor** 2020apmi@gmail.com
**Subject:** 2275 E Belding Dr, Palm Springs post remediation passed
**Date:** November 19, 2024 at 21:40
**To:** JRavada@icloud.com, Scheduling scheduling@ocrestorationservices.com

MC

Hello all,

Please see the attached Invoice, report and contract.
I will invoice the Insurance company.
Please reply that you received these documents.

Thank you very much.

Sincerely,

Michael Cantor- Owner, Senior Inspector - 20/20 Advanced Property & Mold Inspections -

26741 Portola Pkwy.,1E-469, Foothill Ranch, CA 92610
949.275.4950

**Voted one of the 40 most influential CREIA inspectors of the last 40 years!**
**B.S. Engineering, Polytechnic University, New York**
CREIA/ASHI President, Orange County Chapter - 2015- 2016
CREIA/ASHI Past President, Orange County Chapter - 2011-2012
CREIA Inspector education provider
.Master CREIA Inspector - #0086
.ASHI Certified Inspector - #249392
.CRMI (Certified Residential Mold Inspector): IESO (Indoor Environmental Standards Organization)-#43288
.IAQC (American Indoor Air Quality Council)-#13288
.Certified Radon Measurement Provider,CDH (California Department of Health Services) #102017RT
.NRSB .(National Radon Safety Board) 7SS001

--

**"Don't let hindsight be 20/20!"**

---

**"Veritas Aequitas"**

----------------------

**"Amat Victoria Curam"**

------

***'Praemonitus, praemunitus'***

**Project-3843532_Ravada-2275 East Belding Dr.pdf**
954 KB

**241106 - 2275 E Belding - POST mold report.pdf**

**2275 E Belding Dr post mold testing contract - Copy.tif**

**20/20 Advanced**
**Property & Mold Inspections**

**26741 Portola Pkwy., 1E-469, Foothill Ranch, Ca 92610**
**Phone: (949) 275-4950**
**E-Mail: 2020APMI@Gmail.com**

E-Mail: 2020APMI@Gmail.com

# ~~RECEIPT~~ / INVOICE

**INSURANCE CLAIM #** 7000817137-1

**Invoice Date:** 11-6 - 2024 **Phone:** **Fax:**

**Date Services performed:** 11-6-2024

Adjuster Donald Means
myclaim@Farmers insurance.com
760-636-2480

**OWE / Paid Total Fee:** $1795

**Description of Services:**
__ Home inspection:
X Mold inspection:
X Mold testing:
__ Radon testing:
__ Asbestos Testing:

**Inspection Property:** 2275 E. Belding Dr, Palm Springs, Ca, 92262

**Client / Contact:** Julio Ravada

==================================

**INSURANCE CLAIM #** 7000817137-1

**I,** Julio Ravada **authorize [** Farmer's Insurance
**Insured** **Insurance co.**

**to pay the total fee to the company** Advanced Property & Mold Inspections, **directly for services rendered and listed herein.**

**X** [signature]
**Client / Insured or representative signature**

==================================

**Thank You,**

**Michael Cantor- Owner, Senior Inspector 949-275-4950**

**26741 Portola Pkwy., 1E-469, Foothill Ranch, Ca 92610**