# EXHIBIT 4

D’Sol v. Farmers Direct Property and Casualty Insurance Company

November 12, 2026

**From:** **Luna D'Sol** jravada@icloud.com
**Subject:** Urgent Matter
**Date:** October 23, 2026 at 08:12
**To:** albert.pimentel@farmersinsurance.com



Dear Mr. Pimentel,

I hope you are doing well.

I am attaching these reports for your review and would like to know how you intend to proceed.

I previously informed Farmers' attorney of these findings, and she referred me to you.

If you elect to respond by formal letter, I request that you send it to me by email rather than

regular mail, as I cannot afford to wait another week for a response.

Please also be advised that I have an upcoming surgery related to breathing difficulties, making a

timely response particularly important.

I look forward to your prompt response.

Sincerely,

Luna D'Sol