# EXHIBIT 5

D'Sol v. Farmers Direct Property and Casualty Insurance Company

November 12, 2026

**From:** **Albert Pimentel** albert.pimentel@farmersinsurance.com
**Subject:** Automatic reply: Urgent Matter
**Date:** October 23, 2026 at 08:17
**To:** Luna D'Sol jravada@icloud.com

AP

Please be advised that the employee you've contacted is no longer with Farmers Insurance.