# EXHIBIT 6

D'Sol v. Farmers Direct Property and Casualty Insurance Company

November 12, 2026

**From:** **Luna D'Sol** jravada@icloud.com
**Subject:** Fwd: Automatic reply: Urgent Matter
**Date:** October 26, 2026 at 16:35
**To:** bryce.spradling@farmersinsurance.com



Mr Bryce,

I sent an email to Mr Pimentel and obtained a message he is no longer with the company, right now my cell phone doesn't work, and Farmers' counsel suggests I reach out someone from claims. Is there a person you can recommend I speak to

**Farmers - Pimentel October 23 2026.pdf**
30 KB

Begin forwarded message:

**From:** Albert Pimentel <albert.pimentel@farmersinsurance.com>
**Subject:** **Automatic reply: Urgent Matter**
**Date:** October 23, 2026 at 08:16:58 PDT
**To:** Luna D'Sol <jravada@icloud.com>

Please be advised that the employee you've contacted is no longer with Farmers Insurance.

**Luna D'Sol**

📱 (213) 925-4069
📧 jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.