# EXHIBIT 7

D'Sol v. Farmers Direct Property and Casualty Insurance Company

November 12, 2026

**From:** **Bryce Spradling** bryce.spradling@farmersinsurance.com
**Subject:** FW: Fwd: Automatic reply: Urgent Matter 7007678692-1
**Date:** October 27, 2026 at 07:53
**To:** Mike Saskor michael.saskor@farmersinsurance.com, Timothy Byrne timothy.byrne@farmersinsurance.com
**Cc:** jravada@icloud.com

BS

Mike & Tim,

Can you please review and follow up as needed?

Bryce Spradling, AINS, CASA
*Property Theft Supervisor*
Farmers Direct Property and Casualty Ins. Co.
*Company Employee Adjuster*
Cell: 913-286-3007
Fax: (877) 217-1389

Please visit our claim portal to view the status and manage your claim online. Email communications are preferred and should be sent to myclaim@farmersinsurance.com. If hard copies of communications are required, they should be sent to our National Document Center at P.O. Box 268994, Oklahoma City, OK 73126.

Confidential

**From:** Luna D'Sol <jravada@icloud.com>
**Sent:** Monday, October 26, 2026 6:35 PM
**To:** Bryce Spradling <bryce.spradling@farmersinsurance.com>
**Subject:** [EXTERNAL] Fwd: Automatic reply: Urgent Matter

Mr Bryce,

I sent an email to Mr Pimentel and obtained a message he is no longer with the company, right now my cell phone doesn't work, and Farmers' counsel suggests I reach out someone from claims. Is there a person you can recommend I speak to

***** PLEASE NOTE ***** This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/telefax information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Thank you.*****

Dear Mr. Pimentel,

I hope you are doing well.

I am attaching these reports for your review and would like to know how you intend to proceed.

I previously informed Farmers' attorney of these findings, and she referred me to you.