# EXHIBIT 8

D'Sol v. Farmers Direct Property and Casualty Insurance Company

November 12, 2026

**From:** **Mike Saskor** michael.saskor@farmersinsurance.com
**Subject:** RE: Re: Automatic reply: Urgent Matter 7007678692-1
**Date:** November 4, 2026 at 08:20
**To:** Luna D'Sol jravada@icloud.com, Bryce Spradling bryce.spradling@farmersinsurance.com
**Cc:** Timothy Byrne timothy.byrne@farmersinsurance.com, ClaimsDocument2 ClaimsDocuments2@farmersinsurance.com

MS

Good morning, Luna,
We are in receipt of these emails, along with a letter you addressed to Mr. Pimentel referencing reports for review.

1. Please be advised we did not receive any reports. Please resend these for review if there is new information you would like us to review.
2. Please advise of the reasons you are requesting a hotel stay.

Thank you
Mike

Michael Saskor
Company Employee Adjuster
*General Claims Adjuster*
206-276-9293
Farmers Direct Property and Casualty Ins. Co.

Please visit our claim portal to view the status and manage your claim online.
*https://www.farmers.com/claims/cmp-landing*

*Email communications are preferred and should be sent to* ***myclaim@farmersinsurance.com****. If hard copies of communications are required, they should be sent to our National Document Center at* ***Po Box 268994, Oklahoma City, OK 73126-8994.***

Confidential

**From:** Luna D'Sol <jravada@icloud.com>
**Sent:** Tuesday, November 3, 2026 10:59 AM
**To:** Bryce Spradling <bryce.spradling@farmersinsurance.com>
**Cc:** Mike Saskor <michael.saskor@farmersinsurance.com>; Timothy Byrne <timothy.byrne@farmersinsurance.com>
**Subject:** [EXTERNAL] Re: Automatic reply: Urgent Matter 7007678692-1

Hi,

Can I request for hotel stay asap please

On Oct 27, 2026, at 07:52, Bryce Spradling

On Oct 27, 2026, at 07:53, Bryce Spradling
<bryce.spradling@farmersinsurance.com> wrote:

Mike & Tim,

Can you please review and follow up as needed?


Bryce Spradling, AINS, CASA
*Property Theft Supervisor*
Farmers Direct Property and Casualty Ins. Co.
*Company Employee Adjuster*
Cell: 913-286-3007
Fax: (877) 217-1389


Please visit our claim portal to view the status and manage your claim online. Email communications are preferred and should be sent tomyclaim@farmersinsurance.com. If hard copies of communications are required, they should be sent to our National Document Center at P.O. Box 268994, Oklahoma City, OK 73126.

Confidential

---

**From:** Luna D'Sol <jravada@icloud.com>
**Sent:** Monday, October 26, 2026 6:35 PM
**To:** Bryce Spradling <bryce.spradling@farmersinsurance.com>
**Subject:** [EXTERNAL] Fwd: Automatic reply: Urgent Matter

Mr Bryce,

I sent an email to Mr Pimentel and obtained a message he is no longer with the company, right now my cell phone doesn't work, and Farmers' counsel suggests I reach out someone from claims. Is there a person you can recommend I speak to

---

***** PLEASE NOTE ***** This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/telefax information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any

sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Thank you.*****

<Farmers - Pimentel October 23 2026.pdf><Untitled attachment 00058.htm>

**Luna D'Sol**

(213) 925-4069

jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

---

***** PLEASE NOTE ***** This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/telefax information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Thank you.*****