# EXHIBIT 9

D'Sol v. Farmers Direct Property and Casualty Insurance Company

November 12, 2026

**From:** **Michelle Bernard** mbernard@grsm.com
**Subject:** RE: Formal Notice of Discovered Evidence and Request for Explanation / D'Sol v. Farmers Direct
**Date:** November 9, 2026 at 13:22
**To:** Luna D'Sol jravada@icloud.com
**Cc:** Kelly Canby kcanby@grsm.com

MB

Ms. D'Sol: As previously advised, our firm is litigation counsel for Farmers/Farmers Direct. We – as attorneys – have no involvement in "handling insurance claims" you have submitted to Farmers/Farmers Direct. That is the role of the claims adjuster – not litigation counsel. Accordingly, all such "claim-related" communications should be directed to your assigned claims adjuster at Farmer/Farmers Direct for review and further response on behalf of the company.

Relevant to your contemplated *ex parte* application, we have not been in communication with your mortgage servicer (SPS) so your threats on that front lack any credible evidentiary support and are misdirected. Accordingly, please be advised that the filing of any such request for ex parte relief is not only without merit but will subject you to potential sanctions by the court for your continuing abuse of the *ex parte* application process in this case as well as the filing of meritless motions in general. *See* Local Rule 83-8 *et seq.*

MRB

**MICHELLE R. BERNARD**
Partner

GRSM 50

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 619.230.7769
**E:** mbernard@grsm.com | grsm.com
633 W. 5th Street, 52nd Floor, Los Angeles, CA 90071
101 W. Broadway, Suite 2000, San Diego, CA 92101

**From:** Luna D'Sol <jravada@icloud.com>
**Sent:** Monday, November 9, 2026 11:39 AM
**To:** Michelle Bernard <mbernard@grsm.com>
**Cc:** Kelly Canby <kcanby@grsm.com>
**Subject:** Formal Notice of Discovered Evidence and Request for Explanation

Ms. Bernard,

Please consider this correspondence formal notice of a material issue concerning your handling of my insurance claims and its communications involving my mortgage servicer, Select Portfolio Servicing (SPS).

I have recently identified additional documentation raising serious concerns

**CAL. CODE REGS. TIT. 10, § 2695.4**

Add this to my notice of ex parte

Please be advised that any subsequent corrective action will not, by itself, eliminate liability for prior violations or prejudice already sustained. Defendants are also expected to preserve all relevant communications, claim records, internal notes, and correspondence involving SPS.

If you or your client want to share a solution you have until I file the ex parte

**Luna D'Sol**

📱 (213) 925-4069

📧 jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
www.grsm.com



**From:** **Luna D'Sol** jravada@icloud.com
**Subject:** Notice of Anticipated Motions and Application for Emergency Relief — D'Sol v. Farmers Direct, Case No. 2:25-cv-10938-SVW-AS
**Date:** November 2, 2026 at 16:36
**To:** Kelly Canby kcanby@grsm.com, Michelle Bernard mbernard@grsm.com

Hi Ms. Bernard and Ms. Canby:

PLEASE TAKE NOTICE that Plaintiff Luna D'Sol, appearing in propria persona, anticipates filing motions and an application for emergency relief in the above-captioned action.

My phone call attempt is on the record from last Friday when Ms Bernard refused my request because she said she is not available

Plaintiff intends to seek the following relief:

**1. Temporary Restraining Order and Preliminary Injunction and Order to show cause— Fed. R. Civ. P. 65**

Plaintiff intends to seek emergency injunctive relief concerning Defendant's continuing refusal or failure to provide Additional Living Expenses ("ALE") and the unresolved conditions at Plaintiff's insured property, including mold contamination documented by the November 6, 2024 inspection and laboratory reports.

**2. Motion to Reopen Discovery — Fed. R. Civ. P. 16(b)(4)**

Plaintiff intends to request limited discovery concerning Defendant's receipt, evaluation, and handling of the November 2024 mold reports, its subsequent May 2025 inspection, and its claims-handling decisions concerning remediation and temporary housing benefits.

**3. Motion for Leave to File an Amended Complaint — Fed. R. Civ. P. 15(a)(2) and 16(b)(4)**

Plaintiff intends to seek leave to amend her complaint to address additional factual allegations and claims supported by the evidentiary record.

**4. Motion for Partial Default Judgment, and Motion for Sanctions — Fed. R. Civ. 56a**

Plaintiff anticipates seeking partial default judgment concerning claims or issues for refusing to follow court order on discovery, bad faith, vexatious filing, misleading this court and refusing to fix the record when giving an opportunity to , .

Plaintiff further intends to address Defendant's discovery conduct, compliance with applicable court orders, and the prejudice allegedly resulting from unnecessary procedural delays, including Defendant's November 2, 2026 ex parte application seeking a continuance of the December 7, 2026 pretrial conference and hearings on its motions in limine.

Plaintiff disputes any suggestion that the requested continuance is necessary to accommodate ordinary motion practice and reserves the right to oppose Defendant's application.

Pursuant to Local Rule 7-19.1, Plaintiff requests that Defendant. Plaintiff also requests Defendant's position regarding the remaining proposed motions for purposes of the applicable meet-and-confer requirements.

Please provide your response identifying which requests Defendant opposes and the grounds for its opposition.

Respectfully,

**Luna D'Sol**

📱 (213) 925-4069
📧 jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.



**From:** **Luna D'Sol** jravada@icloud.com
**Subject:** Formal Notice of Discovered Evidence and Request for Explanation
**Date:** November 9, 2026 at 11:39
**To:** Michelle Bernard mbernard@grsm.com
**Cc:** Kelly Canby kcanby@grsm.com

Ms. Bernard,

Please consider this correspondence formal notice of a material issue concerning your handling of my insurance claims and its communications involving my mortgage servicer, Select Portfolio Servicing (SPS).

I have recently identified additional documentation raising serious concerns

## CAL. CODE REGS. TIT. 10, § 2695.4

Add this to my notice of ex parte

Please be advised that any subsequent corrective action will not, by itself, eliminate liability for prior violations or prejudice already sustained. Defendants are also expected to preserve all relevant communications, claim records, internal notes, and correspondence involving SPS.

If you or your client want to share a solution you have until I file the ex parte

**Luna D'Sol**

📱 (213) 925-4069
📧 jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

3:46

**+16192307769**

Call History

| | |
|---|---|
| Outgoing Call<br>1 minute | Monday · 10:08 AM |
| Outgoing Call<br>10 seconds | 10/13/26 · 11:26 AM |
| Outgoing Call<br>Canceled | 9/8/26 · 1:17 PM |
| Outgoing Call<br>Canceled | 9/8/26 · 1:16 PM |
| Outgoing Call<br>35 seconds | 8/25/26 · 4:08 PM |
| Outgoing Call<br>35 seconds | 7/22/26 · 10:24 PM |
| Outgoing Call<br>58 seconds | 7/15/26 · 12:06 PM |
| Outgoing Call<br>42 seconds | 7/14/26 · 4:05 PM |
| Outgoing Call<br>19 seconds | 7/14/26 · 4:05 PM |