# EXHIBIT 12

D'Sol v. Farmers Direct Property and Casualty Insurance Company

November 12, 2026

**From:** **Elena Carrillo** Accounting@ocrestorationservices.com
**Subject:** 2275 E Belding invoices
**Date:** November 11, 2024 at 16:27
**To:** jravada@icloud.com
**Cc:** Stephen Hernandez StephenH@ocrestorationservices.com

EC

Hello Julio

Please see attached invoices as requested.

Let me know if you need anything else.

Thank you.

Elena Carrillo
Accounting Manager | Orange County Restoration Services, Inc.

24/7 Emergency Services

office hours: Monday-Friday 8:00-5:00 pst
office: 949-877-9697
direct: 949-446-4566
site: ocrestorationservices.com
email: accounting@ocrestorationservices.com
certifications: WRT AMRT FSRT ASD OCT CDS OSHA-30 HST
license#: 1068942
Check out our reviews: Google Nextdoor Facebook Yelp
Follow us on: TikTok YouTube Instagram

**2275_E_BELDING_MLD_ROUGH_DRAFT_CON.pdf**

**2275_E_BELDING_MIT_FINAL_DRAFT_CAR.pdf**
3.3 MB

## Orangeounty Restoration Services

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625

| | | | |
|---|---|---|---|
| Insured: | Julio Ravada | Home: | (213) 925-4069 |
| Property: | 2275 East Belding Drive<br>Palm Springs , CA 92262 | E-mail: | jravada@icloud.com |
| Claim Rep.: | Jeff Murray | Business: | (714) 329-4540 |
| Position: | President | E-mail: | jm@ocrestorationservices.com |
| Business: | 3334 E Coast Hwy #205<br>Corona Del Mar , CA 92625 | | |
| Estimator: | Jeff Murray | Business: | (714) 329-4540 |
| Position: | President | E-mail: | jm@ocrestorationservices.<br>com |
| Business: | 3334 E Coast Hwy #205<br>Corona Del Mar , CA 92625 | | |

**Claim Number:** 70008177137-1 **Policy Number:** **Type of Loss:**

| | | | |
|---|---|---|---|
| Date Contacted: | 10/27/2024 12:00 AM | | |
| Date of Loss: | | Date Received: | 10/27/2024 12:00 AM |
| Date Inspected: | 10/28/2024 12:00 AM | Date Entered: | 10/28/2024 6:35 PM |

| | |
|---|---|
| Price List: | CAPP8X_OCT24<br>Restoration/Service/Remodel |
| Estimate: | 2275_E_BELDING_MIT |

Arrived on site to inspect loss with home owner on the morning of 10/28/2024. I discovered that there had been a pipe burst in the wall at the shower adjacent to the vanity wall. I noticed that there were two large holes knocked out exposing the pipe running vertically up the wall. I found moisture in the framing and drywall on both sides of the shower wall. Homeowner signed our work order and we proceeded to mitigate and demo affected areas after approval from Farmers Insurance adjuster. We performed drywall removal, shower demo and set up equipment and returned building materials to dry standards.

## Orange County Restoration Services

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625

**2275_E_BELDING_MIT**

**Main Level**

### Main Level

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|---|
| 1. Administrative/supervisor labor charge (Bid Item) | 2.00 HR | | 0.00 | 83.95 | 0.00 | 167.90 |
| 3. Equipment setup, take down, and monitoring (hourly charge) | 4.00 HR | | 0.00 | 77.16 | 0.00 | 308.64 |
| Equipment placement date: 10/30/2024<br><br>Equipment turn off date: 11/4/2024 | | | | | | |
| 4. Add for personal protective equipment - Heavy duty | 4.00 EA | | 0.00 | 39.81 | 14.73 | 173.97 |
| 5. Respirator - Full face - multi-purpose resp. (per day) | 4.00 DA | | 0.00 | 7.61 | 0.00 | 30.44 |
| 6. Respirator cartridge - HEPA only (per pair) | 4.00 EA | | 0.00 | 15.59 | 5.77 | 68.13 |
| 7. Add for HEPA filter (for canister/backpack vacuums) | 1.00 EA | | 0.00 | 90.08 | 6.75 | 96.83 |
| 8. Haul debris - per pickup truck load - including dump fees | 1.00 EA | | 182.22 | 0.00 | 0.00 | 182.22 |
| 9. Floor protection - cardboard and tape | 100.00 SF | | 0.64 | 0.00 | 2.59 | 66.59 |
| 10. Equipment decontamination charge - HVY, per piece of equip | 5.00 EA | | 0.00 | 70.89 | 3.04 | 357.49 |
| 3 air movers<br>1 dehumidifier<br>1 air scrubber | | | | | | |
| Total: Main Level | | | | | 32.88 | 1,452.21 |




**Master Bdrm / Vanity** **Height: 8'**

| | | | |
|---|---|---|---|
| 302.32 | SF Walls | 190.22 | SF Ceiling |
| 492.54 | SF Walls & Ceiling | 190.22 | SF Floor |
| 21.14 | SY Flooring | 38.00 | LF Floor Perimeter |
| 55.83 | LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Ceiling** | **3' 6" X 7' 6"** | **Opens into SHOWER2** |
| **Missing Wall** | **2' X 8'** | **Opens into Exterior** |
| **Door** | **2' 10" X 6' 7"** | **Opens into Exterior** |
| **Door** | **2' 10" X 6' 7"** | **Opens into Exterior** |
| **Door** | **5' 8" X 6' 7"** | **Opens into Exterior** |

## Orange County Restoration Services

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625

### CONTINUED - Master Bdrm / Vanity




**Subroom: Master Bedroom Entry (1)** **Height: 8'**

| | | | |
|---|---|---|---|
| 35.69 | SF Walls | 11.67 | SF Ceiling |
| 47.36 | SF Walls & Ceiling | 11.67 | SF Floor |
| 1.30 | SY Flooring | 2.33 | LF Floor Perimeter |
| 22.33 | LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | **10' X 7' 8"** | **Opens into Exterior** |
| **Missing Wall - Goes to Floor** | **10' X 7' 8"** | **Opens into MASTER_BDRM_** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|---|
| 11. Negative air fan/Air scrubber (24 hr period) - No monit. | 5.00 DA | | 0.00 | 70.50 | 0.00 | 352.50 |
| Installed on 10/30/2024 and removed on 11/4/2024 | | | | | | |
| 12. Add for HEPA filter (for negative air exhaust fan) | 1.00 EA | | 0.00 | 209.08 | 17.75 | 226.83 |
| 13. Dehumidifier (per 24 hr period)- 110-159 ppd - No monitor. | 5.00 EA | | 0.00 | 103.77 | 0.00 | 518.85 |
| Installed on 10/30/2024 and removed on 11/4/2024 | | | | | | |
| 14. Air mover (per 24 hour period) - No monitoring | 15.00 EA | | 0.00 | 26.57 | 0.00 | 398.55 |
| 3 air movers at five days. | | | | | | |
| Installed on 10/30/2024 and removed on 11/4/2024 | | | | | | |
| 15. Tear out wet drywall, cleanup, bag - Cat 3 | 14.00 SF | | 1.89 | 0.00 | 0.23 | 26.69 |
| 17. Containment Barrier/Airlock/Decon. Chamber | 245.00 SF | | 0.00 | 1.21 | 4.08 | 300.53 |
| 18. Containment Barrier - tension post (per day) | 36.00 DA | | 0.00 | 3.35 | 0.00 | 120.60 |
| 19. Peel & seal zipper - heavy duty | 2.00 EA | | 0.00 | 17.72 | 2.33 | 37.77 |
| 20. Apply plant-based anti-microbial agent to the surface area | 14.00 SF | | 0.00 | 0.38 | 0.08 | 5.40 |
| Totals: Master Bdrm / Vanity | | | | | 24.47 | 1,987.72 |

**Orange County Restoration Services**

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625





**Shower** **Height: 8'**

| | | | |
|---|---|---|---|
| 81.58 | SF Walls | 10.82 | SF Ceiling |
| 92.40 | SF Walls & Ceiling | 10.82 | SF Floor |
| 1.20 | SY Flooring | 13.17 | LF Floor Perimeter |
| 10.00 | LF Ceil. Perimeter | | |

**Missing Wall - Goes to Ceiling** **3' 2" X 7' 6"** **Opens into MASTER_BDRM_**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|---|
| 21. Tear out wet drywall, cleanup, bag - Cat 3 | 91.00 SF | | 1.89 | 0.00 | 1.52 | 173.51 |
| 22. Apply plant-based anti-microbial agent to the surface area | 91.00 SF | | 0.00 | 0.38 | 0.51 | 35.09 |
| 23. Remove Floor drain - tub/shower - metal/plastic | 1.00 EA | | 10.66 | 0.00 | 0.00 | 10.66 |
| 24. Remove Tile concrete shower curb - per LF | 4.00 LF | | 8.89 | 0.00 | 0.00 | 35.56 |
| 25. Remove Ceramic/porcelain tile | 92.40 SF | | 2.84 | 0.00 | 0.00 | 262.42 |
| 30. Detach & Reset Shower door | 0.50 EA | 283.82 | 0.00 | 0.00 | 0.00 | 141.91 |
| 34. Detach & Reset Shower faucet - High grade | 0.50 EA | 84.10 | 0.00 | 0.00 | 0.00 | 42.05 |
| 35. Remove mortar bed for tile | 92.40 SF | | 6.10 | 0.00 | 0.00 | 563.64 |
| Totals: Shower | | | | | 2.03 | 1,264.84 |
| Total: Main Level | | | | | **59.38** | **4,704.77** |
| **Line Item Totals: 2275_E_BELDING_MIT** | | | | | **59.38** | **4,704.77** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 419.59 | SF Walls | 212.71 | SF Ceiling | 632.30 | SF Walls and Ceiling |
| 212.71 | SF Floor | 23.63 | SY Flooring | 53.50 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 88.17 | LF Ceil. Perimeter |
| 212.71 | Floor Area | 240.24 | Total Area | 419.59 | Interior Wall Area |
| 435.32 | Exterior Wall Area | 67.00 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

**Orange County Restoration Services**

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625

## Summary for Dwelling

| | |
|---|---|
| Line Item Total | 4,645.39 |
| Material Sales Tax | 59.38 |
| **Replacement Cost Value** | **$4,704.77** |
| **Net Claim** | **$4,704.77** |

Jeff Murray
President

## Orange County Restoration Services

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625

### Recap of Taxes

| | Material Sales Tax (9.25%) | Storage Rental Tax (9.25%) |
|---|---|---|
| **Line Items** | 59.38 | 0.00 |
| **Total** | **59.38** | **0.00** |

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625

## Recap by Room

**Estimate: 2275_E_BELDING_MIT**

| | | |
|---|---|---|
| **Area: Main Level** | **1,419.33** | **30.55%** |
| **Master Bdrm / Vanity** | **1,963.25** | **42.26%** |
| **Shower** | **1,262.81** | **27.18%** |
| **Area Subtotal: Main Level** | **4,645.39** | **100.00%** |
| **Subtotal of Areas** | **4,645.39** | **100.00%** |
| **Total** | **4,645.39** | **100.00%** |

**Orange County Restoration Services**

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625

## Recap by Category

| Items | Total | % |
|---|---|---|
| GENERAL DEMOLITION | 1,316.95 | 27.99% |
| LABOR ONLY | 167.90 | 3.57% |
| MIRRORS & SHOWER DOORS | 141.91 | 3.02% |
| PLUMBING | 42.05 | 0.89% |
| WATER EXTRACTION & REMEDIATION | 2,976.58 | 63.27% |
| Subtotal | 4,645.39 | 98.74% |
| Material Sales Tax | 59.38 | 1.26% |
| Total | 4,704.77 | 100.00% |

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625



1 1-Belding_pre demo pics of shower

## Orange County Restoration Services

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625



2 2-Belding_pre demo pics of shower2

## Orange County Restoration Services

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625



3 3-Belding_pre demo of shower floor

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625



4 4-Belding_in full ppe

# Orange County Restoration Services

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625




5 5-Belding_elevated readings 3

## Orange County Restoration Services

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625




6 6-Belding_elevated reading 5

## Orange County Restoration Services

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625




7 7-Belding_elevated readings 4

**Orange County Restoration Services**

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625




8 8-Belding_equipment placement

**Orange County Restoration Services**

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625



9 9-Belding_flood cut at exterior wall

## Orange County Restoration Services

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625



10 10-Belding_demo of shower walls

## Orange County Restoration Services

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625



11 11-Belding_demo of shower walls2

## Orange County Restoration Services

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625



12 12-Belding_shower overview

## Orange County Restoration Services

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625




13 13-Belding_containment on master bedroom side

## Orange County Restoration Services

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625



14 14-Belding_overview of containment

## Orange County Restoration Services

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625



15 15-Belding_equipment placment
air scrubber

## Orange County Restoration Services

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625



16 16-Belding_demo of tile shower floor

## Orange County Restoration Services

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625



17 17-Belding_equipment placment at master bedroom

## Orange County Restoration Services

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625



18 18-Belding_containment from pool side

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625



19 19-Belding_containment poles and zipper

## Orange County Restoration Services

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625



20 20-Belding_containment master bedroom side

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625



21 21-Belding_elvated readings

## Orange County Restoration Services

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625




22 22-Belding_elevated readings 2

## Orange County Restoration Services

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625




23 23-Belding_elvated readings3

## Orange County Restoration Services

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625




24 24-Belding_equipment placement4

# Orange County Restoration Services

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625



25 25-Belding_equipment placement5

## Orange County Restoration Services

Orange County Restoration Services

Phone: 949-877-9697
Address: 3334 E Coast Hwy #205
Corona Del Mar, CA. 92625



26 26-flood cuts and removal of drywall at center



9' 10"
9' 2"
5' 7"
1' 8"
1' 8"
3' 6"
3' 6"
1' 2"
4' 1"
4' 1"
3'
Vanity (B1)
1' 11"
4' 1"
10' 8"
10'
Master Bdrm / Vanity
6' 4"
10' 6"
3' 9"
3' 5"
Shower (B1)
Shower
3' 6"
3' 2"
1' 8"
1' 8"
9' 7"
14'
N


Main Level