iMessage
Encrypted

Jun 5, 2024 at 10:15

Good morning Julio,

This is Donnie Means with Farmers Insurance. I'm the adjuster assigned to your claim and was trying to reach you to discuss. Please give me a call back at your earliest convenience to discuss and set up a time for my inspection. Thank you!

Donnie Means
760-636-2480
Farmers Direct Property and Casualty Insurance Company

Jul 23, 2024 at 12:20

Hi Julio, I received your voicemail. I'm currently out in the field on inspections but will reach out when I get back to the office later this afternoon. Thank you!

Donnie Means
760-636-2480
Farmers Direct Property and Casualty Insurance Company

Jul 23, 2024 at 16:42

My phone went mute again

Jul 25, 2024 at 15:08

Hi Donald. I just called you. I sent an email to you with what I have so far and had few questions... did you get it ?

Hi Julio. I'm currently in the field on an inspection. I saw documents come through that you uploaded, can I call you tomorrow when I'm back in the office and have had a chance to review?

Yes

Text Message • SMS
Not Encrypted

Jul 30, 2024 at 17:59

Hi Donnie

You mentioned last week that you were going to talk to Andrew Hernan on Monday (yesterday) about the information I had provided so far. Today is end of day Tuesday, can you provide an update ?

Sent as Text Message

iMessage
Encrypted

Jul 31, 2024 at 12:05

Hi Donnie

Oct 7, 2024 at 08:56

Hi Donnie… I'm still in LA. Can you meet me in PS tomorrow late afternoon ?

Hi Julio, I'm currently booked up all afternoon tomorrow. What time were you thinking? I'll see if I can move some things around

Oct 7, 2024 at 11:06

Can we move the appt to Wednesday 9-10am?

Oct 7, 2024 at 12:34

Yes

Oct 7, 2024 at 16:00

Thanks for confirming Julio. I'll see you on Wednesday

Oct 9, 2024 at 08:37

Hi Julio. This is Donnie with Farmers Insurance. I'm in route to your home for my inspection. Should be there a few minutes after 9

Oct 10, 2024 at 13:05

Hi Donnie

I noticed yesterday a document was generated saying that my claim paid out vendor and another letter asking me to submit a bid perhaps… idk… but does it mean I can move forward with repairs ?

Oct 15, 2024 at 12:10

**Service Master.vcf**
Contact Card · 219 bytes

Hi Julio, Tristan just let me know he tried reaching you to schedule their inspection. He has a technician available, can you please give him a call back to schedule? Thanks!

Oct 15, 2024 at 13:42

Called him, scheduled for 9am tomorrow

Okay thanks Julio!

Oct 16, 2024 at 09:45

Hi Donnie… when this guy first called me he said that he needed to come in to assess the damages and send you a report. We agreed for Monday and he didn't even care to call cancel or say he wasn't coming, he just left me waiting as if my life meant nothing to him. So my contractor took care of the mitigation part spread yesterday. Then this guy comes in, he calls me minutes after to hand me his phone because Tristan wanted to speak with me to tell me that it all had already been resolved, the work was going to start right now and I didn't need to approve anything or else I'd have to pay him $1000

His employee asked me to sign a paper and also said I can refuse if I want to but that they're still getting paid… I didn't sign anything. Also FYI he didn't perform any work

while being here. I'm in a bad position in my life which is why I'm selling this home and this claim is stopping me from doing it or from having an open house. I know it's not your problem but please understand my situation and help me move forward

FILE_2926.pdf
PDF Document · 4.2 MB

That's the contractors bid. He noticed also mold at the bottom of wall where shower head is, when he opened the wall he pointed out that this same wall needs to be reframed, something about not being up to code which will affect the shower in the nearest future again

Hi julio. I'm in a meeting currently.. I'll get back to you as soon as it's over. Thanks

Oct 17, 2024 at 11:16

Hi Donnie, I received a text message from your vendor. He'll be here at 1p

IMG_0151.HEIC
Image · 5.3 MB

That's the opening from wall side of shower... notice water intrusion from all highlighter areas next as well as the entire surface seems cracked all over

IMG_0151.jpg
JPEG Image · 970 KB

1 Reply

Then mold sign

Okay sounds good Julio.. thanks for sending this over

IMG_0150.HEIC
Image · 2 MB

IMG_0149.HEIC
Image · 1 MB

IMG_0148.heic
Image · 3 MB

Oct 17, 2024 at 14:28

And for next is the wall and I'll try to explain how it was explained to me. I marked the picture with red marking 2x4 studs from what can be seen. The space between studs needs to be 16 inches and this is the 2 studs in the center are way over. Also there's nothing between the studs horizontally linking them

IMG_0152.jpg
JPEG Image · 464 KB

He said that this is obsolete because it has been cut

IMG_0158.HEIC
Image · 5.3 MB

Also he took a level notice this wall is not level correctly, appears to be leaning and with mold visible he said

reframing is necessary unless I want to have the same exact issue again

You guys charged me $16 thousand dollars to renew my policy and it was paid. Let's do things right

Your guy told me he'll be here at 1 - 1:30p and it's 2:30 and he's not here

Oct 18, 2024 at 09:43

Hi Donnie. Your guy ended up coming at 3:30, has been provided what you needed?

Early this week I've made an appointment with my contractor to start the work this Saturday b/c I wasn't counting with the two additional visits and remember I have my property listed but I am unable to show it and or have open houses because of it. Can you please help me expedite this so I can move forward? I'm sorry I don't mean to pressure you but I'm getting overwhelmed with my realtor's pushing and it's not a great time overall

HEIC
75096269679__317CE5BB-1384-4B46-85F3-35844486F502.HEIC
Image · 3.9 MB

Oct 18, 2024 at 14:49

Hi Julio, I tried reaching your contractor and reached his voicemail box. I left him a message asking for a call back to discuss his estimate. I'll get back in touch with you as soon as I'm able to connect with him

Hi... I spoke to him earlier after you and I spoke and told him about what you're willing to cover

He sent me this

PDF
FILE_2229.pdf
PDF Document · 1.9 MB

I know he's super busy today but he agreed to at least send me the testing bid separately because that's scheduled for tomorrow. He is going to send me the updated bid later tonight per our conversation earlier

Thanks Julio

Are you able to send him the payment directly like the other vendors? In that way I can assure him tomorrows work payment will be coming in the mail ?

I'll need to get some additional documentation from him in order to pay him directly for testing specifically… typically payments intended for contractors performing repairs are issued to you and you'd forward payment once received

Oct 18, 2024 at 16:50

You can do that then, I just care that he gets paid tomorrow. Do you need additional paperwork to use me as intermediary?

Oct 21, 2024 at 16:27

Hi Donnie

I reached out last Friday so I can have the work started but you turned off your cell, it seemed. They canceled. In addition since the 3 contractors you sent never run water to see the damage then i did it and here's is the video

MOV

**IMG_0166.mov**
Video · 13.1 MB

As you can clearly see water is clearly going through that wall in the same water marks that I had pointed out before to you in a text here

This

Thank you for sending this over Julio. The plumber that came out with me initially did run the shower but at the time, the wall cavity was not exposed to see what you're showing me in the video

1 Reply

If this is happening on this side then the same is happening to the other two walls in the shower , or at least for sure since water has been deposited on a regular basis in the opened wall then it's recommended to check the other two walls

Thank you for sending this over Julio. The plumber that came out with me initially did run the shower but at the time, the wall cavity was not exposed to see what you're showing me in the video

I apologize, I didn't mean to insinuate anything bad from your side. I'm sorry

If it's okay with you, I'd like to send my plumber back out to reassess

PDF FILE_3083.pdf
PDF Document · 3.7 MB

PDF FILE_6919.pdf
PDF Document · 1.9 MB

Absolutely... can he come today ?

I told my contractor no tiling, no wall reframe per your instructions. And he sent the updated bids including the additional two walls for mold repair and resurfacing

Okay thank you Julio, I just spoke with the plumber who came out with me initially. He wouldn't have availability until tomorrow afternoon. I need to take off for the day but let me know and I'm happy to send him over then. Thanks

That works please anytime

Oct 22, 2024 at 08:43

Good morning Julio, I spoke with the plumber Jeremy.. he can be there today between 1 and 3

Oct 22, 2024 at 10:10

Hi D! That works perfectly fine... I'll be here

Oct 22, 2024 at 14:04

Hi Donnie, plumber reached out and said he'll be here around 3p! I don't want to run in the same scenario as last week where you turn off your phone as I needed assistance with a confirmed appointment to start my work so I'm trying to be a step ahead, in the event that Jeremy reports back to you what I have shared is accurate (which it is), I'll ask the same question as last Friday: do you need anything to use me as intermediary payment recipient? You said that you couldn't pay my contractor directly because additional an info is needed but instead I'll be paid so I can pay him, is there anything you need from me? If so or if not, when will you process it? How long until I receive it? All this will help me with re-scheduling this project to start

Once I receive Jeremy's report, I'll be in touch. My estimate for repairs is currently under your deductible which is why no payments have been issued with the

exception of payment for Jeremy's initial leak detection and servicemasters inspection which I was able to pay to them directly since they are preferred vendors that I sent out.

I should have Jeremy's report by tomorrow at the latest and will get in touch with you once I receive it to go over next steps

Question on that, the letters I received on the payments you've made already to your preferred vendors it says that those payments count towards my deductible, is that true?

It's included in the total amount of your claim and goes towards your policy limit

So in other words my deductible only applies towards payments on this claim that come from the use of my preferred contractor?

No.. the amounts paid to my plumber and vendors will be taken into account toward the deductible as well. I need the supported claim costs to exceed your 2500 deductible before I can issue any payments to you.

Oct 22, 2024 at 16:34

Understood, thank you for explaining. So Jeremy left; he said he didn't know why you didn't let him open the wall the first time when he recommended it to you. He also agreed to the wall frame needing a "top plate" as he worded it in order to fix the plumbing. He also indicated that the other two walls need to be open to mitigate the damage. That can be done through the exterior walls by cutting the stucco or inside the shower. I just had the entire exterior painted so I hope that's not your preferred method

Oct 23, 2024 at 11:14

Good morning Donnie, hope all is well! I was wondering if you perhaps had news for me? I appreciate your hard work

Oct 23, 2024 at 13:17

Hi Julio, I apologize for the delay in getting back to you. I've been in the field on inspections this morning. Haven't seen anything come through from Jeremy the plumber yet but I'm on my way back to the office now and will follow up with him

Thank you genuinely

Oct 23, 2024 at 15:34

Hi Donnie! Please don't forget about me

Hey Julio, I haven't. Just waiting to hear back from Jeremy. I'll be in touch as soon as I do

Hi Julio, I spoke with Jeremy and he's been in the field all day so hasn't had a chance to get the report over to me. He advised that he will for sure send it over tonight so I have it first thing tomorrow. Sorry for the delay

Ty Donnie

Oct 24, 2024 at 11:29

Hello Donnie, I hope you've had a great morning so far. I was wondering if you received what you were waiting for?

Hi Julio, I did. I'll be working on your file today and be in touch this afternoon to discuss

Oct 24, 2024 at 15:13

Hi Donnie

Hi Julio, I haven't forgotten about you. Finishing up an estimate and will give you a call

Ty Donnie and I am sorry I wish we had met under different circumstances instead of appearing annoying… Ty again

Hey Julio, do you have an email address for Michael?

It's in the bid

Recap of our conversation today: 1) you said inside shower walls not covered because according to you they weren't installed correctly, you did not want to approve opening these walls because you said drying can be done on the 3 walls from behind of one of the walls. You said you've had 2 contractors telling you not required even though one of your contractors (Jeremy) told me last Monday that it is required and on his first visit you refused to let him open one walls per his recommendation. Your 2nd contractor Tristan all he came to do is to have me sign a paper after telling me that all had been finalized so he was here to patch up the wall. Then you have my qualified contractor also affirming that the shower wall needs to be dried inside... you explained you years of experience and that you don't think it's necessary.

You also refused to pay my contractors bid for testing because you said it hasn't passed my $2500 deductible, and you pushed again to send one of your contractors to do the testing instead for which then you're willing to pay for it. You told me that typically the way it is done is that the contractor does the work first, invoices you and then you pay. I explained that this is not the case, I've had claims paid by Farmers before and payment was sent before the work started as long as a bid was provided which in this case it has

Last year's claim # JDL12173 there was water intrusion in my house and the same took in place as far as mitigation, mold testing, repairs, Farmers estimate of $2,450 and contractor's estimate of close to $16,000 plus around $3000 in materials (give/take). You see how Farmers estimate came right below my deductible for which I received a denial letter versus how much it was. I believe the same it's happening here. Also, that claim and your claim are part of the same policy term and the payments were provided right after contractors bid was submitted, this time it's a different treatment

Oct 25, 2024 at 14:12

Hi Donnie! Any updates from your boss?

Oct 25, 2024 at 15:16

Hi Donnie... can you text me? I can't talk

Hi Julio, after reviewing the plumbers new report and reviewing with my supervisor, I was able to support replacing the shower. I revised my estimate to include lead/asbestos testing and replacing the shower floor and walls (not including framing as the framing should be able to be treated for mold if necessary and dried out). I just issued a payment and sent you a letter. The letter should arrive with the check in about 7 business days or so. You should also receive an email with the letter which has my new estimate attached. Please forward the estimate to your contractor for review to see if he'll be able to complete repairs based off of my estimate. The removal of affected materials and the dry out is not included in my estimate as that will need to be invoiced separately by whomever you have complete the mitigation portion of the work and then reviewed by our third party reviewer and payment can then be issued at that time. Feel free to reach out to discuss. Thanks!

1 Reply

Oct 26, 2024 at 07:39

Hi Donnie... quick clarification request. Last time we spoke you told me that mitigation was needed and that you'll send a letter stating what's needed after completing this part and that after it was reviewed we then will be able to talk about repairs, I saw you did send the letter pretty much stating exactly what we spoke last. Then yesterday you texted to inform that you obtained approval on the other two walls needing to be opened and added that you're sending a payment, per Dana Haynes (farmers supervisor from other claim) when we run into the same exact scenario that you and I are in, she Zelled $6135 to me after $2500 deductible. Then estimated updated to $19,814 and she explained at Farmers when claim is under $10k it gets Zelled to client and anything above it needs to be sent in a check with mortgage lender included as payee. Here's the proof

IMG_6946.heic
Image · 39 KB
HEIC

Forgive me, she actually sent the entire $11,179.23 using Zelle as it was already signed up as my preferred method of payment. I believe that after this then the estimate was updated so I think she said that when the claim
Is above $15k then it needs to be sent as a check to include lender as payee, which I then had to forward to bank and go through their process. And here's the Zelle payments proof

IMG_0197.PNG
PNG Image · 469 KB
PNG

IMG_0196.PNG
PNG Image · 445 KB
PNG

Per the document you sent last, it says that you're sending the payment using the method I selected, this is not true, I have never selected or told you to send it via mail. In fact, I asked you two different times about your process to use me as intermediary payment recipient and first time you ignored it, second time you declined to answer until later. Furthermore, I believe that the reason why you made the decision to send a check it's because per your letter you also included that the payment is coming payable to my lender. If the total claim is $5527.52, why are you choosing to treat me differently than what your payments methods policy establishes?

Oct 28, 2024 at 08:34

Hi Julio, I can't speak on your previous claim nor what the payment guidelines were at that time. I issued payment per the current payment guidelines which unfortunately

required me to include your lender on the payment. Feel free to call if you'd like to discuss further.

Donnie Means
760-636-2480
Farmers Direct Property and Casualty Ins. Co.

Material Order 1.pdf
Material Order 2.pdf
Material Order 3.p...
PDF Document · 68 KB

Material%20Order%202.pdf
PDF Document · 73 KB

Material%20Order%203.pdf
PDF Document · 65 KB

Material%20Order%204.pdf
PDF Document · 77 KB

Material%20Order%205.pdf
PDF Document · 67 KB

Material%20Order%206.pdf
PDF Document · 67 KB

Material%20Order%208.pdf
PDF Document · 66 KB

PDF
Material%20Order%209.pdf
PDF Document · 67 KB

PDF
Material%20Order%207pdf.pdf
PDF Document · 66 KB

Can I request a copy of your current updated payment guidelines?

There's nothing I'm able to share. I'm required to run your policy/property information through a program which then advises whether I need to include your lender on the payment. If you'd like to reach out to your lender and request that they provide a letter stating that they do not need to be on the check, I would then be able to issue payment without including them

Donnie Means
760-636-2480
Farmers Direct Property and Casualty Ins. Co.

Oct 28, 2024 at 10:07

Another thing, my contractor wasn't able to schedule the drying / testing company that he was planning to use in a timely manner that I personally found reasonable because of my on-sale listing situation. I ended hiring Orange County Restoration Services and they're here now starting the work

HEIC
75182805659__4C09FE69-D7BC-46BB-BF70-7EF9FC1C16BD.HEIC
Image · 4.7 MB

Since I submitted receipts for materials I purchased then those will be refunded directly to me, right? I'm running this by you because in the last claim checks were sent only for contractors bid but materials purchased by me were always refunded directly

1 Reply

Oct 28, 2024 at 13:48

Sharing as they come

FILE_3186.pdf
PDF Document · 233 KB

Oct 28, 2024 at 16:40

Hi Donnie

Oct 29, 2024 at 08:30

Since I submitted receipts for materials I purchased then those will be refunded directly to me, right? I'm running this by you because in the last claim checks were sent only for contractors bid but materials purchased b...

My repair estimate includes labor and materials. Please send all your estimates or documentation to myclaim@farmersinsurance.com with your claim number in the subject line. Your claim number is 7008177137-1

Donnie Means
760-636-2480
Farmers Direct Property and Casualty Ins. Co.

Good morning Donnie... I just emailed the receipts following the instructions you provided. Just to be clear I want to ask this again because I dont think it was answered, I understand that your estimate covers labors and materials, per your letters and established terms if more is spent then one must provide receipts in order to get refunded, so far the materials I have spent is over the amount you estimated, will you be refunding money I have spent on materials so far that are above what you estimated, because you sent in as a check, to me directly just like it has been done in the past.

just like it has been done in the past

The estimates/receipts will be reviewed for potential reimbursement and supplement payments can be issued as long as I'm able to support the charges.

Donnie Means
760-636-2480
Farmers Direct Property and Casualty Ins. Co.

Oct 29, 2024 at 11:00

Thank you Donnie

Oct 29, 2024 at 12:44

Hi Donnie, I saw the letter it was created saying that nothing will be done until testing and drying is done. I'm thinking testing was done today and results will be ready today but regardless positive or negative the next part is for the drying company to come and open the shower walls / floor which was approved. So no matter their outcome the shower will have to be put back together, and those materials take a little too long to arrive all together which is why I ordered them now since I'm selling my property it must be done quick. Why do you have to wait until drying is done? Orange County is a licensed reputable company and they have been in contact with you so that job is getting done. What I spent on materials is a lot for me to await when I need the money for my needs, can you re evaluate?

Your receipts have been received and are in line for review Julio. I'm in the field today and tomorrow on inspections. I'll be reviewing hopefully on Thursday when I anticipate being back in the office.

Donnie Means
760-636-2480
Farmers Direct Property and Casualty Ins. Co.

Oct 31, 2024 at 10:53

Hi Donnie! Did you have a chance to look at my things ?

Oct 31, 2024 at 13:15

Sorry Donnie I am on the phone... please let me know

Hi Julio, I did have a chance to review the receipts you submitted. Please give me a call back when you have a moment to discuss. Thanks!

Donnie Means
760-636-2480
Farmers Direct Property and Casualty Ins. Co.

I am in a conference call meeting with my job... can you please provide here what you'd like to discuss?

75209883232__95F6B2A9-8A19-4F5C-B0C4-DA0C5C016AC1.HEIC
Image · 1.4 MB

It's a lot to text. Can you give me a call back once you're finished with your meeting? Or I can send you an email if that works better. Let me know. Thanks!

Donnie Means
760-636-2480
Farmers Direct Property and Casualty Ins. Co.

Thanks Donnie for taking my call

As a recap you provided couple of items in my expenses were not needed. Then you explained that you want to wait until OC Restoration is done before you can look into refunding the materials that I already spent for. You said homeowners don't typically buy materials and I told you that's how it's been done with Farmers twice in the past. Then you offered again to send your 3rd party contractor whom you claim 10 out of 10 gives a higher estimate and that you need an updated estimate from my contractor

Nov 1, 2024 at 07:32

Hi Donnie





Concrete Shower Panel Free Shipping in the Continental US
etsy.com

That is the only place I can find where to purchase the cement panel for shower. When my contractor said tile you declined it because you said my shower had no tiles in it. Let me know if I can buy it, please notice it takes weeks for it to arrive so your promo response is appreciated

I noticed that it has a sitting built area, I will request for it not to be the case

Unless you want me to ask my contractor for him to build it instead of him to glue this product

Nov 1, 2024 at 10:20

Hi Donnie... also, in the letter you sent it says that you were unable to see if there was waterproof barrier, are we

walking about the waterproof membrane? Are you suggesting I have the shower built with no waterproof? Also, say for instance that my entire shower had no waterproof barrier, and this being a shower I use daily, don't you think the damage inside would have been way way way worse?

Hi Julio, after reviewing the plumbers new report and reviewing with my supervisor, I was able to support replacing the shower. I revised my estimate to include lead/asbestos testing and replacing the shower floor a...

Another thing, here you say you won't be able to cover framing because it should be treated when doing mold testing, but the need to reframe the wall did not come from it being mold infested, it came from it looking like this

HEIC
75217478140__9815535B-96CA-4488-9E22-3C771E3615E7.HEIC
Image · 6.3 MB

HEIC
75217480950__FCB32A31-6400-4740-93CA-C98B3637CFC7.HEIC
Image · 1.9 MB

FYI this sort part of wall was opened too

HEIC
75217485309__E457AD33-5837-44B7-A921-062336E75DA0.HEIC
Image · 5.7 MB

Nov 1, 2024 at 14:03

Hi Donnie

Can I proceed to buy the shower panels?

Hi Donnie! Are you going to ignore me all day ?

Nov 3, 2024 at 17:15

Hi Donnie

IMG_0245.MOV
Video · 148.9 MB

There is a high moisture reading around wood frame of patio glass door right next to shower

Nov 4, 2024 at 09:39

I'm working, please text me

Hi Julio, I took a look at the video you sent this weekend and I believe the moisture meter is giving you false readings. Metal throws the meters off and you're typically going to have a metal trim piece under the drywall on top of the wood framing at a door or window opening like that. Please discuss further with OC Restoration as they'd be able to confirm that when on site. Regarding your previous texts about the concrete panels and shower framing, please give me a call when you have some time to further discuss. Thank you!

Donnie Means
760-636-2480
Farmers Direct Property and Casualty Ins. Co.

Nov 4, 2024 at 11:24

There's no metal here. In fact I believe that the double layer (drywall and baseboard) reduces the accurate reading and with that it does show moisture is present.

IMG_0247.jpg
JPEG Image · 1.7 MB

Nov 9, 2024 at 18:07

Hi Donnie… drying / mold testing is done. FYI

1) they opened this additional area

JPEG
**IMG_0286.jpg**
JPEG Image · 625 KB

PNG
**IMG_0287.PNG**
PNG Image · 3.4 MB

2) ceiling needs to be painted

HEIC
**75289731231__F1A40000-3500-4448-A8ED-D44777B4AA12.HEIC**
Image · 1.7 MB

3) shower head setting must be replaced since the shower head was removed as trash

Nov 11, 2024 at 10:48

Thank you for sending this over Julio.. has your contractor advised when he's revised repair estimate will be ready?

Nov 13, 2024 at 13:56

He said he'll have it ready today

Perfect, thanks Julio!

Nov 15, 2024 at 20:10

Hi Donie… I just received the document from a different contractor as you requested. This is for what is left do in order to complete this claim

FILE_6713.pdf
PDF Document · 163 KB

Nov 17, 2024 at 20:16

Hi Donnie... i just noticed this

75359628066__A1C0A3C1-1BAE-4D28-9BAB-4A62453E7F1D.HEIC
Image · 1.4 MB

75359632485__AD2BC6AE-9E98-4E28-976B-0D35EE06F7BE.HEIC
Image · 1.8 MB

75359634326__DAE3AC42-0693-4D60-880B-A04C7F179E5A.HEIC
Image · 1.8 MB

That's from the shower door, they couldn't be saved when they were removed in order to compete the drying / mold testing.

Nov 18, 2024 at 09:07

Hi Donnie... did you get a chance to look into the new estimate that you've been requesting?

Lowes%20Order%20Bifold%20Shower%20Door.pdf
PDF Document · 40 KB

The receipt I just sent you i also sent it via email

Also, is there a way that now you can refund directly to

me this and last invoices ive sent on the supplies ive gotten?

Even though I already emailed them, I am providing them here again to make it easy

PDF
unknown.pdf
PDF Document · 68 KB

PDF
unknown.pdf
PDF Document · 73 KB

PDF
unknown.pdf
PDF Document · 65 KB

PDF
unknown.pdf
PDF Document · 67 KB

This is what I had to pay new contractor to assess the work

PDF
PaymentToContractor.pdf
PDF Document · 242 KB

1 Reply

Nov 18, 2024 at 11:42

Hi Julio, thank you for sending via text. Can you please send your contractors estimate to your claim file by emailing to myclaim@farmersinsurance.com with your

claim number in the subject line? I'm for some reason unable to forward it from my phone.

I'm currently not able to issue any reimbursement payments for materials until the repair estimate is finalized and agreed upon with whomever you use for the repairs as the repair scope includes both materials and labor as previously discussed. Once we get to that point, I'll review your receipts further.

Donnie Means
760-636-2480
Farmers Direct Property and Casualty Ins. Co.

Sent

IMG_0329.PNG
PNG Image · 425 KB

IMG_0330.PNG
PNG Image · 400 KB

White you wait I am sending screenshots of the document I emailed

Nov 18, 2024 at 16:39

Hi Donnie! I just called you... did you have a chance to look into this ?

Nov 19, 2024 at 08:34

Hi Julio, I saw the estimate was delivered. It's in line for review tomorrow when I'm in the office

Why not today? I delivered it Friday and you were able to open it, perhaps not forward it but you could have worked on it. I keep reiterating this but it is extremely important I get to sale this house which is currently listed but I can't show it and this is creating so many bad things for me

Is there a way that you can please at least tell me I can tell this second contractor that he can start? You've gotten far enough to even turn off your cell phone to delay me, yesterdayI forwarded that document, can you please review it today ?

Nov 19, 2024 at 11:19

IMG_0336.PNG
PNG Image · 386 KB

Hi Donnie, the contractor just called me to let me know if I don't give him the green light he's going to schedule me for December 2nd. Can you please respond

I'm in the field on inspections Julio. I took a Quick Look at his estimate from my phone and we're at an over 5000 difference between my estimate and his. The contractors estimate is not approved at this time. I'll need to review when I'm in the office to see if I can support adding more to my estimate. I may end up needing to send a contractor for a comparative bid if I'm unable to bring my estimate up to an agreeable amount for your contractor.

Nov 19, 2024 at 13:43

Ok Donie, so your own same estimate paid $90 for led and you had no problem paying $980 after underestimating the value to a 10% of what it really costed. Or that you're paying $5,371.70 for drying services when you estimated the entire work to be at $5,440

Again, I sent this last Friday, why does it take until Wednesday for you to review it

Nov 20, 2024 at 09:23

Re- 2275 E Belding invoices.pdf
PDF Document · 14.8 MB

Great morning Donie... the document I just sent is me sharing some of the irregularities I found from OC Restoration which I addressed directly to them. I don't know what the protocol is as far as your engagement so this is just in case

Thanks Julio. Their documents have been sent over to our third party reviewer who reviews the mitigation invoices. They'll be working with OC Restoration directly to either support their charges or negotiate to an agreed upon amount for their services. Also, I'm currently reviewing your contractors bid. I'll be in touch shortly once I've completed my review to discuss.

Donnie Means
760-636-2480
Farmers Direct Property and Casualty Ins. Co.

Genuinely appreciated

Nov 20, 2024 at 10:33

Hi Donie.. thank you for the call

I have reached out to the contractor and he said that he's not able to do it for that price, he added also that no one will do it for that price

Please let me know if you could send your 3rd party contractor to see if he can support my contractor repairs cost

Thanks Julio, I'll reach out to Daniel with Klutch Construction and send over your information. He or someone from his office will reach out to you directly to schedule a walk through

Donnie Means
760-636-2480
Farmers Direct Property and Casualty Ins. Co.

Nov 20, 2024 at 12:24

Is there a way that we can have today the same kind of urgency you had when you were trying to have Tristan come to close my wall without addressing the issue ?

What is Daniel's phone number

I emailed you a letter with his contact information after our call earlier. He's already been sent your information as well.

Nov 20, 2024 at 19:04

Hi Donnie... I spoke to the contractor you assigned. He is 80 miles away from where I live and according to him he only takes appointments with 1 week in advance. I told him that I will speak to you. Can you please find another contractor, one in my area? in the past you've always had one available for same day so the same will be appreciated

Nov 21, 2024 at 08:43

Hi Julio, most contractors aren't going to be available same day. However, I made a few calls and found one that may be able to make it out today. His name is Brandon with Oakwood Construction and should be reaching out to you shortly. I'll be sending you another letter with his information. Thanks

Donnie Means
760-636-2480
Farmers Direct Property and Casualty Ins. Co.

Nov 22, 2024 at 10:28

Hi Donnie! I don't know how this could help me if you selected a contractor that's even further than the first contractor and this one doesn't pick up the phone or return two of my voicemails

Would any of your known contractors be able to assist?

Hi Julio, Brandon attempted reaching you to set up a time to come out yesterday but was unable to reach you. He's providing me with an estimate based on my photos since he wasn't able to physically inspect. I'll let you know once

I've been able to review his estimate. I'll be in the field today on inspections so worst case scenario, I'll be in touch Monday at the latest.

Donnie Means
760-636-2480
Farmers Direct Property and Casualty Ins. Co.

Interesting... I left him voicemails and even called his office and the receptionist couldn't get a hold of him either. But, ok he'll provide the estimate without coming then I'll wait

Another thing, I am confused on the route you want to take for the shower walls finish. First you rejected the notion of adding tile because you said it'll have to be the same custom cement finish it had before. The later when I spoke to you then you added that you wanted a microcememt finish because that's what you had read from one of your contractors. I shared this with my second contractor which he included in his bid. I don't see this anywhere in your last estimate. It looked like the work you paid out was for leaving my shower with cement boards.
Can you advise

And last piece, I also wanted to follow back on you reaching out to OC Restoration about them disposing my shower head ?

Our estimating software doesn't have an option for the microcement. I used a comparable line item for "mortar bed for tile" which the contractor advised would be in the same price range.

Regarding OC Restoration, I followed up with Steve and heard back from an Isaiah letting me know that Steve was no longer with the company and that he would look into the file and get back to me with an answer about the shower head and why they would've disposed of it.

Donnie Means
760-636-2480
Farmers Direct Property and Casualty Ins. Co.

Nov 25, 2024 at 09:49

Good morning Donnie… did you get the estimate? Quick question, is there a way you can call my second contractor? I am having a hard time explaining to him what you need followed by him pushing back

Nov 25, 2024 at 11:38

Good morning Julio, yes I did receive the estimate. I'm on my way back to the office from an inspection and will be reviewing it. Once I've added to my estimate what I'm able to support, I'll be in touch to discuss. Also, I'm happy to reach out to the contractor once my estimate is finalized. Thanks

Donnie Means
760-636-2480
Farmers Direct Property and Casualty Ins. Co.

Well, if you are unable to meet his price then that will help out a lot

Nov 25, 2024 at 16:13

Hi Donnie

Hi Julio. My payment was just approved and I'm currently working on the letter to go along with the payment. Will be calling shortly.

Nov 26, 2024 at 10:28

Hi Donie

Quick ask, can I please get a copy of estimated provided by this last contractor of yours?

Second, I noticed that you are still ignoring my own contractor's bid and all because you are telling me that you have to follow your software… even this last contractor said he had never heard such thing. And looking at your Nov 20 payment you have items like for "Mortar bed for tile" where you assign 95.61 sq ft of

working area and then on Nov 27's payment for the same item you assign 106.79 sq ft so I dont know how all of a sudden you either just realized you forgot something or is it simply a manipulatory tactic to adjust payment as your company sees fit. I have presented 2 bids from licensed contractors and you have chosen to ignore them. Can you call my contractor and find out what you're missing?

In the meantime these need to be updated: 1) # of recessed light fixtures in the ceiling are 5 not 1 for detach&reset and tapping, 2) there are two closet doors where the baseboard paint follows along the closet's frame and down to continue all the way into the second half potion of the bedroom, the closet doors are also painted to match the baseboard and its frame's color so the closet doors need to be taped and painted. Each closet door is bifold complete width 35 inch and height 6 ' 8". This should be added in your painting totals, detach&reset.

JPEG

**IMG_0378.jpg**
JPEG Image · 564 KB

Furthermore, each corner of my house has a corner trim like seen here

JPEG

**IMG_0379.jpg**
JPEG Image · 494 KB

I want you to notice what happens here

JPEG

**IMG_0381.jpg**
JPEG Image · 476 KB

The baseboard connects to second part of the bedroom, also up through corner trim and onto the crown molding as well. So the second half of bedroom must be included

Here is my architects plans with measurements in case you needed to include the entire bedroom's

IMG_0382.jpg
JPEG Image · 178 KB

In the entire bedroom There are 7 corner trims of 8 feet height each and that = 56 additional linear feet of baseboard painting plus the arc's frame trim of 12 feet each side so 24 feet plus 56 feet of corner trim = 80 linear feet missing in the bid for pairing

IMG_0383.jpg
JPEG Image · 454 KB

3) there are two attached-wall mirrors that need an electrician to detach & reset so please include that for them both

RenderedImage.heic
Image · 121 KB

4) you included one door clean up for the patio glass door. Shouldn't that be 4: one patio glass, two closet doors and one bedroom door entry door?

Nov 27, 2024 at 12:21

Hi Julio, I'm looking into the items you texted me about. I also attempted contacting your contractor at the phone number listed on their estimate 760-218-3189. The call goes straight to a voicemail message saying the mailbox has not been set up yet. Do you happen to have any other numbers for them?

Donnie Means
760-636-2480
Farmers Direct Property and Casualty Ins. Co.

Thank you for looking into my numbers and for calling the contractor.... He did mention that his company is taking this entire week off

Any updates on OC Restoration about shower head?

Also, and fyi, when the incident happened I had and always had my sink operational and working. Aside from waiting for the claim i had a mini project to add a vanity under my sink and this is completed today. I think you need to add also a detach & reset the sink

Okay thanks for letting me know, I'll attempt contacting him again next week if I don't hear back before then. In regard to the shower head, I spoke with Isaiah the project manager at OC Restoration this morning and he advised that he'd be checking with his technicians and getting back to me with an answer. For the sink, a detach and reset wouldn't be something we'd allow for in order to paint, it would just need to be masked and covered for the painting

Ok! And what about the items I sent you a list for yesterday

I need to speak with your contractor to see where our differences are and once I have all the necessary information, I'll address those items at the same time

No Donnie, last week you had that option but refused because you wanted another contractors bid and said that you must follow whatever your software allows you and added that there were items that you had forgotten to include like the shower curve and other items that now were reflected on the payment you sent. I've presented to you additional items that you have also missed + provided pictures for your records and per your years of experience you know that they need to be included, so why this time you're reversing your own logical

reasoning?

I apologize Julio but I do have other claims that also require my attention. If I'm able to get through all of my tasks for the day, I'll do my best to get back into your file and see what I may be able to add.

But I sent them yesterday already

Also, any updates on my request to receive your contractors bid?

I'll get the comparative bid sent over. Please note that his estimate was reviewed and I added to my estimate what I was able to support.

Nov 27, 2024 at 16:41

I got a call back from your contractor and let him know I'd be adding the continuous base trim into the bedroom, painting the trim around the closet doors, and the arch trim on the bathroom side. I won't be able to support continuous painting of the crown molding, walls, or ceiling in the bedroom as there is a clear break with the arch and the different color paint on the wall on the bedroom side of the closets. I updated my estimate and got it approved. I'll be sending you a letter with the new payment and will send a copy of the approved estimate to your contractor for him to review. I asked him to please reach out to me once he's reviewed to let me know if we can come to an agreement. He advised that he'll be back in the office on Monday. Have a Happy Thanksgiving Julio

Donnie Means
760-636-2480
Farmers Direct Property and Casualty Ins. Co.

Dec 2, 2024 at 14:32

H

Hi Donnie... did you send the estimate?

Also, any news on OC's shower head disposal?

Hi Julio, the estimate has been sent. I've not heard anything back from your contractor as of yet.

Also I heard back from Isaiah at OC Restoration who advised that everything his crew detached from the shower was stored in the corner of the room. I did notice on their photos that the shower head wasn't in place on the pre-demo photos. I followed up with Jeremy the plumber who let me know that during his second visit for the leak detection, he left it detached and placed it on a bench in the room.

Donnie Means
760-636-2480
Farmers Direct Property and Casualty Ins. Co.

Dec 4, 2024 at 14:14

Hi Donnie! I wasn't aware that my room has a bench.

I'll share something personal, I took my dog to urgent care last night to be told he has 2 weeks at max in fact the vet recommended putting him to sleep right away… I swear over to everything his life means to me, and especially today, that I have looked and it's not in the room where it was or nowhere in the house, and that I didn't see OC throwing it away but I know it disappeared after they did their work

The fact that you went and even asked Jeremy about it and you shared that he detracted it and left on a bench is jaw dropping to me because I knew I didn't detach it but I didn't remember who did which I thought you were going to turn around and say that I detached it so it's my fault and at that point I would be hard to convince you I didn't do it. But you chose to further investigate and share that to me it tells me you're not as bad of a person as I had categorized you in my own head. I appreciate and value what you've done a lot

Also, are you able to confirm when the last two remittances were mailed? Have they been mailed? I am still holding on to the other two checks so I can send the 4 checks to the bank together? I'm sorry, but I have to ask, last time I sent them a check I paid FedEx over $50

to mail it certified which is what the bank requires. I am waiting for these two other checks so I can pay another $50 something once. Is that refundable given that even for funds that should have been refunded directly to me they were still sent to my bank which triggered this additional expense in order to buy materials to fulfill this claim ?

Dec 4, 2024 at 15:46

Hi Julio, sorry for the delay in getting back to you, I'm just getting back to the office. I'm really sorry to hear about your dog and will keep him in my thoughts and prayers!

I sent a follow up text to Jeremy to see if he can be more specific in where it was left during his last visit. I'll let you know when I hear back from him.

The previous two payments are showing as mailed on 11/26 and 11/29. I'd expect them both to reach you by mid next week at the latest, if for some reason you don't get them by Tuesday or Wednesday, please let me know and I can reissue if needed.  Regarding the charge to send the checks certified through FedEx, I've not been asked that before so I'm not certain. I'll take a look into it so I can get back to you with a definite answer. If you're able to email over the receipt, I'm happy to see if I can get approval on it

Dec 5, 2024 at 22:37

Hi Donie… on my estimate I noticed for "Open and Close slab for plumbing - per LF)" you applied only 2 LF of space. If you wanted it by LF shouldn't you use the 4 linear walls measurements = over 12 LF, can you use the one quantity approach of OakWood Construction and pay their priced $2309.14

Also, I did mention this before, there are 2 mirrors that need detach&reset and both require electrician's handling since they are hard wired inside the wall (not unplug&plug)

Dec 6, 2024 at 07:50

Good morning Donnie! Dear, can you please approve the

Good morning Donnie! Dear, can you please approve the purchase of shower set? This is scheduled to be done today and here's what's going to be left like with shower set

IMG_0451.HEIC
Image · 4.3 MB

Also, OC must have disposed the shower drain lid because it's not where they left the shower accessories + glass door

Is there a way you can ask them

Last thing, I know toilet was approved for detach&reset for how tiny it is when pairing, the same exact issue happened with sink. I know you said that taping is enough but it is not.

IMG_0453.HEIC
Image · 1.7 MB

Dec 6, 2024 at 16:25

Hi Donnie! Did you get a chance to look at all my messages

Dec 9, 2024 at 14:34

Hi Donnie… did you get a chance to address my prior communication ?

Also, these are the Fedex expenses that we talked about. They were required to send all the funds you sent to me payable to me and my bank, and following bank instructions I had to assume these payments

FILE_3709.pdf

PDF

PDF Document · 77 KB

PDF

FILE_2253.pdf

PDF Document · 82 KB

PDF

FILE_8914.pdf

PDF Document · 119 KB

Dec 9, 2024 at 16:08

These 3 documents were also just emailed

Dec 9, 2024 at 17:32

I just called you and went to voicemail

Dec 10, 2024 at 09:12

Hi Donnie.... Problem with the crown molding. I had them updated around couple yrs ago and bought them at Lowes and this is what Lowes says about them now

JPEG

Image 12-10-24 at 9.13 AM.jpeg

JPEG Image · 511 KB

Then I also visited the designer / manufacturers website and found the product

JPEG

Image 12-10-24 at 9.14 AM.jpeg

JPEG Image · 303 KB

Can only add was wishlist

Does it mean that I have to choose one in similar price but in this case we'll have to redo crown molding in the entire home in order to match ?

Dec 11, 2024 at 09:06

Good morning Julio.. I'm back in the office today and will be reviewing your messages. I'll be in touch once I've completed my review. Thanks!

Donnie Means
760-636-2480
Farmers Direct Property and Casualty Ins. Co.

Dec 11, 2024 at 10:37

Thank you Donnie… I'm glad you responded I was thinking something happened to you

I was able to look into the crown molding that is similar to the one I had, but because mine which is 4.375 inch wide is no longer sold then I selected the next one up of 6.5 inch which good news can be delivered this Friday. I ended up creating a quote that will cover the rest of house crown molding in order to match. I am also providing the house's plan for measurement references. Alll the house except garage is where the crown molding would need to match

Image 12-11-24 at 11.04 AM.jpeg
JPEG Image · 261 KB

FILE_0556.pdf
PDF Document · 297 KB

Dec 11, 2024 at 17:02

Hi Donnie

Dec 12, 2024 at 11:53

Hi Donnie I didn’t hear from you again yesterday

Dec 13, 2024 at 12:34

Hi Donnie! I received the letter you created. In terms of the crown molding had contacted you because resources are exhausted

The other part…. The shower, what happened to OC follow up or whatever you were folkowing up with? I still don’t have a shower

Either way you sent Jeremy and no one in his bill says that he was supposed to remove the shower head and not place it back unless it was damaged. All I know is that after OC was here then it is gone… same thing goes with the drain, the main cover lid is no longer here…. It’s been a month since I escalated it, the shower was in place before incident, and after incident then the handling of contractors disappeared it, it’s like the shower glass door with handling of OC got it broken and you paid it, can you please do the same

Also, crown molding…. I had it upgraded a little over a year ago along with the entire homes baseboard. I specifically ensured that both crown and molding and baseboard had the same for scale adaptation, which is why they’re both at 4.275 inch. If you change my rooms crown molding then it won’t match the baseboard, and if you change my baseboard it has continuity across the door frames and all around the house so you will have to change the entire baseboard in the house and not looking the same as crown molding then that as well

Are you able to consider only the crown molding? It was a huge sacrifice for me to bring the whole house together when it comes to moulding for now ending up with different crown molding in one room ?

And the other thing I’m confused, I’ve provided two different contractors bids before and you’ve rejected them both saying it was because you could only follow your system’s recommendations. Then when I noticed

that sure you follow the system recommendation but you're not entering the measurements accurately in order to lower the appropriate payment and you went to fix that. Now that I noticed you paid 2 linear feet of slab when it should be more like 20 linear feet then you're telling me that you've supplied payments for the work but the work you're referring to is purposely under measure. Can you explain

Dec 16, 2024 at 09:04

Hi Donnie! The bank came to inspect and they're refusing to release funds because shower does not have the complete shower fixtures. Have you looked into this? Can you please approve the replacement?

Dec 17, 2024 at 01:53

Hi Donnie… recap of our conversation yesterday when I called you at 3:31pm. 1) in terms of me bringing up concerns that you are purposely manipulating measurements to provide a lesser payments regardless of what your own trusted contractors and my 2 contractors, that you've refused to let me work with at the beginning, you said that you've paid what you feel it was right and indicated that regardless no further payment will be considered. 2) on shower missing fixtures you told me to call OC to try to see if fhey want to pay for the fixture. I pointed out that it was Jeremy whom you had him come here twice as your trusted contractor and whom removed the shower head which he wasn't supposed to do and did not install it back. You came up with a statement that the shower he'd did not belong to my shower system and that it was too heavy which is why it was rusted. I indicated that the shower head was part of my shower system so it was not heavy and brought you back to your own statement about it being rusted which is a reasonable damage cause from this type of loss. You said no b/c you still think it's wear/ tear. You said you'll bring it up to your supervisor

And 3) crown molding, you tried to send me back to continue exhausting my resources and I told you that I had. I reminded you of the documents I had sent you already. You said that you already paid for 10 linear feet which is more than it was needed admitting it was your

error and insinuated no further payment will be considered and even brought up something unclear that you referenced my contractor choice as an issue. I asked you to clarify, you didn't, and explained my contractor took an entire week off for thanksgiving so I was forced to choose someone else. You said that you'll speak to your supervisor and get back to me

Please consider this

*"Discharge or Overflow of Water or Steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a domestic appliance. The loss must be sudden and accidental. With regard to your property covered under Coverage A or Coverage B, we also will pay to tear out and replace any part of a building or other structure on the residence premises but only when necessary to repair the system or appliance from which the water or steam escaped. However, such tear out and replacement coverage only applies to other structures if the water or steam causes actual damage to a building on the residence premises."*

Dec 19, 2024 at 12:04

Hi Donnie... any updates on the crown molding and matching baseboard? I brought this up 9 days ago

Dec 20, 2024 at 08:59

PaymentToContractor

Hi Donnie.... This receipt I provided before in a text and via email

Actually, let me do this first because I am spending a lot of time putting together elements of what you have said in the past + policy rules but I just thought about testing your good faith intentions and see if you could pay the $250 I paid to contractor?

Dec 20, 2024 at 12:42

Keep in mind that you were the one who asked me to get another one instead of Michael. Keep in mind that you've paid 4 different times to contractor for their inspection fee / report because you wanted second and third opinions. And keep in mind that even though I wanted to use this second contractor then you first refused his bid and when after all the delays on waiting for your next contractor's report my contractor took off the entire week of Thanksgiving as vacation so I used someone else and this person is not refunding me the $250 I paid for you to have another contractor's bid

Also Donnie I did not see the shower that you had selected in the paperwork as you mentioned, can you provide

Dec 20, 2024 at 21:35

Before I forget another thing I'd like to recap from our conversation. You told me that in terms of my two wall mirrors that are directly hot wired into the wall for which I pointed out that your self-elaborated approved bid did not have electrician labor cost to detach & reset the mirrors, you told me today to find an electrician and once I cover that expense to then present you the bill.

I have to say this is strange because you didn't tell me to find a contractor, pay the contractor myself and then email you the bill, right? Anyways, i wanted to have this on record

Dec 30, 2024 at 11:43

Hi Donnie! I'm following up on the shower fixtures that you said you found and paid for.... I can't find it. Can you share a link

Read