# EXHIBIT 14

D'Sol v. Farmers Direct Property and Casualty Insurance Company

November 12, 2026

**From:** **Michael Cantor** 2020apmi@gmail.com
**Subject:** Re: 2275 E Belding Dr, Palm Springs post remediation passed
**Date:** October 30, 2026 at 12:23
**To:** Luna D'Sol jravada@icloud.com

MC

If I wrote to "HIM" You asked me if I spoke to Mr Means! That's who we are talking about. I emailed the email on my invoice . HE Mr means must have gotten it because I got paid I emailed him November 6 , is that clear enough? Why am I being contacted almost 2 years later?
Thanks
Mike

**"Don't let hindsight be 20/20!"**

---

**"Veritas Aequitas"**

**----------------------**

**"Amat Victoria Curam"**

------

***'Praemonitus, praemunitus'***

On Fri, Oct 30, 2026 at 9:18 AM Luna D'Sol <jravada@icloud.com> wrote:

> They who?
>
> Please be clear
>
> You said they paid? Who paid you ?
>
> > On Oct 29, 2026, at 20:42, Michael Cantor <2020apmi@gmail.com> wrote:
> >
> > Yes I emailed and called 11-6-2024. I don't have my folder, I write of if I spoke to them or If I left a vm I guess they paid
> >
> > **"Don't let hindsight be 20/20!"**
> >
> > ---
> >
> > **"Veritas Aequitas"**
> >
> > **----------------------**
> >
> > **"Amat Victoria Curam"**
> >
> > ------
> >
> > ***'Praemonitus, praemunitus'***
> >
> > On Thu, Oct 29, 2026 at 6:02 PM Luna D'Sol <jravada@icloud.com> wrote:
> >
> > > Mr Cantor,
> > >
> > > Can you confirm when you sent these to Mr. Means or anyone at Farmers ?
> > >
> > > > On Nov 19, 2024, at 21:40, Michael Cantor <2020apmi@gmail.com> wrote:
> > > >
> > > > Hello all,
> > > >
> > > > Please see the attached Invoice, report and contract.
> > > > I will invoice the Insurance company.
> > > > Please reply that you received these documents.
> > > >
> > > > Thank you very much.
> > > >
> > > > Sincerely,
> > > >
> > > > Michael Cantor- Owner, Senior Inspector - 20/20 Advanced Property & Mold Inspections -
> > > >
> > > > 26741 Portola Pkwy.,1E-469, Foothill Ranch, CA 92610
> > > > 949.275.4950

**Voted one of the 40 most influential CREIA inspectors of the last 40 years!**
**B.S. Engineering, Polytechnic University, New York**
CREIA/ASHI President, Orange County Chapter - 2015- 2016
CREIA/ASHI Past President, Orange County Chapter - 2011-2012
CREIA Inspector education provider
.Master CREIA Inspector - #0086
.ASHI Certified Inspector - #249392
.CRMI (Certified Residential Mold Inspector): IESO (Indoor Environmental Standards Organization)-#43288
.IAQC (American Indoor Air Quality Council)-#13288
.Certified Radon Measurement Provider,CDH (California Department of Health Services) #102017RT
.NRSB .(National Radon Safety Board) 7SS001

--

**"Don't let hindsight be 20/20!"**

---

**"Veritas Aequitas"**

----------------------

**"Amat Victoria Curam"**

------

***'Praemonitus, praemunitus'***

<Project-3843532_Ravada-2275 East Belding Dr.pdf><241106 - 2275 E Belding - POST mold report.pdf><2275 E Belding Dr post mold testing contract - Copy.tif><2275 E Belding Dr INVOICE for Insurance.tif>


## Luna D'Sol

(213) 925-4069
jravada@icloud.com


This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

<IMG_9080.png><IMG_9081.png>


## Luna D'Sol

(213) 925-4069
jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.