# EXHIBIT 15

D'Sol v. Farmers Direct Property and Casualty Insurance Company

November 12, 2026

**From:** **Michael Cantor** 2020apmi@gmail.com
**Subject:** Fwd: INVOICE Claim # 70008177137-1
**Date:** October 30, 2026 at 12:38
**To:** Luna D'Sol JRavada@icloud.com

MC

Looks like I sent this November 19. I created the invoice November 6.

**"Don't let hindsight be 20/20!"**

---

**"Veritas Aequitas"**

**----------------------**

**"Amat Victoria Curam"**

------

***'Praemonitus, praemunitus'***

---------- Forwarded message ---------
From: **Michael Cantor** <2020apmi@gmail.com>
Date: Tue, Nov 19, 2024 at 9:45 PM
Subject: INVOICE Claim # 70008177137-1
To: <Myclaim@farmersinsurance.com>

C/O adjuster Donald Means

Hello Donald,

Please see the attached Invoice, report and contract.

The remediation of the containment in question Passed.

Please reply that you received these documents and let me know the status of payment please.

Thank you very much.

Sincerely,

Michael Cantor- Owner, Senior Inspector - 20/20 Advanced Property & Mold Inspections -

26741 Portola Pkwy.,1E-469, Foothill Ranch, CA 92610
949.275.4950

**Voted one of the 40 most influential CREIA inspectors of the last 40 years!**
**B.S. Engineering, Polytechnic University, New York**
CREIA/ASHI President, Orange County Chapter - 2015- 2016
CREIA/ASHI Past President, Orange County Chapter - 2011-2012
CREIA Inspector education provider
.Master CREIA Inspector - #0086
.ASHI Certified Inspector - #249392
.CRMI (Certified Residential Mold Inspector): IESO (Indoor Environmental Standards Organization)-#43288
.IAQC (American Indoor Air Quality Council)-#13288
.Certified Radon Measurement Provider,CDH (California Department of Health Services) #102017RT
.NRSB .(National Radon Safety Board) 7SS001

**"Don't let hindsight be 20/20!"**

---

**"Veritas Aequitas"**

**----------------------**

**"Amat Victoria Curam"**

------

***'Praemonitus, praemunitus'***

2275 E Belding Dr post mold testing contract.tif

# 20/20 Advanced Property & Mold Inspections

26741 Portola Pkwy., 1E-469, Foothill Ranch, Ca 92610
Phone: (949) 275-4950
E-Mail: 2020APMI@Gmail.com

## ~~RECEIPT~~ / INVOICE

**INSURANCE CLAIM #** 7000817137-1

**Invoice Date:** 11-6 - 2024 **Phone:** **Fax:**

**Date Services performed:** 11-6-2024

Adjuster Donald Means
myclaim@Farmers insurance.com
760-636-2480

**OWE / Paid Total Fee:** #1795

**Description of Services:**

__ Home inspection:
X Mold inspection:
X Mold testing:
__ Radon testing:
__ Asbestos Testing:

**Inspection Property:** 2275 E. Belding Dr, Palm Springs, Ca, 92262

**Client / Contact:** Julio Ravada

====================================

**INSURANCE CLAIM #** 7000817137-1

I, Julio Ravada (Insured) authorize [ Farmer's Insurance (Insurance co.)

to pay the total fee to the company Advanced Property & Mold Inspections, directly for services rendered and listed herein.

X ____________________
Client / Insured or representative signature

====================================

Thank You,

Michael Cantor- Owner, Senior Inspector 949-275-4950

26741 Portola Pkwy., 1E-469, Foothill Ranch, Ca 92610

**241106 - 2275 E Belding - POST mold report.pdf**

**Project-3843532_Ravada-2275 East Belding Dr.pdf**
954 KB