# EXHIBIT 16

D'Sol v. Farmers Direct Property and Casualty Insurance Company

November 12, 2026

**From:** **Michelle Bernard** mbernard@grsm.com
**Subject:** RE: Court Order
**Date:** October 26, 2026 at 14:08
**To:** Luna D'Sol jravada@icloud.com
**Cc:** Kelly Canby kcanby@grsm.com

MB

Ms. D'Sol: We would not submit a "joint status report" if the content was not first reviewed and approved by the submitting parties. If the parties cannot agree upon the "joint" content for the status report, then both sides can submit their own "non-joint" positional statement.

You can take the lead on preparing the joint report and we will add our own sections as appropriate.

As noted, it's not due until December 1, 2026.

MRB

---

**MICHELLE R. BERNARD**
Partner

GRSM 50

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 619.230.7769
**E:** mbernard@grsm.com I grsm.com
633 W. 5th Street, 52nd Floor, Los Angeles, CA 90071
101 W. Broadway, Suite 2000, San Diego, CA 92101

---

**From:** Luna D'Sol <jravada@icloud.com>
**Sent:** Monday, October 26, 2026 1:48 PM
**To:** Michelle Bernard <mbernard@grsm.com>
**Cc:** Kelly Canby <kcanby@grsm.com>
**Subject:** Court Order

Ms. Bernard,

Regarding the joint status report ordered by Judge Wilson, please be advised that **under no circumstances are you authorized to submit a joint report, declaration, or other document purporting to represent my position without first obtaining my input and express approval of its contents.**

You do not have my permission, consent, or authorization to sign, approve, or submit any document on my behalf or to represent that I have agreed to its contents without my prior written approval.

Any proposed joint filing must be provided to me for review, and my position must be accurately reflected before it is submitted to the Court.

If we cannot agree on the contents, you must clearly identify the disputed matters and may not characterize the filing as jointly approved.

Respectfully,

Luna D’Sol

📱 (213) 925-4069

📧 jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
www.grsm.com