# EXHIBIT 17

D'Sol v. Farmers Direct Property and Casualty Insurance Company

November 12, 2026

**From:** **Michelle Bernard** mbernard@grsm.com
**Subject:** RE: STATE COURT FILINGS
**Date:** October 22, 2026 at 10:39
**To:** Justin Mentzar justinmentzar@gmail.com, Luna D'Sol jravada@icloud.com
**Cc:** Kelly Canby kcanby@grsm.com

MB

Mr. Mentzar/Ms. D'Sol: Ms. D'Sol advised on 7/20/2026 that she did not consent to service via email in the state court action. As such, the parties do not have an agreement in place for service via email in this matter so you will need to properly serve our office with copies of the subject pleadings in compliance with the Code of Civil Procedure.

MRB

---

**MICHELLE R. BERNARD**
Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 619.230.7769
**E:** mbernard@grsm.com | grsm.com
633 W. 5th Street, 52nd Floor, Los Angeles, CA 90071
101 W. Broadway, Suite 2000, San Diego, CA 92101

---

**From:** Justin Mentzar <justinmentzar@gmail.com>
**Sent:** Thursday, October 22, 2026 10:06 AM
**To:** Michelle Bernard <mbernard@grsm.com>; Kelly Canby <kcanby@grsm.com>
**Subject:** STATE COURT FILINGS

You don't often get email from justinmentzar@gmail.com. Learn why this is important

Mr. Mentzar: Please provide us with a proper proof of service for these pleadings along with a proposed stipulation regarding the parties' agreement to accept service via email.

As Ms. D'Sol will recall, at the outset of the state court litigation, she objected to service via email so this issue needs to be resolved

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
www.grsm.com