# EXHIBIT 19

D'Sol v. Farmers Direct Property and Casualty Insurance Company

November 12, 2026

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY | FOR COURT USE ONLY |
|---|---|
| STATE BAR NUMBER: <br> NAME: Michelle R. Bernard (SBN: 144582); Kelly F. Canby (SBN: 185227) <br> FIRM NAME: GORDON REES SCULLY MANSUKHANI, LLP <br> STREET ADDRESS: 101 W. Broadway Suite 2000 <br> CITY: San Diego STATE: CA ZIP CODE: 92101 <br> TELEPHONE NO.: (619) 696-6700 FAX NO.: (619) 696-7124 <br> EMAIL ADDRESS: mbernard@grsm.com; kcanby@grsm.com <br> ATTORNEY FOR *(name)*: Defendant Farmers Insurance Exchange | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES** <br> STREET ADDRESS: 6230 Sylmar Avenue <br> MAILING ADDRESS: 6230 Sylmar Avenue <br> CITY AND ZIP CODE: Van Nuys, CA 91401 <br> BRANCH NAME: VAN NUYS COURTHOUSE EAST | |
| PLAINTIFF/PETITIONER: Luna D'Sol <br> DEFENDANT/RESPONDENT: Farmers Insurance Exchange, et al. | |
| **CASE MANAGEMENT STATEMENT** <br> ***(Check one):*** ☒ **UNLIMITED CASE** (Amount demanded exceeds $35,000) ☐ **LIMITED CASE** (Amount demanded is $35,000 or less) | CASE NUMBER: <br> 26VECV03273 |

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date: November 4, 2026 Time: 8:30 a.m. Dept.: 1 Div.: Room:

Address of court *(if different from the address above)*:

☒ **Notice of Intent to Appear by Telephone, by *(name)*:** Michelle R. Bernard or Kelly F. Canby

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one)*:
   a. ☒ This statement is submitted by party *(name)*: Defendant Farmers Insurance Exchange
   b. ☐ This statement is submitted **jointly** by parties *(names)*:
2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date)*: 6/4/2026
   b. ☐ The cross-complaint, if any, was filed on *(date)*:
3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐ All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. ☐ The following parties named in the complaint or cross-complaint
      (1) ☐ have not been served *(specify names and explain why not)*:
      (2) ☐ have been served but have not appeared and have not been dismissed *(specify names)*:
      (3) ☐ have had a default entered against them *(specify names)*:
   c. ☐ The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served)*:
4. **Description of case**
   a. Type of case in ☒ complaint ☐ cross-complaint *(Describe, including causes of action)*:
   Plaintiff's First Amended Complaint alleges Breach of Contract, Breach of Implied Covenant of Good Faith and Fair Dealing (Bad Faith), Fraud, Decl. Relief and/or purported Unruh Act violations alleged sex and/or disability discrimination related to Defendant's handling of theft and/or vandalism claim under homeowner's policy.

CM-110

| PLAINTIFF/PETITIONER: Luna D'Sol<br>DEFENDANT/RESPONDENT: Farmers Insurance Exchange, et al | CASE NUMBER:<br>26VECV03273 |
|---|---|

4. b. Provide a brief statement of the case, including any damages *(if personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings; if equitable relief is sought, describe the nature of the relief):*
Plaintiff seeks unspecified amounts of damages, including to "compensate Plaintiff for severe emotional distress," statutory damages per Civ. Code Sect. 52(a), special damages, punitive damages, injunctive relief, declaratory relief, attorney's fees and/or other relief related to Defendant's handling and/or denial of insurance. Defendant denies coverage exists for Plaintiff's claim per the terms, conditions and exclusions of the Policy. Defendant disputes Plaintiff's allegations, disputes her claims and denies that Plaintiff is entitled to any relief at all.
☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5. **Jury or nonjury trial**
The party or parties request ☒ a jury trial ☒ a nonjury trial. *(If more than one party, provide the name of each party requesting a jury trial):*
Defendant Farmers Insurance Exchange demands a trial by jury (jury trial demand and jury fees posted herewith)

6. **Trial date**
a. ☐ The trial has been set for *(date):*
b. ☒ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*
c. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*
Trials: 8/10/26, 10/5/26, 10/13/26, 10/20/26, 11/13/26, 2/25/27, 3/9/27, 4/5/27, 4/26/27, 5/3/27, 5/4/27, 5/17/27, 6/21/27, 6/28/27, 7/6/27, 7/19/27, 7/27/27, 8/9/27, 8/16/27, 8/30/27, 10/28/27, 11/22/27, 1/31/28, 2/22/28, 3/8/2028, 3/13/28, 3/20/28, 1/29/29; pre-paid vacation dates of:11/25/26- 11/30/26; 12/23/26 - 1/4/27.

7. **Estimated length of trial**
The party or parties estimate that the trial will take *(check one)*
a. ☒ days *(specify number):* 4-5 days
b. ☐ hours (short causes) *(specify):*

8. **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial ☐ by the attorney or party listed in the caption ☒ by the following:
a. Attorney: Michelle R. Bernard, Esq.
b. Firm: Gordon Rees Scully Mansukhani LLP
c. Address: 101 W. Broadway Suite 2000
d. Telephone number: (619) 696-6700
e. Email address: mbernard@grsm.com
f. Fax number: (619) 696-7124
g. Party represented: Farmers Insurance Exchange
☐ Additional representation is described in Attachment 8.

9. **Preference**
☐ This case is entitled to preference *(specify code section):*

10. **Alternative dispute resolution (ADR)**
a. **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 of the California Rules of Court for information about the processes available through the court and community programs in this case.
(1) For parties represented by counsel: Counsel ☒ has ☐ has not provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.
(2) For self-represented parties: Party ☐ has ☐ has not reviewed the ADR information package identified in rule 3.221.
b. **Referral to judicial arbitration or civil action mediation** (if available).
(1) ☐ This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.
(2) ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
(3) ☒ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1 775 et seq. *(specify exemption):*

**CM-110**

| PLAINTIFF/PETITIONER: Luna D'Sol<br>DEFENDANT/RESPONDENT: Farmers Insurance Exchange, et al | CASE NUMBER:<br>26VECV03273 |
|---|---|

10. c. In the table below, indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information):*

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply):* | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation):* |
|---|---|---|
| (1) Mediation | ☐ | ☐ Mediation session not yet scheduled<br>☐ Mediation session scheduled for *(date):*<br>☐ Agreed to complete mediation by *(date):*<br>☐ Mediation completed on *(date):* |
| (2) Settlement conference | ☐ | ☐ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for*(date):*<br>☐ Agreed to complete settlement conference by *(date):*<br>☐ Settlement conference completed on *(date):* |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for *(date):*<br>☐ Agreed to complete neutral evaluation by *(date):*<br>☐ Neutral evaluation completed on *(date):* |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for *(date):*<br>☐ Agreed to complete judicial arbitration by *(date):*<br>☐ Judicial arbitration completed on *(date):* |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for *(date):*<br>☐ Agreed to complete private arbitration by *(date):*<br>☐ Private arbitration completed on *(date):* |
| (6) Other *(specify):* | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for *(date):*<br>☐ Agreed to complete ADR session by *(date):*<br>☐ ADR completed on *(date):* |

CM-110

| PLAINTIFF/PETITIONER: Luna D'Sol<br>DEFENDANT/RESPONDENT: Farmers Insurance Exchange, et al | CASE NUMBER:<br>26VECV03273 |
|---|---|

11. **Insurance**

a. ☐ Insurance carrier, if any, for party filing this statement *(name):*

b. Reservation of rights: ☐ Yes ☐ No

c. ☒ Coverage issues will significantly affect resolution of this case *(explain):*
Defendant issued homeowners Policy No. 77816-54-76 to Plaintiff "Julio Ravada" now known as "Luna D'Sol" which is the subject of this first-party property damage insurance coverage dispute pertaining to Defendant's denial of Plaintiff's claim related to alleged acts of theft and/or vandalism allegedly occuringaround June 2025.

12. **Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.

☐ Bankruptcy ☐ Other *(specify):*

Status:

13. **Related cases, consolidation, and coordination**

a. ☐ There are companion, underlying, or related cases.

(1) Name of case:

(2) Name of court:

(3) Case number:

(4) Status:

☐ Additional cases are described in Attachment 13a.

b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party):*

14. **Bifurcation**

☒ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*
Defendant will request bifurcation pursuant to Civil Code section 3295(d) regarding Plaintiffs' demand for punitive damages.

15. **Other motions**

☒ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*
Defendant Farmers Insurance Exchange anticipates filing another demurrer and/or motion to strike Plaintiff's alleged claims in the First Amended Complaint and to later file a Motion for Summary Judgment as to all surviving claims and/or a Motion for Summary Adjudication as to Plaintiffs' Bad Faith claim based upon the "genuine dispute" doctrine and/or on the claim for alleged punitive damages.

16. **Discovery**

a. ☐ The party or parties have completed all discovery.

b. ☒ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|
| Farmers Insurance Exchange | Written Discovery | August 2027 |
| Farmers Insurance Exchange | Depositions of Plaintiff and Third Party Fact Witnesses | October 2027 |
| Farmers Insurance Exchange | Expert Discovery | Dec. 2027 |

c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):*

CM-110

| PLAINTIFF/PETITIONER: Luna D'Sol<br>DEFENDANT/RESPONDENT: Farmers Insurance Exchange, et al | CASE NUMBER:<br>26VECV03273 |
|---|---|

17. **Economic litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $35,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

18. **Other issues**

☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

19. **Meet and confer**

a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*
Defense counsel has been in frequent email communication with Plaintiff and understands that Plaintiff intends to potentially file an ex parte application and/or seek some form of stay in this and/or other pending cases which Defendant contends is not warranted.

b. ☐ After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

20. Total number of pages attached *(if any):* ____________

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: October 20, 2026

Kelly F. Canby
(TYPE OR PRINT NAME)

▶ Kelly F Canby
(SIGNATURE OF PARTY OR ATTORNEY)

(TYPE OR PRINT NAME)

▶
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.