MB

**From:** **Maria Baitan** mariabaitan@laent.com
**Subject:** Re: SURGERY APPOINTMENT- CANCELLED
**Date:** October 30, 2026 at 11:14
**To:** Luna D'Sol jravada@icloud.com
**Cc:** Carolina Montes carolinamontes@laent.com

---

Good morning Luna,

We completely understand. When is your lab appointment scheduled for?

At the moment, we do not have any earlier openings, but we will let you know if we receive any cancellations.

Best regards,
Maria Baitan

On Fri, Oct 30, 2026 at 9:52 AM Luna D'Sol <jravada@icloud.com> wrote:

> Hi
>
> I am very sorry, I had to make sure that I ha the funds to go to the doctor for labs as well as the time off. Now I have obtained both. I have an appointment at my doctors for the labs that you need for clearance. Based on that can you please schedule me the 3 days for pre op, op, and post op
>
> The soonest is great. I am open, except nov 12 I have a court appearance
>
>> On Oct 21, 2026, at 15:10, Maria Baitan <mariabaitan@laent.com> wrote:
>>
>> Good afternoon Luna,
>>
>> This is to notify you that your surgery appointment has been cancelled. We will contact you as soon as we have availability to reschedule.
>>
>> If you have any questions, please call us at 323-306-9632, extension 6364.
>>
>> Best regards,
>> --
>> **Maria Baitan**
>> **Surgery Scheduling VA**
>> **Los Angeles Center for Ear, Nose, Throat, and Allergy**
>>
>> **mobile: 323 306-9632 ext 6364**
>> **https://www.laent.com/**
>>
>> *This message contains privileged and confidential information intended only for the use of the addressee named above. If you are not the intended recipient of this message, you must not disseminate, copy, or take any action in reliance on it.*
>>
>> *This message contains privileged and confidential information intended only for the use of the addressee named above. If you are not the intended recipient of this message, you must not disseminate, copy, or take any action in reliance on it.*
>
> **Luna D'Sol**
>
> 📱 (213) 925-4069
> 📧 jravada@icloud.com
>
> This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

--
**Maria Baitan**
**Surgery Scheduling VA**
**Los Angeles Center for Ear, Nose, Throat, and Allergy**

**mobile: 323 306-9632 ext 6364**
https://www.laent.com/

*This message contains privileged and confidential information intended only for the use of the addressee named above. If you are not the intended recipient of this message, you must not disseminate, copy, or take any action in reliance on it.*

*This message contains privileged and confidential information intended only for the use of the addressee named above. If you are not the intended recipient of this message, you must not disseminate, copy, or take any action in reliance on it.*