# EXHIBIT 21

D'Sol v. Farmers Direct Property and Casualty Insurance Company

November 12, 2026

DWA DESERT WATER AGENCY

**Office:** 1200 S Gene Autry Trl, Palm Springs, CA 92264
**Hours:** Weekdays: 8am – 5pm
**Inquiries:** 760-323-4971
**Website:** www.dwa.org

**Mailing:** Desert Water Agency, P.O. Box 1710, Palm Springs, CA 92263-1710

# FINAL NOTICE

Please keep this portion for your records

| CUSTOMER NAME | CUSTOMER # | PARCEL ID | SERVICE ADDRESS |
|---|---|---|---|
| JULIO RAVADA | 916941 | 502042005 | 2275 E BELDING DR |

| DUE DATE | SHUT-OFF DATE | ACCOUNT # | ACCOUNT TYPE | NOTICE DATE | PAST DUE | TOTAL DUE |
|---|---|---|---|---|---|---|
| 11/09/2026 | 11/10/2026 | 44134494 | RESIDENTIAL SINGLE... | 10/27/2026 | $264.54 | **$562.06** |

## NOTICE OF WATER DISCONNECTION

To avoid disconnection of water service, Desert Water Agency must receive payment for 'Past Due Amount' before 5 p.m. on the business day prior to the Shut Off Date listed above.
If you require payment arrangements, please call Field Services at (760) 323-4971 ext. 129 at least two (2) business days before the shut-off date above. Payment arrangements cannot be made once the service has been disconnected.
If you have any questions regarding this notice or would like to make a payment arrangement, please contact Field Services at (760) 323-4971 ext. 129.

**Ways to pay**

Telephone: (833) 742-4416
Online: www.dwa.org/billpay
In Person: 1200 Gene Autry Trail South, Palm Springs

**For information regarding financial assistance**

Online: www.dwa.org/h2o
Telephone: Call Field Services at (760)323-4971 ext. 129 or
Call United Way of the Desert at (760)323-2731 ext. 100
In Person: 1200 Gene Autry Trail South, Palm Springs

**Notice to Tenants**

Please be advised that if you are an authorized tenant of the account holder, you have the right to become an Agency customer and prevent termination of service. If you become a customer, you will be responsible for paying future charges, but you will not be required to pay the owner's delinquent amount. To become a customer, you must comply with all terms and conditions of service, which may include proof of tenancy, paying a deposit, and responsibility for other Agency services at the address. If you wish to establish an account, please contact us at (760) 323-4971.

**Billing Disputes**

If you would like to dispute the amount charged, you may submit a formal appeal in writing online at www.dwa.org/disputes or by obtaining a form from the Executive Secretary to the Board by visiting the Agency's Operation Building located at 1200 Gene Autry Trail South, Palm Springs. This form must be submitted at least two (2) business days before the shut off date on the bill.

DETACH AND RETURN THE PORTION BELOW WITH YOUR PAYMENT

DWA DESERT WATER AGENCY

**Office:** 1200 S Gene Autry Trl, Palm Springs, CA 92264
**Hours:** Weekdays: 8am – 5pm
**Inquiries:** 760-323-4971
**Website:** www.dwa.org

**Mailing:** Desert Water Agency, P.O. Box 1710, Palm Springs, CA 92263-1710

FINAL NOTICE

| SERVICE ADDRESS | CUSTOMER # | ACCOUNT # | DUE DATE | AMOUNT DUE |
|---|---|---|---|---|
| 2275 E BELDING DR | 916941 | 44134494 | 11/09/2026 | **$562.06** |

MAKE CHECKS PAYABLE AND REMIT TO:
Desert Water Agency
PO Box 1710
Palm Springs, CA 92263

JULIO RAVADA
2275 E BELDING DR
PALM SPRINGS, CA 92262

00006042027100527874200000264549

**From:** **Final Notice** FinalNotice@dwa.org
**Subject:** Important Notice re: 2275 E BELDING DR
**Date:** November 9, 2026 at 16:52
**To:** jravada@icloud.com

FN

Hello,

Your service for your water account is scheduled for disconnection on **November 10, 2026**, due to an outstanding balance. Please submit these payments before this date to avoid interruption.

If you have questions or need assistance, contact me using the information below.

Thank you,

DWA DESERT WATER AGENCY
Safe Water. Trusted Service. Lasting Impact.

**Giovanna Amavizca**
*Field Services - Administrative Assistant*
(760) 323-4971 ext. 129
1200 S. Gene Autry Trail, Palm Springs, CA 92264
**www.dwa.org**