LUNA D'SOL
Plaintiff, In Pro Per
jravada@icloud.com
2275 E Belding Dr
Palm Springs, CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LUNA D'SOL,

Plaintiff,

vs.

FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,

Defendants.

CASE NO. : *2:25-cv-10938-SVW-ASx*

*[Assigned for All Purposed to the Honorable Stephen V. Wilson, Department 10A]*

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO FILE MOTION TO SUPPLEMENT PLAINTIFF'S OPPOSITION TO DEFENDANT'S MSJ BASED ON NEW EVIDENCE, REOPENING OF DISCOVERY, AND SANCTIONS AGAINST DEFENDANTS AND THEIR COUNSEL**

Complaint Filed: August 21, 2025

**TO THIS HONORABLE COURT AND ALL PARTIES TO THE ABOVE-CAPTIONED ACTION:** Plaintiff LUNA D'SOL (hereinafter, "Plaintiff" or as named) hereby withdrawal her ex parte application for leave to file motion to supplement plaintiff's opposition to defendant's Motion for Summary Judgment based on new evidence, reopening of discovery, and sanctions against defendants and their counsel, ECF Doc. 193, pursuant to *Local Rule 7-16, if in C.D. Cal*.

Plaintiff withdraws this application without prejudice to her right to pursue the underlying facts and claims in a separate, independent action, as those matters arise from distinct transactions and occurrences separate from the claims currently before this Court.

DATED NOVEMBER 16, 2026

/s/ Luna D'Sol

Luna D'Sol. Plaintiff in Pro Per