LUNA D'SOL
Plaintiff, In Pro Per
jravada@icloud.com
2275 E Belding Dr
Palm Springs, CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LUNA D'SOL,

Plaintiff,

vs.

FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,

Defendants.

CASE NO. : *2:25-cv-10938-SVW-ASx*

*[Assigned for All Purposed to the Honorable Stephen V. Wilson, Department 10A]*

**CERTIFICATE OF SERVICE**

Complaint Filed: August 21, 2025

**CERTIFICATE OF SERVICE**

I, Justin Mentzar, am over the age of 18 years old, I am not a party to this lawsuit, and I reside in Palm Springs CA 92262. I hereby certify that I caused the foregoing Notice of Withdrawal of Plaintiff's ex parte application for leave to file motion to supplement plaintiff's opposition to defendant's Motion for Summary Judgment based on new evidence, reopening of discovery, and sanctions against defendants and their counsel, ECF Doc. 193, to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users. I also hereby certify that I caused the foregoing Notice of Withdrawal Plaintiff's ex parte application for leave to file motion to supplement plaintiff's opposition to defendant's Motion for Summary Judgment based on new evidence, reopening of discovery, and sanctions against defendants and their counsel. ECF Doc. 193, to be sent to electronically via direct email communication, according to the party's applicable written consent, to:

- Michelle Bernard mbernard@grsm.com
- Kelly Canby kcanby@grsm.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palm Springs CA 92262

This 16th of November, 2026

Jusin Mentzar

Declarant