# EXHIBIT004

D'Sol v. Farmers Direct Property and Casualty Insurance Company

November 12, 2026

**From:** **Michelle Bernard** mbernard@grsm.com
**Subject:** RE: D'Sol v. Farmers Direct Property & Casualty Insurance Company (SAE No. 25-1418) / GRSM No. FSAE 1416221 - Plaintiff's Stay Request Due to [Alleged] Medical Necessity
**Date:** October 22, 2026 at 09:08
**To:** Luna D'Sol jravada@icloud.com
**Cc:** Kelly Canby kcanby@grsm.com

MB

[redacted].

Instead, below is the latest crazy update from D'Sol received yesterday afternoon – she wants to stay all of her cases because she is having psychotic episodes that may require hospitalization per the note from the doctor's office. Again . . . you cannot make this stuff up.

[redacted]

[redacted]

[redacted]

[redacted]

MRB

---

**MICHELLE R. BERNARD**
Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 619.230.7769
**E:** mbernard@grsm.com I grsm.com
633 W. 5th Street, 52nd Floor, Los Angeles, CA 90071
101 W. Broadway, Suite 2000, San Diego, CA 92101

---

**From:** Luna D'Sol <jravada@icloud.com>
**Sent:** Wednesday, October 21, 2026 3:45 PM
**To:** Michelle Bernard <mbernard@grsm.com>; Kelly Canby <kcanby@grsm.com>
**Subject:** Ex Parte Meet and Confer

Dear Ms. Bernard and Ms. Canby:

I write to formally meet and confer regarding Plaintiff's anticipated ex parte application for a temporary stay of proceedings in *ALL CASES*, based on documented medical necessity.

On October 20, 2026, Plaintiff's treating medical provider, Emily Luu Davari, PA-C, issued a written statement confirming that Plaintiff is experiencing an acute exacerbation of psychiatric symptoms resulting in significant functional impairment and requiring urgent psychiatric evaluation for a higher level of care, including possible inpatient hospitalization.

The medical provider expressly recommends that Plaintiff be excused from court appearances, appointments, and associated deadlines effective October 20, 2026, pending further evaluation and stabilization.

Additionally, Plaintiff has received correspondence from the Los Angeles Center for Ear, Nose, Throat, and Allergy concerning the rescheduling of her previously scheduled surgery.

These circumstances materially affect Plaintiff's present ability to participate meaningfully in litigation, prepare and respond to filings, comply with procedural deadlines, and protect her interests while appearing in propria persona.

Accordingly, Plaintiff requests that Defendants stipulate to a temporary stay of proceedings, including applicable litigation deadlines, pending further medical evaluation and stabilization.

At present, Plaintiff cannot reasonably determine the duration of the necessary medical treatment or whether inpatient hospitalization will be required. Plaintiff anticipates undergoing further medical assessment and treatment and hopes to retain legal representation once her condition permits.

Plaintiff therefore requests that the parties agree to a temporary stay subject to further order of the Court, with a status conference or other appropriate mechanism for reassessing Plaintiff's medical circumstances and readiness to proceed.

This request is made in good faith, supported by contemporaneous medical documentation, and is not intended to cause unnecessary delay or prejudice to Defendants.

Given the medical urgency, please confirm whether Farmers Insurance Exchange will stipulate to the requested relief.

If Defendants oppose the request, please identify the grounds for their opposition and indicate whether they would agree to a shorter stay or a temporary continuance of pending deadlines.

Plaintiff intends to accurately report Defendants' position and the parties' meet-and-confer efforts in her anticipated ex parte application.

Respectfully

**Luna D'Sol**

📱 (213) 925-4069

📧 jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
www.grsm.com

**From:** **Maria Baitan** mariabaitan@laent.com
**Subject:** URGENT- SURGERY APPOINTMENT
**Date:** October 21, 2026 at 10:41
**To:** jravada@icloud.com
**Cc:** Carolina Montes carolinamontes@laent.com

MB