# Exhibit005

D'Sol v. Farmers Direct Property and Casualty Insurance Company

November 20, 2026

1249545653 1014-2

City of Palm Springs
C/O Citation Processing Center
P.O. Box 7275
Newport Beach, CA 92658-7275

Scan Code
to Pay Now!

ZZ20806A *** 7000003002 00.0011.0057 3002/1
SCF 923

RAVADA, JULIO
2275 E BELDING DR
PALM SPRINGS CA 92262-6515

# OFFICIAL NOTICE OF DELINQUENT ADMINISTRATIVE CITATION(S)

**NOTICE DATE:** 08/07/2026

**AMOUNT DUE:** $100.00

**IMPORTANT**

1. Send check or money order. **NO CASH.** US funds only.
2. Print citation number on your payment.
3. To ensure proper credit, return the bottom portion of this notice with your payment.

THIS IS YOUR SECOND AND FINAL NOTICE

IMMEDIATE PAYMENT IS REQUIRED TO PREVENT FURTHER ACTION SUCH AS NOTIFICATION TO:

1) Special assessment and/or property lien
2) Other legal action

Pay this immediately to avoid further action. If you have questions about these citation(s), go to www.CitationProcessingCenter.com. For further assistance call (800) 969-6158.

If you are the recipient of this notice and you have already made a payment it is possible your payment was received late and you owe a penalty. Please contact the Citation Processing Center at 1-800-969-6158 or via the web at www.CitationProcessingCenter.com for more information.

| Citation # | Date & Time Issued | Description of Violation | Location | Amount |
|---|---|---|---|---|
| B9963 | 06/02/2026 11:33 AM | 11.72.170(B)2, PROPERTY MAINTANCE-PEELING PAINT | 2275 E BELDING DR | $100.00 |
| B9963 | 06/02/2026 11:33 AM | 11.72.170(4), PROPERTY MAINTENANCE REQ | 2275 E BELDING DR | $0.00 |

*(If paid, return copy (Front & Back) of canceled check, money order, or receipt)*
Please return this portion with your payment -- Use the enclosed envelope (1014-5)

| Notice Date | Notice Number | | TOTAL FINE AMOUNTS |
|---|---|---|---|
| 08/07/2026 | TW1249545653 | TOTAL DUE NOW | $100.00 |

RAVADA, JULIO
2275 E BELDING DR
PALM SPRINGS CA 92262-6515

1014-2

**A convenience fee may be applied**

☐ Visa ☐ Master Card ☐ Discover ☐ American Express

**Number**____________________ **Exp.** ______ **Zip Code:** ______

**Signature** ____________________ **Phone** ________________

**DO NOT SEND CASH. WRITE CITATION # ON PMT**
MAKE CHECK OR MONEY ORDER PAYABLE TO:

City of Palm Springs
C/O Citation Processing Center
P.O. Box 7275
Newport Beach, CA 92658-7275

| | | | |
|---|---|---|---|
| 06/02/26 | B9963 | $100.00 | 11.72.170(B)2 |
| 06/02/26 | B9963 | $0.00 | 11.72.170(4) |

1249258558 1014-1

**City of Palm Springs**
C/O Citation Processing Center
P.O. Box 7275
Newport Beach, CA 92658-7275

Scan Code
to Pay Now!

ZZ20714A *** 7000002223 00.0008.0116 2223/1
SCF 923

RAVADA, JULIO
2275 E BELDING DR
PALM SPRINGS CA 92262-6515

# OFFICIAL NOTICE OF DELINQUENT ADMINISTRATIVE CITATION(S)

**NOTICE DATE:** 07/15/2026

**AMOUNT DUE:** $250.00

**IMPORTANT**

1. Send check or money order. **NO CASH**. US funds only.
2. Print citation number on your payment.
3. To ensure proper credit, return the bottom portion of this notice with your payment.

Our records indicate that you have previously failed to pay the fine assessed by The Agency within the time specified on the citation. Your immediate response to this request for payment will also prevent further action such as, but not limited to:

1) Assessment of late fees equal to a minimum of 100% of the penalty owed
2) Special assessment and/or property lien
3) Other legal action

Payment of citation does NOT constitute correction. You must pay this fine and if you have been cited for a correctable ordinance, correction must be made through The Agency. If you need further clarification about payment of the citation, go to: www.CitationProcessingCenter.com or call (800) 969-6158.

If you are the recipient of this notice and you have already made a payment it is possible your payment was received late and you owe a penalty. Please contact the Citation Processing Center at 1-800-969-6158 or via the web at www.CitationProcessingCenter.com for more information.

| Citation # | Date & Time Issued | Description of Violation | Location | Amount |
|---|---|---|---|---|
| B9964 | 06/12/2026 09:15 AM | 11.72.170(B)2, PROPERTY MAINTANCE-PEELING PAINT | 2275 E BELDING DR | $250.00 |

*(If paid, return copy (Front & Back) of canceled check, money order, or receipt)*
Please return this portion with your payment -- Use the enclosed envelope (1014-2)

| Notice Date | Notice Number | | TOTAL FINE AMOUNTS |
|---|---|---|---|
| 07/15/2026 | TW1249258558 | TOTAL DUE NOW | $250.00 |

RAVADA, JULIO
2275 E BELDING DR
PALM SPRINGS CA 92262-6515

1014-1

**A convenience fee may be applied**

**DO NOT SEND CASH. WRITE CITATION # ON PMT**
MAKE CHECK OR MONEY ORDER PAYABLE TO:

☐ Visa ☐ Master Card ☐ Discover ☐ American Express

**Number**________________ **Exp.** ______ **Zip Code:** ______

**Signature** ________________ **Phone** ____________

City of Palm Springs
C/O Citation Processing Center
P.O. Box 7275
Newport Beach, CA 92658-7275

**06/12/26 B9964 $250.00 11.72.170(B)2**

1250078477 1014-3

*City of Palm Springs*
C/O Citation Processing Center
P.O. Box 7275
Newport Beach, CA 92658-7275

Scan Code
to Pay Now!

ZZ80917A 545 1 MB 0.707
7000000545 00.0002.0333 545/1

RAVADA, JULIO
2275 E BELDING DR
PALM SPRINGS CA 92262-6515

# OFFICIAL TAX OFFSET NOTICE
# ADMINISTRATIVE CITATION(S)

**NOTICE DATE:** 09/18/2026
**AMOUNT DUE:** $250.00

**IMPORTANT**

1. Send check or money order. **NO CASH**. US funds only.
2. Print citation number on your payment.
3. To ensure proper credit, return the bottom portion of this notice with your payment.

Our records show that you have a delinquent debt due to The Agency. You have 30 days to voluntarily pay this amount before we submit your account to the Franchise Tax Board (FTB) for interagency intercept collections. FTB operates an intercept program in conjunction with the State Controller's Office, collecting delinquent liabilities individuals owe to state and local agencies and colleges. FTB intercepts tax refunds, unclaimed property (UPD) claims and lottery winnings owed to individuals.

FTB redirects these funds to pay the individual's debts to the agencies/colleges (California Government Code Sections 12419.2, 12419.7, 12419.8, 12419.9, 12419.10, 12419.11 and 12419.12).

If you have questions or do not believe you owe this debt, contact us within 30 days from the date of this letter. A representative will review your questions or objections. If you do not contact us within that time, or if you do not provide sufficient objections, we will proceed with intercept collections.

If you are the recipient of this notice and you have already made a payment it is possible your payment was received late and you owe a penalty. Please contact the Citation Processing Center at 1-800-969-6158 or via the web at www.CitationProcessingCenter.com for more information.

| Citation # | Date & Time Issued | Description of Violation | Location | Amount |
|---|---|---|---|---|
| B9964 | 06/12/2026 09:15 AM | 11.72.170(B)2, PROPERTY MAINTANCE-PEELING PAINT | 2275 E BELDING DR | $250.00 |

*(If paid, return copy (Front & Back) of canceled check, money order, or receipt)*
Please return this portion with your payment – Use the enclosed envelope (1014-2)

| Notice Date | Notice Number |
|---|---|
| 09/18/2026 | TW1250078477 |

TOTAL DUE NOW $250.00

RAVADA, JULIO
2275 E BELDING DR
PALM SPRINGS CA 92262-6515

1014-3

**DO NOT SEND CASH. WRITE CITATION # ON PMT**
MAKE CHECK OR MONEY ORDER PAYABLE TO:

City of Palm Springs
C/O Citation Processing Center
P.O. Box 7275
Newport Beach, CA 92658-7275

06/12/26 B9964 $250.00 11.72.170(B)2

1249650770 1014-2

**City of Palm Springs**
C/O Citation Processing Center
P.O. Box 7275
Newport Beach, CA 92658-7275

Scan Code
to Pay Now!

ZZ20814A *** 7000002427 00.0009.0045 2427/1
SCF 923

RAVADA, JULIO
2275 E BELDING DR
PALM SPRINGS CA 92262-6515

# OFFICIAL NOTICE OF DELINQUENT ADMINISTRATIVE CITATION(S)

**NOTICE DATE:** 08/17/2026

**AMOUNT DUE:** $250.00

**IMPORTANT**

1. Send check or money order. **NO CASH**. US funds only.
2. Print citation number on your payment.
3. To ensure proper credit, return the bottom portion of this notice with your payment.

THIS IS YOUR SECOND AND FINAL NOTICE

IMMEDIATE PAYMENT IS REQUIRED TO PREVENT FURTHER ACTION SUCH AS NOTIFICATION TO:

1) Special assessment and/or property lien
2) Other legal action

Pay this immediately to avoid further action. If you have questions about these citation(s), go to www.CitationProcessingCenter.com. For further assistance call (800) 969-6158.

If you are the recipient of this notice and you have already made a payment it is possible your payment was received late and you owe a penalty. Please contact the Citation Processing Center at 1-800-969-6158 or via the web at www.CitationProcessingCenter.com for more information.

| Citation # | Date & Time Issued | Description of Violation | Location | Amount |
|---|---|---|---|---|
| B9964 | 06/12/2026 09:15 AM | 11.72.170(B)2, PROPERTY MAINTANCE-PEELING PAINT | 2275 E BELDING DR | $250.00 |

*(If paid, return copy (Front & Back) of canceled check, money order, or receipt)*
Please return this portion with your payment – Use the enclosed envelope (1014-2)

| Notice Date | Notice Number | | TOTAL FINE AMOUNTS |
|---|---|---|---|
| 08/17/2026 | TW1249650770 | TOTAL DUE NOW | $250.00 |

RAVADA, JULIO
2275 E BELDING DR
PALM SPRINGS CA 92262-6515

1014-2

**DO NOT SEND CASH. WRITE CITATION # ON PMT**
MAKE CHECK OR MONEY ORDER PAYABLE TO:

City of Palm Springs
C/O Citation Processing Center
P.O. Box 7275
Newport Beach, CA 92658-7275

06/12/26 B9964 $250.00 11.72.170(B)2

1249951002 1014-3

City of Palm Springs
C/O Citation Processing Center
P.O. Box 7275
Newport Beach, CA 92658-7275

# OFFICIAL TAX OFFSET NOTICE
# ADMINISTRATIVE CITATION(S)

Scan Code
to Pay Now!

ZZ80908A 16359 1 0.672
7000016359 00.0058.0356 16359/1

RAVADA, JULIO
2275 E BELDING DR
PALM SPRINGS CA 92262-6515

**NOTICE DATE:** 09/09/2026
**AMOUNT DUE:** $100.00

**IMPORTANT**

1. Send check or money order. **NO CASH**. US funds only.
2. Print citation number on your payment.
3. To ensure proper credit, return the bottom portion of this notice with your payment.

Our records show that you have a delinquent debt due to The Agency. You have 30 days to voluntarily pay this amount before we submit your account to the Franchise Tax Board (FTB) for interagency intercept collections. FTB operates an intercept program in conjunction with the State Controller's Office, collecting delinquent liabilities individuals owe to state and local agencies and colleges. FTB intercepts tax refunds, unclaimed property (UPD) claims and lottery winnings owed to individuals.

FTB redirects these funds to pay the individual's debts to the agencies/colleges (California Government Code Sections 12419.2, 12419.7, 12419.8, 12419.9, 12419.10, 12419.11 and 12419.12).

If you have questions or do not believe you owe this debt, contact us within 30 days from the date of this letter. A representative will review your questions or objections. If you do not contact us within that time, or if you do not provide sufficient objections, we will proceed with intercept collections.

If you are the recipient of this notice and you have already made a payment it is possible your payment was received late and you owe a penalty. Please contact the Citation Processing Center at 1-800-969-6158 or via the web at www.CitationProcessingCenter.com for more information.

| Citation # | Date & Time Issued | Description of Violation | Location | Amount |
|---|---|---|---|---|
| B9963 | 06/02/2026 11:33 AM | 11.72.170(B)2, PROPERTY MAINTANCE-PEELING PAINT | 2275 E BELDING DR | $100.00 |
| B9963 | 06/02/2026 11:33 AM | 11.72.170(4), PROPERTY MAINTENANCE REQ | 2275 E BELDING DR | $0.00 |

*(If paid, return copy (Front & Back) of canceled check, money order, or receipt)*
Please return this portion with your payment -- Use the enclosed envelope (1014-5)

| Notice Date | Notice Number |
|---|---|
| 09/09/2026 | TW1249951002 |

TOTAL DUE NOW $100.00

RAVADA, JULIO
2275 E BELDING DR
PALM SPRINGS CA 92262-6515

1014-3

**DO NOT SEND CASH. WRITE CITATION # ON PMT**
MAKE CHECK OR MONEY ORDER PAYABLE TO:

City of Palm Springs
C/O Citation Processing Center
P.O. Box 7275
Newport Beach, CA 92658-7275

| | | | |
|---|---|---|---|
| 06/02/26 | B9963 | $100.00 | 11.72.170(B)2 |
| 06/02/26 | B9963 | $0.00 | 11.72.170(4) |

1249118852 1014-1

*City of Palm Springs*
C/O Citation Processing Center
P.O. Box 7275
Newport Beach, CA 92658-7275

Scan Code
to Pay Now!

ZZ20706A *** 7000008051 00.0028.0123 8051/1
AUTO ALL FOR AADC 923

RAVADA, JULIO
2275 E BELDING DR
PALM SPRINGS CA 92262-6515

# OFFICIAL NOTICE OF DELINQUENT ADMINISTRATIVE CITATION(S)

**NOTICE DATE:** 07/07/2026

**AMOUNT DUE:** $100.00

**IMPORTANT**

1. Send check or money order. **NO CASH**. US funds only.
2. Print citation number on your payment.
3. To ensure proper credit, return the bottom portion of this notice with your payment.

Our records indicate that you have previously failed to pay the fine assessed by The Agency within the time specified on the citation. Your immediate response to this request for payment will also prevent further action such as, but not limited to:

1) Assessment of late fees equal to a minimum of 100% of the penalty owed
2) Special assessment and/or property lien
3) Other legal action

Payment of citation does NOT constitute correction. You must pay this fine and if you have been cited for a correctable ordinance, correction must be made through The Agency. If you need further clarification about payment of the citation, go to: www.CitationProcessingCenter.com or call (800) 969-6158.

If you are the recipient of this notice and you have already made a payment it is possible your payment was received late and you owe a penalty. Please contact the Citation Processing Center at 1-800-969-6158 or via the web at www.CitationProcessingCenter.com for more information.

| Citation # | Date & Time Issued | Description of Violation | Location | Amount |
|---|---|---|---|---|
| B9963 | 06/02/2026 11:33 AM | 11.72.170(B)2, PROPERTY MAINTANCE-PEELING PAINT | 2275 E BELDING DR | $100.00 |
| B9963 | 06/02/2026 11:33 AM | 11.72.170(4), PROPERTY MAINTENANCE REQ | 2275 E BELDING DR | $0.00 |

*(If paid, return copy (Front & Back) of canceled check, money order, or receipt)*
Please return this portion with your payment -- Use the enclosed envelope (1014-2)

| Notice Date | Notice Number | | TOTAL FINE AMOUNTS |
|---|---|---|---|
| 07/07/2026 | TW1249118852 | TOTAL DUE NOW | $100.00 |

RAVADA, JULIO
2275 E BELDING DR
PALM SPRINGS CA 92262-6515

1014-1

**A convenience fee may be applied**

**DO NOT SEND CASH. WRITE CITATION # ON PMT**
MAKE CHECK OR MONEY ORDER PAYABLE TO:

☐ Visa ☐ Master Card ☐ Discover ☐ American Express

**Number**______________ **Exp.** ______ **Zip Code:** ______

**Signature** ______________ **Phone** ______________

City of Palm Springs
C/O Citation Processing Center
P.O. Box 7275
Newport Beach, CA 92658-7275

| | | | |
|---|---|---|---|
| 06/02/26 | B9963 | $100.00 | 11.72.170(B)2 |
| 06/02/26 | B9963 | $0.00 | 11.72.170(4) |