# Exhibit006

D'Sol v. Farmers Direct Property and Casualty Insurance Company November 20, 2026

**From:** **Luna D'Sol** jravada@icloud.com
**Subject:** Jury's Instructions Propounded to Defendant
**Date:** October 1, 2026 at 19:05
**To:** Michelle Bernard mbernard@grsm.com, Kelly Canby kcanby@grsm.com

**Plaintiff's Jury Instructions Propounded to Farmers .pdf**
337 KB

**Luna D'Sol**

📱 (213) 925-4069
✉️ jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

LUNA D'SOL
Plaintiff, In Pro Per
jravada@icloud.com
2275 E Belding Dr
Palm Springs, CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUNA D'SOL,<br><br>Plaintiff,<br><br>vs.<br><br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. : *2:25-cv-10938-SVW-ASx*<br><br>*[Assigned for All Purposed to the Honorable Stephen V. Wilson, Department 10A]*<br><br>**PROOF OF SERVICE**<br><br>Complaint Filed: August 21, 2025 |

1. I am over the age of eighteen and not a party related in the above-captioned action. My mailing address is 2275 E. Belding Drive, Palm Springs, California 92262.
2. On October 1st, 2026, I served the following documents:
   **JURY INSTRUCTIONS PROPOUNDED BY PLAINTIFF LUNA D'SOL TO DEFENDANT**
3. Service was effected electronically upon Defendant's counsel of record through their written consent. It was sent to Michelle Bernard mbernard@grsm.com; and Kelly Canby kcanby@grsm.com. I did not receive a message that the communication was unsent

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 1, 2026, at Palm Springs, California.

Justin Mentzar, Declarant