# Exhibit007

D'Sol v. Farmers Direct Property and Casualty Insurance Company November 20, 2026

BBK
BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW

Denise Hansen
Director of Municipal Code Enforcement
(949) 263-2607
denise.hansen@bbklaw.com

File No. 55575.18155

August 10, 2026

**VIA FEDEX AND U.S. MAIL**

Luna D-Sol
a.k.a. Julio Ravada
2275 East Belding Drive
Palm Springs, CA 92262

Wilmington Savings Fund Society, FSB
Trustee for CSMC 2022-NQM3 Trust
2275 East Belding Drive
Palm Springs, CA 92262

Wilmington Savings Fund Society, FSB
Trustee for CSMC 2022-NQM3 Trust
500 Delaware Avenue, 11th Floor
Wilmington, Delaware 19801

**Re: CEASE AND DESIST CODE VIOLATIONS**
2275 East Belding Drive, Palm Springs, California 92262
Assessor's Parcel Number 502-042-005

Dear Property Owner:

Our firm serves as the City Attorney for the City of Palm Springs ("City"). You have been referred to this office because the City has determined that the real property located at 2275 East Belding Drive, Palm Springs, California 92262, Assessor's Parcel Number 502-042-005 ("Nuisance Property"), contains nuisance conditions in violation of the Palm Springs Municipal Code ("PSMC").

Specifically, the Nuisance Property has a broken window, in violation of PSMC sections 11.72.170(b)(2) [building maintenance] and 11.72.170(4) [property maintenance]. Despite the issuance of multiple notices of violation and administrative citations, you have continued to disregard the City's efforts to gain your compliance with the City's laws.

**As the owner of the Nuisance Property, you have a legal obligation to ensure that the Subject Property is in compliance with all applicable laws at all times.**

The City has the authority to pursue any and all methods of enforcement necessary to abate the nuisance and gain compliance with the PSMC, including administrative, criminal or civil remedies. Any person convicted of a violation of the PSMC is subject to a maximum fine of $1,000, six months in county jail or both for each violation. (PSMC § 1.01.160.) Each day the violation exists constitutes a separate offense. The City reserves its right to invoke any available remedies at any time.

**YOU ARE HEREBY ORDERED TO COMPLY WITH THE FOLLOWING:**

1. **Within 10 days of the date of this letter,** repair or replace the window or obtain a boarding permit to board up the broken window;

2. **Within 10 days of the date of this letter,** remove all dead vegetation and overgrown weeds throughout the Subject Property; and

3. **Within 48 hours of your receipt of this letter**, contact Code Compliance Officer Arwel Bermudo to confirm receipt and your intended compliance.

It is sincerely hoped that you will take this opportunity to comply with this notice. The City will continue to issue administrative citations until the Nuisance Property is in compliance. Please be further advised that unless you comply, we will proceed with additional enforcement without further warning or notice. If legal action is initiated due to your disregard of this Cease and Desist letter, the City will seek an award of attorneys' fees and investigative costs and imposition of penalties against you.

Please give this matter your immediate attention. Should you have any questions regarding the contents of this letter and to confirm your intended compliance, contact Code Compliance Officer Arwel Bermudo at (760) 323-8244, ext. 8724, or by email at arwel.bermudo@palmspringsca.gov.

Sincerely,

Denise Hansen

Denise Hansen
for BEST BEST & KRIEGER LLP

cc: Arwel Bermudo, Code Compliance Officer, City of Palm Springs (*via email*)
Jeff Ballinger, City Attorney (*via email*)