# Exhibit008

D'Sol v. Farmers Direct Property and Casualty Insurance Company November 20, 2026

**From:** **Luna D'Sol** jravada@icloud.com
**Subject:** Meet and Confer - Bernard's Errors
**Date:** September 23, 2026 at 14:40
**To:** mbernard@grsm.com
**Cc:** kcanby@grsm.com



Ms. Bernard,

I am writing to request correction of several statements concerning the status of Plaintiff's pending motions and the resulting pretrial meet-and-confer process.

First, you stated that Plaintiff was pursuing a sanctions motion against Farmers Direct "which she lost." (ECF Doc. 121-2, p. 19, lines 10–13.) Please identify the specific Court order you contend resolved that motion and the date on which it was entered. I am not aware of an order resolving the motion in the manner you represented.

Second, you stated that there was "not going to be a jury trial as of right now" and relied on the asserted disposition of the motion to strike in declining to meet and confer regarding jury instructions. Please identify the Court order on which that representation was based.

I am asking for these corrections because these statements concern the **status of matters before the Court**, rather than merely disputed legal arguments. The Court, not opposing counsel, determines whether a pending motion has been granted, denied, or otherwise resolved.

If any of the above statements were inaccurate, please submit a motion to correct the record and confirm the correction in writing. If you contend they were accurate, please identify the specific docket entry or order supporting each representation.

I intend to accurately present the record to the Court and therefore am requesting the underlying authority for these representations before doing so. Lnu v. Blanche, No. 24-4790, slip op. at 17–18, 23–28 (9th Cir. June 3, 2026)

I will ask the same favor on the May 20, 20206 threats I received and that you can confirm that everything you entered in that Motion to Strike was accurate. I believe that my motion for sanctions also emphasized that candor required transparent correction when counsel discovers an error

Luna D'Sol
Plaintiff, Pro Se
Sent from iCloud