# Exhibit009

D'Sol v. Farmers Direct Property and Casualty Insurance Company November 20, 2026



**From:** **Julio Ravada** jravada@icloud.com
**Subject:** Re: Claim number 7007678692-1 Recap of conversation
**Date:** April 22, 2025 at 16:09
**To:** Bryce Spradling bryce.spradling@farmersinsurance.com
**Cc:** ClaimsDocument2 ClaimsDocuments2@farmersinsurance.com, Amy Spawr-Bardley amy.spawrbardley@farmersinsurance.com

---

Dear Mr. Bryce,

I hope this message finds you well. I am reaching out again to address several pressing concerns regarding my interactions with your company and to request a resolution.

On March 4, 2025, you confirmed receipt of my fax dated February 7, 2024, in which I formally requested to be addressed as Luna. However, the documentation you provided still addressed me as [redacted], as evidenced by the photos I sent previously. Despite escalating this specific matter on March 27, April 2, April 4, and April 15, 2025, it is only now that I am hearing back, and your response remains inadequate.

Deleting my Apple account was a necessary step to avoid being addressed by my previous name. Unfortunately, due to your company's persistent oversight and unfair handling of my request, I've been forced to reopen communication via this email. This inconveniences me further, as my Apple ID (jravada) automatically displays "Julio Ravada" in emails, an unavoidable situation brought on by the failure to honor my request from the outset.

I have embraced my transition openly, and until now, have only experienced acceptance and support. Yet, your company's refusal to acknowledge my identity is profoundly disheartening. Furthermore, suggesting that my name change is not formal until legal documentation is complete is both incorrect and discriminatory, particularly under California law, which prohibits such requirements. I'd like to includes few quotes for this law: "Requesting proof of legal name or gender change after disclosing it is discriminatory." "Disclosing your gender identity is a personal decision, and requiring proof can be seen as an outreach that violates your privacy rights."

This email is a response from your correspondence where you implied that the contractual name dictates how I should be addressed, ignoring my expressed identity. This stance contradicts both legal standards and respectful business practices.

Regarding the ongoing issues with the claim process, you keep requesting an email that does not exist, claiming it is necessary for continued investigation. This investigation was concluded, with all procedures followed, resulting in a final payment being issued as found in your Nov 12 2024 letter. There is no legal or professional basis for me to maintain records beyond the concluded investigation.

Furthermore, on March 27, 2025, I informed you of a significant health diagnosis that I received, which has greatly impacted my life, one that at the time I only had become aware hours before. Attached, you will find documentation confirming my diagnosis of HIV dated March 26, 2025. It has been 10 months, yet my living conditions remain unresolved: my dishwasher remains dysfunctional, the toilet is broken, the electrical panel poses a fire hazard, and a poorly secured window jeopardizes my safety. These prolonged issues have severely diminished what's left in my quality of life.

Your quoted statement from October 29, 2024, and the subsequent confirmation from November 12, 2024, clearly indicate that my request for recoverable depreciation was accepted and processed. Thus, requiring further documentation is unfounded.

I urge you to review these matters thoroughly and provide a timely resolution. It's imperative that these issues be addressed immediately to prevent further inconvenience and distress especially now when you are clearly breaking ADA and Fair Treatment under civil rights

Thank you for your attention to these serious matters. I look forward to a prompt and satisfactory resolution.

Amy,

You were brought into this matter by a complaint that I submitted to the California Department of Insurance. Since then you have referred me to back to Mr Bryce and have also indicated that you are bringing this matter up to your management. At this point, does this mean that in conclusion you have decided to become a participant / contributor for the numerous violations that so far have taken place?

Sincerely,

Luna

Istmp_ICLS_convert_v57Lpl.pdf
349 KB

MyChart - Test Details.pdf
48 KB