# ExhibitA

D'Sol v. Farmers Direct Property and Casualty Insurance Company November 20, 2026

**From:** **Michelle Bernard** mbernard@grsm.com
**Subject:** RE: D'Sol v. Farmers Direct Property & Casualty Insurance Company - Confirming Global Settlement for [redacted]
**Date:** September 25, 2026 at 18:20
**To:** Luna D'Sol jravada@icloud.com
**Cc:** Kelly Canby kcanby@grsm.com

MB

**Confidential Settlement Communication**

Ms. D'Sol: I am pleased to report that Farmers Direct/Famers Insurance Exchange will agree to resolve the pending three lawsuits for [redacted]. As discussed, this deal will include dismissal with prejudice of the three pending lawsuits ([redacted]) and execution of a mutually agreeable "long form" confidential settlement agreement/claim release with the standard terms (i.e. payment within 30-days, full claim release, no admission of liability, Civil Code 1542 waiver, confidentiality provision, etc.).

In light of the settlement in principle reached between the parties today, we think it is appropriate to file a Joint Notice of Settlement in the federal court and state court actions on Monday given the pending motions before each court. We will prepare the proposed Joint Notices of Settlement for your review/approval.

I will get started on the draft settlement agreement/claim release with the goal of circulating it to you early next week for review/approval.

Have a nice and restful weekend.

Best regards,

MRB

**MICHELLE R. BERNARD**
Partner

GRSM 50

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 619.230.7769
**E:** mbernard@grsm.com | grsm.com
633 W. 5th Street, 52nd Floor, Los Angeles, CA 90071
101 W. Broadway, Suite 2000, San Diego, CA 92101