# ExhibitB

D'Sol v. Farmers Direct Property and Casualty Insurance Company November 20, 2026

**From:** **Michelle Bernard** mbernard@grsm.com
**Subject:** RE: Payment Timing /D'Sol v. Farmers Direct
**Date:** September 28, 2026 at 09:58
**To:** Luna D'Sol jravada@icloud.com
**Cc:** Kelly Canby kcanby@grsm.com

MB

**Confidential Settlement Communication**

Ms. D'Sol: I will inquire about the timing of the settlement payment. Typical term is within 30 days of receipt of the executed settlement agreement. The company may be able to issue payment on an expedited basis here as a accommodation but I will see what I can find out on that front.

Relevant to the settlement payment itself, since some portion of the $[redacted] is to compensate you for dwelling repairs (Coverage A), Famers will need to include the mortgagee as a co-payee on the check consistent with the terms of the policy as it relates to that component of the settlement. Can you please provide me with the current mortgagee information?

Until we reach an agreement on how the settlement check is to be issued, Farmers Direct will not agree to withdraw its pending motions but will agree to have the court continue issuing any ruling for 14 days while the parties iron out the terms of the long form confidential settlement agreement/claim release.

Best regards,

MRB

**MICHELLE R. BERNARD**
Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 619.230.7769
**E:** mbernard@grsm.com I grsm.com
633 W. 5th Street, 52nd Floor, Los Angeles, CA 90071
101 W. Broadway, Suite 2000, San Diego, CA 92101

**From:** **Michelle Bernard** mbernard@grsm.com
**Subject:** RE: D'Sol v. Farmers Direct Property & Casualty Insurance Company (SAE No. 25-1418) / GRSM No. FSAE 1416221
**Date:** September 28, 2026 at 19:08
**To:** Luna D'Sol jravada@icloud.com
**Cc:** Kelly Canby kcanby@grsm.com

MB

**Confidential Settlement Communication**

-
[redacted] to circumvent the $15K+ threshold for listing the mortgagee as a co-payee for any PD-related payments but you would need to agree to defend/indemnify the company if the mortgagee asserted any future claims in connection with those payments. Given that no claims have been raised in the past by the mortgagee regarding your other PD loss-related payments under $15K, I would not anticipate that would be an issue here. Please confirm if this approach is agreeable to you.

[redacted]

If those provisions are acceptable, I should be in a position to circulate the proposed settlement agreement/claim release to you tomorrow for review/execution pending approval by our client.

Best regards,

MRB

---

**MICHELLE R. BERNARD**
Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 619.230.7769
**E:** mbernard@grsm.com | grsm.com
633 W. 5th Street, 52nd Floor, Los Angeles, CA 90071
101 W. Broadway, Suite 2000, San Diego, CA 92101