# ExhibitC

D’Sol v. Farmers Direct Property and Casualty Insurance Company

November 20, 2026

**From:** **Michelle Bernard** mbernard@grsm.com
**Subject:** D'Sol v. Farmers et al. - Settlement Status
**Date:** September 30, 2026 at 09:01
**To:** Luna D'Sol jravada@icloud.com
**Cc:** Kelly Canby kcanby@grsm.com

MB

**<u>Confidential Settlement Communication</u>**

Ms. D'Sol: We are in receipt of the Notices of Settlement you filed in the three lawsuits (see attached). Note that pending resolution of the payment details for the proposed settlement agreement between the parties, Farmers/Farmers direct does not consent to withdrawing any pending motions or deferring rulings on the same as unilaterally requested in your Notices of Settlement.

Please note that I will be out of the office tomorrow and Friday with limited access to email. I sent you an email yesterday afternoon outlining Farmers' final and non-negotiable position on how to address the settlement check issue to which I have not yet received a response. See attached. I need confirmation from you by **<u>4 pm</u>** **<u>today</u>** whether we have an agreement on how the settlement checks are to be issued (i.e. resolution of the mortgagee issue) or that there is no "settlement in principle" between the parties so we can proceed accordingly in notifying Judge Wilson that the Court should not defer issuing a ruling on the pending dispositive motions and that the parties intend to appear at the upcoming Final Status Conference on Monday (10/5) notwithstanding the settlement in principle notice you filed on Sunday.

Best regards,

MRB


**MICHELLE R. BERNARD**
Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 619.230.7769
**E:** mbernard@grsm.com | grsm.com
633 W. 5th Street, 52nd Floor, Los Angeles, CA 90071
101 W. Broadway, Suite 2000, San Diego, CA 92101


**From:** Luna D'Sol <jravada@icloud.com>
**Sent:** Wednesday, September 30, 2026 6:26 AM
**To:** Michelle Bernard <mbernard@grsm.com>; Kelly Canby <kcanby@grsm.com>
**Subject:** Settlement in Principle Notices

Respectfully Submitted

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
www.grsm.com

LUNA D'SOL
Plaintiff, In Pro Per
**jravada@icloud.com**
2275 E Belding Dr
Palm Springs, CA 92262
Telephone: 213-925-4069

**Electronically FILED by Superior Court of California, County of Los Angeles 9/29/2026 3:22 PM David W. Slayton, Executive Officer/Clerk of Court, By J. Inloes, Deputy Clerk**