# ExhibitE

D'Sol v. Farmers Direct Property and Casualty Insurance Company November 20, 2026



**From:** **Luna D'Sol** jravada@icloud.com
**Subject:** Re: Meet and Confer - State Filing 26VECV03273
**Date:** October 15, 2026 at 16:27
**To:** Michelle Bernard mbernard@grsm.com
**Cc:** Kelly Canby kcanby@grsm.com

Ms Bernard,

On multiple occasions, Plaintiff requested that the parties execute a confidentiality white waiver agreement prior to engaging in substantive settlement negotiations to protect the interest of all parties. Defendant Farmers Insurance Exchange has consistently ignored these protective requests. Instead, Defendant has engaged in a course of conduct that incorporates highly sensitive information communications while refusing to answer basic procedural inquiries. As of this date, Defendant Farmers Insurance Exchange has failed to respond to the specific inquiry directed to it by Plaintiff regarding Case No. 26VECV03273

Regards,

> On Oct 15, 2026, at 14:01, Michelle Bernard <mbernard@grsm.com> wrote:
>
> Ms. D'Sol: See attached email correspondence sent earlier today.
>
> MRB
>
> ---
>
> **MICHELLE R. BERNARD**
> Partner
>
> GRSM 50
>
> **GORDON REES SCULLY MANSUKHANI**
> **YOUR 50 STATE LAW FIRM™**
> **D:** 619.230.7769
> **E:** mbernard@grsm.com I grsm.com
> 633 W. 5th Street, 52nd Floor, Los Angeles, CA 90071
> 101 W. Broadway, Suite 2000, San Diego, CA 92101
>
> ---
>
> **From:** Luna D'Sol <jravada@icloud.com>
> **Sent:** Thursday, October 15, 2026 1:22 PM
> **To:** Michelle Bernard <mbernard@grsm.com>
> **Cc:** Kelly Canby <kcanby@grsm.com>
> **Subject:** Re: Meet and Confer - State Filing 26VECV03273
> **Importance:** High
>
> Ms. Bernard,
>
> This is a 3rd request for cooperation to meet and confer
>
> What is the position of Farmers Insurance Exchange
>
> On October 13 I asked "Ms. Bernard,
>
> I am requesting that Farmers Insurance Exchange stipulate to a temporary renewal stay of the pending state-court proceedings, including the deadline to respond to the motion for leave to amend"

for leave to amend

Your response on the same day was "Ms. D'Sol: Confirming receipt - I will forward your stay request regarding the state court lawsuit to our client representative for the company's review and response."

October 14th I asked for follow up and today I am asking for another one today

On Oct 14, 2026, at 18:28, Luna D'Sol <jravada@icloud.com> wrote:

Hi Ms. Bernard,

I am sending my second follow up meet and confer for the State Court matter. Defendants are harming my financial stability and health. Exchange breached a contract that Direct contends to have entered in with Plaintiff (according to your message from yesterday). Yesterday you confirmed that you will communicate to your client about my request and now 2 days have passed basically showing no interest to cooperate

Thank you

**Luna D'Sol**
📱 (213) 925-4069
📧 jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

**Luna D'Sol**
📱 (213) 925-4069
📧 jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
www.grsm.com

<Mail Attachment.eml>

**Luna D'Sol**

📱 (213) 925-4069
📧 jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.