# ExhibitF

D’Sol v. Farmers Direct Property and Casualty Insurance Company November 20, 2026

**From:** **Michelle Bernard** mbernard@grsm.com
**Subject:** RE: Meet and Confer - State Filing / D'Sol v. FIE (2026-2983)
**Date:** October 15, 2026 at 11:21
**To:** Luna D'Sol jravada@icloud.com
**Cc:** Kelly Canby kcanby@grsm.com

MB

Ms. D'Sol:  Given that the Farmers Direct has been focusing its efforts since 9/25/2026 on trying to finalize the long form "global" settlement agreement to resolve the three lawsuits, Farmers Direct does not see the utility in requesting that the court "stay" the two state court actions you filed when presumably the settlement agreement should be getting  executed in short order.  Likewise, the stay request appears to be inconsistent with the Notice of Settlement you filed in the state court actions. In other words, why would you be requesting a stay of the litigation if the parties already agreed to a settlement in principle to resolve their disputes on 9/25/2026?

You have been provided with a copy of the proposed final settlement agreement that was modified to address your concerns regarding the hold harmless language.  See PDF attached. Please return your executed signature page so we can move forward with notifying the state and federal courts that the settlement papers have been finalized/executed with dismissals to follow in both the state and federal court actions.

MRB

---

**MICHELLE R. BERNARD**
Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 619.230.7769
**E:** mbernard@grsm.com | grsm.com
633 W. 5th Street, 52nd Floor, Los Angeles, CA 90071
101 W. Broadway, Suite 2000, San Diego, CA 92101

---

**From:** Luna D'Sol <jravada@icloud.com>
**Sent:** Wednesday, October 14, 2026 6:29 PM
**To:** Michelle Bernard <mbernard@grsm.com>
**Subject:** Meet and Confer - State Filing
**Importance:** High

Hi Ms. Bernard,

I am sending my second follow up meet and confer for the State Court matter. Defendants are harming my financial stability and health. Exchange breached a contract that Direct contends to have entered in with Plaintiff (according to your message from yesterday). Yesterday you confirmed that you will communicate to your client about my request and now 2 days have passed basically showing no interest to cooperate

Thank you

**Luna D'Sol**

**Luna D Sol**

📱 (213) 925-4069

📧 jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
www.grsm.com

**DSol - SETTLEMENT AGREEMENT_CLAIM...**
180 KB