# ExhibitH

D'Sol v. Farmers Direct Property and Casualty Insurance Company November 20, 2026

**From:** **Michelle Bernard** mbernard@grsm.com
**Subject:** RE: D'Sol v. Farmers Direct Property & Casualty Insurance Company (SAE No. 25-1418) / GRSM No. FSAE 1416221
**Date:** September 29, 2026 at 12:59
**To:** Luna D'Sol jravada@icloud.com
**Cc:** Kelly Canby kcanby@grsm.com

MB

**Confidential Settlement Communication**

Ms. D'Sol: The issue with the mortgagee is non-negotiable from Farmers' perspective. There are two options. Farmers can leave the mortgagee off the settlement checks if you agree to defend/indemnify the company for any future claims by the mortgagee as relevant to its interest in the settlement payments (see language below):

Indemnification/Hold Harmless. Plaintiff agrees to hold harmless, defend and indemnify the Farmers Defendants against any potential future claims by any mortgagee listed in the Farmers Direct Policy and/or the FIE Renewal Policy as it relates to the settlement payments issued to Plaintiff to resolve the disputed Claims and the Lawsuits that are the subject of this Agreement.

If you will not agree to the indemnification/hold harmless provision, Farmers will need to include the mortgagee on each settlement check consistent with the terms of the policy and company protocol.

Please advise how you want to proceed. While I would like to put this one outstanding issue behind us as I have the proposed settlement agreement (approved by Farmers) ready to forward to you for review, if we cannot reach an agreement, Farmers will forgo the global settlement and await the court's ruling on the pending MSJ and terminating sanctions motion in the federal court action.

While Farmers cannot guarantee payment of settlement funds by October 14, 2026, assuming we have a signed settlement agreement within the next 24 hours, the company will use its best efforts to promptly process the settlement check payment requests such that they should be delivered to you on or before October 14, 2026.

While Farmers does not intend to oppose your request to seal the court file (assuming the case settles), that is an issue you will need to take up with the court directly.

Best regards,

MRB

---

**MICHELLE R. BERNARD**
Partner

GRSM 50

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 619.230.7769
**E:** mbernard@grsm.com | grsm.com
633 W. 5th Street, 52nd Floor, Los Angeles, CA 90071
101 W. Broadway, Suite 2000, San Diego, CA 92101