**Luna D'Sol**
Plaintiff, In Pro Per
Email Address: jravada@icloud.com
2275 E Belding Dr
Palm Springs, CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LUNA D'SOL,**<br>Plaintiff,<br><br>v.<br><br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1-50, inclusive,<br><br>Defendants. | **Case No. 2:25-cv-10938-SVW-ASx**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR TERMINATING SANCTIONS PURSUANT TO FED. R. CIV. P. 16(f), 37(b), AND THE COURT'S INHERENT AUTHORITY**<br><br>Judge: Hon. Stephen V. Wilson<br>Hearing Date: December 21, 2026<br>Time: 1:30 p.m.<br>Courtroom: 10A |

The Court, having considered Plaintiff Luna D'Sol's Motion for Terminating Sanctions Pursuant to Fed. R. Civ. P. 16(f), 37(b), and the Court's Inherent Authority, the Memorandum of Points and Authorities, the Declaration of Luna D'Sol and exhibits thereto, all papers filed in support of and in opposition to the Motion, and the records and files in this action, and good cause appearing, hereby finds that Defendant Farmers Direct Property and Casualty Insurance Company ("Defendant") failed to obey the Court's Civil Trial Preparation Order (ECF No. 86), and that Defendant's conduct was willful and in bad faith. Having considered the factors set out in Malone v. United States Postal Service, 833 F.2d 128, 130 (9th Cir. 1987), the Court ORDERS as follows:

1. The Motion is GRANTED.

2. [ ] Pursuant to Federal Rules of Civil Procedure 16(f)(1)(C) and 37(b)(2)(A)(iii) and (vi), Local Rule 83-7, and the Court's inherent authority, Defendant's Answer is STRICKEN, and default judgment shall be entered in favor of Plaintiff. Plaintiff shall file a brief and evidence in support of her damages within ____ days of this Order. Defendant may file a response within ____ days thereafter. The Court will set a hearing on damages if necessary.

[ ] In the alternative, pursuant to Federal Rules of Civil Procedure 16(f)(1)(C) and 37(b)(2)(A)(ii) and (iii) and the Court's inherent authority, Defendant's Answer is STRICKEN as to liability, and Defendant's affirmative defenses, including any defense based on the 180-day limitation, are STRICKEN. Defendant is prohibited from opposing Plaintiff's claims as to liability. This action shall proceed to trial on damages only.

3. Pursuant to Local Rule 83-3.1, the conduct of defense counsel Michelle R. Bernard and Kelly F. Canby is REFERRED to the Court's Standing Committee on Discipline and/or the State Bar of California for investigation and any appropriate action. The Clerk shall transmit a copy of this Order to the Standing Committee on Discipline.

4. Defense counsel are ADMONISHED for unprofessional and derogatory personal remarks directed at Plaintiff's medical condition and gender identity, and are ORDERED to refrain from further personal attacks unrelated to the merits of this action.

**IT IS SO ORDERED.**

Dated: ____________________

______________________________

HON. STEPHEN V. WILSON

UNITED STATES DISTRICT JUDGE