LUNA D'SOL
2275 E. Belding Drive
Palm Springs, California 92262
Telephone: (213) 925-4069
Email: jravada@icloud.com
Plaintiff, In Pro Per

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUNA D'SOL,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY; and DOES 1–10,<br><br>Defendants. | **Case No. 2:25-cv-10938-SVW-ASx**<br><br>**PLAINTIFF'S NOTICE REGARDING STATUS OF SETTLEMENT**<br><br>Judge: Hon. Stephen V. Wilson<br>Courtroom: 10A<br><br>Complaint Filed: August 21, 2025<br>Trial Date: Vacated<br>Final Status Conference: January 11, 2027, 3:00 p.m. |

TO THE COURT, DEFENDANT, AND ITS ATTORNEYS OF RECORD:

Plaintiff Luna D'Sol submits this notice to update the Court on the status of the settlement described in her Notice of Settlement in Principle filed on September 27, 2026 (ECF No. 166).

1. The parties' September 25, 2026 communications contemplated a written settlement agreement.

2. As of the date of this notice, no written settlement agreement has been signed, no settlement payment has been made, and no dismissal has been filed.

3. The parties have not yet agreed on the final terms of the written agreement.

4. This action therefore remains pending. Plaintiff respectfully asks that the Court keep this matter on calendar, including the matters set for hearing on December 21, 2026, and the Final Status Conference set for January 11, 2027.

5. Plaintiff will promptly notify the Court if a written settlement agreement is signed or if a dismissal is filed.

This notice is a status report only. Plaintiff does not waive, and expressly reserves, all rights and positions regarding the parties' settlement communications.

Dated: November 24, 2026

Respectfully submitted,

/s/ Luna D'Sol
Luna D'Sol
Plaintiff, In Pro Per